UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

IN RE: TERRORIST ATTACKS
ON SEPTEMBER 11, 2001

-------------------------------------------------x

Civil Action No: 03 MDL 1570 (RCC)
Relates to: C.A. Nos. 1:02-6977 (RCC)
                  1:02-7300 (RCC-FM)
                  1:03-5071 (RCC)
                  1:03-5493 (RCC)
                  1:03-5738 (RCC)
                  1:03-6978 (RCC)
                  1:03-7036 (RCC)
                  1:03-9849 (RCC)

## MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the annexed Affidavits, with exhibits, Defendant Prince Turki Al-Faisal bin Abdulaziz Al-Saud ("Prince Turki"), hereby moves this Court for an Order pursuant to Local Civil Rule 1.3 (c) admitting Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal *pro hac vice* to appear as counsel for Prince Turki.

Dated: March 9, 2004

Respectfully submitted,

KELLOGG, HUBER, HANSEN, TODD
& EVANS, P.L.L.C.

By: _____
Michael K. Kellogg (MK4574)
Mark C. Hansen (MH0359)
David C. Frederick (DF4906)
Michael J. Guzman (MG9623)
J.C. Rozendaal (JR1430)
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036-3209
Phone: (202) 326-7900
Fax: (202) 326-7999

*Counsel for Defendant Prince Turki*
*Al-Faisal bin Abdulaziz Al-Saud*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of March 2004, I caused copies of the <u>Motion for Admission *Pro Hac Vice*</u> of Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to be served on the attached service list via facsimile or by other means specified:

*[signature]*
Kelly J. Thompson

## SERVICE LIST

### Plaintiffs' Counsel

H. Patrick Donohue
ARMSTRONG, DONOHUE,
  CEPPOS & VAUGHN
204 Monroe Street, #101
Rockville, MD 20854
(301) 251-0440
Fax: (301) 279-5929
admin@adclawfirm.com

Edward D. Robertson
Mary D. Winter
BARTIMUS FRICKLETON
ROBERTSON & OBETZ
200 Madison Street, Suite 1000
Jefferson City, MO 65101
(573) 659-4454
Fax: (573) 659-4460
chiprob@earthlink.net
marywinter@earthlink.net

Michael Barasch
BARASCH MCGARRY SALZMAN
  PENSON & LIM
11 Park Place
New York, NY 10007
(212) 385-8000
Fax: (212) 385-7845
michael@firelaw.com

Michael F. Baumeister
Thea Capone
BAUMEISTER & SAMUELS, PC
One Exchange Plaza
New York, NY 10006
(212) 363-1200
Fax: (212) 363-1346
mbaumeister@baumeisterlaw.com
tcapone@baumeisterlaw.com

Matthew G. Ash
COZEN O'CONNOR
1667 K Street, NW, Suite 500
Washington, DC 20006
(202) 912-4810
Fax: (202) 912 4830
mash@cozencom

Michael J. Sommi
John Brian Galligan
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, NY 10006
(212) 509-9400
Fax: (212) 509-9492
msommi@cozen.com
jgalligan@cozen.com

Sean P. Carter
Elliott R. Feldman
COZEN O'CONNOR
The Atrium – Third Floor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
Fax: (215) 665-2013
scarter@cozen.com
efeldman@cozen.com

George P. Blakey
NOTRE DAME LAW SCHOOL
One Notre Dame Circle
Notre Dame, IN 46556
(574) 631-5717
Fax: (574) 631-4197

Richard D. Burbidge
BURBIDGE AND MITCHELL
Parkside Tower
215 South State, Ste. 900
Salt Lake City, UT 84111
(801) 355-6677
Fax: (801) 355-2341
email@burbidgeandmitchell.com

Jayne H. Conroy
Paul J. Hanly, Jr.
HANLY & CONROY, LLP
415 Madison Avenue, 15th Floor
New York, NY 10017
(212) 401-7600
Fax: (212) 401-7618
jconroy@hanlyconroy.com
phanly@hanlyconroy.com

Harry Huge
HARRY HUGE LAW FIRM, LLP
1001 Pennsylvania Avenue, NW
7th Floor
Washington, DC 20004
(202) 624-3932
Fax: (843) 720-8794
harryhuge@comcast.net

Dan Howarth
Robert D. Brain
HOWARTH & SMITH
800 Wilshire Boulevard, Suite 750
Los Angeles, CA 90017
(213) 955-9400
Fax: (213) 622 0791
dhowarth@howarth-smith.com
rbrain@howarth-smith.com

