

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

IN RE: TERRORIST ATTACKS       Civil Action No: 03 MDL 1570 (RCC)
ON SEPTEMBER 11, 2001            Relates to:  C.A. Nos:  1:02-6977 (RCC)
                                                               1:02-7300 (RCC-FM)
                                                                1:03-5071 (RCC)
                                                                1:03-5493 (RCC)
------------------------------------------------x       1:03-5738 (RCC)
                                                                1:03-6978 (RCC)
                                                                1:03-7036 (RCC)
                                                                1:03-9849 (RCC)

## AFFIDAVIT OF DAVID C. FREDERICK

David C. Frederick, pursuant to Local Civil Rule 3.1(c) of the Local Civil Rules for the United States Courts for the Southern and Eastern Districts of New York, submits this affidavit for admission *Pro Hac Vice* and states under oath:

1.     This affidavit is submitted in support of the motion of Defendant Prince Turki for an order permitting me to appear and participate in this case *Pro Hac Vice*.

2.     I am a member of the law firm of Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C., Sumner Square, 1615 M Street N.W., Suite 400, Washington, D.C. 20036, which represents Prince Turki.

3.     I am a member in good standing of the bars of the District of Columbia and State of Pennsylvania. I am also admitted to practice in the U.S. Supreme Court, U.S. Court of International Trade, U.S. District Court for the District of Columbia, the U.S. Court of Appeals for the District of Columbia, First, Fifth, Ninth, Eleventh and Federal Circuits. A certificate of good standing for the U.S. Court of Appeals for the District of Columbia Circuit is attached hereto as Exhibit "A" to this Affidavit.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

WHEREFORE, David C. Frederick prays this Court to allow him to be entered *Pro Hac Vice.*

Dated this 9th day of March, 2004

*David C. Frederick* (signature)

Sworn to before me this
9th day of March, 2004

*Sylvia L. Slaughter* (signature)
Notary Public

**My Commission Expires February 14, 2007**

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

### Certificate of Good Standing

I, Mark J. Langer, Clerk of the United States Court of Appeals for the District of Columbia Circuit, certify that David C. Frederick was on the 19th day of February, 1992, duly admitted and qualified as an attorney and counselor of the Court of Appeals, and is now a member of the bar of the Court of Appeals in good standing. I further certify that no grievances have been filed, in this Court, against this attorney since the date of admission.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of the Court, at the City of Washington, this 5 day of March, 2004.

**FOR THE COURT:**
Mark J. Langer, Clerk
BY: *[signature]*
Willa M. Williams
Deputy Clerk