

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x

| | |
|---|---|
| **IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | **Civil Action No: 03 MDL 1570 (RCC)**<br>Relates to:  C.A. Nos: 1:02-6977 (RCC)<br>1:02-7300 (RCC-FM)<br>1:03-5071 (RCC)<br>1:03-5493 (RCC)<br>1:03-5738 (RCC)<br>1:03-6978 (RCC)<br>1:03-7036 (RCC)<br>1:03-9849 (RCC) |

-------------------------------------------------x

## AFFIDAVIT OF MICHAEL J. GUZMAN

Michael J. Guzman, pursuant to Local Civil Rule 3.1(c) of the Local Civil Rules for the United States Courts for the Southern and Eastern Districts of New York, submits this affidavit for admission *Pro Hac Vice* and states under oath:

1. This affidavit is submitted in support of the motion of Defendant Prince Turki for an order permitting me to appear and participate in this case *Pro Hac Vice*.

2. I am a member of the law firm of Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C., Sumner Square, 1615 M Street N.W., Suite 400, Washington, D.C. 20036, which represents Prince Turki.

3. I am a member in good standing of the bar of the District of Columbia. I am also admitted to practice in the U.S. District Court for the District of Columbia, the U.S. Court of Appeals for the Sixth and Eleventh Circuits. A certificate of good standing for the U.S. District Court for the District of Columbia is attached hereto as Exhibit "A" to this Affidavit.

4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

WHEREFORE, Michael J. Guzman prays this Court to allow him to be entered

*Pro Hac Vice.*

Dated this 9th day of March, 2004

Sworn to before me this
9th day of March, 2004

Notary Public

**My Commission Expires 09/14/05**

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

*MICHAEL   J.   GUZMAN*

was, on the 11th day of September A.D. 1995 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 8th day of March, A.D. 2004.

NANCY M. MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk