UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE: TERRORIST ATTACKS :
ON SEPTEMBER 11, 2001 :
 :
-------------------------------------------------------
This Document Relates to:



03 MDL 1570 (RCC)
02 civ 6977 (RCC)
02 civ 7300 (RCC)
03 civ 5071 (RCC)
03 civ 5493 (RCC)
03 civ 5738 (RCC)
03 civ 6978 (RCC)
03 civ 7036 (RCC)
03 civ 9849 (RCC)

**ORDER ADMITTING
ATTORNEY PRO HAC VICE**

Richard Conway Casey, U.S.D.J.

Please take notice, that pursuant to Rule 1.3(c) of the Local Rules of this Court, the applications for an order admitting, *Michael K. Kellogg, Mark C. Hansen, David C. Frederick Michael J. Guzman and J.C. Rozendaal pro hac vice* as counsel for the defendant Prince Turki for the purposes of the above- captioned cases is hereby GRANTED.

Dated: March 10, 2004
   New York, New York

SO ORDERED.

_____
Richard Conway Casey, U.S.D.J.