# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) **Civil Action No. 03MDL1570 (RCC)**<br>Relates to: C.A. Nos. 1:02-6977 (RCC)<br>1:02-7300 (RCC-FM)<br>1:03-5071 (RCC)<br>1:03-5493 (RCC)<br>1:03-5738 (RCC)<br>1:03-7036 (RCC) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b) and 22 U.S.C. § 254d, defendant Prince Turki Al-Faisal bin Abdulaziz Al-Saud ("Prince Turki"), by and through undersigned counsel, hereby makes a limited appearance for the purpose of moving the Court, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order both dismissing the complaints against Prince Turki for want of jurisdiction and quashing service of process on Prince Turki on grounds of diplomatic immunity. A memorandum of law (with exhibits) in support of this Motion is annexed hereto.

Dated:   New York, New York
         March 19, 2004

KELLOGG, HUBER, HANSEN,
 TODD & EVANS, P.L.L.C.


By: \_/s/_____
Mark C. Hansen (MH0359)
Michael K. Kellogg (MK4579)
David C. Frederick (DF4906)
Michael J. Guzman (MG9623)
J.C. Rozendaal (JR1430)

Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209
(202) 326-7900
(202) 326-7999 (facsimile)