## BAKER BOTTS LLP

THE WARNER
1299 PENNSYLVANIA AVE., NW
WASHINGTON, DC
20004-2400
202.639.7700
FAX   202.639.7890

AUSTIN
BAKU
DALLAS
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-04

May 5, 2004

BY HAND DELIVERY

The Honorable Richard Conway Casey
United States District Judge
United States Court House
Southern District of New York
500 Pearl Street
Room 1350
New York, NY 10007-1312



RECEIVED
MAY 0 [ ]
CHAMBERS OF
RICHARD CONWAY CASEY
U S D J

Re:   Request for Permission to File Motions to Dismiss in Certain Cases

Dear Judge Casey:

This firm represents Prince Salman bin Abdulaziz ("Prince Salman"), who is named as a defendant in five of the September 11th lawsuits that have been consolidated before Your Honor ("consolidated cases"). Those cases are Ashton v. Al Qaeda Islamic Army, et al., 02-CV-6977, Burnett v. Al Baraka Investment & Development Corp. et al., 03-CV-5738, Salvo v. Al Qaeda Islamic Army, 03-CV-5071, Barrera v. Al Qaeda Islamic Army, 03-CV-7036, and Federal Insurance Co. v. Al Qaida, 03-CV-6978.

By letter endorsement on February 23, 2004, Your Honor set May 10, 2004, as the deadline for filing our motion to dismiss in Federal Insurance. We seek Your Honor's permission to file a single motion to dismiss all of the consolidated cases in which Prince Salman is named, including Federal Insurance, on May 10, 2004. We also request that the plaintiffs' oppositions to that motion be combined into one consolidated brief, as the issues to which they will respond will be identical. On March 9, 2004, this Court granted a similar request for a consolidated opposition as to the motion to dismiss filed by Prince Naif, and we respectfully request the same consideration.

**APPLICATION GRANTED**

5/7/04

_/s/ Richard Conway Casey_
HON. RICHARD CONWAY CASEY

Sincerely,

_/s/ Sara E. Kropf_
Sara E. Kropf

cc:   All counsel (via e-mail)

DC01:386658.1