UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

IN RE: TERRORIST ATTACKS  Civil Action No: 03 MDL 1570 (RCC)
ON SEPTEMBER 11, 2001  Relates to: C.A. Nos: 1:02-6977 (RCC)
    1:02-7300 (RCC-FM)
    1:03-5071 (RCC)
    1:03-5493 (RCC)
-------------------------------------------------x    1:03-5738 (RCC)
    1:03-6978 (RCC)
    1:03-7036 (RCC)
    1:03-9849 (RCC)

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Jean E. Kalicki, Esq., a member of the Bar of this Court, it is

ORDERED that David P. Gersch, Esq., a member of the Bar of the District of Columbia, be admitted to the Bar of this Court *pro hac vice*.

Dated: New York, New York
_____ 2004

Counsel is directed to pay the $25.00 filing fee to the Clerk of the Court.

SO ORDERED.

_____
Richard Conway Casey, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

IN RE: TERRORIST ATTACKS           Civil Action No:  03 MDL 1570 (RCC)
ON SEPTEMBER 11, 2001              Relates to:  C.A. Nos:  1:02-6977 (RCC)
                                                           1:02-7300 (RCC-FM)
                                                           1:03-5071 (RCC)
                                                           1:03-5493 (RCC)
-------------------------------------------------x         1:03-5738 (RCC)
                                                           1:03-6978 (RCC)
                                                           1:03-7036 (RCC)
                                                           1:03-9849 (RCC)

**ORIGINAL**

## MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed affidavit of Jean E. Kalicki, Esq., with exhibit, Defendants Mohammed Salim bin Mahfouz, International Development Foundation, and Saudi Economic & Development Company hereby move this Court, before the Honorable Richard Conway Casey, for an Order admitting David P. Gersch, Esq., a member of the Bar of the District of Columbia, to the Bar of this Court *pro hac vice*. A proposed Order is submitted for the Court's consideration.

Dated:   May 18, 2004                Respectfully submitted,

                                     ARNOLD & PORTER LLP

                                     By: _____
                                         Jean E. Kalicki
                                         555 Twelfth Street, N.W.
                                         Washington, D.C. 20004-1202
                                         (202) 942-5000

                                     *Counsel for Defendants Mohammed Salim bin
                                     Mahfouz, International Development Foundation,
                                     and Saudi Economic & Development Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

| | |
|---|---|
| IN RE: TERRORIST ATTACKS<br>ON SEPTEMBER 11, 2001 | Civil Action No: 03 MDL 1570 (RCC)<br>Relates to:  C.A. Nos:  1:02-6977 (RCC)<br>1:02-7300 (RCC-FM)<br>1:03-5071 (RCC)<br>1:03-5493 (RCC)<br>1:03-5738 (RCC)<br>1:03-6978 (RCC)<br>1:03-7036 (RCC)<br>1:03-9849 (RCC) |

-------------------------------------------------x

CITY OF WASHINGTON  )
                                    ) ss.:
DISTRICT OF COLUMBIA)

Jean E. Kalicki, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court. I make this affidavit in support of the motion of Defendants Mohammed Salim bin Mahfouz, International Development Foundation, and Saudi Economic & Development Company for the admission of David P. Gersch, Esq. to the Bar of this Court *pro hac vice*.

2. Mr. Gersch is a member of the firm of Arnold & Porter LLP, 555 12th St., N.W., Washington, D.C. 20004, counsel for Mohammed Salim bin Mahfouz, International Development Foundation, and Saudi Economic & Development Company in the above-captioned action. Mr. Gersch is a member in good standing of the Bar of the District of Columbia (a certified copy of a certificate of good standing is attached hereto as Exhibit A). Mr. Gersch has advised me that he is familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

3. I have worked with Mr. Gersch and I can personally attest that he is of the highest competence and character.

4. Accordingly, I respectfully request that Mr. Gersch be admitted to the Bar of this Court *pro hac vice*.

DISTRICT OF COLUMBIA) SS
Sworn to before me this
18th day of May, 2004

*Jean E. Kalicki*
Jean E. Kalicki

Notary Public
My commission expires on September 30, 2006



# District of Columbia Court of Appeals
Committee on Admissions
500 Indiana Avenue, N.W. – Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DAVID P. GERSCH

was on the 22ND day of DECEMBER, 1982 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 12, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk