UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

03 MDL 1570 (RCC)
ECF Case

------------------------------------------------------------------X   Order

*This document relates to*:     All actions

**Richard Conway Casey, United States District Judge:**

    In an effort to prevent this Court from ruling on letter applications before the involved parties have been fully heard and to encourage all counsel to work out their differences before seeking Court intervention, it is hereby ORDERED that letter applications to the Court must not be submitted until they are fully briefed, i.e., the parties are to work out a schedule amongst themselves and, if during the exchange of correspondence they are still unable to reach an agreement, the applying party must only submit the letters as a package to the Court after the agreed upon deadline. Such letter applications much not exceed 3 pages in length.

So ordered.

_____
Richard Conway Casey, U.S.D.J.

Dated:
June 11, 2004
New York, New York

1