# EXHIBIT 11

SAUDI HIGH COMMISSION
RELIEF FOR BOSNIA & HERZEG.
REGIONAL OFFICE  SARAJEVO



الهيئة السعودية العليا
لمساعدة البوسنة والهرسك
المكتب الإقليمي / سراييفو

Ref. No. **845 . 55**                                                          الرقم

Date **26 . 06 . 1997**                                                      التاريخ

# Proces-verbal of agreement

     In the framework of the memorandum of co-operation signed in Riyadh on the  10th of  July 1996 by his Royal Highness Prince Salman Bin Abdulaziz Al Saud, Governor of Riyadh region and President of the Saudi High Commission of Relief for Bosnia & Herzeg and by his excellency Federico Mayor, Director General of the Uneited Nations Educational, Scientific and Cultural Organization ( UNESCO ) an official meeting was held in the office of the Saudi High Commission of Relief for Bosnia  & Herzeg in Sarajevo on the 19th at 17.00, and 20th of June 1997. at 15.00 .

The following personalities took part in the meeting :

- HE  Nasser A. AL-SAEED,  representing the Saudi  High Commission of Relief for Bosnia & Herzeg
- HE  Dr. Abdulaziz S. Bin SALAMAH,  the  permanent Delegate of the Kingdom of Saudi Arabia to UNESCO,
- HE  Collin  KAISER, Head  of  the  office of  UNESCO  in Bosnia & Herzegovina,
- HE  Rock VOGRIC. Chief of Operational Unit, Directorate of UNESCO,



SAUDI HIGH COMMISSION
RELIEF FOR BOSNIA & HERZEG.
REGIONAL OFFICE  SARAJEVO

الهيئة السعودية العليا
لمساعدة البوسنة والهرسك
المكتب الإقليمي  سراييفو

Ref. No. _____    الرقم _____

Date _____    التاريخ _____

---

All partes to the meeting agreed upon the execution of the following projects for the benefit of the government of Bosnia & Herzegovina :

1- (( Okrić )) school in Sanski Most,

2- (( HRUSTOVO )) School in Sanski Most,

3- Rebuilding the minaret of the mosque (( Šejvan Šejava )) in Mostar .

Further meetings will be held between the representatives of the  Saudi High Commission of Relief for Bosnia & Herzeg and Head of the office of UNESCO in Sarajevo in coordination with the Permanent  Delegate of the Kingdom of Saudi Arabia to UNESCO in view of selecting  projects related to the rest of the fund allocated in the memoranduom of coperation.

Signatories to the agreement :

Director General of Saudi High
Commission in Europe

Mr. Nasser AL SAEED

The permanent Delegate of
The Kingdom of Saudi Arabia to UNESCO,

Dr.Abdulaziz S. Bin SALAMH

Head of Office of UNESCO in
Bosnia and Herzegovina

Dr. Collin KAIZER

Chief Operational Unit Directorate of
UNESCO.

Mr. Rok VOGRIC

# EXHIBIT 12



united nations educational, scientific and cultural organization
organisation des nations unies pour l'éducation, la science et la culture

Office in BOSNIA AND HERZEGOVINA
Akademija Nauka i UmjetnostBistrik 7
71.000 SARAJEVO
BOSNIA AND HERZEGOVINA

téléphone :  (387.71) 670.728/210.694
fax           (387.71) 444.969

*FACSIMILE*

| DATE:22.09.1997. | NUMBER OF PAGES:1+1 |
|---|---|
| MSG. NRO. | FILE: |
| TO:NASSER .A. AL-SAEED,General Director,Saudi High Commission Relief for B&H | FAX:200-186<br>214-253 |
| FROM: Dr.Colin Kaiser,UNESCO Representative in Bosnia and Herzegovina | |
| CC: Ing.HUSSAIN O.AL-JIFFRY | PHONES:210-694.670-728<br>FAX:444-969 |
| SUBJECT:WORK PLAN | |

Dear Mr.Al-Saeed,

Please find,as requested by you,the attached work plan which shows what UNESCO Office has prepared so far in cooperation with your collaborator,that is to say which projects can be started.The implementation of this and other projects can be started as soon as UNESCO receives the funds allocated by the Memorandum of Understanding signed by H.R.H. Prince Salman Bin Abdul-Aziz Al Saud,President of the Saudi High Commission for Relief for Bosnia and Herzegovina,and Mr.Federico Mayor,Director General of UNESCO,on 10 July 1996.
The local authorities and contractors we have contacted,are exerting considerable pressure  upon us to start with the aforementioned projects.

