**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------x

**IN RE: TERRORIST ATTACKS**　　　:
**OF SEPTEMBER 11, 2001**　　　　　:　　**03 MDL No. 1570 (RCC)**
　　　　　　　　　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
----------------------------------------------------x

***This Document Relates to*: All Actions**　:
　　　　　　　　　　　　　　　　:
----------------------------------------------------x

**Richard Conway Casey, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-04

The Court shall hold a status conference in the above-captioned multi-district cases on July 20, 2004, at 2:00 p.m. in the Ceremonial Courtroom at 500 Pearl Street.

The topic of the conference will be whether the Supreme Court's June 28, 2004 decisions in Hamdi v. Rumsfeld and Rasul v. Bush relate to pending motions to serve by publication certain defendants who are allegedly in U.S. custody. Specifically, the Court would like to hear the government's position on these cases.

Dated: July 1, 2004
　　　　New York, New York

　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　Richard Conway Casey
　　　　　　　　　　　　　　　Richard Conway Casey, U.S.D.J.