# EXHIBIT 4



PRESS ROOM

**FROM THE OFFICE OF PUBLIC AFFAIRS**

January 22, 2004
JS-1107

**Prepared Remarks of Treasury Secretary John Snow**
**to Announce Joint U.S. and Saudi Action Against Four Branches**
**of Al-Haramain in the Financial War on Terror**

Thank you very much for being here today.

I am very pleased to announce that the United States and Saudi Arabia have joined together today to take action against four branches of the Al-Haramain organization. Today's designation is another important victory in our ongoing war against the spread of terrorism and terrorist financiers and another demonstration of our partnership in the war against terror.

The four branches of Al-Haramain that we are singling out today have not only supported the plotting of despicable acts of terror, but they have done so by exploiting countless individuals who believed that by supporting Al-Haramain, they were, in fact spreading good will to many in need of a helping hand.

The four branches of Al-Haramain have cloaked themselves in the virtue of charity, only to fund and support terrorist organizations around the world - such as the al-Qaeda network.

These four branches located in Indonesia, Kenya, Tanzania, and Pakistan have ignored past orders to cease their operations.

By designating these organizations under the President's Executive Order Number 13224, and joining with Saudi Arabia to call on the United Nations 1267 Sanctions Committee to designate these groups as well, we bring to bear the full weight of the international community.

We will continue to vigilantly work to ensure that these groups will no longer be able to disguise themselves as legitimate and benevolent organizations in order to undermine peace and freedom.

We know generous givers to charities provide hundreds of millions of dollars to improve the lives of countless people around the world.

We will not interfere with the noble work of legitimate charities.

But donors need to be assured that their contributions are being used for their intended purposes -- and not to fuel the activity of terrorists.

Make no mistake; this administration will continue to take aggressive actions, both domestically and internationally, to ensure that charities are not being abused by terrorists or other criminals.

Just days ago, during the State of the Union address, President Bush stated that our greatest responsibility is the active defense of the American people.
Twenty-eight months have passed since September 11th, 2001 -- over two years without an attack on American soil. As the President said, it is tempting to believe

that the danger is behind us. But the terrorists continue to plot against America and the civilized world.

However, we too are on the offensive against the terrorists who started this war. We're tracking al Qaeda around the world, and nearly two-thirds of their known leaders have now been captured or killed.

As part of the Administration's offensive against terror the President mentioned during his national address, the Treasury Department is confronting networks that funnel money to terrorists.

The United States, Saudi Arabia, and our other partners around the globe have spoken out loud and clear – terrorism has no place in a civilized world. We will continue to work with Saudi Arabia and all our allies in the war against terror to seek out those who bankroll terrorist organizations and shut them down.

Thank you very much.