IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) | 03-MDL-1570 |
| ) | ECF Case |

*Relates to:*
*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC)
*Barrera v. Al Qaeda Islamic Army*, 03-CV-7036 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Salvo v. Al Qaeda Islamic Army*, 03-CV-5071 (RCC)
*Tremsky v. Osama bin Laden*, 02-CV-7300 (RCC)

## NOTICE OF CORRECTION REGARDING REPLY IN SUPPORT OF HIS ROYAL HIGHNESS PRINCE SULTAN BIN ABDULAZIZ AL-SAUD'S MOTION TO DISMISS CERTAIN CONSOLIDATED COMPLAINTS

On May 28, 2004, Defendant His Royal Highness Prince Sultan bin Abdulaziz al-Saud filed his Reply Brief (MDL Dkt. #175) in support of his Motion to Dismiss Certain Consolidated Complaints (MDL Dkt. #47). The caption to the Reply Brief inadvertently stated that it was being filed in Federal Insurance Co. v. Al Qaida, 03-CV-6978 (RCC), and Burnett v. Al Baraka Investment & Development Corp., 03-CV-9849 (RCC), among others. Additionally, the caption inadvertently omitted that the Reply Brief was, in fact, also being filed in connection with Tremsky v. Osama bin Laden, 02-CV-7300 (RCC). Although the Reply Brief itself was not actually mis-filed in any case to which it did not relate, attached as Exhibit A hereto is a substitute caption page which properly reflects the underlying cases to which Prince Sultan's May 28, 2004 Reply Brief relates.

1

Dated: Washington, D.C.  
       June 4, 2004

Respectfully submitted,

_____S/_____  
Jamie S. Kilberg (admitted *pro hac vice*)  
D.C. Bar No. 480207

BAKER BOTTS, LLP  
The Warner  
1299 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004-2400  
Phone:  (202) 639-7700  
Fax:     (202) 639-7890