# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) ) ) ) ) | 03-MDL-1570<br>ECF Case |

*Relates to:*
<u>Ashton v. Al Qaeda Islamic Army</u>, *02-CV-6977 (RCC)*
<u>Barrera v. Al Qaeda Islamic Army</u>, *03-CV-7036 (RCC)*
<u>Burnett v. Al Baraka Investment & Development Corp</u>., *03-CV-5738 (RCC)*
<u>Salvo v. Al Qaeda Islamic Army</u>, *03-CV-5071 (RCC)*
<u>Tremsky v. Osama bin Laden</u>, *02-CV-7300 (RCC)*


**REPLY IN SUPPORT OF
HIS ROYAL HIGHNESS PRINCE SULTAN BIN ABDULAZIZ AL-SAUD'S
MOTION TO DISMISS CERTAIN CONSOLIDATED COMPLAINTS**


William H. Jeffress, Jr. (admitted *pro hac vice*)
D.C. Bar No. 041152

Christopher R. Cooper (admitted *pro hac vice*)
D.C. Bar No. 453387

Jamie S. Kilberg (admitted *pro hac vice*)
D.C. Bar No. 480207

Sara E. Kropf (admitted *pro hac vice*)
D.C. Bar No. 481501

BAKER BOTTS, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Phone:  (202) 639-7700
Fax:    (202) 639-7890

**Attorneys for HRH Prince Sultan bin Abdulaziz Al-Saud**