# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03-MDL-1570<br>Judge Richard C. Casey |

### DECLARATION OF DR. MUTLIB BIN ABDULLAH AL-NAFISSA

In the name of God, the Merciful, the Compassionate, I, Dr. Mutlib bin Abdullah Al-Nafissa, hereby swear:

1. I am a member of the Council of Ministers of the Kingdom of Saudi Arabia as a Minister of State. The Council of Ministers is the highest governing body in the Kingdom of Saudi Arabia. I hold a Bachelor of Arts degree in law from the University of Cairo and LL.M. and S.J.D. degrees from Harvard University. Prior to my appointment as a Minister of State and member of the Council of Ministers, I worked for 20 years as President of the Commission of Experts, which is the office that conducts the legal work of the Council of Ministers. Prior to becoming President of the Commission of Experts, I was a legal adviser in the Commission. In my current position as a member of the Council of Ministers, my duties include reviewing all business of a legal nature submitted to the Council of Ministers, including treaties, other international agreements, and draft laws and regulations. I also provide legal advice to the Council when called upon to do so. Based on my many years performing legal work for the Council of Ministers, I am competent to testify to the subjects set forth in this Declaration.

2. I make this Declaration at the request of United States counsel for His Royal Highness Prince Salman bin Abdulaziz Al Saud, the President of the Saudi High Commission for Bosnia-Herzegovina. I have been authorized by the President of the Council of Ministers, King Fahd bin Abdulaziz, to make this declaration. In this Declaration I describe matters of fact and law that relate to the Saudi High Commission and to the allegations in the complaints filed in this case. I have reviewed and executed the Declaration in the Arabic language with the understanding that it will be translated into English for submission to the American court.

3. I have been asked to describe the status of the Saudi High Commission within the structure of the government of the Kingdom of Saudi Arabia. The Saudi High Commission is an arm of the Saudi Arabian government. Actions taken by the Saudi High Commission may be viewed as actions of the government of Saudi Arabia. Actions by the Saudi High Commission are taken in keeping with the foreign and domestic governmental policies of the Kingdom of Saudi Arabia.

4. I have been asked to describe the legal effect under Saudi Arabian law of the manner in which the Saudi High Commission came into existence. The process of the creation of the Saudi High Commission, through High Order No. 17419 of the President of the Council of

Ministers, dated 2/12/1412 (1993) is detailed in the Declaration of Saud bin Mohammad Al-Roshood at ¶ 6. The King, President of the Council of Ministers, has the authority to order the formation of a governmental entity such as the Saudi High Commission.

5. In the Kingdom of Saudi Arabia it also is necessary to receive governmental approval to establish private charities, as distinguished from government entities like the Saudi High Commission. A person who wishes to found a private "charitable foundation" can make a request to the King of Saudi Arabia (President of the Council of Ministers), who if he approves may issue a Royal Order; or submits an application therefor to the Ministry of Labor and Social Affairs (which has become now the Ministry of Social Affairs), and a person can found a "charitable society" by applying to the Ministry of Labor and Social Affairs which has power to authorize such societies pursuant to the laws of the Kingdom of Saudi Arabia. Private charitable foundations and charitable societies are run by boards chosen by the foundation or society and disburse funds in accordance with their charters. By contrast, a government commission, such as the Saudi High Commission, always is chaired or presided over by a government official and disburse funds in accordance with the domestic or foreign policy requirements of the Kingdom of Saudi Arabia.

6. I have been asked to describe the role of His Royal Highness Prince Salman bin Abdulaziz as President of the Saudi High Commission. As noted in the Declaration of Saud bin Mohammad Al-Roshood at ¶ 7, Prince Salman bin Abdulaziz was appointed President of the Saudi High Commission by High Order No. 17419, the same Order of the President of the Council of Ministers that formed the Saudi High Commission. Prince Salman bin Abdulaziz is a high-ranking government official of the Kingdom of Saudi Arabia.

