IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) ) ) ) ) | 03-MDL-1570<br>ECF Case |

*Relates to:*
*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (RCC)
*Barrera v. Al Qaeda Islamic Army*, 03-CV-7036 (RCC)
*Salvo v. Al Qaeda Islamic Army*, 03-CV-5071 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC)

### NOTICE OF FILING OF OMITTED EXHIBIT TO HIS ROYAL HIGHNESS PRINCE SALMAN BIN ABDULAZIZ AL-SAUD'S MOTION TO DISMISS THE COMPLAINTS

On May 10, 2004, Prince Salman bin Abdulaziz Al-Saud filed his Motion to Dismiss the Complaints in the above-referenced cases. Included with that filing were several exhibits. Exhibit B, the declaration of Saud bin Mohammad Al-Roshood, was inadvertently omitted from the filing. Exhibit B, which is attached, should be included with Prince Salman's Motion to Dismiss.

Dated: May 12, 2004                Respectfully submitted,

                                   S/ _____

                                   Sara E. Kropf (admitted *pro hac vice*)
                                   D.C. Bar No. 481501

                                   BAKER BOTTS, LLP
                                   1299 Pennsylvania Avenue, N.W.
                                   Washington, D.C. 20004-2400
                                   Phone (202) 639-7700
                                   Fax (202) 639-7890