# EXHIBIT A

HIGHER COURT IN SARAJEVO
NUMBER: R-IV-29/93
Sarajevo, October 29th, 1993.

HIGHER COURT IN SARAJEVO, as the Board consisted of the judges Pilav Salko as a Chairman of the Board, the judges Bablé Suljo and Dodik Ignjaca as the Board members, deciding in extra judicial proceeding according to the request of the INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo for record in a register of this court, at October 29th, 1993. brought following

DECISION

1. INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo, with its main office in Sarajevo, M.Tita 35 street, is recorded at this court International Associations register.

   The record is done under register number R-IV-29/93, book four, at October 29th, 1993.

2. The Goals and tasks of the INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo are:

- providing of food, clothes, footwear, medicines and other humanitarian items to the war victims, the children without parents, the persons that become exhausted and other citizens of Republic Bosnia and Herzegovina that need help,
- providing writing, printing and publishing of the free distribution of reports, journals, books, leaflets, pamphlets, and other documents with religious contents,
- giving of humanitarian help and services to Republic Bosnia and Herzegovina Islamic community,
- issuing of the money resources,
- implementation and building or helping for founding, building and work of the school centers, schools, hospitals, clinics, enterprises and similar, conducting of land drainage or irrigation, as well as other activities by which are directly or indirectly satisfied needs of the poor, the refugees, the population and the victims of the natural disasters,
- organization, enabling or participating in organization of the meetings, speaker's platforms, lectures and exhibits, as well as performing of other public manifestation in accordance with the law,
- advancing, inducing or organizing of the research and experimental works and publishing of the research results,
- employing of the employees and support personal that are necessary according to the nature of the office job,

- the founding purpose of the INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo is to help to the persons that need help provoked by the aggression at Bosnia and Herzegovina.

3. INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo, in purpose of gaining the funds, will perform activities foreseen by its Statute and in accordance with the law.

4. INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo works at the territory of Bosnia and Herzegovina, and acquires the characteristic of the civil judicial person at the day of record in this court register.

5. INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo is obliged, in the time limit of 15 days, to report every change of the Statute and the Work Program that arises after this decision, and it is obliged to act in accordance with Article 15. Paragraph 3. The Law of Citizen Associations.

6. Persons authorized for representation and presentations are:
   - Farhan Bin Siban Aldosori
   - Salah Bin Mohd Alhutian

E X P L A N A T I O N

INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo submitted to this court, at October 29th, 1993., request for registration and record in the international association register at this court. With the request is enclosed the documentation foreseen by the Law of Citizen Associations and the Regulation of the unique register of the Associations.

In executed proceeding the Court established that all law assumptions for registration of the above quoted association are fulfilled and accordance to application of the regulations of Article 12. and 13. of the Law of association of the citizens decided as in the saying of this decision.

PRESIDENT OF THE BOARD
J U D G E
Pilav Salko

Copy of the signature exist, illegible.

Copy of the official seal.

Mensur Delija
SARAJEVO

**PRECEPT:** The submitter of the request and the Higher Public Prosecutor can submit the appeal to the Higher Court of RBiH in the limits of 15 days, and the same is to be submitted to this court in three copies.

---

I certify herewith that this is a true and faithful rendering of the copy of text written in Bosnian language.
Register No.: 142-II/04
Sarajevo, August 14th, 2004                     Official translator

[Seal: Mensur Delija, SARAJEVO] [Signature: Delija Mensur]

VIŠI SUD U SARAJEVU
BROJ: R-IV-29/93
Sarajevo, 29.10.1993. godine

VIŠI SUD U SARAJEVU, u vijeću sastavljenom od sudije Pilav Salke kao predsjednika vijeća, sudije Babić Sulje i Dodik Ignjaca kao članova vijeća, odlučujući u vanparničnom postupku po zahtjevu MEDJUNARODNOG UDRUŽENJA SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sarajevu za upis u registar kod ovoga suda, dana 29.10.1993. godine, donio je slijedeće

R J E Š E NJ E

1. UPISUJE SE u registar medjunarodnih udruženja kod ovoga suda MEDJUNARODNO UDRUŽENJE SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sarajevu, sa sjedištem u Sarajevu, ul. M.Tita 35.

