# EXHIBIT B

Mensur Delija
Bosnia and Herzegovina
FEDERATION OF BOSNIA AND HERZEGOVINA
FEDERAL MINISTRY OF JUSTICE
SARAJEVO

Number: 04-05-2-681/ 03
Sarajevo, May 19, 2004.

Federal Ministry of Law, deciding under the request for record of changes in the Register of foreign and international non-govermental organisation "SAUDI HIGH COMMISSION RELIEF FOR BIH- VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH", on the basis of Article 33. paragraph 2. The Law on Associations and Fondations ("Official Gazette of the Federation of BiH", No. 45/02) brings

## DECISION

1. It is recorded in the Register of foreign and international non-governmental organizations by Federal Ministry of Justice with the date of May 19th, 2004, change of record of the Presidency of the humanitarian organisation "SAUDI HIGH COMMISSION RELIEF FOR BIH, VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH", that is recorded in the Register of foreign and international non-governmental organisations with this ministry under the number 119. Book of I register, by June 10th, 2003. and that:

1) Change of main office Presidency address so instead of the previous address in Samira Frašte Street bb, it is recorded the current address in Samira Frašte street 12a.

2) Change of the authorized person for representing and presenting of the Presidency that instead of FARAD N. ALZAKARI previous authorized person for represanting, it is recorded NASSER A.O. AL-SAEED the current authorized person.

2. Other records into the Register conducted according to the Decision No.: 04-05-2-681/03 from June, 10th, 2003 remain unchanged.

Mensur Delija
SARAJEVO

# E X P L A N A T I O N

The foreign humanitarian organization "SAUDI HIGH COMMISSION RELIEF FOR BIH- VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH" submited a request for record of changes, which are: change of the Presidency main office address and change of the person authorized for representation and presentation of the Presidency.

Presidency of humanitarian organization is recorded in the Register of foreign and international organizations maintained at this ministry under the Decision, No.:04-05- 2-681/03 from June 10th 2003.

With the request for registration changes it is enclosed the Decision, No. S/99/2004 from May 14th 2004 about change of the Presidency main office address and change of the person authorized for representation and presentation of the Presidency.

After insight into the enclosed documentation, it is established that record of the new authorized person for representing and presenting the Presidency, as well as the new Presidency main office address, is performed according to Article 33. of the Law on Associations and Foundations, so according to quoted it is decided as in the dispozitive of this Decision.

Preceipt:

This Decision is final in the administrative procedure, so it is not allowed any appeal against it, but it can be brought the administrative dispute. Administrative dispute is brought by the bringing charges to the Supreme Court of Federation of Bosnia nd Hercegovina in Sarajevo, within 30 days from the recieing of this Decision. The charges is brought in two identical copies, together with this Decision in original and copy.

                                                    MINISTER
                                                BORJANA KRIŠTO
Deliver:                          Copy of signature, illegible.
1. Association
2. Register of the documents
3. Archive

                        Copy of official seal.

I certify herewith that this is a true and faithful
rendering of the copy of original text written in Bosnian
language.
Register No.: 144-II/04
Sarajevo, July 16th, 2004

                                            Official translator

Bosna i Hercegovina
**FEDERACIJA BOSNE I HERCEGOVINE**
**FEDERALNO MINISTARSTVO PRAVDE**
**S A R A J E V O**

Broj: 04-05-2-681/03
Sarajevo, 19.05.2004. godine

Federalno ministarstvo pravde, rješavajući po zahtjevu za upis promjena u Registar stranih i međunarodnih nevladinih organizacija "SAUDI HIGH COMMISSION RELIEF FOR BIH - VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH", temeljem članka 33. stavak 2. Zakona o udruženjima i fondacijama ("Službene novine Federacije BiH", broj 45/02), d o n o s i

## RJEŠENJE

1. Upisuje se u Registar stranih i međunarodnih nevladinih organizacija kod Federalnog ministarstva pravde sa danom, 19.05.2004. godine, promjena upisa za Predstavništvo humanitarne organizacije "SAUDI HIGH COMMISSION RELIEF FOR BIH - VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH", upisano u Registar stranih i međunarodnih nevladinih organizacija kod ovog ministarstva pod registarskim brojem 119. knjiga I registra, dana 10.06.2003. godine, i to:

1) Promjena adrese u sjedištu Predstavništva tako da se umjesto dosadašnje adrese u ulici Semira Frašte bb upisuje ulica Semira Frašte broj 12a.

2) Promjena osobe ovlaštene za zastupanje i predstavljanje Predstavništva na način da se umjesto FAHAD N. ALZAKARI dosadašnje osobe ovlaštene za zastupanje i predstavljanje upisuje NASSER A.O. AL-SAEED.

2. Ostali upisi u registru izvršeni po Rješenju broj: 04-05-2-681/03 od 10.06.2003. godine, ostaju nepromijenjeni.

## Obrazloženje

Strana humanitarna organizacija "SAUDI HIGH COMMISSION RELIEF FOR BIH - VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH", podnijela je zahtjev za upis promjena, i to: promjenu adrese u sjedištu Predstavništva i promjenu osobe ovlaštene za zastupanje i predstavljanje Predstavništva.

Predstavništvo humanitarne organizacije upisano je u Registar stranih i međunarodnih nevladinih organizacija koji se vodi kod ovog ministarstva Rješenjem, broj: 04-05-2-681/03 od 10.06.2003. godine.

Uz zahtjev za upis promjena u Registar priložena je Odluka, broj S/99/2004 od 14.05.2004. godine o promjeni adrese u sjedištu Predstavništva i Odluka o promjeni osobe ovlaštene za zastupanje i predstavljanje Predstavništva.

Uvidom u priloženu dokumentaciju utvrđeno je da je upis nove osobe ovlaštene za zastupanje i predstavljanje Predstavništva, kao i nova adresa u sjedištu Predstavništva, izvršena sukladno članku 33. Zakona o udruženjima i fondacijama, pa je slijedom navedenog riješeno kao u dispozitivu ovog rješenja.

## POUKA O PRAVNOM LIJEKU:

Ovo rješenje je konačno u upravnom postupku, te protiv njega nije dopuštena žalba, ali se može pokrenuti upravni spor. Upravni spor se pokreće tužbom kod Vrhovnog suda Federacije Bosne i Hercegovine u Sarajevu, u roku od 30 dana od dana prijema ovog rješenja. Tužba se podnosi u dva istovjetna primjerka, a uz istu se prilaže i ovo rješenje u orginalu ili prijepisu.

Dostaviti:
1. Udruženje,
2. Zbirka isprava,
3. A r h i v a

MINISTRICA

Borjana Krišto