# ATTACHMENT 4



| | |
|---|---|
| Afghanistan | Home English > Services > International Services > Regional Initiatives Projects > Bosnia and Herzegovina |
| Albania | |
| Armenia | ## Bosnia and Herzegovina |
| Bulgaria | |
| Bosnia and Herzegovina | |
| Central Asia | |
| Kosovo | |
| Lithuania | |
| Macedonia | |
| Romania | |
| Russia | |
| Turkey | |
| Yugoslavia | |



### Current Projects

(No current projects)

### Past Projects

*Organizational Development and Capacity Building Project (September 1999 - June 2002)*

Through an organizational development project, the American Red Cross actively supported the establishment of the Red Cross of the Bosnia and Herzegovina, formed in December 2000. The project is helping this national society to establish a strong statutory and legal base as well as improved governance systems. Focusing on the development of a five-year strategic plan, long-term marketing and fundraising plans and operational and procedural standards, the project aims to enhance the performance of the organization at all levels and improve service delivery to the most vulnerable in Bosnia and Herzegovina.

### American Red Cross History in Bosnia and Herzegovina

In 1995, the American Red Cross began providing assistance to vulnerable populations in response to conflict which ravaged Bosnia during the mid 1990s. Since that time, the American Red Cross has managed a large-scale supplemental feeding program for the elderly in both the Federation of Bosnia-Herzegovina and the Serbska Republika, distributing more than 20,000 metric tons of food valued at more than $17 million. At its height in 1998 and 1999, this program, through an active partnership with the local Red Cross and the International Committee of the Red Cross, provided critical supplemental food support to more than 135,000 civilians over the age of 65.

In June 2000, the American Red Cross donated $500,000 to support the Home Care Program. Each year 1,000 volunteers provide high quality community based home care services to more than 10,00 most vulnerable elderly people throughout the country. With this donation, the American Red Cross worked with the Red Cross Society of Bosnia and Herzegovina to gradually reposition the Home Car Program towards a self-sustainable community service program.

### Country Overview

The Bosnia and Herzegovina declaration of sovereignty in October 1991 was followed by a referendum for independence from the former Yugoslavia in February 1992. The Bosniak Serbs, supported by neighboring Serbia, responded with armed resistance aimed at partitioning the republic along ethnic lines and joining Serb-held areas to form a "greater Serbia." In March 1994, Bosniaks and Croats reduce number of warring factions from three to two by signing an agreement creating a joint Bosniak/Croat Federation of Bosnia and Herzegovina. On November 21, 1995, in Dayton, Ohio, the warring parties signed a peace agreement that brought the three years of armed conflict to a halt

**OUR SUPPORTERS**

▸ Circle of Humanitarians

▸ Look Who's Helping

▸ Annual Disaster Giving Program

**CapitalOne**

Reach out to your community

Click here for more info

The peace agreement established Bosnia and Herzegovina as a country of two entities, each with a high level of autonomy. At this time Bosnia and Herzegovina is experiencing a protracted and multifaceted transition process. The country continues to grapple with the political, social and economic problems inherent in constructing a single state from two ethnically divided entities, while at the same time continuing the process of reconstruction from the effects of the war as well as managing the transition from a centrally-planned economy to a free market system.

| | |
|---|---|
| Human development ranking (out of 175 nations) | NA |
| Population | 3,964,388 |
| Population growth rate | 0.76% |
| Infant mortality rate | 23.53 deaths/1,000 live births |
| Under-five mortality rate | NA |
| Life expectancy at birth | 72.02 years |
| Total fertility rate | 1.71 children born/woman |
| Maternal mortality ratio | NA |
| HIV/AIDS adult prevalence rate | 0.04% |
|     People living with HIV/AIDS | NA |
|     HIV/AIDS deaths | Less than 100 |
| Adult literacy rate | |
|     Total population | NA |
|     Male | NA |
|     Female | NA |
| GDP per capita | $1,800 |
| Population living on $1 a day | NA |
| Population living below national poverty line | NA |
| Population without access to safe water | NA |
| Population without access to adequate sanitation | NA |

Statistical sources: CIA World Factbook 2002, UNDP Human Development Report 2003

© Copyright 2004 The American National Red Cross. All Rights Reserved.   CONTACT US | SITE DIRECTORY | PRIVACY POLICY