**United States District Court**
**Southern District Of New York**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (RCC)**<br>**ECF Case** |

*This Document Relates to:*
<u>Ashton v. Al Qaeda Islamic Army</u>, *02-CV-6977 (RCC)*
<u>Burnett v. Al Baraka Investment & Development Corp</u>., *03-CV-5738 (RCC)*
<u>Federal Insurance Co. v. Al Qaida</u>, *03-CV-6978 (RCC)*
<u>Barrera v. Al Qaeda Islamic Army</u>, *03-CV-7036 (RCC)*
<u>Salvo v. Al Qaeda Islamic Army</u>, *03-CV-5071 (RCC)*
<u>Burnett v. Al Baraka Investment & Development Corp</u>., *03-CV-9849 (RCC)*

**DECLARATION OF SARA E. KROPF**

1. I am an attorney licensed to practice in the District of Columbia and admitted *pro hac vice* to this Court. I am an associate in the law firm of Baker Botts LLP, counsel for Prince Salman bin Abdulaziz Al-Saud. I submit this declaration to transmit the following documents submitted in reply to the plaintiffs' opposition to Prince Salman's motion to dismiss in certain consolidated actions in this proceeding.

2. Attachment 1 is a true and accurate copy of the translated declaration of Hadzimuratovic Hajrudin, dated August 25, 2004, including four exhibits and their translations.

3. Attachment 2 is a true and accurate copy of the declaration of Mensur Delija, an official translator in Bosnia, dated August 25, 2004.

4. Attachment 3 to this declaration is a true and accurate copy of the declaration of Merima Erkocevic, an official translator in Bosnia, dated August 24, 2004.

5. Attachment 4 to this declaration is a true and accurate copy of the description of work done by the American Red Cross in Bosnia and Herzegovina from the American Red Cross website, printed on August 12, 2004. (www.redcross.org/services/intl/0,1082,0_59_00.htm)

Declared in Washington, DC on August 27, 2004.

Sara E. Kropf