UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
IN RE TERRORIST ATTACKS ON : 
SEPTEMBER 11, 2001 :
: **03-MDL 1570 (RCC)**
This document relates to: : **ECF CASE**
:
THOMAS BURNETT, *et al*, :
: 03 CV 9849 (RCC)
v. :
:
AL BARAKA INVESTMENT & :
DEVELOPMENT CORP., *et al*. :
------------------------------X
THOMAS BURNETT, *et al*, :
: 03 CV 5738 (RCC)
v. :
:
AL BARAKA INVESTMENT & :
DEVELOPMENT CORP., *et al*. :
------------------------------X
KATHLEEN ASHTON, *et al*, :
: 02 CV 6977 (RCC)
v. :
:
AL QAEDA ISLAMIC ARMY, *et al*. :
------------------------------X

**DECLARATION OF JOSEPH J. SALTARELLI IN SUPPORT OF DEFENDANT YASSIN ABDULLAH KADI'S REPLY IN SUPPORT OF MR. KADI'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT**

I, JOSEPH J. SALTARELLI, declare as follows:

1. I am an attorney admitted to practice before this Court. I am Counsel to the law firm of Hunton & Williams LLP, and represent defendant Yassin Abdullah Kadi in the above captioned matters.

1

2. Attached to this declaration as Exhibit A is a true and correct copy of a certificate signed by Harriet Smith Windsor, Secretary of State of the State of Delaware, regarding the corporate status of Muwafaq Foundation, dated October 28, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on December 3, 2004, in New York, N.Y.

        /s/ Joseph J. Saltarelli
Joseph J. Saltarelli  (JS-1560)
Hunton & Williams LLP
200 Park Avenue, 43rd Floor
New York, New York 10166-0136

2

## CERTIFICATE OF SERVICE

I certify that, on the 3rd day of December, I caused copies of the foregoing **DECLARATION OF JOSEPH J. SALTARELLI IN SUPPORT OF DEFENDANT YASSIN ABDULLAH KADI'S REPLY IN SUPPORT OF MR. KADI'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT** to be served electronically pursuant to the Court's ECF system.

/s/ Joseph J. Saltarelli_____

Joseph J. Saltarelli