# القُدس العربي
## AL-QUDS AL-ARABI

**DECLARATION OF PUBLICATION**

NOTICE : of Filing of Complaints

The undersigned says:

I am the Business Manager and Company Secretary of Al-Quds Al-Arabi Publishing & Advertising ( Overseas ) Ltd and is duly authorized to make this affidavit.

The Notice , a true copy of which is attached , was published on the following dates : Thursday December 23rd, 2004, Thursday December 30th 2004, Thursday January 6th 2005 and Thursday January 13th 2005.

PAT SUNDRAM ( MRS )
BUSINESS MANAGER
MARCH 11TH 2005

SWORN BEFORE ME ON THIS 14th DAY OF March 2005

---

I THE UNDERSIGNED MANUEL FLOREZ VALCARCEL, Notary Public, practising at 130 King Street, London W6 0QU, England, hereby CERTIFY that the signature written at the end of the preceding document in my presence is the true and authentic signature, of Mrs. PATRICIA SUNDRAM, also known as PAT SUNDRAM as declared by her, of full age, who signed it in my presence having identified her by her British passport No. 094358024 valid until 23.04.2014 produced by her to me for her personal identification. ----------------------------------------------------
IN WITNESS WHEREOF I sign this Certificate in London, England, today the fourteenth day of March two thousand and five.

MANUEL FLOREZ VALCARCEL
Notary Public

AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED
TEL: 0208-741 8008 • FAX: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk
REGISTERED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233 • VAT REG NO: 538 9427 04




السنة السادسة عشرة - العدد 4863 الخميس 13 كانون الثاني (يناير) 2005 - 2 ذو الحجة 1425 هـ

## إعلان قانوني

## إلى المدعى عليهم المذكورين والمدرجة أسمائهم أدناه:

**الملحق أ**

[قائمة طويلة بأسماء المدعى عليهم موزعة على ستة أعمدة، تشمل أفراداً ومنظمات وشركات ومؤسسات، من بينها:]

- الجماعة الإسلامية المعروفة أيضاً بالجماعة الإسلامية
- الشركة الخليجية لترويج الصادرات والتسويق
- القاعدة المعروفة أيضاً بجيش القاعدة الإسلامي
- بنك الشمال الإسلامي المعروف أيضاً بشمال بنك والمعروف أيضاً بشمال بنك والمعروف أيضاً ببنك الشمر
- شركة التقوى للتجارة والعقارات والصناعة المحدودة
- مجموعة التقوى/ندى العروفة أيضاً مجموعة التقوى/ندى لإدارة الأعمال
- بنك البركات الصومالي (بي أن إس)
- مجموعة البركات للتمويل
- شركة البركات المالية القابضة المعروفة أيضاً بشركة البركات المالية
- البركات العالمية للاتصالات السلكية واللاسلكية
- مجموعة شركات البركات الصومالية المحدودة المعروفة أيضاً بمجموعة شركات البركات والمعروفة أيضاً بمجموعة البركات
- البركات انترناشيونال المعروفة ببراكو
- البركات المصري
- BTELCO
- أسامة بن لادن
- وغيرها الكثير من الأسماء والمنظمات...

في المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، إجراءات قانونية مجمعة معروفة كونها متعلقة بموضوع الهجمات الإرهابية الواقعة في 11 سبتمبر (أيلول) 2001، قضية رقم (RCC) 03 MDL 1570؛ إعلان تقديم الشكاوى؛ أصدر القاضي ريتشارد سي. كيزي أمر تبليغ بالنشر في الصحف في 15 سبتمبر (أيلول)، 2004، ولقد تم الأمر بنشر الإجراء القانوني العنون أعلاه في الصحف مرة في الأسبوع لمدة أربعة أسابيع متتالية باللغة الإنكليزية، في جريدتي إنترناشيونال هيرالد تريبيون ويو إس أي توداي، وباللغة العربية في جريدة عربية واحدة على الأقل تُنشر على نحو واسع في الشرق الأوسط، وكذلك إدراج الشكاوى الوثيقة الصلة بالموضوع على موقع الإنترنت www.september11terrorlitigation.com.

ولقد تم تبليغ الإعلان بموجب هذه الوثيقة إلى المدعى عليهم المدرجة أسمائهم أعلاه، ويؤمر المدعى عليهم ويُطلب منهم بموجب هذه الوثيقة أن يبلغوا كاتب المحكمة، المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك (The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007)، نيويورك، نيويورك (10007) عن الجواب على الشكاوى خلال مدة ستين (60) يوماً من نشر الإعلان. في حال أخفق المدعى عليهم القيام بهذا، سيصدر حكم غيابي ضد المدعى عليهم من أجل الإعانة المطلوبة في كل من الشكاوى المجمعة تحت القضية رقم 03 MDL 1570. تلتمس الشكاوى الحصول على أضرار تعويضية، وتأديبية وقيمتها ثلاثة أضعاف حجم الأضرار، أتعاب المحامين، التكاليف، وإعانات أخرى من أجل الوفاة الجائرة، الإصابات الشخصية، اضرار بالممتلكات، اضرار نتيجة لتوقف الأعمال، خسائر في الأرباح، انتهاك حرمة الملكية، ابتزاز الأموال وإصابات أخرى سببها هجوم 11 سبتمبر (أيلول) 2001 الإرهابي على الولايات المتحدة.