UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT

2005 MAR 18  P 12: 31

S.D. OF N.Y.

---

NEW YORK MARINE AND GENERAL INSURANCE
COMPANY, et al.

    Plaintiff,

-V-

AL-Qaida, et al.

    Defendants..

CERTIFICATE OF MAILING

03 mc 1570

04cv 6105(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**March 18, 2005**

I served the

**SUMMONS & COMPLAINT**
NOTICE OF SUIT, CERTIFICATE OF AUTHENTICITY FROM TRANSLATOR
AND $650 CHECK PAYABLE TO THE U.S. EMBASSY-TAERON

pursuant to the foreign sovereign immunities Act {28 U.S. C. §1608(a)(4)}, filed and issued herein on the

December 23, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#7002 2410 0002 6964 #2595

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

## BROWN GAVALAS & FROMM LLP

United States District Court
March 15, 2005
Page 3

      Thank you for your assistance. If you have any questions or require any additional documents, please do not hesitate to contact us..

      Very truly yours,

      BROWN GAVALAS & FROMM LLP

      Frank J. Rubino, Jr.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20520

| | | |
|---|---|---|
| Postage | $ | 5.30 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 9.35 |

UNIT ID: 0004
Postmark Here
Clerk: KSJJJF
03/18/05

Sent To: Edward A Betancourt, Director of Special Consular Svc
Street, Apt No, or PO Box No. 2100 Pennsylvania Ave - 4E
City, State, ZIP+4 Washington, DC 20520

PS Form 3800, June 2002  See Reverse for Instructions