UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, et al. | CERTIFICATE OF MAILING |
| Plaintiff, | S.D. OF N.Y. |
| -V- | |
| AL Qaida, et al. | |
| Defendants.. | 03 mp 1570 |
| | 04cv 6105(RCC) |

FILED
U.S DISTRICT COURT
2005 MAR 18 P 12:36

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

March 17, 2005

I served the

SUMMONS & COMPLAINT
NOTICE OF SUIT, CERTIFICATE OF AUTHENTICITY FROM TRANSLATOR
AND $650 CHECK PAYABLE TO THE U.S. EMBASSY-DAMASCUS

pursuant to the foreign sovereign immunities Act {28 U.S. C. §1608(a)(4)}, filed and issued herein on the

December 23, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# 7002 2410 0002 6964 # 2601        #_____

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

## BROWN GAVALAS & FROMM LLP

United States District Court
March 15, 2005
Page 3

       Thank you for your assistance. If you have any questions or require any additional documents, please do not hesitate to contact us..

       Very truly yours,

       BROWN GAVALAS & FROMM LLP

       Frank J. Rubino, Jr.