UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT
2005 MAR 18 P 12: 37

NEW YORK MARINE AND GENERAL INSURANCE COMPANY, et al.
          Plaintiff,

-v-

Al-Qaida, et al.
          Defendants..

CERTIFICATE OF MAILING

1570.
03 mo
04cv 6105(RCC)   ECF

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

March 18, 2005

I served the

SUMMONS & COMPLAINT
NOTICE OF SUIT, CERTIFICATE OF AUTHENTICITY FROM TRANSLATOR
AND $650 CHECK PAYABLE TO THE U.S. EMBASSY-RIYADH

pursuant to the foreign sovereign immunities Act {28 U.S. C. §1608(a)(4)},filed and issued herein on the

December 23, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# 7002 2410 0002 6864 2632      #

(Chinatown Station) that was issued at my request as aforementioned.

J. Michael McMahon
CLERK

Dated: New York, NY

BROWN GAVALAS & FROMM LLP

United States District Court
March 15, 2005
Page 3

Please request the Director of Special Consular Services, c/o Edward A. Betancourt, at the U.S. State Department, to transmit the enclosed materials to Saudi Arabia, and once the process is complete, to send to you a certified copy of the [transmittal. Upon r]eceipt, please forward to us a copy of the [a]ddressed, stamped envelope provided for your [convenience.]

[I]f you have any questions or require any additional [information, please con]tact us..

Very truly yours,

BROWN GAVALAS & FROMM LLP

Frank J. Rubino, Jr.