UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY et. al.
          Plaintiff,

-V-

AL-QAIDA et al.

          Defendants..

FILED
S DISTRICT COURT
2005 MAR 18 P 12: 12
CERTIFICATE OF MAILING
S.D. OF N.Y.

03-mo 1570
03 Cv. 6978(RCC) ECF

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

March 18, 2005

I served the

SUMMONS & COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY FROM THE TRANSLATOR
TRANSLATION INTO ARABIC

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(b)(3)(B), filed and issued herein on the
Sept. 10, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#RB632 892 243    #RB632 892 257    #_____

(Chinatown Station) that was issued at my request as aforementioned,

          J. Michael McMahon
          CLERK

Dated: New York, NY

J. Michael McMahon
March 11, 2005
Page 2

---

cate of Authenticity from the
case in *Federal Insurance Co.* for
your use in transmitting *the Federal*
of Foreign Affairs as follows:

broad

stions, please do not hesitate to

**Registered No.** RE322920678
Reg. Fee $ 7.50
Handling Charge
Return Receipt $ 1.75
Postage $ 20.75
Restricted Delivery
Received by

Date Stamp
UNIT ID: 0004
Clerk: KSJJJP
03/18/05

Domestic Insurance up to $25,000 is included in the fee, international indemnity is limited. (See Reverse).

Customer Must Declare Full Value $
☐ With Postal Insurance
☐ Without Postal Insurance

FROM: USDC Southern District of N.Y.
500 Pearl St
New York, N.Y. 10007-1312

TO: Saudi Commission for Relief + Charity Abroad
c/o Saudi Ministry of Foreign Affairs
POB 35937 Postal Code 11544
Riyadh, Saudi Arabia

PS Form 3806, June 2002
Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
03CV6978
For delivery information, visit our website at www.usps.com

---

**Registered No.** RE322920078
Reg. Fee $ 7.50
Handling Charge
Return Receipt $ 1.75
Postage $ 20.75
Restricted Delivery
Received by

Date Stamp
UNIT ID: 0004
Clerk: KSJJJP
03/18/05

Domestic Insurance up to $25,000 is included in the fee, international indemnity is limited. (See Reverse).

Customer Must Declare Full Value $
☐ With Postal Insurance
☐ Without Postal Insurance

FROM: U.S.D.C. Southern District of N.Y.
500 Pearl St
New York, N.Y. 10007-1312

TO: Saudi Commission for Relief Charity Abroad c/o Saudi Ministry of Foreign Affairs
POB 35937 Postal Code 11544
Riyadh, Saudi Arabia

PS Form 3806, June 2002
Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
03CV6978
For delivery information, visit our website at www.usps.com

ONNOR

at Lachman