UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

FILED  
U.S. DISTRICT COURT  
2005 FEB -28 A 8:57  
**CERTIFICATE OF MAILING**  
S.D. OF N.Y.

ESTATE OF JOHN P. O'NEILL, et al.,  
    Plaintiff,

-V-

THE REPUBLIC OF IRAQ, et al.,  
    Defendants..

04 Cv. 1076(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**February 28, 2005**

I served the

**SUMMONS & SECONDED COMPLAINT**

filed and issued herein on the

**December 30, 2004**

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#R632 969 720    #R632 969 680    #R632 969 673

#R632 969 702    #R632 969 716    #R632 969 733

(Chinatown Station) that was issued at my request as aforementioned,

*J. Michael McMahon*  
CLERK

Dated: New York, NY

#R 632 969 747     # R 632 969 778

#R 632 969 755     #

#R 632 967 764     #