UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF JOHN P. O'NEILL, et al.
        Plaintiff,

-V-

THE REPUBLIC OF IRAQ, et al.
        Defendants.,

FILED
U.S DISTRICT COURT
2005 FEB -28 A 8:57
**CERTIFICATE OF MAILING**
S.D. OF N.Y.

04 Cv. 1924(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**February 28, 2005**

I served the

SUMMONS & SECONDED COMPLAINT

filed and issued herein on the

December 30, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#R632 969 781    #R632 969 804    #R632 969 821

#R632 969 795    #R632 969 818    #R632 969 835

(Chinatown Station) that was issued at my request as aforementioned,

*J. Michael McMahon*
CLERK

Dated: New York, NY

# R632 969 849      # R632 969 870
# R632 969 866      #
# R632 969 (866)    #