```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-05
```

/A/E; 5.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*     *All Actions*

### STIPULATION AS TO TIME TO RESPOND TO DEFENDANT AL RAJHI BANK'S
### OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all actions

consolidated under 03 MDL 1570, and Defendant Al Rajhi Banking & Investment Corporation

("Al Rajhi Bank"), by and through their undersigned counsel, that the Plaintiffs' Reply to Al

Rajhi Bank's Opposition to Plaintiffs' Motion for Entry of Final Judgment shall be served on or

before June 20, 2005.

Respectfully submitted,


COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*


WHITE & CASE LLP

By: _____
Christopher M. Curran
Nicole E. Erb
701 Thirteenth Street, N.W.
Washington, D.C. 20005

*Attorneys for Defendant Al Rajhi
Banking & Investment Corporation*


SO ORDERED:

_____

RICHARD CONWAY CASEY, U.S.D.J.

Dated: JUNE 14, 2005