


MEMO ENDORSED

NOLAN LAW GROUP



August 11, 2005

*Via Federal Express Overnight Delivery*

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Room 1350
New York, NY   10007-1312

      RE:    *In Re Terrorist Attacks of September 11, 2001* - MDL No. 1570 (RCC):
                 *Burnett v. Al Baraka Investment & Development, et al.*
                 Case No. 03 CV 9849 (RCC)
                 *Gladys Salvo, et al. v. Al Qaeda Islamic Army, et al.*
                 Case No. 03 CV 5071 (RCC)

Dear Judge Casey:

     We are writing to request Your Honor's permission to consolidate the *Salvo* case with *Burnett*; each case contains identical facts, legal issues, and named defendants. The *Salvo* complaint was filed in the Southern District of New York on July 8, 2003. *Salvo* was subsequently consolidated with the MDL action (03-MDL-1570) on December 9, 2003.

     In the interest of judicial economy, we respectfully request that all prior and forthcoming docket entries (e.g., motions, orders, stipulations) filed in *Burnett* also apply retroactively and concurrently with *Salvo*. Your Honor has already endorsed a similar request from the *Ashton* plaintiffs on December 6, 2004.

     Accordingly, we respectfully request Your Honor's endorsement of this proposed Order of Consolidation.

                                          Respectfully submitted,

                                          NOLAN LAW GROUP

                                          Floyd A. Wisner

FAW/plj
cc:    All Counsel (via email)



SO ORDERED:

August 16, 2005

Richard C. Casey
U.S. District Court Judge