UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Terrorist Attacks on September 11, 2001*<br><br>*This document relates to all actions* | 03 MDL 1570 (RCC)<br>ECF Case<br><br>[PROPOSED] ORDER TO ADMIT<br>MARY ELLEN POWERS<br>*PRO HAC VICE* |

Having considered the Notice of Motion for Admission *Pro Hac Vice*, the Affidavit of Geoffrey S. Stewart in support of the Motion and the attached exhibits, it is hereby:

ORDERED that MARY ELLEN POWERS, Esq. be and is hereby permitted to appear *pro hac vice* on behalf of Defendant Saudi Binladin Group, Inc. in the above-captioned matter.

*August 16, 2005*

/s/ Richard Conway Casey
Richard Conway Casey
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-17-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Terrorist Attacks on September 11, 2001*<br><br>*This document relates to all actions* | 03 MDL 1570 (RCC)<br>ECF Case<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF MARY ELLEN POWERS** |

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, Defendant Saudi Binladin Group, Inc. ("SBG") hereby moves for an Order allowing the admission of Mary Ellen Powers, an attorney with the firm of Jones Day in Washington, D.C., and a member in good standing of the District of Columbia Bar, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

This motion is based upon the attached affidavit of Geoffrey S. Stewart and the Certificate of Good Standing attached thereto. In addition, a Proposed Order and a Notice of Appearance are also attached hereto.

Dated: July 25, 2005

Respectfully Submitted,

_____
Geoffrey S. Stewart (GS-5413)
JONES DAY
222 East 41st Street
New York, NY  10017
Tel:    (212) 326-3939
Fax:    (212) 755-7306

*Counsel for Saudi Binladin Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Terrorist Attacks on September 11, 2001*<br><br>*This document relates to all actions* | 03 MDL 1570 (RCC)<br>ECF Case<br><br>**AFFIDAVIT OF**<br>**GEOFFREY S. STEWART**<br>**IN SUPPORT OF MOTION FOR**<br>**ADMISSION *PRO HAC VICE*** |

      1.     My name is Geoffrey Stewart. I am a partner with Jones Day, counsel of record for the Saudi Binladin Group, Inc. ("SBG"), and a member in good standing of the United States District Court for the Southern District of New York. My business address is 222 East 41st Street, New York, N.Y. 10017.

      2.     I submit this affidavit in support of the Motion for Admission *Pro Hac Vice* to admit Mary Ellen Powers to practice before the United States District Court for the Southern District of New York, on behalf of SBG in this matter.

      3.     Ms. Powers has been duly licensed and admitted to practice in the District of Columbia. Ms. Powers is a partner with Jones Day. Her business address is 51 Louisiana Avenue, N.W., Washington, D.C. 20001.

      4.     Ms. Powers is an attorney in good standing with the District of Columbia Bar who has not been disciplined in the jurisdiction. (See Exhibit A)

      5.     Ms. Powers is professionally associated with me in this matter.

      6.     Ms. Powers agrees to comply with all laws, rules and regulations of the State of New York and United States District Court for the Southern District of New York.

                                                                              _____
                                                                              Geoffrey S. Stewart (GS-5413)
                                                                              JONES DAY
                                                                              222 East 41st Street
                                                                              New York, NY  10017
                                                                              Tel:     (212) 326-3939
                                                                              Fax:    (212) 755-7306

                                                                              *Counsel for Saudi Binladin Group, Inc.*

Sworn to me this 25th day of July, 2005

_____
Notary Public
My Commission Expires _March 31, 2006_

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Motion for Admission *Pro Hac Vice* of Mary Ellen Powers, the Affidavit and Certificate of Good Standing attached thereto, and the Proposed Order for Admission *Pro Hac Vice* were served on the 25th day of July, 2005 via electronic mail.

_____
Geoffrey S. Stewart (GS-5413)
JONES DAY

*Counsel for Saudi Binladin Group, Inc.*

WAI-2168702v1



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARY E. POWERS

was on the 19TH day of DECEMBER, 1980 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 21, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARY ELLEN POWERS

was on the  19TH  day of  DECEMBER, 1980  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 11, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk