**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                              )
I<small>N</small> R<small>E</small> T<small>ERRORIST</small> A<small>TTACKS ON</small> S<small>EPTEMBER</small> 11, 2001      )       No. 03 MDL 1570 (RCC)
                                                              )       ECF Case
_____)

This document relates to:
  B<small>URNETT</small>, *et al.* v. A<small>L</small> B<small>ARAKA</small> I<small>NVESTMENT</small> & D<small>EVELOPMENT</small> C<small>ORP</small>., *et al.*, Case No.
    03-CV-5738;
  E<small>URO</small> B<small>ROKERS</small>, I<small>NC</small>., *et al.* v. A<small>L</small> B<small>ARAKA</small> I<small>NVESTMENT AND</small> D<small>EVELOPMENT</small> C<small>ORP</small>., *et
    al.*, Case No. 04-CV-07279;
  F<small>EDERAL</small> I<small>NSURANCE</small> C<small>O</small>., *et al.* v. A<small>L</small> Q<small>AIDA</small>, *et al.*, Case No. 03-CV-6978;
  N<small>EW</small> Y<small>ORK</small> M<small>ARINE AND</small> G<small>ENERAL</small> I<small>NSURANCE</small> C<small>O</small>. v. A<small>L</small> Q<small>AIDA</small>, *et al.*, Case No. 04-
    CV-6105; and
  W<small>ORLD</small> T<small>RADE</small> C<small>ENTER</small> P<small>ROPERTIES</small> LLC, *et al.* v. A<small>L</small> B<small>ARAKA</small> I<small>NVESTMENT AND</small>
    D<small>EVELOPMENT</small> C<small>ORP</small>., *et al.*, Case No. 04-CV-07280.

**NOTICE OF SALEH AL-HUSSAYEN'S
CONSOLIDATED MOTION TO DISMISS**

  PLEASE TAKE NOTICE that, pursuant to Rule 12(b), Fed. R. Civ. P., defendant Sheikh Saleh Al-Hussayen, by and through undersigned counsel, hereby makes a limited appearance for the purpose of moving the Court, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(5), and 12(b)(6), Fed. R. Civ. P., the plaintiffs' complaints in the following five cases, <u>Burnett, *et al.* v. Al Baraka Investment & Development Corp., *et al.*</u>, Case No. 03-CV-5738; <u>Euro Brokers, Inc., *et al.* v. Al Baraka Investment and Development Corp., *et al.*</u>, Case No. 04-CV-07279; <u>World Trade Center Properties LLC, *et al.* v. Al Baraka Investment and Development Corp., *et al.*</u>, Case No. 04-CV-07280; <u>Federal Insurance Co., *et al.* v. Al Qaida, *et al.*</u>, Case No. 03-CV-6978; and <u>New York Marine and General Insurance Co. v. Al Qaida, *et al.*</u>, Case No. 04-CV-6105, on the basis of (1)

sovereign immunity under the Foreign Sovereign Immunities Act of 1976, since Sheikh Al-Hussayen is a high-ranking Saudi governmental official; (2) lack of personal jurisdiction since Sheikh Al-Hussayen lacked contacts with the United States, either generally, or specifically related to the allegations in the complaint; (3) failure to state a claim upon which relief can be granted; and (4) improper service of process.  A memorandum of law, with exhibits, in support of this Motion is attached hereto.

          Respectfully submitted,

          /s/ Lynne Bernabei

          Lynne Bernabei, Esquire  (LB2489)
          Alan R. Kabat, Esquire  (AK7194)
          Bernabei & Katz, PLLC
          1773 T Street, N.W.
          Washington, D.C. 20009-7139
          (202) 745-1942

          Attorneys for Defendant
           Saleh Al-Hussayen

DATED:  September 6, 2005