**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                          )
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001     )     03 MDL No. 1570 (RCC)
_____    )     ECF Case
                                                          )

This document relates to:
   BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No.
      03-CV-5738;
   CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 04-
      CV-05970;
   EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et
      al.*, Case No. 04-CV-07279;
   FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*, Case No. 03-CV-6978;
   NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA, *et al.*, Case No. 04-CV-
      6105;
   TREMSKY, *et al.* v. OSAMA BIN LADEN, *et al.*, Case No. 02-CV-7300; and
   WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND
      DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07280.

**DECLARATION OF ALAN R. KABAT**
**IN SUPPORT OF DEFENDANT DR. ABDULLAH BIN SALEH AL-OBAID'S**
**CONSOLIDATED MOTION TO DISMISS**

        I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac*

*vice* in this matter. I am with the law firm of Bernabei & Katz PLLC, counsel to Dr. Abdullah

Bin Saleh Al-Obaid. I submit this declaration to transmit to the Court the following documents

submitted in support of Dr. Al-Obaid's Consolidated Motion to Dismiss:

        1.      Exhibit 1 to Dr. Al-Obaid's motion to dismiss is a copy of the Declaration of Dr.

Abdullah bin Saleh Al-Obaid (March 29, 2004).

        2.      Exhibit 2 to Dr. Al-Obaid's motion to dismiss is a copy of the Declaration of

Abdulaziz H. Al Fahad (April 6, 2003).

        3.      Exhibit 3 to Dr. Al-Obaid's motion to dismiss is a copy of the announcement of

the Royal Embassy of Saudi Arabia, "Cabinet Reshuffle Affects Four Ministries" (Feb. 8, 2005),

online at: http://www.saudiembassy.net/2005News/News/NewsDetail.asp?cIndex=5034.

     4.     Exhibit 4 to Dr. Al-Obaid's motion to dismiss is a copy of the website of the

Royal Embassy of Saudi Arabia, "The Council of Ministers" (Aug. 2005), online at:

http://www.saudiembassy.net/Country/Government/Ministers.asp.

     I declare under the penalties of perjury that the foregoing is true and correct to the best of

my knowledge and belief.  Executed on September 3, 2005.

*Alan R. Kabat*

ALAN R. KABAT

2

**Exhibit 1**

Dr. Abdullah Bin Saleh Al-Obaid's
Consolidated Motion to Dismiss

03 MDL No. 1570 (RCC)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) | 03 MDL No. 1570 (RCC) |
|  | ) |  |
|  | ) |  |
| THOMAS E. BURNETT, SR., *et al.*, | ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | C.A. No. 03 CV 9849 (RCC) |
|  | ) |  |
| AL BARAKA INVESTMENT AND DEVELOPMENT<br>CORPORATION, *et al.*, | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

## DECLARATION OF ABDULLAH BIN SALEH AL-OBAID

I, Dr. Abdullah bin Saleh Al-Obaid, being duly sworn, declare and state as follows:

1.      I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.      I have been informed by my attorney that I am a defendant (D23) in the above-captioned action.  I am submitting this declaration in support of my Motion to Dismiss for (1) sovereign immunity, (2) lack of personal jurisdiction, and (3) improper service of process.

3.      I was born in 1941, in Baday, Saudi Arabia, and have lived in Saudi Arabia all of my life, except for when I was studying in graduate school.  I have always been a citizen of the Kingdom of Saudi Arabia.

4.      I earned a Master's degree in Vocational & Curriculum Educational and Assessment from Oklahoma State University, and in 1979, earned a Ed.D. degree, in the same subject, also from Oklahoma State University.  I also studied Arabic at the Islamic University of

Iman Mohammed Bin Saud, and have taken coursework in administration from the Institute of Public Administration, Riyadh.  From 1980 to 1981, I was Assistant Deputy and Vice President of the Presidential of the Two Holy Mosques, a government agency responsible for the maintenance and operation of the Grand Mosque in Makkah and the Prophet's Mosque In Madinah.  From 1981 to 1982, I was Vice President of the Islamic University, Al-Madina Al-Munawarah, Saudi Arabia.  From 1982 to 1995, I was President of the Islamic University, Al-Madina Al Munawarah, Saudi Arabia.

