# Exhibit B-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT

2005 FEB -28 A 8: 57

**CERTIFICATE OF MAILING**
S.D. OF N.Y.

ESTATE OF JOHN P. O'NEILL, et al.

Plaintiff,

-V-

THE REPUBLIC OF IRAQ, et al.

Defendants..

04 Cv. 1076(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**February 28, 2005**

I served the

SUMMONS & SECONDED COMPLAINT

filed and issued herein on the

December 30, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# R632 969 720   # R632 969 680   # R632 969 673

# R632 969 702   # R632 969 716   # R632 969 733

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

# R 632 969 747          # R 632 969 778

#R 632 969 755          #_____

#R 632 967 764          #_____

# Exhibit B-2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT

2005 FEB -28 A 8: 57

**CERTIFICATE OF MAILING**
S.D. OF N.Y.

ESTATE OF JOHN P. O'NEILL, et al.
                                    Plaintiff,

                    -V-

THE REPUBLIC OF IRAQ, et al.

                                    Defendants..

04 Cv. 1076(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**February 28, 2005**

I served the

SUMMONS &  SECONDED COMPLAINT

filed and issued herein on the

December 30, 2004

by  mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# R632 969 720   # R632 969 680   # R632 969 673

# R632 969 702   # R632 969 716   # R632 969 733

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
                                    CLERK

Dated: New York, NY

# R 632 969 747          # R 632 969 778

# R 632 969 755          #

# R 632 967 764          #

# Exhibit B-3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S DISTRICT COURT

2005 FEB -28 A 8: 57
**CERTIFICATE OF MAILING**
S.D. OF N.Y.

ESTATE OF JOHN P. O'NEILL, et al.
                                    Plaintiff,

-V-

THE REPUBLIC OF IRAQ, et al.

                                    Defendants.,

04 Cv. 1923(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**February 28, 2005**

I served the

SUMMONS & SECONDED COMPLAINT

filed and issued herein on the

December 30, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# R632 969 781       #R632 969 804       # R632 969 821

#R632 969 795        # R632 969 818      #R632 969 835

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
                                        CLERK

Dated: New York, NY

# R632 969 849        # R632 969 870
# R632 969 866        #
# R632 969 (866)      #

# Exhibit B-4

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/21/2005 at 4:17 PM EST and filed on 2/28/2005

**Case Name:**        In Re: Terrorist Attacks on September 11, 2001
**Case Number:**     1:03-md-1570
**Filer:**
**Document Number:**
**Case Name:**        Ashton, et al v. Al Qaeda Islamic, et al
**Case Number:**     1:02-cv-6977
**Filer:**
**Document Number:**
**Case Name:**        Tremsky, et al v. Laden, et al
**Case Number:**     1:02-cv-7300
**Filer:**
**Document Number:**
**Case Name:**        Salvo, et al v. Al Qaeda Islamic, et al
**Case Number:**     1:03-cv-5071
**Filer:**
**Document Number:**
**Case Name:**        Burnett, et al v. Al Baraka Investment
**Case Number:**     1:03-cv-5738
**Filer:**
**Document Number:**
**Case Name:**        Federal Insurance, et al v. Al Qaida, et al
**Case Number:**     1:03-cv-6978
**Filer:**
**Document Number:**
**Case Name:**        Barrera, et al v. Al Qaeda Islamic, et al
**Case Number:**     1:03-cv-7036
**Filer:**
**Document Number:**
**Case Name:**        Vigilant Insurance, et al v. Kingdom of Saudi, et al

| | |
|---|---|
| **Case Number:** | [1:03-cv-8591](#) |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Havlish v. Bin-Laden |
| **Case Number:** | [1:03-cv-9848](#) |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Burnett v. Al Baraka Investment & Development Corp. |
| **Case Number:** | [1:03-cv-9849](#) |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | O'Neill v. The Republic of Iraq |
| **Case Number:** | [1:04-cv-1076](#) |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al |
| **Case Number:** | [1:04-cv-1922](#) |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al |
| **Case Number:** | [1:04-cv-1923](#) |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Continental Casualty Comapny v. Al Qaeda Islamic Army |
| **Case Number:** | [1:04-cv-5970](#) |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | New York Marine and General Insurance Company v. Al Qaida, et al |
| **Case Number:** | [1:04-cv-6105](#) |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd. |
| **Case Number:** | [1:04-cv-7065](#) |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al |
| **Case Number:** | [1:04-cv-7216](#) |

