# **EXHIBIT A**



Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911374  Our records reflect the
following information.

Delivery Information:

Signed for by: .CO STAMP NASCO
Delivery Location: CORSO SEMPIONE 69
Delivery Date: May 27, 2004 11:20

Shipping Information:

Tracking number: 619389911374

Ship Date: May 25, 2004

Recipient:
AHMED IDRIS NASREDDIN
CORSO SEMPIONE 69
MILAN 20149
IT

Shipper:
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

Reference:

117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

Track Shipments
**Detailed Results**

? Quick Help

| Tracking number | 619389911374 | Reference | 117430.000 |
|---|---|---|---|
| Signed for by | .CO STAMP NASCO | Delivery location | MILAN IT |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 11:20 AM | | |

Status    Delivered

Date/Time    Activity    Location    Details

[ Signature proof ]    [ Track more shipments ]

Email your details to up to three recipients (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email.**

Add a message to this email.

From

To

[ Send email ]