# EXHIBIT C



**FedEx Express**
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

**U.S. Mail: PO Box 727**
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/28/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **619389925153**. Our records reflect the following information.

## Delivery Information:

**Signed for by: M.ASHRAF**



**Delivery Location:** 555 GROVE STREET
**Delivery Date:** Jul 21, 2004 09:51

## Shipping Information:

**Tracking number:** 619389925153                **Ship Date:** Jul 20, 2004

**Recipient:**
ARADI, INC
555 GROVE STREET
HERNDON , VA 20170
US

**Shipper:**
COZEN O'CONNOR
COZEN O'CONNOR
1900 MARKET ST
PHILADELPHIA , PA 191033527
US

**Reference:**                                 117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®