# EXHIBIT D



| | FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **619389911503**. Our records reflect the following information.

Delivery Information:

Signed for by: B.ARAKAT
Delivery Location: HALLBYBACKEN 15
Delivery Date: May 27, 2004 13:31

Shipping Information:

Tracking number: 619389911503         Ship Date: May 25, 2004

Recipient:
BARAKAAT INTERNATIONAL
HALLBYBACKEN 15
SPANGA 99999
SE

Shipper:
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

Reference:         117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

Track Shipments
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 619389911503 | Reference | 117430.000 |
| Signed for by | B.ARAKAT | Delivery location | SPANGA SE |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 1:31 PM | | |
| Status | Delivered | | |

Date/Time    Activity    Location    Detail

[ Signature proof ]  [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click Send email.

From

To

Add a message to this email.

[ Send email ]