# EXHIBIT F



| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **619389911536**. Our records reflect the following information.

## Delivery Information:

**Signed for by:** .CO STAMP NASCO
**Delivery Location:** CORSO SEMPIONE 69
**Delivery Date:** May 27, 2004 11:20

## Shipping Information:

**Tracking number:** 619389911536          **Ship Date:** May 25, 2004

**Recipient:**
GULF CENTER S.R.L.
CORSO SEMPIONE 69
MILAN 20149
IT

**Shipper:**
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

**Reference:**          117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

Track Shipments
**Detailed Results**                                             (?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 619389911536 | **Reference** | 117430.000 |
| **Signed for by** | .CO STAMP NASCO | **Delivery location** | MILAN IT |
| **Ship date** | May 25, 2004 | **Service type** | Priority Overnight |
| **Delivery date** | May 27, 2004 11:20 AM | | |
| **Status** | Delivered | | |

Date/Time          Activity              Location        Details

[ Signature proof ]   [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

                                          Add a message to this email.
From

    To

                                                         [ Send email ]