# **EXHIBIT G**



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389912646. Our records reflect the following information.

Delivery Information:

Signed for by: J.TOOR

Delivery Location: 555 GROVE STREET  
Delivery Date: Jun 1, 2004 09:54

Shipping Information:

Tracking number: 619389912646

Ship Date: May 28, 2004

Recipient:  
HISHAM AL TALIB  
555 GROVE STREET  
HERNDON , VA 20170  
US

Shipper:  
COZEN O'CONNOR  
COZEN O'CONNOR  
1900 MARKET ST  
PHILADELPHIA , PA 191033527  
US

Reference:                                       117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx®

Track Shipments											(?) Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 619389912646 | Reference | 117430.000 |
| Signed for by | J.TOOR | Delivery location | HERNDON, VA |
| Ship date | May 28, 2004 | Service type | Priority Overnight |
| Delivery date | Jun 1, 2004 9:54 AM | | |
| Status | Delivered | | |

Date/Time		Activity		Location		Detail

[ Signature proof ]   [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From

To

Add a message to this email.

[ Send email ]