# **EXHIBIT H**



| | | |
|---|---|---|
| | FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911363. Our records reflect the following information.

**Delivery Information:**

Signed for by: ..DARKAZANKI
Delivery Location: UHLENHORSETERWEG 34 11
Delivery Date: May 27, 2004 10:19

Shipping Information:

**Tracking number:** 619389911363          Ship Date: May 25, 2004

**Recipient:**
MAMOUN DARKAZALI
UHLENHORSETERWEG 34 11
HAMBURG , - 22085
DE

Shipper:
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

**Reference:**          117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

## Track Shipments
### Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 619389911363 | Reference | 117430.000 |
| Signed for by | ..DARKAZANKI | Delivery location | HAMBURG DE |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 10:19 AM | | |
| Status | Delivered | | |

Date/Time    Activity    Location    ...

[ Signature proof ]  [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From

To

Add a message to this email.

[ Send email ]