# EXHIBIT O

# EXHIBIT O

State of Wisconsin
Adams County Sheriff's Dept
Civil Division
Friendship, WI 53934

Process Number:     2823                    Court Number: 03CV6978

I, Roberta E Sindelar, Sheriff of Adams County Sheriff's Dept do hereby certify that I received the within and foregoing Summons & Complaint on 31st day of March, 2004, and that I served the same on:

ENAAM M ARNAOUT                                              (Defendant    )
2561 Cth H   FCI-Oxford   INSIDE
Oxford, WI   53952
Served on: 1st day of April, 2004 at 09:34:00        by Kroetz, Mike
Served to: Enaam Arnout
           2561 Cth H   FCI-Oxford   INSIDE
           Oxford, WI   53952

Returned on the 5th day of April, 2004

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 5th day of April, 2004

Fees:
  Service:      0.00            Roberta E Sindelar, Sheriff
  Mileage:     12.75            Adams County Sheriff's Dept, Wisconsin
  Other :      37.60
  Total :      50.35            BY: Sgt Mik Kroetz
                                    Authorized Representative
                                    Civil Division