# **EXHIBIT Q**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
# O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

J. Scott Tarbutton
Direct Phone  215.665.7255
Direct Fax    215.701.2467
starbutton@cozen.com

May 20, 2004

Sarah S. Normand
Assistant U.S. Attorney
86 Chambers Street
3rd Floor
New York, New York 10007

    Re:    Federal Insurance Co., et al. v. Al Qaida, et al.
            United States District Court for the Southern District of New York
            <u>Docket No. 03-CV-6978</u>

Dear Sarah:

      Per our recent discussions, I am enclosing the completed U.S. Marshals Service forms and copies of the Summons and Amended Complaint for service on Zacarias Moussaoui and Abdul Rahman Al-Amoudi.

      I am also requesting your assistance with service of process on American Muslim Foundation ("AMF"), another defendant in the above referenced lawsuit. Prior to his imprisonment, Mr. Al-Amoudi was the founder and registered agent of AMF, a Washington D.C. area-based Muslim charity with links to the Al Qaida terrorist network. As a result of his status within the Muslim charity and his control over the organization's operations and funds, Mr. Al-Amoudi is a sufficiently high-ranking official with the authority and/or responsibility to accept service of process on behalf of AMF. See <u>Smith v. Islamic Emirate of Afghanistan</u>, 2001 U.S. Dist. LEXIS 21712, *12 (S.D.N.Y.) (holding that service of process upon an incarcerated senior officer is a proper method for serving a foreign terrorist organization); <u>Legends Industries, Inc. v. C.P.P. Corp.</u>, 49 B.R. 935, 937 (Bankr. E.D.N.Y. 1985) (stating that the person accepting service of process should have the sufficient authority or responsibility within the organization so as to make it reasonable to assume that he will realize his responsibility and know what he should do

Sarah S. Normand
May 20, 2004
Page 2

---

with any legal papers served upon him). Therefore, I am including additional copies of the Summons and Amended Complaint to be served on Mr. Al-Amoudi.

Should you have any questions, please do not hesitate to contact me.

Very Truly Yours,

COZEN O'CONNOR

By: J. Scott Tarbutton

JST

PHILA1\2071954\1 117430.000

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Federal Insurance Co., et al | **COURT CASE NUMBER** 03-CV-6978 (S.D.N.Y.) |
| **DEFENDANT** Al Qaida, et al | **TYPE OF PROCESS** Personal |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Abdul Rahman Al-Amoudi

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o U.S. Marshal's Service

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

J. Scott Tarbutton, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

| | |
|---|---|
| Number of process to be served with this Form-285 | 2 |
| Number of parties to be served in this case | 525 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 215-665-7255
DATE: 5-10-04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | P3 | 54 | 54 | | 5-26-04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/1/04    Time: 3:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | 374.37 | 8.00 | 337 | | | |

**REMARKS:**

NOTE 65-108 ✓

---

PRIOR EDITIONS MAY BE USED     **3. NOTICE OF SERVICE**     FORM USM-285 (Rev. 12/15/80)