UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br><br>ECF Case |
|---|---|

**This document relates to:**  Continental Casualty Co., et al. v. Al Qaeda, et al. (04-CV-5970)

Thomas E. Burnett, Sr., et al. v. Al Baraka, et al. (03-CV-5738)

World Trade Center Properties LLC, et al. v. Al Baraka, et al. (04-CV-7280)

Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al. (04-CV-7279)

Federal Insurance Co., et al. v. Al Qaida, et al. (03-CV-6978)

### NOTICE OF MOTION TO DISMISS
### PURSUANT TO FED. R. CIV. P. 12(b)(2) and 12(b)(6)
### BY DEFENDANT IBRAHIM BIN ABDUL AZIZ AL-IBRAHIM FOUNDATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion To Dismiss of Defendant Ibrahim Bin Abdul Aziz Al-Ibrahim Foundation, the attached declaration of Daniel L. Brown dated October 3, 2005, and all prior pleadings and proceedings herein, Defendant Ibrahim Bin Abdul Aziz Al-Ibrahim Foundation, by its attorneys Sheppard Mullin Richter & Hampton LLP, will move this Court on _____, 2005, at _____ a.m./ p.m., or as soon thereafter as counsel may be heard, before the Honorable Richard C. Casey, United States District Judge, United States District Court for the Southern District of New York, at the United States Court House, 500 Pearl Street, New York, New

York, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all claims against Defendant Ibrahim Bin Abdul Aziz Al-Ibrahim Foundation in the above-referenced actions with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       October 4, 2005

                              Respectfully submitted,
                              SHEPPARD MULLIN RICHTER & HAMPTON LLP

                              By:_____/s/_____
                                 James J. McGuire (JM-5390)

                                30 Rockefeller Plaza, 24th Floor
                                New York, New York 10112
                                (212) 332-3800

                                *Attorneys for Defendant*
                                  *Ibrahim Bin Abdul Aziz Al-Ibrahim Foundation*

Daniel Brown
Of Counsel