IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re TERRORIST ATTACKS on ) <br> SEPTEMBER 11, 2001         ) <br>                              ) | 03 MDL 1570 (RCC) <br> ECF Case |

*This document relates to:*
  *Estate of O'Neill, et al. v. Republic of Iraq, et al.*, 04-CV-1076 (RCC)

**Declaration of Jerry S. Goldman, Esquire Relating to Taha Al Alwani**

JERRY S. GOLDMAN, ESQUIRE, on this 18th day of November, 2005, hereby declares pursuant to 28 United States Code Sec. 1746, and under penalties of perjury, that the foregoing is true and correct:

1. I am an attorney at law, licensed to practice in the Commonwealth of Pennsylvania, the State of Massachusetts, the State of New York, and admitted to practice in the United States District Court for the Southern District of New York.

2. I am, along with others attorneys, attorney of record in the instant matter.

3. Attached hereto and incorporated herein are true and correct copies of information relating to Taha Al Alwani a/k/a Dr. Taha Jabir Al Alwani ("Defendant"), which states that the Defendant was born in Iraq and lived for many years in Iraq, that were found on the corresponding webpages:

    a. Center for the Sturdy of Islam & Democracy,
       www.islam-democracy.org/alalwani_bio.asp - See Exhibit A;
    b. World Economic Forum,
       www.weforum.org/site/knowledgenavigator.nsf/Content/Alalwani%20Tah
       a%Jabir – See Exhibit B;
    c. Taha Jabit Al Alwani -
       www.islamicweb.com/beliefs/fiqh/alalwani_usulalfiqh/taha.htm ,
       See Exhibit C;

  d. Discover the Network,

   www.discoverthenetwork.org/printindividualProfile.asp?indid=1230

   See Exhibit D;

4. Attached hereto and incorporated herein are true and correct copies of information relating to the mayor of fallujah, Taha Bdewi Hamid Al-Alwani a/k/a Taha Bedaiwi al-Alwani, who IS NOT the Defendant named in this case, which demonstrates that the named defendant, Taha Al Alwani a/k/a Dr. Taha Jabir Al Alwani ("Defendant") in this case, that were found on the corresponding webpages:

  a. News.telegraph

   www.telegraph.co.uk/news/main.jhtml?xml=/news/2003/08/09/wirq09.xml

   See Exhibit E;

  b. Common Dreams News Center

   www.comnmondreams.org/headlines03/0430-01.htm

   See Exhibit F.

          _____
          JERRY S. GOLDMAN, ESQUIRE
          2 Penn Center Plaza
          1500 JFK Blvd, Ste. 1411
          Philadelphia, PA 19102
          215.569.4500

# Bio of Taha Jabir al Alwani

**Dr. Taha Jabir al Alwani** (alalwani@islam-democracy.org) was born in Iraq in 1935. He received his primary and secondary education in his native land and then graduated with an Honors Degree from the College of Shariah and Law at Al Azhar University in Cairo in 1959. From the same university he was awarded his Master's Degree in 1968, and a Doctorate in Usul al Fiqh in 1973.

For ten years (from 1975 to 1985) Dr al 'Alwani was a Professor of Fiqh and Usul al Fiqh at Imam Muhammad b. Sa'ud University in Riyadh.

Dr. al 'Alwani participated in the founding of the International Institute of Islamic Thought (IIIT) in the USA in 1981, and is now the Institute's President and a member of its Board of Trustees.

He is a founder-member of the Council of the Muslim World League in Makkah, a member of the OIC Islamic Fiqh Academy in Jeddah since 1987, and President of the Fiqh Council of North America since 1988.

Among his works on Islamic Jurisprudence are:

- His edition of *Al Mahsul fi `Ilm Usul al Fiqh* ("The Sum and Substance of Usul al Fiqh"), by al Imam Fakhr al Din al Razi, in six volumes.
- *Al Ijtihad wa al Taqlid fi al Islam* ("Legal Reasoning and Imitation in Islam")
- *Huquq al Muttaham fi al Islam* ("Rights of The Accused in Islam.")
- *Adab al Ikhtilaf fi al Islam* ("The Ethics of Disagreement in Islam.")

