## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | ) ) ) ) | 03 MDL 1570 (RCC) ECF Case |

*This document relates to:*
    *Estate of O'Neill, et al. v. Republic of Iraq, et al.*, 04-CV-1076 (RCC)

### Declaration of Gina MacNeill, Esquire Relating to Taha Al Alwani

GINA M. MAC NEILL, on this 18th day of November, 2005, hereby declares pursuant to 28 United States Code Sec. 1746, and under penalties of perjury, that the foregoing is true and correct:

1. I am an attorney at law, licensed to practice law in the Commonwealth of Pennsylvania, the State of New Jersey, and admitted to practice in the United States District Court for the Southern District of New York.

2. I, along with Jerry S. Goldman, Esquire and others, am attorney of record in the instant matter.

3. On October 14, 2004, a letter was sent to Nancy Luque, Esquire, of Gray Carey, attorney of record for Taha Al Alwani a/k/a Dr. Taha Jabir Al Alwani ("Taha Al Alwani") in the multi-district litigation 03 MDL 1570 (RCC), requesting that defense counsel accept service on behalf of their client.

4. On October 25, 2004, a letter from Jay D. Hanson, Esquire, from Gray Cary, was received by our office in which Mr. Hanson declared that "[w]e are quite certain that the Taha Al Alwani you seek to serve in your case against Iraq is not our client, but rather an Iraqi living and associated with Iraqi governmental affairs,

quite possibly the Mayor of Fallujah, who has his name." See Exhibit A.

5. On February 2, 2005, I sent out a service package to Mr. Taha Al Alwani, at 1105

    Safa Street, Herndon, VA 20170, via Federal Express, tracking #8507 5919 9999,

    requesting a waiver of service of summons and which included:

    a.  One (1) Notice of Lawsuit and Request for Waiver of Service of Summons

        ("Notice");

    b.  Two (2) copies of a Waiver of Service of Summons ("Waiver");

    c.  Two (2) copies of the Original Complaint;

    d.  Two (2) Copies of the First Amended Complaint;

    e.  Two (2) Copies of the Second Amended Complaint; and

    f.  A Federal Express Return Envelope.  See Exhibit B.

6. The package was received on February 7, 2005, according to Federal Express

    records.  See Exhibit C.

7. We did not receive a response from Mr. Taha Al Alwani, or his counsel who was

    named as attorney of record in the multi-district litigation, 03 MDL 1570(RCC).

8. On July 29, 2005, at 9:25 a.m., personal service was effectuated upon Taha Al

    Alwani, by Mr. Scott Chapman.  A copy of the affidavit of service is hereto

    attached as Exhibit D.

GINA M. MAC NEILL, ESQUIRE
2 Penn Center Plaza
1500 JFK Blvd, Ste. 1411
Philadelphia, PA 19102
215.569.4500

# GRAYCARY

4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
www.graycary.com
O] 858-638-6769
F] 858-677-1401

October 25, 2004
*VIA U.S. MAIL AND FACSIMILE (212-346-4665)*

OUR FILE NO. 2103638-6

Jerry S. Goldman, Esq.
Jerry S. Goldman & Associates, P.C.
111 Broadway, 13th Floor
New York, NY 10006

Re: **In re: Terrorist Attacks on September 11, 2001**
**MDL No. 1570**
**O'Neill, et al. v. Republic of Iraq, et al.**
**04-CV-1076 (RCC)**

Dear Mr. Goldman:

This is to follow up my telephone call and email to you today, in response to your letter to my partner Nancy Luque of October 14. We are quite certain that the Taha Al Alwani you seek to serve in your case against Iraq is not our client, but rather an Iraqi living in Iraq and associated with Iraqi governmental affairs, quite possibly the Mayor of Fallujah, who has this name. Please contact me to straighten out this mis-identification issue. My direct telephone is (858) 638-6769.

Very truly yours,

Gray Cary Ware & Freidenrich LLP

Jay D. Hanson
jhanson@graycary.com

Admitted to practice in California

JDH:gw

cc: Nancy Luque
Cris Beal

Gray Cary\SD\1615462.1
2103638-6

AUSTIN   LA JOLLA   SACRAMENTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SILICON VALLEY   WASHINGTON

**EXHIBIT**

**A**

## LAW OFFICES OF

# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

ONE PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA  19102
TEL: 215.569.4500 • FAX: 215.569.8899

———

111 BROADWAY • 13ᵀᴴ FLOOR
NEW YORK, NY  10006
TEL: 212.242.2232 • FAX: 212.346.4665

———

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL  33312
TEL: 954.981.6533 • FAX: 954.989.8068

———

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to:  PA & NJ

Reply To:  PHILADELPHIA

February 1, 2005

**Via Federal Express**

Taha al'Alwani a/k/a Dr. Taha Jaber al'Alwani
1105 Safa Streeet
Herndon, VA 20170-2326

> **Re:**   *In re Terrorist Attacks of September 11, 2001*
> **03 MDL 1570 (RCC)**
> *Estate of John P. O'Neill, et al. v. Republic of Iraq, et al.*
> **04-CV-1076 (RCC)**

Dear Mr. al'Alwani:

Enclosed please find the following documents relating to the above-referenced case:

1. One (1) Notice of Lawsuit and Request for Waiver of Service of Summons ("Notice");

2. Two (2) copies of a Waiver of Service of Summons ("Waiver");

3. Two (2) copies of the Original Complaint;

4. Two (2) Copies of the First Amended Complaint;

5. Two (2) Copies of the Second Amended Complaint; and

6. A Federal Express Return Envelope.

Please be sure to review all enclosed materials carefully, as they relate to a legal matter, as explained in the enclosed Notice and Waiver.

