```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

03 MDL 1570 (RCC)
ECF Case

Case Management
Order #5

-----------------------------------------------------------------X

*This document relates to:*     All actions

**Richard Conway Casey, United States District Judge:**

**Defendants' Executive Committee**

1.     The Defendants shall designate a single Executive Committee which shall have the following authority, and no other authority:

    a)     To confer and agree with Plaintiffs' Executive Committee on scheduling matters relating to court hearings, depositions, and deadlines affecting Defendants generally, and on proposed agenda items for court hearings.

    b)     To coordinate communications with counsel for any Plaintiff seeking the consent of Defendants generally to a nondispositive motion.

    c)     To coordinate the examination of witnesses by defense counsel at a deposition or hearing.

    d)     To coordinate communications with Plaintiffs' Executive Committee and with the Court concerning any requested changes in this Case Management and Pretrial Scheduling Order.

2.     Any defendant may, by motion filed and served upon all parties, object to any action of the Defendants' Executive Committee and request the Court to modify that action.

3.     The Defendants' Executive Committee shall consist of members chosen by the Defendants. Those members may in turn select from among their number a chair or co-chairs and will so inform the Court.

So ordered.

_____
Richard Conway Casey, U.S.D.J.

Dated:
9 day of Dec., 2005
New York, New York