USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-18-06

**UNITED STATES DISTRI**[CT COURT]
**SOUTHERN DISTRICT O**[F NEW YORK]

------------------------------------X

IN RE: TERRORIST ATTA[CKS ON] SE[PTE]MBER 11, 2001

03 MDL 1570 (RCC)
ECF Case

**Order**

------------------------------------X

*This document relates to:* [ALL ACTION]S

**Richard Conway Casey,** U[nited] [States] [D]istrict Judge:

The January 10, 200[6 order issu]ed by the Clerk in these cases applies only to cases in which the Court has gran[ted] [any of the de]fendants' motions to dismiss.

So ordered.

*(signature)*
Richard Conway Casey, U.S.D.J.

Dated:
January 17, 2006
New York, New York