## CERTIFICATE OF SERVICE

I, ALLY HACK, Esq. do hereby certify that I served the within Reply Memorandum of Law in Support of the Council on American-Islamic Relations' Motion to Dismiss on this date, on all parties in the case via filing with the Court's Electronic Case Filing (ECF) system.

Dated: January 23, 2006

*[signature]*

ALLY HACK, ESQ.