USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:*

    *Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (RCC) (S.D.N.Y.)

    *Estate of O'Neill, et al. v. Al Baraka, et al.*, Case No. 04 CV 1923 (RCC) (S.D.N.Y.)

### STIPULATION AS TO THE EXTENSION OF TIME TO RESPOND TO COMPLAINTS FOR DEFENDANTS SCHREIBER & ZINDEL, FRANK ZINDEL, ENGELBERT SCHREIBER, AND ENGELBERT SCHREIBER, JR.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above referenced cases consolidated under 03 MDL 1570 and Defendants Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, and Engelbert Schreiber, Jr. ("Defendants"), by and through their undersigned counsel, that the time for Defendants to answer, move, or otherwise plead to the Second Amended Complaints in each of the cases referenced above, shall be extended to and including May 20, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiff's will file a RICO statement relating to the Defendants within thirty (30) days from the date the Defendants answer, move or otherwise plead in response to the Second Amended Complaints in each of the cases referenced above.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' responses to any motions Defendants may file in response to the Second Amended Complaints shall be filed within sixty (60) days of receipt of the same from Defendants'

counsel, and that Defendants' counsel shall file reply memoranda, if any, within twenty-one (21) days of receipt of Plaintiffs' opposing papers.

Respectfully Submitted,

SCHIFF HARDIN LLP

Dated: 4/07/05

By: *Donald A. Klein*
John N. Scholnick
Donald A. Klein (DK7821)
623 Fifth Avenue
New York, NY 10022
&
6600 Sears Tower
Chicago, IL 60606
Attorneys for Defendants

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

Dated: 4/26/05

By: *Jerry S. Goldman*
Jerry S. Goldman (JG8445)
111 Broadway, 13th Floor
New York, NY 10006
Attorney for Plaintiffs

SO ORDERED:

*Richard Conway Casey*

RICHARD CONWAY CASEY, U.S.D.J.

Dated: MAY 5, 2005

CH2\1213813.2