```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-1-05
```

(ASE- 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:*

    *Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (RCC) (S.D.N.Y.)

## STIPULATION AS TO THE EXTENSION OF TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT FOR DEFENDANTS SCHREIBER & ZINDEL, FRANK ZINDEL, ENGELBERT SCHREIBER, AND ENGELBERT SCHREIBER, JR.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above referenced case consolidated under 03 MDL 1570 and Defendants Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, and Engelbert Schreiber, Jr. ("Defendants"), by and through their undersigned counsel, that the time for Defendants to answer, move, or otherwise plead to the Third Amended Complaint in *Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (RCC) (S.D.N.Y.), shall be extended to and including July 8, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to any motion Defendants may file in response to the Third Amended Complaint shall be filed on August 5, 2005, and that Defendants' counsel shall file reply memoranda, if any, within twenty-one (21) days of receipt of Plaintiffs' opposing papers.

Respectfully Submitted,

SCHIFF HARDIN LLP

By: *Donald Klein*

Donald A. Klein (DK7821)
623 Fifth Avenue
New York, NY 10022
&
6600 Sears Tower
Chicago, IL 60606
Attorneys for Defendants

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

By: _____

Jerry S. Goldman (JG8445)
111 Broadway, 13th Floor
New York, NY 10006
Attorneys for Plaintiffs

SO ORDERED:

*Richard Conway Casey*

RICHARD CONWAY CASEY, U.S.D.J.

Dated: July 1, 2005