AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

Salvo, et al

v.

Al Qaeda Islamic Army, et al

**APPEARANCE**

Case Number: 03-cv-05071-RCC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Aradi, Inc.

I certify that I am admitted to practice in this court.

February 1, 2006
Date

_/s/ M.R.Castll_
Signature

Raymond R. Castello   2106
Print Name   Bar Number

Fish & Richardson, P.C., 153 East 53rd Street
Address

New York   NY   10022
City   State   Zip Code

(212) 765-5070   (212) 258-2291
Phone Number   Fax Number