**United States District Court**
**Southern District of New York**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (RCC)**<br>**ECF Case** |

This documents relates to:
    *Ashton v. Al Qaeda Islamic Army* (02-CV-6977);
    *Barrera v. Al Qaeda Islamic Army* (03-CV-7036);
    *Burnett v. Al Baraka Inv. & Dev. Corp.* (03-CV-5738);
    *Burnett v. Al Baraka Inv. & Dev. Corp.* (03-cv-9849);
    *Continental Cas. Co. v. Al Qaeda* (04-CV-5970);
    *EuroBrokers Inv. v. Al Baraka Inv. & Dev. Corp.* (04-CV-7279);
    *Federal Ins. v. Al Qaida* (03-CV-6978);
    *New York Marine & Gen. Ins. Co. v. Al Qaida* (04-CV-6105);
    *Salvo v. Al Qaeda Islamic Army* (03-CV-5071);
    *Tremsky v. Osama bin Laden* (02-CV-7300);
    *World Trade Ctr. Props. LLC v. Al Baraka Inv. & Dev. Corp.* (04-CV-7280).

## NOTICE OF MOTION TO DISMISS ARADI, INC.

PLEASE TAKE NOTICE that, pursuant Federal Rule of Civil Procedure 12 and upon the accompanying Memorandum of Law in Support of Motion to Dismiss Aradi and upon the prior pleadings and proceedings in this action, Defendant Aradi, Inc. ("Aradi"), by and through undersigned counsel, hereby moves this Court for an order dismissing the claims against him in each of the complaints consolidated in the above-captioned multi-district litigation for failure to state a claim upon which relief may be granted (FED. R. CIV. P. 12(b)(6)).

Dated: October 19, 2005

Respectfully submitted,

FISH & RICHARDSON P.C.

By: *[signature]*

Raymond R. Castello (RC 2106)
153 East 53rd Street, 52nd Floor
New York, NY 10022
(212) 765-5070 (Telephone)
(212) 258-2291

**Attorneys for Defendant**

**ARADI, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to this Court's Case Management Order No. 2, on October 19, 2005, I caused a true and correct copy of the foregoing NOTICE OF MOTION TO DISMISS ARADI, INC. to be served on all counsel electronically by the Court's Electronic Case Filing (ECF) system.

Dated: October 19, 2005

By: _____/s/ Raymond R. Castello_____
Raymond R. Castello (RC 2106)

90147291.doc