United States District Court
Southern District of New York

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

This documents relates to:
 Ashton v. Al Qaeda Islamic Army (02-CV-6977);
 Barrera v. Al Qaeda Islamic Army (03-CV-7036);
 Burnett v. Al Baraka Inv. & Dev. Corp. (03-CV-5738);
 Burnett v. Al Baraka Inv. & Dev. Corp. (03-cv-9849);
 Continental Cas. Co. v. Al Qaeda (04-CV-5970);
 EuroBrokers Inv. v. Al Baraka Inv. & Dev. Corp. (04-CV-7279);
 Federal Ins. v. Al Qaida (03-CV-6978);
 New York Marine & Gen. Ins. Co. v. Al Qaida (04-CV-6105);
 Salvo v. Al Qaeda Islamic Army (03-CV-5071);
 Tremsky v. Osama bin Laden (02-CV-7300);
 World Trade Ctr. Props. LLC v. Al Baraka Inv. & Dev. Corp. (04-CV-7280).

### CERTIFICATE OF SERVICE

I hereby certify that, on February 1, 2006, I caused a true and correct copy of the NOTICE OF MOTION TO DISMISS ARADI, INC. and the MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS ARADI, INC, to be served on all counsel via the Court's Electronic Case Filing ("ECF") system. (Both of these documents were originally filed electronically on October 20, 2005 in 03 MDL 1570 (RCC) and served upon all parties to the related actions listed above via the Court's ECF system).

I further certify that on February 2, 2006, I caused a true and correct copy of the REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS ARADI, INC. to be served on all counsel via the Court's Electronic Case Filing ("ECF") system. (This document was originally filed electronically in 03 MDL 1570 (RCC) and served upon all parties to the related actions listed above via the Court's ECF system on January 19, 2006).

Dated: February 3, 2006                                By: _____
                                                       Raymond R. Castello (RC 2106)