**United States District Court**
**Southern District of New York**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (RCC)**<br>**ECF Case** |

This documents relates to:
    *Ashton v. Al Qaeda Islamic Army* (02-CV-6977);
    *Barrera v. Al Qaeda Islamic Army* (03-CV-7036);
    *Burnett v. Al Baraka Inv. & Dev. Corp.* (03-CV-5738);
    *Burnett v. Al Baraka Inv. & Dev. Corp.* (03-cv-9849);
    *Continental Cas. Co. v. Al Qaeda* (04-CV-5970);
    *EuroBrokers Inv. v. Al Baraka Inv. & Dev. Corp.* (04-CV-7279);
    *Federal Ins. v. Al Qaida* (03-CV-6978);
    *New York Marine & Gen. Ins. Co. v. Al Qaida* (04-CV-6105);
    *Salvo v. Al Qaeda Islamic Army* (03-CV-5071);
    *Tremsky v. Osama bin Laden* (02-CV-7300);
    *World Trade Ctr. Props. LLC v. Al Baraka Inv. & Dev. Corp.* (04-CV-7280).

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 1, 2006, I caused a true and correct copy of the NOTICE OF APPEARANCE OF RAYMOND R. CASTELLO on behalf of Aradi, Inc., to be served on all counsel via the Court's Electronic Case Filing ("ECF") system.  (This document was originally filed electronically on October 19, 2005 in 03 MDL 1570 (RCC) and served upon all parties to the related actions listed above via the Court's ECF system).

Dated: February 3, 2006                                        By:    /S/ Raymond R. Castello
                                                                                          Raymond R. Castello (RC 2106)