**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
_____x

*In re Terrorist Attacks on September 11, 2001*          ***03 MDL 1570 (RCC)***
_____x

This filing applies to:
> *Ashton, et al. v. Al Qaeda Islamic Army, et al., Case No. 02-CV-6977*
> *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development*
> *Corporation, et al., Case No. 04-CV-01923 (RCC)*
> *Thomas E. Burnett, Sr., in his own right as the Father of Thomas E. Burnett, Jr.,*
> *et al., v. Al Baraka Investment and Development Corporation, et al. Case*
> *No. 03-CV-5738*

**DECLARATION OF OMAR T. MOHAMMEDI**
**IN SUPPORT OF DEFENDANT WORLD ASSEMBLY OF MULIM YOUTH IN**
**SAUDI ARABIA'S AND WORLD ASSEMBLY OF MUSLIM YOUTH**
**INTERNATIONAL'S REPLY TO PERSONAL INJURY PLAINTIFFS'**
**OPPOSITION TO MOTION TO DISMISS**

I am an attorney licensed to practice in the Southern District of New York. I am with the Law Firm of Omar T. Mohammedi, LLC, counsel to the World Assembly of Muslim Youth in Saudi Arabia ("WAMY SA") and the World Assembly of Muslim Youth International ("WAMY U.S.A"). I submit this declaration to transmit to the Court the following documents submitted in support of WAMY SA's and WAMY U.S.A.'s Reply to Personal Injury Plaintiffs' Opposition to their Motion to Dismiss the consolidated Personal Injury Complaints.

1. Exhibit A is a copy of the Notice of Service of Publication listing all Defendants served by publication in 2003.

2. Exhibit B is a copy of the Verification of Publication listing all Defendants served by publication in 2004-2005.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                                        _____/s/_____
                                        OMAR T. MOHAMMEDI

Dated: March 14, 2006

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

THOMAS BURNETT, SR., in his own  :
right as the Father of THOMAS E.  :
BURNETT, JR., Deceased, et al.,  :
                                 :
        Plaintiffs,              :
                                 :
    v.                           :        CIVIL ACTION
AL BARAKA INVESTMENT AND         :        CASE NUMBER    1-02-01616-JR
DEVELOPMENT CORPORATION, a/k/a   :
AL BARAKA BANK a/k/a DALLAH      :
ALBARAKA GROUP, LLC, et al.,     :
                                 :
        Defendants.              :

## NOTICE OF SERVICE BY PUBLICATION

Come now the Plaintiffs, by counsel, and hereby provide this Court with notice of service

of process by publication on certain Defendants. Plaintiffs inform the Court as follows:

    1.    On March 25, 2003, this Court approved service of Defendants located in the

Middle East through service by publication. (See Docket No. 95). The Plaintiffs have now

completed this service of process by publication, and file this pleading to serve as notice of same.

    2.    Pursuant to this Order, the following Defendants have been served by publication

in the *International Herald Tribune* and *Al-Quds Al-Arabi* newspapers: ABDUL RAHMAN AL

