USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-30-04

# MOTLEY RICE LLC

**ATTORNEYS AT LAW**

RONALD L. MOTLEY (SC)
JOSEPH F. RICE (SC)
ANN K. RITTER (SC, TN)
JOHN J. McCONNELL, JR. (RI, MA, SC, DC)
WILLIAM H. NARWOLD (CT)
ALLARD A. ALLSTON III (SC)
JOHN E. HERRICK (SC, MD)
EDWARD B. COTTINGHAM JR. (SC)
M. ERIC BOITER (SC)
ROBERT J. McCONNELL (RI, MA)
FREDERICK C. BAKER (SC, NY)
FRED THOMPSON, III (SC)
JODI WESTBROOK FLOWERS (SC)
PAUL J. DOOLITTLE (SC)
DONALD A. MIGLIORI (RI, MA, MN)
ANNE McGINNESS KEARSE (SC)
JEFFREY S. THOMPSON (TX)
MARY F. SCHIAVO (MO, DC, MD)
SAMUEL B. COTHRAN, JR. (SC, NC) (GENERAL COUNSEL)
MILES LOADHOLT (SC)
J. TERRY POOLE (SC)
LAURIE J. LOVELAND (1958-2002)
DONNI E. YOUNG (LA)
ROBERT T. HAEFELE (NJ, PA)
SHERYL A. MOORE (SC, VA)
V. BRIAN BEVON (SC)
JAMES M. HUGHES (SC)
RHETT D. KLOK (SC, DC, LA, TX, NM)
FREDERICK J. JEKEL (SC)
THEODORE H. HUGE (SC, VA, DC)
JOHN E. GUERRY, III (SC)
FIDELMA L. FITZPATRICK (RI, MA, NY, DC)
CHRISTY THOUVENOT (SC, IL, CO)
SUZANNE LAFLEUR KLOK (SC, DC, LA, TX, NM)
CINDI ANNE SOLOMON (SC)
WM. MICHAEL GRUENLOH (SC)
DAVID P. BEVON (SC)
MICHAEL E. ELSNER (VA, NY)
VINCENT L. GREENE, IV (RI)
MARLON E. KIMPSON (SC)
STACIE F. TAYLOR (AL, MS)
INGRID L. MOLL (CT)
SCOTT M. GALANTE (LA)
KIMBERLY D. BARONE (SC, CA)
ELIZABETH SMITH (SC)
JAMES W. LEDLIE (SC)
MICHAEL G. ROUSSEAU (CA, MA)
LYNN SEITHEL JEKEL (SC)
BADGE HUMPHRIES (TX)
AILEEN L. SPRAGUE (RI)
JOHN A. BADEN, IV (SC)
E. CLAIRE XIDIS (SC, NY, DC)
WILLIAM E. APPLEGATE, IV (SC)
JUSTIN B. KAPLAN (TN)
ADAM L. MARCHUK (IL)

September 28, 2004

**VIA HAND DELIVERY**

Honorable Richard Conway Casey
United States District Court
for the District of New York
United States Courthouse
500 Pearl Street
Room 1950
New York, NY 10007



RECEIVED
SEP 29 2004
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J

      Re:    <u>MDL 1570 (RCC)</u>
              Service by Publication

Dear Judge Casey:

    To follow up on the discussions held at the status conference held on September 13, 2004, on behalf of certain additional commercial plaintiffs and the PEC, I write to ask the Court's permission to allow all parties in MDL 1570 to join the publication Order entered by the Court on September 15, 2004. We believe it is appropriate for all consolidated cases (subject to an agreement on cost sharing) to be allowed to join into the Publication Order in that the Order applies to Defendants that we have been unable to serve despite our best efforts. For reasons of judicial economy and efficient case management, we seek leave of Court for the September 15th Order on publication to apply to all cases in MDL 1570. Attached is a listing of the consolidated cases for which this would apply.

    We request your Honor's endorsement of this request.

                    Respectfully submitted,

                    *Ronald L. Motley*

                    Ronald L. Motley

RLM/crh
Attachment
cc:    James Kreindler
       Elliott Feldman
       All Counsel of Record

*Application granted*

*[signature]*

*Sept 30, 2004*

www.motleyrice.com

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 JACKSON ST
P.O. BOX 365
BARNWELL, SC 29812
803 224-8800
803 259 7048 FAX

PROVIDENCE
321 SOUTH MAIN ST
P.O. BOX 6067
PROVIDENCE, RI 02940
401 457-7700
401 457 7708 FAX

NEW ORLEANS
1555 POYDRAS ST
SUITE 1700
NEW ORLEANS, LA 70112
504-636-3480
504-636-3499 FAX

## Attachment A

Commercial Cases

*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

*Euro Brokers, Inc. v. Al Baraka Investment & Development Corp.*, 04-CV-07279 (S.D.N.Y.).

*Pacific Employers Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-CV-7216 (S.D.N.Y.)

*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.,* Case No. 03-CV-8591 (S.D.N.Y.)

*Cantor Fitzgerald Associates, LP v. Akida Investment Co., Ltd.*, Case No. 04-CV-7065 (S.D.N.Y.)

*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)

Personal Injury/Wrongful Death Cases

*Irving Morrison v. Kingdom of Saudi Arabia, et al.*, Case No. 04-CV-07210-LDC (S.D.N.Y.)

*Estate of John P. O'Neill, Sr., on behalf of John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-CV-1922 (S.D.N.Y.)

*Estate of John P. O'Neill, Sr., on behalf of John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-1923 (S.D.N.Y.)