


**NOLAN LAW GROUP**

MEMO ENDORSED

20 NORTH CLARK, 30TH FLOOR, CHICAGO, ILLINOIS 60602 • P 312.630.4000 • F 312.630.4011 • TF 888.630.9240

3074 MADISON ROAD, CINCINNATI, OHIO 45209 • P 513.533.2026 • F 513.721.2161

WWW.NOLAN-LAW.COM • CONTACT@NOLAN-LAW.COM

April 12, 2006

*Via Federal Express Overnight Delivery*

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Room 1350
New York, NY 10007-1312

RE:  Gladys Salvo, et al. v. Al Qaeda Islamic Army, et al.
     Case No. 03 CV 5071 (RCC)

Dear Judge Casey:

   Enclosed please find a courtesy copy of our motion to withdraw as attorney of record which was electronically filed in the above referenced matter.

   Thank you for your attention to this matter.

Respectfully submitted,

NOLAN LAW GROUP

Donald J. Nolan

Enclosures

SO ORDERED:

*Handwritten endorsement:* The Court has received the Nolan Law Grp's motion + requests that the Nolan Law Grp coordinate a court conference with its former associate and Ms. Salvo to resolve this matter. Ms. Salvo may appear telephonically. After the two counsel have agreed on possible dates they should communicate their proposals to the Court. So ordered. 5/8/06  Richard Conway Casey