# FRIEDMAN & HOLTZ
A Professional Corporation

Attorneys at Law
208 S. LaSalle St., Suite 780
Chicago, Illinois 60604
Telephone (312) 857-4000
FAX (312) 857-1860
www.friedmanholtz.com

ECF

May 23, 20006

The Hon. Richard Conway Casey
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St. Chambers Room 1350
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-06

Re: *Salvo, et al v Al Qaeda Islamic, et al*, 1:03-CV-5071

Dear Judge Casey,

The undersigned counsel for attorneys, Donald J. Nolan and Floyd A. Wisner, submit this letter confirming the representation of Plaintiff, Gladys Salvo, in the referenced case, pursuant to Your Honor's Order of May 10, 2006.

Please be advised that the undersigned counsel have conferred and hereby advise the Court that their respective clients agree that Gladys Salvo has retained Floyd A. Wisner as her attorney in the referenced case and that Donald J. Nolan will withdraw his previously filed appearance as counsel for Gladys Salvo in the case.

Thank you for your consideration of this matter.

Very truly yours,

Gregory A. Friedman,
Counsel for Floyd A. Wisner

Michael P. Connelly,
Counsel for Donald J. Nolan

cc: Floyd A. Wisner
    Donald J. Nolan

*Handwritten order:* Application granted. Mr. Nolan's motion to be relieved as counsel for Ms. Salvo is granted. Mr. Wisner should file a notice of appearance and register on the court's ECF system as soon as possible. So ordered.

5/26/06  Richard Conway Casey