Case 4/T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Terrorist Attacks on September 11, )
2001                                       )     03 MDL No. 1570 (RCC)
                                           )     ECF Case
                                           )
_____)

This document relates to:
    *Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)
    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03 CV 9849 (RCC)
    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03 CV 5738 (RCC)
    *Federal Ins. Co. v. Al Qaida*, 03 CV 6987 (RCC)
    *Barrera v. Al Qaeda Islamic Army*, 03 CV 7036 (RCC)
    *Salvo v. Al Qaeda Islamic Army*, 02 CV 5071 (RCC)
    *Tremsky, v. Osama Bin-Laden*, 02 CV 7300 (RCC)
    *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 03 CV 1923 (RCC)
    *Continental Cas. Co. v. Al Qaeda Islamic Army*, 04 CV 5970 (RCC)
    *Cantor Fitzgerald Assocs., LP. v. Akida Inv. Co., Ltd.* 04 CV 7065 (RCC)
    *New York Marine & Gen. Ins. Co. v. Al Qaida*, 04 CV 6105 (RCC)
    *Euro Brokers, Inc v. Al Baraka Inv. & Dev. Corp.*, 04 CV 7279 (RCC)
    *World Trade Center Properties, LLC v. Al Baraka Inv. & Dev. Corp.*, 04 CV 7280 (RCC)
    *Bauer v. Al Qaeda Islamic Army*, 02 CV 7236 (RCC)
    *Keating v. Al Baraka Inv. & Dev. Corp.*, 03 CV 3859 (RCC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-06

## ORDER

This matter came before the Court on Motion by Patton Boggs LLP to remove relieve Ugo Colella as one of the attorneys record for the National Commercial Bank of Saudi Arabia ("NCB"), a defendant in the above-captioned actions.

Good cause being shown, it is hereby ORDERED that Ugo Colella and is relieved as one of the attorneys record for NCB in the above-captioned actions.

It is further ORDERED that appearances of Ronald S. Liebman and Mitchell R. Berger for NCB in the above-captioned actions will remain unchanged.

ENTERED:

*/s/ Richard Conway Casey*

Judge Richard Conway Casey
United States District Judge