UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

IN RE TERRORIST ATTACKS ON          Case No. 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001

                                                  MOTION FOR LEAVE TO WITHDRAW
(SAMI OMAR AL-HUSSAYEN, defendant)    SHERYL MUSGROVE AS COUNSEL
--------------------------------------------------------X

This document relates to:

*Thomas Burnett, et al v. Al Baraka Investment and Dev. Corp, et al.,* Case No. 03 CV 9849 (RCC)
*Federal Insurance Company, et al v. Al Qaida, et al.,* Case No. 03 CV 6978 (RCC)
*World Trade Center Properties LLC, et al v. Al Baraka Investment and Dev. Corp.,* 04 CV 7280 (RCC)

       COMES NOW Nevin, Benjamin & McKay LLP, attorneys for Defendant Sami Omar Al-Hussayen, and pursuant to Local Civil Rule 1.4, respectfully moves this Court to enter an Order granting attorney Sheryl Musgrove leave to withdraw as counsel in the above-captioned cases. This motion is made because Ms. Musgrove is no longer employed as an associate of Nevin Benjamin & McKay LLP. Other attorneys from Nevin, Benjamin & McKay LLP have been admitted *pro hac vice* in the above cases and will continue to represent Mr. Al-Hussayen in the above remaining cases.[1] The withdrawal of Ms. Musgrove will not effect or otherwise delay these proceedings.

---

[1] Mr. Al-Hussayen has been dismissed from two other cases, the *Euro Brokers* lawsuit (*see* MDL Docket No. 922 – Notice of Voluntary Dismissal filed by plaintiffs) and the *NY MAGIC* lawsuit (*see* MDL Docket No. 1118 – Stipulation for Dismissal With Prejudice of Defendant Sami Omar Al-Hussayen and Order). His motions to dismiss the three remaining lawsuits listed above are pending.

DATED this 15th day of December, 2006.

Joshua L. Dratel (JLD 4037)          Respectfully submitted,
JOSHUA L. DRATEL, P.C.
14 Wall Street, 28th Floor
New York, NY 10005                   ___/s/_____
Telephone: 212-732-0707              Scott McKay (SM3330)
Facsimile: 212-571-6341              NEVIN, BENJAMIN & MCKAY LLP
                                     David Z. Nevin (DN2615)
                                     303 West Bannock
                                     P.O. Box 2772
                                     Boise, ID 83701
                                     Telephone:  208-343-1000
                                     Facsimile: 208-345-8274

                                     *Attorneys for Defendant Sami Omar Al-Hussayen*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 15th day of December, 2006, I caused the foregoing Motion for Leave to Withdraw Sheryl Musgrove as Counsel to be served electronically pursuant to the Court's ECF system on all counsel of record.

           ___/s/_____
           Scott McKay