UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON          MDL No. 1570
SEPTEMBER 11, 2001

-----------------------------------------------------------x

This Document Relates To:

Gladys H. Salvo, et al v Al Qaeda
Islamic Army, et al, Case No. 03 CV 5071 (RCC)

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address for counsel for plaintiffs in this matter is:

> Floyd A. Wisner
> Wisner Law Firm
> 934 s 4th St
> St Charles, IL. 60174
> 1-630-513-9434 (telephone)
> 1-630-513-6287 (facsimile)
> e-mail:faw@wisner-law.com

s/ Floyd A. Wisner

## Certificate of Service

Undersigned counsel certifies that he served a copy of this notice of change of address upon all counsel of record by electronic means on January 26, 2007.

s/ Floyd A. Wisner