IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: AUG 0 2 2007

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03 MDL 1570 (RCC) |
| RELATES TO: | |
| ASHTON, et al., v. AL QAEDA ISLAMIC ARMY, et al  02 CV 6977 (GBD) | |
| BARERRA, et al. v. AL QAEDA ISLAMIC et al.  03 CV 7036 (GBD) | |
| BURNETT, et al., v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, et al.  03 CV 9849 (GBD) | |
| FEDERAL INSURANCE COMPANY, et al., v. AL QAIDA, et al.  03 CV 6978 (GBD) | |
| HAVLISH v. BIN LADEN  03 CV 9848 (GBD) | |
| O'NEILL et al. v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, et al.  04 CV 1923 (GBD) | |
| SALVO, et al., v. AL QAEDA ISLAMIC ARMY, et al,  03 CV 5071 (GBD) | |

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 1.4, it is this 20th day of July, 2007

ORDERED THAT

1. William C. Edgar of the law firm of Bryan Cave LLP may withdraw as counsel of record for Defendant His Royal Highness Prince Naif bin Abdulaziz al-Saud.

261161.1

2. As of the date of service of this Order, no further notices, papers, or pleadings should be made on William C. Edgar on behalf of Defendant His Royal Highness Prince Naif bin Abdulaziz al-Saud.

3. The appearances of James Cole, Michael Biggers and James Murphy, of the law firm of Bryan Cave LLP, on behalf of Defendant His Royal Highness Prince Naif bin Abdulaziz al-Saud will remain unchanged.

George B. Daniel

HON. GEORGE B. DANIELS

JUL 2 0 2007

261161.1              2