UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 08 2008
```

IN RE: TERRORIST ATTACKS ON ) Civil Action No. 03 MDL 1570 (GBD)
SEPTEMBER 11, 2001 )
)
)

This document relates to: All Actions

### ORDER TO WITHDRAW
### MICHAEL J. GUZMAN AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw Michael J. Guzman as Attorney of Record as counsel for Defendant Prince Turki Al Faisal Bin Abdulaziz Al Saud filed April 18, 2008.

It is **ORDERED** that Michael J. Guzman be withdrawn as counsel for Defendant Prince Turki Al Faisal Bin Abdulaziz Al Saud in the above-referenced action.

Signed this _1st_ day of _July_, 2008

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
**HON. GEORGE B. DANIELS**