UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 MDL 1570 (GBD) (FM)
ECF Case

*This document relates to:*

*All cases*

### ORDER FOR ADMISSION FOR PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Jerry S. Goldman, attorney for the Plaintiffs Estate of John P. O'Neill, Sr. *et al.* ("O'Neill Plaintiffs') and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** this 15th day of September that said motion is GRANTED and that

| | |
|---|---|
| Applicant Name: | Mark E. Gottlieb ("Gottlieb") |
| Firm Name: | Anderson Kill & Olick, P.C. |
| Address: | 1600 Market Street, Suite 2500 |
| | Philadelphia, PA 19103 |
| Phone Number: | (267) 216-2700 |
| Fax Number: | (215) 568-4573 |
| Email Addresses: | MGottlieb@andersonkill.com |
| | |
| Applicant Name: | William H. Pillsbury |
| Firm Name: | Anderson Kill & Olick, P.C. |
| Address: | 1600 Market Street, Suite 2500 |
| | Philadelphia, PA 19103 |
| Phone Number: | (267) 216-2700 |
| Fax Number: | (215) 568-4573 |
| Email Addresses: | WPillsbury@andersonkill.com |

PHDOCS-58658.2

And

| | |
|---|---|
| Applicant Name: | Darin J. McMullen |
| Firm Name: | Anderson Kill & Olick, P.C. |
| Address: | 1600 Market Street, Suite 2500 |
| | Philadelphia, PA 19103 |
| Phone Number: | (267) 216-2700 |
| Fax Number: | (215) 568-4573 |
| Email Addresses: | McMullen:   DMcMullen@andersonkill.com |

are admitted to practice *Pro Hac Vice* as counsel for the O'Neill Plaintiffs in the above captioned cases in the United States District Court for the Southern District of New York. All attorney's appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

*[signature]*
George B. Daniels
United States District Judge

SEP 1 5 2008

PHIDOCS 58658 2