UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 MDL 1570 (GBD) (FM)

*This document relates to: ALL ACTIONS*

**ORDER**

In accordance with the Court's directive at the July 15, 2009 conference, the Court has reviewed the Plaintiffs' Executive Committees and the Defendants' Executive Committee letter submissions of July 8, 2009, copies of which are annexed hereto as Exhibits "A" and "B" respectively. It is hereby ORDERED that the Plaintiffs' Executive Committees and the Defendants' Executive Committee letter submissions of July 8, 2009 be separately docketed as of record by the Clerk of the Court with the Court's ECF system.

July ___, 2009

JUL 2 3 2009

By: _____
Hon. George B. Daniels
Judge, United States District Court for the
Southern District of New York

NYDOCS1-926167.2