UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(FM) <br> ECF Case |
|---|---|

*This document relates to:*   All Cases

## ORDER

AND NOW, this ____ day of November, 2009, upon consideration of the Plaintiffs' Motion to Strike the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25, filed on August 21, 2009 by counsel for Defendant Khalid Bin Mahfouz,

It is hereby ORDERED that this Motion is GRANTED. The Clerk shall remove the following documents from the docket: 1) Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25, filed on August 21, 2009 by counsel for Defendant Khalid Bin Mahfouz.

The Court orders counsel for Khalid Bin Mahfouz to file a new Suggestion of Death indicating the name and address of Khalid Bin Mahfouz's successor/s or the executor/s of his estate. If no successor/s or executors have been appointed regarding Khalid Bin Mahfouz, then counsel shall state accordingly and is directed to answer Plaintiffs' discovery requests and provide all requested documents.

The Counsel for Defendant Khalid Bin Mahfouz shall respond within thirty (30) days to Plaintiffs' discovery requests regarding the death and successors of Defendant Khalid Bin Mahfouz.

BY THE COURT:

_____
HONORABLE. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK