UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) <br> ) Civil Action No. 03 MDL 1570 (GBD) <br> ) <br> ) <br> ) |

*This document relates to: All Actions*

## MOTION TO WITHDRAW
## COLIN S. STRETCH AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Rule 1.4 to allow Colin S. Stretch to withdraw as counsel of record for the Saudi Joint Relief Committee in the above-referenced action due to his departure from the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.  On September 15, 2008, Mr. Stretch's Motion to Appear Pro Hac Vice was granted.  I respectfully request that Colin Stretch be removed from the Docket as counsel for the Saudi Joint Relief Committee.  All other counsel listed in the record of the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., will continue to represent the Saudi Joint Relief Committee in this matter.

Respectfully submitted,

 /s/ Michael K. Kellogg
Michael K. Kellogg
KELLOGG, HUBER, HANSEN, TODD
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W.,
Suite 400
Washington, DC 20036
202-326-7900 (phone)
202-326-7999 (fax)

Counsel for the Saudi Joint Relief Committee

April 26, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 26, 2010, I caused an electronic copy of the foregoing Motion to Withdraw Colin S. Stretch as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System.

      /s/ Michael K. Kellogg
      Michael K. Kellogg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) Civil Action No. 03 MDL 1570 (GBD) ) ) ) |

*This document relates to: All Actions*

## PROPOSED ORDER TO WITHDRAW
## COLIN S. STRETCH AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw Colin S. Stretch as Attorney of Record as counsel for the Saudi Joint Relief Committee filed April 26, 2010.

It is **ORDERED** that Colin S. Stretch be withdrawn as counsel for the Saudi Joint Relief Committee in the above-referenced action.

Signed this _____ day of _____ 2010.

_____
GEORGE B. DANIELS
UNITED STATES DISTRCIT JUDGE