UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: TERRORIST ATTACKS ON ) Civil Action No. 03 MDL 1570 (GBD)(FM)
SEPTEMBER 11, 2001 )

---

*This document relates to: All Actions*

## ORDER

Defendant Saudi Binladin Group's application for leave to renew its motion to dismiss for lack of personal jurisdiction and failure to state a claim is granted and its tendered motion to dismiss supporting memoranda are accepted for filing. Counsel is directed to file the tendered motion via the Court's ECF system as soon as practicable.

Plaintiffs shall submit a consolidated response, not to exceed 45 pages, within 60 days of the electronic filing of Saudi Binladin Group's motion. Saudi Binladin Group may file a reply brief, not to exceed 25 pages, within 30 days of the filing of Plaintiffs' consolidated opposition.

Dated: August __, 2010  (0 7 SEP 2010)
New York, New York

SO ORDERED:

*George B. Daniels*
George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS