09-02-10  01:49pm  From-PATTON BOGGS LLP  Case 1:03-cv-05071-GBD-SN  Document 281  202-457-6315  Filed 09/07/10  T-345  Page 1 of 1  P.09/09  F-682

Case 1:03-md-01570-GBD-FM  Document 2120  Filed 07/31/08  Page 8 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                    )
In Re TERRORIST ATTACKS on          )   03 MDL 1570 (GBD)(FM)
SEPTEMBER 11, 2001                  )   ECF Case
                                    )
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07 SEP 2010

*This document relates to:*
   All Cases

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Mitchell R. Berger attorney for Defendant The National Commercial Bank ("NCB") and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Alan Todd Dickey |
| Firm Name: | Patton Boggs LLP |
| Address: | 2550 M Street, NW |
| City/State/Zip: | 20037 |
| Phone Number: | (202) 457-6000 |
| Fax Number: | (202) 457-6315 |
| Email Address: | adickey@pattonboggs.com |

is admitted to practice pro hac vice as counsel for Defendant NCB in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: August ___, 2008         0 2 SEP 2010
       New York, New York

                                George B. Daniels
                                HON. GEORGE B. DANIELS
                                United States District Judge