UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re Terrorist Attacks on September 11, 2001   :   03 MDL 1570 (GBD) (FM)
                                                :   ECF Case
------------------------------------------------------------x



## STIPULATION EXTENDING TIME TO RESPOND

It is HEREBY STIPULATED AND AGREED by and between all Plaintiffs and Defendant Saudi Binladin Group (SBG) by and through their respective undersigned counsel that the briefing schedule concerning SBG's Renewed Motion to Dismiss is modified as follows: Plaintiffs' Opposition to SBG's Renewed Motion to Dismiss shall be served and filed on or before November 18, 2010 and that SBG's Reply to Plaintiffs' Opposition shall be served and filed on or before December 20, 2010.

Dated: November 2, 2010

MOTLEY RICE LLC
Attorneys for Plaintiffs
and for the Plaintiffs' Executive Committees

By: /Robert T. Haefele/
28 Bridgeside Boulevard
Mt. Pleasant, SC 29465

JONES DAY
Counsel for Defendant Saudi Binladin Group

By: James E. Gauch
51 Louisiana Avenue N.W.
Washington, DC 20001

So Ordered:

/George B. Daniels/
Hon. George B. Daniels, U.S.D.J.