# EXHIBIT 2



AMENDED ARTICLES OF INCORPORATION
OF
CALDWELL CORPORATION
CHANGING ITS NAME TO:
SHG (USA), INC.

APPROVED AND RECEIVED FOR RECORD BY THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND   JUNE   30, 1993 AT   10:21   O'CLOCK   A.M. AS IN CONFORMITY WITH LAW AND ORDERED RECORDED.

ORGANIZATION AND                             RECORDING                  SPECIAL
CAPITALIZATION FEE PAID                      FEE PAID                   FEE PAID

$                                            $   20.00                  $

03670259

IT IS HEREBY CERTIFIED, THAT THE WITHIN INSTRUMENT, TOGETHER WITH ALL INDORSEMENTS THEREON, HAS BEEN RECEIVED, APPROVED AND RECORDED BY THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND.

RETURN TO:
THE PRENTICE-HALL CORPORATION
SYSTEM, MARYLAND
11 E. CHASE ST.
BALTIMORE                MD 21202

A 426947