# EXHIBIT 15

| Form **1023** (Rev. September 1998) Department of the Treasury Internal Revenue Service | Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code | OMB No. 1545-0056 Note: *If exempt status is approved, this application will be open for public inspection.* |
|---|---|---|

Read the instructions for each Part carefully.
A User Fee must be attached to this application.
If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to you.
Complete the Procedural Checklist on page 8 of the instructions.

### Identification of Applicant

| 1a Full name of organization (as shown in organizing document) AL HARAMAIN ISLAMIC FOUNDATION, INC. | 2 Employer identification number (EIN) (If none, see page 3 of the Specific Instructions.) ▓▓▓▓▓1083 |
|---|---|
| 1b c/o Name (if applicable) Pete Sedda | 3 Name and telephone number of person to be contacted if additional information is needed Pete Sedda (541) 482-8371 |
| 1c Address (number and street) 1257 Siskiyou Blvd | Room/Suite 212 |
| 1d City, town, or post office, state, and ZIP + 4. If you have a foreign address, see Specific Instructions for Part I, page 3. Ashland, OR 97520-2241 | 4 Month the annual accounting period ends December |
| | 5 Date incorporated or formed Jan. 1, 1998 |
| 1e Web site address www.alharamain.org | 6 Check here if applying under section: a ☐ 501(e) b ☐ 501(f) c ☐ 501(k) d ☐ 501(n) |

7 Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code? . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
If "Yes," attach an explanation.

8 Is the organization required to file Form 990 (or Form 990-EZ)? . . . . . . . . . ☐ N/A ☒ Yes ☐ No
If "No," attach an explanation (see page 3 of the Specific Instructions).

9 Has the organization filed Federal income tax returns or exempt organization information returns? . . ☐ Yes ☒ No
If "Yes," state the form numbers, years filed, and Internal Revenue office where filed.

10 Check the box for the type of organization. ATTACH A CONFORMED COPY OF THE CORRESPONDING ORGANIZING DOCUMENTS TO THE APPLICATION BEFORE MAILING. (See Specific Instructions for Part I, Line 10, on page 3.) See also Pub. 557 for examples of organizational documents.)

a ☒ **Corporation**— Attach a copy of the Articles of Incorporation (including amendments and restatements) showing approval by the appropriate state official; also include a copy of the bylaws.

b ☐ **Trust**— Attach a copy of the Trust Indenture or Agreement, including all appropriate signatures and dates.

c ☐ **Association**— Attach a copy of the Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence the organization was formed by adoption of the document by more than one person; also include a copy of the bylaws.

If the organization is a corporation or an unincorporated association that has not yet adopted bylaws, check here ▶ ☐

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

| Please Sign Here ▶ | _(Signature)_ | Pete Sedda, Secretary _(Type or print name and title or authority of signer)_ | 12/31/99 _(Date)_ |
|---|---|---|---|

For Paperwork Reduction Act Notice, see page 7 of the instructions.   Cat. No. 17133K

**AHIF 000007**

Form 1023 (Rev. 9-98) Page 2

### Activities and Operational Information

1. Provide a detailed narrative description of all the activities of the organization — past, present, and planned. Do not merely refer to or repeat the language in the organizational document. List each activity separately in the order of importance based on the relative time and other resources devoted to the activity. Indicate the percentage of time for each activity. Each description should include, as a minimum, the following: (a) a detailed description of the activity including its purpose and how each activity furthers your exempt purpose; (b) when the activity was or will be initiated; and (c) where and by whom the activity will be conducted.

The most significant activity is the publication of Islamic books that deal with spiritual issues. There is free distribution of these books to those who request them. More than 90% of the time of volunteers is devoted to this activity.

A prayer house is located in Ashland, Oregon. This is similar to a church. Attendance is open to the public and the meetings are held each Friday.

Humanitarian aid: The foundation receives requests for people in need and it responds by making donations to them.

All of the above activities are conducted by volunteers and all of the activities further the exempt purpose by providing a spiritual benefit to the volunteers.

2. What are or will be the organization's sources of financial support? List in order of size.

All of its gross receipts are from general public donations.

3. Describe the organization's fundraising program, both actual and planned, and explain to what extent it has been put into effect. Include details of fundraising activities such as selective mailings, formation of fundraising committees, use of volunteers or professional fundraisers, etc. Attach representative copies of solicitations for financial support.

Donations are solicted via the web page and from the book distributions. No professional fundraisers are used.

