# EXHIBIT 16

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No 1545-0047 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)<br>▶ The organization may have to use a copy of this return to satisfy state reporting requirements | **2001**<br>Open to Public Inspection |

**A** For the 2001 calendar year, or tax year beginning _____ , 2001, and ending _____ , 20___

**B** Check if applicable:
- Address change
- Name change
- Initial return
- Final return
- Amended return
- Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization, number and street, city, town, state, and ZIP code

AL HARAMAIN ISLAMIC FOUNDATION INC
C/O T. WILCOX
1017 N. RIVERSIDE AVE #106
MEDFORD, OR  97501-4692

**D** Employer identification number
█████1083

**E** Telephone number
541 773-4461

**F** Accounting method: [X] Cash  [ ] Accrual  [ ] Other (specify) ▶

- Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ)

**G** Web site ▶

**H & I** are not applicable to section 527 organizations
**H(a)** Is this a group return for affiliates?  [ ] Yes  [X] No
**H(b)** If "Yes," enter number of affiliates ▶
**H(c)** Are all affiliates included?  [ ] Yes  [X] No
(If "No" attach a list. See instructions.)
**H(d)** Is this a separate return filed by an organization covered by a group ruling?  [ ] Yes  [X] No

**J** Organization type (check only one) ▶ [X] 501(c)(3) ◀ (insert no.)  [ ] 4947(a)(1) or  [ ] 527

**K** Check here ▶ [ ] if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**I** Enter 4-digit GEN ▶

**M** Check ▶ [ ] if organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶

### Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances  (See Specific Instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received | | | |
| a | Direct public support | 1a | 102,084. | |
| b | Indirect public support | 1b | | |
| c | Government contributions (grants) | 1c | | |
| d | Total (add lines 1a through 1c) (cash $ 102,084. noncash $ _____ ) | 1d | | 102,084. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | | |
| 3 | Membership dues and assessments | 3 | | |
| 4 | Interest on savings and temporary cash investments | 4 | | |
| 5 | Dividends and interest from securities | 5 | | |
| 6a | Gross rents | 6a | | |
| b | Less rental expenses | 6b | | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | | |
| 7 | Other investment income (describe ▶ _____ ) | 7 | | |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities 8a / (B) Other | | |
| b | Less cost or other basis & sales expenses | 8b | | |
| c | Gain or (loss) (attach schedule) | 8c | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | | |
| 9 | Special events and activities (attach schedule) | | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | | |
| b | Less direct expenses other than fundraising expenses | 9b | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | | |
| b | Less cost of goods sold | 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | | |
| 11 | Other revenue (from Part VII, line 103) | 11 | | |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | | 102,084. |
| 13 | Program services (from line 44, column (B)) | 13 | | 72,288. |
| 14 | Management and general (from line 44, column (C)) | 14 | | 33,955. |
| 15 | Fundraising (from line 44, column (D)) | 15 | | 100. |
| 16 | Payments to affiliates (attach schedule) | 16 | | 0. |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | | 106,343. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | | -4,259. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | | 664,870. |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | | |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | | 660,611. |

SCANNED AUG 0 8 2002

RECEIVED JUL 2 6 2002 IRS-OSC OGDEN, UT

For Paperwork Reduction Act Notice, see the separate Instructions

Form **990** (2001)

CAA  1 99012  NTF 2557060  Copyright 2001 Greatland/Nelco — Forms Software Only

AHIF 001503

Form 990 (2001) Page 2

### Part II · Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See Specific Instructions.)

Do not include amounts reported on line 6b, 8b, 9b, 10b or 16 of Part I.

| | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 | Grants and allocations (attach schedule) (cash $ _____ noncash $ _____) | | | | |
| 23 | Specific assistance to individuals (attach schedule) | | | | |
| 24 | Benefits paid to or for members (attach schedule) | | | | |
| 25 | Compensation of officers, directors, etc | | | | |
| 26 | Other salaries and wages | | | | |
| 27 | Pension plan contributions | | | | |
| 28 | Other employee benefits | | | | |
| 29 | Payroll taxes | | | | |
| 30 | Professional fundraising fees | | | | |
| 31 | Accounting fees | 2,866. | | 2,866. | |
| 32 | Legal fees | 5,960. | | 5,960. | |
| 33 | Supplies | 1,852. | 926. | 926. | |
| 34 | Telephone | 2,726. | | 2,726. | |
| 35 | ~~Postage and shipping~~ | ~~7,503.~~ | ~~7,003.~~ | ~~400.~~ | ~~100.~~ |
| 36 | Occupancy | 634. | | 634. | |
| 37 | Equipment rental and maintenance | | | | |
| 38 | Printing and publications | | | | |
| 39 | Travel | | | | |
| 40 | Conferences, conventions, and meetings | | | | |
| 41 | Interest | | | | |
| 42 | Depreciation, depletion, etc (attach schedule) | 17,246. | 17,246. | | |
| 43 | Other expenses not covered above (itemize) a _____ | | | | |
| | b See schedule | 67,556. | 47,113. | 20,443. | |
| | c _____ | | | | |
| | d _____ | | | | |
| | e _____ | | | | |
| 44 | Total functional expenses (add lines 22 through 43) Organizations completing columns (B)-(D), carry these totals to lines 13-15 | 106,343. | 72,288. | 33,955. | 100. |

