# EXHIBIT 18



