# EXHIBIT 22


## OUR ACTIVITIES

### 1420 Hijri

 ### Arabic Language Correspondence

- 60,000 packages in 1420. Grand total sent to date 1,000,000
- 150,000 Hajj Guides
- Sent 5 complete libraries to Islamic centers and institutes amounting to SR 70,000
- 640,000 booklets on 'aqeedah, salaat, Islamic rulings

 ### Non-Arabic Correspondence

 **Worldwide Library Correspondence:** This is a project aimed at giving a selection of books about Islam in the English Language as gifts to universities and public libraries throughout the world. The package includes a publication that explains what Islam is all about, another clarifies the difference between the Shiites and the Muslims and the last one being an interpretation of the meaning of the Noble Qur'an. More than 5,000 libraries throughout the United States, Canada, and England had received these packages so far.

 **Worldwide Correspondence:** This is correspondence sent in a number of languages to individuals throughout the world in response to letters sent to us through the mail, periodicals or private libraries. It is classified as follows:

 **To Muslims:** This consists of a pocket-sized translations of the meanings of the Noble Qur'an, selected booklets from our collection on 'Aqeedah (Islamic beliefs), Salaah (Prayer), obligation of adhering to the Sunnah, and a warning against religious innovation and heresy (bid'ah) as well as that of any other publications that the Foundation may have.

 **To Non-Muslims:** This contains packages giving a clear and true picture of Islam to non-Muslims apart from giving them an invitation to it.

 **Periodic Shipments:** These are packages weighing around 50 kilograms each shipped by air to Islamic associations and organizations, research centers, mosques, schools and such other institutions throughout the world. They contain the most important books and booklets printed by our committee.

 **Book Printing and Publishing:** A variety of more than 6,000,000 booklets on different fields of Islam had been printed, including important source books in addition to the Scholars' Library and Islamic Library Collection.

 **Seasonal work:** Includes 1,000,000 pamphlets on the Islamic position against Sorcery and Magic, sexual deviance, as well as the rules of fasting and the ways of the early Muslims during Ramadhaan and at other times. These are distributed on specific occasions.

**Pilgrimage (Hajj) Project:** A Project which started in 1413 A.H. until the next five years where over 3,000,000 books have already been distributed to Pilgrims as gifts. All of these only by the Grace of Allah, the Most High and by His favor.

## Masaajid (Mosques) Committee

### OBJECTIVES OF THE COMMITTEE
- To serve & fulfil the hopes of many faithful Muslims who have the initiative and deserve to establish mosques.
- To assist and encourage Muslims all over the world to build mosques and foster daw'aah activities.
- To reinforce instruction of Qur'an and Sunnah in these mosques to motivate and guide Muslims.

### ACCOMPLISHMENTS
- Built and renovated 1035 masjids since inception
- 1420 expenditures exceeded SR13,000,000 a 16% increase over 1419
- 126 masaajid built in 1420 in and outside Saudi Arabia
- Provided water coolers for 15 masaajid in and outside Kingdom

## Seasonal Projects Committee

### OBJECTIVES OF THE COMMITTEE
- To execute the general aims of the Foundation.
- To utilize seasons for the propagation of Islam and to help the needy Muslims.
- To revive and activate the deserted Sunnah (Prophets Traditions not Practiced long ago), among the Muslims e.g. Slaughtering of sacrifices.

### STATISTICS
- Expenditure for 1420 over SR14,000.000 representing a 130% increase over 1419
- Conducted Feeding of Fasters program in 38 countries and the salughter of sacrifical animals in 39
- Sent propagators and teachers of Islamic courses to over 30 countries
- About 50 orientation courses were conducted to over 2000 propagators of Islam.
- More than 1000 trips for the propagation of Islam were carried out around the world.

## Al-Haramain Doctor's Committee

This committee was founded in Rajab **1418 AH**

### COMMITTEE GOALS
- An obligation to medically aid the distressed Muslims around the world.
- Propagation of Islam among the physicians generally.

### MOST IMPORTANT AIMS
- Fulfilling the duty of providing aid to distressed Muslims. Contributing to the spread of Islam through medical care

**MAJOR ACCOMPLISHMENTS**
- Established medical aid projects in Somalia, Kenya, Mali, Bangladesh, Albania and Kosova
- Sent large quantities of medicines and medical supplies to Sudan, Comoros, Somalia, Kenya, Mali, Albania and Kosova
- Inoculated 15,000 children in Sudan against meningitis
- Established two clinics in Indonesia and one clinic in Kosova
- Circumcision of more than 1,000 children in Somalia and Kosova
- Started a massive project in Somalia for inoculation.
- Administered a project for building two polyclinics in Indonesia.

**PROPAGATION OF ISLAM**
- Conducting missionary meetings with medical students for consultation in theological & jurisdictional Islamic matters in Medicine.
- Implemented a "Precious Pearl" program which was a da'wah gift to women working in the health field
- Implemented a "Gift To The Newborn" project consisting of teaching the Islamic rulings regarding newborn children and distribution of that in hospitals.
- Implemented an "Eid Gift" project for the sick as well as gifts to men and women doctors.
- Established libraries in health centers and supplied them with Islamic publications and magazines
- Organized lectures and da'wah meetings and work in da'wah to non-Muslim groups
- Published awareness raising materials about certain practices and diseases such as smoking, high blood sugar, heart disease and natural breastfeeding.
- Issuing a pamphlet for female workers in the health sector.

