# EXHIBIT 23



Search

عربي

Home

About us

Our Activities

Truth Seeker

Useful Articles

Online Newsletter

Al-Quran Radio

Free Books

Favorite Sites

Guest Book

Contact us

Audio Center

Charity

## CONTACT US

**Headquarters Location**
Headquarters Building
West Al-M'ather St.
Riyadh
Kingdom of Saudi Arabia

**Bank Accounts**
General Bank Account: [redacted]0555
Ongoing Charity Account: [redacted]9292
Al-Rajhi Bank Olaya Branch 166

**Al-Haramain Foundation Headquarters**
P.O. Box 69606
Riyadh 11557
Phone: 4634414, 4631524, 4652210, 4652246
Fax: 4623306
Email: headoffice@alharamain.org
Website: http://www.alharamain.org/

**Alharamain**
**Educational Center**
1257 Siskiyou Bl. no. 212
Ashland, Oregon, 97520 USA

Phone: 1-541-482-1116
Fax: 1-541-482-1117
**E-mail:** ashland@alharamain.org

**Alharamain**
**Book Council**
P.O.Box: 92684
Riyadh 11663 Saudi Arabia
Fax: 966-1-462-3306
**E-mail:** kitab@alharamain.org

**Addresses and Phone Numbers of**

**Branch Offices In Saudi Arabia**

**Location Phone Fax**

**Makkah** 5580685 5503802
**Jeddah** 6771607 6932653
**Taif** 7443800 7443900
**Yanbu** 3221467 3228630
**Quway'iyah** 6520442 6521892
**Khamees Mushait** 2351911
**Dammam** 8420220 8462007
**Al-Ahsa** 5854440 5852899
**Al-Khobar** 8641575
**Abqaiq** 5650939 5650431
**Al-Khafji** 7673512 7673512
**Industrial Jubail** 3485800 3488004