# EXHIBIT 24

KOSOVO RELIEF FUND                                                                 Page 1 of 9

This is Google's cache of http://kosova.hypermart.net/harameen.html.
Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
To link to or bookmark this page, use the following url: `http://www.google.com/search?q=cache:WabVpi-2SL8J:kosova.hypermart.net/harameen.html+%22kosovo+relief+fund%22+alharamain&hl=en&ie=UTF-8`

Google is not affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: **kosovo relief fund alharamain**

---

**In the Name of Allah, the Most Merciful, Bestower Of Mercy**
**Alharamain Islamic Foundation**
E-mail: haramain@alharamain.org
P.O.Box: 92684, Riyadh 11663, Saudi Arabia, Phone: 966-1-4652210, Fax: 966-1-4565813

*In the name of Allah, the Most Gracious, the Most Merciful*
**"KOSOVO RELIEF FUND"**
"... But if they seek your aid in religion,
It is your duty to help them ..."
[Surah 8 (Al Anfal) : 72]

**Alharamain Educational Center**
E-mail ashland@alharamain.org
1257 Siskiyou Bl. no. 212, Ashland, Oregon, 97520 - USA, Phone: 1541-4821116  Fax: 1541-4821117
State of Oregon - Registration No. 674259-84

---

"Those who believed, And adopted exile,
And fought for the Faith, With their property and their persons,
In the cause of Allah, As well as those who gave (them) asylum and Aid -
These are all Friend and protectors, One of another.
As to those who believed but came not into exile;
Ye owe no duty of protection to them until they come into exile;
But if they seek your aid in religion,
It is your duty to help them ..."

[Surah 8 (Al Anfal) : 72]


"Alhamdulillah Wa Salatu wa Salamu Ala Rasoolillah"
(All Praise be to Allah, and Peace and Prayers be upon His Messenger, Muhammed)
To Proceed:

---

We at "Al Haramain Islamic Foundation" have been approved to collect Funds and Donations for the Relief Work in KOSOVO, from our Branch in Albania, and we seek your Kind and Generous Donations, Zakaat for our Muslim Brothers and Sisters trapped in Kosovo. **And we also will be keeping you updated of latest and first hand NEWS from KOSOVO, InshaAllah, from our branch in Tarina, Albania. So keep visiting to get the latest Information, Daily Updates, etc form KOSOVO DIRECT!**

**4222**

3/23/2004

KOSOVO RELIEF FUND                                                                                          Page 2 of 9

Please make your Kind Contributions, Donations, Zakat to the Following Respective Accounts :

| USA , CANADA , CARIBBEAN ISLE - Make your Donations to : ||
|---|---|
| ACCOUNT NAME: | AL HARAMAIN FOUNDATION |
| ACCOUNT NUMBER : | ▓▓▓▓1561 |
| BANK NAME: | BANK OF AMERICA |
| BRANCH INFORMATION : | ASHLAND BRANCH  2880 |
| ROUTING | 323070380 |

| MIDDLE EAST , AND ALL OTHER COUNTRIES- Make your Donations to : ||
|---|---|
| ACCOUNT NAME: | AL HARAMAIN FOUNDATION |
| ACCOUNT NUMBER : | ▓600/3 |
| BANK NAME: | ALRAJHI BANKING & INVESTMENT CORPORATION |
| BRANCH INFORMATION : | RIYADH , OLAYA STREET , BRANCH 166 |

## ...NEWS UPDATES FROM KOSOVO...

| DATE: 15 Dhul-Hijjah 1419 April 2, 1999 | **REPORT NO: 1** Report On Kosovan Refugees | REPORT FROM : ALHARAMAIN FOUNDATION, TIRANA, ALBANIA |
|---|---|---|
| | Alhamdulillah and salaat wa salaam upon the Messenger of Allah  The exodus of refugees from Kosovo had begun not long ago due to the pressure and aggression of Serbian forces and this is well known. However, with the start of the most recent fighting, the Serbian forces have intensified their campaign of ethnic cleansing to an unprecedented catastrophic level in a rapid displacement and | |

3/23/2004

comprehensive scale affecting the entire population. We hope to recall in this brief report the situation in the following points:

