# EXHIBIT 31

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh
General Manager Office

Ref: ..................
Date: ..................



مؤسسة الحرمين الخيرية
المكتب الرئيس – الرياض
مكتب المدير العام

الرقم : ..................
التاريخ : ..................

### AFFIDAVIT OF AQEEL AL-AQEEL

I swear that the following is true:

1. I am currently the General Manager of Al Haramain Charitable Foundation (Al Haramain-SA), based in Riyadh, Saudi Arabia.

2. I am solely authorized to purchase, sell, transfer or otherwise dispose of real and personal property of assets on behalf of Al Haramain-SA.

3. Al Haramain-SA in the past has provided funds to local US-based non-profit organizations to purchase real property in the US, specifically in Ashland, Oregon and Springfield, Missouri.

4. Pursuant to such authority mentioned in Clause 2, Al Haramain-SA hereby renounces any interest it may have in any property in the United States, specifically, the two properties mentioned in Clause 3.

5. Al Haramain-SA renounces any affiliations it may have with any organization based in the US and has neither financial dealings with, nor exerts control over any group in the US.

6. Any dispute over title to the aforementioned properties shall be settled in favor of the interests of the unaffiliated non-profit organization based in Oregon bearing the name Al Haramain International Foundation, Inc. (AHIF).

Signed this 31 day of December, 2003 in Riyadh, Kingdom of Saudi Arabia.

AQEEL AL-AQEEL
General Manager

AHIF 001624

ص ب ٦:١٩٦ الرياض ١١٥٥٧ – المملكة العربية السعودية – هاتف ٤٦٢٤٩٠٨ / ٤٦٥٢٢١٠ / ٤٦٣٤٤١٤ – فاكس ٤٦٢٣٣٠٦
P.O.Box 69606 Riyadh 11557 - Saudi Arabia - Tel.: 4624908 / 4652210 / 4634414 Fax: 4623306