# EXHIBIT 32

**AL-HARAMAIN ISLAMIC FDN.**

Head Office - Riyadh

Ref. : _____

Date : _____

مـؤسسة الحرمـين الخـيرية

المكتب الرئيس – الرياض

الرقم : _____

التاريخ : _____

*Bismillahir Rahmanir Rahim*

*Assalamu 'alaykum Waramatullahhe Wabarakatu*

## Monthly Report: August 1999

Our Dear Brothers in Islam, we pray that this report reaches all of you in the best of *Iman* and health, *InshaAllah*. May Allah bless you for your tireless efforts to propagate His True Religion, and for your support of the Ashland Office.

May Allah's Last Messenger, Muhammad, Receive the greatest of Blessings from His Master. May we all, on the Day of Judgement, be known as his faithful followers.

*Alhamdulillah,* July 1999 was a productive month for the Ashland Office, including prolific distribution of literature and filming for an Islamic educational video that should help to spread the *deen* in the future, *InshaAllah.*

**Brother Abdul-Qaadir Abdul-Khaaliq's Visit.** We were blessed to have Brother Abdul-Qaadir Abdul-Khaaliq with us for part of this month. Brothers and Sisters in the community benefited from his classes, as he helped to share his knowledge of the faith with others. We described the regularly scheduled activities for all members of the local Muslim community in the last Monthly Report. Abdul-Qaadir helped us with the video project, writing the script for us and conducting a very persuasive interview.

**Islamic Video Production:** In addition to Brother Abdul-Qaadir, Brother Ahmed Ezzat and Brother Abdullah Al-Najashi flew to Oregon to help in the production of a quality Islamic video to help the public and learn the truth about Islam as it is seen by Muslims.

AHIF 001650

ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ – المملكة العربية السعودية – هاتف : ٤٦٥٢٢١٠ – ٤٦٣٤٤١٤ – ٤٦٢٤٩٠٨   فاكس : ٤٦٢٣٣٠٦
P. O. Box 69606 Riyadh 11557 - Saudi Arabia - Tel.: 4652210 - 4634414 - 4624908   Fax : 4623306

**AL-HARAMAIN ISLAMIC FDN.**

Head Office - Riyadh

Ref. : _____

Date : _____

مؤسسة الحرمين الخيرية

المكتب الرئيس – الرياض

الرقم : _____

التاريخ : _____

Brother Abdullah worked as the director and worked on the script with Brother Abdul-Qaadir, Brother Ahmed was in charge of audio production, and Brother Daveed Gartenstein-Ross served as the director of resources.

We signed a contract with Landmind Productions in Medford, Oregon, to provide us with equipment, a camera operator, lighting technician, key grip, audio technician and production assistant.

We previously sent you the contract that we signed with them to give you an idea of the services that they provided. If you would like us to send it again, please let us know. *InshaAllah,* we believe that the money was well spent. We have viewed a number of commercials that Landmind produced, and they were all national quality—something which one would not expect from a local studio.

During the filming, we conducted interviews with a number of American converts to Islam, *Alhamdulillah,* we also got some beautiful nature footage and some live action shots that should be useful in the video.

Now that we have finished filming, Brother Abdullah will do the post-production in Saudi Arabia. We hired a professional to get stock footage for him, and he said that *InshaAllah* he hopes to have the final production finished within a month of returning home.

*Alhamdulillah,* all of our Brothers in Saudi Arabia were very supportive of the project. May Allah shower blessings upon you for your support.

**Tent Project:** *Alhamdulillah,* the cultural tent has been running well and we have been able to deliver a number of da'wah presentations to the public through it.

The tent is open Saturdays. It was a blessing having Brothers Abdul-Qaadir and Ahmed here early in the month, because they contributed immensely to our tent presentations.

AHIF 001651

2

ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ – المملكة العربية السعودية – هاتف : ٤٦٥٢٢١٠ – ٤٦٣٤٤١٤ – ٤٦٢٤٩٠٨   فاكس : ٤٦٢٣٣٠٦
P. O. Box 69606 Riyadh 11557 - Saudi Arabia - Tel.: 4652210 - 4634414 - 4624908   Fax : 4623306

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh

Ref. : _____

Date : _____

مـؤسسـة الحرمـين الخـيرية

المكتب الرئيس – الرياض

الرقم : _____

التاريخ : _____

We have been running an advertisement for the tent in a local newspaper and we wold like to expand our advertising. We attached a copy of the advertisement to our last Monthly Report.

**Literature Distribution:** We sent out over 800 packages during the month of August, *alhamdulillah*. Our database now contains over 9,000 names of literature recipients.

**Regular Activities:** As the sole place planned for worship of Allah in Southern Oregon and Northern California, we continued to offer our *Masjid* to the Muslim community from hundreds of miles around. Muslims from hundreds of miles around traveled to the *Masjid* for any of the five congregational prayers, as well as for *Jumuah* prayers. Brother Abdul-Qaadir has been delivering khutbahs that have drawn the respect and appreciation of the Brothers and Sisters in the community.

Dear Brothers—thank you for your help, support, and patience. May Glorious Allah Reward you with the very best.

May Allah, Exalted be He, Help us to have the best Islamic character, and to grant us *taqwa*.

Assalaamu 'Alaykum wa Rahmatullah.
Sincerely,

Abu Yunus
Director, Ashland Office of Al Haramain Islamic Foundation, U.S.A.

AHIF 001652

3