# EXHIBIT 33

**AL-HARAMAIN ISLAMIC FDN.**

Head Office - Riyadh

Ref. : _____

Date : _____

مـؤسسة الحرمـين الخـيرية

المكتب الرئيس – الرياض

الرقم : _____

التاريخ : _____

*Authobillahi Minashaytanarajiim*

*Bismillahir Rahmanir Rahim*

36th Annual ISNA Convention
Friday Sept. 3rd through Monday Sept. 6th, 1999
McCormick Place, Chicago, Illinois

Assalaamu 'alaikum wa Rahmatullahi wa Barakatu!

Dear Brothers, as you know I attended the ISNA Conference as a representative of Al Haramain Foundation. I took copies of our literature for display, and gave out 400 copies of the pocket sized Noble Quran, 1500 copies of Islam in Focus, over 2000 cards, and 20 "T" shirts. I attended some of the lectures, and I assisted the Brothers from I.I.P.H. after distributing all of our literature.

Alhamdulilla, I was able to meet some very dedicated brothers at this convention, but for the most part I was shocked and disapointed with what I saw and heard.

There were sisters there who were not covered at all, or who were only covered while inside the convention and who removed their Hijjab when they exited the building. The majority of young sisters were wearing excessive make up, perfume, jewelry, tight jeans and short sleeved shirts with Hijjab. When I asked a brother how he could permit his daughter to dress this way he told me "it's o.k. Brother she goes to university".

Unfortunately the impression that I got was that the majority of brothers at this convention were there for their own agendas, and their own causes; there was no unity of purpose. It seemed as if they were there only to buy or sell their goods.

There were other groups who were promoting Daw'ah in the United States, but who seemed to have a very modernist viewpoint of what Islam is, or should be. Brothers I believe that Daw'ah is one of, if not the most important efforts we can make; However, after seeing, listening to, and talking to some of these brothers, I can not help but be saddened. What Islam is it that these people are calling others to? What good is belief

AHIF 001653

ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ - المملكة العربية السعودية - هاتف : ٤٦٥٢٢١٠ – ٤٦٣٤٤١٤ – ٤٦٢٤٩٠٨ فاكس: ٤٦٢٣٣٠٦

P. O. Box 69606 Riyadh 11557 - Saudi Arabia - Tel.: 4652210 - 4634414 - 4624908   Fax : 4623306

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh

Ref. : _____
Date : _____

مـؤسسة الحرمـين الخـيرية
المكتب الرئيس – الرياض

الرقم : _____
التاريخ : _____

without practice? My dear brothers, this convention truly opened my eyes to the importance of correct Daw'ah. The importance of sound knowledge and understanding of

the Qur'an and of the Sunnah of our Beloved Prophet Muhammad (SAAWS) can not be stressed enough.

There were booths at this convention set up by the Republican Party, and the Democratic Party, both staffed by young brothers and sisters, trying to register Muslims to vote as either Republicans or Democrats. Shouldn't our agenda be Muslim first, to call others to Islam (the Islam which was taught by The Last Messenger and Prophet of Allah [SWT] Muhammad [SAAWS]), to live Islamically, and to be examples to others? To register brothers and sisters to vote for candidates who do not represent Islamic morals and values, and who through their policies repress Muslims worldwide and continually reward the Zionist State of Israel seems counterproductive to me.

I was insulted and angered at what was said when a Christian man, Richard Curtis (retired from his post at the U.S. State Dept.) was asked to speak at this convention. He was speaking about what he called "The Battle of Burger King" and he said that he liked to compare it to "The Battle of Badr". He said that both were realizations by Muslims that they were forces to be reckoned with. Let me explain this so called battle of burger king. There is a settlement in Occupied Palestine, which even the Israeli's admit is an illegal settlement, in this settlement the Jews opened a Burger King Restaurant. Muslims boycotted Burger King in a very poorly organized manner, and after four days of this boycott, Burger King closed the restaurant in question. To me there is no comparison to the battle at Badr, which was led by Prophet Muhammad (SAAWS), and in which the Muslims were granted victory by Allah (SWT).

There are 41 Burger King Restaurants in the areas of Palestine occupied by Israeli Forces. There are over 1,400 Burger King Restaurants in Indonesia and Malaysia alone, brothers we do not have to be mathematicians to see that what drove Burger King to close this one restaurant was nothing more than their profit margin. There were no moral values involved in this decision, there were no concerns for Muslims, and there was certainly no victory for us to celebrate. Muslims are being repressed, persecuted, and exploited worldwide, Palestine is still occupied by Zionist Forces, and this Christian man has the nerve to stand up in the middle of a Muslim Convention and make these statements? What was even more shocking to me was the fact that after he made these

AHIF 001654

ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ – المملكة العربية السعودية – هاتف : ٤٦٥٢٢١٠ – ٤٦٣٤٤١٤ – ٤٦٢٤٩٠٨ فاكس: ٤٦٢٣٣٠٦
P. O. Box 69606 Riyadh 11557 - Saudi Arabia. - Tel.: 4652210 - 4634414 - 4624908   Fax : 4823306

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh

Ref. : _____

Date : _____



مـؤسسة الحرمين الخيرية
المكتب الرئيس – الرياض

الرقم : _____

التاريخ : _____

ridiculous statements the President of ISNA stood up and praised him as if he were some sort of champion for Muslim causes.

I pray that Allah (SWT) will grant me the strength to be patient with my Muslim Brothers here in the United States and to encourage them to return to the straight path. I pray that by the Grace of Allah (SWT) I will continue to learn, and to grow in Iman, that I may become the Muslim I was created to be. I pray that Allah (SWT) will shelter me from deviant groups, and guide me correctly.

Unfortunately, it appears that the biggest problem facing the Muslim Ummah, are those who claim to be Muslim, who claim the din of Al Islam but who do not practice Islam in their daily lives. They seem to be too caught up in worldly matters, and are more concerned with fitting in and imitating the Kuffar than with living Islam. The vast number of brothers and sisters who attended the ISNA Convention, seemed to me, to be Muslim in name only.

The need for the authentic teachings of the Prophet (SAAWS) and his companions has been reiterated to me in the strongest way. What I experienced at the ISNA Convention was shocking to me. I had no idea of what we are facing as an Ummah, and I apologize for my ignorance.

The total costs of my attending the 1999 ISNA Convention are as follows:

$1260.00 Airline ticket (SF to CHI) Round trip
$  369.98 Car Rental
$   39.89 Fuel
$   72.00 Airport parking (SF 9-2-99 to 9-7-99)
$  923.19 Hyatt Regency Chicago (9-2-99 to 9-7-99)
$  516.00 ISNA Fees (registration and booth fees)
$  926.24 USF Reddaway Inc. (shipment of IIPH Literature to ISNA Convention)

AHIF 001655

ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ – المملكة العربية السعودية – هاتف : ٤٦٥٢٢١٠ - ٤٦٣٤٤١٤ - ٤٦٢٤٩٠٨  فاكس : ٤٦٢٣٣٠٦
P. O. Box 69606 Riyadh 11557 - Saudi Arabia - Tel.: 4652210 - 4634414 - 4624908  Fax : 4623306