# EXHIBIT 35



د. باسم عبد الله عالم

BASSIM A. ALIM, Esq.

Date: 27/05/2004 AD
Ref.: 14274/01/01

التاريخ: ٠٨/٠٢/١٤٢٥هـ الموافق ٢٧/٠٥/٢٠٠٤م
الرقم: ٠١/٠١/١٤٢٧٤

## TRANSLATION                                    ترجمــــة

This document was translated for official use.

تمت هذه الترجمة لتقديمها للجهات الرسمية التي طلبتها.

This document consists of (3) pages as per the following sequence: -

وهي مكونة من (٣) صفحات بحسب الترتيب أدناه: -

- This cover.

١- صفحة الغلاف.

2- The translation         (English).

٢- الصفحة/الصفحات المترجمة    (إنجليزي).

3- The translated page/s   (Arabic).

٣- الصفحة/الصفحات المترجم منها (عربي).

This translation is deemed to be complete provided that all the above documents are attached and intact. We testify to the accuracy of the translation without any responsibility for the contents.

ولا تعتبر هذه الترجمة كاملة إلا بوجود جميع الصفحات دون أي تعديل أو حذف أو خيانة، بما في ذلك صور الصفحات المترجم منها، كما أن المكتب لا يتحمل أية مسؤولية عن صحة المحتويات.



Bassim A. Alim, Esq.
27-5-2009

This translation consists of (3) pages including this first page bearing the office seal as per page numbering

PUBLIC-AR0408

## AFFIDAVIT OF AL HARAMAIN ISLAMIC FOUNDATION

1. Al Haramain Foundation starts fundraising campaign for relief Muslim in Chechnya in 1999.

2. Normally the collection of the fundraise (Cash & Cheques) take the following steps:-

    a. To issue a receipt voucher to the donor.

    b. Deposited all fundraise (Cash & Cheques) in Al Haramain bank account at Al Rajhie banking & investment co.

    c. The cashier submit to the financial department all (cash/cheques) deposit receipts with copies of receipt vouchers for checking and ordination, then our department will give a notice to the committees to proceed and followup the relief and humanitarian works accordingly.

3. In March 2000 our Cashier received an amount of (SR.703.514.00) in cash from Soliman Bin Hamad Al Buthi, which is the total fundraise collected by Al-Haramain U.S. office for relief of Muslims in Chechnya.

4. Accordingly, we follow the steps mentioned above and issued a receipt voucher number (262740) and (263867). The money was spent in Humanitarian and relief work for Chechen refugees.

5. Executed on the 3rd of May, 2004, in the Kingdom of Saudi Arabia.

Khalid Bin Obaid Azzahri

In his official capacity as the Financial & Administrative Manager

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh

Ref.

Date:

مؤسسة الحرمين الخيرية
المكتب الرئيس – الرياض

الرقم
التاريخ :

<div dir="rtl">

## إفادة من مؤسسة الحرمين الخيرية

١. لقد بدأت مؤسسة الحرمين الخيرية حملة جمع تبرعات لإغاثة مسلمي الشيشان في عام ١٩٩٩م.

٢. عادة تجمع التبرعات النقدية والشيكات في الصندوق وفق الخطوات التالية:
أ- تحرير سند قبض للمتبرع باستلام المبلغ.
ب- توديع المبالغ النقدية والشيكات في الحسابات الخاص بالمؤسسة في شركة الراجحي المصرفية للاستثمار.
ت- تسلم مستندات الإيداع مع صورة من سند القبض للإدارة المالية بالمؤسسة للتدقيق والمتابعة، وتبلغ اللجان العاملة بتلك لتنفيذ ومتابعة الأعمال الإغاثية والإنسانية وفقاً لذلك.

٣. في شهر مارس من عام ٢٠٠٠م استلم الصندوق من سليمان بن حمد البطحي مناولة مبلغ نقدي قدره (٧٠٣٥١٤ ريال) عبارة عن إجمالي قيمة التبرعات التي جمعت بواسطة مكتب المؤسسة في أمريكا لصالح إغاثة مسلمي الشيشان

٤. بناءً عليه تم إتباع الخطوات التي تم ذكرها أعلاه وحررت سندات قبض برقم (٢٦٢٧٤٠) ورقم (٢٦٢٨٦٧). وقد صرف المبلغ المذكور في الأعمال الإغاثية والإنسانية للاجئين الشيشانيين.

٥. حرر في يوم الأحد الموافق ٢ مايو من عام ٢٠٠٤م

مساعد المدير العام للشئون المالية والإدارية

</div>




<div dir="rtl">
ص ب ٦٩٦٠٦ الرياض ١١٥٥٧ – المملكة العربية السعودية – هاتف: ٤٦٥٣٢١٠ – ٤٦٣٤٩١٤ – ٤٦٢٤٩٠٨ فاكس: ٤٦٢٣٣٠٦
</div>
P. O. Box 69606 Riyadh 11557 - Saudi Arabia · Tel.: 4652210 - 4634914 - 4624908  Fax: 4623306

PUBLIC-AR0410