# EXHIBIT 36

**Bismillahir-Rahmanir-Rahim**

From: Abu Yunus Sedaghaty
Al- Haramain Islamic Foundation, U.S.A.
1257 Siskiyou Blvd. #212
Ashland, OR 97520

4th of Sha'ban 1422     October 21, 2001

Re: Urgent relief for Afghani refugees

To: Shaykh Aqeel Al-Aqeel
President of Al-Haramain Islamic Foundation
Riyadh, Saudi Arabia

May peace and blessings be upon the Messenger Muhammad

As Salamu Alaikum wa Rahmatullah

My dear brother, I hope this letter finds you, your family, and employees in the best of faith and health. I know you are working very hard to do your best, as usual, providing help and guidance for the Mustaz'afin all over, may Allah reward you Firdaus. I am writing you with an urgent request and proposal regarding the dire situation of famine and war in Afghanistan with the approaching harsh winter. I am asking for your financial approval to supply a convoy of approximately 100 trucks, bringing pre-packaged 25 lb. sacks of food providing humanitarian relief to the desperate Afghani refugees from the Iranian side of the Afghanistan-Iranian border. The plan is to distribute the food for Ramadhan. The least expensive bulk food will be prepared according to the people of Afghanistan's basic dietary needs, possibilities being: rice, lentils, wheat, oats, etc. Before I do any purchasing I will quickly go to the refugee camps to visit, survey, and evaluate the needs of the people. I will adjust my proposed purchase according to the need I find and consult with you regarding the findings. Doctors supplied with medicine may also be hired and set up in the camps if needed, and, if funding is available. International journalists to document the relief work are necessary for future documentation and fundraising.

InshaAllah, I will personally supervise recruitment, purchasing of supplies, and distribution. I will take full responsibility to Allah and to Al-Haramain Islamic Foundation for the Muslim's money, make a detailed report to you, and keep you informed throughout the journey. Any brothers from Al-Haramain are welcome to join me if they are willing to risk dealing with the Iranian government. The amount of money needed to complete the relief efforts is on the attached page. I already have contacted the State Department, upon your approval, I will get written approval from the U.S. State Department and Islamic Republic of Iran's Ministry of Foreign Affairs (Vezarte Omoore Khareje). InshaAllah, if I can I will be transmitting live footage for uploading to your website and fundraising using a laptop computer, camera, and a satellite phone.
Your immediate response to my request is much needed and appreciated.

May Allah keep our intentions pure and align our actions according to the Sunnah of His beloved Prophet Muhammad peace be upon him, and guide us all to the straight path.

As Salamu Alaikum wa Rahmatullah wa Barakatuhu


Abu Yunus Sedaghaty

**AHIF 001120**