# EXHIBIT 37

*Bismillahir Rahmaanir Raheem*

9 Rabi' Ath-Thaani (July 23, 1999)

Assalaamu 'alaykum.

Alhamdulillah wa salaat wa salaam 'alaa Rasoolillah wa ' alaa Aaalihi wa Sahbihi, ameen.

Dear Brother Soliman,

We hope that this report finds you in the best of *Iman* and health. On your request, we are writing to inform you what we have accomplished with the projects that we have implemented to assist Kosovar refugees. *InshaAllah,* we hope that you are pleased with the efforts of the Ashland Office, and we pray that all of our Brothers in Saudi Arabia feel that their money was well spent.

As you know, it was necessary to implement programs to aid the Kosovar refugees in the United States because years of Communist rule effectively eradicated their Islamic knowledge. It is incumbent upon all Muslims to invite others to our faith, to expand our knowledge of the *deen* and to assist others in seeking knowledge. We implemented several phases of the project to best spread the *deen* and to educate the refugees about their religion.

a. **Distribution of literature.** Authentic Islamic literature in the Albanian language was virtually absent from the United States when the refugees began to arrive. *Alhamdulillah,* the office in Saudi Arabia sent a sizeable shipment of authentic Islamic literature in the Albanian language to the United States. It arrived in New York, where the Albanian Islamic Cultural Center in Staten Island took half of the shipment, and the other half was sent to the Ashland Office. *Alhamdulillah,* Muslim organizations throughout the country have heard about our distribution of literature, and seek us out whenever they find Kosovar refugees in their communities.

**The Ashland Office has distributed the following literature to refugees in the United States (listed in order of shipment):**

**Mohammed Zubayer**
Chair of Amanah International Inc., USA
5160 Van Kleeck St, Suite 7A
Elmhurst, NY 11373
Sent 10 cards (see below), 3 copies of each Albanian-language book, a list of English-language books, and a sample of our English-language literature.

AHIF 001825

5142

**Armin Behmen**
1387 Commonwealth Ave, Apt. 301
Allston, MA  02134
Sent 50 copies of Albani an-language *Brief Illustrated Guide to Understan ding Islam*, 30 copies of all other Albanian-language books.

**Evan du Four, Inc.**
167 Bow St.
Everett, MA  02149
Sent 20 pocket-size Noble Qur'ans, 20 copies of the *Brief Illustrated Guide to Understanding Islam*, 20 copies of *We Believe in Jesus*, 20 copies of *This is the Truth*, 50 copies of each Albanian-language book

**Fatime Sutaj**
5814 Bent Trail Dr.
Dallas, TX  75248
Sent pocket-size Noble Qur'an, *Fortification of the Muslim Through Rem embrance and Supplication from the Qur' an and Sunnah*, *A Brief Illustrated Guide to Understanding Islam*, *This is the Truth*, one copy of each Albanian-language book.

**Mahir Budeir**
Masjid Umar Ben Abdul Aziz
1427 High Sierra Courts
Lawrenceville, GA  30043
Sent 45 copies of each Albanian-language book and 10 hijab packages by express mail for a dinner they are having with Albanian refugees. They are hoping, *InshaAllah*, that the shipment may be useful in their da w'ah work.

**The Albanian Islamic Cultural Center has distributed the f ollowing literature to refugees in the United States (listed in order of shipment):**

**Ahmed Muhammed**
1533 E. Lindsey St.
Norman, OK  73071
Sent 10 of each Albanian-language book

**Br. Mirsad**
2391 NW 89 Drive #402
Cloral Springs, FL  33065
Sent 50 of each Albanian-language book

**Muhammed Khan**
109 Daniels Court
Ft. Bragg, NC 28307
Sent 30 of each Albanian-language book

**Aslihan Yildiz**
Washington
Sent 15 of each Albanian-language book

**Amal Jabri**
1201 USA Dr.
Plano, TX 75025
Sent 30 of each Albanian-language book

**Elona Duka**
135 Quaker Lake
Plymouth, MN 55441
Sent 10 of each Albanian-language book

**Ahmed Ebu Samra**
79 Rocky Knoll Dr.
Stoughton, MA 02027
Sent 5 of each Albanian-language book

**Rahman Rexhepi**
68 S.N. Umberland
Buffalo, NY 14215
Sent 7 of each Albanian-language book

**Syed Tarik Ali**
1917 Maury Ave.
St. Louis, MO 63110
Sent 25 of each Albanian-language book

b. **Albanian Refugee Crisis Hotline (ARCH).** We created a toll-free number for refugees to call if they need Islamic literature, are experiencing any kinds of abuses, or have any humanitarian needs. *InshaAllah,* we will act as a broker, linking the refugees up to the most appropriate organizations that can fulfill their needs. The hotline is currently ready to receive calls.

c. **Alharamain Cards for Refugees.** We printed about 7,000 Alharamain cards specifically for refugees, with our logo, the toll free number for the hotline, and a brief description in the

**AHIF 001827**

Albanian language. We have been distributing these cards along with the literature that we send out. Additionally, a Brother in Canada has distributed a large quantity of these cards on our behalf and Brother Abu Yunus distributed a large number of these cards when he visited the refugees at Ft. Dix.

d. **Department of State's list for organizations involved in refugee placement.** Brother Daveed Gartenstein-Ross did the paperwork necessary to get the Ashland Office on the list of organizations responsible for placement of refugees once they arrive in the United States. This paperwork took approximately nine hours to complete. We want to be sure that Muslim refugees can be placed in a good Islamic environment, and not just left at the mercy of the missionaries and temptations of the West. Currently there are a number of Christian and Jewish organizations on this list, but no Muslim organizations. Thus, the Islam of any Muslim refugees that arrive in the United States is in grave jeopardy. We previously sent you a report about the resources that would be required if we were to be named to the Department of State's list. If the resources are available, *Insha Allah,* we think this will be a worthwhile venture for the future.

*Alhamdulillah,* other Muslim organizations throughout the country are aware and appreciative of our efforts. We have received a number of generous contributions, and many Muslim communities that have received Albanian refugees have called us to ensure that they will have literature for the refugees in their native language.

May Allah reward us all according to the best of our deeds and intentions, and forgive us for our mistakes. May Allah reward our Brothers in Saudi Arabia for supporting these efforts *fi sabil Allah.* May we all be recognized as Muslims on the Day of Judgment.

Your Brother in Islam,

Abu Yunus

AHIF 001828