# EXHIBIT 42

10:36 AM
10/03/02
Accrual Basis

# Al Haramain Foundation
## Profit & Loss
### January 1 through October 3, 2002

|  | Jan 1 - Oct 3, 02 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Donation | 3,367.50 |
| **Total Income** | 3,367.50 |
| **Expense** | |
| Bank Service Fee | 389.00 |
| CitiAAdvantage 4126 | 5,900.00 |
| Dues and Subscriptions | 335.00 |
| Education | 465.45 |
| Finance charges | 409.66 |
| Fuel | 15.25 |
| Loan | -5,000.00 |
| Meals | 280.18 |
| Office Supplies | 5,123.77 |
| Payroll Expenses | 1,360.00 |
| Postage | 10,045.73 |
| Professional Fees | 38,515.23 |
| Rent | 526.50 |
| Repairs | 16,512.32 |
| Shipping | 274.77 |
| Supplies | 1,071.21 |
| Taxes | 8,648.02 |
| Telephone | 1,813.32 |
| Travel | 4,546.14 |
| Utilities | 474.91 |
| **Total Expense** | 91,706.46 |
| **Net Ordinary Income** | -88,338.96 |
| **Other Income/Expense** | |
| **Other Income** | |
| Al Shoumar | 95,515.92 |
| **Total Other Income** | 95,515.92 |
| **Net Other Income** | 95,515.92 |
| **Net Income** | 7,176.96 |

AHIF 001237

Page 1