# EXHIBIT

# 47

**RECEIVED**

**JUN 3 0 1999**

| | |
|---|---|
| **From:** | haramain <haramain@alharamain.org> |
| **To:** | RAMMAHA@aol.com <RAMMAHA@aol.com> |
| **Cc:** | alharamain-ashland <alharamain@qf.org> |
| **Date:** | Wednesday, June 30, 1999 10:06 PM |
| **Subject:** | Re: Kosovo |

Al Salam Alykuim!

Please contact our office at Ashland, Oregon

Phone: 541-4821116
    Fax: 541-4821117

Jazaka-Allah-Khair,

The Book Council

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Get your own Free Noble Qur'an
Visit: http://www.alharamain.org
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
" ... But if they seek your Aid in Religion, It is your Duty to Help them
... " [Surah 8: 72]
Help Your Brother and Sister in Need , Join the "Alharamain Kosovo Fund"
Visit for more details : http://www.alharamain.org
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

—— Original Message ——
From: <RAMMAHA@aol.com>
To: <haramain@alharamain.org>
Sent: Sunday, June 27, 1999 05:59 ã
Subject: Kosovo

> Al Salam Alykuim: My name is Bassam Rammaha. We recevied over 120
Muhajereen
> from Kosovo in the last 3 weeks in St. Louis "Missouri." The community
helped
> the refuges to settle them in their homes and provide them with food,
cloth,
> furniture, medical, and household items. We would like to get your help in
> receiving some books and information in their language. I also, would like
to
> receive the photos you have in your web page to help us in our Fund Rasing

6/30/99

AHIF 000038