# EXHIBIT
# 48

# AL HARAMAIN
### F O U N D A T I O N

An Non-profit Islamic Educational
& Humanitarian Organization

www.alharamain.org   E-mailka@qf.org
E-mail:haramain@alharamain.org

Tel:(541)482-1116  Fax:(541)482-1117

1257 Siskiyou Blvd. #212  Ashland  OR  97520  USA

5/31/99, 12:41 AM

New Kosova card1.p65

1

AHIF 000824