# EXHIBIT 53





# Al Haramain Islamic Foundation

Head Office - Riyadh
P.O. Box: 69606 Riyadh 11557
Kingdom Of Saudi Arabia
Phone: 966-1-4652210 Fax: 966-1-4623306
E-mail: haramain@alharamain.org

# Al Haramain Educational Center USA

1257 Siskiyou Blvd. No. 212 Ashland, Oregon, 97520 USA
Phone: 1-541-4821116 Fax: 1-541-4821117
E-mail: ashland@alharamain.org
Website: www.alharamain.org

A Gift From Al-Haramain Foundation
NOT For Resale