# EXHIBIT 54



# This Is The TRUTH

Newly Discovered Scientific Facts
Revealed
In The Qur'aan & Authentic Hadeeth

Compiled By
Abdullah M. Al-Rehaili



# Al Haramain Islamic Foundation

Head Office - Riyadh
P.O. Box: 69606 Riyadh 11557
Kingdom Of Saudi Arabia
Phone: 966-1-4652210 Fax: 966-1-4623306
E-mail: haramain@alharamain.org

# Al Haramain Educational Center USA

1257 Siskiyou Blvd. No.212 Ashland, Oregon, 97520 USA
Phone: 1-541-4821116 Fax: 1-541-4821117
E-mail: ashland@alharamain.org
Website: www.alharamain.org

**A Gift From Al-Haramain Foundation**
**NOT For Resale**