# EXHIBIT 55

# A CALL TO THE

# REAL

# SALVATION

## By

## Soliman H. Albuthi



**AlHaramain Islamic Foundation**
Head Office – Riyadh
P.O. Box: 69606 Riyadh 11663
Kingdom Of Saudi Arabia
Phone: 966-1-4562210   Fax: 966-1-4565813
E-mail: haramain@alharamain.org

**AlHaramain Educational center   USA**
1257 Siskiyou Bl. No.212 Ashland, Oregon, 97520 USA
Phone: 1541-4821116   Fax: 1541-4821117
E-mail: ashland@alharamain.org

Website: http://www.alharamain.org

ISBN: 9960-34-905-5