# EXHIBIT 58

LAW OFFICES
**BERNABEI & KATZ, PLLC**
1773 T STREET, N.W.
WASHINGTON, D.C. 20009-7139

LYNNE BERNABEI
DEBRA S. KATZ °
LISA J. BANKS
ARI M. WILKENFELD +
ALAN R. KABAT +
GENA E. WILTSEK °
AVI L. KUMIN *
RASHIDA A. ADAMS

(202) 745-1942
TELECOPIER: (202) 745-2627
E-MAIL: BERKATZLAW@AOL.COM
WEBSITE: WWW.BERNABEIANDKATZ.COM

OF COUNSEL:
DAVID J. MARSHALL
ELAINE D. KAPLAN

+ADMITTED IN MD ALSO
° ADMITTED IN NY ALSO
* ADMITTED IN CA ALSO

By Hand Delivery and First Class Mail
May 27, 2004

Mr. R. Richard Newcomb
Office of Foreign Assets Control
U.S. Department of Treasury
Licensing Division
1500 Pennsylvania Avenue, N.W., Annex
Washington, D.C. 20220

Re: Al Haramain Islamic Foundation, Inc., SDG # 305 (License Request Pending)

Dear Mr. Newcomb:

I am writing at the request of Cari Stinebower, Esquire, to provide OFAC with copies of the following authenticated translations of three Arabic-language documents that were provided as exhibits to the May 14, 2004 letter submitted on behalf of the Al Haramain Islamic Foundation, Inc. (U.S.A.) ("AHIF"). These translations are as follows:

(1) Memorandum of Understanding between the Russian Ministry for Civil Defense Affairs and the Saudi Joint Relief Committee for Kosovo and Chechnya (December 1999);

(2) Al Haramain Islamic Foundation, deposit slip for Chechnya Committee in Al Rajhi Banking & Investment Corporation (Jan. 4, 2004); and

(3) Affidavit of Al Haramain Islamic Foundation (Saudi Arabia) (executed by Khalid Bin Obaid Azzahri) (May 3, 2004).

It has come to our attention that AHIF and Perouz Sedaghaty were named in the Application for Material Witness Order and Warrant Regarding Witness: Brandon Bieri Mayfield. If the statements made about AHIF or Mr. Sedaghaty form any part of the basis for OFAC's consideration of the designation of AHIF as a Specially Designated Global Terrorist (SDGT), we would like OFAC to supplement the administrative record, and provide us with a full opportunity to respond to those allegations.

**AHIF 001907**

Mr. R. Richard Newcomb
Office of Foreign Assets Control
U.S. Department of Treasury
May 27, 2004
Page 2

In addition, we would like to supplement our response to OFAC with an affidavit by an Islam law who can explain and put in context the statements in the Addendum to the "Noble Qur'an" referenced in the Mayfield warrant.

Finally, we would appreciate a response from OFAC to the letter of April 30, 2004 of the firm of Gessler Hughes Socol Piers Resnick & Dym, Ltd., which requested a license to represent AHIF.

Please call me if you have any questions about this letter or my previous letters to OFAC.

Sincerely,

Lynne Bernabei

Enc.

cc: Cari Stinebower, Esquire (by telecopier)
    Mary M. Rowland, Esquire (by telecopier)

### د. باسم عبد الله عالم
Translation Office of
**BASSIM A. ALIM, Esq.**

Date: 27/05/2004 AD  
Ref.: 14277/01/01

التاريخ: ٠٨/٠٤/١٤٢٥هـ الموافق ٢٧/٠٥/٢٠٠٤م  
الرقم: ١٤٢٧٧/٠١/٠١

## TRANSLATION / ترجمة

This document was translated for official use.

تمت هذه الترجمة لتقديمها للجهات الرسمية التي طلبتها.

This document consists of (3) pages as per the following sequence: -

وهي مكونة من (٣) صفحات يحسب الترتيب أدناه: -

1- This cover.

١- صفحة الغلاف.

2- The translation        (English).

٢- الصفحة/الصفحات المترجمة    (إنجليزي).

3- The translated page/s  (Arabic).

٣- الصفحة/الصفحات المترجم منها  (عربي).

This translation is deemed to be complete provided that all the above documents are attached and intact. We testify to the accuracy of the translation without any responsibility for the contents.

ولا تعتبر هذه الترجمة كاملة إلا بوجود جميع الصفحات دون أي تعديل أو حذف أو إضافة بما في ذلك صور الصفحات المترجم عنها كما أن المكتب لا يتحمل أية مسؤولية عن صحة المحتويات.



License No. 235  
J.C.C. 47257

د. باسم عبد الله عالم  
Bassim A. Alim, Esq.

This translation consists of (3) pages including this first page bearing the office seal as per page numbering.

**AHIF 001915**

01/01/14277/080425H. 270504AD/AM

شارع ولي العهد بناية عبير - الدور الرابع شقة ١٧، ص.ب: ١٠٦١، جدة ٢١٤٣٣ المملكة العربية السعودية، هاتف: ١٤٢٢١/ ٦٥١٠٣٦٣ فاكس ٦٥١٠٨٤٦، ترخيص رقم: ٢٣٥، غ.ت.ج. رقم: ٤٧٢٥٧
Wali Al-Ahd St., Abeer Bldg, Suite No. 17, P.O. BOX 10361 Jeddah 21433 Kingdom of Saudi Arabia, Phone No. 651-3321/651-0363 Fax No.651-0846, License No. 235, J.C.C No. 47257

