UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                       :
In re Terrorist Attacks of September 11, 2001  :
                                       :
                                       :     ORDER
                                       :
                                       :     03-MDL-1570 (GBD)
                                       :     02 Civ. 6977 (GBD)
                                       :     02 Civ. 7300 (GBD)
                                       :     03 Civ. 5071 (GBD)
                                       :     03 Civ. 5738 (GBD)
                                       :     03 Civ. 7036 (GBD)
                                       :
------------------------------------- X

GEORGE B. DANIELS, District Judge:

Given that Ashton v. Al Qaeda Islamic Army, 02 Civ. 6977, and Barrera v. Al Aqeda Islamic, 03 Civ. 7036, were consolidated and that defendant Cherif Sedky was voluntarily dismissed from Ashton, defendant Cherif Sedky is also DISMISSED from Barrera.

Similarly, because Salvo v. Al Qaeda Islamic Army, 03 Civ. 5071 and Burnett v. Al Qaeda Islamic Army, 03 Civ. 5738, were consolidated and that defendant Cherif Sedky was voluntarily dismissed from Burnett, defendant Cherif Sedky is also DISMISSED from Salvo.

In Tremsky v. Laden, 02 Civ. 7300, defendant Cherif Sedky's unopposed motion to dismiss is GRANTED. Defendant Cherif Sedky is dismissed from all of the above actions.

Dated: May 20, 2011
New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

1