UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

In Re:

                                    :          **ORDER**

      TERRORIST ATTACKS ON
      SEPTEMBER 11, 2001         :          03 MDL 1570 (GBD) (FM)

------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/12
```

**FRANK MAAS**, United States Magistrate Judge.

      It is hereby ORDERED that a telephone conference shall be held on

October 22, 2012 at 10 a.m.  Plaintiffs should initiate the call.


      SO ORDERED.

Dated:      New York, New York
           September 7, 2012

                            _____
                            FRANK MAAS
                 United States Magistrate Judge


Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF