```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

**ORDER** (proposed)

03 MDL 1570 (GBD) (FM)

-----------------------------------------------------------x

FRANK MAAS, United States Magistrate Judge.

It is hereby ORDERED that:

1. At the request of the counsel for the Plaintiffs, the Court directs that the following items be separately docketed as of record by the Clerk of the Court with the Court's ECF system: (1) the Letter Memorandum of the Plaintiffs, dated January 9, 2013, seeking imposition of sanctions against defendant Al Haramain, and (2) the attorney declaration of Robert T. Haefele, with accompanying Exhibits A-Y, in support of the Plaintiffs' request, and it is FURTHER ORDERED that

2. Defendant Al Haramain and the plaintiffs may file their respective opposition and reply papers concerning the above-referenced motion via the Court's ECF system, and a copy of this order shall accompany those filings.

SO ORDERED.

Dated: New York, New York
       January 10, 2013

/s/ FRANK MAAS
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All Counsel via ECF