# Exhibit K



An Non-profit Islamic Educational & Humanitarian Organization



www.alharamain.org   E-mail:a@qf.org
E-mail:haramain@alharamain.org
Tel:(541)482-1116  Fax:(541)482-1117
1257 Siskiyou Blvd. #212 Ashland OR 97520 USA

To whom it may concern:

Al-Haramain Islamic Foundation inc. is a non-profit organization. Our employer ID number is 93-1231083. My name is Bilal Abdul-Kareem and I am the office manager. If you have any further questions, please contact me at (541) 482-1116.

-Bilal Abdul-Kareem

Office Manager

300862

AHIF 000805