# Exhibit U

Daveed Gartenstein-Ross

June 1999

AHIF 000040

PLEASE PRINT NEATLY

| JOB Street ADDRESS # or Description, PLEASE DISCRIBE COMPLETLEY |
|---|
| Data entry (25), get flight prices, get prices for 1-800 number |
| Draft letter to Yugoslav ambassador for Pete to go, answer 3 other 3 letters + mail them |
| Data entry (43), take care of bills, get rubber stamps + plane ticket for Pete |
| Write May report, install fence w/ David (1 hr.), prepare packages (27), data entry (63) |
| ~~Data entry (92), prepare I.I.P.H. Shipment w/ David (2 hr), answer email (9), pen pal letter #2~~ |
| Data entry (92), prepare I.I.P.H. Shipment w/ David (2 hr), answer email (9), pen pal letter #2 |
| Photocopy pen pal letter, Prepare I.I.P.H. Shipment (2 hr), prepare packages (89) |
| Prepare packages (102), help Pete w/ Database revisions for refugees, type "employee report" |
| Get hut ready for presentation (2 ½ hr), data entry (38), prepare packages (26), work w/ Pete (3 hr) |
| Prepare + deliver khutbah, answer correspondence, data entry (31), mail packages |
| Office work |
| |
| Compile phone list, type report on Pete's East Coast trip, data entry (30), ans. email |
| Data entry (87), packages (13), call State Dept. |
| Call A St. Office Supply, Data entry (108), write ans to Abdul-Qaadir's proposal, work w/ Pete to send |
| Packaging (126) |
| Packaging (127), clean up for Jummuah prayers. |
| |
| |
| Packages (80), send packages (UPS), order Rubber Stamps |
| Packaging w/ Br. David (131), send packages from post office |
| Packaging w/ Br. David (31), data entry (78), send packages from post office |

AHIF 000041

First name: Dawud  
Last name: Gartskin-Ross  
Month: May  
Year: 1999

| DAY OF MONTH | DAY OF WEEK e.g. FRIDAY | START TIME e.g. 8:05 AM | TOTAL BREAK e.g. 55 MINUTES | TOTAL WORK TIME e.g. 7HR 20 | TOTAL DRAWS e.g. $50 | MONEY POCKET SPENT e.g. $22 | JOB Street ADDRESS # or Description, PLEASE DISCRIBE COMPLETLEY |
|---|---|---|---|---|---|---|---|
| 1. | Sa. | 2:30 pm - 5:00 | | 2 HR 30 | | | Work outside w/ Br. David |
| 2. | Su. | | | | | | |
| 3. | M | 9:00 am - 5:00 pm | | 8 HR | | | Look into Net Com situation, fax days missed to employees, search for [?], |
| 4. | T | 9:00 am - 9:00 pm | | 10 HR 45 | | | Find MSA's on web & solicit employees, edit typed material w/ Pepe |
| 5. | W | 7:30 am - 7:30 pm | | 12 HR | | | Data entry, billing Alhuramain, grant proposal for electrical system, |
| 6. | Th. | 11:00 am - 8:30 pm | | 9 HR 30 | | | Talk w/ Pete about monitors, send document to Soliman after rev., 6 |
| 7. | F | | | | | | |
| 8. | Sa. | | | | | | |
| 9. | Su | | | | | | |
| 10. | M | | GRADUATION | | | | |
| 11. | T | | | | | | |
| 12. | W | | | | | | |
| 13. | Th | | | | | | |
| 14. | F | | | | | | |
| 15. | Sa. | | | | | | |
| 16. | Su | | | | | | |
| 17. | M | | | | | | |
| 18. | T | | | | | | |
| 19. | W | 8:30 am - 5:00 pm | | 8 HR 30 | | | Data entry, prepare & send packages, revise electricity proposal fax |
| 20. | Th | 8:30 am - 5:30 pm | | 9 HR | | | Billing Alhuramain, prepare & send packages, find fax #'s of staff" |
| 21. | F | 9:45 am - 6:30 pm | | 8 HR 45 | | | Revise press release, email proposal to Soliman, prepare & mail pack |
| 22. | Sa. | | | | | | |
| 23. | Su. | | | | | | |
| 24. | M | 9:00 am - 5:00 pm | | 8 HR | | | Prepare and mail approx. 50 prisoner packages, Billing Alhuram |
| 25. | T | 9:00 am - 4:15 pm | | 7 HR 15 | | | Monthly Reports (finish Jan + Mar), Billing Alhuramain |
| 26. | W | 8:00 am - 8:30 pm | | 0 HR 30 | | | Work on Alhuramain refugee proposal |
| 27. | Th. | 9:00 am - 5:00 pm | | 8 HR | | | Billing Alhuramain, data entry, prepare packages |
| 28. | F | 9:00 am - 5:00 pm | | 8 HR | | | Type letter to lawyer & Soliman re: refugees, misc letters to [?] |
| 29. | Sa. | | | | | | |
| 30. | Su. | | | | | | |
| 31. | M | 9:00 am - 5:00 pm | | 8 HR | | | Finish & fax all monthly reports, write "thank you" letter for Alburai [?] |

PLEASE PRINT NEATLY