```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:
:    **ORDER**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001          :    03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to the telephone conference held on February 21, 2013, it is hereby

ORDERED that:

1. By February 28, 2013, each defendant that has produced documents, but has not served a privilege log, shall submit a letter to the Plaintiffs confirming that no documents have been withheld pursuant to the attorney-client privilege or work/product doctrine.

2. Also by February 28, 2013, any defendant who has withheld all of its documents on the basis of privilege or work/product protection shall submit a letter to the Plaintiffs explaining their reason for not submitting a privilege log.

SO ORDERED.

Dated:   New York, New York
         February 21, 2013

                                            /s/ Frank Maas
                                        _____
                                            FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF

1