UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In Re:                                        :                    **ORDER**

      TERRORIST ATTACKS ON
      SEPTEMBER 11, 2001           :          03 MDL 1570 (GBD) (FM)

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the conference held on April 16, 2013, it is hereby

ORDERED that:

    1.    By April 30, 2013, Mr. Haefele shall submit a letter setting forth any reasons that the parties should not be required to move jointly before Judge Gershon to modify the protective order in Linde v. Arab Bank, PLC, such that any documents protected by the order may be disclosed in this litigation.

    2.    Also by April 30, 2013, Mr. Haefele shall submit any additional letter-briefing as to whether Plaintiffs may rely on the work-product doctrine to withhold certain documents related to their prior FOIA requests.

    3.    A further conference shall be held on May 30, 2013, at 12 p.m., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED.

Dated:    New York, New York
          April 22, 2013

                                        FRANK MAAS
                              United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2013

1