# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

**MEMO ENDORSED**

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

OLIVER TWADDELL
Associate
Admitted in New York
U.S. Court of Appeals for Veterans Claims

JOHN ZEVITAS
Associate
Admitted in Massachusetts

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

CHRISTINE M. HILGEMAN
Of Counsel
Admitted in Virginia and the District of Columbia

JASON A. DZUBOW
Of Counsel
Admitted in District of Columbia and Maryland

ROBERT MANCE
Of Counsel
Admitted in District of Columbia and Maryland

June 20, 2013

The Honorable Frank Maas
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

*[Handwritten: Approved. Mr. McMahon should telephone (212) 805-4051 five minutes before the scheduled conference. FMaas, USMJ, 6/21/13]*

Re: *In Re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas,

I have a serious conflict regarding next Friday's appearance with you on June 28th. Can I participate by phone instead? I would need a call-in number of course. I do not think that the plaintiffs would oppose this request, and I have emailed them to confirm. I appreciate the courtesy.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2013
```

Very truly yours,

*[Signature]*

Martin F. McMahon, Esq.
MCMAHON & ASSOCIATES
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20008

cc: Sean Carter, Esq.

**MEMO ENDORSED**