UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

IN RE:

                                    :      **ORDER**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001              :      03 MDL 1570 (GBD) (FM)

------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       The discovery conference scheduled for September 10, 2013 is adjourned. By September 13, 2013, the parties shall submit a joint letter to my Chambers providing their availability for a further conference during the week of October 28, 2013.

       SO ORDERED.

Dated:       New York, New York
                    September 4, 2013

                                                       FRANK MAAS
                                             United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel (via ECF)