UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re Terrorist Attacks on September 11, 2001

ORDER

03 MDL 1570 (GBD)(FM)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 17 2014

GEORGE B. DANIELS, District Judge:

    The conference initially scheduled for Thursday, January 16, 2014 is adjourned until Thursday, April 24, 2014, at 11 a.m.

Dated: January 17, 2014
      New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge