# Cozen O'Connor

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 09/23/2009 | Carter, Sean P. | Call with R. Haefele re: Al Haramain/KSA control documents. | 0.60 | $750.00 | $450.00 |
| 09/24/2009 | Carter, Sean P. | Review Al Haramain evidence file re: Al Haramain-KSA control over Al Haramain-USA. | 2.30 | $750.00 | $1,725.00 |
| 10/26/2009 | Tarbutton, J. Scott | Telephone conversations with Burnett plaintiffs' counsel regarding al Haramain document production. | 0.50 | $600.00 | $300.00 |
| 10/28/2009 | Carter, Sean P. | Compile Al Haramain evidence for discussion with Motley Rice attorneys. | 1.30 | $750.00 | $975.00 |
| 10/29/2009 | Carter, Sean P. | Emails with R. Haefele re: AHIF alter ego status/control. | 0.50 | $750.00 | $375.00 |
| 11/02/2009 | Tarbutton, J. Scott | Review correspondence and attached documents from Burnett plaintiffs regarding discovery dispute with AHIF; for purposes of anticipated motion to compel. | 0.50 | $600.00 | $300.00 |
| 11/03/2009 | Carter, Sean P. | Telephone call with R. Haefele re: Al Haramain motion and strategy. | 0.80 | $750.00 | $600.00 |
| 11/03/2009 | Carter, Sean P. | Review draft of Al Haramain motion to compel. | 1.20 | $750.00 | $900.00 |
| 11/03/2009 | Tarbutton, J. Scott | Review correspondence and attached documents regarding discovery dispute with defendant Al Haramain Islamic Foundation Inc. (USA); for purposes of motion. | 0.60 | $600.00 | $360.00 |
| 11/11/2009 | Tarbutton, J. Scott | Review correspondence from plaintiffs' counsel regarding Al Haramain motion and discovery issues. | 0.40 | $600.00 | $240.00 |
| 11/11/2009 | Tarbutton, J. Scott | Review/analyze defendant al Haramain's discovery responses; for purposes of discussion with Motley Rice attorneys re: motion to compel. | 0.50 | $600.00 | $300.00 |
| 11/12/2009 | Tarbutton, J. Scott | Review/analyze Burnett plaintiffs' proposed motion to compel discovery from defendant al Haramain. | 0.60 | $600.00 | $360.00 |
| 12/10/2009 | Carter, Sean P. | Review Al Haramain opposition brief. | 2.60 | $750.00 | $1,950.00 |
| 12/10/2009 | Tarbutton, J. Scott | Review Al Haramain opposition to plaintiffs' motion to compel. | 1.00 | $600.00 | $600.00 |
| 12/10/2009 | Tarbutton, J. Scott | Review evidentiary file re: al Haramain and links to terrorism, including branch offices; follow up to motion to compel. | 1.00 | $600.00 | $600.00 |
| 12/14/2009 | Carter, Sean P. | Research re: attribution of control relative to al Haramain. | 2.60 | $750.00 | $1,950.00 |
| 12/14/2009 | Carter, Sean P. | Review al Haramain response to motion to compel; discussions with plaintiffs' counsel re: same. | 3.50 | $750.00 | $2,625.00 |
| 12/16/2009 | Carter, Sean P. | Outline response to Al Haramain's opposition to plaintiffs' motion to compel. | 2.00 | $750.00 | $1,500.00 |
| 12/16/2009 | Tarbutton, J. Scott | Review letter to Judge Maas re: AHIF. | 0.20 | $600.00 | $120.00 |
| 01/04/2010 | Carter, Sean P. | Emails w/ R. Haefele re: alter ego analysis for AHIF reply brief. | 0.70 | $750.00 | $525.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 01/05/2010 | Bonin, Adam | Case law research re: AHIF, piercing veil/alter ego. | 3.20 | $500.00 | $1,600.00 |
| 01/05/2010 | Carter, Sean P. | Meeting with A. Bonin re: AHIF alter ego research. | 0.20 | $750.00 | $150.00 |
| 01/05/2010 | Carter, Sean P. | Review and edit reply re: AHIF Motion To Compel. | 0.80 | $750.00 | $600.00 |
| 01/05/2010 | Tarbutton, J. Scott | Review correspondence from plaintiffs regarding al Haramain motion and filing. | 0.20 | $600.00 | $120.00 |
| 01/05/2010 | Tarbutton, J. Scott | Review Burnett's draft reply letter relative to AHIF motion to compel. | 0.60 | $600.00 | $360.00 |
| 01/20/2010 | Tarbutton, J. Scott | Review information from consultant regarding al Haramain document production. | 0.30 | $600.00 | $180.00 |
| 01/22/2010 | Tarbutton, J. Scott | Correspondence with consultants regarding al Haramain document production. | 0.20 | $600.00 | $120.00 |
