# Exhibit C

# JELAIDAN - TOTAL FEES

| Law Firm | Time (hrs) | Total Billing | Total Disbursements | GRAND TOTAL |
|---|---|---|---|---|
| Anderson Kill, P.C. | 0.00 | $0.00 | $0.00 | $0.00 |
| Cozen O'Connor | 292.00 | $181,200.00 | $978.50 | $182,178.50 |
| Kreindler & Kreindler, LLP | 54.00 | $22,350.00 | $0.00 | $22,350.00 |
| Motley Rice, LLC | 91.65 | $66,932.50 | $1,731.97 | $68,664.47 |
| TOTAL | 437.65 | $270,482.50 | $2,710.47 | $273,192.97 |

# Motley Rice, LLC

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 04/14/2011 | Haefele, Robert T. | Review WJ discovery responses in connection with email from S Carter re possible motion to compel WJ; email exchanges with S Carter and PECs re dates to M&C with M. McMahon. | 0.75 | $750.00 | $562.50 |
| 06/07/2011 | Haefele, Robert T. | Email communication with Kreindler re WJ bank account information | 0.25 | $750.00 | $187.50 |
| 06/07/2011 | Haefele, Robert T. | Call with S. Tarbutton re WJ discovery issues and proposed motion to compel | 0.50 | $750.00 | $375.00 |
| 06/07/2011 | Haefele, Robert T. | Email exchanges with S. Tarbutton re strategy for WJ motion to compel | 0.50 | $750.00 | $375.00 |
| 06/07/2011 | Haefele, Robert T. | Research/Review re WJ files re banks accounts associated with WJ; review discovery requests/responses from WJ | 3.00 | $750.00 | $2,250.00 |
| 06/08/2011 | Haefele, Robert T. | Review work product reports re WJ financial accounts. | 0.50 | $750.00 | $375.00 |
| 10/11/2011 | Haefele, Robert T. | Receive, review, comment/edit draft of WJ motion to compel from Cozen | 1.50 | $750.00 | $1,125.00 |
| 10/11/2011 | Haefele, Robert T. | Research and Review documents re WJ for motion to compel; Call to discuss evidence and supporting documentation for WJ motion to compel with S. Tarbutton; email exchanges w/ S. Tarbutton re same | 2.25 | $750.00 | $1,687.50 |
| 10/12/2011 | Haefele, Robert T. | Review S. Carter comments to draft Motion to Compel re WJ; review WJ-related documents; Draft insert for WJ motion to compel; edits to WJ draft motion; email exchanges w/ S. Tarbutton re motion to compel WJ | 5.00 | $750.00 | $3,750.00 |
| 10/13/2011 | Haefele, Robert T. | Review proposed revisions to motion to compel WJ | 0.25 | $750.00 | $187.50 |
| 10/15/2011 | Haefele, Robert T. | Review and fact-check draft of motion to compel WJ | 2.50 | $750.00 | $1,875.00 |
| 10/17/2011 | Haefele, Robert T. | Review motion to compel WJ as being sent to McMahon | 0.25 | $750.00 | $187.50 |
| 10/17/2011 | Flowers, Jodi W. | Review Jelaidan motion to compel | 0.25 | $800.00 | $200.00 |
| 10/18/2011 | Haefele, Robert T. | Review additional documents and work product research re Jelaidan relationships; email with S. Tarbutton re same | 1.50 | $750.00 | $1,125.00 |
| 10/24/2011 | Haefele, Robert T. | Exchanges re McMahon request for extension | 0.25 | $750.00 | $187.50 |
| 11/01/2011 | Haefele, Robert T. | Research re and communications with consultant re OFAC blocking regulations application to WJ's access to financial account information; Review/comment on affidavit for reply brief re WJ motion to compel; email to S. Carter re same. | 0.50 | $750.00 | $375.00 |
| 11/01/2011 | Haefele, Robert T. | Review WJ Opp to Motion to Compel | 1.00 | $750.00 | $750.00 |
| 11/07/2011 | Haefele, Robert T. | Research re declaration from Prof. Gurulé re OFAC blocking regulations application to WJ's access to financial account information | 1.50 | $750.00 | $1,125.00 |
| 11/08/2011 | Haefele, Robert T. | Review/comment on affidavit for reply brief re WJ motion to compel | 1.50 | $750.00 | $1,125.00 |
| 11/08/2011 | Flowers, Jodi W. | Review Reply on Motion to Compel (Jelaidan) | 0.25 | $800.00 | $200.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Page 1 of 4