Paul J. Orfanedes
Larry Klayman
James F. Peterson
JUDICIAL WATCH, INC
501 School Street, SW, Suite 700
Washington, DC 20024
(202) 646-5172
Fax: (202) 646-5199
judicialwatchinc@hotmail.com

James P. Kreindler
Andrew J. Maloney, III
Bianca I. Rodriguez
Brain J. Alexander
David Beekman
David C. Cook
Francis G. Fleming
Justin T. Green
Lee S. Kreindler
Marc S. Moller
Milton G. Sincoff
Noah H. Kushlefsky
Paul S. Edelman
Robert James Spragg
Steven R. Pounain
KREINDLER & KREINDLER
100 Park Avenue
New York, NY 10017
(212) 687-8181
Fax: 212-972-9432

Edward H. Rubenstone
LAMM RUBENSTONE TOTARO
  & DAVID, LLC
Four Greenwood Square, Suite 200
P.O. Box 8544
Bensalem, PA 19020
(215) 638-9330
Fax: (215) 638-2867
info@lrtd.com

Thomas E. Mellon
John A. Corr
Joseph A. Cullen, Jr.
MELLON, WEBSTER & SHELLEY
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700
Fax: (215) 348-0171
tmellon@mellonwebster.com
scorr@mellonwebster.com
jcullen@mellonwebster.com

Ronald L. Motley
Jodi Westbrook Flowers
Anne McGinness Kearse
MOTLEY RICE LLC
28 Bridgeside Blvd., P. O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000
Fax: (843) 216-9450
rmotley@motleyrice.com
jflowers@motleyrice.com
akearse@motleyrice.com

Donald J. Nolan
NOLAN LAW GROUP
20 North Clark Street, Suite 3000
Chicago, IL 60602
(312) 630-4000
Fax: (312) 630-4011

David J. O'Brien
J.D. O'BRIEN LAW OFFICE
20 Vesey Street, Suite 700
New York, NY 10007
(212) 571-6111
Fax: (212) 571-6166

Kenneth P. Nolan
SPEISER KRAUSE NOLAN
  & GRANITO
140 East 45th Street
Two Grand Central Tower, 34th Floor
New York, NY 10017
(212) 661-0011
Fax: (212) 953-6483
kpn@ny.speiserkrause.com

Robert F. Muse
Patrick A. Malone
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
(202) 737-7777
Fax: (202) 296-8312
rmuse@steinmitchell.com
pmalone@steinmitchell.com

**Defendants' Counsel**

Christopher R. Cooper
William H. Jeffress
Sara Kropf
BAKER, BOTTS, LLP
1299 Pennsylvania Avenue, NW
The Warner
Washington, DC 20004
(202) 639-7700
Fax: (202) 639-7890
casey.cooper@bakerbotts.com
william.jeffress@bakerbotts.com
sara.kropf@bakerbotts.com

Michael Hadeed, Jr.
BECKER, HADEED, KELLOGG
 & BERRY
5501 Backlick Road, Suite 220
Springfield, VA 22151
(703) 256-1300
Fax: (703) 256-5431
mhadeed@beckerhadeed.com

Lynne A. Bernabei
Alan R. Kabat
BERNABEI & KATZ, PLLC
1773 T Street, NW
Washington, DC 20009
(202) 745-1942
Fax: (202) 745-2627
lbernabei@aol.com
kabat@bernabeiandkatz.com

Yeslam Binladin
Rue Francois-le-Fort, 2
Geneva
Switzerland
+44 22 347-5560
(via Air-Mail)

Joshua Lewis Dratel
LAW OFFICES OF
 JOSHUA L. DRATEL, PC
14 Wall Street, 28th Floor
New York, NY 10005
(212) 732-0707
Fax: (212) 571-6341
jdratel@aol.com

Brian Arthur Coleman
Michael J. McManus
DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005-1209
(202) 842-8800
Fax: (202) 842 8465
brian.coleman@dbr.com
michael.mcmanus@dbr.com

Matthew H. Kirtland
FULBRIGHT & JAWORSKI, LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-4659
Fax: (202) 662-4643
mkirtland@fulbright.com

John C. Millian
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8213
Fax: (202) 530-9566
jmillian@gibsondunn.com