Sincerely yours,

Dr.Colin Kaiser
UNESCO Representative in BiH



# BUDGET FOR THE SAUDI ARABIAN DONATION

## BUDGET CODE 505/BiH/01

| NAME OF THE PROJECT | NECESSARY RESOURCES (US $) | DATE OF BEGINNING OF WORKS | DURATION | STATUS OF PROJECT |
|---|---|---|---|---|
| Reconstruction of Minaret of Cevan Cehaja Mosque in Mostar. | 38.250,00 | 15.09.1997. | 60 Days | ONGOING |
| Construction and equiping of Primary School in Okrec – Municipality Sanski Most. | 140.000,00 | 01.10.1997. | 3 Months | Tendering finished. Contract will be signed after receiving the funds. |
| Construction and equipning of Primary School in Hrustovo – Municipality Sanski Most. | 205.000,00 | 01.10.1997. | 3 Months | Tendering finished. Contract will be signed after receiving the funds. |
| Reconstruction of Primary School "Mehmedalija Mak Dizdar" in Sarajevo. | 80.000,00 | 22.09.1997. | 60 Days | Tendering finished. Contract will be signed after receiving the funds. |
| Reconstruction and equiping Secondary School Center "Mehmedalija Mak Dizdar" in Breza. | 50.000,00 | 22.09.1997. | 30 Days | Tendering finished. Contract will be signed after receiving the funds. |
| Reconstruction of Secondary School Center in Zavidovici. | 45.000,00 | 10.10.1997. | 30 Days | The whole documentation is ready.Tenderig will start after reciving the funds. |
| Reconstruction of Primary School in Brezik- Municipality Zavidovici. | 45.000,00 | 01.10.1997. | 45 Days | The whole documentation is ready.Tenderig will start after reciving the funds. |

## TOTAL:    603.250,00

*The Work Plan for Tabacica Mosque will be presented by CLT/CH an because of that it not included in this Work Plan.

**As the cost of the Tabacica Mosque project will be about $ 170.000,00 , that makes $ 226.750,00 for other school projects.

# EXHIBIT 13



**united nations educational, scientific and cultural organization**
**organisation des nations unies pour l'éducation, la science et la culture**

Office in BOSNIA AND HERZEGOVINA
Akademija Nauka i Umjetnosti, Bistrik 7
71.000 SARAJEVO
BOSNIA AND HERZEGOVINA

téléphones :  (387.71) 670.728,210.694,209.857
fax          (387.71) 444.969

## *FACSIMILE*

| DATE: August 3, 1999 | NUMBER OF PAGES: 4 |
|---|---|
| MSG. NRO. | FILE: 1700/LUB/NULBIH |
| TO: **Mr. Axel Plathe**, CII/PGI | FAX: 33.1.45.68.55.83 |

| FROM: Mr. Hector-Rondon Fuentes, UNESCO Representative in B&H |
|---|

| CC: Mr. **Azedine Beschaoush**, CLT/CH   Mr. **Rok Vogric**, OPS | FAX: 33.1.45.68.55.98         33.1.45.68.57.86 |
|---|---|

| SUBJECT: The GAEJ H. BEY LIBRARY, SARAJEVO |
|---|

As we discussed by telephone today, attached is the letter from the Director of the Library Mr. Mustafa Jahic requesting UNESCO assistance for the protection and preservation of the valuable book collections of this Library.

       This letter was written following the visit that SHEIK NASIR BIN ABDULRAHMAN AL SAEED, Director of the Saudi Arabia High Commission, UNESCO staff Sinisa Sesum and myself paid to the Library last 23 July.

       The Saudi Arabia High Commission is willing to finance this project, therefore we have made an initial allocation of $60.000 from the remaining balance of the one million dollar Saudi Arabia donation for both the rehabilitation of the building and fire proof safe boxes for the protection and storage of the manuscripts. An additional amount will be requested from the Saudi High Commission for the restoration and recording on computerized media of the manuscripts. We are requesting therefore your technical expertise in this project. Please advise.