7. Before being appointed President of the Saudi High Commission, Prince Salman bin Abdulaziz was the Governor of Riyadh Province, the province where the Saudi capital is located. Prince Salman remains the Governor of Riyadh Province today. Through his role as President of the Saudi High Commission, Prince Salman bin Abdulaziz also has taken responsibilities affecting the foreign policy of the Kingdom of Saudi Arabia toward the Federation of Bosnia-Herzegovina. More than any other person, Prince Salman bin Abdulaziz is responsible for carrying out Saudi Arabian foreign policy toward Bosnia-Herzegovina.

8. Under Saudi Arabian law, government agencies like the Saudi High Commission can be sued for their administrative acts in the Board of Grievances, the administrative court of Saudi Arabia. Administrative decisions of governmental organs are subject to review by the Board of Grievances except when they are deemed to be decisions of a sovereign nature, in which case the Board refrains from such review.

9. There are no specific regulations under Saudi Arabian law mandating how to disburse foreign and humanitarian aid to any particular cause or in any particular manner. Decisions regarding causes to support and recipients for Saudi High Commission funds are within the discretion of the Executive Committee, the Supreme Commission, and Prince Salman bin Abdulaziz. As noted in the Declaration of Saud bin Mohammad Al-Roshood at ¶¶ 22-23, the

mission of the Saudi High Commission was expanded twice, at the direction of the President of the Council of Ministers, to include relief efforts in Egypt and Somalia. In these cases as well, discretion as to how to disburse funds and who receives them in these countries was left to Prince Salman bin Abdulaziz and the Executive Committee and the Supreme Commission.

10. The decisions of the Executive Committee, the Supreme Commission, and Prince Salman bin Abdulaziz, by virtue of the Prince's status as a high-ranking government official, reflect the foreign policy of the Kingdom of Saudi Arabia toward the country where the relief effort or foreign aid is directed – in most instances, Bosnia-Herzegovina.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 14/3/1425 [January 31, 2004] in Riyadh.

\_\_\_[signature]_____
Dr. Mutlib bin Abdullah Al-Nafissa
Minister of State
Member of the Council of Ministers
Kingdom of Saudi Arabia



الرقم: ..........
التاريخ: ..........
المشفوعات: ..........

المملكة العربية السعودية
مجلس الوزراء
وزير الدولة وعضو مجلس الوزراء
مكتب الوزير

محكمة الولايات المتحدة الأمريكية
الإقليمية
الإقليم الجنوبي في نيويورك

بشأن الهجمات الإرهابية في
11 سبتمبر، 2001م

03 MDL 1570
القاضي رتشارد سي. كيسي

بيان الدكتور مطلب بن عبد الله النفيسه

بسم الله الرحمن الرحيم أنا ، الدكتور مطلب بن عبد الله النفيسه ، بهذا أقسم ،

1 - أنني عضو في مجلس الوزراء في المملكة العربية السعودية بصفتي وزير دولة . ومجلس الوزراء هو أعلى سلطة حكومية في المملكة العربية السعودية . وأنا أحمل ليسانس في الحقوق من جامعة القاهرة وماجستير ودكتوراه في القانون من جامعة هارفرد . قبل تعييني كوزير دولة وعضو في مجلس الوزراء ، عملت لمدة عشرين سنة رئيساً لهيئة الخبراء ، الإدارة المسؤولة عن أداء الأعمال القانونية لمجلس الوزراء . وقبل تعييني رئيساً لهيئة الخبراء ، عملت مستشاراً قانونياً في الهيئة . وفي مركزي الحالي كعضو في مجلس الوزراء ، فإن مهامي تشمل مراجعة الأعمال ذات الصفة القانونية التي تقدم لمجلس الوزراء ، بما في ذلك المعاهدات والاتفاقيات الدولية الأخرى ومشاريع القوانين واللوائح . كما أنني أقدم رأيي القانوني للمجلس عندما يطلب مني ذلك . واستناداً إلى عدد السنين التي أمضيتها في أداء أعمال قانونية لمجلس الوزراء ، فإنني مؤهل لتقديم الشهادة التي يتضمنها هذا البيان .