   Upis je izvršen pod reg.brojem R-IV-29/93, knjiga četvrta, dana 29.10.1993. godine.

2. Ciljevi i zadaci MEDJUNARODNOG UDRUŽENJA SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sarajevu su:

   - obezbjedjivanje hrane, odjeće, obuće, lijekova i ostalih humanitarnih artikala žrtvama rata, djeci bez roditelja iznemoglim licima i ostalim gradjanima Republike Bosne i Hercegovine kojima je pomoć potrebna,
   - obezbjedjivanje pisanje, štampanje, izdavanje i besplatne distribucije izvještaja, časopisa, knjiga, letaka, brošura i ostalih dokumenata sa vjerskom sadržinom,
   - pružanje humanitarne pomoći i usluga Islamskoj zajednici Republike Bosne i Hercegovine,
   - davanje novčanih sredstava,
   - ostvarivanje i izgradjivanje ili pomaganje osnivanja, izgradnje i rad školskih centara, škola, bolnica, klinika, preduzeća i slično, obavljanje iznučivanja ili navodnjavanja zemljišta, kao i ostale djelatnosti koja se neposredno ili posredno zadovoljavaju potrebe siromašnih, izbjeglica, stanovništva, kao i žrtava prirodnih nesreća,
   - organizovanje, omogućavanje ili učestvovanje u organizaciji sastanaka, tribina, predavanja i izložbi, kao i vršenje drugih javnih manifestacija u skladu sa zakonom,
   - unapredjivanje, podsticanje ili organizovanje istraživačkih i eksperimentacionih radova i objavljivanje rezultata istraživanja,
   - zapošljavanje neophodnih službenika i pomoćnog osoblja, koje zahtijeva priroda posla Ureda,
   - Svrha osnivanja SAUDI HIGH COMMISSION RELIEF FOR - Ureda u Sarajevu je pomoć licima kojima je potrebna, izazvana agresijom na Bosnu i Hercegovinu.

3. MEDJUNARODNO UDRUŽENJE SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sarajevu u cilju sticanja sredstava za vršenje svoje aktivnosti obavljaće djelatnost predvidjenu svojim Statutom a u skladu sa Zakonom.

- 2 -

4. MEDJUNARODNO UDRUŽENJA SAUDI HIGH COMMISSION RELIEF FOR - URED U Sarajevu djeluje na teritoriji Republike Bosne i Hercegovine, a danom upisa u registar kod ovoga suda stiče svojstvo građanskog pravnog lica.

5. MEDJUNARODNO UDRUŽENJE SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sarajevu dužno je u roku od 15 dana prijaviti ovome sudu svaku promjenu Statuta i Programa rada koje nastanu nakon donošenja ovog rješenja, odnosno dužan je postupiti u skladu sa članom 15 stav 5 Zakona o udruženju građana.

6. Lica ovlaštena za zastupanje i predstavljanje su:
   - Farhan Bin Alban Aldosari
   - Salah Bin Mohd Alhutien.

O B R A Z L O Ž E N J E

MEDJUNARODNO UDRUŽENJE SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sarajevu podnijelo je ovome sudu dana 29.10.1993. godine zahtjev za registraciju i upis u registar međunarodnih udruženja kod ovoga suda. Uz zahtjev je priložena dokumentacija predviđena Zakonom o udruživanju građana i Pravilnikom o jedinstvenom registru udruženja.

U provedenom postupku sud je utvrdio da su ispunjene sve zakonske pretpostavke za registraciju napred navedenog udruženja pa je primjenom odredaba člana 12 i 13 Zakona o udruživanju građana odlučio kao u izreci ovoga rješenja.



PREDSJEDNIK VIJEĆA

POUKA: Podnosilac zahtjeva i Više javno tužilaštvo mogu izjaviti žalbu Vrhovnom sudu R BiH u roku od 15 dana, a ista se podnosi ovome sudu u tri primjerka.