5.     I was the Secretary-General of the Muslim World League from 1995 until 2000. The Muslim World League is a charity that is sponsored and financially supported by the Saudi government.  As Secretary-General, I was also one of eight members of the Supreme Council for Islamic Affairs, established by King Fahd by Royal Decree No. 296/8 (1994).  The Supreme Council has responsibility for Saudi Arabia's Islamic policies in other countries.  In my capacity as Secretary-General, I also served as an officer of the Rabita Trust, a charity that is partly owned by the Muslim World League, and partly owned by the government of Pakistan.

6.     In 2001, I was appointed by Royal Decree to the Saudi Majlis-ash-Shura, which is the legislative body of the Saudi government, equivalent to a Parliament in other countries.  I am one of eleven (11) members of the Committee of Islamic Affairs. And the head of the committee of seventh group for friendship in The Majlis-ash-Shura's.
The Majlis-ash-Shura's function is to advise King Fahd and his deputies on all issues of importance to the Kingdom.  Its recommendations, if adopted, become governmental policy. The Committee of Islamic Affairs' function emphasizes all issues relating to Islam and the government's Islamic activities.

7.     In March 2004, I was appointed by Royal Decree to be a founding member of the

2

National Society of Human Rights, a new entity. At its first meeting, held in the Shoura Council headquarters in Riyadh, I was elected to be a Chairman by the forty (40) other members, including ten women.

8.      I have visited the United States on several occasions since 1975, with my last visit being in 2002. In my capacity as a member of the Supreme Council for Islamic Affairs and Secretary-General of the Muslim World League, I made visits to various offices of the Muslim World League around the world. I visited the Muslim World League office in New York in September 2000, where I spoke at an Islamic Seminar that was convened to discuss the proposed International Peace Summit for the Millennium. During that visit, I met with Kofi Annan, the United Nations Secretary General, to discuss proposed Islamic modifications to this International Peace Summit.

9.      I own no real property in the United States. I also have no bank accounts, and have no investments in the United States. I do not conduct any personal business with any businesses in the United States.

10.      I do not subscribe to or read either the *International Herald Tribune* or the *Al Quds al Arabi*. The latter publication, to my knowledge, is banned in the Kingdom of Saudi Arabia.

11.      I have never supported the loss of innocent life and believe that there is no justification for the tragic attacks of September 11, 2001. I have never supported any person or organization that I have known to participate in terrorist activities. I was interviewed on Saudi television shortly after the September 11 attacks, and I condemned these acts.

12.      The Third Amended Complaint in this case has no allegations about me, other than in six paragraphs. In Paragraph 248, it is stated that I and several other individuals were

3

"co-conspirators, material sponsors, and/or aiders and abettors and members of the terrorist enterprise of the International Islamic Relief Organization." I deny that I had any knowledge of any activities of the International Islamic Relief Organization (IIRO) that were terrorist activities, or knowingly supported terrorism. Although the IIRO is a subsidiary of the Muslim World League, I was not involved with its day-to-day operations or activities.

13.     In Paragraph 251 of the Third Amended Complaint, it is stated that I was one of three "officers at the Virginia office" of the Muslim World League. During my tenure as Secretary-General of the Muslim World League, from 1995 to 2000, I served in an ex officio capacity with several of its foreign offices, but was not responsible for the day-to-day operations or activities of the Virginia office. In Paragraph 260, it is stated that I was one of several "co-conspirators, aiders and abettors of the Muslim World League." I deny that I had any knowledge of any activities of the Muslim World League that were terrorist activities, or knowingly supported terrorism.

14.     In Paragraph 273 of the Third Amended Complaint, it is stated that the Rabita Trust "is connected to the SAAR Network through two officers," including myself. Although I served as an officer of the Rabita Trust in my capacity as Secretary-General of the Muslim World League, I was not involved in the day-to-day operations or activities of the SAAR Network or its components. I deny that I had any knowledge of any activities of the SAAR Network that were terrorist activities, or knowingly supported terrorism.

15.     In Paragraph 252 of the Third Amended Complaint, it is stated that I "also run one of the al-Rajhi family's largest corporations, al-Watania." Similarly, in Paragraph 275, it is stated that I am "the Deputy General Manager at one of the al-Rajhi's largest businesses, al-Watania Poultry in Saudi Arabia." I deny that I had any involvement with this or any other

4

poultry business. I believe that the plaintiffs' attorneys may have confused me with someone else with a similar name, a former Deputy Minister of Agriculture in Saudi Arabia.

16.     I can read and understand English.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dr. Abdullah bin Saleh Al-Obaid

Executed on the _2 9_ day of _March_, 2004.