**Filer:**

**Document**
**Number:**

**Case Name:**    Euro Brokers Inc. et al v. Al Baraka Investment and Development
Corporation et al

**Case Number:**    1:04-cv-7279

**Filer:**

**Document**
**Number:**

**Case Name:**    World Trade Center Properties, L.L.C. et al v. Al Baraka Investment
and Development Corporation et al

**Case Number:**    1:04-cv-7280

**Filer:**

**Document**
**Number:**

**Case Name:**    Vadhan et al v. Riggs National Corporation et al

**Case Number:**    1:04-cv-7281

**Filer:**

**Document Number:**

**Docket Text:**

CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended
Complaint mailed to Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 764,
RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-
06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-
06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-
09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-
05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-
07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

The following document(s) are associated with this transaction:

# Exhibit B-5

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 1:03 PM EST and filed on 2/28/2005

| | |
|---|---|
| **Case Name:** | In Re: Terrorist Attacks on September 11, 2001 |
| **Case Number:** | 1:03-md-1570 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Ashton, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:02-cv-6977 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Tremsky, et al v. Laden, et al |
| **Case Number:** | 1:02-cv-7300 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Salvo, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-5071 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Burnett, et al v. Al Baraka Investment |
| **Case Number:** | 1:03-cv-5738 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Federal Insurance, et al v. Al Qaida, et al |
| **Case Number:** | 1:03-cv-6978 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Barrera, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-7036 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Vigilant Insurance, et al v. Kingdom of Saudi, et al |

**Case Number:**    1:03-cv-8591
**Filer:**
**Document Number:**
**Case Name:**    Havlish v. Bin-Laden
**Case Number:**    1:03-cv-9848
**Filer:**
**Document Number:**
**Case Name:**    Burnett v. Al Baraka Investment & Development Corp.
**Case Number:**    1:03-cv-9849
**Filer:**
**Document Number:**
**Case Name:**    O'Neill v. The Republic of Iraq
**Case Number:**    1:04-cv-1076
**Filer:**
**Document Number:**
**Case Name:**    Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:**    1:04-cv-1922
**Filer:**
**Document Number:**
**Case Name:**    Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:**    1:04-cv-1923
**Filer:**
**Document Number:**
**Case Name:**    Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:**    1:04-cv-5970
**Filer:**
**Document Number:**
**Case Name:**    New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:**    1:04-cv-6105
**Filer:**
**Document Number:**
**Case Name:**    Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:**    1:04-cv-7065
**Filer:**
**Document Number:**
**Case Name:**    Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:**    1:04-cv-7216

**Filer:**

**Document
Number:**

**Case Name:**     Euro Brokers Inc. et al v. Al Baraka Investment and Development
Corporation et al

**Case Number:**  1:04-cv-7279

**Filer:**

**Document
Number:**

**Case Name:**     World Trade Center Properties, L.L.C. et al v. Al Baraka Investment
and Development Corporation et al

**Case Number:**  1:04-cv-7280

**Filer:**

**Document
Number:**

**Case Name:**     Vadhan et al v. Riggs National Corporation et al

**Case Number:**  1:04-cv-7281

**Filer:**

**Document Number:**


**Docket Text:**

CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended
Complaint mailed to Erwin Wachter on 2/28/05 by Registered Mail # RB 632 969 720,
RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-
06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-
06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-
09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-
05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-
07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

# Exhibit B-6

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 1:12 PM EST and filed on 2/28/2005

| | |
|---|---|
| **Case Name:** | In Re: Terrorist Attacks on September 11, 2001 |
| **Case Number:** | 1:03-md-1570 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Ashton, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:02-cv-6977 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Tremsky, et al v. Laden, et al |
| **Case Number:** | 1:02-cv-7300 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Salvo, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-5071 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Burnett, et al v. Al Baraka Investment |
| **Case Number:** | 1:03-cv-5738 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Federal Insurance, et al v. Al Qaida, et al |
| **Case Number:** | 1:03-cv-6978 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Barrera, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-7036 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Vigilant Insurance, et al v. Kingdom of Saudi, et al |