© Center for the Study of Islam & Democracy, 2003. All rights reserved.
Last update: 2004-05-18 | webmaster@islam-democracy.org

2121 K Street, NW, Suite 700
Washington, DC 20037
Phone: (202) 942-2183
Fax: (202) 628-8189





**WORLD ECONOMIC FORUM**

Search

HOME | INITIATIVES | EVENTS | MEDIACENTRE | ABOUT US | KNOWLEDGE NAVIGATOR
THEMES | REGIONS | COMPETITIVENESS PROFILES | INDUSTRIES | CONTRIBUTORS

**Alalwani Taha Jabir**

President of the Graduate School of Islamic and Social Sciences, USA

**Graduate School of Islamic and Social Sciences**

**Personal Profile:**
1959, BA (Hons), 1968, MA and 1973, PhD, all in Islamic Law, Al-Azhar Univ., Cairo. Visiting Professor in numerous institutions. 1963-69, Lecturer of Islamic Studies, Military Academy, Baghdad, Iraq; 1965-66, Lecturer, Islamic College, Baghdad; 1975, Legal Adviser, Interior Ministry & Lecturer in the Inst. of Officers of Security, Riyadh, Saudi Arabia; 1976-79, Associate Professor of Usul al-Fiqh and Jurisprudence, Univ. of Imam Muhammad Ibn Saud, Riyadh; 1976-84, Professor of Usul al-Fiqh (Principle of Jurisprudence), Univ. of Imam Muhammad Ibn Saud, Riyadh; 1981-86, Founding Member & 1986-96, President, The International Inst. of Islamic Thought, Herndon; since 1996, Founding President, The Graduate School of Islamic and Social Sciences, Leesburg. Adviser in Islamic Studies, UNESCO; Adviser, ESESCO, Rabat. Member: Islamic World League, Saudi Arabia; Fiqh Council of Europe; Royal Academy for Islamic Civilization, Jordan; International Fiqh Assembly, Saudi Arabia; Islamic and National Conference, Lebanon; World Forum for Proximity of Islamic Schools of Thought. Member, Board of Advisers: Al-Hewar Center; Center for Studying Islam and Democracy; among others.

Printer friendly version

Send to a friend

**Related sessions:**
Strengthening Democracy: Two Sides of the Same Coin?
What is Sacred in Today's World?

Copyright © 2003 World Economic Forum        Last updated: 5 December 2004
Terms of Use        Privacy Statement        About this site



EXHIBIT B

http://www.weforum.org/site/knowledgenavigator.nsf/Content/Alalwani%20Taha%20Jabir    11/18/2005

# Taha Jabir Al 'Alwani

- Dr. Taha Jabir al Alwani was born in Iraq in 1354/1935. He received his primary and secondary education in his native land and then graduated with an Honors Degree from the College of Shariah and Law at Al Azhar University in Cairo in 1378/1959. From the same university he was awarded his Master's Degree in 1388/1968, and a Doctorate in *Usul al Fiqh* in 1392/1973.
- For ten years (from 1395/1975 to 1405/1985) Dr al 'Alwani was a Professor of Fiqh and *Usul al Fiqh* at Imam Muhammad b. Sa'ud University in Riyadh.
- Dr. al 'Alwani participated in the founding of the International Institute of Islamic Thought (IIIT) in the USA in 1401/1981, and is now the Institute's President and a member of its Board of Trustees.
- He is a founder-member of the Council of the Muslim World League in Makkah.
- A member of the OIC Islamic Fiqh Academy in Jeddah since 1407/1987.
- President of the Fiqh Council of North America 1408/1988.
- Among his works on Islamic Jurisprudence are:
    - His edition of **Al Mahsul fi `Ilm Usul al Fiqh** "The Sum and Substance of *Usul al Fiqh*", by al Imam Fakhr al Din al Razi, in six volumes.
    - **Al Ijtihad wa al Taqlid fi al Islam** "Legal Reasoning and Imitation in Islam"
    - **Huquq al Muttaham fi al Islam** "Rights of The Accused in Islam."
    - **Adab al Ikhtilaf fi al Islam** "The Ethics of Disagreement in Islam."


EXHIBIT C

www.DiscoverTheNetwork.org　　　　　　　　　Date: 11/18/2005
　　　　　　　　　　　　　　　　　　　　　　　　　11:50:32 AM

## TAHA JABIR AL ALWANI

- Founding member and president of the International Institute of Islamic Thought
- Affiliated with the Graduate School for Social and Islamic Sciences

Taha Jabir Al Alwani is a professor and mullah who was born in Iraq about 1935. A graduate of the College of Shari'ah (Islamic law) and Egyptian secular law at Al Azhar University in Cairo, he holds both a Masters Degree and a Doctorate in *Usul al Fiqh* (Islamic jurisprudence). He taught for ten years as a professor of *Fiqh* (Islamic legal rulings) and *Usul al Fiqh* at Imam Muhammad bin Sa'ud University in Riyadh, Saudi Arabia.

Alwani was also a founding member, president, and board member of the International Institute of Islamic Thought (IIIT) in Herndon, Virginia. The IIIT is a self-described "Islamic think tank" started by Sami Al-Arian, who was arrested by the U.S. government and is awaiting trial on charges that he was a key figure in the terrorist group Palestinian Islamic Jihad. Moreover, Alwani is affiliated with the Graduate School for Social and Islamic Sciences (GSISS), which trains Islamic clerics to minister to Muslim soldiers in the U.S. military. The GSISS, however, is suspected by the U.S. government of raising funds for terrorism.