X:\Clients\ONeill v. Saudi arabia\Correspondencel-Taha al'Alwani - Iraq - Waiver of service of summons

EXHIBIT
B

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

February 1, 2005
Page 2

    If you have any questions or comments, please feel free to contact me.


                Very truly yours,

                LAW OFFICES OF JERRY S. GOLDMAN &
                    ASSOCIATES, P.C.


By: _____
      GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc:  Jerry S. Goldman, Esquire

**FedEx** Express

US Airbill

FedEx Tracking Number **8507 5919 9999**

**1 From** (Please print and press hard.)

Date 2/2/05

Sender's FedEx Account Number

Sender's Name Jerry S. Goldman

Company GOLDMAN, JERRY S. LAW OFFICES

Address 1500 JFK BLVD STE 1411

Phone ( 215 ) 569-4500

City PHILADELPHIA   State PA   ZIP 19102-1749

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name Taha al'Alwani a/k/a
Dr. Taha Jaber Al'Alwani   O'Neill

Phone ( )

Company

Recipient's Address 1105 Safa Street

Address

City Herndon   State VA   ZIP 20170-2326

029856368B

**4a Express Package Service**   *Packages up to 150 lbs.*

- ☐ FedEx Priority Overnight
- ☒ FedEx Standard Overnight
- ☐ FedEx First Overnight

**4b Express Freight Service**   *Packages over 150 lbs.*

**5 Packaging**
- ☐ FedEx Envelope
- ☒ FedEx Pak
- ☐ FedEx Box
- ☐ FedEx Tube
- ☐ Other

**6 Special Handling**
- ☐ SATURDAY Delivery
- ☐ HOLD Weekday
- ☐ HOLD Saturday

Does this shipment contain dangerous goods?
- ☒ No
- ☐ Yes
- ☐ Dry Ice
- ☐ Cargo Aircraft Only

**7 Payment** Bill to:
- ☒ Sender
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

**8 Sign to Authorize Delivery Without a Signature**

Total Packages   Total Weight   Total Declared Value

0215

SPH32

**Sender's Copy**

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE.

466

**FedEx**®

United States Home

Information Center | Customer Support |

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version    ? Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Solutio...

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 850759199999 | **Reference** | O'NEILL | |
| **Signed for by** | Signature release on file | **Delivered to** | Residence | |
| **Ship date** | Feb 2, 2005 | **Service type** | Standard Pak | |
| **Delivery date** | Feb 7, 2005 9:18 AM | **Weight** | 5.0 lbs. | |
| **Status** | Delivered | | | |

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Feb 7, 2005** | 9:18 AM | **Delivered** | | Left at front door. No signature required - release waiver on file |
| | 7:37 AM | On FedEx vehicle for delivery | HERNDON, VA | |
| **Feb 4, 2005** | 5:05 PM | At local FedEx facility | HERNDON, VA | |
| | 12:07 PM | Delivery exception | HERNDON, VA | Customer not available or business closed |
| | 7:11 AM | On FedEx vehicle for delivery | HERNDON, VA | |
| **Feb 3, 2005** | 3:38 PM | At local FedEx facility | HERNDON, VA | |
| | 10:39 AM | Delivery exception | HERNDON, VA | Customer not available or business closed |
| | 7:02 AM | On FedEx vehicle for delivery | HERNDON, VA | |
| | 6:50 AM | At local FedEx facility | HERNDON, VA | |
| | 5:17 AM | At dest sort facility | DULLES, VA | |
| | 12:32 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Feb 2, 2005** | 11:50 PM | Package data transmitted to FedEx | | |
| | 9:15 PM | Left origin | PHILADELPHIA, PA | |
| | 6:33 PM | Picked up | PHILADELPHIA, PA | |

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

 

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

From

To

Add a message to this email.

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



EXHIBIT
C

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Estate of John P. O'Neill et al
Plaintiff(s)

Case Number: 04cv1076(RCC)

vs

The Republic of Iraq et al
 Defendant(s)

### AFFIDAVIT OF SERVICE

I, Scott Chapman, hereby certify that on July 29, 2005 at 9:26 AM, I executed service of process upon **TAHA AL ALWANI AKA DR. TAHA JABIT AL'ALWANI** at 1105 Safa Street, Herndon, VA 20170 by delivering to and leaving with personally, copies of Summons and Complaint.

Taha Al Alwani aka Dr. Taha Jabit Al'Alwani is described as a Middle Eastern Male, approximately 5' 7" tall, 200-225 pounds, Brown eyes, Grey, balding hair, and 54 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 24 years of age, Date of Birth 3/11/1981; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 4, 2005.

Date August 4, 2005.

Scott Chapman

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on August 4, 2005.

My Commission Expires:          Shandora Dobson
                                Notary Public, District of Columbia
                                My Commission Expires 12-14-2008

Ref.# 63285


EXHIBIT
D