SWAILEM (D95), ABDULLAH BIN ABDUL MUHSEN AL TURKI (D158), ABDULAH BIN

SALEH AL OBAID (D23), ABDULLAH SULAIMAIN AL-RAJHI (D89), ABDULRAHMAN

BIN KHALID BIN MAHFOUZ (D82), ADEL ABDUL BATTERJEE (D93), AHMED ALI

JUMALE (D170), AL BARAKAAT EXCHANGE (D5), AL HARAMAIN FOUNDATION

a/k/a AL HARAMAIN ISLAMIC FOUNDATION (D54), AQUEEL AL AQUEEL (D94),

BAKR M. BIN LADEN (D180), DELTA OIL COMPANY (D101), HASSAN BAHFZALLAH

(D24), KHALID SULAMAIN AL-RAJHI (D90), KHALID SALIM BIN MAFOUZ a/k/a

SHEIK KHALID BIN MAFOUZ (D81), MOHAMMED JAMAL AL KHALIFA (D92),

MUSLIM WORLD LEAGUE a/k/a RABITA AL-ALAM AL-ISLAMI a/k/a ISLAMIC

WORLD LEAGUE (D21), NATIONAL COMMERCIAL BANK (D2), SHAHIR

ABDULRAOOF BATTERJEE (D67), TADAMON ISLAMIC BANK (D8), TARIK BIN

LADEN (D79), WA'EL HAMZA JALAIDAN (D96), OMAR BIN LADEN (D181), OSAMA

BIN LADEN (D78), SALEH ABDUL AZIZ AL RAJHI (D88), SAUDI BIN LADIN GROUP

a/k/a BIN LADEN CORP. (D80), SULAMAIN BIN ABDUL AZIZ AL RAJHI (D87), YASSIN

ABDULLAH AL KADI (D91), YOUSEF JAMEEL (D201), IBRAHIM MUHAMMAD

AFANDI (D202), MOHAMMED BIN ABDULLAH AL-JOMAIH (D203), ABDULRAHMAN

HASSAN SHARBATLY (D204), SALAHUDDIN ABDULJAWAD (D205), AHMAD AL

HARBI (D207), MOHAMMED AL-ISSAI (D208), HAMAD HUSSAINI (D209), ABU RIDA

AL SURI a/k/a MOHAMED LOAY BAYAZID (D210), SAUDI RED CRESCENT (D211),

AHMED BRAHIM (D212), MOHAMMED ALI HASAN MOAYAD (D199), ABU MUSAB

AL-ZARQAWI (D213), AYMAN AL-ZAWAHIRI (D214), ABU IBRAHIM AL-MASRI

(D215), SULMAN AL-OUDA (D220), SAFAR AL-HAWALI (D221), SALEH AL-

HUSSAYEN (D222), MUHAMMAD J. FAKIHI (D224), and FAISAL ISLAMIC BANK (D3).

    3.    The Legal Notice regarding the instant lawsuit appeared in the *International*

*Herald Tribune* on May 23, 30 and June 6, 13, 20 and 27, 2003.  An affidavit from the

*International Herald Tribune* and copies of the Legal Notices are attached hereto as Exhibit A.

    4.    The Legal Notice regarding the instant case appeared in *Al-Quds Al-Arabi* on June

3, 11, 18 and 24 and July 12 and 14, 2003.  A letter from *Al-Quds Al-Arabi* and copies of the

Legal Notices are attached hereto as Exhibit B.

2

WHEREFORE, the Plaintiffs herein notify the Court and the parties of this completion of service by publication.

Dated: August 8, 2003

Respectfully Submitted:

/S/ Harry Huge
Harry Huge, Esq. (DC Bar No. 55640)
HARRY HUGE LAW FIRM, LLP
401 Ninth Street, N.W., Suite 450
Washington, DC 20004
Telephone: (202) 824-6046
Facsimile: (202) 318-1261

3

# EXHIBIT B



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF ARLINGTON**

_____

Being duly sworn Holly O'Hora says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on <u>Thursday, December 23, 2004, Thursday, December 30, 2004, Thursday, January 6, 2005 and Thursday, January 13, 2005</u> the following advertisement-<u>LEGAL NOTICE: TO NAMED DEFENDANTS LISTED BELOW</u> was published in **USA TODAY.**

_____
Principal Clerk of USA TODAY
January 13, 2005

_____
Subscribed and sworn to before me
This _14th_ day of _January_ month
_2005_ year.

_____
Notary Public

My Commission Expires___3/31/2005___

## LEGAL NOTICE

**IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC), NOTICE OF FILING OF COMPLAINTS.** Judge Richard C. Casey issued an Order consolidating actions known as IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001. This notice is published in English, in the International Herald Tribune and in USA Today, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East.

To named Defendants listed below:

YOU ARE HEREBY NOTIFIED that one or more Complaints have been filed against you in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 and in the United States District Court for the Southern District of New York under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, and such other relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.

Notice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints are available on the website www.septemberterroristattack.com and 90 days after notice by publication. If Defendant fails to do so, judgment by default may be taken against Defendant for relief demanded in the Complaints within and 90 days after notice by publication, and is posting the relevant complaints on the website www.septemberterroristattack.com.



**Herald** INTERNATIONAL **Tribune.**
PUBLISHED BY THE NEW YORK TIMES

**229 WEST 43RD STREET, NEW YORK, NY 10036, USA**
**PHONE: (212) 556-7707   FAX: (212) 556-7706**

## DECLARATION OF PUBLICATION

**NOTICE :  of Filing of Complaints**

 The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter.  I am a principal
of the International Herald Tribune, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East.  Far East  and the Americas.  The notice, a true copy of which is attached,
was published on the following date(s):

December 22, 27, 2004
January 5, 10, 2005

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on February 24, 2005

Judith King, Legal Notice Manager


Sworn before me on this 24th day of February  2005 in the state of New York.

Notary Public

**DANA ROSALES**
**Notary Public, State of New York**
**No. 01RO6059690**
**Qualified in New York County**
**Commission Expires August 29, 200 7**

ADVERTISEMENT

Tribune

## LEGAL NOTICE
## To named Defendants listed below:

[A multi-column list of several thousand named defendants appears here.]