Form 1023 (Rev. 9-98) Page 3

### Activities and Operational Information (Continued)

**4** Give the following information about the organization's governing body:

| a Names, addresses, and titles of officers, directors, trustees, etc. | b Annual compensation |
|---|---|
| Ageel Al-Ageel, 1257 Siskiyou Blvd #212, Ashland OR President | 0. |
| Mansuor Al-Kadi, 1257 Siskiyou Blvd #212, Ashland OR Vice president | 0. |
| Soliman H.S. Al-Buthe, 1257 Siskiyou Blvd #212, Ashland, OR   Treasurer | 0. |
| Perouz Seda Ghaty, 1257 Siskiyou Blvd #224, Ashland, OR   Secretary | 0. |

**c** Do any of the above persons serve as members of the governing body by reason of being public officials or being appointed by public officials?..................................................................... ☐ Yes ☒ No
If "Yes," name those persons and explain the basis of their selection or appointment.

**d** Are any members of the organization's governing body "disqualified persons" with respect to the organization (other than by reason of being a member of the governing body) or do any of the members have either a business or family relationship with "disqualified persons"? (See Specific Instructions for Part II, Line 4d, on page 3.)............................................................................. ☐ Yes ☒ No
If "Yes," explain.

**5** Does the organization control or is it controlled by any other organization?.................................. ☐ Yes ☒ No
Is the organization the outgrowth of (or successor to) another organization, or does it have a special relationship with another organization by reason of interlocking directorates or other factors?...................... ☐ Yes ☐ No
If either of these questions is answered "Yes," explain.

**6** Does or will the organization directly or indirectly engage in any of the following transactions with any political organization or other exempt organization (other than a 501(c)(3) organization): (a) grants; (b) purchases or sales of assets; (c) rental of facilities or equipment; (d) loans or loan guarantees; (e) reimbursement arrangements; (f) performance of services, membership, or fundraising solicitations; or (g) sharing of facilities, equipment, mailing lists or other assets, or paid employees?............................ ☐ Yes ☒ No
If "Yes," explain fully and identify the other organizations involved.

**7** Is the organization financially accountable to any other organization?............................................ ☐ Yes ☒ No
If "Yes," explain and identify the other organization. Include details concerning accountability or attach copies of reports if any have been submitted.

CAA  8  10233   NTF 16058
Copyright Forms Software Only, 1998 Nelco

AHIF 000009

Form 1023 (Rev. 9-98)                                                                                              Page 4

### Activities and Operational Information (Continued)

8   What assets does the organization have that are used in the performance of its exempt function? (Do not include property producing investment income.) If any assets are not fully operational, explain their status, what additional steps remain to be completed, and when such final steps will be taken. If none, indicate "N/A." There is an inventory of the spiritual books that are distributed free upon request.  There is a prayer house in Ashland, Oregon.

9   Will the organization be the beneficiary of tax-exempt bond financing within the next 2 years? .................... ☐ Yes ☒ No

10a Will any of the organization's facilities or operations be managed by another organization or individual under a contractual agreement? ............................................................................................. ☐ Yes ☒ No
  b Is the organization a party to any leases? ...................................................................................... ☐ Yes ☒ No
    If either of these questions is answered "Yes," attach a copy of the contracts and explain the relationship between the applicant and the other parties.

11  Is the organization a membership organization? ........................................................................ ☐ Yes ☒ No
    If "Yes," complete the following:
  a Describe the organization's membership requirements and attach a schedule of membership fees and dues.

  b Describe the organization's present and proposed efforts to attract members and attach a copy of any descriptive literature or promotional material used for this purpose.

  c What benefits do (or will) the members receive in exchange for their payment of dues?

12a If the organization provides benefits, services, or products, are the recipients required, or will they be required, to pay for them? ............................................................................................. ☐ N/A ☐ Yes ☒ No
    If "Yes," explain how the charges are determined and attach a copy of the current fee schedule.

  b Does or will the organization limit its benefits, services, or products to specific individuals or classes of individuals? ........................................................................................................................ ☐ N/A ☐ Yes ☒ No
    If "Yes," explain how the recipients or beneficiaries are or will be selected.

13  Does or will the organization attempt to influence legislation? ..................................................... ☐ Yes ☒ No
    If "Yes," explain. Also, give an estimate of the percentage of the organization's time and funds that it devotes or plans to devote to this activity.

14  Does or will the organization intervene in any way in political campaigns, including the publication or distribution of statements? ................................................................................................................ ☐ Yes ☒ No
    If "Yes," explain fully.