Joint Costs Check ▶ ☐ if you are following SOP 98-2
Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ▶ ☐ Yes ☐ No
If "Yes," enter (i) aggregate amount of these joint costs $ _____, (ii) the amount allocated to Program services $ _____
(iii) the amount allocated to Management and general $ _____, and (iv) the amount allocated to Fundraising $ _____

### Part III Statement of Program Service Accomplishments (See Specific Instructions)

What is the organization's primary exempt purpose? ▶ Members' spiritual benefit

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

Program Service Expenses (Required for 501(c)(3) & (4) orgs & 4947(a)(1) trusts but optional for others)

a The most significant activity is the publication of Islamic books that deal with spiritual issues. There is free distribution of books to those who request them.
(Grants and allocations $ 0.) 14,268.

b Prayer houses are located in Ashland, Ore. and Springfield, Mo. This is similar to a church and attendance is open to the public.
(Grants and allocations $ 0.) 58,020.

c _____
(Grants and allocations $ _____)

d _____
(Grants and allocations $ _____)

e Other program services (attach schedule) (Grants and allocations $ _____)

f Total of Program Service Expenses (should equal line 44, column (B), Program services) ▶ 72,288.

CAA  1 99012  NTF 2557001  Copyright 2001 Greatland/Nelco – Forms Software Only  Form 990 (2001)

AHIF 001504

Form 990 (2001) Page 3

## Part IV   Balance Sheets (See Specific Instructions)

Note: Where required, attached schedules and amounts within the description column should be for end-of-year amounts only

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| ASSETS | 45 | Cash — non-interest-bearing | 0. | 45 | 12,667. |
| | 46 | Savings and temporary cash investments | | 46 | |
| | 47a | Accounts receivable  47a | | | |
| | b | Less allowance for doubtful accounts  47b | | 47c | |
| | 48a | Pledges receivable  48a | | | |
| | b | Less allowance for doubtful accounts  48b | | 48c | |
| | 49 | Grants receivable | | 49 | |
| | 50 | Receivables from officers, directors, trustees, and key employees (attach schedule) | | 50 | |
| | 51a | Other notes and loans receivable (attach schedule)  51a | | | |
| | b | Less allowance for doubtful accounts  51b | | 51c | |
| | 52 | Inventories for sale or use | | 52 | |
| | 53 | Prepaid expenses and deferred charges | | 53 | |
| | 54 | Investments — securities (attach schedule) ▶ ☐ Cost ☐ FMV | | 54 | |
| | 55a | Investments — land, buildings, and equipment basis  55a  685,643. | | | |
| | b | Less accumulated depreciation (attach schedule)  55b  35,288. | 667,601. | 55c | 650,355. |
| | 56 | Investments — other (attach schedule) | | 56 | |
| | 57a | Land, buildings, and equipment basis  57a | | | |
| | b | Less accumulated depreciation (attach schedule)  57b | | 57c | |
| | 58 | Other assets (describe ▶                    ) | | 58 | |
| | 59 | Total assets (add lines 45 through 58) (must equal line 74) | 667,601. | 59 | 663,022. |
| LIABILITIES | 60 | Accounts payable and accrued expenses | 320. | 60 | |
| | 61 | Grants payable | | 61 | |
| | 62 | Deferred revenue | | 62 | |
| | 63 | Loans from officers, directors, trustees, and key employees (attach schedule) | 2,411. | 63 | 2,411. |
| | 64a | Tax-exempt bond liabilities (attach schedule) | | 64a | |
| | b | Mortgages and other notes payable (attach schedule) | | 64b | |
| | 65 | Other liabilities (describe ▶                    ) | | 65 | |
| | 66 | Total liabilities (add lines 60 through 65) | | 66 | |
| NET ASSETS OR FUND BALANCES | | Organizations that follow SFAS 117, check here ▶ ☐ and complete lines 67 through 69 and lines 73 and 74 | | | |
| | 67 | Unrestricted | | 67 | |
| | 68 | Temporarily restricted | | 68 | |
| | 69 | Permanently restricted | | 69 | |
| | | Organizations that do not follow SFAS 117, check here ▶ ☐ and complete lines 70 through 74 | | | |
| | 70 | Capital stock, trust principal, or current funds | 664,870. | 70 | 660,611. |
| | 71 | Paid-in or capital surplus, or land, building, and equipment fund | | 71 | |
| | 72 | Retained earnings, endowment, accumulated income, or other funds | | 72 | |
| | 73 | Total net assets or fund balances (add lines 67 through 69 OR lines 70 through 72, column (A) must equal line 19, column (B) must equal line 21) | | 73 | |
| | 74 | Total liabilities and net assets / fund balances (add lines 66 and 73) | 667,601. | 74 | 663,022. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