## Orphan Sponsorship Committee

**SUMMARY OF ACHIEVEMENTS**
- Orphans having guardianship number up to   **5,000**
- Sponsorship of Islamic Propagators ....... **3,000**
- Donated several gifts for the public e.q. Cassettes, books, transport means and etc...
- Expenditures amounted to over SR 1,000,000 in 1420

**FUTURE PROJECTS**
- Increase and activation of Orphans, Propagators. Imams.
- Construction of propagators College
- Construction of Orphanage centers to meet all the needs of Orphans

## Asia Committee

- This foundation is sponsoring a number of centers and agencies in Asia mostly in Bangladesh, Pakistan, Yemen, Lebanon, Indonesia, China, Jordan, Azerbijan
- Asia committee is executing different projects in the above states, namely: Colleges, Schools, Personnel, Mosques, Orphanages, Courts
- The Committee is also in charge of seasonal projects (Meals, tapes, medical & educational pursuits. Sacrifices, printing of books and pamphlets etc..)
- The committee is also assisting sisters agencies for the propagation of Islam, where cassettes and texts are printed in different languages.
- Expenditures over SR78,000,000 ($20,800,000 US) in 1420 a 571% increase over 1419 due to the Chechnyan crisis

### Africa Committee

- Expenditures over SR 19,000,000 in 1420 representing a 5% increase over 1419

**Countries Covered Include:**

- Somalia, Guine-Konakri, Mauritania, Kenya, Comoros Islands, Sudan, Nigeria, Benin, Burkina-Faso, Tanzania, Uganda, Mogadishu

**Activities included**

- Work in Qur'aanic Memorization Schools with approx. 700 students
- Da'ee training and Sponsored da'ees
- Da'wa in prisons and media
- Feeding of fasters in Ramadhan
- Sponsorship of orphans
  Building of mosques, schools and wells
- Slaughter of sacrificial animals

### Europe Committee

- Expenditures over SR 44,000,000 in 1420 representing a 675% increase over 1419 due to the severe crisis in Kosova

**Countries Covered Include:**

- Albania, Belgium, Bosnia, Holland, Kosova, France

**Activities included**

- Sponsorhip, education, food, clothing and shelter of refugees Providing tons of blankets, food and thousands of hijaabs for women
- Da'ee training and Sponsored da'ees
- Set up Arabic and Islamic studies center
- Expenditure on feeding the fasters
- Sponsorship of orphans
- Printing and distribution of thousands of books
- Supported clinic, hospitals and provided medicine
- Built refugee camps
- Building of mosques, schools and wells
- Slaughter of sacrificial animals

### Internet Committee

- Expenditures over SR 1,000,00 in 1420

**Accomplishments Include**

- Building of Islamic websites offering information on Islam
- 13,000 participants in Ramadhan competition
- 4,000,000 visitors to all sites since inception in 1997

**American Branch**

- Opened and activated US office distributed thousands of informational packets to Muslims and non-Muslims
- Opened da'wah tent for non-Muslim visitors
- Da'wah presentations in schools and colleges

- Provided meals for fast breaking

**Messages of Good (English)**
- Printed 120,000 pamphlets and sent approx. 30,000 packages

**Computer Branch**
- Installed computer network in Headquarters for approx. SR250,000, and implemented administrative programs

## Center For Islamic Research
- Responded to over 2,200 questions seeking fataawa by mail equalling 24 volumes
- Purchased 15 research libraries that were sent to duaat and branch offices amounting to SR190,000
- Published several research papers, booklets and da'wah pamphlets
- Distributed quantities of books for students of knowledge and centers outside the Kingdom
- Prepared third edition of Ramadhan Lessons

## Continuous Charity Committee
- Supports continous projects, endowments and investments
- Expenditures for 1420 exceeded SR23,000,000 up 78% from 1419

## Domestic Committee
Expenditures approx. SR3,000,000
- Distributed Zakaat to the poor and needy, the sick and imprisoned as well as students and others deserving zakaat
- Established Qur'aan memorization circles, feeding the faster programs and aid programs

## Zakaat Committee
- Received the zakaat supporting relief aid to needy Muslims amounting to over SR9,000,000
- Distributed Zakaat to the poor and needy, the sick and those Muslims most in need worldwide

## Revenue Promotion Committee
- One of our most important projects used to support the wrok of the Foundation from which stems our Profitable Business project which feed our most important projects. One merely gives SR10 riyals to each of our projects amounting SR100 (for 10 projects)

Expenditures exceeded SR 2,000,000

**Projects are:**
1 Continuous Charity
2 Da'wah via the Internet
3 Maasjid building
4 Dawah through the mail
5 Drinking Water for Villages
6 Sponsoring Orphans
7 Directing to Good (Da'wah)
8 Support of callers

    9 Support of Qur'aan Memorization circles
    10 Treatment of the sick

objectives | activities | for non-muslims | useful articles | newsletter | free books
al-quran radio | favorite sites | guest book | audio center | search | home
us