## 1. The Number of Refugees and Unaccounted For People:

It is difficult to give a definite number of unaccounted for within or outside the country because they have been dispersed throughout the neighboring countries of Albania, Macedonia, and Montenegro and some of them have made it to distant cities, particularly those who left before the latest war. The latest statistics before us estimate the number of refugees to be around 460.000, some of them still within Kosovo or at its borders. As far as here in Albania, the numbers are increasing by the hour. The campaign was unquestionably very harsh and brutal. The number now in northern Albania has reached 80,000 refugees in addition to those who have reached inner towns. Many have reached the capital far from the northern borders, approximately 10 hours drive as well as cities and towns as far as 15 hours drive south. The total number of refugees in Albania has reached 200,000. Just two days ago it was 150,000. We think the numbers may be exaggerated, however the situation is changing and it is enough to realize that some roads have been blocked for long periods because they have been vacated for the caravan transport of refugees. At the time of this report, and we are in the 14th night of Dhul-Hijjah (April 1), in one of the refugee camps in the capital Tirana, we witnessed successive waves of refugees in transport caravans. Some of them stay in this place while others are transported elsewhere. Some caravans are composed of seven large buses packed with people.

## 2. The Condition Of The Refugees and Their Accounts

It is difficult for anyone to describe what he has seen of suffering, misery, loss and confusion in the faces of the people due to what they have undergone and the slaughter and atrocities they have witnessed along the way. Before reaching the borders they witnessed the killing and torture of their brethren. Some were gathered into large groups where the Serbs then chose some to murder as they pleased. They have likewise seen the destruction of their homes and masaajid.

## 3. A Picture Of The Serbs Aggression Against The Muslims As They Expelled Them >From Their Homes

We found among the refugees who made their salaat and who apparently to us was keen to do good saying to us:

*We were expelled from our village after some homes and masjids had been destroyed before our eyes and its keys are with me now. They murdered the imaam of the masjid who was over 80 years old. The Serbs killed most of the cattle and smuggled the rest. They forced them to vacate quickly without their belongings and at the borders they confiscated their license plates, registrations, driver's licenses and identity cards. They also made any refugee to take out any money he had and some were forced to pay 200 German marks while owners of cars were forced to pay 100 German marks.*

3/23/2004

### 4. Relief Assistance In Albania

There is not enough here in Albania to deal with a problem of this scale or even close to it. Most of the organizations here in Albania are Christian missionary organizations numbering around 200. There are also some Jewish organizations and they spend a lot of money. It is enough for us to know that the Jewish organization Source (spelling based on transliterated Arabic) had expenditures in 1998 of 10 million dollars for its work. Also present are every misguided sect and destructive principle. With such huge numbers who have entered into the country in such a short period, the amount of relief is insufficient for them especially because the Kosovan people are desperately poor and humiliated. They came and settled among a very poor society originally and they lack most of the physical means of life. Most of the people are unemployed and they are short of foodstuffs even in commercial stores. In northern Albania, the refugees couldn't even find biscuits and drinking water. The people here in Albania are trying their best to help them. Some families have taken in refugees to stay with them in their homes but some of these families are also poor and starving so how can they assist others? Currently we need foodstuff and water. We appeal to every Muslim to donate generously and assist us by all means.

*We ask Allah the Almighty and Majestic to repel the evil designs of the disbelievers back onto their own necks and to save the Muslims from their evils and may Allah grant His salat and salaam upon Muhammad, and his family and followers.*

Al-Haramain Foundation Delegation In Albania
Muhammad Sad Al-Huwaymal

---

| DATE: 25 Dhul-Hijjah 1419<br>April 8, 1999 | **REPORT NO: 2**<br>Report On Kosovan Refugees | REPORT FROM:<br>ALHARAMAIN FOUNDATION,<br>TIRANA, ALBANIA |
|---|---|---|

Alhamdulillah and salaat wa salaam upon the Messenger of Allah

Everyone who has followed the media lately knows of the extreme suffering of our brothers from Kosova who have been forced to leave their homes due to Serb aggression and tyranny.

Allah has facilitated me to visit the border areas between Albania and Kosovo, specifically the city of Kokus and Kroma and border villages with two vehicles fully loaded with relief supplies sent by the office of Alharamain. I witnessed thousands of Kosovan émigrés (there are now over 80,000 on the borders and increasing daily), and I am unable to fully describe their present situation because a report is not like actually seeing it. I witnessed what causes the heart to bleed and fill the eyes with tears and causes the body to shudder. Some of the refugees are in their vehicles bearing no license plates or official documents while others were loaded onto trucks. Most of them were walking with some carrying others due to exhaustion, alternately sitting and walking each hour. Sometimes children were carried upon the shoulders of their mothers and fathers while at others times they were forced to walk in the caravans of refugees. One would be crying for his lost mother, another for a missing father, yet another crying for a destroyed home while yet another crisis from sheer terror and anxiety. Some of them could do nothing when they saw us except raise their sobbing voices and hug us and tell us of their pain and sorrow. With hair disheveled and dusty, bodies slackened from intense exhaustion and fatigue, and with transfixed, broken eyes, such is their condition.