**AL RAJHI BANKING & INVESTMENT CORP.**
Saudi Joint Stock Corp. Paid up Capital S.R. 2,250,000,000
C.R. No. 85 – Head Office P.O. Box 28 – Riyadh 11411

**BRANCH: Olaya Road**

**DEPOSIT SLIP**

Date: 27/09/1420 / Jan. 04, 2004
Curs: _____
Credit Account No.: 7 6 1 1 6
T. Branch: 349

Depositor's Name: AL Haramain Islamic Foundation
I.D. No.: _____
Date & Place of Issues: _____
Nationality: _____
Sponsor's Address: _____
Telephone No.: _____
Depositor's Sig.: _____

Name: Chechnya committee

| Drawer's A/C No. | Drawee Branch | Cheque No. | Amount (Cheque/Cash) |
|---|---|---|---|
| 9885/5 | 166 | 1453 | 5,250,000 |

Amount: Five Million two hundred fifty thousand only



AHIF 001916

FAX NO. :                                                    Apr. 25 2004 10:25AM P1

AL RAJHI BANKING & INVESTMENT ...

| Depositor's Name | Drawer's A/C No. | Drawee Branch | Cheque No. | Amount (Cheque)/Cas |
|---|---|---|---|---|
| I.D. No. | 98595 | 177 | 2692 | 19659 |

AHIF 001917

**BASSIM A. ALIM, Esq.**

Date: 27/05/2004 AD
Ref.: 14274/01/01

## TRANSLATION

This document was translated for official use.

This document consists of (3) pages as per the following sequence: -

1- This cover.
2- The translation         (English).
3- The translated page/s   (Arabic).

This translation is deemed to be complete provided that all the above documents are attached and intact. We testify to the accuracy of the translation without any responsibility for the contents.

Bassim A. Alim, Esq.

27-5-2004

License No. 235
J.C.C. 47357

This translation consists of (3) pages including this first page bearing the office seal as per page numbering.

01/01/14274/080-125H. 270504AD/AM

page -1-

**AHIF 001918**

Wali al-Ahd St., Abeer Bldg, Suite No. 17, P.O BOX 10301 Jeddah 21413 Kingdom of Saudi Arabia, Phone No. 651-3321, 651-0363 Fax No 651-4846, License No. 235, I.C.C. No 47357



## AFFIDAVIT OF Al HARAMAIN ISLAMIC FOUNDATION

1. Al Haramain Foundation starts fundraising campaign for relief Muslim in Chechnya in 1999.

2. Normally the collection of the fundraise (Cash & Cheques) take the following steps:-

    a. To Issue a receipt voucher to the donor.

    b. Deposited all fundraise (Cash & Cheques) in Al Haramain bank account at Al Rajhie banking & investment co.

    c. The cashier submit to the financial department all (cash/cheques) deposit receipts with copies of receipt vouchers for checking and ordination, then our department will give a notice to the committees to proceed and followup the relief and humanitarian works accordingly.

3. In March 2000 our Cashier received an amount of (SR.703.514.00) in cash from Soliman Bin Hamad Al Buthi, which is the total fundraise collected by Al-Haramain U.S. office for relief of Muslims in Chechnya.

4. Accordingly, we follow the steps mentioned above and issued a receipt voucher number (262740) and (263867). The money was spent in Humanitarian and relief work for Chechen refugees.

5. Executed on the 3rd of May, 2004, in the Kingdom of Saudi Arabia.

_____

**Khalid Bin Obaid Azzahri**

In his official capacity as the Financial & Administrative Manager



01/01/1-1274/080-(25H. 270504AD/AM                               page -2-

**AHIF 001919**

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh

Ref : ..................
Date : ..................



مؤسسة الحرمين الخيرية
المكتب الرئيس – الرياض

الرقم : ..................
التاريخ : ..................

## إفادة من مؤسسة الحرمين الخيرية

١. لقد بدأت مؤسسة الحرمين الخيرية حملة جمع تبرعات لإغاثة مسلمي الشيشان في عام ١٩٩٩م.

٢. عادة تجمع التبرعات النقدية والشيكات في الصندوق وفق الخطوات التالية:
  أ- تحرير سند قبض للمتبرع باستلام المبلغ.
  ب- تودع المبالغ النقدية والشيكات في الحساب الخاص بالمؤسسة في شركة الراجحي المصرفية للاستثمار.
  ج- تسلم مستندات الإيداع مع صورة من سند القبض للإدارة المالية بالمؤسسة للتدقيق والمتابعة وتبلغ اللجان العاملة بذلك لتنفيذ ومتابعة الأعمال الإغاثية والإنسانية وفقاً لذلك.

٣. في شهر مارس من عام ٢٠٠٠م استلم الصندوق من سليمان بن حمد البطحي مناولة مبلغ نقدي قدره (٧٠,٣٥١٤ ريال)، عبارة عن إجمالي قيمة التبرعات التي جمعت بواسطة مكتب المؤسسة في أمريكا لصالح إغاثة مسلمي الشيشان.

٤. بناءً عليه تم إتباع الخطوات التي تم ذكرها أعلاه وحررت سندات قبض برقم (٢٦٢٧٤٠) ورقم (٢٦٣٨٦٧). وقد صرف المبلغ المذكور في الأعمال الإغاثية والإنسانية للاجئين الشيشانيين.

٥. حرر في يوم الأحد الموافق ٢ مايو من عام ٢٠٠٤م

مساعد المدير العام للشئون المالية والإدارية
خالد بن عبيد الظاهري



P. O. Box 69608 Riyadh 11557 - Saudi Arabia - Tel.: 4652210 - 4834414 - 4624908   Fax: 4623308

AHIF 001920