| 02/08/2010 | Carter, Sean P. | Participate in pre-hearing meeting with members of PEC. | 1.00 | $750.00 | $750.00 |
| 02/08/2010 | Carter, Sean P. | Participate in post-hearing meeting with members of PEC. | 2.00 | $750.00 | $1,500.00 |
| 02/08/2010 | Carter, Sean P. | Prepare for al Haramain/Sanabel discovery hearing. | 2.00 | $750.00 | $1,500.00 |
| 02/08/2010 | Carter, Sean P. | Attend Al Haramain hearing before Judge Maas. | 2.10 | $750.00 | $1,575.00 |
| 02/08/2010 | Carter, Sean P. | Return travel to Philadelphia following Al Haramain hearing. | 2.50 | $750.00 | $1,875.00 |
| 02/08/2010 | Carter, Sean P. | Travel to NYC for al Haramain hearing. | 3.50 | $750.00 | $2,625.00 |
| 02/08/2010 | DISBURSEMENT | Travel Related Expense - Amtrak - J. Scott Tarbutton | N/A | N/A | $224.00 |
| 02/08/2010 | DISBURSEMENT | Travel Related Expense - Amtrak - Sean P. Carter | N/A | N/A | $229.00 |
| 02/08/2010 | DISBURSEMENT | Travel Related Expense - Parking - Sean P. Carter | N/A | N/A | $21.00 |
| 02/08/2010 | Tarbutton, J. Scott | Travel from NYC to Philly following discovery hearing relative to defendant al Haramain. | 2.00 | $600.00 | $1,200.00 |
| 02/08/2010 | Tarbutton, J. Scott | Travel from Philly to NYC for discovery hearing relative to defendant al Haramain. | 2.00 | $600.00 | $1,200.00 |
| 02/08/2010 | Tarbutton, J. Scott | Attend discovery hearing before Judge Maas. | 2.10 | $600.00 | $1,260.00 |
| 02/08/2010 | Tarbutton, J. Scott | Meetings/discussion with plaintiffs' attorneys before and after discovery hearing. | 3.00 | $600.00 | $1,800.00 |
| 02/22/2010 | Tarbutton, J. Scott | Review transcript from recent discovery hearing relating to Al Haramain discovery dispute. | 0.40 | $600.00 | $240.00 |
| 03/30/2010 | Carter, Sean P. | Emails with co-plaintiffs re: AHIF decision. | 0.40 | $750.00 | $300.00 |
| 04/26/2010 | Carter, Sean P. | Telephone call with R. Haefele re: significance of Sedaghaty Motion to Suppress ruling to AHIF alter-ego argument. | 1.00 | $750.00 | $750.00 |
| 04/28/2010 | Carter, Sean P. | Review al Haramain documents from consultant re: alter ego. | 2.50 | $750.00 | $1,875.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 10/27/2010 | DISBURSEMENT | Travel Related Expense - Amtrak - Sean P. Carter | N/A | N/A | $278.00 |
| 10/27/2010 | DISBURSEMENT | Travel Related Expense - Hotel - Sean P. Carter | N/A | N/A | $553.15 |
| 10/27/2010 | DISBURSEMENT | Travel Related Expense - Taxi - Sean P. Carter | N/A | N/A | $6.00 |
| 10/28/2010 | Carter, Sean P. | Participate in discovery hearing before Judge Maas. | 2.00 | $750.00 | $1,500.00 |
| 10/28/2010 | Carter, Sean P. | Pre-discovery conference meeting with members of PEC. | 2.00 | $750.00 | $1,500.00 |
| 10/28/2010 | Carter, Sean P. | Preparation for discovery conference and review cases and parties' submissions. | 2.40 | $750.00 | $1,800.00 |
| 10/28/2010 | Carter, Sean P. | Post-discovery conference meeting with members of PEC. | 2.50 | $750.00 | $1,875.00 |
| 10/28/2010 | Carter, Sean P. | Return travel to Philadelphia following discovery hearing. | 3.50 | $750.00 | $2,625.00 |
| 10/28/2010 | DISBURSEMENT | Travel Related Expense - Amtrak - J. Scott Tarbutton | N/A | N/A | $179.00 |
| 10/28/2010 | Tarbutton, J. Scott | Attend discovery hearing before Judge Maas. | 2.00 | $600.00 | $1,200.00 |
| 10/28/2010 | Tarbutton, J. Scott | Meeting with plaintiffs' counsel prior to hearing to discuss defendant discovery issues. | 2.00 | $600.00 | $1,200.00 |
| 10/28/2010 | Tarbutton, J. Scott | Post-hearing meeting with plaintiffs' counsel re: today's hearing; discussions regarding discovery and J. Maas' ruling. | 2.50 | $600.00 | $1,500.00 |
| 10/28/2010 | Tarbutton, J. Scott | Travel to/from NYC for discovery hearing before Judge Maas. | 4.00 | $600.00 | $2,400.00 |
| 10/29/2010 | Carter, Sean P. | Review Al Haramain record re: strategy in light of alter-ego ruling. | 1.20 | $750.00 | $900.00 |