Jelaidan

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 11/09/2011 | Haefele, Robert T. | Discuss issues with consultant re OFAC blocking regulations and application to WJ's access to financial account information; review/comment on affidavit for reply brief WJ motion to compel; collect/review/prep exhibits | 2.50 | $750.00 | $1,875.00 |
| 11/18/2011 | DISBURSEMENT | Jimmy Gurule - Preparation of Declaration Re: Jelaidan Discovery | N/A | N/A | $1,500.00 |
| 11/21/2011 | Haefele, Robert T. | Prep payment to consultant | 0.25 | $750.00 | $187.50 |
| 12/05/2011 | Haefele, Robert T. | Review/draft response to email from M. McMahon re WJ discovery and motion to compel; emails with PECs re same | 0.50 | $750.00 | $375.00 |
| 12/27/2011 | Haefele, Robert T. | Review motion WJ motion to compel | 0.50 | $750.00 | $375.00 |
| 07/25/2012 | Haefele, Robert T. | Review WJ liability docs and summary; Discuss internally re WJ sanctions for failure to provide discovery. | 1.00 | $750.00 | $750.00 |
| 07/27/2012 | Flowers, Jodi W. | Review and analysis of Jelaidan document production and discovery response. | 2.50 | $800.00 | $2,000.00 |
| 07/28/2012 | Flowers, Jodi W. | Review and analysis of Jelaidan document production and discovery response and prior pleadings. | 2.75 | $800.00 | $2,200.00 |
| 07/28/2012 | Flowers, Jodi W. | Draft WJ supplemental discovery requests | 4.00 | $800.00 | $3,200.00 |
| 07/29/2012 | Flowers, Jodi W. | Drafting outline for supplemental discovery on defendant, Jelaidan. | 0.75 | $800.00 | $600.00 |
| 07/29/2012 | Flowers, Jodi W. | Drafting supplemental discovery requests for defendant, Jelaidan. | 3.00 | $800.00 | $2,400.00 |
| 07/30/2012 | Flowers, Jodi W. | Edit WJ supplemental discovery requests | 1.50 | $800.00 | $1,200.00 |
| 07/31/2012 | | Review/comment on WJ supplemental discovery requests; research/review time period issue and previous decisions re same; discuss w/ J Flowers; emails with S. Tarbutton; Service of Supplemental discovery requests on McMahon for WJ | 2.50 | $750.00 | $1,875.00 |
| 07/31/2012 | Flowers, Jodi W. | Edit WJ supplemental discovery requests; discuss w / R Haefele | 2.25 | $800.00 | $1,800.00 |
| 08/30/2012 | Haefele, Robert T. | Additional factual research re WJ re motion to compel | 1.00 | $750.00 | $750.00 |
| 12/07/2012 | Haefele, Robert T. | Review/comment on draft letter motion to compel WJ | 2.00 | $750.00 | $1,500.00 |
| 01/22/2013 | Haefele, Robert T. | Review and comment on strategy for WJ motion to compel | 0.25 | $750.00 | $187.50 |
| 01/22/2013 | Haefele, Robert T. | Review/comment on draft letter motion to compel WJ | 0.75 | $750.00 | $562.50 |
| 01/28/2013 | Haefele, Robert T. | Review of WJ motion to compel; exchanges w/ V Parrett and S Carter re strategy re same. | 0.50 | $750.00 | $375.00 |
| 01/28/2013 | Flowers, Jodi W. | Review motion to compel (Jelaidan) | 0.25 | $800.00 | $200.00 |
| 01/30/2013 | Haefele, Robert T. | Final review of WJ motion to compel; service on counsel; emails w / S Tarbutton, V Parrett, and PEC re same | 0.75 | $750.00 | $562.50 |
| 02/27/2013 | Haefele, Robert T. | Review WJ submissions and exchanges w/ PEC re same | 0.75 | $750.00 | $562.50 |