Wilmer Parker, III
GILLEN PARKER & WITHERS LLC
One Securities Centre
3490 Piedmont Road, NE, Suite 1050
Atlanta, GA 30305
(404) 842-0343
Fax: (404) 842-9750
bparker@gcpwlaw.com

Matthew H. Simmons
Roger C. Simmons
Victor E. Cretella, III
GORDON & SIMMONS
131 West Patrick Street
Frederick, MD 21701
(301) 662-9122
Fax: (301) 698-0392
mhsimmons@hotmail.com
officemail@gordonsimmons.com

Nancy Luque
Steven A. Maddox
Donna M. Sheinbach
GRAY CARY WARE
  & FREIDENRICH LLP
1625 Massachusetts Avenue, NW
Suite 300
Washington, DC 20036
(202) 238-7700
Fax: (202) 238-7701
nluque@graycary.com
smaddox@graycary.com
dsheinbach@graycary.com

Maher H. Hanania
Kamal Nawash
HANANIA, KHEDER & NAWASH
6066 Leesburg Pike, Suite 101
Falls Church, VA 22041
(703) 778-2400
Fax: (703) 778-2407
mhanania@hknlaw.com

Stephen J. Brogan
Blaney Harper
Michael B. Gurdak
Jonathan C. Rose
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
(202) 879-3939
Fax: (202) 626-1700
sjbrogan@jonesday.com
bharper@jonesday.com
mgurdak@jonesday.com
jcrose@jonesday.com

Michael E. Bradley
Geoffrey S. Stewart
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
Fax: (212) 755-7306
embradley@jonesday.com
gstewart@jonesday.com

Michael K. Kellogg
Mark C. Hansen
Michael J. Guzman
KELLOGG HUBER HANSEN TODD
& EVANS PLLC
Sumner Square
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
Fax: (202) 326-7999
mkellogg@khhte.com
mhansen@khhte.com
mguzman@khhte.com

John David Shakow
KING & SPALDING
1730 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500
Fax: (202) 626-3737
jshakow@kslaw.com

Richard T. Marooney, Jr.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100
Fax: (212) 556-2222
rmarooney@kslaw.com

Thomas P. Steindler
MCDERMOTT, WILL & EMERY
600 13th Street, NW
Washington, DC 20005
(202) 756-8000
Fax: (202) 756-8087
tsteindler@mwe.com

Martin F. McMahon
LAW OFFICES
  MARTIN F. MCMAHON
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
(202) 862-4343
Fax: 202-828-4130
lawmfm@hotmail.com

Ronald S. Liebman
Mitchell R. Berger
Ugo A. Colella
PATTON BOGGS, LLP
2550 M Street, NW, St. 2800
Washington, DC 20037
(202) 457-6000
Fax: (202) 457-6315
mberger@pattonboggs.com
ucolella@pattonboggs.com
rliebman@pattonboggs.com

Henry Sabath Weisburg
Brian Howard Polovoy
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
Fax: (212) 848-7179
hweisburg@shearman.com
bpolovoy@shearman.com

Jonathan L. Greenblatt
SHEARMAN & STERLING
801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
(202) 508-8000
Fax: (202) 508-8100
jgreenblatt@shearman.com

Christopher Talbott Lutz
Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6440
Fax: (202) 429-3209
clutz@steptoe.com
rwarin@steptoe.com

Christopher M. Curran
Nicole Erb
Frank Panopoulos
WHITE & CASE
601 Thirteenth Street, N.W.
Washington, DC 20005
(202) 626-3600
Fax: (202) 639-9355
ccurran@whitecase.com
nerb@whitecase.com
fpanopoulos@whitecase.com

James J. McGuire
Timothy J. McCarthy
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, NY 10019
(212) 819-8200
Fax: (212) 354-8113
jmcguire@whitecase.com

Peter J. Kahn
Thomas Charles Viles
Gerald A. Feffer
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005
(202) 434-5000
Fax: (202) 434-5029
pkahn@wc.com
tviles@wc.com
gfeffer@wc.com

Louis R. Cohen
David Patrick Donovan
WILMER, CUTLER & PICKERING
2445 M Street, NW
Washington, DC 20037
(202) 663-6700
Fax: (202) 663-6363
louis.cohen@wilmer.com
david.donovan@wilmer.com

Matthew Phineas Previn
WILMER, CUTLER
  & PICKERING, LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
Fax: (212) 230-8888
matthew.previn@wilmer.com