Thank you.

ISLAMIC COMMUNITY IN BOSNIA AND HERZEGOVINA
THE GAZI HUSREV-BEY LIBRARY

28 July 1999

Hector Rondon - Fuentes

UNESCO Representative in Bosnia and Herzegovina

Dear Mr. Fuentes,

In relation to your visit to "Gazi Husrev-beg" library and your expressed wish that UNESCO would assist the Library in protection and preservation of its collection, I would like to brief you on the Library and the kind of assistance necessary to protect and preserve its collection.

"Gazi Husrev-beg" library in Sarajevo was established in 1537, when Gazi Husrev- beg, its founder, decided in his "Waqafname" (foundation establishment document) on the building of a Madrasa that ..." the amount which exceeds the costs of building should be used for purchasing good books to be used in the mentioned Madrasa, to benefit those who read them and that those who are engaged in scientific research can refer to them." Therefore, this Library is one of the oldest cultural institutions in Bosnia and Herzegovina.

The core collection of the Library, which contains about 10,000 codex, consists of manuscripts in Arabic, Turkish, Persian and Bosnian languages. This makes the Library one of the biggest in Europe and also well known all over the world. The great number of these manuscripts, apart from religious- scientific disciplines, relates to other sciences such as philology, philosophy, history, geography, medicine, veterinary, mathematics and natural sciences as well as other scientific disciplines researched at the time these manuscripts were created. The manuscripts draw their origins from all parts of the Islamic World, particularly from great and prominent cultural-scientific centres such as Istanbul, Mecca, Medina, Cairo and Baghdad. A significant number of these manuscripts also originates from Bosnian cities and villages where many Bosniac Muslims wrote original works or copied books written by other authors from all, at that time known, scientific disciplines.

The value of the manuscript collection can be considered from different aspects. A large number of these manuscripts was created in the period from the XII- XV centuries, while the oldest ones originate from the XII century. Besides, a great number of manuscripts are characterised by excellent fine art decorations. A great number of manuscripts, apart from calligraphy, are decorated by other fine art elements. Some manuscripts, on the other hand, are especially distinguished by their leather covers and

Islamic Community in Bosnia and Herzegovina, THE GAZI HUSREV-BEY LIBRARY
Address: Hamdije Kresevljako va 58, 71000 Sarajevo, Bosnia and Herzegovina, Tel. ++(387 71) 65 81 44;
Fax ++(387 71) 20 3 28, E-mail:ghbibl@bih.net.ba

rosettes engraved in the covers. With regard to the fine art decoration of the manuscripts, the collection of Mushafs (The Qur'an manuscripts) is of great importance.

Today, the overall book collection of the Library contains about 80,000 units what comprises, beside the manuscript collection, collections of printed books, periodicals and historic documents. The collection of printed books in Oriental languages contains about 20,000 units, and the first printed books from the printing office of Ibrahim Mutefrika from 1727 in Istanbul can be found here as well. The collection of printed books in Bosnian language as well as other languages of the neighbouring and other European countries consists of about 30,000 units. This collection contains the first printed books in Bosnia and Herzegovina as well as books from the period of the Austro-Hungarian rule in Bosnia and Herzegovina.

In the collection of periodicals, which contains about 4,000 titles, the oldest magazines and newspapers printed in Bosnia and Herzegovina from 1866 onwards can be found. Among more recent periodicals, the Library contains a significant number of foreign periodicals in Oriental languages and some European languages as well.

The archive collection, which contains about 4,000 documents, includes some documents related to the history of Bosnia and Herzegovina under the Ottoman rule, the significant collection of 1,400 "waqifnama" (documents on establishment of some foundations) and 86 "sijjil" (protocols) the Shari'ah Court in Sarajevo.

The Library also contains a valuable collection of photographs of distinguished persons, buildings and postcards from all over Bosnia and Herzegovina.

The book collection of the Library has permanently been increased because many individuals have donated books to the Library. Sometimes, whole collections were donated. The Library collection has been increased by adding rests of the books from other libraries in Bosnia and Herzegovina. A large number of manuscripts and other valuable books, including some private collections, have been bought up on behalf of this Library.