1




| | الرقم : .................... |
|---|---|
| | التاريخ : .................... |
| | المشفوعات : .................... |

المملكة العربية السعودية
مجلس الوزراء
وزير الدولة وعضو مجلس الوزراء
مكتب الوزير

٢ – إنني أقدم هذا البيان بناء على طلب المحامي الأمريكي لصاحب السمو الملكي الأمير سلمان بن عبدالعزيز آل سعود رئيس الهيئة السعودية العليا للبوسنة والهرسك . وقد فوضني رئيس مجلس الوزراء الملك فهد بن عبد العزيز لتقديم هذا البيان . وفي هذا البيان ، أصف وقائع وأموراً قانونية تتعلق بالهيئة السعودية العليا وبالادعاءات التي تتضمنها الدعوى المرفوعة . وقد قمت بمراجعة هذا البيان ووقعت عليه باللغة العربية وأفهم أنه سيتم ترجمته للغة الإنجليزية لتقديمه إلى المحكمة الأمريكية.

٣ – لقد طلب إلي بيان صفة الهيئة السعودية العليا في منظومة حكومة المملكة العربية السعودية . إن الهيئة السعودية العليا جهاز من أجهزة الحكومة السعودية . ويمكن النظر إلى تصرفات الهيئة السعودية العليا على أنها تصرفات حكومية . وهذه التصرفات تأتي وفقاً للسياسة الخارجية والداخلية لحكومة المملكة العربية السعودية.

٤ – لقد طلب إلي بيان الأثر القانوني في ظل القانون السعودي للإجراء الذي تم بموجبه تكوين الهيئة السعودية العليا . لقد تضمنت الفقرة ( ٦ ) من البيان الذي قدمه سعود بن محمد الرشود توضيح الإجراء الذي تم بموجبه تكوين الهيئة وفقاً للأمر السامي رقم ١٧٤١٩ وتاريخ ١٤١٢/١٢/٢ ( ١٩٩٣ ) والملك رئيس مجلس الوزراء يملك السلطة لتكوين الأجهزة الحكومية المماثلة للهيئة السعودية العليا.

٥ – في المملكة العربية السعودية يلزم كذلك صدور الموافقة الحكومية على تكوين المنشآت الخيرية الخاصة التي تختلف عن الأجهزة الحكومية مثل الهيئة السعودية العليا . فإذا أراد شخص تأسيس " مؤسسة خيرية " خاصة فإنه يتقدم بطلب ذلك من الملك ( رئيس مجلس الوزراء ) الذي يصدر أمراً ملكياً به أن وافق عليه أو يتقدم بطلب ذلك لوزارة العمل والشؤون الاجتماعية (أصبحت الآن وزارة الشؤون الاجتماعية) ، وإن أراد شخص تأسيس جمعية خيرية فإنه يتقدم لوزارة العمل والشؤون الاجتماعية التي تملك السلطة لإجازة تكوين هذه الجمعيات وفقاً لأنظمة المملكة العربية

٢



| ................. : الرقــم |
| ................. : التـاريخ |
| ................. : المشفوعات |

بسم الله الرحمن الرحيم

المملكة العربية السعودية
مجلس الوزراء
وزير الدولة وعضو مجلس الوزراء
مكتب الوزير

السعودية . ويتم إدارة المؤسسات والجمعيات الخيرية الخاصة من قبل مجالس إدارة تختارها المؤسسة أو الجمعية ويتم صرف أموال هذه المؤسسات والجمعيات وفقاً لنظامها الأساس. وفي المقابل ، فإن الهيئة الحكومية ، مثل الهيئة السعودية العليا ، تخضع دائماً لرئاسة مسؤول حكومي وتصرف أموالها وفقاً لمتطلبات السياسة الخارجية أو الداخلية للمملكة العربية السعودية.