5

**Exhibit 2**

Dr. Abdullah Bin Saleh Al-Obaid's
Consolidated Motion to Dismiss

03 MDL No. 1570 (RCC)

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS BURNETT, *et al.*,      )
                      )
    Plaintiffs,        )
                      )
          v.          )     Civil Action No. 1:02CV01616
                      )     Judge Robertson
AL BARAKA INVESTMENT AND  )
DEVELOPMENT CORPORATION, *et al.*  )
                      )
    Defendants.      )
                      )

## DECLARATION OF ABDULAZIZ H. Al FAHAD

I, Abdulaziz H. Al Fahad, declare as follows:

1. This declaration is given at the request of United States counsel for His Royal Highness Prince Sultan bin Abdulaziz Al-Saud, to describe certain matters of fact and law in connection with Prince Sultan's motion to dismiss the complaint in this action. I have been retained by Prince Sultan and am being compensated for my work in this matter.

2. I am a lawyer admitted to practice in the Kingdom of Saudi Arabia. I was born and raised in Saudi Arabia, and received an undergraduate, graduate and legal education in the United States. I received a B.A. degree in economics from Michigan State University in 1979, an M.A. in International Relations from the Johns Hopkins University School of Advanced International Studies in 1980, and a J.D. degree from Yale Law School in 1984. During 1984-1985, I was a Post-Doctoral Fellow at the Harvard's Center for Middle Eastern Studies and a Research Fellow at Harvard Law School.

3. Currently I am the principal of the Law Office of Abdulaziz H. Fahad in Riyadh, in affiliation with the United States law firm Akin, Gump, Strauss Hauer & Feld. I am a member of the Academic Committee, Legal Experts Commission, Council of Ministers (which is charged with translating official government documents); a member of the Advisory Commission of the Supreme Economic Council; and a member of the International Trade Committee of the Council of Saudi Chambers of Commerce and Industry. I have occasionally taught and written on Middle Eastern law, politics and economics. I am also a licensed Arabic to English translator, holding Licence No. 138 issued by the Mininistry of Commerce of the Kingdom of Saudi Arabia.

4. I have been asked to describe the official positions of His Royal Highness Prince Sultan bin Abdulaziz Al-Saud. Prince Sultan is the third highest ranking official of the Kingdom of Saudi Arabia. He is one of the sons of the late King Abdulaziz Al-Saud, who founded the present Kingdom. Prince Sultan served as Governor of Riyadh, as Minister of Agriculture, and as Minister of Communication before being named by the late King Faisal bin Abdulaziz Al-Saud in 1962 as Minister of Defense and Aviation and Inspector General of the armed forces. By virtue of his position as Minister of Defense and Aviation, Prince Sultan is also the ex officio Chairman of the Board of Saudi Airlines, which is owned and operated by the government of Saudi Arabia. In 1982, Prince Sultan was named by His Majesty King Fahd bin Abdulaziz Al-Saud, Custodian of the Two Holy Mosques, as Second Deputy President of the Council of Ministers, the governing body of Saudi Arabia. King Fahd is President of the Council of Ministers. His Royal Highness Crown Prince Abdullah bin Abdulaziz Al-Saud is Deputy President of the Council of Ministers.

5. In the performance of his official duties, Prince Sultan has repeatedly met with Presidents of the United States to discuss matters of state, beginning in 1972 when he first met with President Nixon during the crisis then occurring in the Middle East. Most recently he met twice with President Clinton to discuss, among other things, the conflict between Israel and the Palestinians. Prince Sultan has also met repeatedly over the years with American Secretaries of Defense, including most recently visits by Secretary Donald Rumsfeld to Riyadh in October 2001 (prior to the invasion of Afghanistan).

6. Prince Sultan has received many expressions of gratitude and respect by high-ranking American officials, indicating the importance of his position to American foreign policy. For example, in September 1999 John M. Shalikashvili, Chairman of the Joint Chiefs of Staff, wrote to thank Prince Sultan for hosting his recent visit to the region, and observed "Being able to meet and discuss issues of vital interest on such short notice is a reflection of how deep our relationship has become." In November 1999, FBI Director Louis J. Freeh wrote to thank Prince Sultan for "the opportunity to meet with you and discuss this important matter," and added "We appreciate your assistance in the past and look forward to enhancing our working relationship." Secretary of Defense William Cohen wrote in December 2000 following a trip to Riyadh, thanking Prince Sultan for "the opportunity to work closer and resolve issues of mutual benefit to both our countries," and for "the exchange of views we had during the meeting, particularly on the current crisis between the Palestinians and Israel." As a final example, former American Ambassador Wyche Fowler Jr., on his departure from Saudi Arabia in 2001, wrote Prince Sultan to thank him for his "close cooperation," including "your close relationships with successive U.S. Secretaries of Defense," and stated: "Your support for the U.S. military forces in the region has been farsighted and generous, and your wisdom has guided our vision of future cooperation."