**Case Number:**      1:03-cv-8591
**Filer:**
**Document Number:**
**Case Name:**        Havlish v. Bin-Laden
**Case Number:**      1:03-cv-9848
**Filer:**
**Document Number:**
**Case Name:**        Burnett v. Al Baraka Investment & Development Corp.
**Case Number:**      1:03-cv-9849
**Filer:**
**Document Number:**
**Case Name:**        O'Neill v. The Republic of Iraq
**Case Number:**      1:04-cv-1076
**Filer:**
**Document Number:**
**Case Name:**        Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:**      1:04-cv-1922
**Filer:**
**Document Number:**
**Case Name:**        Estate of John P.O'Neill, Sr. v. Al Baraka Investment and
                      Development Corporation et al
**Case Number:**      1:04-cv-1923
**Filer:**
**Document
Number:**
**Case Name:**        Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:**      1:04-cv-5970
**Filer:**
**Document Number:**
**Case Name:**        New York Marine and General Insurance Company v. Al Qaida, et
                      al
**Case Number:**      1:04-cv-6105
**Filer:**
**Document
Number:**
**Case Name:**        Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:**      1:04-cv-7065
**Filer:**
**Document Number:**
**Case Name:**        Pacific Employers Insurance Company et al v. Kingdom of Saudi
                      Arabia et al
**Case Number:**      1:04-cv-7216

**Filer:**

**Document Number:**

**Case Name:**      Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:**    1:04-cv-7279

**Filer:**

**Document Number:**

**Case Name:**      World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:**    1:04-cv-7280

**Filer:**

**Document Number:**

**Case Name:**      Vadhan et al v. Riggs National Corporation et al

**Case Number:**    1:04-cv-7281

**Filer:**

**Document Number:**

**Docket Text:**

CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Erwin Wachter, Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 733, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

# Exhibit B-7

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/21/2005 at 4:19 PM EST and filed on 2/28/2005

**Case Name:**        In Re: Terrorist Attacks on September 11, 2001
**Case Number:**        1:03-md-1570
**Filer:**
**Document Number:**
**Case Name:**        Ashton, et al v. Al Qaeda Islamic, et al
**Case Number:**        1:02-cv-6977
**Filer:**
**Document Number:**
**Case Name:**        Tremsky, et al v. Laden, et al
**Case Number:**        1:02-cv-7300
**Filer:**
**Document Number:**
**Case Name:**        Salvo, et al v. Al Qaeda Islamic, et al
**Case Number:**        1:03-cv-5071
**Filer:**
**Document Number:**
**Case Name:**        Burnett, et al v. Al Baraka Investment
**Case Number:**        1:03-cv-5738
**Filer:**
**Document Number:**
**Case Name:**        Federal Insurance, et al v. Al Qaida, et al
**Case Number:**        1:03-cv-6978
**Filer:**
**Document Number:**
**Case Name:**        Barrera, et al v. Al Qaeda Islamic, et al
**Case Number:**        1:03-cv-7036
**Filer:**
**Document Number:**
**Case Name:**        Vigilant Insurance, et al v. Kingdom of Saudi, et al

**Case Number:**     1:03-cv-8591
**Filer:**
**Document Number:**
**Case Name:**     Havlish v. Bin-Laden
**Case Number:**     1:03-cv-9848
**Filer:**
**Document Number:**
**Case Name:**     Burnett v. Al Baraka Investment & Development Corp.
**Case Number:**     1:03-cv-9849
**Filer:**
**Document Number:**
**Case Name:**     O'Neill v. The Republic of Iraq
**Case Number:**     1:04-cv-1076
**Filer:**
**Document Number:**
**Case Name:**     Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:**     1:04-cv-1922
**Filer:**
**Document Number:**
**Case Name:**     Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:**     1:04-cv-1923
**Filer:**
**Document Number:**
**Case Name:**     Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:**     1:04-cv-5970
**Filer:**
**Document Number:**
**Case Name:**     New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:**     1:04-cv-6105
**Filer:**
**Document Number:**
**Case Name:**     Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:**     1:04-cv-7065
**Filer:**
**Document Number:**
**Case Name:**     Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:**     1:04-cv-7216

**Filer:**

**Document
Number:**

**Case Name:**     Euro Brokers Inc. et al v. Al Baraka Investment and Development
                   Corporation et al

**Case Number:**   1:04-cv-7279

**Filer:**

**Document
Number:**

**Case Name:**     World Trade Center Properties, L.L.C. et al v. Al Baraka Investment
                   and Development Corporation et al