Case 1:03cv-05071-GBD-SN    Document 177    Filed 12/01/05    Page 8 of 12

Login or register | Free e-mail services | Make us your homepage




Search: harry de quetteville    ○ Our site  ○ Web   enhanced by Google

Friday 18 November 2005

- telegraph.co.uk
- News home
- Breaking news
- Business news
- Crossword Society
- Factfiles
- Law reports
- Matt cartoon
- Obituaries
- Opinion
- Picture galleries
- Quiz
- Text alerts
- Weather
- Week at a glance
- Your view

SPECIAL REPORTS
- Climate change: BP
- Canon Puzzles
- i-can win
- Vodafone Software
- Microsoft Office
- Business Travel

- About us
- Contact us

## Sheikhs agree to peace deal with coalition troops

By Harry de Quetteville in Fallujah
(Filed: 09/08/2003)

After months of bitterness, the heads of the seven major tribes of Fallujah have met for the first time with the Iraqi town's mayor and its American forces commander.

Clan leaders and their hangers-on packed the mayor's office at the morning meeting, described by Lt-Col Chris Hickey, US army Fallujah commander, as "an extremely important day".

They came from the Albuaisa tribe, from the al-Jumela and from the al-Halabsa. They greeted the sheikhs of the al-Mahamuda tribe, the Albu al-Wan, the al-Zuba'a and Albuaisa-Qais.

At a rowdy session, they agreed to work with American troops to stamp out the looting as well as the rocket and grenade attacks, that have made Fallujah a byword for instability and danger.

Mayor Taha Bdewi Hamid Al-Alwani meets Sheikh Talib al-Hasnawi

The success of the operation is thought to have influenced America's new found willingness to consider a softer approach elsewhere in Iraq. Colin Powell, secretary of state, and Gen Ricardo Sanchez, coalition forces commander, both conceded this week that military heavy-handedness in Iraq was breeding local resentment against US forces.

American troops were given a reminder on Tuesday of the daily attacks they used to face when a rocket-propelled grenade crashed into Fallujah's police station and injured two Iraqi officers.

"It wasn't aimed at us though," said an Iraqi policeman in Fallujah yesterday. "Someone was trying to kill the Americans nearby."

Despite the attack, everyone in Fallujah agrees that the situation has improved since American soldiers arrived.

**Related Links**
- Critics are racist, says Rice
- Back from the Gulf
- Iraq factfile

**External Links**
- Electronic Iraq
- Streets explodes in Fallujah over US volley [4 Aug '03] - Turks.US
- Shooting schoolboys: preliminary thoughts on the Fallujah massacre [30 Apr '03] - Counterpunch

Ads by Google

**The American Interest**
A non-partisan review of American political culture & foreign policy.
www.the-american-interest.com

**Study Abroad**
Find Schools to Study Abroad Over 40 detailed country profiles
www.learnoverseas.com

**FOREIGN AFFAIRS**
Subscribe to the world's leading journal on international affairs.
www.foreignaffairs.org






http://www.telegraph.co.uk/news/main.jhtml?xml=/news/2003/08/09/wirq09.xml    11/18/2005

Case 1:03-cv-05071-GBD-SN   Document 137   Filed 12/01/05   Page 9 of 12

After the war, US troops were seen as invaders, not liberators. In several protests in May, US soldiers fired on demonstrators who had gathered around their base, killing 18. Since then, however, a military rethink has improved relations with the local community.

US forces withdrew from their fixed checkpoints in the town, effectively handing it over to the local police force.

Lt-Col Hickey also said that US raids into houses in Fallujah, once a major point of friction with locals, are less frequent and less heavyhanded than before.

"We launched a raid on a bad tip recently and so we apologised. I later wrote a formal letter of apology to the owner of the house we stormed," he said.

US troops have also picked up other local rules. "They now pay blood money," said Taha Bdewi Hamid AlAlwani, Fallujah's mayor, yesterday. "If they mistakenly kill someone, they pay the victim's family $2,000. For an injury, it is $500."

Mayor Al-Alwani has proved the key to bridging the cultural divide between local tribal leaders and the Americans.

Nominated by the sheikhs, his election was later confirmed by the coalition and, unlike many politicians in post-Saddam Iraq, he has managed to avoid accusations of being a US stooge.

"It is a very difficult equation to be trusted by both sides," he said. "But the tribes know me and they see that I can make the Americans respond to their requests."

On the streets, those demands are the same in Fallujah as everywhere else in Iraq: security, electricity and running water.