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC); NOTICE OF FILING OF COMPLAINTS.

Judge Richard C. Casey issued an Order for service by publication on September 15, 2004. It was Ordered that notice of the above-captioned action be published once a week for four consecutive weeks in English, in the International Herald Tribune and the USA Today, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the relevant complaints on the website www.sept11litigation.com.

Notice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 an Answer to the Complaints within sixty (60) days after notice by publication. If Defendants fail to do so, judgment may be taken against them by default. These Defendants are named in consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorney fees, costs, and other relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.

Service of all pleadings, motions and discovery that are filed in this case are available on the Internet at http://www.sept11terrorlitigation.com.



**AL-QUDS AL-ARABI**

## DECLARATION OF PUBLICATION

**NOTICE : of Filing of Complaints**

The undersigned says:

I am the Business Manager and Company Secretary of Al-Quds Al-Arabi Publishing & Advertising ( Overseas ) Ltd and is duly authorized to make this affidavit.

The Notice , a true copy of which is attached , was published on the following dates : Thursday December 23rd, 2004, Thursday December 30th 2004, Thursday January 6th 2005 and Thursday January 13th 2005.

PAT SUNDRAM ( MRS )
BUSINESS MANAGER
MARCH 11TH 2005

SWORN BEFORE ME ON THIS ... DAY OF ... 2005

I THE UNDERSIGNED MANUEL FLOREZ VALCARCEL, Notary Public, practising at 130 King Street, London W6 0QU, England, hereby CERTIFY that the signature written at the end of the preceding document in my presence is the true and authentic signature, of Mrs. PATRICIA SUNDRAM, also known as PAT SUNDRAM as declared by her, of full age, who signed it in my presence having identified her by her British passport No. 094358024 valid until 23.04.2014 produced by her to me for her personal identification. -------------------------------------------------
IN WITNESS WHEREOF I sign this Certificate in London, England, today the fourteenth day of March two thousand and five.

MANUEL FLOREZ VALCARCEL
Notary Public

L-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED
TEL: 0208-741 8008 • FAX: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk
EG  ED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233• VAT REG NO: 538 9427 04



السنة السابعة عشر ـ العدد 4863 الخميس 13 كانون الثاني (يناير) 2005 ـ 2 ذو الحجة 1425 هـ



# إعلان قانوني

# إلى المدعى عليهم المذكورين والمدرجة أسمائهم أدناه:

*(يتبع ذلك جداول مطوّلة من الأسماء باللغة العربية موزّعة على عدة أعمدة — غير مقروءة بوضوح للنقل الدقيق)*

في المحكمة الأمريكية للمنطقة الجنوبية لولاية نيويورك، إجراء قانونية ضمن مجموعة موحدة كونها مطالبة بموضوع المهجمات الإرهابية الواقعة في 11 سبتمبر (أيلول) 2001، قضية رقم 03 MDL 1570 (RCC) إعلان تقديم الشكاوى، أصدر القاضي ريتشارد سي. كيري أمر تبليغ بالنشر في الصحف موعد الإجراء القانوني المعنون المعلاه في الصحف، موعد الأسبوع عدة من الأسماء بتاريخ الإجراء القانوني بالتاريخ المحدد بالإتفاقية. في هريدتي لإنترناشيونال هيرالد تريبيون ويو إس إي تودي، وبالإضافة التي يو إس إي تودي، وبالإضافة اللغة العربية في جريدة عربية واسعة في الشرق الأوسط وسع في العالم كله تكون في إقامة الدعوى على الموقع www.september11terrorlitigation.com.

وفقد تم إبلاغ الإعلان بمن وجب عليه الوثيقة التي تدعى عليهم أدناه وبأن أسمائهم أعلاه. ويأمر القاضي عليهم وبأنهم مدعى عليهم (The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007) والجواب على الشكوى خلال مدة ستين (60) يوماً من نشر الإعلان، في حال تخلف المدعى عليهم عن الجواب خلال المدة المطلوبة، في حال تشتكي الجهة المدعية المحكمة تحت القضية رقم 03 MDL 1570 تتضمن الشكوى الحصول على أضرار تعويضية، وتابعية وقيمة ثلاثة أضعاف مصدر الأضرار الأخرى من اللغز، الطلب، المحامي، التكاليف، وإضافات أخرى من أجل المذكرة الجائرة، في حال المدعي عليهم أسباب خسائر في الأرواح، خسائر في الأموال وإصابات أخرى سببها هجوم 11 سبتمبر (أيلول) 2001 الإرهابي ضد الولايات المتحدة.