AHIF 000010

CAA   8 10234   NTF 18057
Copyright Forms Software Only, 1998 Nelco

Form 1023 (Rev. 9-98) Page 5

### Technical Requirements

1. Are you filing Form 1023 within 15 months from the end of the month in which your organization was created or formed?.......................................................... ☒ Yes ☐ No

    If you answer "Yes," do not answer questions on lines 2 through 6 below.

2. If one of the exceptions to the 15-month filing requirement shown below applies, check the appropriate box and proceed to question 7.

    Exceptions — You are not required to file an exemption application within 15 months if the organization:

    ☐ a  Is a church, interchurch organization of local units of a church, a convention or association of churches, or an integrated auxiliary of a church. See Specific Instructions, Line 2a, on page 4;

    ☐ b  Is not a private foundation and normally has gross receipts of not more than $5,000 in each tax year; or

    ☐ c  Is a subordinate organization covered by a group exemption letter, but only if the parent or supervisory organization timely submitted a notice covering the subordinate.

3. If the organization does not meet any of the exceptions on line 2 above, are you filing Form 1023 within 27 months from the end of the month in which the organization was created or formed?........................... ☐ Yes ☐ No

    If "Yes," your organization qualifies under Regulation section 301.9100-2, for an automatic 12-month extension of the 15-month filing requirement. Do not answer questions 4 through 6.

    If "No," answer question 4.

4. If you answer "No" to question 3, does the organization wish to request an extension of time to apply under the "reasonable action and good faith" and the "no prejudice to the interest of the government" requirements of Regulations section 301.9100-3?.......................................................... ☐ Yes ☐ No

    If "Yes," give the reasons for not filing this application within the 27-month period described in question 3. See Specific Instructions, Part III, Line 4, before completing this item. Do not answer questions 5 and 6.

    If "No," answer questions 5 and 6.

5. If you answer "No" to question 4, your organization's qualification as a section 501(c)(3) organization can be recognized only from the date this application is filed. Therefore, do you want us to consider the application as a request for recognition of exemption as a section 501(c)(3) organization from the date the application is received and not retroactively to the date the organization was created or formed?........................... ☐ Yes ☐ No

6. If you answer "Yes" to question 5 above and wish to request recognition of section 501(c)(4) status for the period beginning with the date the organization was formed and ending with the date the Form 1023 application was received (the effective date of the organization's section 501(c)(3) status), check here ............... ▶ ☐ and attach a completed page 1 of Form 1024 to this application.

CAA   8  10235   NTF 16058
Copyright Forms Software Only, 1998 Nelco

AHIF 000011

Form 1023 (Rev. 9-98) Page 6

## Technical Requirements (Continued)

7. Is the organization a private foundation?
   - [ ] Yes (Answer question 8.)
   - [X] No (Answer question 9 and proceed as instructed.)

8. If you answer "Yes" to question 7, does the organization claim to be a private operating foundation?
   - [ ] Yes (Complete Schedule E.)
   - [ ] No

   After answering question 8 on this line, go to line 14 on page 7.

9. If you answer "No" to question 7, indicate the public charity classification the organization is requesting by checking the box below that most appropriately applies:

   THE ORGANIZATION IS NOT A PRIVATE FOUNDATION BECAUSE IT QUALIFIES:

   | | | | |
   |---|---|---|---|
   | a | [X] | As a church or a convention or association of churches (CHURCHES MUST COMPLETE SCHEDULE A.) | Sections 509(a)(1) and 170(b)(1)(A)(i) |
   | b | [ ] | As a school (MUST COMPLETE SCHEDULE B.) | Sections 509(a)(1) and 170(b)(1)(A)(ii) |
   | c | [ ] | As a hospital or a cooperative hospital service organization, or a medical research organization operated in conjunction with a hospital (These organizations, except for hospital service organizations, MUST COMPLETE SCHEDULE C.) | Sections 509(a)(1) and 170(b)(1)(A)(iii) |
   | d | [ ] | As a governmental unit described in section 170(c)(1). | Sections 509(a)(1) and 170(b)(1)(A)(v) |
   | e | [ ] | As being operated solely for the benefit of, or in connection with, one or more of the organizations described in a through d, g, h, or f (MUST COMPLETE SCHEDULE D.) | Section 509(a)(3) |
   | f | [ ] | As being organized and operated exclusively for testing for public safety. | Section 509(a)(4) |
   | g | [ ] | As being operated for the benefit of a college or university that is owned or operated by a governmental unit. | Sections 509(a)(1) and 170(b)(1)(A)(iv) |
   | h | [ ] | As receiving a substantial part of its support in the form of contributions from publicly supported organizations, from a governmental unit, or from the general public. | Sections 509(a)(1) and 170(b)(1)(A)(vi) |
   | i | [ ] | As normally receiving not more than one-third of its support from gross investment income and more than one-third of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions (subject to certain exceptions). | Section 509(a)(2) |
   | j | [ ] | The organization is a publicly supported organization but is not sure whether it meets the public support test of h or i. The organization would like the IRS to decide the proper classification. | Sections 509(a)(1) and 170(b)(1)(A)(vi) or Section 509(a)(2) |