CAA  1  99034  NTF 2557062  Copyright 2001 Greatland/Nelco – Forms Software Only

AHIF 001505

Form 990 (2001)                                                                 Page 4

| Part IV-A | Reconciliation of Revenue per Audited Financial Statements with Revenue per Return (See Specific Instructions) | | Part IV-B | Reconciliation of Expenses per Audited Financial Statements with Expenses per Return | |
|---|---|---|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements ▶ | a     --- | a | Total expenses and losses per audited financial statements ▶ | a |
| b | Amounts included on line a but not on line 12, Form 990 | | b | Amounts included on line a but not on line 17, Form 990 | |
| (1) | Net unrealized gains on investments  $ | | (1) | Donated services & use of facilities  $ | |
| (2) | Donated services & use of facilities  $ | | (2) | Prior year adjustments reported on line 20 Form 990  $ | |
| (3) | Recoveries of prior year grants  $ | | (3) | Losses reported on line 20, Form 990  $ | |
| (4) | Other (specify) _____ $ | | (4) | Other (specify) _____ $ | |
| | Add amounts on lines (1) through (4) ▶ | b | | Add amounts on lines (1) through (4) ▶ | b |
| c | Line a minus line b ▶ | c | c | Line a minus line b ▶ | c |
| d | Amounts included on line 12, Form 990 but not on line a | | d | Amounts included on line 17, Form 990 but not on line a | |
| (1) | Investment expenses not included on line 6b, Form 990  $ | | (1) | Investment expenses not included on line 6b, Form 990  $ | |
| (2) | Other (specify) _____ $ | | (2) | Other (specify) _____ $ | |
| | Add amounts on lines (1) and (2) ▶ | d | | Add amounts on lines (1) and (2) ▶ | d |
| e | Total revenue per line 12, Form 990 (line c plus line d) ▶ | e | e | Total expenses per line 17, Form 990 (line c plus line d) ▶ | e |

**Part V** List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated, see Specific Instructions)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (if not paid, enter -0-) | (D) Contributions to employee benefit plans & deferred comp | (E) Expense account and other allowances |
|---|---|---|---|---|
| Aqeel Al-Aqeel 1257 Siskiyou 212 | President 5 | 0. | 0. | 0. |
| Mansuor Al-Kadi 1257 Siskiyou 212 | Vice President 5 | 0. | 0. | 0. |
| Solimon HS Al-Buthe 1257 Siskiyou 212 | Treasurer 10 | 0. | 0. | 0. |
| Perouz Seda Ghaty 1257 Siskiyou 2224 | Secretary 20 | 0. | 0. | 0. |

75  Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations?  ▶ ☐ Yes ☒ No
If "Yes," attach schedule — see Specific Instructions

CAA   1  99034   NTF 2557063   Copyright 2001 Greatland/Nelco - Forms Software Only                    Form 990 (2001)

AHIF 001506

Form 990 (2001)                                                                                                    Page 5

| Part VI | Other Information (See Specific Instructions) | | Yes | No |
|---|---|---|---|---|
| 76 | Did organization engage in any activity not previously reported to IRS? If "Yes," attach detailed description of each activity | 76 | | X |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS? If "Yes," attach a conformed copy of the changes | 77 | | X |
| 78a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? | 78a | | X |
| b | If "Yes," has it filed a tax return on Form 990-T for this year? | 78b | | |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? If "Yes," attach a statement | 79 | | X |
| 80a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc., to any other exempt or nonexempt organization? | 80a | | X |
| b | If "Yes," enter the name of the organization ▶ _____ and check whether it is ☐ exempt OR ☐ nonexempt | | | |
| 81a | Enter direct or indirect political expenditures See line 81 instructions  [81a] | | | |
| b | Did the organization file Form 1120-POL for this year? | 81b | | X |
| 82a | Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? | 82a | | X |
| b | If "Yes," you may indicate the value of these items here Do not include this amount as revenue in Part I or as an expense in Part II (See instructions in Part III) [82b] | | | |
| 83a | Did the organization comply with the public inspection requirements for returns and exemption applications? | 83a | X | |
| b | Did the organization comply with the disclosure requirements relating to quid pro quo contributions? | 83b | X | |
| 84a | Did the organization solicit any contributions or gifts that were not tax deductible? | 84a | | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | 84b | | |
| 85 | 501(c)(4), (5), or (6) organizations a Were substantially all dues nondeductible by members? | 85a | | |
| b | Did the organization make only in-house lobbying expenditures of $2,000 or less? | 85b | | |
| | If "Yes" was answered to either 85a or 85b, do not complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year | | | |
| c | Dues, assessments, and similar amounts from members  [85c] | | | |
| d | Section 162(e) lobbying and political expenditures  [85d] | | | |
| e | Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices  [85e] | | | |
| f | Taxable amount of lobbying and political expenditures (line 85d less 85e)  [85f] | | | |
| g | Does the organization elect to pay the section 6033(e) tax on the amount on line 85f? | 85g | | |
| h | If section 6033(e)(1)(A) dues notices were sent, does the organization agree to add the amount on line 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year? | 85h | | |
| 86 | 501(c)(7) orgs Enter  a Initiation fees and capital contributions included on line 12  [86a] | | | |
| b | Gross receipts, included on line 12, for public use of club facilities  [86b] | | | |
| 87 | 501(c)(12) orgs Enter  a Gross income from members or shareholders  [87a] | | | |
| b | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them)  [87b] | | | |
| 88 | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations sections 301 7701-2 and 301 7701-3? If "Yes," complete Part IX | 88 | | X |
| 89a | 501(c)(3) organizations Enter Amount of tax imposed on the organization during the year under section 4911 ▶ 0.  , section 4912 ▶ 0.  , section 4955 ▶ 0. | | | |
| b | 501(c)(3) and 501(c)(4) orgs Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If "Yes," attach a statement explaining each transaction | 89b | | X |
| c | Enter Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ | | | 0. |
| d | Enter Amount of tax on line 89c, above, reimbursed by the organization ▶ | | | 0. |
| 90a | List the states with which a copy of this return is filed ▶ Oregon | | | |
| b | Number of employees employed in the pay period that includes March 12, 2001 (See instructions) | 90b | 0 | |
| 91 | The books are in care of ▶ Pete Seda    Telephone no ▶ 541  482-8371 Located at ▶ 1257 Siskiyou Blvd #224, Ashland OR    ZIP+4 ▶ 97520 | | | |
| 92 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of Form 1041 — Check here and enter the amount of tax-exempt interest received or accrued during the tax year ▶ [92] | | | ▶ ☐ |