Their homes are in the roads, the masaajid, the schools and the homes of impoverished Albanians. Most of them do not even have so much as a blanket to protect them from the freezing cold (at this time the temperature in northern Albania is 7 degrees). There is not enough food to satisfy their

hunger and most are complaining. In the morning, thousands of refugees gathered in the central border cities (Touts, Trojan, Morus - excuse spelling based on Arabic transliteration) in order to be transferred by military and civilian trucks or large and small buses to cities within Albania. Each truck carried about 50 women, children and elderly male refugees.

> I will not forget the sight of an old woman in a truck carrying 50 refugees, holding onto the door of the truck behind me with her head bowed and crying like a baby. The trucks were taking them to some place unknown to them. They were being taken by missionary and church relief organizations including Jewish organization expending a lot of money to destroy the last vestiges of eemaan in the hearts of the refugees (I witnessed with my own eyes the organization, Shehud Yehua (sic) distributing pamphlets among the refugees at the borders). When we started to distribute relief to the refugees they began complaining to us in English thinking that we were a Christian organization. When they realized that we were Arab Muslims they changes their speech to saying "Shukran, shukran" (Thank you, thank you in Arabic - trans.) and they taught it to one another, some of them repeating "Alhamdu lillah ana Muslim" (Praise be to Allah, I am Muslim).

Finally I say that these refugees are a trust and responsibility on the necks of every Muslim man and woman. We will be asked by Allah Almighty and Majestic about what we did for them. Allah have mercy upon the one who assists his brothers to the best of his ability."Whosoever relieves a Muslim from a worry or torment of the torments of life, Allah will relieve him form the torments of the Day of Resurrection"

I ask Allah to show compassion to the Muslims everywhere, to assist those who help them, and to defeat their enemies, and salaat and salaam be upon our prophet Muhammad and upon his companions, family and followers.

Saleh Muhammad Ad-Daheeshi
Director, AlHaramain Albania Office

Translation and summary
A. Abdul-Khaaliq
M. Rafi'

| DATE: 26 Dhul-Hijjah 1419 April 9, 1999 | REPORT NO: 3 Report On Relief Activities For Kosovan Refugees | REPORT FROM: ALHARAMAIN FOUNDATION, TIRANA, ALBANIA |
|---|---|---|

Alhamdulillah and salaat wa salaam upon the Messenger of Allah

To the General Director Of Al-Haramain Foundation:
Sh. 'Aqeel Ibn Abdul-Aziz Al-'Aqeel

As-Salaamu 'Alaikum Wa Rahmatullahi wa Barakaatuh
We ask Allah to continue to grant His favors to us all.

All praise is due to Allah for His allowing the regional office during the month of Dhul-Hijjah 1419 to provide the following relief:

1. Two Truckloads Carrying Emergency Relief weighing 14 tons to the border Haas region. This relief was well received by the refugees and the Albanian government which announced its arrival through the media services. Also this is the initial relief to arrive from Islamic charities at the borders. These two truckloads required approximately 15,000 dollars.

3/23/2004

KOSOVO RELIEF FUND                                                              Page 6 of 9

2. Distribution Of Food Relief to Refugees who were put in the Tirane Sports Stadium and in one of the hotels in Tirane and in the Al-Buhairah campgrounds in Tirane. This program took 350 dollars. Two generous brothers, Hamad Al-Hareefi and Muhammad Al-Huwameel (may Allah keep the firm) assisted in the distribution. This program had a good effect upon the refugees, especially the children among whom were distributed some juices and sweets.

3. Alhamdu lillah The Opening of a Shelter Completed in Berat (excuse spellings of cities and towns based on Arabic transliteration - trans.) able to accommodate approximately 700 refugees. Also provided each refugee with emergency provisions such as blankets and bedding. Also refugees were divided into rooms and a prayer area was provided for the men and women separately. The preparation of this shelter cost around 15,000 dollars and the monthly budget for the shelter is approximately 25,000 dollars.