| 11/12/2010 | Carter, Sean P. | Preliminary review AHIF's Rule 72 Objections. | 1.60 | $750.00 | $1,200.00 |
| 11/15/2010 | Carter, Sean P. | Emails with R. Haefele re: response to AHIF Rule 72 Objections. | 0.80 | $750.00 | $600.00 |
| 11/15/2010 | Carter, Sean P. | Review earlier briefing and decisions concerning law of the case doctrine in light of AHIF objections. | 1.00 | $750.00 | $750.00 |
| 11/15/2010 | Carter, Sean P. | Review AHIF Rule 72 Objections and supporting exhibits. | 1.60 | $750.00 | $1,200.00 |
| 11/29/2010 | Carter, Sean P. | Emails with co-counsel regarding plaintiffs' response to AHIF Rule 72 Objections. | 0.30 | $750.00 | $225.00 |
| 11/29/2010 | Carter, Sean P. | Edit AHIF response to AHIF Rule 72 Objections. | 0.60 | $750.00 | $450.00 |
| 11/29/2010 | Carter, Sean P. | Review response to AHIF Rule 72 Objections; telephone calls with R. Haefele regarding same. | 1.20 | $750.00 | $900.00 |
| 11/30/2010 | Carter, Sean P. | Edit AHIF notice of correction. | 0.60 | $750.00 | $450.00 |
| 12/02/2010 | Carter, Sean P. | Conference call with co-plaintiffs regarding strategy for discovery hearing. | 1.00 | $750.00 | $750.00 |
| 12/02/2010 | Carter, Sean P. | Participate in discovery hearing before Judge Maas. | 1.00 | $750.00 | $750.00 |
| 12/02/2010 | Carter, Sean P. | Post-hearing call with co-plaintiffs to discuss strategy. | 1.50 | $750.00 | $1,125.00 |
| 12/02/2010 | Carter, Sean P. | Prepare for discovery hearing; review submissions and outline arguments. | 1.60 | $750.00 | $1,200.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 12/02/2010 | Tarbutton, J. Scott | Participate in discovery hearing via telephone conference with Judge Maas. | 1.00 | $600.00 | $600.00 |
| 12/02/2010 | Tarbutton, J. Scott | Prepare for discovery hearing; review parties' submissions. | 1.00 | $600.00 | $600.00 |
| 12/02/2010 | Tarbutton, J. Scott | Conference call with plaintiffs' counsel following discovery hearing. | 1.50 | $600.00 | $900.00 |
| 01/03/2011 | Carter, Sean P. | Emails with R. Haefele regarding scope of AHIF discovery to plaintiffs and possible letter to Daniels re: Rule 72 objection. | 0.60 | $750.00 | $450.00 |
| 01/04/2011 | Carter, Sean P. | Telephone call with R. Haefele re: AHIF document discovery strategy. | 1.00 | $750.00 | $750.00 |
| 09/26/2011 | Carter, Sean P. | Review 9th Circuit al Haramain decision. | 1.10 | $750.00 | $825.00 |
| 10/03/2011 | Carter, Sean P. | Review status of AHIF discovery. | 1.00 | $750.00 | $750.00 |
| 11/11/2011 | Tarbutton, J. Scott | Correspondence with Motley Rice regarding Al Haramain discovery issues. | 0.40 | $600.00 | $240.00 |
| 04/18/2012 | Carter, Sean P. | Review investigation materials from consultant re: al Haramain. | 2.50 | $750.00 | $1,875.00 |
| 07/30/2012 | Carter, Sean P. | Review follow up discovery to Al Haramain; discussions with consultants regarding evidentiary materials. | 3.00 | $750.00 | $2,250.00 |
| 12/13/2012 | Carter, Sean P. | Telephone call with R. Haefele re: AHIF sanctions motion. | 1.00 | $750.00 | $750.00 |
| 12/14/2012 | Tarbutton, J. Scott | Review draft of AHIF sanctions motion. | 0.50 | $600.00 | $300.00 |
| 12/17/2012 | Carter, Sean P. | Review draft Al Haramain Motion for Sanctions. | 1.50 | $750.00 | $1,125.00 |
| 12/17/2012 | Tarbutton, J. Scott | Review current draft of AHIF sanctions motion. | 0.50 | $600.00 | $300.00 |
| 12/18/2012 | Carter, Sean P. | Review and edit AHIF Motion to Compel/Sanctions. | 2.20 | $750.00 | $1,650.00 |
| 12/18/2012 | Tarbutton, J. Scott | Review draft of discovery motion relating to Al Haramain; discuss same with S. Carter. | 1.00 | $600.00 | $600.00 |
| 01/02/2013 | Tarbutton, J. Scott | Review revised draft of AHIF sanctions motion; discuss same with plaintiffs' counsel. | 0.60 | $600.00 | $360.00 |
| 01/04/2013 | Carter, Sean P. | Emails with plaintiffs' counsel re: AHIF sanctions motion. | 1.50 | $750.00 | $1,125.00 |