Page 2 of 4

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Jelaidan

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 03/01/2013 | Haefele, Robert T. | Review opposition brief and exhibits from WJ; comment to PEC | 1.50 | $750.00 | $1,125.00 |
| 03/05/2013 | Haefele, Robert T. | Review WJ documents/brief/exhibits and comment on proposed opposition strategy with PEC; review research re WJ relationships with entities; continued assessment of WJ discovery deficiencies. | 3.50 | $750.00 | $2,625.00 |
| 03/11/2013 | Haefele, Robert T. | Edits to WJ motion to compel; review comments from PEC | 4.00 | $750.00 | $3,000.00 |
| 03/11/2013 | Flowers, Jodi W. | Review reply on motion to compel Jelaidan | 0.25 | $800.00 | $200.00 |
| 03/12/2013 | Haefele, Robert T. | Calls to discuss with S. Tarbutton and S. Carter edits to WJ motion to compel and preparation for filing motion to compel; additional edits. | 2.00 | $750.00 | $1,500.00 |
| 03/18/2013 | Haefele, Robert T.* | Review WJ motion to compel and discussion with S Carter, S Tarbutton re preparation for motion to compel | 1.50 | $750.00 | $1,125.00 |
| 03/18/2013 | Haefele, Robert T.* | Travel to NY for oral argument on sanctions motion (4.5 hours/2) | 2.25 | $750.00 | $1,687.50 |
| 03/18/2013 | Frutig, Brian* | Travel to NY for oral argument on sanctions motion (4.5 hours/2) | 2.25 | $400.00 | $900.00 |
| 03/18/2013 | DISBURSEMENT* | Travel Related Expense - Amtrak - B. Frutig ($498.00/2) | N/A | N/A | $249.00 |
| 03/18/2013 | DISBURSEMENT* | Travel Related Expense - Airfare - R. Haefele ($1,103.80/2) | N/A | N/A | $551.90 |
| 03/18/2013 | DISBURSEMENT* | Travel Related Expense - Taxi - R. Haefele ($46.10/2) | N/A | N/A | $23.05 |
| 03/18/2013 | DISBURSEMENT* | Travel Related Expense - Mileage (to CIA) - R. Haefele ($9.04/2) | N/A | N/A | $4.52 |
| 03/18/2013 | DISBURSEMENT* | Travel Related Expense - Parking/Tolls - R. Haefele ($45.00/2) | N/A | N/A | $22.50 |
| 03/19/2013 | Haefele, Robert T.* | Conference with PEC members pre-hearing re sanctions motion (1.5 hours/2) | 0.75 | $750.00 | $562.50 |
| 03/19/2013 | Haefele, Robert T.* | Attend and argue at hearing on sanctions motion (2.00 hours/2) | 1.00 | $750.00 | $750.00 |
| 03/19/2013 | Haefele, Robert T.* | Post-hearing conference w/ PECs (2.50 hours/2) | 1.25 | $750.00 | $937.50 |
| 03/19/2013 | Frutig, Brian* | Conference with PEC members pre-hearing re sanctions motion (1.5 hours/2) | 0.75 | $400.00 | $300.00 |
| 03/19/2013 | Frutig, Brian* | Attend and argue at hearing on sanctions motion (2.00 hours/2) | 1.00 | $400.00 | $400.00 |
| 03/19/2013 | Frutig, Brian* | Post-hearing conference w/ PECs (2.50 hours/2) | 1.25 | $400.00 | $500.00 |
| 03/19/2013 | Frutig, Brian* | Return travel from NY for oral argument on sanctions motion (4.5 hours/2) | 2.25 | $400.00 | $900.00 |
| 03/19/2013 | DISBURSEMENT* | Travel Related Expense - Subway/Rail - B. Frutig ($20.00/2) | N/A | N/A | $10.00 |
| 03/20/2013 | Haefele, Robert T.* | Return travel from NY for oral argument on sanctions motion (4.5 hours/2) | 2.25 | $750.00 | $1,687.50 |
| 03/20/2013 | DISBURSEMENT* | Travel Related Expense - Taxi - R. Haefele ($65.00/2) | N/A | N/A | $32.50 |
| 03/20/2013 | DISBURSEMENT* | Travel Related Expense - Mileage (from CIA) - R. Haefele ($9.04/2) | N/A | N/A | $4.52 |
| 03/20/2013 | DISBURSEMENT* | Travel Related Expense - Lodging (03/18-19/2013) - R. Haefele ($667.96/2) | N/A | N/A | $333.98 |
| 11/12/2013 | Haefele, Robert T. | Review of Rule 72 Objection filed by WJ; memo re strategy to respond | 2.50 | $750.00 | $1,875.00 |
| 11/19/2013 | Haefele, Robert T. | Comment on Rule 72 Objection of WJ w/ J Flowers | 0.25 | $750.00 | $187.50 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Jelaidan