It should be mentioned that the whole collection of the Library was preserved during the war and, taking into account well known war destruction and devastation of cultural heritage, among other things. It represents a significant source of information for research of history and cultural heritage of Bosnia and Herzegovina and Bosniac Muslims.

The Library is a public institution and its collection, as a whole, is at disposal to researchers who are engaged in research of the mentioned scientific disciplines. In that sense, the Library has developed an operation with many institutions of culture in Bosnia Herzegovina and the world.

Aiming at protecting and preserving the above mentioned collections of the Library, it would be necessary to provide:

1.   An adequate space for storage of the books

In the first line, it is necessary to provide a suited space and equipment in accordance with standards for preservation of the above mentioned types of collections.

in fireproof closets. That would, however, require more space. A better and more economical alternative would be to make a space, in which the books would be kept, look like a safety-box room, so that in that case the books would be placed at mobile shelves, what would require less space.

2. **Equipment and raw material for restoration of the paper and a bookbindery including training for personnel performing these works**

Since the considerable number of books have been significantly damaged due to their age and an inadequate space in which they were kept, it would be necessary to provide for the total restoration and protection of the books, using the most recent technological achievements. The equipment and raw material should be provided with the prior consultation of the experts from this field, who would also train the personnel performing these works in the Library.

In order to perform the above-mentioned tasks, some construction works are required on the space in which the manuscripts and the book restoration equipment would be stored.

We would like to convey our regards and appreciation for your readiness to assist our Library in protection of its collection.

Sincerely yours,

Mustafa Jahic

The Director

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) ) | No. 03-MDL-1570 Judge Richard C. Casey |

## DECLARATION OF ABDULAZIZ H. AL FAHAD

I, Abdulaziz H. Al Fahad, hereby swear to the following:

1. This declaration is made at the request of United States counsel for the Saudi High Commission, with the purpose of attesting to the accuracy of translations of other declarations filed in this case. I have been retained to represent the interests of the Saudi High Commission, as well as other defendants in this litigation, and I am being compensated for my work.

2. I am a lawyer admitted to practice in the Kingdom of Saudi Arabia. I was born and raised, and I currently reside, in Saudi Arabia. I received my university degrees in the United States. I earned a B.A. in economics from Michigan State University in 1979; an M.A. in International Relations from John Hopkins University in 1980; and a J.D. from Yale Law School in 1984. I served as a post-doctoral fellow at Harvard University for the year 1984-1985. Currently I am the principal of the Law Office of Abdulaziz H. Fahad in Riyadh, affiliated with the U.S. firm of Akin, Gump, Strauss, Hauer & Feld. I am a member of the Academic Committee, Legal Experts Commission, Council of Ministers, which is charged with translating official government documents. I am a licensed Arabic to English translator, having been issued license number 138 by the Ministry of Commerce of the Kingdom of Saudi Arabia.

3. I have reviewed the original and the English translation of the declaration to be filed in this case on behalf of Mr. Saud bin Mohammad Al-Roshood. Based on my qualifications detailed in Paragraph 2, I attest that the English translation is a true and accurate representation of the original Arabic document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date) April 30, 04, in (location) Washington, D.C.

Abdulaziz H. Al Fahad

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re: TERRORIST ATTACKS ON | ) | No. 03-MDL-1570 |
| SEPTEMBER 11, 2001 | ) | Judge Richard C. Casey |
| _____ | ) | |

**DECLARATION OF DR. MUTLIB BIN ABDULLAH AL-NAFISSA**

I, Dr. Mutlib bin Abdullah Al-Nafissa, hereby swear to the following:

1. I am a member of the Council of Ministers of the Kingdom of Saudi Arabia, with the rank of Minister of State. The Council of Ministers is the highest governing body in the Kingdom of Saudi Arabia. I hold a Bachelor of Arts degree in law from the University of Cairo and LL.M. and S.J.D. degrees from Harvard University. Prior to my appointment as a Minister of State and member of the Council of Ministers, I worked for 20 years as President of the Commission of Experts, which is the office that conducts the legal work of the Council of Ministers. Prior to becoming President of the Commission of Experts, I was a legal adviser in the Commission. In my current position as a member of the Council of Ministers, my duties include reviewing all business of a legal nature submitted to the Council of Ministers, including treaties, other international agreements, and draft laws and regulations. I also provide legal advice to the Council when called upon to do so. Based on my many years performing legal work for the Council of Ministers, I am competent to testify to the subjects set forth in this Declaration.