٦ – لقد طلب إلي بيان دور صاحب السمو الملكي الأمير سلمان بن عبد العزيز كرئيس للهيئة السعودية العليا . كما ورد في الفقرة السابعة من البيان الذي قدمه سعود بن محمد الرشود ، فقد عين الأمير سلمان رئيساً للهيئة السعودية العليا بناء على الأمر السامي رقم ١٧٤١٩ وهو ذات الأمر الذي تم بموجبه تكوين الهيئة السعودية العليا . والأمير سلمان بن عبد العزيز مسؤول رفيع في حكومة المملكة العربية السعودية.

٧ – لقد كان الأمير سلمان بن عبد العزيز أميراً لمنطقة الرياض ، المنطقة التي تقع فيها العاصمة السعودية ، قبل أن يتم تعيينه رئيساً للهيئة السعودية العليا . ولازال الأمير سلمان أميراً لمنطقة الرياض اليوم . وبصفته رئيساً للهيئة السعودية العليا ، فقد تولى الأمير سلمان بن عبد العزيز مسؤوليات تؤثر في السياسة الخارجية للمملكة العربية السعودية تجاه فدرالية البوسنة والهرسك . لقد أصبح الأمير سلمان بن عبد العزيز ، أكثر من أي شخص آخر ، مسؤولاً عن متابعة السياسة السعودية الخارجية تجاه البوسنة والهرسك .

٨ – وفقاً للقانون السعودي ، فإنه يجوز مقاضاة الأجهزة الحكومية ، مثل الهيئة السعودية العليا ، فيما يتعلق بقراراتها الإدارية في ديوان المظالم ، وهو الجهة المختصة بممارسة القضاء الإداري في المملكة العربية السعودية . فالقرارات الإدارية للأجهزة الحكومية تخضع لمراجعة ديوان المظالم إلا ما يتعلق بأعمال السيادة حيث يمتنع الديوان عن النظر في ذلك.

٩ – ليس في القوانين السعودية أي نص يحكم أسلوب صرف المساعدات الخارجية والإنسانية لأي جهة أو بأي أسلوب . فتحديد الجهات المستحقة للمساعدة وتلقي الإعانة من أموال الهيئة

٣

المملكة العربية السعودية
مجلس الوزراء
وزير الدولة وعضو مجلس الوزراء
مكتب الوزير

الرقم : ..........
التاريخ : ..........
المشفوعات : ..........

السعودية العليا تخضع لتقدير اللجنة التنفيذية والهيئة العليا والأمير سلمان بن عبد العزيز . وكما جرى ذكره في الفقرتين ٢٢ – ٢٣ من البيان الذي قدمه سعود بن محمد الرشود فقد تم توسيع مهمة الهيئة السعودية العليا مرتين وفقاً لتوجيهات رئيس مجلس الوزراء لتشمل برامج إغاثية في مصر والصومال . وفي هذه الحالات ، كذلك ، فتقدير أسلوب صرف الإعانات وتحديد الجهات المتلقية لها متروك للأمير سلمان بن عبد العزيز واللجنة التنفيذية والهيئة العليا.

١٠- إن قرارات اللجنة التنفيذية ، والهيئة العليا والأمير سلمان بن عبد العزيز بصفته مسؤولاً حكومياً رفيعاً تعكس السياسة الخارجية للمملكة العربية السعودية تجاه البلد الذي توجه له الإغاثة أو المعونة ، وهو في أغلب الحالات البوسنة والهرسك .

أعلن تحت طائلة عقوبة شهادة الزور طبقاً لقوانين الولايات المتحدة الأمريكية أن ما سبق صحيح وسليم.

تم التوقيع هذا اليوم ١٤/٨/١٤٢٤هـ في مدينة جدة .

مطلب

د. مطلب بن عبد الله النفيسه
وزير دولة
وعضو مجلس الوزراء
المملكة العربية السعودية

٤