7. Among the official positions of Prince Sultan is his capacity as Chairman of the Supreme Council for Islamic Affairs, a position he has held from 1994 to the present. I have been asked to describe the status and function of that Council.

8. The Supreme Council for Islamic Affairs is an arm of the government of Saudi Arabia, which carries out part of the foreign policy of the Kingdom as determined by the Council of Ministers. Saudi Arabia is home to the most holy sites of Islam, and a core policy and

DC01:353181                                2

function of the Kingdom since its founding early in the twentieth century has been to foster and preserve Islamic faith and Islamic law within the Kingdom and abroad. The Supreme Council for Islamic Affairs was established by His Majesty King Fahd in High Order No. 296/8, dated 14-4-1415 (corresponding to 20-9-1994). The Supreme Council is a successor to the Supreme Commission for Islamic Call appointed by the late King Faisal in High Order 15437 on 1-8-1392 (9-9-1972), which was entrusted with the task of overseeing Islamic affairs inside and outside the Kingdom, and which was also chaired by Prince Sultan. The Supreme Council has the responsibility for Saudi Arabia's Islamic policy abroad, while another body created by King Fahd, the Supreme Call Council, chaired by the Minister of Islamic Affairs, Endowments, Call and Guidance, is responsible for domestic Islamic affairs.

9. As stated in High Order No. 296/8, the functions of the Supreme Council for Islamic Affairs are as follows:

1. planning and oversight of Saudi Islamic activities abroad in accordance with ways of the people of sunna and jama'a;

2. care for Muslim minorities and attention to their conditions;

3. introduction of Islam;

4. promoting of contacts between the Kingdom and Muslims abroad;

5. promoting the spreading of Islamic culture and the Arabic language abroad.

10. The members of the Supreme Council, also established by High Order 296/8, are the Second Deputy President of the Council of Ministers (Prince Sultan), as Chairman; the Minister of Foreign Affairs; the Minister of Justice; the Minister of Islamic Affairs, Endowments, Call and Guidance; the Minister of Finance and National Economy; the Minister of Education; the Head of General Intelligence(added a year later); and the Secretary General of the Muslim World League.

11. The Supreme Council of Islamic Affairs makes discretionary recommendations which are submitted to the President of the Council of Ministers (His Majesty King Fahd) and, if approved, become acts or policies of the government. Recommendations may include financial support by the government of particular Islamic organizations, but the Supreme Council does not have the function of policing the activities of such organizations abroad, nor as a practical matter could it do so. To the extent that the government oversees activities of Islamic organizations such as the Muslim World League and World Assembly of Muslim Youth, that oversight is exercised through the government officials who head those organizations.

12. I have also been requested to describe the status and function of the Special Committee of the Council of Ministers. The Special Committee was originally established by High Order in 1962, during the civil war in neighboring Yemen, to serve as a foreign policy advisory resource to the King. Today, the Special Committee continues as an organ of the Council of Ministers attached to the Second Deputy President, Prince Sultan. The Council of Ministers establishes the budget of the Special Committee, which is funded entirely from

government funds. As Second Deputy President of the Council of Ministers, Prince Sultan exercises discretionary powers over disbursements by the Special Committee.

13. Disbursements of funds by the Special Committee have included grants to Islamic charitable organizations, which are directed by Prince Sultan in furtherance of the national policy of Saudi Arabia as determined by the Council of Ministers. Although grants by the Special Committee, when announced publicly, are occasionally attributed to Prince Sultan, those grants are paid from government bank accounts with government funds.