**Case Number:**   1:04-cv-7280

**Filer:**

**Document
Number:**

**Case Name:**     Vadhan et al v. Riggs National Corporation et al

**Case Number:**   1:04-cv-7281

**Filer:**

**Document Number:**

**Docket Text:**

CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended
Complaint mailed to Martin Wachter, Asat Trust Reg. on 2/28/05 by Registered Mail #
RB 632 969 778, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-
RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-
RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-
RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-
RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-
RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

# Exhibit B-8

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 1:04 PM EST and filed on 2/28/2005

**Case Name:**          In Re: Terrorist Attacks on September 11, 2001
**Case Number:**       1:03-md-1570
**Filer:**
**Document Number:**
**Case Name:**          Ashton, et al v. Al Qaeda Islamic, et al
**Case Number:**       1:02-cv-6977
**Filer:**
**Document Number:**
**Case Name:**          Tremsky, et al v. Laden, et al
**Case Number:**       1:02-cv-7300
**Filer:**
**Document Number:**
**Case Name:**          Salvo, et al v. Al Qaeda Islamic, et al
**Case Number:**       1:03-cv-5071
**Filer:**
**Document Number:**
**Case Name:**          Burnett, et al v. Al Baraka Investment
**Case Number:**       1:03-cv-5738
**Filer:**
**Document Number:**
**Case Name:**          Federal Insurance, et al v. Al Qaida, et al
**Case Number:**       1:03-cv-6978
**Filer:**
**Document Number:**
**Case Name:**          Barrera, et al v. Al Qaeda Islamic, et al
**Case Number:**       1:03-cv-7036
**Filer:**
**Document Number:**
**Case Name:**          Vigilant Insurance, et al v. Kingdom of Saudi, et al

**Case Number:**    1:03-cv-8591
**Filer:**
**Document Number:**
**Case Name:**    Havlish v. Bin-Laden
**Case Number:**    1:03-cv-9848
**Filer:**
**Document Number:**
**Case Name:**    Burnett v. Al Baraka Investment & Development Corp.
**Case Number:**    1:03-cv-9849
**Filer:**
**Document Number:**
**Case Name:**    O'Neill v. The Republic of Iraq
**Case Number:**    1:04-cv-1076
**Filer:**
**Document Number:**
**Case Name:**    Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:**    1:04-cv-1922
**Filer:**
**Document Number:**
**Case Name:**    Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:**    1:04-cv-1923
**Filer:**
**Document Number:**
**Case Name:**    Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:**    1:04-cv-5970
**Filer:**
**Document Number:**
**Case Name:**    New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:**    1:04-cv-6105
**Filer:**
**Document Number:**
**Case Name:**    Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:**    1:04-cv-7065
**Filer:**
**Document Number:**
**Case Name:**    Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:**    1:04-cv-7216

**Filer:**

**Document
Number:**

**Case Name:**          Euro Brokers Inc. et al v. Al Baraka Investment and Development
Corporation et al

**Case Number:**    1:04-cv-7279

**Filer:**

**Document
Number:**

**Case Name:**          World Trade Center Properties, L.L.C. et al v. Al Baraka Investment
and Development Corporation et al

**Case Number:**    1:04-cv-7280

**Filer:**

**Document
Number:**

**Case Name:**          Vadhan et al v. Riggs National Corporation et al

**Case Number:**    1:04-cv-7281

**Filer:**

**Document Number:**

**Docket Text:**

CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended
Complaint mailed to Secor Treuhand Anstalt on 2/28/05 by Registered Mail # RB 632
969 693, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-
RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-
RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-
RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-
RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-
RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

# Exhibit B-9

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/21/2005 at 4:15 PM EST and filed on 2/28/2005

| | |
|---|---|
| **Case Name:** | In Re: Terrorist Attacks on September 11, 2001 |
| **Case Number:** | 1:03-md-1570 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Ashton, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:02-cv-6977 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Tremsky, et al v. Laden, et al |
| **Case Number:** | 1:02-cv-7300 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Salvo, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-5071 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Burnett, et al v. Al Baraka Investment |
| **Case Number:** | 1:03-cv-5738 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Federal Insurance, et al v. Al Qaida, et al |
| **Case Number:** | 1:03-cv-6978 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Barrera, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-7036 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Vigilant Insurance, et al v. Kingdom of Saudi, et al |