Through the intermediary of the mayor, however, the tribes can now hold the American troops accountable for improvements in infrastructure without resorting to heavy weaponry.

"The mayor convinced us to work with the Americans," said Talib al-Hasnawi, brother of the sheikh of the Albuaisa tribe, Khamis al-Hasnawi.

"Now this council will meet every Wednesday and each time the Americans will have to answer our demands from the week before." On the base 10 miles outside Fallujah to which American troops have withdrawn, Lt-Col Hickey is already preparing his answers for next week.

"I understand they want power," he said. "And it will take too long to plug the town into the network so I'm working to get two 20 megawatt generators here. They will soon power the whole town."

Back in Fallujah such improvements could help to dissolve further the fog or mutual misunderstanding and mistrust that once reigned. "The Americans are really beginning to work for us," said Mayor Al-Alnawi.

"Here they have learned an important lesson which could be useful for them all over Iraq. Everywhere, commanders should tell the soldiers: learn from Fallujah."

• American forces claimed that they killed two Iraqis yesterday who were selling weapons openly on the streets in Saddam Hussein's home town of Tikrit.

- 6 August 2003: Iraqis flock to Mahdi's Shia army
- 4 August 2003: Mutual suspicion as US troops 'go in hard'
- 26 July 2003: Sheikh takes the lead as 'mayor'
- 24 July 2003: Troops die in ambushes but guerrilla war may be ending

© Copyright of Telegraph Group Limited 2005. Terms & Conditions of reading.
Commercial information.   Privacy and Cookie Policy.

RSS feeds available



Headlines

Friday, November 18, 2005

Printer Friendly Version    E-Mail This Article

Published on Wednesday, April 30, 2003 by the Associated Press

# U.S. Soldiers Fire on Iraq Demonstrators Again
by Niko Price

BAGHDAD, Iraq - For the second time this week, U.S. soldiers fired on anti-American protesters Wednesday in the city of Fallujah; the mayor said two people were killed and 14 wounded.

The shooting in Fallujah, 30 miles west of Baghdad, occurred less than 48 hours after gunfire during a demonstration Monday night that hospital officials said killed 13 Iraqis.

About 1,000 people marched down the city's main street Wednesday to protest the earlier incident, stopping in front of a battalion headquarters of the U.S. Army's 82nd Airborne Division - a former office of Saddam's Baath Party.

American officers said U.S soldiers in the compound and in a passing convoy opened fire after some protesters started throwing rocks and some shots were fired at the troops.

"The evildoers are deliberately placing at risk the good civilians," said Lt. Col. Tobin Green of the 3rd Armored Cavalry Regiment. "These are deliberate actions by the enemy to use the population as cover."

Fallujah's mayor, Taha Bedaiwi al-Alwani, said two people were killed and 14 wounded, and he asked for an investigation and compensation for the victims. He added that U.S. soldiers have been asked to stay away from mosques, residential areas and other sensitive places; the Americans agreed to study the request.

"Many people believe these are occupying forces. And many of them are still cautious until they see their intentions," said al-Alwani, a former Iraqi exile and opponent of Saddam's regime.

Local officials in Fallujah - a conservative Sunni Muslim city and Baath Party stronghold - said they saw or heard no shooting from among the protesters.

The incident, coupled with the deaths Monday outside a school in Fallujah, are increasing tension as American forces try to keep the peace in Iraq and win the trust of its people.

U.S. officers met with Fallujah's mayor and local Muslims clerics in hopes of averting further violence. Several dozen demonstrators clustered angrily outside the town hall where the talks took place; "Get out, get out," some chanted.



EXHIBIT F

Emerging from the meeting, the imam of the Grand Fallujah Mosque, Jamal Shaqir Mahmood, said the Americans insisted the U.S. troops were needed to provide security, "but the people of Fallujah told them we already have security."

In the incident Monday night, U.S. Central Command said paratroopers of the 82nd Airborne were shot at by about 25 armed civilians mixed within an estimated 200 protesters outside a compound troops were occupying. Demonstrators said no gunfire came from their ranks.

© 2003 The Associated Press

###

Printer Friendly Version    E-Mail This Article

FAIR USE NOTICE
This site contains copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to advance understanding of environmental, political, human rights, economic, democracy, scientific, and social justice issues, etc. We believe this constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those who have expressed a prior interest in receiving the included information for research and educational purposes. For more information go to: http://www.law.cornell.edu/uscode/17/107.shtml. If you wish to use copyrighted material from this site for purposes of your own that go beyond 'fair use', you must obtain permission from the copyright owner.

**Common Dreams NewsCenter**
A non-profit news service providing breaking news & views for the progressive community.
Home | Newswire | Contacting Us | About Us | Donate | Sign-Up | Archives

© Copyrighted 1997-2005
www.commondreams.org