   If you checked one of the boxes a through f in question 9, go to question 14. If you checked box g in question 9, go to questions 11 and 12. If you checked box h, i, or j, in question 9, go to question 10.

Form 1023 (Rev. 9-98) Page 7

### Technical Requirements (Continued)

10 If you checked box h, i, or j in question 9, has the organization completed a tax year of at least 8 months?
- [ ] Yes — Indicate whether you are requesting:
  - [ ] A definitive ruling. (Answer questions 11 through 14.)
  - [ ] An advance ruling. (Answer questions 11 and 14 and attach two Forms 872-C completed and signed.)
- [ ] No — You must request an advance ruling by completing and signing two Forms 872-C and attaching them to the Form 1023.

11 If the organization received any unusual grants during any of the tax years shown in Part IV-A, Statement of Revenue and Expenses, attach a list for each year showing the name of the contributor; the date and the amount of the grant; and a brief description of the nature of the grant.

12 If you are requesting a definitive ruling under section 170(b)(1)(A)(iv) or (vi), check here ▶ [ ] and:
  a Enter 2% of line 8, column (e), Total, of Part IV-A ..............................
  b Attach a list showing the name and amount contributed by each person (other than a governmental unit or "publicly supported" organization) whose total gifts, grants, contributions, etc., were more than the amount entered on line 12a above.

13 If you are requesting a definitive ruling under section 509(a)(2), check here ▶ [ ] and:
  a For each of the years included on lines 1, 2, and 9 of Part IV-A, attach a list showing the name of and amount received from each "disqualified person." (For a definition of "disqualified person," see Specific Instructions, Part II, Line 4d, on page 3.)
  b For each of the years included on line 9 of Part IV-A, attach a list showing the name of and amount received from each payer (other than a "disqualified person") whose payments to the organization were more than $5,000. For this purpose, "payer" includes, but is not limited to, any organization described in sections 170(b)(1)(A)(i) through (vi) and any governmental agency or bureau.

| 14 Indicate if your organization is one of the following. If so, complete the required schedule. (Submit only those schedules that apply to your organization. Do not submit blank schedules.) | Yes | No | If "Yes," complete Schedule: |
|---|---|---|---|
| Is the organization a church?................................................ | X | | A |
| Is the organization, or any part of it, a school?................................. | | X | B |
| Is the organization, or any part of it, a hospital or medical research organization?........ | | X | C |
| Is the organization a section 509(a)(3) supporting organization?.................... | | X | D |
| Is the organization a private operating foundation?............................. | | X | E |
| Is the organization, or any part of it, a home for the aged or handicapped?........... | | X | F |
| Is the organization, or any part of it, a child care organization?................... | | X | G |
| Does the organization provide or administer any scholarship benefits, student aid, etc.?.. | | X | H |
| Has the organization taken over, or will it take over, the facilities of a "for profit" institution?... | | X | I |

CAA B 10237 NTF 16080
Copyright Forms Software Only, 1998 Nelco

AHIF 000013

Form 1023 (Rev. 9-98)                                                                                                     Page 8

## Financial Data

Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 years, complete the statements for each year in existence. If in existence less than 1 year, also provide proposed budgets for the 2 years following the current year.