CAA   1  89056   NTF 2557064   Copyright 2001 Greatland/Nelco — Forms Software Only                   Form 990 (2001)

AHIF 001507

Form 990 (2001) Page 6

### Part VII — Analysis of Income-Producing Activities (See Specific Instructions)

Note: Enter gross amounts unless otherwise indicated

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (E) Related or exempt function income |
|---|---|---|---|---|---|
| | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | |
| 93 Program service revenue | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f Medicare/Medicaid payments | | | | | |
| g Fees & contracts from govt. agencies | | | | | |
| 94 Membership dues & assessments | | | | | |
| 95 Interest on savings and temporary cash investments | | | | | |
| 96 Dividends & interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate | | | | | |
| a debt-financed property | | | | | |
| b not debt-financed property | | | | | |
| 98 Net rental income or (loss) from personal property | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income or (loss) from special events | | | | | |
| 102 Gross profit/(loss) from sales of inventory | | | | | |
| 103 Other revenue a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)) | | | | | |

105 Total (add line 104, columns (B), (D), and (E)) ▶ _____

Note: Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I

### Part VIII — Relationship of Activities to the Accomplishment of Exempt Purposes (See Specific Instructions)

| Line No. ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes) |
|---|---|
| | |
| | |
| | |

### Part IX — Information Regarding Taxable Subsidiaries and Disregarded Entities (See Specific Instructions)

| (A) Name, address, and EIN of corporation, partnership, or disregarded entity | (B) Percentage of ownership int. | (C) Nature of activities | (D) Total income | (E) End-of-year assets |
|---|---|---|---|---|
| | % | | | |
| | % | | | |
| | % | | | |
| | % | | | |

### Part X — Information Regarding Transfers Associated with Personal Benefit Contracts (See Specific Instructions)

(a) Did organization, during year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes ☐ No

(b) Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ☐ Yes ☐ No

Note: If "Yes" to (b), file Form 8870 and Form 4720 (see instructions)

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

Date: 7-7-02

SECRETARY

AHIF 001508

| SCHEDULE A (Form 990 or 990-EZ) Department of the Treasury Internal Revenue Service | Organization Exempt Under Section 501(c)(3) (Except Private Foundation) and Section 501(e), 501(f), 501(k), 501(n), or Section 4947(a)(1) Nonexempt Charitable Trust Supplementary Information — (See separate instructions) ▶ MUST be completed by the above organizations and attached to their Form 990 or 990-EZ | | | OMB No 1545-0047 **2001** |
|---|---|---|---|---|

Name of the organization: **AL HARAMAIN ISLAMIC FOUNDATION INC**
Employer Identification number: **93-1231083**

### Part I — Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees
(See the instructions. List each one. If there are none, enter "None.")

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to empl benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| NONE | | | | |

Total number of other employees paid over $50,000 ▶

### Part II — Compensation of the Five Highest Paid Independent Contractors for Professional Services
(See the instructions. List each one (whether individuals or firms). If there are none, enter "None.")