4. Alhamdu lillah Agreement Made with the Government to Sponsor Three Refugee Shelters in Elbasan and Surik each with a capacity of around 400 refugees. The furnishing of these shelters is around 20,000 dollars and the monthly expenditure is 18,000 dollars and they will be under the supervision and direction of Foundation officers.

5. Alhamdu lillah Established Space at the Border Between Albania and Kosova for the Distribution of Relief Aid to the refugees flowing into Albania to be run by Foundation officers.

6. Alhamdu lillah Established Project To Provide Milk To Refugees in Rojina through one of the Foundation's officers. 800 liters has been thus far distributed costing around 300 dollars and it is ongoing.

7. Agreement Reached With A Turkish Company to Send 3000 Blankets each blanket costs around 5 dollars and shall be sent, Allah willing to northern areas filled with refugees. (The temperature in northern Albania is 8 degrees)

We will be sending periodic reports on relief activities along with photographs and video by Allah's will.

                    May Allah Protect You and Keep Your Footsteps Firm

Your Brother
Saleh Muhammad Ad-Daheeshi
Director, Albanian Office

Translation
A. Abdul-Khaaliq

| DATE:<br>28 Dhul-Hijjah 1419<br>April 11, 1999 | **REPORT NO: 4**<br>Continued Implementation of Food Relief Program For Kosovan Refugees | REPORT FROM :<br>ALHARAMAIN FOUNDATION,<br>TIRANA, ALBANIA |
|---|---|---|

Alhamdulillah and salaat wa salaam upon the Messenger of Allah

To the General Director Of Al-Haramain Foundation:
Sh. 'Aqeel Ibn Abdul-Aziz Al-'Aqeel

3/23/2004

KOSOVO RELIEF FUND                                                                 Page 7 of 9

As-Salaamu 'Alaikum Wa Rahmatullahi wa Barakaatuh<br>
We ask Allah to continue to grant you success and guidance

We would first like to thank you for your quick response on this matter of the Kosovan refugees which, all praise and thanks due to Allah, has had a resoundingly good effect among the refugees and with the government. We will summarize what has been completed thus far:

1. The opening of a shelter in Berat with the participation of the Ambassador of the Custodian of the Two Holy Mosques in Albania, the mayor of Berat and the assistance of different Islamic organizations. Additionally every news agency in Albania has said that the shelter is the best of those set up in Berat in so far as its providing of service and good organization. All praise is due to Allah and the benefit is from Him Alone.

This refuge has a capacity of around 700 refugees and every living accommodation has been provided the refugees at a cost of around 15,000 dollars and a monthly expenditure of approximately 25,000 dollars.

2. The opening of a shelter in Albasan and the mayor of Albasan participated in its opening along with responsible parties from some Islamic organizations. The shelter was extended to around 700 refugees at a cost of approx. 2000 dollars and a monthly budget of approx. 3500 dollars.

3. Work is continuing to furnish a shelter in Surik which should upon completion accomodate about 400 refugees. It should be opened, in Shaa Allah, in a matter of days and the cost will be approx. 8000 dollars.

4. Alhamdu lillah the care of each refugee in the mosques of Tiraisa and AlBalig was begun. They number approx. 250.

5. Distribution of over 7000 meals in the Haas border region through the a center there under the auspices of the Foundation.

6. Distribution of over 1200 liters of milk to the children of refugees in the Rogjina region. We also thank you for the arrival of two truckloads from Turkey. The first carried 3000 blankets of which 1500 were from the donation of Sh. Ahmed Alhudair (may Allah make him firm). 1000 were distributed in the Berat and Elbasan regions and in the city of Tirane. 2000 will be sent, if Allah wills, to northern areas where there are presently more than 80,000 refugees and the temperature is just 8 degrees. The value of these blankets is approx. 15,000 dollars.

The second truckload consisted of 1000 food cartons. One carton is provides enough nourishment to last one month for a refugee. These will be sent tomorrow, Allah willing, to the refugees in Shkoder. This truckload costs around 11,550 dollars with the knowledge that it will be followed by three more loads of the same size, Allah willing.

In closing, we relay the gratitude of all the Kosovan refugees to you and every Muslim man and woman who have so generously donated and I ask Allah not to prevent His reward from any of us or those who do good.