| 01/04/2013 | Tarbutton, J. Scott | Review of AHIF motion for sanctions. | 0.50 | $600.00 | $300.00 |
| 01/09/2013 | Tarbutton, J. Scott | Research history of AHIF's discovery violations; pleadings filed in the MDL action; review MDL docket; for purposes of sanctions motion. | 1.40 | $600.00 | $840.00 |
| 01/10/2013 | Tarbutton, J. Scott | Review finalized AHIF sanctions motion filed with the Court. | 0.80 | $600.00 | $480.00 |
| 01/31/2013 | Carter, Sean P. | Preliminary review of AHIF opposition to plaintiffs' motion for sanctions. | 1.20 | $750.00 | $900.00 |
| 02/04/2013 | Carter, Sean P. | Telephone call with R. Haefele re: AHIF reply. | 1.00 | $750.00 | $750.00 |
| 02/05/2013 | Carter, Sean P. | Conference call re: AHIF reply to motion for sanctions. | 2.00 | $750.00 | $1,500.00 |
| 02/05/2013 | Tarbutton, J. Scott | Review AHIF's response to motion for sanctions; discuss same with R. Haefele. | 0.60 | $600.00 | $360.00 |
| 02/06/2013 | Carter, Sean P. | Read and edit WTC AHIF reply. | 2.50 | $750.00 | $1,875.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 02/07/2013 | Carter, Sean P. | Call with R. Haefele re: AHIF reply. | 0.50 | $750.00 | $375.00 |
| 02/07/2013 | Carter, Sean P. | Review final AHIF reply. | 2.60 | $750.00 | $1,950.00 |
| 02/07/2013 | Tarbutton, J. Scott | Review proposed PEC reply brief as to motion for sanctions as to AHIF; telephone conversations/correspondence with R. Haefele regarding same; research various pleadings as to AHIF. | 2.00 | $600.00 | $1,200.00 |
| 03/18/2013 | Tarbutton, J. Scott | Review latest filing from AHIF; discuss same with plaintiffs' counsel. | 0.40 | $600.00 | $240.00 |
| 03/18/2013 | Tarbutton, J. Scott | Review current discovery issues regarding Al Haramain in preparation for tomorrow's discovery conference before Judge Maas. | 2.00 | $600.00 | $1,200.00 |
| 03/19/2013 | Carter, Sean P.* | Pre-Hearing meeting with co-plaintiffs to discuss hearing strategy. (1.5 hours/2) | 0.75 | $750.00 | $562.50 |
| 03/19/2013 | Carter, Sean P.* | Discovery conference before Judge Maas. (2.00 hours/2) | 1.00 | $750.00 | $750.00 |
| 03/19/2013 | Carter, Sean P.* | Post-hearing meeting with co-plaintiffs to discuss hearing and discovery. (2.5 hours/2) | 1.25 | $750.00 | $937.50 |
| 03/19/2013 | Carter, Sean P.* | Travel to NYC for discovery hearing. (3.00 hours/2) | 1.50 | $750.00 | $1,125.00 |
| 03/19/2013 | DISBURSEMENT* | Travel Related Expense - Amtrak - J. Scott Tarbutton ($176.00/2) | N/A | N/A | $88.00 |
| 03/19/2013 | DISBURSEMENT* | Travel Related Expense - Amtrak - Sean P. Carter ($289.00/2) | N/A | N/A | $144.50 |
| 03/19/2013 | DISBURSEMENT* | Travel Related Expense - Parking - Sean P. Carter ($53.00/2) | N/A | N/A | $26.50 |
| 03/19/2013 | Tarbutton, J. Scott* | Pre-hearing preparation; review motion submissions. (1.00 hour/2) | 0.50 | $600.00 | $300.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Pre-hearing meeting with Plaintiffs' Counsel to discuss oral argument strategy. (1.50 hours/2) | 0.75 | $600.00 | $450.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Participate in hearing before Judge Maas. (2.00 hours/2) | 1.00 | $600.00 | $600.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Travel to NYC with S. Carter for discovery hearing before Judge Maas. (2.00 hours/2) | 1.00 | $600.00 | $600.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Post-hearing meeting with plaintiffs' counsel re: today's hearing. (2.50/2) | 1.25 | $600.00 | $750.00 |
| 03/20/2013 | DISBURSEMENT* | Travel Related Expense - Amtrak - J. Scott Tarbutton ($99.00/2) | N/A | N/A | $49.50 |
| 11/12/2013 | Tarbutton, J. Scott | Review Al Haramain's Rule 72 Objections. | 0.40 | $600.00 | $240.00 |
| 11/12/2013 | Tarbutton, J. Scott | Review case law regarding Rule 72 objections; discuss same with plaintiffs' counsel. | 1.00 | $600.00 | $600.00 |
| | | **TOTAL** | **142.10** | | **$100,568.65** |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