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 11/19/2013 | Flowers, Jodi W. | Discuss WJ Rule 72 Objections w R Haefele | 0.25 | $800.00 | $200.00 |
| 11/25/2013 | Eubanks, John M. | Review Jelaidan's Rule 72 objections to MJ Maas' October 28, 2013 R&R. | 0.50 | $550.00 | $275.00 |
| 11/25/2013 | Eubanks, John M. | Review underlying briefing, declarations and exhibits from Jelaidan sanctions motion. | 1.20 | $550.00 | $660.00 |
| 11/27/2013 | Eubanks, John M. | Research re: standard of review on Rule 72(b) under different circumstances for Jelaidan Rule 72 opposition; discussion with RTH re: opposition to Jelaidan's Rule 72 objections | 1.50 | $550.00 | $825.00 |
| 12/02/2013 | Haefele, Robert T. | Draft Rule 72 Objection re WJ | 1.25 | $750.00 | $937.50 |
| 12/02/2013 | Eubanks, John M. | Discussion with RTH re: draft opposition to Jelaidan's Rule 72 objections; review edits and finalized draft; edit same; file on ECF system. | 2.20 | $550.00 | $1,210.00 |
| | | TOTAL | 91.65 | | $68,664.47 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Motley Rice LLC (843) 216-9544
P.O. Box 650001, Mt. Pleasant, SC 29465
****Void after 180 days***

Operating Account 0107 W
Wachovia Bank, N.A.
67-776/532

**069630**

| Date | Amount |
|------|--------|
| 11/18/11 | ***$1,500.00 |

Pay Exactly   One thousand five hundred and 00/100 Dollars

Pay to the
Order Of
Jimmy Gurule                                    090294

---

| 090294 | 14 November | Jimmy Gurule | $1,500.00 | 11/18/11 | 69630 |
|--------|-------------|--------------|-----------|----------|-------|

14 November 2   Jimmy Gurule-Prepared declaration for Jalaida     $1,500.00
510100          Litigation Expenses
990201          Mt Pleasant - G&A
375541-0        MDL1570 In Re:  Terrorist Attacks on Septem

VersaCheck Form 1000 Classic (01/08)                                                    www.versacheck.com

**MOTLEY RICE LLC**

Expense Report

APR 2 9 2013

RECEIVED
APR 2 6 2013

| Name | Employee ID | Destination City | Destination State/Country |
|---|---|---|---|
| Brian Frutig | 1208 | New York | NY |