2. I make this Declaration at the request of United States counsel for the Saudi High Commission. I have been authorized by the President of the Council of Ministers, King Fahd bin Abdulaziz, to make this declaration. In this Declaration I describe matters of fact and law that relate to the Saudi High Commission and to the allegations in the complaints filed in this case. I have reviewed and executed the Declaration in the Arabic language with the understanding that it will be translated into English for submission to the American court.

3. I have been asked to describe the status of the Saudi High Commission within the government of the Kingdom of Saudi Arabia. The Saudi High Commission is an arm of the Saudi Arabian government. Actions taken by the Saudi High Commission properly are viewed as actions of the government of Saudi Arabia. Actions taken by the Saudi High Commission necessarily are in keeping with the foreign and domestic governmental policies of the Kingdom of Saudi Arabia.

4. I have been asked to describe the legal effect under Saudi Arabian law of the manner in which the Saudi High Commission came into existence. The process of the creation of the Saudi High Commission, through Decision No. 17419 of the President of the Council of Ministers, dated 2/12/1412 (1993) is detailed in the Declaration of Saud bin Mohammad Al-Roshood at ¶ 6. The President of the Council of Ministers has the authority under Article 29 of

the Council of Ministers law to order the formation of a governmental entity such as the Saudi High Commission.

5.  In the Kingdom of Saudi Arabia it also is necessary to receive governmental approval to establish private charities, as distinguished from government entities like the Saudi High Commission.  A person who wishes to found a private "charitable foundation" can make a request to the King of Saudi Arabia (President of the Council of Ministers), who then may issue a Royal Order; or a person can found a "charitable society" by applying to the Ministry of Labor and Social Affairs, which has power to authorize such societies pursuant to a Statute of the Kingdom of Saudi Arabia.  Private charitable foundations and charitable societies are run by boards chosen by the society or foundation and disburse funds in accordance with their charters. By contrast, a government commission, such as the Saudi High Commission, always is chaired or presided over by a government official and conducts its affairs in accordance with the domestic or foreign policy objectives of the Kingdom of Saudi Arabia.

6.  I have been asked to describe the role of His Royal Highness Prince Salman bin Abdulaziz as President of the Saudi High Commission.  As noted in the Declaration of Saud bin Mohammad Al-Roshood at ¶ 7, Prince Salman bin Abdulaziz was appointed President of the Saudi High Commission by Decision No. 17419, the same Decision of the President of the Council of Ministers that formed the Saudi High Commission.  Prince Salman bin Abdulaziz is a high-ranking government official of the Kingdom of Saudi Arabia.

7.  Before being appointed President of the Saudi High Commission, Prince Salman bin Abdulaziz was the Governor of Riyadh Province, the largest province in the Kingdom of Saudi Arabia.  The Prince remains the Governor of Riyadh Province today.  Through his role as President of the Saudi High Commission, Prince Salman bin Abdulaziz also has taken responsibilities affecting the foreign policy of the Kingdom of Saudi Arabia toward the Federation of Bosnia-Herzegovina.  More than any other person in the Saudi Arabian government, Prince Salman bin Abdulaziz is responsible for carrying out Saudi Arabian foreign policy toward Bosnia-Herzegovina.

8.  Under Saudi Arabian law, government agencies like the Saudi High Commission can be sued for their administrative acts in the Board of Grievances, the administrative court of Saudi Arabia.  Administrative decisions of governmental organs are subject to review by the Board of Grievances except when they are deemed to be decisions of a sovereign nature, in which case the Board refrains from making judgments regarding the validity of such decisions.