14. I have reviewed the originals and the English translations of the declarations to be filed in this case on behalf of representatives of the Muslim World League, the International Islamic Relief Organization, Al Haramain, and the World Assembly of Muslim Youth, and the business records attached thereto. Based on the qualifications set forth in Paragraph 3, I attest that the English translations are true and accurate translations of the original Arabic documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Abdulaziz H. Al Fahad

Executed on April 6, 2003, in Riyadh, Saudi Arabia

KINGDOM OF SAUDI ARABIA
PROVINCE OF RIYADH
CITY OF RIYADH
........... F THE UNITED STATES } SS:

I certify that on this .6TH. day of ..APRIL..., 20.03,
............ABDULAZIZ  H.  AL FAHAD............
......ared before me and, being duly sworn, made the
... .ments set forth in this instrument.

CHARLES L. GLATZ JR
CONSUL Of The
United States Of America

**Exhibit 3**

Dr. Abdullah Bin Saleh Al-Obaid's
Consolidated Motion to Dismiss

03 MDL No. 1570 (RCC)

## ROYAL EMBASSY OF Saudi Arabia
### Washington D.C.

| NEWS | ISSUES | ABOUT SAUDI ARABIA | CONTACT THE EMBASSY |

**News Summary**

**Reports**

**Press Releases**

**Recent News**

   War on Terrorism

   Saudi-U.S. Relations

   Islam

   Agriculture & Water

   Arab World

   Council of Ministers

   Culture & The Arts

   Economy & Global Trade

   Education & Human Resources

   Energy

   Foreign Aid

   Foreign Relations

   Government

   Hajj

   Health & Social Services

   Human Rights

   Reform

   Sports & Recreation

   Transportation & Communication

   Other

   *Prior Years*

**Public Statements**

**Publications**

**Home**

## *2005* News Story

2/08/2005

### Cabinet reshuffle affects four ministries

Custodian of the Two Holy Mosques King Fahd bin Abdulaziz, in a limited reshuffle of the Council of Ministers, has issued a royal order relieving four ministers of their posts, at their own request, with two of them replacing each other and two departing. Dr. Muhammad bin Ahmed Al-Rasheed has been replaced as Minister of Education by Dr. Abdullah bin Saleh Al-Obeid; and Dr. Ali bin Ibrahim Al-Namlah has been replaced as Minister of Social Affairs by Abdulmuhsin Al-Akkas. Both of the new ministers are currently members of the Consultative Council (*Majlis Al-Shura*). Dr. Fouad bin Abdulsalaam Al-Farsi, now Minister of Pilgrimage, has exchanged portfolios with Iyad bin Ameen Madani, now Minister of Culture and Information.

In addition, King Fahd has ordered extension for four more years to the terms of office of Prince Muhammad bin Nasir bin Abdulaziz as Governor of Jizan Province, effective April 3, 2005; Prince Saud bin Abdullah bin Thinayan Al Saud as Chairman of the Royal Commission for Jubail and Yanbu, effective February 17, 2005; and Salih bin Abdullah Al-Ibrahim, Deputy Chief of the Court of the Presidency of the Council of Ministers, effective March 4, 2005. All three positions have the rank of minister.

Return

All contents on this web site is copyrighted ©2005 Information Office of the Royal Embassy of Saudi Arabia in Washington DC. To contact the embassy by phone please call (202) 342-3800. For the VISA Section please call (202) 944-3126 or send a fax to (202) 337-4084. You may also send e-mails to info@saudiembassy.net

**Exhibit 4**

Dr. Abdullah Bin Saleh Al-Obaid's
Consolidated Motion to Dismiss

03 MDL No. 1570 (RCC)

Case 1:03-cv-05071-GBD-SN    Document 84    Filed 09/06/05    Page 18 of 25

ROYAL EMBASSY OF
**Saudi Arabia**
Washington D.C.

| NEWS | ISSUES | ABOUT SAUDI ARABIA | CONTACT THE EMBASSY |

Return

# The Council of Ministers

The Council of Ministers was established by King Abdulaziz bin Abdulrahman Al-Saud in 1953. It consists of the King who is the Prime Minister, the Crown Prince who is Deputy Prime Minister, the Second Deputy Prime Minister and Cabinet ministers. Under the bylaws announced by the Custodian of the Two Holy Mosques King Fahd bin Abdulaziz Al-Saud in September 1993, the Council is responsible for drafting and overseeing the implementation of the internal, external, financial, economic, educational and defense policies, and general affairs of the state. The Council meets weekly and is presided over by the King or one of his deputies.