**Case Number:**    1:03-cv-8591
**Filer:**
**Document Number:**
**Case Name:**    Havlish v. Bin-Laden
**Case Number:**    1:03-cv-9848
**Filer:**
**Document Number:**
**Case Name:**    Burnett v. Al Baraka Investment & Development Corp.
**Case Number:**    1:03-cv-9849
**Filer:**
**Document Number:**
**Case Name:**    O'Neill v. The Republic of Iraq
**Case Number:**    1:04-cv-1076
**Filer:**
**Document Number:**
**Case Name:**    Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:**    1:04-cv-1922
**Filer:**
**Document Number:**
**Case Name:**    Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:**    1:04-cv-1923
**Filer:**
**Document Number:**
**Case Name:**    Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:**    1:04-cv-5970
**Filer:**
**Document Number:**
**Case Name:**    New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:**    1:04-cv-6105
**Filer:**
**Document Number:**
**Case Name:**    Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:**    1:04-cv-7065
**Filer:**
**Document Number:**
**Case Name:**    Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:**    1:04-cv-7216

**Filer:**
**Document**
**Number:**
**Case Name:**       Euro Brokers Inc. et al v. Al Baraka Investment and Development
                     Corporation et al
**Case Number:**     1:04-cv-7279
**Filer:**
**Document**
**Number:**
**Case Name:**       World Trade Center Properties, L.L.C. et al v. Al Baraka Investment
                     and Development Corporation et al
**Case Number:**     1:04-cv-7280
**Filer:**
**Document**
**Number:**
**Case Name:**       Vadhan et al v. Riggs National Corporation et al
**Case Number:**     1:04-cv-7281
**Filer:**
**Document Number:**

**Docket Text:**
CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Second Amended
Complaint mailed to Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 821,
RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-
06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-
06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-
09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-
05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-
07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

# Exhibit B-10

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 10:57 AM EST and filed on 2/28/2005

**Case Name:**         In Re: Terrorist Attacks on September 11, 2001
**Case Number:**      1:03-md-1570
**Filer:**
**Document Number:**
**Case Name:**         Ashton, et al v. Al Qaeda Islamic, et al
**Case Number:**      1:02-cv-6977
**Filer:**
**Document Number:**
**Case Name:**         Tremsky, et al v. Laden, et al
**Case Number:**      1:02-cv-7300
**Filer:**
**Document Number:**
**Case Name:**         Salvo, et al v. Al Qaeda Islamic, et al
**Case Number:**      1:03-cv-5071
**Filer:**
**Document Number:**
**Case Name:**         Burnett, et al v. Al Baraka Investment
**Case Number:**      1:03-cv-5738
**Filer:**
**Document Number:**
**Case Name:**         Federal Insurance, et al v. Al Qaida, et al
**Case Number:**      1:03-cv-6978
**Filer:**
**Document Number:**
**Case Name:**         Barrera, et al v. Al Qaeda Islamic, et al
**Case Number:**      1:03-cv-7036
**Filer:**
**Document Number:**
**Case Name:**         Vigilant Insurance, et al v. Kingdom of Saudi, et al

**Case Number:** [1:03-cv-8591](#)
**Filer:**
**Document Number:**
**Case Name:**       Havlish v. Bin-Laden
**Case Number:** [1:03-cv-9848](#)
**Filer:**
**Document Number:**
**Case Name:**       Burnett v. Al Baraka Investment & Development Corp.
**Case Number:** [1:03-cv-9849](#)
**Filer:**
**Document Number:**
**Case Name:**       O'Neill v. The Republic of Iraq
**Case Number:** [1:04-cv-1076](#)
**Filer:**
**Document Number:**
**Case Name:**       Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:** [1:04-cv-1922](#)
**Filer:**
**Document Number:**
**Case Name:**       Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:** [1:04-cv-1923](#)
**Filer:**
**Document Number:**
**Case Name:**       Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:** [1:04-cv-5970](#)
**Filer:**
**Document Number:**
**Case Name:**       New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:** [1:04-cv-6105](#)
**Filer:**
**Document Number:**
**Case Name:**       Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:** [1:04-cv-7065](#)
**Filer:**
**Document Number:**
**Case Name:**       Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:** [1:04-cv-7216](#)

**Filer:**

**Document Number:**

**Case Name:**     Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:**   1:04-cv-7279

**Filer:**

**Document Number:**

**Case Name:**     World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:**   1:04-cv-7280

**Filer:**

**Document Number:**

**Case Name:**     Vadhan et al v. Riggs National Corporation et al

**Case Number:**   1:04-cv-7281

**Filer:**

**Document Number:**

**Docket Text:**

CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Erwin Wachter on 2/28/05 by Registered Mail # RB 632 969 781, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