### A. Statement of Revenue and Expenses

| | | Current tax year | 3 prior tax years or proposed budget for 2 years | | | |
|---|---|---|---|---|---|---|
| | | (a) From 1/1/99 to 12/31/99 | (b) 1998 | (c) | (d) | (e) TOTAL |
| **R E V E N U E** | 1 Gifts, grants, and contributions received (not including unusual grants — see page 6 of the instructions) | 211,349. | 66,915. | | | |
| | 2 Membership fees received | | | | | |
| | 3 Gross investment income (see instructions for definition) | | | | | |
| | 4 Net income from organization's unrelated business activities not included on line 3 | | | | | |
| | 5 Tax revenues levied for and either paid to or spent on behalf of the organization | | | | | |
| | 6 Value of services or facilities furnished by a governmental unit to the organization without charge (not including the value of services or facilities generally furnished the public without charge) | | | | | |
| | 7 Other income (not including gain or loss from sale of capital assets) (attach schedule) | | | | | |
| | 8 Total (add lines 1 through 7) | 211,349. | 66,915. | | | |
| | 9 Gross receipts from admissions, sales of merchandise or services, or furnishing of facilities in any activity that is not an unrelated business within the meaning of section 513. Include related cost of sales on line 22 | | | | | |
| | 10 Total (add lines 8 and 9) | 211,349. | 66,915. | | | |
| | 11 Gain or loss from sale of capital assets (attach schedule) | | | | | |
| | 12 Unusual grants | | | | | |
| | 13 Total revenue (add lines 10 through 12) | 211,349. | 66,915. | | | |
| **E X P E N S E S** | 14 Fundraising expenses | | | | | |
| | 15 Contributions, gifts, grants, and similar amounts paid (attach schedule) | 16,223. | 5,000. | | | |
| | 16 Disbursements to or for benefit of members (attach schedule) | | | | | |
| | 17 Compensation of officers, directors, and trustees (attach schedule) | | | | | |
| | 18 Other salaries and wages | | | | | |
| | 19 Interest | | | | | |
| | 20 Occupancy (rent, utilities, etc.) | 4,790. | 4,600. | | | |
| | 21 Depreciation and depletion | | | | | |
| | 22 Other (attach schedule) | 70,476. | 46,997. | | | |
| | 23 Total expenses (add lines 14 through 22) | 91,489. | 56,597. | | | |
| | 24 Excess of revenue over expenses (line 13 minus line 23) | 119,860. | 10,318. | | | |

CAA    8  10238    NTF 16081
Copyright Forms Software Only, 1998 Nelco

AHIF 000014

Form 1023 (Rev. 9-98) Page 9

**Financial Data** (Continued)

| B. Balance Sheet (at the end of the period shown) | | Current tax year Date 12/31/99 |
|---|---|---|
| **Assets** | | |
| 1  Cash | 1 | 500. |
| 2  Accounts receivable, net | 2 | |
| 3  Inventories | 3 | 12,000. |
| 4  Bonds and notes receivable (attach schedule) | 4 | |
| 5  Corporate stocks (attach schedule) | 5 | |
| 6  Mortgage loans (attach schedule) | 6 | |
| 7  Other investments (attach schedule) | 7 | |
| 8  Depreciable and depletable assets (attach schedule) | 8 | 229,831. |
| 9  Land | 9 | |
| 10  Other assets (attach schedule) | 10 | |
| 11      Total assets (add lines 1 through 10) | 11 | 242,331. |
| **Liabilities** | | |
| 12  Accounts payable | 12 | |
| 13  Contributions, gifts, grants, etc., payable | 13 | |
| 14  Mortgages and notes payable (attach schedule) | 14 | |
| 15  Other liabilities (attach schedule) | 15 | |
| 16      Total liabilities (add lines 12 through 15) | 16 | |
| **Fund Balances or Net Assets** | | |
| 17  Total fund balances or net assets | 17 | 242,331. |
| 18      Total liabilities and fund balances or net assets (add line 16 and line 17) | 18 | 242,331. |

If there has been any substantial change in any aspect of the organization's financial activities since the end of the period shown above, check the box and attach a detailed explanation ▶ ☐

CAA   B  10239    NTF 16062
Copyright Forms Software Only, 1998 Nelco

AHIF 000015

Form 1023 (Rev. 9-98)                                                                                                 Page 11

## Schedule A. Churches

**1** Provide a brief history of the development of the organization, including the reasons for its formation.

The foundation was formed to provide a book distribution system that would provide correct Islamic teachings and to overcome misconceptions about the beliefs of Islams. It was also formed to provide a spiritual benefit to those who attend its prayer house and to those who read the books.

**2** Does the organization have a written creed or statement of faith?............................................................ ☒ Yes ☐ No

If "Yes," attach a copy.    See pages 45 to 48 of "A Brief Illustrated Guide to Understanding Islam"

**3** Does the organization require prospective members to renounce other religious beliefs or their membership in other churches or religious orders to become members?................................................................. ☐ Yes ☒ No

**4** Does the organization have a formal code of doctrine and discipline for its members?................................ ☐ Yes ☒ No

If "Yes," describe.