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |

Total number of others receiving over $50,000 for professional services ▶

For Paperwork Reduction Act Notice, see the Instructions for Form 990 and Form 990-EZ.   Schedule A (Form 990 or 990-EZ) 2001
CAA  1 990A12  NTF 2556997   Copyright 2001 Greatland/Nelco — Forms Software Only

AHIF 001509

Schedule A (Form 990 or 990-EZ) 2001                                              Page 2

| Part III | Statements About Activities (See the instructions) | | Yes | No |
|---|---|---|---|---|
| 1 | During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? If "Yes," enter the total expenses paid or incurred in connection with the lobbying activities ► $ _____ (Must equal amount on line 38 Part VI-A, or line I of Part VI-B) | 1 | | X |
| | Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A Other organizations checking "Yes," must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities | | | |
| 2 | During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any substantial contributors, trustees, directors, officers, creators, key employees, or members of their families, or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary? (If the answer to any question is "Yes," attach a detailed statement explaining the transactions) | | | |
| a | Sale, exchange, or leasing of property? | 2a | | X |
| b | Lending of money or other extension of credit? | 2b | | X |
| c | Furnishing of goods, services, or facilities? | 2c | | X |
| d | Payment of compensation (or payment or reimbursement of expenses if more than $1,000)? | 2d | | X |
| e | Transfer of any part of its income or assets? | 2e | | X |
| 3 | Does the organization make grants for scholarships, fellowships, student loans, etc? (See Note below) | 3 | | X |
| 4 | Do you have a section 403(b) annuity plan for your employees? | 4 | | X |
| | **Note:** Attach a statement to explain how the organization determines that individuals or organizations receiving grants or loans from it in furtherance of its charitable programs "qualify" to receive payments | | | |

| Part IV | Reason for Non-Private Foundation Status (See the instructions) |
|---|---|

The organization is not a private foundation because it is (Please check only ONE applicable box)

5  ☐ A church, convention of churches, or association of churches  Section 170(b)(1)(A)(i)
6  ☐ A school  Section 170(b)(1)(A)(ii)  (Also complete Part V)
7  ☐ A hospital or a cooperative hospital service organization  Section 170(b)(1)(A)(iii)
8  ☐ A Federal, state, or local government or governmental unit  Section 170(b)(1)(A)(v)
9  ☐ A medical research organization operated in conjunction with a hospital  Section 170(b)(1)(A)(iii)  Enter the hospital's name, city, and state ► _____
10 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit  Section 170(b)(1)(A)(iv) (Also complete the Support Schedule in Part IV-A)
11a ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public  Section 170(b)(1)(A)(vi)  (Also complete the Support Schedule in Part IV-A)
11b ☐ A community trust  Section 170(b)(1)(A)(vi)  (Also complete the Support Schedule in Part IV-A)
12  ☐ An organization that normally receives (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc, functions — subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975  See section 509(a)(2)  (Also complete the Support Schedule in Part IV-A)
13  ☐ An organization that is not controlled by any disqualified persons (other than foundation managers) and supports organizations described in (1) lines 5 through 12 above, or (2) section 501(c)(4), (5), or (6), if they meet the test of section 509(a)(2)  (See section 509(a)(3))

Provide the following information about the supported organizations (See the instructions)

| (a) Name(s) of supported organization(s) | (b) Line number from above |
|---|---|
| | |
| | |

14 ☐ An organization organized and operated to test for public safety  Section 509(a)(4)  (See the instructions)

CAA  1 990A12  NTF 2558998  Copyright 2001 Greatland/Nelco – Forms Software Only                Schedule A (Form 990 or 990-EZ) 2001

AHIF 001510

Schedule A (Form 990 or 990-EZ) 2001                                                                                      Page 3

**Part IV-A** Support Schedule (Complete only if you checked a box on line 10, 11, or 12) Use cash method of accounting
Note You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting

| Calendar year (or fiscal year beginning in) ▶ | (a) 2000 | (b) 1999 | (c) 1998 | (d) 1997 | (e) Total |
|---|---|---|---|---|---|
| 15 Gifts, grants and contributions received (Do not include unusual grants See line 28) | 561,640. | 176,362. | | | 738,002. |
| 16 Membership fees received | | | | | |
| 17 Gross receipts from admissions, merchandise sold or services performed or furnishing of facilities in any activity that is related to the organization's charitable, etc purpose | | | | | |
| 18 Gross income from interest, dividends, amounts received from payments on securities loans (section 512(a)(5)), rents, royalties, and unrelated business taxable income (less section 511 taxes) from businesses acquired by the organization after June 30 1975 | | | | | |
| 19 Net income from unrelated business activities not included in line 18 | | | | | |
| 20 Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf | | | | | |
| 21 The value of services or facilities furnished to the organization by a governmental unit without charge Do not include the value of services or facilities generally furnished to the public without charge | | | | | |
| 22 Other income Attach a schedule Do not include gain or (loss) from sale of capital assets | | | | | |
| 23 Total of lines 15 through 22 | 561,640. | 176,362. | | | 738,002. |
| 24 Line 23 minus line 17 | 561,640. | 176,362. | | | 738,002. |
| 25 Enter 1% of line 23 | 5,616. | 17,636. | | | |