Was Salaamu 'Alaikum wa Rahmatullahi wa Barakaatuh

Saleh Muhammad Ad-Daheeshi
Director, AlHaramain Albania Office

Translation and summary
A. Abdul-Khaaliq

3/23/2004

KOSOVO RELIEF FUND                                                                 Page 8 of 9

| DATE:<br>01-01-1420<br>April 17, 1999 | **REPORT NO: 5**<br>Relief Projects Established By<br>Alharamain Foundation In Albania During<br>The Month Of Dhul-Hijjah 1419 | REPORT FROM :<br>ALHARAMAIN FOUNDATION,<br>TIRANA, ALBANIA |
|---|---|---|

Alhamdulillah and salaat wa salaam upon the Messenger of Allah

### Relief Projects Established By
### Alharamain Foundation
### In Albania During The Month Of Dhul-Hijjah 1419

1. Sponsorship of a complete refugee camp in the city of Berat for 600 refugees providing food, medical and other humanitarian aid.

2. Sponsorship of a complete refugee camp in Elbasan for 70 refugees providing food, medical and other humanitarian aid.

3. Sponsorship of a complete refugee camp in Surik for 200 refugees providing food, medical and other humanitarian aid.

4. Provided assistance to 4000 refugees in Skhrodah for four months (food only).

5. Distribution of 1000 blankets to refugees in Berat and Elbasan. 6000 blankets had already been distributed in previous months.

6. Distribution of 11,000 meals to the refugees in Kruma (Has).

7. Distribution of more than 1000 liters of milk to the children of refugees in Roghjina and this project is ongoing, all praise is due to Allah.

8. Distribution of foodstuffs of different types in several areas amounting to 10 tons.

### All praise to the Rabb of All the Worlds
### The Albanian Office Is Now Undertaking The Following By Allah's Will

1. Distribution of 6000 blankets to the refugees in Kukes and Has. (Yesterday 3000 arrived from Turkey that will be distributed tomorrow in Kukes in shaa Allah).

2. Quickly establish a camp for the refugees in Kukes for 5000 refugees with all emergency provisions.

3. Transport of two truckloads to Kukes with 14 tons of food supplies.

4. Transport 3 truckloads carrying 25 tons of food supplies to different areas.

We ask Allah to bless these efforts and to relieve the crisis of our brethren in Kosovo. All praise is due to Allah, Lord of all the worlds.

Was Salaamu 'Alaikum wa Rahmatullahi wa Barakaatuh

Saleh Muhammad Ad-Daheeshi
Director, AlHaramain Albania Office

Translation and summary

3/23/2004

KOSOVO RELIEF FUND                                            Page 9 of 9

A. Abdul-Khaaliq

| DATE:<br>04-01-1420<br>April 20, 1999 | **REPORT NO: 6**<br>Continued Implementation of Food Relief Program For Kosovan Refugees | REPORT FROM:<br>ALHARAMAIN FOUNDATION,<br>TIRANA, ALBANIA |
|---|---|---|

Alhamdulillah and salaat wa salaam upon the Messenger of Allah

To the General Director Of Al-Haramain Foundation:
Sh. 'Aqeel Ibn Abdul-Aziz Al-'Aqeel

As-Salaamu 'Alaikum Wa Rahmatullahi wa Barakaatuh
We ask Allah to continue to grant you success and guidance

We ask Allah to grant success and firmness to us all. By Allah's grace there are several relief projects established for the Kosovan refugees by the Foundation office in Tirane during Dhul-Hijjah 1419. Additionally we intend to initiate several more projects in Muharram 1420 if Allah wills, for your knowledge and perusal. We would like you to let those generous donors know of these projects to be set up.

1. Sponsorship of a camp in Feri for 500 refugees.

2. Sponsorship of a camp in Flora for 1800 refugees.

3. Sponsorship of a camp in Leiji for 2000 refugees.

The supervison and direction of these camps will be directly under the officers of the Foundation in Albania. The sponsoship of a refugee is 75 dollars monthly which includes food, shelter, clothing, medicine, education, supervision and direction.

May Allah make us firm and blees our efforts.

Was Salaamu 'Alaikum wa Rahmatullahi wa Barakaatuh

Saleh Muhammad Ad-Daheeshi
Director, AlHaramain Albania Office

Translation and summary
A. Abdul-Khaaliq

FOR MORE INFORMATION PLEASE E-MAIL US AT :
haramain@alharamain.org

3/23/2004