# RECEIPTS – COZEN O'CONNOR

October 28, 2010 Discovery Hearing

(Al Haramain)

Cab Fare 10/28/10 Conf.

VICTORY CAB
215 225-5000

DRIVER: 00100471
CAB # P1358
DATE: 10/27/2010
START TIME 13:46
END TIME 13:48
TRIP # 19962
RATE No. 1
MILES 0.56
FARE $ 4.08

CAM

GR. TOT. 4.08

TIP: $__________

TOTAL $ 6

PPA Complain
215 683-94




Hotel for 10/28/10 court conference

Mr Sean Patrick Carter
United States

Room No. 082
Arrival 10-27-10
Departure 10-28-10
Page No. 1 of 1
Cashier No. 69
Folio No. 106096

Pers. CC

**INVOICE**

| Date | Text | Charges | Credits |
|---|---|---|---|
| 10-27-10 | Room Charge | 479.00 | |
| 10-27-10 | Convention Center Tax | 1.50 | |
| 10-27-10 | State Tax | 42.51 | |
| 10-27-10 | City Tax | 28.14 | |
| 10-27-10 | Occupancy Tax | 2.00 | |
| 10-28-10 | American Express | | 553.15 |
| | **Balance** | | **0.00** |

Thank you for staying with us.

SIGNATURE:____________________

Merchant ID
Transaction ID 1972940
Approval Code 595758
Approval Amount : 553.15

Credit Card # XXXXXXXXXXX2008
Credit Card Expiry : XX/XX
Capture Method : Swiped
Transaction Amount 553.15

Occupancy/Javits Center Fee: Represents a $2,- per occupied room or $4,- per occupied suite city occupancy charge and a $1.50 charge to support the expansion of the Javits Convention Center

60 Thompson Street, NY 10012 Tel.(212)431-0400 Reservations (877)431-0400 Fax (212)431-0200

TRAIN FOR 10/28/10
COURT CONF

**Carter, Sean**

**From:** COMPLEAT@gdsx.com
**Sent:** Wednesday, October 27, 2010 12:41 PM
**To:** Walters, Bobette; Carter, Sean
**Subject:** TICKETED ITINERARY for SEAN PATRICK CARTER departing 10/27/2010



PERS. CC

Security & Destination Information | Update My Profile | Vacation Deals
CARTER / SEAN PATRICK ..... 117430
COZEN OCONNOR
ATTN: SEAN P CARTER
1900 MARKET ST
PHILADELPHIA, PA 19103
Your reservation has been confirmed by: Andrea Callahan
World Travel Record Locator: WFN2M0
You may access your current reservation at any time at ViewTrip by clicking the link.
ViewTrip
World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700

When calling from outside of the U.S., call 610-296-9300

| RAIL - Wednesday, October 27 2010 | | |
|---|---|---|
| Amtrak Train Number 02166 | | |
| Depart: | Philadelphia 30th St Railway Station, United States<br>02:30 PM Wednesday, October 27 2010 | Weather |
| Arrive: | New York Penn Station, United States<br>03:45 PM Wednesday, October 27 2010 | Weather |
| Duration: | 1 hour(s) and 15 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | 15F7E7 | |

| RAIL - Thursday, October 28 2010 | | |
|---|---|---|
| Amtrak Train Number 02163 | | |
| Depart: | New York Penn Station, United States<br>03:00 PM Thursday, October 28 2010 | Weather |
| Arrive: | Philadelphia 30th St Railway Station, United States<br>04:05 PM Thursday, October 28 2010 | Weather |
| Duration: | 1 hour(s) and 5 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | 15F7E7 | |

**Remarks**
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE
WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD
TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME.

| Ticket Detail | | |
|---|---|---|
| Ticket Number: | 5541002070599 Issued: 10/27/2010 | USD 263.00 |
| New Ticket Charges: | | USD 263.00 |
| Service Fee: | 8900530921332 Issued: 10/27/2010 | USD 15.00 |
| Total Charges * : | | USD 278.00 |
| Invoice Number: | 1002070599 | |
| Ticket and Service Fees charged to: | | AX************1000 |
| | * Some airlines have instituted new baggage fees. Use the link below for details. | |

Click here for Baggage Charge details.
PLEASE REVIEW YOUR ITINERARY UPON RECEIPT. WORLD TRAVEL WILL NOT BE RESPONSIBLE FOR ANY DISCREPANCIES ON THIS ITINERARY IF NOT NOTIFIED

Riders AMTRAK Baggage

1 Name of Passenger
CARTER/SEAN PATRICK
7000116249

From
NEW YORK PENN,NY
To
PHILADELPHIA 30,PA
Carrier Train Date
2V 2163 28OCT10
Accom Space/Car
K EXPRSS BSNESS
Form of Payment
AX146.00 2008
Rail Fare $146.00
Fare Plans
Accom Charge $.00
Total $146.00
KOAE
Ticket Number
3009166062305
No. of
01 01
Date of Issue Reservation
27OCT10 15F7E7
PASSENGER RECEIPT

Riders AMTRAK Baggage

1 Name of Passenger
CARTER/SEAN PATRICK
7000116249

From
PHILADELPHIA 30,PA
To
NEW YORK PENN,NY
Carrier Train Date
2V 2166 27OCT10
Accom Space/Car
KB EXPRSS BSNESS
Form of Payment
AX117.00 2008
Rail Fare $117.00
Fare Plans
Accom Charge $.00
Total $117.00
BOAE
Ticket Number
3009166062297
No. of
01 01
Date of Issue Reservation
27OCT10 15F7E7
PASSENGER RECEIPT

AMTRAK PURCHASE RECORD 1 of 1 — Ticket Coupon

I acknowledge receipt of ticket(s) and agree to accept billing to the credit card identified below.