*Employee Paid Expenses*

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | |
|---|---|---|---|---|---|---|---|---|
| Date | 3/17/2013 | 3/18/2013 | 3/19/2013 | 3/20/2013 | 3/21/2013 | 3/22/2013 | 3/23/2013 | TOTAL |
| Airfare/Rail | $ - | $ 498.00 | $ 20.00 | $ - | $ - | $ - | $ - | $518.00 |
| Car rental | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Taxi/Bus Limo | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Parking/Tolls | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Gas | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Mileage (below) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Lodging/Room | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Breakfast | $ - | $ - | $ 6.75 10.44 | $ - | $ - | $ - | $ - | $10.44 |
| Lunch | $ - | $ - | $ 8.00 | $ - | $ - | $ - | $ - | $8.00 |
| Dinner | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Entertainment ** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Phone/Fax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Postage/Shipping | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Tips | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Miscellaneous ** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Daily Totals | $0.00 | $498.00 | $38.44 | $0.00 | $0.00 | $0.00 | $0.00 | $536.44 |

*Charge To:*

| MRID / Account | Case Name | Business Purpose (include travel destination and dates) | Dates | Amount |
|---|---|---|---|---|
| 375541.000 | MDL 1570 | Hearing | Mar. 18-19, 2013 | $536.44 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $536.44 |

*Mileage Log Detail*

| Date | Description | Miles | Rate/Mile | Amount |
|---|---|---|---|---|
| 3/17/2013 | | | 0.565 | $0.00 |
| 3/18/2013 | | | 0.565 | $0.00 |
| 3/19/2013 | | | 0.565 | $0.00 |
| 3/20/2013 | | | 0.565 | $0.00 |
| 3/21/2013 | | | 0.565 | $0.00 |
| 3/22/2013 | | | 0.565 | $0.00 |
| 3/23/2013 | | | 0.565 | $0.00 |
| | | | Total | $0.00 |

I certify that the information provided is an accurate record of expenses incurred by me.

Employee Signature _Brian F. Fl_   Date 4.23.2013

*Advil purchase deducted. -8.00

$532.75

Authorization Signature _[signature]_   Date 4/24/17

| | |
|---|---|
| Total Firm Expenses | $536.44 |
| Employee Paid Expenses | $536.44 |
| Personal Charges to AMEX | $0.00 |
| Net Due Employee[1] | $536.44 |
| Amount Due Employee Ledger[2] | $0.00 |
| Amount Due AMEX | $0.00 |
| Total Expenses | $536.44 |

*Please attach original receipts taped to letter size paper.*
*\*\* Business Entertainment / Misc - attach memo with names, business relationship & purpose.*

*Retain a Copy of this form & Receipts as your Record*

[1]Employee Paid Expenses minus Personal Charges to AMEX
[2]Personal Charges exceeding Employee Paid Expenses

Prepared By:   Anne Howells
Prepared On:   April 17, 2013

Page 1 of 2



**Transaction Details**
Prepared for
BRIAN T FRUTIG
Account Number
XXXX-XXXXXX-93007

Blue from American Express / February 16, 2013 to March 19, 2013

| Date | Description | Amount $ |
|---|---|---|
| 03/18/2013 Mon | AMTRAK INTERNET SALEWASHINGTON DC | 498.00 |
| 03/15/2013 Fri | MTA MVM 34TH STREET-718-330-1234 NY | 20.00 |

APR 01 2013

**MOTLEY RICE LLC**
Expense Report

MAR 2 6 2013

| Name | Employee ID | Destination City | Destination State/Country |
|---|---|---|---|
| Robert T. Haefele | 1203 | New York | NY |