9.  There are no specific regulations under Saudi Arabian law mandating that the Saudi High Commission disburse foreign and humanitarian aid to any particular purpose or in any particular manner.  Decisions regarding causes to support and recipients for Saudi High Commission funds are within the discretion of the Executive Committee, the Supreme Commission, and Prince Salman bin Abdulaziz.  As noted in the Declaration of Saud bin Mohammad Al-Roshood at ¶¶ 22-23, on two occasions the mission of the Saudi High Commission was expanded, at the direction of the President of the Council of Ministers, to

2

include relief efforts in Egypt and Somalia.  In these cases as well, discretion as to how and where to disburse funds in these countries was left to Prince Salman bin Abdulaziz and the Executive Committee and the Supreme Commission.

10.    The decisions of the Executive Committee, the Supreme Committee, and Prince Salman bin Abdulaziz, by virtue of the Prince's status as a high-ranking government official, reflect the foreign policy of the Kingdom of Saudi Arabia toward the country where the relief effort or foreign aid is directed – in most instances, Bosnia-Herzegovina.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on 9/12/1424 [January 31, 2004] in Riyadh.


___[signature]_____
Dr. Mutlib bin Abdullah Al-Nafissa
Minister of State
Council of Ministers
Kingdom of Saudi Arabia



بسم الله الرحمن الرحيم

| المملكة العربية السعودية |
|---|
| مجلس الوزراء |
| وزير الدولة وعضو مجلس الوزراء |
| مكتب الوزير |

الرقـــم : ............ ............
التـاريخ : ............ ............
المشفوعات : ............ ............

---

محكمة الولايات المتحدة الأمريكية

الإقليمية

الإقليم الجنوبي في نيويورك

بشأن الهجمات الإرهابية في                    **03 MDL 1570**

١١ سبتمبر ، ٢٠٠١م                    القاضي رتشارد سي . كيسي


بيان الدكتور مطلب بن عبد الله النفيسه


بسم الله الرحمن الرحيم أنا ، الدكتور مطلب بن عبد الله النفيسه ، بهذا أقسم ،


١ –   أنني عضو في مجلس الوزراء في المملكة العربية السعودية بصفتي وزير دولة .  ومجلس الوزراء هو أعلى سلطة حكومية في المملكة العربية السعودية .  وأنا أحمل ليسانس في الحقوق من جامعة القاهرة وماجستير ودكتوراه في القانون من جامعة هارفرد . قبل تعييني كـوزير دولــة وعضو في مجلس الوزراء ، عملت لمدة عشرين سنة رئيساً لهيئـة الخـبراء ، الإدارة المسؤولة عن أداء الأعمال القانونية لمجلس الوزراء . وقبل تعييني رئيساً لهيئة الخبراء ، عملت مستشاراً قانونياً في الهيئة . وفي مركزي الحالي كعضــو في مجلس الــوزراء ، فإن مهامي تشمل مراجعـة الأعمال ذات الصفة القانونية التي تقدم لمجلس الوزراء ، بما في ذلك المعاهدات والاتفاقيات الدولية الأخرى ومشاريع القوانين واللوائح .  كما أنني أقدم رأيي القانوني للمجلس عندما يطلب مني ذلك .  واستناداً إلى عدد السنين التي أمضيتها في أداء أعمال قانونية لمجلس الوزراء ، فإنني مؤهل لتقديم الشهادة التي يتضمنها هذا البيان.

بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ



المملكة العربية السعودية
مجلس الوزراء
وزير الدولة وعضو مجلس الوزراء
مكتب الوزير

الرقم : .........................
التاريخ : .........................
المشفوعات : .........................

٢ –   إنني أقدم هذا البيان بناء على طلب المحامي الأمريكي للهيئة السعودية العليا للبوسنة والهرسك . وقد فوضني رئيس مجلس الوزراء الملك فهد بن عبد العزيز لتقديم هذا  البيان .  وفي هذا البيان ، أصف وقائع وأموراً قانونية تتعلق بالهيئة السعودية العليا وبالادعاءات التي تتضمنها الدعوى المرفوعة .  وقد قمت بمراجعة هذا البيان ووقعت عليه باللغة العربية وأفهم أنه سيتم ترجمته للغة الإنجليزية لتقديمه إلى المحكمة الأمريكية.