On April 30, 2003, King Fahd issued Royal Decrees renaming a number of ministries, and dissolving two of them, effective May 3, 2003, to give a cabinet of 21 ministers with portfolio and 5 ministers of state in addition to himself as Prime Minister and Crown Prince Abdullah as Deputy Prime Minister. On December 23, 2003 he decreed a sixth minister of state with special responsibilities for the affairs of the Consultative Council (*Majlis Al-Shura*). On March 22, 2004, the Ministry of Labor and Social Services was divided into two, so that there are now 22 ministers with portfolio. On July 24, 2005, a new minister of state was appointed, with special responsibilities for foreign affairs. There are now 7 ministers of state, two of them with portfolio.

*Previous changes are:*
*On July 16, 2001, the Council of Ministers resolved to divide the Ministry of Agriculture and Water, and create a 23rd ministry; the new Minister was named on September 16, 2002, and the Ministry of Water came into effect on that date.*
*On June 16, 1999, royal decrees made changes in the cabinet, and created a 22nd ministry, the Ministry of Civil Service.*

*On August 2, 1995, King Fahd issued a Royal Decree dissolving the Council of Ministers and announcing the names of Ministers in the new Cabinet under his chairmanship.*

---

## Council of Ministers as of August 2005

*Prime Minister:*
**Custodian of the Two Holy Mosques,
King Fahd bin Abdulaziz Al-Saud**
King Fahd assumed the leadership of the Kingdom of Saudi Arabia on June 13, 1982. The son of King Abdulaziz bin Abdulrahman Al-Saud, the legendary founder of the modern Kingdom, King Fahd inherited his father's legacy as the guardian of a nation deeply rooted in the Islamic faith.

*Deputy Prime Minister:*
**Crown Prince,  and Commander of the National Guard,
HRH Prince Abdullah bin Abdulaziz Al-Saud**
Prince Abdullah has been Crown Prince and First Deputy Prime Minister since June 1982. He was born in Riyadh in 1924 and received formal education from religious scholars and intellectuals. Prince Abdullah has commanded the Saudi National Guard since 1963.

**MINISTERS WITH PORTFOLIO**

*Second Deputy Prime Minister, Minister of Defense and Aviation,
and Inspector-General:*
**HRH Prince Sultan bin Abdulaziz Al-Saud**
Prince Sultan has been Second Deputy Prime Minister since June 1982 and Minister of Defense and Aviation since 1962. He was born in Riyadh in 1928 and was educated at the Royal Court. His first post was Governor of Riyadh. In 1953, he became Minister of Agriculture, and in 1955 he assumed responsibility for the Ministry of Communications and oversaw the establishment of Saudi Arabia's first railway system.

*Minister of Municipal and Rural Affairs:*
**HRH Prince Met'eb bin Abdulaziz Al-Saud**
*Born:* 1931
*Education:* Studied religion, economics and politics.
*Positions Held:* Governor of Makkah; Minister of Municipal and Rural Affairs; Deputy Minister of Defense and Aviation; Minister of

Housing and Public Works from 1975 to 2003, when the ministry was dissolved and its functions redistributed; Minister of Municipal and Rural Affairs since May 3, 2003.

### Minister of the Interior:
**HRH Prince Nayef bin Abdulaziz Al-Saud**
*Born:* 1934
*Education:* Studied religion, diplomacy and security affairs.
*Positions Held:* Governor of Riyadh, 1953-54; Deputy Minister of the Interior; Minister of State for Internal Affairs, 1970; President, Supreme Council for Information; Minister of the Interior since 1975.

### Minister of Foreign Affairs:
**HRH Prince Saud Al-Faisal bin Abdulaziz Al-Saud**
*Born:* 1940
*Education:* BA, Economics, Princeton University, 1964.
*Positions Held:* Deputy Governor of Petromin, 1970-71; Deputy Minister of Petroleum and Mineral Resources, 1971; Minister of Foreign Affairs since 1975.

### Minister of Agriculture:
**Dr. Fahd bin Abdulrahman Balghanaim**
*Born:*1952
*Education:* PhD Civil Engineering,Transportation, Michigan University; MSc Civil Engineering, Construction Management, Stanford University; BSc Civil Engineering, King Fahd University of Petroleum and Minerals
*Positions Held:* member of the services, public facilities, and environment committee of the Consultative Council (*Majlis Al-Shura*) 2001-2003; Governor of the Saline Water Conversion Corporation (SWCC); Deputy Minister for Fisheries at the Ministry of Agriculture and Water; Minister of Agriculture since May 2003.