# Exhibit B-11

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 11:35 AM EST and filed on 2/28/2005

| | |
|---|---|
| **Case Name:** | In Re: Terrorist Attacks on September 11, 2001 |
| **Case Number:** | 1:03-md-1570 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Ashton, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:02-cv-6977 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Tremsky, et al v. Laden, et al |
| **Case Number:** | 1:02-cv-7300 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Salvo, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-5071 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Burnett, et al v. Al Baraka Investment |
| **Case Number:** | 1:03-cv-5738 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Federal Insurance, et al v. Al Qaida, et al |
| **Case Number:** | 1:03-cv-6978 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Barrera, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-7036 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Vigilant Insurance, et al v. Kingdom of Saudi, et al |

**Case Number:**    1:03-cv-8591

**Filer:**

**Document Number:**

**Case Name:**    Havlish v. Bin-Laden

**Case Number:**    1:03-cv-9848

**Filer:**

**Document Number:**

**Case Name:**    Burnett v. Al Baraka Investment & Development Corp.

**Case Number:**    1:03-cv-9849

**Filer:**

**Document Number:**

**Case Name:**    O'Neill v. The Republic of Iraq

**Case Number:**    1:04-cv-1076

**Filer:**

**Document Number:**

**Case Name:**    Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al

**Case Number:**    1:04-cv-1922

**Filer:**

**Document Number:**

**Case Name:**    Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al

**Case Number:**    1:04-cv-1923

**Filer:**

**Document Number:**

**Case Name:**    Continental Casualty Comapny v. Al Qaeda Islamic Army

**Case Number:**    1:04-cv-5970

**Filer:**

**Document Number:**

**Case Name:**    New York Marine and General Insurance Company v. Al Qaida, et al

**Case Number:**    1:04-cv-6105

**Filer:**

**Document Number:**

**Case Name:**    Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.

**Case Number:**    1:04-cv-7065

**Filer:**

**Document Number:**

**Case Name:**    Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al

**Case Number:**    1:04-cv-7216

**Filer:**

**Document
Number:**

**Case Name:**    Euro Brokers Inc. et al v. Al Baraka Investment and Development
Corporation et al

**Case Number:**    1:04-cv-7279

**Filer:**

**Document
Number:**

**Case Name:**    World Trade Center Properties, L.L.C. et al v. Al Baraka Investment
and Development Corporation et al

**Case Number:**    1:04-cv-7280

**Filer:**

**Document
Number:**

**Case Name:**    Vadhan et al v. Riggs National Corporation et al

**Case Number:**    1:04-cv-7281

**Filer:**

**Document Number:**


**Docket Text:**

CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended
Complaint mailed to Erwin Wachter, Asat Trust Reg. on 2/28/05 by Registered Mail #
RB 632 969 870, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-
RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-
RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-
RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-
RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-
RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

# Exhibit B-12

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/21/2005 at 4:12 PM EST and filed on 2/28/2005

| | |
|---|---|
| **Case Name:** | In Re: Terrorist Attacks on September 11, 2001 |
| **Case Number:** | 1:03-md-1570 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Ashton, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:02-cv-6977 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Tremsky, et al v. Laden, et al |
| **Case Number:** | 1:02-cv-7300 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Salvo, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-5071 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Burnett, et al v. Al Baraka Investment |
| **Case Number:** | 1:03-cv-5738 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Federal Insurance, et al v. Al Qaida, et al |
| **Case Number:** | 1:03-cv-6978 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Barrera, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-7036 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Vigilant Insurance, et al v. Kingdom of Saudi, et al |

**Case Number:**    1:03-cv-8591
**Filer:**
**Document Number:**
**Case Name:**    Havlish v. Bin-Laden
**Case Number:**    1:03-cv-9848
**Filer:**
**Document Number:**
**Case Name:**    Burnett v. Al Baraka Investment & Development Corp.
**Case Number:**    1:03-cv-9849
**Filer:**
**Document Number:**
**Case Name:**    O'Neill v. The Republic of Iraq
**Case Number:**    1:04-cv-1076
**Filer:**
**Document Number:**
**Case Name:**    Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:**    1:04-cv-1922
**Filer:**
**Document Number:**
**Case Name:**    Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:**    1:04-cv-1923
**Filer:**
**Document Number:**
**Case Name:**    Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:**    1:04-cv-5970
**Filer:**
**Document Number:**
**Case Name:**    New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:**    1:04-cv-6105
**Filer:**
**Document Number:**
**Case Name:**    Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:**    1:04-cv-7065
**Filer:**
**Document Number:**
**Case Name:**    Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:**    1:04-cv-7216