**5** Describe the form of worship and attach a schedule of worship services.

Each Friday a prayer meeting is held. Prayers are said, and those so inspired, will expand on the prayers through the words of the Koran.

**6** Are the services open to the public?................................................................................................ ☒ Yes ☐ No

If "Yes," describe how the organization publicizes its services and explain the criteria for admittance.

Local newspaper advertising and services are open to the general public, regardless of religious affiliation.

**7** Explain how the organization attracts new members.

Mainly through contact with existing worshippers, people checking out our web site, etc.

**8 (a)** How many active members are currently enrolled in the church? We do not keep membership records as all who wish to attend or not attend our prayer meetings are free to do so.

    **(b)** What is the average attendance at the worship services? 30 to 40

**9** In addition to worship services, what other religious services (such as baptisms, weddings, funerals, etc.) does the organization conduct?

Baptisms, weddings and funerals.

Form 1023 (Rev. 9-98)                                       Page 12

## Schedule A. Churches (Continued)

**10** Does the organization have a school for the religious instruction of the young?........................... ☒ Yes ☐ No

**11** Were the current deacons, minister, and/or pastor formally ordained after a prescribed course of study?........ ☐ Yes ☒ No

**12** Describe the organization's religious hierarchy or ecclesiastical government.
There is a board of directors.

**13** Does the organization have an established place of worship?........................................ ☒ Yes ☐ No

If "Yes," provide the name and address of the owner or lessor of the property and the address and a description of the facility. 3800 Highway 99 South, Ashland, Oregon.
Al-Haramain Islamic Foundation, Inc. owns the prayer house.

If the organization has no regular place of worship, state where the services are held and how the site is selected.

**14** Does (or will) the organization license or otherwise ordain ministers (or their equivalent) or issue church charters? ☐ Yes ☒ No

If "Yes," describe in detail the requirements and qualifications needed to be so licensed, ordained, or chartered.

**15** Did the organization pay a fee for a church charter? ................................................ ☐ Yes ☐ No

If "Yes," state the name and address of the organization to which the fee was paid, attach a copy of the charter, and describe the circumstances surrounding the chartering.

**16** Show how many hours a week the minister/pastor and officers each devote to church work and the amount of compensation paid to each of them. If the minister or pastor is otherwise employed, indicate by whom employed, the nature of the employment, and the hours devoted to that employment.
All members of the foundation are volunteers. No one receives any form of compensation. There is no offical "pastor/minister".

AHIF 000017

CAA   B   102312   NTF 16064
Copyright Forms Software Only, 1998 Nelco

## Schedule A. Churches (Continued)

17  Will any funds or property of the organization be used by any officer, director, employee, minister, or pastor for his or her personal needs or convenience?   ☐ Yes   ☒ No

If "Yes," describe the nature and circumstances of such use.

18  List any officers, directors, or trustees related by blood or marriage.
None

19  Give the name of anyone who has assigned income to the organization or made substantial contributions of money or other property. Specify the amounts involved.
None

### Instructions

Although a church, its integrated auxiliaries, or a convention or association of churches is not required to file Form 1023 to be exempt from Federal income tax or to receive tax-deductible contributions, such an organization may find it advantageous to obtain recognition of exemption. In this event, you should submit information showing that your organization is a church, synagogue, association or convention of churches, religious order or religious organization that is an integral part of a church, and that it is carrying out the functions of a church.

In determining whether an admittedly religious organization is also a church, the IRS does not accept any and every assertion that such an organization is a church. Because beliefs and practices vary so widely, there is no single definition of the word "church" for tax purposes. The IRS considers the facts and circumstances of each organization applying for church status.

The IRS maintains two basic guidelines in determining that an organization meets the religious purposes test:

1. That the particular religious beliefs of the organization are truly and sincerely held, and
2. That the practices and rituals associated with the organization's religious beliefs or creed are not illegal or contrary to clearly defined public policy.

In order for the IRS to properly evaluate your organization's activities and religious purposes, it is important that all questions in Schedule A be answered.

The information submitted with Schedule A will be a determining factor in granting the "church" status requested by your organization. In completing the schedule, consider the following points:

1. The organization's activities in furtherance of its beliefs must be exclusively religious, and
2. An organization will not qualify for exemption if it has a substantial nonexempt purpose of serving the private interests of its founder or the founder's family.