| 26 | Organizations described on lines 10 or 11 | a Enter 2% of amount in column (e), line 24 | ▶ | 26a | 14,760. |
|---|---|---|---|---|---|
| | b Prepare a list for your records to show the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 1997 through 2000 exceeded the amount shown in line 26a Do not file this list with your return Enter the total of all these excess amounts | | ▶ | 26b | 139,583. |
| | c Total support for section 509(a)(1) test Enter line 24, column (e) | | ▶ | 26c | 738,002 |
| | d Add Amounts from column (e) for lines  18 _____0. 19_____0. 22_____0. 26b_____139,583. | | ▶ | 26d | 139,583. |
| | e Public support (line 26c minus line 26d total) | | ▶ | 26e | 598,419. |
| | f Public support percentage (line 26e (numerator) divided by line 26c (denominator)) | | ▶ | 26f | 81.09% |

27 Organizations described on line 12   a For amounts included in lines 15, 16, and 17 that were received from a "disqualified person," prepare a list for your records to show the name of, and total amounts received in each year from, each "disqualified person" Do not file this list with your return Enter the sum of such amounts for each year

(2000) _____ (1999) _____ (1998) _____ (1997) _____

b For any amount included in line 17 that was received from each person (other than "disqualified persons"), prepare a list for your records to show the name of, and amount received for each year, that was more than the larger of (1) the amount on line 25 for the year or (2) $5,000 (Include in the list organizations described in lines 5 through 11, as well as individuals) Do not file this list with your return After computing the difference between the amount received and the larger amount described in (1) or (2), enter the sum of these differences (the excess amounts) for each year

(2000) _____ (1999) _____ (1998) _____ (1997) _____

| | c Add Amounts from column (e) for lines  15_____ 16_____ 17_____ 20_____ 21_____ | ▶ | 27c | |
|---|---|---|---|---|
| | d Add Line 27a total_____ and line 27b total_____ | ▶ | 27d | |
| | e Public support (line 27c total minus line 27d total) | ▶ | 27e | |
| | f Total support for section 509(a)(2) test Enter amount from line 23, column (e) | ▶ | 27f | |
| | g Public support percentage (line 27e (numerator) divided by line 27f (denominator)) | ▶ | 27g | % |
| | h Investment income percentage (line 18, column (e) (numerator) divided by line 27f (denominator)) | ▶ | 27h | % |

28 Unusual Grants For an organization described in line 10, 11, or 12 that received any unusual grants during 1997 through 2000, prepare a list for your records to show, for each year, the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. Do not file this list with your return Do not include these grants in line 15

CAA   1 990A34   NTF 2556999   Copyright 2001 Greatland/Nelco - Forms Software Only        Schedule A (Form 990 or 990-EZ) 2001

AHIF 001511

Schedule A (Form 990 or 990-EZ) 2001                                                                                Page 4

| Part V | Private School Questionnaire (See the Instructions) |
|---|---|
| | (To be completed ONLY by schools that checked the box on line 6 in Part IV) |

| | | Yes | No |
|---|---|---|---|
| 29 | Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body? **29** | | |
| 30 | Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships? **30** | | |
| 31 | Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves? **31** | | |

If "Yes," please describe, if "No," please explain (If you need more space, attach a separate statement)

_____
_____
_____

32  Does the organization maintain the following
| | | | |
|---|---|---|---|
| a | Records indicating the racial composition of the student body, faculty, and administrative staff? | **32a** | |
| b | Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | **32b** | |
| c | Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | **32c** | |
| d | Copies of all material used by the organization or on its behalf to solicit contributions? | **32d** | |

If you answered "No" to any of the above, please explain (If you need more space, attach a separate statement)

_____
_____

33  Does the organization discriminate by race in any way with respect to

| | | | |
|---|---|---|---|
| a | Students' rights or privileges? | **33a** | |
| b | Admissions policies? | **33b** | |
| c | Employment of faculty or administrative staff? | **33c** | |
| d | Scholarships or other financial assistance? | **33d** | |
| e | Educational policies? | **33e** | |
| f | Use of facilities? | **33f** | |
| g | Athletic programs? | **33g** | |
| h | Other extracurricular activities? | **33h** | |

If you answered "Yes" to any of the above, please explain (If you need more space, attach a separate statement)

_____
_____

| | | | |
|---|---|---|---|
| 34a | Does the organization receive any financial aid or assistance from a governmental agency? | **34a** | |
| b | Has the organization's right to such aid ever been revoked or suspended? | **34b** | |

If you answered "Yes" to either 34a or b, please explain using an attached statement

| | | | |
|---|---|---|---|
| 35 | Does the organization certify that it has complied with the applicable requirements of sections 4 01 through 4 05 of Rev Proc 75-50, 1975-2 C B 587, covering racial nondiscrimination? If "No," attach an explanation | **35** | |

CAA   1 990A34   NTF 2557000   Copyright 2001 Greatland/Nelco – Forms Software Only                Schedule A (Form 990 or 990-EZ) 2001

AHIF 001512

Schedule A (Form 990 or 990-EZ) 2001 Page 5

## Part VI-A — Lobbying Expenditures by Electing Public Charities (See the instructions.)
(To be completed ONLY by an eligible organization that filed Form 5768)

Check ▶ a ☐ If the organization belongs to an affiliated group   Check ▶ b ☐ if you checked "a" and "limited control" provisions apply

| Limits on Lobbying Expenditures (The term "expenditures" means amounts paid or incurred.) | | (a) Affiliated group totals | (b) To be completed for ALL electing organizations |
|---|---|---|---|
| 36 Total lobbying expenditures to influence public opinion (grassroots lobbying) | 36 | | |
| 37 Total lobbying expenditures to influence a legislative body (direct lobbying) | 37 | | |
| 38 Total lobbying expenditures (add lines 36 and 37) | 38 | | |
| 39 Other exempt purpose expenditures | 39 | | |
| 40 Total exempt purpose expenditures (add lines 38 and 39) | 40 | | |
| 41 Lobbying nontaxable amount. Enter the amount from the following table — | 41 | | |
| 42 Grassroots nontaxable amount (enter 25% of line 41) | 42 | | |
| 43 Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36 | 43 | | |
| 44 Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38 | 44 | | |

If the amount on line 40 is —   The lobbying nontaxable amount is —
Not over $500,000   20% of the amount on line 40
Over $500,000 but not over $1,000,000   $100,000 plus 15% of the excess over $500,000
Over $1,000,000 but not over $1,500,000   $175,000 plus 10% of the excess over $1,000,000
Over $1,500,000 but not over $17,000,000   $225,000 plus 5% of the excess over $1,500,000
Over $17,000,000   $1,000,000

Caution: If there is an amount on either line 43 or line 44, you must file Form 4720

### 4-Year Averaging Period Under Section 501(h)
(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the instructions for lines 45 through 50.)

Lobbying Expenditures During 4-Year Averaging Period

| Calendar year (or fiscal year beginning in) ▶ | (a) 2001 | (b) 2000 | (c) 1999 | (d) 1998 | (e) Total |
|---|---|---|---|---|---|
| 45 Lobbying nontaxable amount | | | | | |
| 46 Lobbying ceiling amount (150% of line 45(e)) | | | | | |
| 47 Total lobbying expenditures | | | | | |
| 48 Grassroots nontaxable amount | | | | | |
| 49 Grassroots ceiling amount (150% of line 48(e)) | | | | | |
| 50 Grassroots lobbying expenditures | | | | | |

## Part VI-B — Lobbying Activity by Nonelecting Public Charities
(For reporting only by organizations that did not complete Part VI-A) (See the instructions.)

| During the year, did the organization attempt to influence national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of | Yes | No | Amount |
|---|---|---|---|
| a Volunteers | | | |
| b Paid staff or management (include compensation in expenses reported on lines c through h) | | | |
| c Media advertisements | | | |
| d Mailings to members, legislators, or the public | | | |
| e Publications, or published or broadcast statements | | | |
| f Grants to other organizations for lobbying purposes | | | |
| g Direct contact with legislators, their staffs, government officials, or a legislative body | | | |
| h Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means | | | |
| i Total lobbying expenditures (Add lines c through h) | | | |

If "Yes" to any of the above, also attach a statement giving a detailed description of the lobbying activities

CAA   1 990A56   NTF 2557001   Copyright 2001 Greatland/Nelco – Forms Software Only   Schedule A (Form 990 or 990-EZ) 2001

AHIF 001513

Schedule A (Form 990 or 990-EZ) 2001                                                                                                             Page 6

| Part VII | Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations (See the instructions) |

51  Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| a Transfers from the reporting organization to a noncharitable exempt organization of | | | |
| (i) Cash | 51a(i) | | X |
| (ii) Other assets | a(ii) | | X |
| b Other transactions | | | |
| (i) Sales or exchanges of assets with a noncharitable exempt organization | b(i) | | X |
| (ii) Purchases of assets from a noncharitable exempt organization | b(ii) | | X |
| (iii) Rental of facilities, equipment, or other assets | b(iii) | | X |
| (iv) Reimbursement arrangements | b(iv) | | X |
| (v) Loans or loan guarantees | b(v) | | X |
| (vi) Performance of services or membership or fundraising solicitations | b(vi) | | X |
| c Sharing of facilities, equipment, mailing lists, other assets, or paid employees | c | | X |

d If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, & sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

52a Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?      ▶ ☐ Yes  ☐ No

b If "Yes," complete the following schedule

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

CAA   1  990A56   NTF 2557010   Copyright 2001 Greatland/Nelco - Forms Software Only                    Schedule A (Form 990 or 990-EZ) 2001

AHIF 001514

| Schedule B (Form 990, 990-EZ, or 990-PF)<br>Department of the Treasury<br>Internal Revenue Service | **Schedule of Contributors**<br>Supplementary Information for line 1 of Form 990, 990EZ and 990-PF (see instructions) | OMB No 1545-0047<br>**2001** |
|---|---|---|

**Name of organization**
AL HARAMAIN ISLAMIC FOUNDATION INC.

**Employer Identification number**
93-1231083

**IMPORTANT** Schedule B (Form 990, 990-EZ, or 990-PF) is --

**Disclosable for**
▶ Section 527 organizations that file Form 990 or 990-EZ
▶ Organizations that file Form 990-PF

**Nondisclosable for**
▶ Organizations that file Form 990 or 990-EZ except for section 527 organizations (see above)

**Organization type (check one)**

Filers of
Form 990 or 990-EZ

Section
[X] 501 (c)( 3 ) (enter number) organization
[ ] 4947 (a) (1) nonexempt charitable trust not treated as a private foundation
[ ] 527 political organization

Form 990-PF
[ ] 501 (c) (3) private foundation
[ ] 4947 (a) (1) trust treated as a private foundation

Check if your organization is covered by the General rule or a Special rule (Note Only a section 501 (c) (7), (8), or (10) organization can check box(es) for both the General rule and a Special rule -- see instructions

**General Rule -**
[X] For organizations filing Form 990, 990-EZ, or 990-PF that received, during the tax year, $5,000 or more (in money or property) from any one contributor (Complete Parts I and II)

**Special Rules -**
[ ] For a section 501 (c) (3) organization filing Form 990 or 990-EZ that met the 33 1/3% support test of the regulations under 509 (a) (1)/170 (b) (1) (A) and received a contribution of the greater of $5,000 or 2% of the amount on line 1 of these forms from any one contributor (Complete Parts I and II)
[ ] For a section 501 (c) (7), (8), or (10) organization filing Form 990 or Form 990-EZ that received total contributions or bequests of more than $1,000 for use exclusively for religious, charitable, scientific, literary, or educational purposes, or the prevention of cruelty to children or animals (Complete Parts I, II, and III)
[ ] For a section 501 (c) (7), (8), or (10) organization filing Form 990 or Form 990-EZ that did not receive total contributions of more than $1,000 for use exclusively for religious, charitable, etc, purposes (If this box is checked, enter here the total contributions received during the year for an exclusively religious, charitable, etc, purpose Do not complete any of the Parts unless the General rule applies) ▶ $ _____

**Caution** Organizations that are not covered by the General rule and/or the Special rules do not file Schedule B (Form 990, 990-EZ, or 990-PF) but MUST check the box in the heading of their Form 990, Form 990-EZ, or on line 1 of their Form 990-PF, to certify that they do not meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF)

For Privacy Act and Paperwork Reduction Act Notice, see Instructions

**AHIF 001515**

BCA   Copyright form software only  2000 Universal Tax Systems Inc  All rights reserved   US990B11         Schedule B (Form 990 990-EZ or 990-PF)(2001)

Schedule B (Form 990, 990-EZ, or 990-PF) (2001)  
Page ___ to ___ of Part I

**Name of organization**: AL HARAMAIN ISLAMIC FOUNDATION INC  
**Employer identification number**: 93-1231083

**Part I  Contributors**

| (a) No | (b) Name, address and zip code | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| --- | NONE OVER 5,000 OR 2% | $ _____ | Person ☐ Payroll ☐ Noncash ☐ (Complete Part II if a noncash contribution) |
| --- | | $ _____ | Person ☐ Payroll ☐ Noncash ☐ (Complete Part II if a noncash contribution) |
| --- | | $ _____ | Person ☐ Payroll ☐ Noncash ☐ (Complete Part II if a noncash contribution) |
| --- | | $ _____ | Person ☐ Payroll ☐ Noncash ☐ (Complete Part II if a noncash contribution) |
| --- | | $ _____ | Person ☐ Payroll ☐ Noncash ☐ (Complete Part II if a noncash contribution) |
| --- | | $ _____ | Person ☐ Payroll ☐ Noncash ☐ (Complete Part II if a noncash contribution) |

Schedule B (Form 990 or 990-EZ or 990-PF) (2001)

BCA   Copyright form software only 2001 Universal Tax Systems Inc  All rights reserved   US990B$2

AHIF 001516

Al Haramain Islamic Foundation Inc
#93-1231083
2001

Part II. Statement of Functional Expenses

| Expense | Total | Program | Mgt |
|---|---|---|---|
| Bank fees | 1,658 | | 1,658 |
| Outside services | 41,830 | 41,830 | |
| Dues & subsriptions | 656 | | 656 |
| Education | 1,250 | 1,250 | |
| Fuel | 46 | | 46 |
| Meals | 436 | | 436 |
| Office Supplies | 3,174 | 317 | 2,857 |
| Repairs | 5,718 | | 5,718 |
| Property tax | 2,477 | 1,238 | 1,239 |
| Utilities | 4,955 | 2,478 | 2,477 |
| Other charges | 5,356 | | 5,356 |
| Totals | 67,556 | 47,113 | 20,443 |

AHIF 001517