X

WASHINGTON, DC — 800-USA-RAIL

Date of Issue 28OCT100212A — Place of Issue NYP — Res.# 010F9E

Name of Passenger JS TARBUTTON

From

To 0649 NYP-PHL 28OCT10

Endorsement/Restrictions

Form of Payment AMERICAN EXPRESS XXXXXXXXXXX1000

MERCH ID 4841

TRANS ID 3014841042433

Total Charge 48.00

Fare Plans AUTH CODE

Pricing Pts 186907

096281727463

PLEASE SEE REVERSE SIDE FOR TERMS AND CONDITIONS.

NRPT 96 STOCK CONTROL NO. TKT NO. - DO NOT MARK OR STAMP IN THIS BLOCK

AMTRAK PURCHASE RECEIPT

Name of Passenger JS TARBUTTON

AMERICAN EXPRESS

XXXXXXXXXXX1000

MERCH ID 4841

TRANS ID 3014841042433

AUTH CODE 186907

Total 48.00

Date of Issue 28OCT100212A — Reservation # 010F9E

PASSENGER RECEIPT

AMTRAK PURCHASE RECORD 1 of 1 — Ticket Coupon

I acknowledge receipt of ticket(s) and agree to accept billing to the credit card identified below.

X

WASHINGTON, DC — 800-USA-RAIL

Date of Issue 28OCT100711A — Place of Issue PHL — Res. # 006594

Name of Passenger JS TARBUTTON

From

To 2100 PHL-NWK 28OCT10

Endorsement/Restrictions

Form of Payment AMERICAN EXPRESS XXXXXXXXXXX1000

MERCH ID 9167

TRANS ID 3019167004032

Total Charge 131.00

Fare Plans AUTH CODE

Pricing Pts 149592

096299371486

AMTRAK PURCHASE RECEIPT

Name of Passenger JS TARBUTTON

AMERICAN EXPRESS

XXXXXXXXXXX1000

MERCH ID 9167

TRANS ID 3019167004032

AUTH CODE 149592

Total 131.00

Date of Issue 28OCT100711A — Reservation # 006594

PASSENGER RECEIPT

AMTRAK

1

Name of Passenger TARBUTTON/JS

From PHILADELPHIA 30,PA

To NEWARK PENN STA,NJ

2V 2100 28OCT10

Accom KA

Form of Payment EXPRSS BSNESS

AX131.00 1000

Rail Fare $131.00 — Accom Charge $.00

Total $131.00

AOAE

Ticket Number 3019167004032 — No. of 01 01

Date of Issue 28OCT10 — Reservation # 6594

PASSENGER RECEIPT

AMTRAK

1

Name of Passenger TARBUTTON/JS

From NEW YORK PENN,NY

To PHILADELPHIA 30,PA

2V 649 28OCT10

Accom YD — Space/Car RESERVD COACH

Form of Payment AX48.00 1000

Rail Fare $48.00 — Accom Charge $.00

Total $48.00

DOF1

Ticket Number 3014841042433 — No. of 01 01

Date of Issue 28OCT10 — Reservation # 10F9E

PASSENGER RECEIPT

# RECEIPTS – COZEN O'CONNOR

## March 19, 2013 Discovery Hearing

## (Jelaidan/Al Haramain)

**Kelly, Patricia A.**

**From:** Tarbutton, J. Scott
**Sent:** Monday, March 18, 2013 1:10 PM
**To:** Kelly, Patricia A.
**Subject:** FW: TICKETED ITINERARY for JOSEPH SCOTT TARBUTTON departing 3/19/2013

**From:** COMPLEAT@gdsx.com [mailto:COMPLEAT@gdsx.com]
**Sent:** Monday, March 18, 2013 12:40 PM
**To:** Tarbutton, J. Scott
**Subject:** TICKETED ITINERARY for JOSEPH SCOTT TARBUTTON departing 3/19/2013




Generated:March 18, 2013 12:40 PM

**Security & Destination Information** | **Update My Profile** | **Vacation Deals** | **Instant Feedback**

Tarbutton / Joseph Scott 117430
Cozen Oconnor
Attn - Joseph Tarbutton
1900 Market St
Philadelphia, PA 19103
Your reservation has been confirmed by: Lisa Williams
World Travel Record Locator: P27H80
You may access your current reservation before or during your travel dates at ViewTrip by clicking the link.
World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700

When calling from outside of the U.S., call 610-296-9300

| RAIL - Tuesday, March 19 2013 | | |
|---|---|---|
| Amtrak Train Number 02100 | | |
| Depart: | Philadelphia 30th St Railway Station, United States<br>07:35 AM Tuesday, March 19 2013 | Weather |
| Arrive: | New York Penn Station, United States<br>08:46 AM Tuesday, March 19 2013 | Weather |
| Duration: | 1 hour(s) and 11 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | CD44DD | |

| HOTEL - Tuesday, March 19 2013 | | |
|---|---|---|
| SOHO GRAND HOTEL | | Map/Driving directions |
| Address: | 310 West Broadway<br>New York NY US 10013 | |
| Tel: | 1-212-9653000 | |
| Fax: | 1-212-9653200 | |
| Check In/Check Out: | Tuesday, March 19 2013 - Wednesday, March 20 2013 | |
| Status: | Confirmed | |
| Number of Persons: | 1 | |
| Number of Nights: | 1 | |
| Rate per night: | USD 359.00 | |
| Guaranteed: | Yes | |

Confirmation: CIOAWRS
Cancellation Policy: CXL BY 1500 HOTEL TIME ON 18MAR13-FEE 1 NIGHT-
Additional Information: NONSMKG KNG

**Remarks**

RESERVATION MADE BY LISA WILLIAMS
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME.

**Ticket Detail**

| | | |
|---|---|---|
| Ticket Number: | 5547187245536 Issued: 03/18/2013 | USD 161.00 |
| New Ticket Charges: | | USD 161.00 |
| Service Fee: | 8900598832639 Issued: 03/18/2013 | USD 15.00 |
| Total Charges * : | | USD 176.00 |
| Invoice Number: | 191335016 | |
| Ticket and Service Fees charged to: | | AX***********1000 |

* Some airlines have instituted new baggage fees.
Use the link below for details.

Check here for airline baggage and ancillary fees.

Please review your itinerary upon receipt. World Travel will not be responsible for any discrepancies on this itinerary if not notified within 24hours of when reservation was made.

World Travel Corporate Headquarters - 1724 W Schuylkill Road - Douglassville, PA 19518

AMTRAK

REV. 7-10

I acknowledge receipt of ticket(s) and agree to accept billing to the credit card identified below:

TARBUTTON/JS

B Ticket Coupon 01 of 01

C

RETAIN DURING TRIP

Date of Issue Place of Issue Res. #

RES# D02708-20MAR13

Riders Type Rider Status

Name of Passenger

93 20Mar13/2305PM

Carrier Train Date Time

From NEW YORK PENN,NY

RESERVED COACH SEAT

To

TO PHILADELPHIA 30TH,PA

Not Valid Before/After Accom Space/Car

Endorsement/Restrictions

Form of Payment

Rail Fare

ETICKET DOCUMENT HAS NO VALUE

Accom Charge

Total Charge

Fare Plans

Pricing Pts

Tkt. Pts.

ID REQD ON BOARD

096992984130

ETICKET TRAVEL DOCUMENT

NRPT-96 P1 02:00:26:0349

STOCK CONTROL NO.

TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., DALLAS, TX

Riders AMTRAK Baggage

RES# D02708-20MAR13

Name of Passenger

TARBUTTON/JS

From

To

Carrier Train Date

Accom Space/Car

Form of Payment

Rail Fare Accom Charge

OTHER TERMS AND CONDITIONS APPLY.

REFUND AND EXCHANGE FEES MAY APPLY

Reservation #

PASSENGER RECEIPT

---

AMTRAK

REV. 7-10

I acknowledge receipt of ticket(s) and agree to accept billing to the credit card identified below:

PURCHASE RECEIPT

B Ticket Coupon 01 of 01

C

Date of Issue Place of Issue Res. #

NYP

X

800-USA-RAIL

Name of Passenger

20Mar130200PM

Riders Type Rider Status

RES# D02708-20MAR13

TARBUTTON/JS

From

Carrier Train Date Time

Space/Car

To

93 NYP-PHL 20Mar13 $ 99.00

Not Valid Before/After Accom

Endorsement/Restrictions

Form of Payment

AX 1000 $99.00

Rail Fare

MERCH ID

Accom Charge

A04870

Fare Plans

AUTH CODE

Pricing Pts

589837

Tkt. Ptr.

NOT VALID FOR TRAVEL

096992984141

Total Charge

$99.00

NRPT 96

STOCK CONTROL NO.

PLEASE SEE REVERSE SIDE FOR TERMS AND CONDITIONS

TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., DALLAS, TX

Riders AMTRAK Baggage

PURCHASE RECEIPT

Name of Passenger

WASHINGTON,DC

From

To

Carrier Train Date

Accom Space/Car

Form of Payment

Rail Fare Accom Charge

Fare Plans Total

REFUND AND EXCHANGE FEES MAY APPLY

OTHER TERMS AND CONDITIONS APPLY.

Date of Issue Reservation #

PASSENGER RECEIPT

**Carter, Sean**

---

**From:** COMPLEAT@gdsx.com
**Sent:** Monday, March 11, 2013 4:25 PM
**To:** Carter, Sean
**Subject:** TICKETED ITINERARY for SEAN PATRICK CARTER departing 3/19/2013




Generated:March 11, 2013 4:24 PM

Security & Destination Information | Update My Profile | Vacation Deals | Instant Feedback

Carter / Sean Patrick 117430
Cozen Oconnor
Attn - Sean Carter
1900 Market St
Philadelphia, PA 19103
Your reservation has been confirmed by: Lisa Williams
World Travel Record Locator: RGHV7O
You may access your current reservation before or during your travel dates at ViewTrip by clicking the link.
World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700

When calling from outside of the U.S., call 610-296-9300

| RAIL - Tuesday, March 19 2013 | | |
|---|---|---|
| Amtrak Train Number 02100 | | |
| Depart: | Philadelphia 30th St Railway Station, United States<br>07:35 AM Tuesday, March 19 2013 | Weather |
| Arrive: | New York Penn Station, United States<br>08:46 AM Tuesday, March 19 2013 | Weather |
| Duration: | 1 hour(s) and 11 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | C5275B | |
| **HOTEL - Tuesday, March 19 2013** | | |
| SOHO GRAND HOTEL | | |
| Address: | 310 West Broadway<br>New York NY US 10013 | Map/Driving directions |
| Tel: | 1-212-9653000 | |
| Fax: | 1-212-9653200 | |
| Check In/Check Out: | Tuesday, March 19 2013 - Wednesday, March 20 2013 | |
| Status: | Confirmed | |
| Number of Persons: | 1 | |
| Number of Nights: | 1 | |
| Rate per night: | USD 359.00 | |
| Guaranteed: | Yes | |
| Confirmation: | CIO39W3 | |
| Cancellation Policy: | CXL BY 1500 HOTEL TIME ON 18MAR13-FEE 1 NIGHT- | |
| Additional Information: | NONSMKG KNG | |
| Remarks: | CANCEL BY 3PM 24 HOURS PRIOR TO ARRIVAL TO AVOID PENALTY | |
| **RAIL - Wednesday, March 20 2013** | | |
| Amtrak Train Number 02165 | | |
| Depart: | New York Penn Station, United States | Weather |

| | | |
|---|---|---|
| Arrive: | 04:00 PM Wednesday, March 20 2013<br>Philadelphia 30th St Railway Station, United States<br>05:05 PM Wednesday, March 20 2013 | Weather |
| Duration: | 1 hour(s) and 5 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | C5275B | |

**Remarks**

RESERVATION MADE BY LISA WILLIAMS
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE
WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD
TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME.

**Ticket Detail**

| | | |
|---|---|---|
| Ticket Number: | 5547186041053 Issued: 03/11/2013 | USD 274.00 |
| New Ticket Charges: | | USD 274.00 |
| Service Fee: | 8900598548159 Issued: 03/11/2013 | USD 15.00 |
| Total Charges * : | | USD 289.00 |
| Invoice Number: | 191334958 | |
| Ticket and Service Fees charged to: | | AX***********1002 |
| | * Some airlines have instituted new baggage fees.<br>Use the link below for details. | |

Check here for airline baggage and ancillary fees.

Please review your itinerary upon receipt. World Travel will not be responsible for any discrepancies on this itinerary if not notified within 24hours of when reservation was made.

World Travel Corporate Headquarters - 1724 W Schuylkill Road - Douglassville, PA 19518



PASSENGER TICKET AND BAGGAGE CHECK

ARC 11MAR13 / PASSENGER RECEIPT 1 OF 1 PHL

AMTRAK

5880/DGDHS / ODHXHI

US NYP 2V 2100 K 19MAR 1 KB BSNSS

PHL 2V 2165 K 20MAR 1 KA BSNSS

CARRIER/SEAN PATRICK

NOT VALID FOR ***RETAIN THIS RECEIPT***

TRANSPORTATION***THROUGHOUT YOUR JOURNEY*

AMTRAK RAIL SERVICE/LFULL

PHL NYP/BOAE 129.00 NYPPHL/AOAE 145.00 ASK ABOUT

RESTRICTIONS AMTRAK CARRIAGE CONDITION APPLY

USD274.00

88941582646151

0 554 7186041053 6

NOT VALID FOR TRAVEL

554 7186041053 6

USD274.00

DOCUMENT IS HEAT SENSITIVE

Do not expose to prolonged periods of excessive heat or light

COPYRIGHT © AIRLINES REPORTING CORP., 2004

AMTRAK GARAGE
30TH ST
PHILA PA
215 382 3567

Rcpt# 6460
03/20/13 15:30 L# 7 A# 1 Txn# 9714
03/19/13 06:39 In 03/20/13 15:30 Out
Tkt# 123889
Amtrak Fee $ 53.00
Total Fee $ 53.00
Amex $ 53.00
XXXXXXXXXXX1002
Approval No.:500532
Reference No.:00000189
Change Due $ 0.00
THANK YOU FOR PARKING
WITH CENTRAL PARKING SYSTEMS
LOCATION 54