*Employee Paid Expenses*

| Date | Monday 3/18/2013 | Tuesday 3/19/2013 | Wednesday 3/20/2013 | Thursday 3/21/2013 | Friday 3/22/2013 | Saturday 3/23/2013 | Sunday 3/24/2013 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Airfare/Rail | $ 1,103.80 | $ - | $ - | $ - | $ - | $ - | $ - | $1,103.80 |
| Car rental | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Taxi/Bus Limo | $ 46.10 | $ - | $ 65.00 | $ - | $ - | $ - | $ - | $111.10 |
| Parking/Tolls | $ 45.00 | $ - | $ - | $ - | $ - | $ - | $ - | $45.00 |
| Gas | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Mileage (below) | $ 9.04 | $ 9.04 | $ - | $ - | $ - | $ - | $ - | $18.08 |
| Lodging/Room | $ - | $ 808.75 | $ - | $ - | $ - | $ - | $ - | $808.75 |
| Breakfast | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Lunch | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Dinner | $ - | $ - | $ 17.19 | $ - | $ - | $ - | $ - | $17.19 |
| Entertainment ** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Phone/Fax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Postage/Shipping | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Tips | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Miscellaneous ** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| **Daily Totals** | **$1,203.94** | **$817.79** | **$82.19** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,103.92** |

*Charge To:*

| MRID / Account | Case Name | Business Purpose (include travel destination and dates) | Dates | Amount |
|---|---|---|---|---|
| 374181.000  375541.000 | MDL 1570 | Travel to NY for Oral Arguments | 3/18/13 - 3/20/13 | $2,103.92 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Total** | $2,103.92 |

*Mileage Log Detail*

| Date | Description | Miles | Rate/Mile | Amount |
|---|---|---|---|---|
| 3/18/2013 | Travel to CIA | 16 | 0.565 | $9.04 |
| 3/19/2013 | | 16 | 0.565 | $9.04 |
| 3/20/2013 | Travel from CIA | | 0.565 | $0.00 |
| 3/21/2013 | | | 0.565 | $0.00 |
| 3/22/2013 | | | 0.565 | $0.00 |
| 3/23/2013 | | | 0.565 | $0.00 |
| 3/24/2013 | | | 0.565 | $0.00 |
| | | | **Total** | $18.08 |

I certify that the information provided is an accurate record of expenses incurred by me.

| | |
|---|---|
| Employee Signature | Date |
| | 3/25/2013 |
| Authorization Signature | Date |
| | 3/25/2013 |

| | |
|---|---|
| Total Firm Expenses | $2,103.92 |
| Employee Paid Expenses | $2,103.92 |
| Personal Charges to AMEX | $0.00 |
| Net Due Employee[1] | $2,103.92 |
| Amount Due Employee Ledger[2] | $0.00 |
| Amount Due AMEX | $0.00 |
| Total Expenses | $2,103.92 |

Please attach original receipts taped to letter size paper.
** Business Entertainment / Misc - attach memo with names, business relationship & purpose.

Retain a Copy of this form & Receipts as your Record

[1]Employee Paid Expenses minus Personal Charges to AMEX
[2]Personal Charges exceeding Employee Paid Expenses

| Prepared By: | Marvetta S. Holmes |
|---|---|
| Prepared On: | March 25, 2013 |

 **LAWYERS** T R A V E L

**Motley Rice**
**Phone: 843-216-9288**

## Electronic Invoice

**Prepared For:**
HAEFELE/ROBERT T

Ref: **CHS**

| | |
|---|---|
| SALES PERSON | 4Q |
| INVOICE NUMBER | 0013660 |
| INVOICE ISSUE DATE | 12 Mar 2013 |
| RECORD LOCATOR | ZCWHIV |
| CUSTOMER NUMBER | E71246 |

Client Address

MOTLEY RICE
ROBERT HAEFELE
28 BRIDGESIDE BLVD
MT PLEASANT SC 29464

## DATE: Mon, Mar 18

**Flight:  DELTA AIR LINES INC 6277**

| | | | |
|---|---|---|---|
| From | CHARLESTON SC, SC | Departs | 1:00pm |
| To | NEW YORK LGA, NY | Arrives | 3:07pm |
| | | Arrival Terminal | D |
| Duration | 02hr(s) :07min(s) | Class | Coach |
| Type | CRJ-700 CANADAIR REGIONAL JET | Meal | Refreshments for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HAEFELE/ROBERT T | Seat(s) - 06D | DL  - XXXXXXXX 89 |

## DATE: Mon, Mar 18

**Hotel:  GRAND LIFE HTLS, TRIBECA GRAND HOTEL**
**2 AVENUE OF THE AMERICAS**
**NEW YORK NY 10013**

| | | | |
|---|---|---|---|
| Service City | NEW YORK JFK | | |
| Check-In | 18 Mar | Check-Out | 20 Mar |
| Rooms(s) | 1 | Room Details | 250 SQ. FT.-23 SQ. M. -IPOD DO MODERN DESIGN- OVERSIZED WINDOW |
| Night(s) | 2 | Rate per Night | 297.00 USD |
| Confirmation Number | CIO2VQJ | Frequent Traveler | |
| Service Information | NON SMOKING KING | Phone | 1-212-5196600 |

| Guarantee | Guaranteed Late Arrival | | |
|---|---|---|---|
| Notes | CANCEL BY 01 DAY/S PRIOR TO ARRIVAL TO AVOID A PENALTY. | | |

## DATE: Wed, Mar 20

**Flight: DELTA AIR LINES INC 6182**

| From | NEW YORK LGA, NY | Departs | 7:00pm |
|---|---|---|---|
| To | CHARLESTON SC, SC | Arrives | 9:20pm |
| Departure Terminal | D | | |
| Duration | 02hr(s) :20min(s) | Class | Coach |
| Type | CRJ-700 CANADAIR REGIONAL JET | Meal | Refreshments for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HAEFELE/ROBERT T | Seat(s) - 13D | DL - XXXXXXXX 89 |
| Notes | OPERATED BY GOJET AIRLINES DBA DELTA CONNECTION | | |

## DATE: Mon, Sep 16

**Others**

| | HAVE A GREAT TRIP | |
|---|---|---|

## Ticket Information

| Ticket Number | DL 7205561146 | Passenger | HAEFELE ROBERT T | | |
|---|---|---|---|---|---|
| | | Exchange | DL 7205561020 | | |
| | | Billed to: | AX XXXXXXXXXXX1003 | USD | * 159.00 |
| Service Fee | XD 0587731313 | Passenger | HAEFELE ROBERT T | | |
| | | Billed to: | AX XXXXXXXXXXX1003 | USD | * 11.00 |

| | | |
|---|---|---|
| **SubTotal** | USD 170.00 |
| **Net Credit Card Billing** | * USD 170.00 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

THANK YOU FOR USING THE LAWYERS TRAVEL SERVICE
FOR EMERGENCY ASSISTANCE/AFTER HOURS/WEEKENDS CALL
TRAVEL HELPLINE AT 800-876-4922..
YOUR TRAVEL HELPLINE MEMBERSHIP ID IS 4Y7B
HU*

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

## Holmes, Marvetta

| | |
|---|---|
| **From:** | Andrews, Polly |
| **Sent:** | Wednesday, March 13, 2013 10:12 AM |
| **To:** | Holmes, Marvetta |
| **Subject:** | FW: haefele0312exch.xls |
| **Attachments:** | haefele0312exch.xls |

Hi Marvetta,

Please print the attachment and submit with Bob's expenses for his trip back to NY.

Call or email with any questions.  Hope all is well with you and yours!

**Polly L. Andrews** | Business Travel Coordinator | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464 | pandrews@motleyrice.com
**o.** 843.216.9288 | **c.** 843.834.3639 | **f.** 843.216.9631

---

**From:** Andrews, Polly
**Sent:** Wednesday, March 13, 2013 9:37 AM
**To:** Jeannie Lee; Maria Bennett
**Cc:** Andrews, Polly
**Subject:** haefele0312exch.xls

WETR*2«
ELECTRONIC TICKET RECORD
INV:0013522        CUST:E71246        PNR:LYTLBS
TKT:0067205561020   ISSUED:15FEB13   PCC:4Y7B   IATA:42612603
NAME:HAEFELE/ROBERT T        FF:DL2423891189
NAME REF:CHS            TOUR ID:XX3W6
FOP: AX376782152911003*0713 /165633 S
CPN  A/L  FLT  CLS DATE  BRDOFF  TIME  ST F/B        STAT
1  DL  6277  H  20FEB  CHSLGA  255P  OK HA00A0UQ/XX3W6  EXCH
2  DL  6187  H  21FEB  LGACHS  740P  OK HA00A0UQ/XX3W6  EXCH

NONREF/PENALTY/APPLIES
FARE   USD848.36 TAX  63.64US TAX   7.80ZP TAX   5.00AY
          TAX   9.00XF
TOTAL   USD933.80

CHS DL NYC424.18HA00A0UQ/XX3W6 DL CHS424.18      HA00A0UQ/XX3
W6 USD848.36END ZPCHSLGA XFCHS4.5LGA4.5

SETTLEMENT AUTHORIZATION: 0060127420682

1

# TRIBECA
# GRAND
*Hotel*

**Robert T Haefele**
**28 Bridgeside Blvd.**
**Mount Pleasant, SC 29464**
**United States**

| | |
|---|---|
| Room No. | : 330 |
| Arrival | : 03-18-13 |
| Departure | : 03-20-13 |
| Conf. No. | : 1709454 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-18-13 | Church Lounge - Lunch Liquor | 90.26 | |
| | Room# 330 : CHECK# 0100294 | | |
| 03-18-13 | Room Charge | 279.00 | |
| 03-18-13 | Room Sales Tax | 24.76 | |
| 03-18-13 | Room City Tax | 16.39 | |
| 03-18-13 | Javits Fee | 1.50 | |
| 03-18-13 | Room Occupancy Tax | 2.00 | |
| 03-19-13 | Church Lounge - Breakfast Food | 50.53 | |
| | Room# 330 : CHECK# 0100346 | | |
| 03-19-13 | Room Charge | 297.00 | |
| 03-19-13 | Room Sales Tax | 26.36 | |
| 03-19-13 | Room City Tax | 17.45 | |
| 03-19-13 | Javits Fee | 1.50 | |
| 03-19-13 | Room Occupancy Tax | 2.00 | |

**Balance**   **808.75**

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of these charges.

Signature: _____

Reservations: US 877 519 6600 | UK 00800 028 9874
www.TribecaGrand.com | www.GrandLifeHotels.com
2 Avenue of the Americas, New York City, 10013



```
        INSERT
     THIS END UP

  CHARLESTON INTL.
      AIRPORT
  RECEIPT    H43
  DECK PARKING
  RECEIPT    H43
  ENTRY TIME:
  03/18/13    11:59
  EXIT TIME:
  03/20/13    21:48
  PARK-DUR.: HRS:MIN
               2:09:49
  COMPUTED  $ 45.00
```

South Carolina Statute §3-5-1970 - It is
unlawful for any person who is not handi-
capped or who is not transporting a
handicapped person to exercise the
parking privileges granted handicapped
person.



```
       CREDIT RECEIPT

  HACK #: 00257120
  MED  #:      4F86
  03/18/13 16:14-16:59
  RATE #: 1
  STAND. CITY RATE
  Miles R1: 10.85
  TRIP #:     2981
  FARE  : $37.00
  EXTRAS:  $1.00
  ST.SUR:  $0.50
  TIPS  :  $7.60
  Total : $46.10
  CARDNUMBER: 1003
  AUTHOR.: 542970

  Contact TLC DIAL 3-1-1
```