٣ –   لقد طلب إلي بيان صفة الهيئة السعودية العليا في منظومة حكومة المملكة العربية السعودية . إن الهيئة السعودية العليا جهاز من أجهزة الحكومة السعودية .  ويمكن النظر إلى تصرفات الهيئة السعودية العليا على أنها تصرفات حكومية . وهذه التصرفات تأتي وفقاً للسياسة الخارجية والداخلية لحكومة المملكة العربية السعودية.

٤ –   لقد طلب إلي بيان الأثر القانوني في ظل القانون السعودي للإجراء الذي تم بموجبه تكوين الهيئة السعودية العليا .  لقد تضمنت الفقرة ( ٦ ) من البيان الذي قدمه سعود بن محمد الرشود توضيح الإجراء الذي تم بموجبه تكوين الهيئة وفقاً للأمر السامي رقم ١٧٤١٩ وتاريخ ١٤١٢/١٢/٢ ( ١٩٩٣ ) والملك رئيس مجلس الوزراء يملك السلطة لتكوين الأجهزة الحكومية المماثلة للهيئة السعودية العليا.

٥ –   في المملكة العربية السعودية يلزم كذلك صدور الموافقه الحكومية على تكوين المنشآت الخيرية الخاصة التي تختلف عن الأجهزة الحكومية  مثل الهيئة السعودية العليا .  فإذا أراد شخص تأسيس " مؤسسة خيرية " خاصة فإنه يتقدم بطلب ذلك من الملك ( رئيس مجلس الوزراء ) الذي يصدر أمراً ملكياً به أن وافق عليه أو يتقدم بطلب ذلك لوزارة العمل والشؤون الاجتماعية ، وإن أراد شخص تأسيس جمعية خيرية فإنه يتقدم لوزارة العمل والشؤون الاجتماعية التي تملك السلطة لإجازة تكوين هذه الجمعيات وفقاً لأنظمة المملكة العربية السعودية .  ويتم إدارة المؤسسات والجمعيات الخيرية الخاصة من قبل مجالس إدارة تختارها المؤسسة أو الجمعية ويتم صرف أموال





بسم الله الرحمن الرحيم

الملكة العربية السعودية
مجلس الوزراء
وزير الدولة وعضو مجلس الوزراء
مكتب الوزير

الرقــم : ................ ...... ...... .....
التاريخ : ................ ...... .....
المشفوعات : ............ .......... .....

هذه المؤسسات والجمعيات وفقاً لنظامها الأساس .   وفي المقابل ، فإن الهيئة الحكومية ، مثل الهيئة السعودية العليا ، تخضع دائماً لرئاسة مسؤول حكومي وتصرف أموالها وفقاً لمتطلبات السياسة الخارجية أو الداخلية للمملكة العربية السعودية .

٦ –   لقـد طلب إلي بيـان دور صاحب السمو الملكي الأمير سلمان بن عبد العزيز كرئيس للهيئة السعودية العليا . كما ورد في الفقرة السابعة من البيان الذي قدمه سعود بن محمد الرشود ، فقد عين الأمير سلمان رئيساً للهيئة السعودية العليا بناء على الأمر السامي رقم ١٧٤١٩ وهو ذات الأمر الذي تم بموجبه تكوين الهيئـة السعودية العليـا  . والأمير سلمان بن عبد العزيز مسؤول رفيع في حكومة المملكة العربية السعودية .

٧ –   لقد كان الأمير سلمان بن عبد العزيز أميراً لمنطقة الرياض ، المنطقة التي تقع فيها العاصمة السعودية ، قبل أن يتم تعيينه رئيساً للهيئة السعودية العليا . ولازال الأمير سلمان أميراً لمنطقة الرياض اليوم  .   وبصفته رئيساً للهيئة السعودية العليا ، فقد تولى الأمير سلمان بن عبد العزيز مسؤوليات تؤثر في السياسة الخارجية للمملكة العربية السعودية تجاه فدرالية البوسنة والهرسك . لقد أصبح الأمير سلمان بن عبد العزيز ، أكثر من أي شخص آخر ، مسؤولاً عن متابعة السياسة السعودية الخارجية تجاه البوسنة والهرسك .

٨ –   وفقاً للقانون السعودي ، فإنه يجوز مقاضاة الأجهزة الحكومية ، مثل الهيئة السعودية العليا ، فيما يتعلق بقراراتها الإدارية في ديوان المظالم ، وهو الجهة المختصة بممارسة القضاء الإداري في المملكة العربية السعودية . فالقرارات الإدارية للأجهزة الحكومية تخضع لمراجعة ديوان المظالم إلا ما يتعلق بأعمال السيادة حيث يمتنع الديوان عن النظر في ذلك .

٩ –   ليس في القوانين السعودية أي نص يحكم أسلوب صرف المساعدات الخارجية والإنسانية لأي جهة أو بأي أسلوب . فتحديد الجهات المستحقة للمساعدة وتلقي الإعانة من أموال الهيئة السعودية العليا تخضع لتقدير اللجنة التنفيذية والهيئة العليا والأمير سلمان بن عبد العزيز . وكما

بسم الله الرحمن الرحيم

المملكة العربية السعودية
مجلس الوزراء
وزير الدولة وعضو مجلس الوزراء
مكتب الوزير

الرقم :
التاريخ :
المشفوعات :

جرى ذكره في الفقرتين ٢٢ – ٢٣ من البيان الذي قدمه سعود بن محمد الرشود فقد تم توسيع مهمة الهيئة السعودية العليا مرتين وفقاً لتوجيهات رئيس مجلس الوزراء لتشمل برامج إغاثية في مصر والصومال . وفي هذه الحالات ، كذلك ، فتقدير أسلوب صرف الإعانات وتحديد الجهات المتلقية لها متروك للأمير سلمان بن عبد العزيز واللجنة التنفيذية والهيئة العليا.

١٠- إن قرارات اللجنة التنفيذية ، والهيئة العليا والأمير سلمان بن عبد العزيز بصفته مسؤولاً حكومياً رفيعاً تعكس السياسة الخارجية للمملكة العربية السعودية تجاه البلد الذي توجه له الإغاثة أو المعونة ، وهو في أغلب الحالات البوسنة والهرسك .

أعلن تحت طائلة عقوبة شهادة الزور طبقاً لقوانين الولايات المتحدة الأمريكية أن ما سبق صحيح وسليم.

تم التوقيع هذا اليوم ٢٦/٢/١٤٢٥هـ في مدينة الرياض .

د. مطلب بن عبد الله النفيسه

وزير دولة

وعضو مجلس الوزراء

المملكة العربية السعودية

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re: TERRORIST ATTACKS ON | ) | No. 03-MDL-1570 |
| SEPTEMBER 11, 2001 | ) | Judge Richard C. Casey |
| | ) | |
| _____ | ) | |

## DECLARATION OF ABDULAZIZ H. AL FAHAD

I, Abdulaziz H. Al Fahad, hereby swear to the following:

1. This declaration is made at the request of United States counsel for the Saudi High Commission, with the purpose of attesting to the accuracy of translations of other declarations filed in this case. I have been retained to represent the interests of the Saudi High Commission, as well as other defendants in this litigation, and I am being compensated for my work.

2. I am a lawyer admitted to practice in the Kingdom of Saudi Arabia. I was born and raised, and I currently reside, in Saudi Arabia. I received my university degrees in the United States. I earned a B.A. in economics from Michigan State University in 1979; an M.A. in International Relations from John Hopkins University in 1980; and a J.D. from Yale Law School in 1984. I served as a post-doctoral fellow at Harvard University for the year 1984-1985. Currently I am the principal of the Law Office of Abdulaziz H. Fahad in Riyadh, affiliated with the U.S. firm of Akin, Gump, Strauss, Hauer & Feld. I am a member of the Academic Committee, Legal Experts Commission, Council of Ministers, which is charged with translating official government documents. I am a licensed Arabic to English translator, having been issued license number 138 by the Ministry of Commerce of the Kingdom of Saudi Arabia.

3. I have reviewed the original and the English translation of the declaration to be filed in this case on behalf of Minister of State, Dr. Mutlib bin Abdullah Al-Nafissa. Based on my qualifications detailed in Paragraph 2, I attest that the English translation is a true and accurate representation of the original Arabic document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date) _Feb. 25, 04_ , in (location) _Washington, D.C._

_Abdulaziz H. Al Fahad_
Abdulaziz H. Al Fahad