### Minister of Water and Electricity:
**Abdullah Al-Hosain**
*Born:*
*Education:*
*Positions held*: Deputy Minister for Electricity, and Governor of the Saline Water Conversion Corporation (SWWC); Minister of Water and Electricity since April 13, 2004

### Minister of Civil Service:
**Muhammad bin Ali Al-Fayez**
*Born:*

*Education:*
*Positions held:* Minister of Civil Service since 1999, when the Ministry was created.

### Minister of Education:
### Dr. Abdullah bin Saleh Al-Obeid

*Born:* 1942
*Education:* PhD and MSc in educational curricula and assessment, University of Oklahoma; BA in Arabic, Imam Muhammad bin Saud University; diploma in higher administration from Institute of Public Administration in Riyadh
*Positions held:* member of the Islamic Affairs and Human Rights Committee of the Consultative Council (Majlis Al-Shura) 2001-2005; appointed President of the Ntional Human Rights Organization on March 9, 2004; Secretary-General of the Muslim World League (MWL) 1995-2000; Rector of the Islamic University of Madinah 1982-1995; Minister of Education since February 8, 2005

### Minister of Finance:
### Dr. Ibrahim bin Abdulaziz bin Abdullah Al-Assaf

*Born:* 1949
*Education:* PhD in Economics, Colorado State University, Fort Collins, Colorado, USA; MA in Economics, Denver University, Colorado; BA in Economics and Political Science, King Saud University, Riyadh.
*Positions Held:* Lecturer in principles of economics 1971-1982, then associate professor of economics and head of the Department of Administrative Sciences 1982-1986 at King Abdul Aziz Military College in Riyadh; guest lecturer 1982-1983 at the College of Command and Staff; part-time advisor to the Saudi Development Fund 1982-1986; alternate Saudi executive director at the International Monetary Fund (IMF) 1986-1989; Saudi executive director on the executive board of the World Bank Group 1989-1995; vice-governor of the Saudi Monetary Agency June to October 1995; Minister of State and Member of the Council of Ministers October 1995 to January 1996; Minister of Finance and National Economy 1996-2003; Minister of Finance since May 2003.

### Minister of Health:
### Dr. Hamad bin Abdullah Al-Mane'

*Born:*
*Education:*
*Positions Held:* Minister of Health since May 2003.

### Minister of Higher Education:

**Dr. Khalid Al-Angary**

*Born:* 1952

*Education:* PhD, Geography, University of Florida, 1981.

*Positions Held:* Assistant Professor, King Saud University, 1981-83; Deputy Minister of Municipal and Rural Affairs, 1983-84; Minister of Municipal and Rural Affairs, 1990; Minister of Higher Education since 1991.

**Minister of Commerce and Industry:**

**Dr. Hashim bin Abdullah bin Hashim Al-Yamani**

*Born:* 1945

*Education:* PhD, Physics, Harvard University, 1974.

*Positions Held:* Professor, Physics Department, King Fahd University of Petroleum and Minerals, Chairman, Physics Department; Vice-President, King Abdulaziz City for Science and Technology; Director, Department of Energy Resources, Research Institute, King Fahd University of Petroleum and Minerals; Minister of Industry and Electricity 1995-2003; Minister of Commerce and Industry since May 2003.

**Minister of Culture and Information:**

**Iyad bin Ameen Madani**

*Born:*

*Education:*

*Positions Held:* Minister of Pilgrimage 1999-2005; Minister of Culture and Information since February 8, 2005.

**Minister of Islamic Affairs, Endowments, Call and Guidance:**

**Shaikh Saleh bin Abdulaziz Al-Ashaikh**

*Born:*

*Education:*

*Positions Held:* Minister of Islamic Affairs, Endowments, Call and Guidance since 1999.

**Minister of Justice:**

**Dr. Abdullah bin Muhammad bin Ibrahim Al-Ashaikh**

*Born:* 1949

*Education:* ; PhD, Imam Muhammad Bin Saud University, 1987; MA, Al-Azhar University, Cairo, 1980; BA, Shari'ah College, Imam Muhammad Bin Saud University, 1975.

*Positions Held:* Dean, Imam Muhammad Bin Saud University, 1975; Assistant Professor, 1988; Minister of Justice since 1992.

**Minister of Labor:**

**Dr. Ghazi bin Abdulrahman Al-Qusaibi**

*Born:* 1940, in Hasa

*Education:* PhD in Law, London University, U.K., 1970; MA in international relations at University of South California, USA, 1964; law degree from Cairo University 1961.

*Positions held:* associate professor, dean of the Faculty of Commerce and head of the department of political science at King Saud University; director general of Saudi Railways Organization; held cabinet portfolios in health, and industry and electricity; instrumental in setting up Saudi Basic Industries Corporation (SABIC); chairman of Jubail Petrochemical Company (Sadaf) and Yanbu Petrochemical Company (Yanpet); served on Public Investment Fund, Supreme Manpower Council, and Royal Commission for Jubail and Yanbu; ambassador to Bahrain 1984 to 1992; ambassador to United Kingdom and Ireland 1992 to 2002; Minister of Water since 2002, when the Ministry, created in 2001, became effective, and of Water and Electiricity when renamed in May 2003; Minister of Labor since April, 2004.

### Minister of Social Affairs:
### Abdulmuhsin bin Abdulaziz Al-Akkas

*Born:* 1947

*Education:* PhD candidate, MSc in Political Science, BA in Economics, University of Washington in Seattle, USA

*Positions Held:* Member of the Foreign Affairs Committee of the Consultative Council (Majlis Al-Shura) 2001-2005; Managing Director then Assistant Chairman of the Board of Saudi Group for Research and Marketing, 1991-2001; previously with Riyadh Chamber of Commerce and Industry, King Saud University, and Saudi Aramco; Minister of Social Affairs since February 8, 2005.

### Minister of Petroleum and Mineral Resources:
### Ali bin Ibrahim Al-Naimi

*Born:* 1935

*Education:* MSc Geology, Stanford University, USA; BSc, Geology, LeHigh University.

*Positions Held:* Joined ARAMCO in 1947; Supervisor, Production Department, Abqaiq, 1969; Assistant Director, then Director of Production, Northern Province, 1972-75; Vice-President, Production Affairs, 1975; Vice-President, Petroleum Affairs, 1978; Member, Board of Directors, 1980; Executive Vice-President, Oil and Gas Affairs, 1981; President, Saudi Aramco, 1983; Minister of Petroleum and Mineral Resources since 1995.

### Minister of Pilgrimage:
### Dr. Fouad bin Abdulsalaam bin Muhammad Al-Farsi

*Born:* 1946
*Education:* PhD in Political Science, Duke University, USA, 1976;
MA in Political Science, Portland University, USA, 1971.
*Positions Held:* Assistant Professor, King Saud University, 1976;
Assistant Deputy Minister of Industry, 1977; Deputy Minister of
Industry, 1979; Deputy Minister of Information, 1980; Minister of
Information 1995-2003; Minister of Culture and Information 2003-
2005; Minister of Pilgrimage since February 2005.

### Minister of National Economy and Planning:
**Khalid bin Muhammad Al-Qusaibi**
*Born:*
*Education:*
*Positions Held:* Minister of Planning 1999-2003; Minister of National
Economy and Planning since May 2003.

### Minister of Communications and Information Technology:
*(formerly Posts, Telegraphs and Telephones)*
**Muhammad bin Jameel Mulla**
*Born:*
*Education:*
*Positions Held:* Minister of Communications and Information
Technology since May 2003.

### Minister of Transport:
*(formerly Communications)*
**Dr. Jubarah bin Eid Al-Suraiseri**
*Born:*
*Education:*
*Positions Held:* Minister of Transport since May 2003.

### MINISTERS WITHOUT PORTFOLIO

### Ministers of State:
**HRH Prince Abdulaziz bin Fahd bin Abdulaziz** ;
**Dr. Abdulaziz bin Abdullah Al-Khuweiter** ;
**Dr. Muttlab bin Abdullah Al-Nafissa** ;
**Dr. Musaid bin Muhammad Al-Eiban** ;
**Abdullah bin Ahmed bin Yosef Zainal;**
**Dr. Saud bin Saeed Al-Met'hami** (12/23/03;  for Shura Affairs)
**Dr. Nizar Obeid Madani** (08/29/05; for Foreign Affairs)

All contents on this web site is copyrighted ©2005 Information Office of the Royal Embassy of Saudi Arabia in Washington DC.  To contact the
embassy by phone please call (202) 342-3800.  For the VISA Section please call (202) 944-3126 or send a fax to (202) 337-4084.  You may also send

e-mails to info@saudiembassy.net