**Filer:**

**Document
Number:**

**Case Name:**      Euro Brokers Inc. et al v. Al Baraka Investment and Development
Corporation et al

**Case Number:**   1:04-cv-7279

**Filer:**

**Document
Number:**

**Case Name:**      World Trade Center Properties, L.L.C. et al v. Al Baraka Investment
and Development Corporation et al

**Case Number:**   1:04-cv-7280

**Filer:**

**Document
Number:**

**Case Name:**      Vadhan et al v. Riggs National Corporation et al

**Case Number:**   1:04-cv-7281

**Filer:**

**Document Number:**


**Docket Text:**

CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended
Complaint mailed to Matin Wachter, Asat Trust Reg. on 2/28/05 by Registered Mail #
RB 632 969 849, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-
RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-
RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-
RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-
RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-
RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

# Exhibit B-13

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 11:09 AM EST and filed on 2/28/2005

**Case Name:**       In Re: Terrorist Attacks on September 11, 2001
**Case Number:**    1:03-md-1570
**Filer:**
**Document Number:**
**Case Name:**       Ashton, et al v. Al Qaeda Islamic, et al
**Case Number:**    1:02-cv-6977
**Filer:**
**Document Number:**
**Case Name:**       Tremsky, et al v. Laden, et al
**Case Number:**    1:02-cv-7300
**Filer:**
**Document Number:**
**Case Name:**       Salvo, et al v. Al Qaeda Islamic, et al
**Case Number:**    1:03-cv-5071
**Filer:**
**Document Number:**
**Case Name:**       Burnett, et al v. Al Baraka Investment
**Case Number:**    1:03-cv-5738
**Filer:**
**Document Number:**
**Case Name:**       Federal Insurance, et al v. Al Qaida, et al
**Case Number:**    1:03-cv-6978
**Filer:**
**Document Number:**
**Case Name:**       Barrera, et al v. Al Qaeda Islamic, et al
**Case Number:**    1:03-cv-7036
**Filer:**
**Document Number:**
**Case Name:**       Vigilant Insurance, et al v. Kingdom of Saudi, et al

**Case Number:**       1:03-cv-8591
**Filer:**
**Document Number:**
**Case Name:**         Havlish v. Bin-Laden
**Case Number:**       1:03-cv-9848
**Filer:**
**Document Number:**
**Case Name:**         Burnett v. Al Baraka Investment & Development Corp.
**Case Number:**       1:03-cv-9849
**Filer:**
**Document Number:**
**Case Name:**         O'Neill v. The Republic of Iraq
**Case Number:**       1:04-cv-1076
**Filer:**
**Document Number:**
**Case Name:**         Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:**       1:04-cv-1922
**Filer:**
**Document Number:**
**Case Name:**         Estate of John P.O'Neill, Sr. v. Al Baraka Investment and
                       Development Corporation et al
**Case Number:**       1:04-cv-1923
**Filer:**
**Document
Number:**
**Case Name:**         Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:**       1:04-cv-5970
**Filer:**
**Document Number:**
**Case Name:**         New York Marine and General Insurance Company v. Al Qaida, et
                       al
**Case Number:**       1:04-cv-6105
**Filer:**
**Document
Number:**
**Case Name:**         Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:**       1:04-cv-7065
**Filer:**
**Document Number:**
**Case Name:**         Pacific Employers Insurance Company et al v. Kingdom of Saudi
                       Arabia et al
**Case Number:**       1:04-cv-7216

**Filer:**

**Document Number:**

**Case Name:**       Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:**   1:04-cv-7279

**Filer:**

**Document Number:**

**Case Name:**       World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:**   1:04-cv-7280

**Filer:**

**Document Number:**

**Case Name:**       Vadhan et al v. Riggs National Corporation et al

**Case Number:**   1:04-cv-7281

**Filer:**

**Document Number:**

**Docket Text:**

CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Secor Treuhand Anstalt on 2/28/05 by Registered Mail # RB 632 969 866, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )