# Exhibit E

# ANTI-TERRORISM AND HUMAN RIGHTS RESUME





# FIRM OVERVIEW

Founded on April 28, 2003, by Ronald Motley, Joseph Rice and nearly 50 other lawyers, Motley Rice LLC is one of the nation's largest plaintiffs' law firms. Our attorneys, assisted by more than 200 support personnel, possess extensive experience in a wide variety of civil litigation.

Motley Rice lawyers initially gained national recognition for their work representing asbestos victims in the 1970s and 1980s, conducting some of the first successful representations of injured persons against the asbestos industry. Motley Rice remains deeply involved in asbestos litigation and continues to represent clients through involvement on numerous asbestos bankruptcy trust committees.

In the 1990s, Motley Rice attorneys took on the tobacco industry. Armed with evidence acquired from whistleblowers, individual smokers' cases, and tobacco liability class actions, the attorneys led the campaign of 26 states' Attorneys General and several municipalities to recoup state healthcare funds and exact marketing restrictions from cigarette manufacturers. Through the litigation, "a powerful industry was forced by U.S. courts to reveal its internal documents that explain what nine tobacco companies knew, when they knew it and what they concealed from the public about their dangerous product."* The effort restricted cigarette marketing to children and culminated in the $246 billion Master Settlement Agreement, the largest civil settlement in U.S. history.

We continue our efforts to hold responsible national and international corporations and organizations that willfully and knowingly harm people. Motley Rice represents individuals and institutions, including large institutional investors, and handles complex litigation in the areas of anti-terrorism; human rights violations; mesothelioma and other asbestos-related diseases; aviation disasters and passenger rights; catastrophic personal injury; wrongful death; environmental contamination; medical drugs and devices; occupational disease and toxic tort; consumer protection; securities fraud; and shareholder rights.

The firm's lawyers regularly litigate complex cases involving multiple parties in state and federal jurisdictions throughout the United States, either as sole counsel for the plaintiffs or in association with local counsel and other firms. Additionally, Motley Rice lawyers maximize the use of alternative dispute resolution where appropriate, such as negotiation, mediation and arbitration, making it possible to avoid protracted litigation. Motley Rice employs state-of-the-art technology by using video conferencing, extranet access and an extensive document database containing thousands of articles, liability documents, graphics and other documents used in litigation proceedings.

The firm has offices in Mt. Pleasant, SC; Providence, RI; Hartford, CT; New York, NY; Morgantown, WV; Washington, D.C.; Los Angeles, CA; and New Orleans, LA. Motley Rice lawyers have represented clients from multiple countries around the world.

\* World Health Org., *The Tobacco Industry Documents: What They Are, What They Tell Us, and How to Search Them,* (July 2004), available at www.who.int/tobacco/communications/TI_manual_content.pdf.

# ANTI-TERRORISM AND HUMAN RIGHTS LITIGATION

Following the Sept. 11, 2001 terrorist attacks, Motley Rice lawyers brought a landmark lawsuit against the alleged private and state sponsors of al Qaeda and Osama bin Laden. In its global investigation of these claims, Motley Rice intervened in the criminal trials of al Qaeda in Spain and Germany, and in the Moussaoui trial in the United States, to obtain access to the prosecution's evidence.

Since the commencement of the 9/11 investigations, Motley Rice has expanded its international work by representing numerous clients against defendants involved in terrorist acts by Libya, Hamas suicide bombers in Israel, and other corrupt regimes' human rights abuses.

*Motley Rice has served as counsel in anti-terrorism and human rights cases that include:*

*In re September 11 Litigation,* No. 21-MC-97-AKH (S.D.N.Y.). Motley Rice attorneys served as plaintiffs' liaison counsel and concluded resolution of 56 out of 96 cases in this MDL of families that opted out of the 9/11 Victim Compensation Fund. The firm stood by those families for nearly a decade, resolving in September 2011 the final lawsuit, *Bavis v. United Airlines, Inc., et al.,* No. 02-CV-7154 (S.D.N.Y.). This litigation was a massive investigation into the alleged airline and aviation security failures of 9/11 that provided answers for the families. It also helped provide public access to evidence gathered in the litigation that will be included in the National September 11 Memorial & Museum. Motley Rice also had the honor of representing more than two dozen clients in the Victim Compensation Fund process, work that Special Master Kenneth Feinberg applauded in a letter to Ron Motley.

*In re Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-9849 (GBD); *In re Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (S.D.N.Y.). Motley Rice serves as lead counsel representing more than 6,500 survivors, family members and those who lost their lives in the 9/11 attacks, including more than 1,000 firefighters, in civil claims against the alleged sponsors of Osama bin Laden and al Qaeda. For more than a decade, Motley Rice has led the legal charge against those who allegedly sponsored the horrific events of 9/11 to seek justice and ultimately bankrupt al Qaeda's financiers, including corporations, banks and charities.

*Almog v. Arab Bank, PLC,* No. 1:04-cv-05564-NG-VVP (E.D.N.Y.). In one of the first lawsuits brought against an international bank for its alleged role in financing terrorism, Motley Rice represents dozens of American survivors and family members of those hurt or killed by terrorist bombings committed by the Palestinian group, Hamas, and other terrorist organizations in Israel. The plaintiffs allege, among other claims, that Arab Bank knowingly and systematically provided financial support to the families of terrorists who were killed, injured or incarcerated as a result of their terrorist acts—thereby providing an incentive for future bombers to carry out their attacks against innocent civilians within Israel with "martyr payments." Motley Rice asserted claims on behalf of families of U.S. citizens killed or injured in

suicide bombings in Israel, as well as foreign plaintiffs, under the Alien Tort Statute.

*Mark McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.,* No. 06-CV-0729-JR (D.D.C.). This landmark case involved Libya's longtime alleged sponsorship of IRA acts of terror. In April 2006, Motley Rice represented both U.S. and U.K. citizens who filed suit against Libya for damages resulting from terrorist attacks allegedly committed by the Provisional Army (PIRA) with the material support and resources provided to the PIRA by the Qadhafi Regime in Libya. The case was resolved for a confidential amount.

*Cummock, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,* No. 96-CV-1029 (D.D.C.). Victoria Cummock, Motley Rice's client, was the only opt-out of the no-fault Pan Am 103/Lockerbie settlement. Mrs. Cummock sought full accountability and a public trial. She was the only family member to obtain a judgment in the Lockerbie case, which was resolved under confidential terms in 2007, and, in doing so, opened the door for full resolution of the outstanding claims against Libya for allegedly sponsoring the killing of innocent people. The case was resolved for a confidential amount.

*Mother Doe I and Father Doe I, Individually, and as Parents and Guardians for Minor R.M., et al v. Sheikh Mohammed Bin Rashid al Maktoum, et al.;* No. 06-CV-22253-ALT/TUR (SDFL 09/07/06) and *Mother Doe I, Individually, and as Parent and Guardian for Minor O.G., et al.;* No. 07-CV-00293-KSF (EDKY 09/11/07). Motley Rice sued two United Arab Emirates (UAE) Sheikhs for allegedly kidnapping South Asian and African children, trafficking them to other countries and enslaving them as camel jockeys for UAE races. The suit was eventually dismissed by the Bush administration under the 'head of state' immunity doctrine. Motley Rice continues to maintain that the defendants were not, in fact, heads of state. Following international pressure, the UAE banned children under the age of 16 from camel racing in 2005 and made payments to nearly 900 former child camel jockeys for injuries suffered.

*Krishanthi, et al. vs. Rajaratnam, et al.;* No.09-CV-5395 (D.N.J.). This suit involving U.S.-based financial support of the Sri Lankan terrorist group known as the Liberation Tigers of Tamil Elam (LTTE) is the first such case brought against alleged U.S. financiers of the LTTE by survivors of suicide bombings in Sri Lanka, as well as victims' families. Filed under the Alien Tort Statute, it alleges that U.S. hedge fund manager, Jesuthasan Rajaratnam, and his son, Raj Rajaratnam, directly sent money and also used their charitable foundation, the Rajaratnam Family Foundation, to provide millions of dollars in funding to organizations that supported the Tamil Tigers. The suit has been allowed to proceed on the counts of aiding and abetting, intentionally facilitating and/or recklessly disregarding crimes against humanity in violation of international law and intentional infliction of emotional distress.

*Ng v. Central Falls Detention Facility Corporation, et al.,* No. 09-53 (D. R.I.). This wrongful death suit was filed against more than two dozen defendants, including officials and employees of both the Wyatt facility and U.S. Immigration and Customs Enforcement (ICE), by The Rhode Island Affiliate of the American Civil Liberties Union on behalf of the family of Jason Ng. Ng was a 34-year-old Chinese detainee who died while in the custody of immigration officials at the detention facility in Central Falls, R.I. Not only did Ng allegedly fail to receive adequate medical care, but the lawsuit claimed that he was also subjected to extreme physical and mental abuse and torture while in custody. Among the causes of action alleged in the complaint were excessive force and brutality, constitutionally inadequate medical care, denial of counsel and violations of anti-discrimination laws on the basis of disability. The suit was resolved for a confidential amount.

*Harris, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,* No. 1:06-cv-00732-RWR (D.D.C.). This case was filed against Libya by the family of a man who ultimately succumbed to injuries caused when Libyan operatives detonated an explosive device (on orders from the highest levels of the Libyan government, including Colonel Muammar Qaddafi) inside Berlin's LaBelle Discotheque in 1986. The award was among the final distributions to individuals injured or killed at the LaBelle Discotheque.



# OTHER LITIGATION

***The People of the State of California v. Atlantic Richfield, et al.,*** No. 1-00-CV788657 (Superior Court of California, County of Santa Clara). Motley Rice, with co-counsel, represented 10 California cities and counties in this public nuisance lawsuit against former manufacturers of lead pigments used in residential homes. A plaintiffs' verdict was reached on Jan. 7, 2014, in which the defendants, The Sherwin-Williams Company, ConAgra Grocery Products and NL Industries, Inc., must pay $1.15 billion to a state-administered abatement fund.

Plaintiffs' Steering Committee of ***In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,*** MDL 2179, (E.D.La.), and lead settlement negotiators of the two class action settlements reached with BP, one of which is the largest civil class action settlement in U.S. history.

Motley Rice is co-lead plaintiffs' counsel and liaison counsel ***In re Kugel Mesh Hernia Patch Products Liability Litigation,*** MDL No. 07-1842 (D.R.I.), Rhode Island federal court's first consolidated MDL, on behalf of thousands of people alleging injury by the hernia repair patch manufactured by Davol, Inc., as well as liaison counsel for the nearly 2,000 lawsuits consolidated in Rhode Island state court.

Motley Rice serves on the Plaintiffs' Steering Committees in the Depuy ASR™ and Depuy Pinnacle® Hip Implant MDLs, representing people who experienced pain or other symptoms that led to a second hip replacement surgery as an alleged result of the implants. Our attorneys also serve or have served on the Plaintiffs' Steering Committee for litigation involving numerous other potentially dangerous drugs and devices, including pelvic mesh (TVM), Levaquin®, Nuvaring® and Zoloft®.

***Bongani Nkala & Others v. Harmony Gold Mining Company Limited & Others,*** No. 48226/12 (South Gauteng High Court, Johannesburg). Motley Rice has been retained as a consultant by South African human rights lawyer Richard Spoor in his effort to take on leading global gold producers and seek justice for tens of thousands of exploited gold mine workers suffering from silicosis. Few class actions have been brought in South Africa, and none have been filed for sick workers. If approved as a class, the suit would generate an unprecedented means of recovery and ensure meaningful access to justice for the indigent and rural workers who are dying from this entirely preventable yet incurable disease.

***Travelers Statutory Direct Action Settlement*** (Bankr. Court, S.D.N.Y.), an eleven-state asbestos settlement with Travelers Insurance that is working its way through the appellate process.

Plaintiffs' Steering Committee and coordinating counsel, ***Linscomb v. Pittsburgh Corning Corporation,*** No. 1:90cv-05000 (E.D. Tex.), a national class action on behalf of asbestos victims nationwide.

Executive committee member in ***In re Asbestos School Litigation,*** No. 94-1494 (E.D. Pa.), a national school asbestos class action.

Lead plaintiffs' counsel in ***Central Wesleyan College v. W.R. Grace & Co.,*** No. 2:87-1860-8 (D.S.C.), a national asbestos property damage class action.

Lead plaintiffs' counsel in ***In re Raymark Asbestos Exposure Cases,*** No. 87-1016-K (D. Kan.), a national asbestos personal injury class action in which 19,684 claims were resolved.

Co-lead plaintiffs' counsel in ***Cimino v. Pittsburgh Corning Corporation,*** No. 1:85-CV-00676 (E.D. Tex.), an asbestos personal injury class action on behalf of approximately 2,300 plaintiffs.

Co-lead plaintiffs' counsel in ***Chatham v. AC&S, et al.,*** a consolidated asbestos personal injury action involving 300 plaintiffs in the Circuit Court of Harris County, Texas.

Co-lead plaintiffs' counsel in ***Abrams v. GAF Corporation,*** No. 88-5422(1) (Jackson Cty., Miss.), a consolidated asbestos personal action involving more than 6,000 plaintiffs.

Co-liaison plaintiffs' counsel in 3,000 asbestos personal injury cases in the Third Judicial Circuit of Illinois, Madison County, Illinois.

Co-lead plaintiffs' counsel in a consolidated asbestos personal injury action involving 540 plaintiffs pending in the Superior Court of Alameda County, California.

Plaintiffs' Steering Committee and liaison counsel for plaintiffs in ***In re Asbestos Products Liability Litigation,*** MDL 875 (E.D. Pa.).

Counsel in numerous consolidated asbestos trials including 87 consolidated cases in Danville, Illinois; 300 consolidated cases in U.S. District Court, Western District of New York, Rochester, New York; 42 consolidated cases in State Court in Mississippi; and 315 consolidated cases in the Circuit Court of Kanawha County, West Virginia.

Plaintiffs' lead counsel in *In re Kansas Asbestos Cases* in U.S. District Court for the District of Kansas, ***In re Madison County Illinois Asbestos Litigation,*** and *In re Wayne County Michigan Asbestos Cases.*

***John Schumacher v. Amtico, et al.,*** No. 2:10-1627 (E.D.Pa.), the first federal court mesothelioma case to go to trial before Eduardo C. Robreno, the judge who oversees the entire Federal Asbestos MDL, I*n re Asbestos Products Liability Litigation, MDL 875.*

Landing Accident, Asiana Flight 214, San Francisco, Calif. on July 6, 2013.

***Chris Turner, Individually and as Personal Representative of The Estate of Tracy Turner v. Ramo LLC, a Florida Limited Liability Company,*** No. 11-14066 (Ct. of Appeals, 11th Cir.), an aviation case involving fraudulent transfer allegations in connection with a fatal plane crash.

*In re KBR, Inc. Burn Pit Litigation,* MDL 2083 (D. Md.). Motley Rice attorneys represent hundreds of U.S. soldiers and personnel who alleged they were willfully exposed to toxins emitted from open-air burn pits improperly used and operated in Iraq and Afghanistan by defense contractors.

Lead plaintiffs' counsel in *Bates v. Tenco Services Inc.,* 132 F.R.D. 160 (D.S.C. 1990), a jet fuel pollution case involving the consolidated property damage and personal injury claims of multiple plaintiffs in the Gold Cup Springs subdivision.

*Hoover, et al. v. NFL, et al.,* MDL #2:12-cv-05209-AB (E.D. Pa.).

Lead counsel in *Charleston Firefighter Litigation v. Sofa Super Store, Inc.,* No. 07-CP-10-3186 (Ct. of Common Pleas, Ninth Jud. Cir.), consolidated complex litigation involving the families of nine firefighters who died in a furniture store disaster.

*Satterfield et al. v. Napa Home & Garden Inc., et al.,* No. 7:11-1514-JMC (D.S.C.).

Member Interim Plaintiffs' steering committee and Multiple Plaintiffs' Counsel in *In re San Juan DuPont Plaza Hotel Fire Litigation,* MDL 721 (D.P.R.).

*Strother v. John Wieland Homes and Neighborhoods of the Carolinas, et al.,* No. 09-CO-29-1783 (Ct. of Common Pleas, Sixth Jud. Cir.), an individual catastrophic personal injury/premise liability case involving life-altering brain injury.

*In re Graniteville Train Derailment, No. 2006-CP-02-1032 (Ct. of Common Pleas, Second Jud. Cir.)* serving in a leadership role for both individual and class action cases in connection with Norfolk Southern Corporation's January 2005 railroad derailment and chemical spill in Graniteville, S.C.

Court-appointed co-class counsel in *Alaska Electrical Pension Fund v. Pharmacia Corp.,* No. 03-1519 (D.N.J.). federal securities fraud litigation alleging that the defendants misrepresented clinical trial results of Celebrex® to make its safety profile appear better than rival drugs.

Co-lead plaintiffs' counsel in shareholder class action *In re The DirecTV Group, Inc. Shareholder Litigation,* No. 4581-VCP (Del. Ch.).

Sole lead counsel in *Manville Personal Injury Settlement Trust v. Gemunder,* No. 10-CI-01212 (Ky. Cir. Ct.) (regarding Omnicare, Inc.), a shareholder derivative complaint stemming from federal investigations into three kickback schemes.

Co-lead plaintiffs' counsel in *City of Sterling Heights General Employees' Retirement System v. Hospira, Inc., No. 11 C 8332 (N.D. Ill.),* a securities fraud class action.

Co-lead counsel in *In re Rehabcare Group, Inc. Shareholders Litigation,* No. 6197-VCL (Del. Ch.), merger litigation involving the acquisition of healthcare provider RehabCare Group, Inc., by Kindred Healthcare, Inc.

Class counsel in *Brown v. Charles Schwab & Co.,* No. 2:07-cv-03852-DCN (D.S.C.), one of the first cases to interpret the civil liabilities provision of the Uniform Securities Act of 2002. Motley Rice represented a class of Ponzi scheme victims seeking recovery under the Act.

Co-lead counsel in class action *Bennett v. Sprint Nextel Corporation,* No. 2:09-cv-02122-EFM-KMH (D. Kan.), representing the PACE Industry Union-Management Pension Fund (PIUMPF) and several other institutional investors.

Lead plaintiffs' counsel in a securities class action settlement involving group of shareholders who purchased publicly-traded Dell securities in *In re Dell, Inc. Securities Litigation,* No. A-06-CA-726-SS (W.D. Tex.).

Co-lead counsel in *Minneapolis Firefighters' Relief Association v. Medtronic, Inc.,* No. 08-6324 (PAM/AJB) (D. Minn.), representing a class of investors who purchased Medtronic common stock.

Sole lead counsel in *In re Coventry Health Care, Inc. Securities Litigation,* No. 7905-CS (Del. Ch. ), a shareholder class action challenging the $7.2 billion acquisition of Coventry Health Care, Inc., by Aetna, Inc.

Co-lead counsel in Louisiana class action *In re The Shaw Group, Inc. Shareholders Litigation,* No. 614399 (19th Jud. Dist. La.), brought by our client, a European asset management company, and the other public shareholders of The Shaw Group, Inc.

*In re Atheros Communications Inc. Shareholder Litigation,* No. 6124-VCN (Del. Ch.), merger litigation involving Qualcomm Incorporated's proposed acquisition of Atheros Communications, Inc.

**Motley Rice lawyers serve on several committees in national bankruptcies including:**

Co-founding member Joe Rice serves on several Asbestos Creditor Committees, Negotiating Committees and Trust Advisory Committees, including as chair or co-chair for AWI, Federal Mogul and Pittsburgh Corning.

Claimants' Committee in *In re A.H. Robins,* a Chapter 11 Reorganization involving Dalkon Shield victims nationwide and H.K. Porter, National Gypsum, Raytech, Rock Wool and M.H. Detrick asbestos related bankruptcies.

Class Counsel in *In re Trebol Motors Corporation and In re Trebol Motors Distributors Corporation,* actively defending a $143,000,000 class action judgment claim on behalf of a class of defrauded purchasers of Volvo automobiles.

Select counsel to the asbestos Claimants' Committee in the Johns-Manville bankruptcy pending in the United States Bankruptcy Court for the Southern District of New York.



# ACCOLADES

## Our firm has garnered the following awards:

"**Most Feared Plaintiffs Firm**" | *Law360*
2013

"**Best Law Firm**" | *U.S. News – Best Lawyers®*
2010–2014  *mass tort litigation/class actions-plaintiffs*

*Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys*
2012–2014  *national  and local rankings*

*The Legal 500 United States* Litigation editions
2007, 2009, 2011, 2012, 2013 *mass tort and class action: plaintiff representation–toxic tort*

**The Plaintiffs' Hot List** | *The National Law Journal*
2006, 2012, 2013

*SCAS 50* list | ISS– Securities Class Action Services
2009–2011

**Motley Rice attorneys have been individually recognized by several organizations and publications including *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys, Super Lawyers®, The Best Lawyers in America®, The Roundtable: America's 100 Most Influential Trial Lawyers, Top 100 Trial Lawyers™* and others. Please see individual attorney bios for a full listing of accolades.**

*The Best Lawyers in America®*
**Mass tort litigation/class actions–plaintiffs; personal injury litigation–plaintiffs; product liability–plaintiffs**
Ron Motley: 1993–2013
**Mass tort litigation/class actions–plaintiffs**
Fidelma Fitzpatrick: 2008–2014
Anne McGinness Kearse: 2011–2014
Bob McConnell: 2009–2014
Don Migliori: 2011–2014
Joe Rice: 2007–2014
Mary Schiavo: 2010–2014
**Litigation–banking & finance; litigation–mergers & acquisitions; litigation–securities**
Bill Narwold: 2005–2014

**Lawyers of the Year** | Best Lawyers'®
**Ron Motley: 2010** *Charleston, SC personal injury litigation;* 2012 *Charleston, SC mass tort litigation/class actions–plaintiffs*
Joe Rice: 2013 *Charleston, SC mass tort litigation/class actions–plaintiffs*
Bill Narwold: 2013 *Hartford, CT litigation–banking & finance*

**The National Trial Lawyers** | *The Trial Lawyer* magazine
Ron Motley: 2012 inducted into **The Trial Lawyer Hall of Fame**
Ron Motley: 2011 member *The Roundtable: America's 100 Most Influential Trial Lawyers*

**The National Trial Lawyers** | *Top 100 Trial Lawyers™*
Christopher Swett: 2012
David Hoyle: 2012
Fidelma Fitzpatrick, Anne Kearse, Don Migliori, Joe Rice: 2010

**Leadership in Law Award** | *SC Lawyers Weekly*
Joe Rice: 2012
Ron Motley: 2011

*The Legal 500 United States*
**Mass tort and class action: plaintiff representation– toxic tort**
Ron Motley: 2011–2013
Joe Rice: 2011–2012
Fidelma Fitzpatrick: 2013
John Herrick: 2009, 2011–2012
Anne McGinness Kearse: 2009, 2011–2012
**Mass tort and class action: plaintiff representation– securities**
Rebecca Katz: 2012

*Lawdragon™ 500 Leading Lawyers in America*
Ron Motley: 2005–2013
Jodi Westbrook Flowers: 2010–2013
Fidelma Fitzpatrick: 2013
*Lawdragon™ 3,000 Guide to the Leading Lawyers in America*
Michael Elsner, Don Migliori: 2010

*Super Lawyers®*
Ron Motley: 2012 Top 25 South Carolina Super Lawyers
Don Migliori: 2012 *Top 10 Rhode Island Super Lawyers*

*South Carolina Super Lawyers®*
Ron Motley: 2008–2013
Joe Rice: 2008–2013
Anne McGinness Kearse: 2013

*Connecticut/New England Super Lawyers®*
Bill Narwold: 2009–2013

*Rhode Island/New England Super Lawyers®*
Leah Donaldson: 2013
Fidelma Fitzpatrick: 2008, 2010–2013
Bob McConnell: 2008–2013
Don Migliori: 2009–2013

*Washington, D.C. Super Lawyers®*
Nate Finch: 2012–2013

*New York Metro Super Lawyers®*
Rebecca Katz: 2008–2010, 2013

*Super Lawyers® Business Edition*
Rebecca Katz: 2011

*Rhode Island/New England Rising Stars*
Leah Donaldson: 2012

*South Carolina Rising Stars*
Kimberly Barone Baden: 2013
T. David Hoyle: 2012–2013
Badge Humphries: 2012–2013
James Ledlie: 2012–2013
Josh Littlejohn: 2013
Bill Norton: 2013
Lance Oliver: 2013
Carmen Scott: 2013

*Connecticut Rising Stars*
Mathew Jasinski: 2013
Michael Pendell: 2013

*West Virginia Rising Stars*
Vicki Antion Nelson: 2012–2013

**Lawyers of the Year** | *Rhode Island Lawyers Weekly* and *Massachusetts Lawyers Weekly*
Don Migliori: 2011

**Platinum Compleat Lawyer Award** | University of South Carolina School of Law Alumni Association
Joe Rice:  2011

**The American Association for Justice**
Nate Finch: 2013 **Wiedemann & Wysocki Award**
Ron Motley: 2010 **Lifetime Achievement Award**
James Ledlie: 2010 **F. Scott Baldwin Award**
Ron Motley: 2007 **David S. Shrager President's Award**
Ron Motley: 1998 **Harry M. Philo Trial Lawyer of the Year**

***Trial Lawyer Kingpins*** | *Am Law Litigation Daily*
Ron Motley, Joe Rice: 2010  named to a  list of **75 "formidable trial lawyers"**

Bill Narwold was named **one of eleven lawyers "who made a difference" by** *The Connecticut Law Tribune*.

Joe Rice was named one of the nation's "**Five Most Respected Plaintiff Attorneys**" in a poll conducted by *Corporate Legal Times*.

**Youth Advocates of the Year Award**  | Campaign for Tobacco-Free Kids Award
**Ron Motley: 1999**

**President's Award** | The National Association of Attorneys General
Ron Motley, Joe Rice: 1998

*For full methodologies and selection criteria, visit www.motleyrice.com/info/award-methodology*

Please remember that every case is different. Although they endorse certain lawyers, *The Legal 500 United States* and *Chambers USA* and other similar organizations listed above are not Motley Rice clients. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

# TEAM BIOGRAPHIES



# MEMBER ATTORNEYS

## Joseph F. Rice

LICENSED IN: DC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court
U.S. Court of Appeals for the Second, Third, Fourth and Fifth Circuits
U.S. District Court for the District of Nebraska and the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 1979
B.S., University of South Carolina, 1976

Motley Rice co-founding member Joe Rice is recognized as a skillful and innovative negotiator of complex litigation settlements. As lead private counsel for 26 State Attorneys General, he played a central role in crafting the landmark Master Settlement Agreement, the largest civil settlement in U.S. history, in which the tobacco industry agreed to reimburse states for smoking-related health costs. Over the past two decades, Joe has also been recognized for his role in structuring some of the most significant resolutions of asbestos liabilities on behalf of victims injured by asbestos-related products.

Joe has held leadership and negotiating roles involving the bankruptcies of several large organizations, including AWI, Federal Mogul, Johns Manville, Celotex, Garlock, W.R. Grace, Babcock & Wilcox, U.S. Gypsum, Owens Corning and Pittsburgh Corning. He remains a key player in developing and negotiating the structured settlements of asbestos manufacturers emerging from bankruptcy and has worked on numerous Trust Advisory Committees.

Currently, Joe serves on the Plaintiffs' Steering Committee for the Deepwater Horizon oil spill MDL *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*. As a lead negotiator, he helped reach the two settlements with BP, one of which is the largest civil class action settlement in U.S. history.

Joe also directs the Motley Rice securities litigation team in securities fraud litigation, shareholder derivative cases and actions against proposed merger and acquisition transactions. He is sought by investment funds for guidance on strategies to increase shareholder value and enhance corporate governance reforms and asset recovery through litigation.

Joe continues to negotiate on behalf of the firm's clients in anti-terrorism and human rights, environmental, drugs, devices and catastrophic injury cases. He held a crucial role in executing the strategic mediations and/or resolutions in all of the firm's aviation liability and damages cases against multiple defendants on behalf of families of the victims of the 9/11 attacks who opted out of the Victim Compensation Fund. In addition to providing greater answers, accountability and recourse to victims' families, the resulting settlements shattered a settlement matrix developed and utilized for decades, and the litigation helped provide public access to evidence in an archive of selected discovery materials gathered in the litigation.

A frequent guest speaker, Joe has presented as numerous conferences and seminars nationwide, including the National Asbestos Litigation Conference, the National Conference on Public Employee Retirement Systems, the Public Funds Summit, Class Action Settlements: Approval, Distribution and Oversight Workshop and several asbestos bankruptcy and complex litigation conferences.

Described as one of the nation's "five most feared and respected plaintiffs' lawyers in corporate America" in a poll of defense counsel and legal scholars conducted by *Corporate Legal Times,* Joe was cited time after time as one of the toughest, sharpest and hardest-working litigators they have faced. As the article notes, "For all his talents as a shrewd negotiator ... Rice has earned most of his respect from playing fair and remaining humble." Joe was named the *Best Lawyers'*® 2013 Charleston-SC Mass Tort Litigation/Class Actions- Plaintiffs "Lawyer of the Year," and he was a 2012 recipient of the *SC Lawyers Weekly* Leadership in Law Award. In 2011, the University of South Carolina School of Law Alumni Association honored him with its platinum Compleat Lawyer Award, and he was highlighted in the 2011 and 2012 Litigation editions of *The Legal 500 United States* (mass tort and class action: plaintiff representation- toxic tort). The 2012 and 2013 editions of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* recognized Joe as a "Litigation Star" in its national rankings for mass tort/product liability, as well as its South Carolina rankings in environmental, mass tort and product liability. Recognized as an AV® rated attorney by Martindale-Hubbell®, he has been selected by his peers for inclusion in each annual edition of *The Best Lawyers in America*® since 2007 for his work in mass tort litigation/class actions- plaintiffs. He has been included in every edition of *South Carolina Super Lawyers*® since 2008 and, in 2010, was named by The National Trial Lawyers as one of its *Top 100 Trial Lawyers*™ in South Carolina. *The American Lawyer* described Joe in 2006 as "one of the shrewdest businessmen practicing law."

In 1998, Joe received the President's Award of the National Association of Attorneys General. In 1999 and 2000, he served on the faculty at Duke University School of Law as a Senior Lecturing Fellow, and he has taught classes at the University of South Carolina School of Law, Duke University School of Law and Charleston School of Law on the art of negotiating. Joe serves his community through several organizations, including First Tee of Greater Charleston, the Center for Birds of Prey and the Dee Norton Lowcountry Children's Center, for which he co-chaired the inaugural Campaign for the Next Child. In 2010, MUSC Children's Hospital honored Joe with its Johnnie Dodds Award for his longtime support of its annual Bulls Bay Golf Challenge Fundraiser and continued work on behalf of our community's children. The University of South Carolina awarded Joe and his family with its 2011 Garnet Award for their passion for and devotion to Gamecock athletics. Joe was also awarded the 2011 Tom Fazio Service to Golf Award in recognition of his efforts to help promote the SC Junior Golf Association Programs.

He is a member of the American Association for Justice, American Bar Association, American Inns of Court, South Carolina Association for Justice and the American Constitution Society for Law and Policy.

## John A. Baden IV

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second Circuit, U.S. Bankruptcy Court for the Southern District of New York and Western District of North Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 2002
B.A., College of Charleston, 1996

John Baden represents clients harmed by asbestos exposure in individual and mass tort forums, as well as in complex asbestos bankruptcies, handling complete case management and settlement negotiations for individuals and families suffering from mesothelioma and other asbestos-related diseases.

Working closely with Joe Rice, John also handles the negotiation and complex case resolution of multiple asbestos bankruptcies, including NARCO and W.R. Grace. He manages the related claims processes and directs the firm's team of senior claims administrators.

John has additionally been actively involved with the firm's representation of people and businesses in Gulf Coast communities suffering as a result of the BP Deepwater Horizon oil spill. He held a central role in the negotiation process involving the two settlements reached with BP that will fairly compensate thousands of victims who suffered economic loss, property damage and physical injuries caused by the spill.

John began his legal career as a litigation trial paralegal for Ron Motley in 1997, working with the State Attorneys General on the landmark tobacco litigation primarily in Florida, Mississippi and Texas. He also supported occupational litigation in several states, including the exigent trial dockets of Georgia and West Virginia. John served as a judicial intern for Judge Sol Blatt, Jr., of the U.S. District Court of South Carolina and Judge Jasper M. Cureton of the South Carolina Court of Appeals. After earning a law degree in 2002, John began working with Motley Rice attorneys as part of the Occupational Disease practice group. He was named a Motley Rice member in 2008.

A member of the American Association for Justice and South Carolina Association for Justice, John has lectured on asbestos bankruptcy issues at various legal seminars.

## Kimberly Barone Baden

LICENSED IN: CA, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third Circuit
U.S. District Court for the Central, Northern and Southern Districts of California and District of South Carolina
EDUCATION:
J.D., California Western School of Law, 1999
B.A. cum laude, Clemson University, 1996

Kimberly Barone Baden leads the firm's birth defect litigation, representing hundreds of children who were born with congenital birth defects allegedly caused by antidepressants, including Zoloft®, Prozac® and Wellbutrin®; the smoking cessation drug,

Zyban®; and the migraine/anti-seizure medication, Topamax®. On July 13, 2012, Kimberly was appointed to the Plaintiffs' Steering Committee in the *In re Zoloft (sertraline hydrochloride) Products Liability Litigation*, MDL 2342. She manages the firm's Avandia® and Crestor® litigations, as well as the Actos® bladder cancer litigation.

Kimberly continues to manage the firm's nursing home abuse and neglect litigation. Representing the elderly, our nation's most defenseless population, she specifically litigates cases on behalf of both nursing home residents and assisted living facility residents who are victims of abuse and neglect nationwide. Published case: *Grant v. Magnolia Manor-Greenwood, Inc.*, 678 S.E.2d 435 (S.C. 2009).

Additionally, Kimberly co-manages the firm's active misappropriated human remains litigation: *In re New York Human Tissue Products Liability Litigation* and co-managed the firm's tainted tissue litigation in both the state and federal multidistrict litigation.

Prior to joining Motley Rice, Kimberly worked on the Fen-Phen diet drug litigation at Harrison, Kemp & Jones in Las Vegas and served as an attorney with the California District Attorney's Office in San Diego.

Recognized as a BV® rated attorney by Martindale-Hubbell®, Kimberly was also selected by her peers for inclusion in the 2013 *South Carolina Super Lawyers® Rising Stars* list. She is a member of the American Association for Justice, American Bar Association and South Carolina Association for Justice.

## Frederick C. Baker

LICENSED IN: NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Second, Third, Fourth and Tenth Circuits
U.S. District Court for the Southern District of New York and the District of South Carolina
EDUCATION:
LL.M./J.D., Duke University School of Law, 1993
B.A., University of North Carolina at Chapel Hill, 1985

Fred Baker represents individual and institutional investors, consumers, governmental entities and whistleblowers in complex securities and consumer fraud litigation, including shareholder rights, unfair trade practices and whistleblower/*qui tam* claims. He has a diverse complex litigation background and holds a leadership role within firm's environmental and occupational disease and toxic tort teams as well.

Fred has litigated a broad range of complex cases in the environmental, medical costs recovery, consumer and products liability fields. A member of the legal team that litigated the groundbreaking tobacco litigation on behalf of several State Attorneys General, he also participated in the litigation of individual tobacco cases, entity tobacco cases and a tobacco class action.



Fred has served as counsel in a number of class actions, including the two class action settlements arising out of the 2005 Graniteville train derailment chlorine spill and the currently pending West Virginia unfair trade practices insurance class action.

He additionally litigates large scale environmental contamination cases. After representing the state of Oklahoma in a case against poultry integrators alleging that poultry waste polluted natural resources in Eastern Oklahoma, Fred became actively involved with the firm's representation of people and businesses in Gulf Coast communities suffering as a result of the BP Deepwater Horizon oil spill. He held a central role in the negotiation process involving the two settlements reached with BP that will fairly compensate thousands of victims who suffered economic loss, property damage and physical injuries caused by the spill.

Fred began practicing with Motley Rice attorneys in 1994 and currently chairs the firm's attorney hiring committee.

## *V. Brian Bevon*

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina and Northern District of Florida
EDUCATION:
J.D., University of South Carolina School of Law, 1992
B.S., Catholic University of America, 1989

Motley Rice member Brian Bevon has spent more than fifteen years representing individuals and families suffering from mesothelioma and other asbestos-related diseases as a result of occupational, environmental and household asbestos exposure.

An integral player in the firm's Occupational Disease and Toxic Tort practice, he continues to fight for the rights of victims harmed by asbestos and other occupational diseases and advocates for the improved health and welfare of the American worker. Brian has also worked with the firm's Environmental team to assist individuals and businesses in their efforts to hold corporate defendants accountable for alleged ground contamination.

Prior to joining Motley Rice attorneys in 1994, Brian practiced real estate, property owners, probate and construction defect law with another South Carolina firm and served on the legislative staff of Senator Ernest "Fritz" Hollings. He is a proud participant in the Lawyer Mentoring Program of the Supreme Court of South Carolina Commission on Continuing Legal Education and Specialization, serving as a mentor to young lawyers entering the legal profession.

Recognized as a BV® rated attorney by Martindale-Hubbell®, Brian is an active member of the South Carolina Bar Association Fee Disputes Resolution Board, for which he investigates fee dispute issues between attorneys and their clients. Brian is also a member of the American Association for Justice, American Bar Association, Federal Bar Association and South Carolina Association for Justice.

## *Michael M. Buchman*

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court
U.S. Court of Appeals for the Second Circuit
U.S. District Court for the Districts of Connecticut and Southern and Eastern Districts of New York
U.S. Court of International Trade
EDUCATION:
LL.M., International Antitrust and Trade Law, Fordham University School of Law, 1993
J.D., The John Marshall Law School, 1992
B.A. *cum laude*, Alfred University, 1988

A leader of Motley Rice's antitrust practice, Michael Buchman has more than 20 years of experience litigating antitrust, consumer protection and privacy class actions in federal/state trial and appellate courts. Michael has a diverse antitrust background, having represented as lead or co-lead counsel a variety of plaintiff clients, from Fortune 500 companies to individual consumers, in complex cases covering matters such as restraint of trade, price-fixing, generic drug antitrust issues and anticompetitive "reverse payment" agreements between brand name pharmaceutical companies and generic companies.

Michael served as an Assistant Attorney General in the New York State Attorney General's Office, Antitrust Bureau, after receiving his LL.M. degree in International Antitrust and Trade Law. Also prior to joining Motley Rice, he was a managing partner of the antitrust department at a New York-based class action law firm. He played an active role in resolving two of the largest U.S. multi-billion dollar antitrust settlements since the Sherman Act was enacted. In re *NASDAQ Market-Makers Antitrust Litigation* and *In re Visa Check/Mastermoney Antitrust Litigation,* as well as litigated numerous multi-million dollar antitrust cases. Today, he represents the largest retailer class representative in the $7.2 billion case *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* MDL 1720.

Michael has more than thirteen years of experience representing consumers, union health and welfare plans, and health insurers in "generic drug" litigations such as *In re Augmentin Antitrust Litigation, In re Buspirone Antitrust Litigation, In re Ciprofloxacin Antitrust Litigation, In re Flonase Antitrust Litigation, In re K-Dur Antitrust Litigation, In re Relafen Antitrust Litigation, In re Tamoxifen Antitrust Litigation, In re Toprol XL Antitrust Litigation* and *In re Wellbutrin SR Antitrust Litigation.* He also has experience litigating a large aviation antitrust matter, as well as aviation crash, emergency evacuation and other aviation cases in federal and state court.

Michael completed the intensive two-week National Institute for Trial Advocacy National Trial Training program in Boulder, Colo., in 2002. An avid writer, he has authored and co-authored articles on procedure and competition law, including a *Task Force on Dealer Terminations* for The Association of the Bar of the City of New York, Committee on Antitrust and Trade Regulation,

entitled *Dealer Termination in New York dated June 1,1998 and What's in a Name - the Diversity Death-Knell for Underwriters of Lloyd's of London and their Names; Humm v. Lombard World Trade, Inc.,* Vol. 4, *Issue 10 International Insurance Law Review* 314 (1996).

Michael is active in his community, serving as a member of the Flood and Erosion Committee for the Town of Westport, Conn., and as *pro bono* counsel in actions involving the misappropriation of perpetual care monies. He has also coached youth ice hockey teams at Chelsea Piers in New York City.

### Samuel B. Cothran Jr.
### General Counsel

LICENSED IN: NC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Western District of North Carolina and District of South Carolina
EDUCATION:
J.D., *cum laude,* University of South Carolina School of Law, 1998
M.B.A., Duke University, 1994
B.S., *summa cum laude,* University of South Carolina, 1981

Sam Cothran leads Motley Rice's legal department, directing and advising the firm's management on diverse in-house legal matters. He supervises and handles legal matters and opinions regarding governmental compliance, contracts and legal defense. He works closely with the firm's practice group leaders and executive administrative team members on labor and employment, marketing, financial and operational issues. Sam is also responsible for proactively addressing the complex ethical challenges inherent in practicing law, such as multi-jurisdictional and international practice.

After working for an international accounting firm as a certified public accountant and for several Fortune 1,000 companies as a financial manager, Sam attended law school to complement his background in business management and finance and joined Motley Rice attorneys shortly after graduation. Sam enjoys creatively addressing the many challenges and opportunities inherent in the cutting-edge practice of a dynamic, multi-jurisdictional law firm.

Recognized as a BV® rated attorney by Martindale-Hubbell®, Sam is a member of the American Bar Association, the Association of Professional Responsibility Lawyers, the American Institute of Certified Public Accountants and the South Carolina Association of Certified Public Accountants. As a law student, Sam served as Managing Editor of the *South Carolina Law Review.* He was named a Carolina Legal Scholar and awarded both the Order of the Coif and Order of the Wig and Robe. Sam is the author of *Dischargeability Of Consumer Credit Card Debt In Bankruptcy After Anastas v. American Savings Bank,* 48 S.C.L. Rev. 915 (1997).

### Kevin R. Dean

LICENSED IN: GA, MS, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third, Fourth, Fifth and Eleventh Circuits, U.S District Court for the Middle, Northern and Southern Districts of Georgia, Central District of Illinois, Northern and Southern Districts of Mississippi and District of South Carolina
EDUCATION:
J.D., Cumberland School of Law, 1991
B.A., Valdosta State University, 1989

Kevin Dean focuses his litigation efforts on catastrophic injury, products liability, and wrongful death cases. As co-leader of Motley Rice's catastrophic injury practice group, Kevin represents individual victims and families affected by tragic events caused by hazardous consumer products, occupational and industrial accidents, fires, premise injuries and other incidents of negligence. He served as lead plaintiffs' counsel in *In re Charleston Firefighter Litigation,* a wrongful death and negligence case against Sofa Super Store, contractors and multiple furniture manufacturers on behalf of the families of the nine firefighters lost in the June 2007 warehouse fire in Charleston, S.C.

Since the 2010 explosion of the Deepwater Horizon, Kevin has been helping people and businesses pursuing litigation, as well as those needing help filing and negotiating their claims. He served as a member of the oil spill MDL's GCCF Jurisdiction & Court Oversight Workgroup and is now helping victims file claims through the new claims programs established by the two settlements reached with BP.

Kevin has maintained a leadership role since 2005 in litigating hundreds of cases alleging illegal organ harvesting, as well as potentially diseased human tissue and organ transplants. He is actively involved with malpractice, defective medical devices and drug litigation. Additionally, Kevin litigates vehicle defect cases, including against "the Big Three" automotive manufacturers in cases involving defective brakes, door locks, door latches, seat belts and roll overs. He was trial co-counsel in *Guzman v. Ford* (2001), the first case brought to trial regarding a hidden defective outside door latch handle, as well as in the vehicle rollover case *Hayward v. Ford* (2005).

Prior to joining Motley Rice, Kevin was a partner with the Law Offices of J. Edward Bell III, LLC. Before moving to South Carolina, he was a member of the William S. Stone, P.C. law firm, and he began his career as an associate with The Bennett Law Firm. His experience includes the health insurance fraud and post-claims underwriting case *Clark v. Security Life Insurance Company,* the largest civil RICO case in Georgia history, and *Wiggins v. Parsons Nursery,* one of the largest environmental and health contamination cases in South Carolina. Kevin also served as a County Commissioner on the Early County Georgia Board of Commissioners and still has the distinguished honor of having been the youngest elected commissioner in county history.



Kevin frequently appears in local and national broadcast and print media discussing legal matters of workplace safety, fire prevention and other products liability, as well as specific casework and efforts for changes and improvements in various industries. The 2012 and 2013 editions of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* recognized Kevin as a "Litigation Star" in its national rankings for mass torts/product liability, as well as its South Carolina rankings in product liability. Martindale-Hubbell® recognizes Kevin as a BV® rated attorney.

He is a member of the American Association for Justice, Georgia Trial Lawyers Association and South Carolina Association for Justice. He co-authored "Dangerous Doors and Loose Latches," published in *Trial Magazine* (2004) for the American Association for Justice (formerly Association of Trial Lawyers of America), and authored "The Right to Jury Trial in ERISA Civil Enforcement Actions" published in *The American Journal of Trial Advocacy* (1989).

## Michael E. Elsner

LICENSED IN: NY, SC, VA
ADMITTED TO PRACTICE BEFORE:
U.S District Court for the Eastern and Southern Districts of New York
EDUCATION:
J.D., University of Memphis Cecil C. Humphreys School of Law, 1997
B.A., John Carroll University, 1993

Michael Elsner manages complex, cross-border litigation and intricate investigations of infringement and abuse of human rights, multi-layered financial transactions and due diligence. He litigates complex civil matters on behalf of people and businesses victimized by commercial malfeasance, violations of human rights, inadequate security measures and state-sponsored terrorism. As a key member of Motley Rice's Anti-Terrorism and Human Rights practice group, Michael is using the U.S. civil justice system to seek social change and improved protection of Americans at home and abroad.

Michael's understanding of the complex legal challenges of international matters is critical to litigating cases involving human rights and financial dealings. He uses legal mechanisms to track illicit finances, and his investigations through the maze of international banking and financial regulations continue to uncover violations that have allowed money laundering and terrorist financing. Michael is building upon legal theories and case precedents to represent plaintiffs harmed by financial crimes and actions and hold the global institutions and organizations accountable.

Michael is a lead plaintiffs' counsel in *Almog v. Arab Bank*, a suit brought on behalf of American and Israeli victims of terrorist attacks trying to prevent the financing of more terrorists and help bring peace to the Middle East region. In addition, he currently leads the worldwide investigation for liability

evidence in the 9/11 Families United to Bankrupt Terrorism civil action against al Qaeda's alleged financiers and supporters. In this capacity, Michael meets with U.S. and foreign intelligence officers, witnesses, and informants, who have already helped him gather more than two million pages of documents in numerous languages identifying the activities of al Qaeda and its financiers. He is a member of the Plaintiffs' Steering Committee for this multidistrict litigation filed on behalf of more than 6,500 families and survivors of the 9/11 attacks. He also served as a member of the Plaintiffs' Committee in *In re September 11th Litigation*, a suit brought against the airline industry alleging that it failed to detect and prevent the attacks. Michael's work with financial transaction litigation includes commercial, securities fraud and shareholder derivative cases such as his extensive work on behalf of domestic and foreign investors in *In re Vivendi Universal, S.A. Securities Litigation*.

Michael is also leading the firm in its role as consultants to South African human rights lawyer Richard Spoor in his effort to take on leading global gold producers and seek justice for tens of thousands of exploited gold mine workers who are suffering from silicosis. Few class actions have been brought in South Africa, and none have been filed for sick workers. If approved as a class, the suit would generate an unprecedented means of recovery for the country and ensure meaningful access to justice for the indigent and rural workers who are dying from this entirely preventable yet incurable disease.

Michael began his career with the Manville Personal Injury Trust and then practiced complex civil litigation in New York in the areas of toxic torts, security, personal injury, bankruptcy, and whistleblower protections prior to joining Motley Rice attorneys in 2002.

Sharing his experience and insight as a lecturer and consultant, Michael has discussed anti-terrorism and human rights litigation on several national and international news outlets, including CNN, MSNBC, NPR and the BBC, as well as international anti-money laundering and anti-terrorism industry conferences. Michael was named to the 2010 edition of the *Lawdragon™ 3,000*. He is a member of the American Association for Justice, American Bar Association, New York Bar Association, South Carolina Bar Association, Virginia Bar Association, National Crime Victims Bar Association, and Public Justice.

## Nathan D. Finch

LICENSED IN: DC, VA
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third, Fourth, Fifth, Sixth and Tenth Circuits, U.S. District Court for the District of Columbia and the Eastern District of Virginia
EDUCATION:
J.D., University of Virginia School of Law, 1992
B.A., University of Virginia, 1989

Nate Finch brings almost twenty years of experience in complex civil litigation and trial work to Motley Rice. With a diverse background, as well as strong trial and negotiation skills, he holds a central role in the firm's work representing clients in various asbestos, toxic tort, commercial, securities fraud and

other complex cases. Nate has served as the lead trial attorney for his clients in many federal and state courts and is sought after by co-counsel for advice on challenging cases and complex legal matters.

Nate's thorough knowledge of asbestos and medical issues is an asset to the firm's occupational disease and toxic tort clients. He has obtained plaintiffs' verdicts in cases against asbestos product manufacturer defendants and cigarette makers. He has extensive experience trying cases involving a wide variety of asbestos-containing products, including gaskets, automotive brakes, floor tiles, joint compounds, and various forms of insulation. He also has years of experience representing individuals, companies and creditors' committees in personal injury litigation, mass torts products liability litigation, securities and financial fraud litigation and an array of other complex litigation cases ranging from single plaintiffs' products liability cases to high-stakes business disputes.

Prior to joining Motley Rice, Nate was a partner for more than ten years in a Washington, D.C.-based law firm and frequently collaborated with Motley Rice attorneys in trials and negotiations to resolve large asbestos product manufacturers' bankruptcies. He tried numerous cases in federal district courts focusing on the medical and scientific factors associated with asbestos-related diseases and asbestos exposure. During this time, he also tried and helped to resolve in favor of his clients five asbestos bankruptcy cases, each having more than $1 billion at stake. In addition, Nate worked closely with Motley Rice attorneys on behalf of investors in *In re MBNA Securities Litigation* and *In re Vivendi Universal, S.A. Securities Litigation.*

Nate's understanding of the factual and legal challenges inherent in complex cases, combined with his trial experience, has positioned him as a considerable resource within many practice areas. A frequently invited speaker regarding a variety of legal matters, he has spoken at many asbestos litigation and bankruptcy conferences and has been a guest lecturer at the Georgetown University, George Washington University and University of Baltimore law schools on topics relating to civil procedure, mass tort litigation and the differences between litigating in Article III and Article I courts.

Nate was honored in 2013 with the American Association for Justice (AAJ) Wiedemann & Wysocki Award, a national award honoring members for going above and beyond their commitments to the principles of the civil justice system and AAJ's mission. Recognized as a Martindale Hubbell® AV® rated attorney, Nate was named a "Local Litigation Star" in the 2012 and 2013 editions of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* in its Washington, D.C., rankings in product liability and securities. He was additionally recognized as a "Local Litigation Star" in the 2013 fifth annual edition of *Benchmark Litigation, The Definitive Guide to America's Leading Litigation Firms & Attorneys* for his work in civil litigation, creditors' rights and white-collar crime. Nate was selected by his peers for inclusion in both the 2012 and 2013 *Washington, D.C. Super Lawyers®* lists and was also ranked a "Top Lawyer" in the 2009 and 2010 editions of *Chambers USA* in bankruptcy and restructuring. He is a member of the American

Association for Justice and The Barristers. A graduate of the University of Virginia and the University of Virginia School of Law, Nate was a member of the *Virginia Law Review* and the Order of the Coif.

In addition to his professional activities, Nate has served his community for many years through volunteer activities coordinated by Greater D.C. Cares, an organization committed to connecting volunteers with community service groups. He is a former scholarship track and cross country athlete at UVA.

### Fidelma L. Fitzpatrick

LICENSED IN: DC, MA, NY, RI
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Seventh and Eleventh Circuits, U.S. District Court for the District of Columbia, District of Massachusetts, District of Rhode Island and Eastern District of Wisconsin
EDUCATION:
J.D., *cum laude,* American University, 1994
B.A., Canisius College, 1991

Fidelma Fitzpatrick litigates environmental contamination claims on behalf of various states, cities, counties and individuals. She held a central role in the state of Rhode Island's lead paint trial against former corporate manufacturers of lead paint. Fidelma continues to manage cases seeking to hold the lead paint industry accountable for the childhood lead poisoning crisis and provide restitution and compensation to affected children and families. As a result of her work for lead poisoning victims, the Wisconsin State Supreme Court became the first to recognize the legal rights of poisoned children to sue lead pigment manufacturers. She worked on similar litigation filed by the City of New York and the City and County of San Francisco.

In addition to her work on lead poisoning issues, Fidelma represents communities and individuals in other toxic tort and environmental matters, including property damage and personal injury claims. She played a lead role in representing the community of Tallevast, Florida, in a lawsuit against Lockheed Martin Corporation involving the pollution of the community's groundwater with PCE and TCE. Fidelma is currently litigating nuclear contamination cases on behalf of Pennsylvania residents who allege that local nuclear facilities exposed them to hazardous levels of toxic or radioactive material in the surrounding air, soil and water. Those cases, involving both personal injuries and property damage, are pending in federal court.

Fidelma's experience with complex civil litigation has also led her to represent other victims of corporate malfeasance. She plays a central role in representing hundreds of women allegedly harmed by transvaginal mesh/sling products in filed cases against defendants that include Boston Scientific, C.R. Bard, Inc., and Johnson & Johnson. She serves as co-liaison counsel in the *In re Bard Litigation* in New Jersey state court, as well as state court liaison counsel in both Delaware and



Massachusetts. In 2012, Fidelma was also appointed co-lead counsel of the pelvic mesh MDL *In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation*.

Fidelma began working with Motley Rice attorneys in 1997 on the Massachusetts, New York and Rhode Island groundbreaking lawsuits against the tobacco industry. She is the author of "Painting Over Long-Standing Precedent: How the Rhode island Supreme Court Misapplied Public Nuisance Law in *State v. Lead Industries* Association" in the Roger Williams University Law Review (Summer 2010) and also has co-authored several other law articles, including "Access to Justice: The Use of Contingent Fee Arrangements by Public Officials to Vindicate Public Rights" in *Cardozo J.L. & Gender* (Spring 2008) and "Negligence in the Paint: The Case for Applying the Risk Contribution Doctrine to Lead Litigation" in *Pace Environmental Law Review* (Fall 2008). She frequently speaks on environmental and mass tort topics at conferences for federal and state court judges, attorneys, academic professionals and law students.

Fidelma was highlighted in the 2013 Litigation edition of *The Legal 500 United States* for her work in mass tort and class action: plaintiff representation- toxic tort. In recognition of her legal work on the Rhode Island lead paint case, *Rhode Island Lawyers Weekly* named Fidelma a 2006 Rhode Island Lawyer of the Year, and she was a 2006 finalist for the Public Justice Foundation's Trial Lawyer of the Year award. In 2010, The National Trial Lawyers named her one of its *Top 100 Trial Lawyers*™ in Rhode Island. Fidelma has been selected by her peers for inclusion in the 2008 and 2010–2013 editions of *New England Super Lawyers®* and *Rhode Island Super Lawyers®*. She has also been listed every year since 2008 in *The Best Lawyers in America®* for her work in mass tort litigation/class actions- plaintiffs.

Named a Motley Rice member in 2006, Fidelma serves as a volunteer attorney with the American Civil Liberties Union. She is a member of the American Association for Justice, American Bar Association, Public Justice, Rhode Island Association for Justice and Rhode Island Women's Bar Association. She also serves on the Science Advisory Board at Canisius College and as the Rhode Island State Coordinator for the Public Justice Foundation.

### Jodi Westbrook Flowers

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth Circuit and District of Columbia Circuit
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, Carolina Legal Scholar, 1993
B.A. magna cum laude, College of Charleston, 1989

Jodi Flowers leads Motley Rice's Anti-Terrorism and Human Rights practice group, the legal team founded by Ron Motley that brought the groundbreaking complex litigation against the financiers and material supporters of al Qaeda. Representing thousands of family members and survivors of Sept. 11, 2001, in a pioneering civil action to hold al Qaeda's sponsors accountable and cut off the terror support pipeline, she serves on the Plaintiffs' Executive Committee for the *In re Terrorist Attacks on September 11, 2001* litigation consolidated by the Multidistrict Litigation Panel. Jodi is currently involved in processing claims for the new Victims' Compensation Fund for first responders, area residents, and anyone whose health may have been affected by exposure to environmental toxins released in the terrorist attacks. She was also an integral member of the Motley Rice aviation security litigation team seeking accountability and change in aviation security following the 9/11 attacks.

Jodi handles a variety of other anti-terrorism cases regarding the state-sponsorship of international terrorism, as well as human rights litigation involving violations of international law and human rights abuses. She plays a lead role in the firm's involvement in a case concerning Arab Bank's alleged material support of terrorism, *In re Almog v. Arab Bank*. Jodi also authored an amicus brief, supporting section 1502 of the Dodd-Frank Act, regarding the trade regulation of conflict minerals in the Democratic Republic of the Congo. Using her experience in complex case resolution, she served as the lead negotiator in the last hold-out of the individual cases against Libya for the Lockerbie bombing of Pan Am Flight 103. Jodi continues to seek justice for victims of Libyan sponsored terrorism during Qadhafi's reign.

Additionally, Jodi has worked on toxic environmental cases in the Virgin Islands involving leaking gas tanks, and she is currently representing clients in advancing their Deepwater Horizon oil spill claims through the programs established by the two settlements reached with BP.

Jodi's legal career has included developing, researching and managing complex litigation and class actions on behalf of injured consumers and citizens in lawsuits and trials involving tobacco, asbestos, lead pigment, aviation, transportation and vehicle defects. She litigated against lead paint/pigment manufacturers, Bridgestone/Firestone for injuries caused by tire defects cases, and the telecom industry for wiretapping. She has served on numerous MDL Executive Committees and Subcommittees. Currently, she plays an active role in litigating multiple complex securities fraud cases and shareholder derivative suits.

Jodi began her career applying restitution and fraud theories to the litigation against the tobacco industry which resulted in the historic Master Settlement Agreement between the state attorneys general and the tobacco industry. She developed expert and whistleblower testimony, synthesized millions of pages of documents and prepared the tobacco cases for trial. She prepared the false-marketing and child targeting case against the tobacco industry which resulted in restrictions on cartoon ads and the retirement of Joe Camel.

Jodi has been interviewed by various media outlets, including U.S. and foreign television, radio and print media, and is the author of "Remarks on the GJIL Symposium on Corporate Responsibility and the Alien Tort Statute," *Georgetown Journal of International Law*, Volume 43 - Issue 4, Summer 2012. (43

Geo. J. Int'l. L. 1601). She provides pro bono work on a variety of global, national and community issues and helped establish the firm's Charitable Contributions Committee. The 2012 and 2013 editions of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* recognized Jodi as a "Litigation Star" in its national rankings for civil rights/human rights and mass tort/product liability, as well as its 2012–2014 South Carolina rankings in environmental, human rights, mass tort and securities. She was also named to *Benchmark Plaintiffs'* "Top 150 Plaintiff Women in Litigation (South Carolina)" and to the 2010–2013 editions of *The Lawdragon™ 500 Leading Lawyers in America* list for her work in plaintiffs' litigation.

Jodi serves on the International Law Committee of the South Carolina Bar and is a member of the American Association for Justice, the South Carolina Association for Justice, the American Bar Association, the Charleston Bar Association and the Daughters of the American Revolution.

### Vincent L. Greene IV

LICENSED IN: RI
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Rhode Island
EDUCATION:
J.D., George Washington University, 1998
B.A., College of the Holy Cross, 1995

Vin Greene works on behalf of victims of lead poisoning and asbestos-related diseases. He represents children and families poisoned by exposure to lead paint and pigments in trials, negotiations and settlements. Vin's legal efforts led to his critical role in defeating tort reform legislation in Rhode Island, utilizing testimony, analysis and grassroots outreach to push passage of a bill that helped prevent childhood lead poisoning without infringing on victims' rights. For his numerous efforts and accomplishments, the Childhood Lead Action Project honored him with its Beyond the Call of Duty Award in 2001.

Currently, Vin represents workers and families suffering from mesothelioma and other asbestos-related diseases as a result of occupational, environmental or household exposure to asbestos. He has managed asbestos cases and negotiations on behalf of hundreds of individuals, including arguing before the Supreme Courts of Ohio and Rhode Island.

Vin began working with Motley Rice attorneys in 1997 on the landmark litigation against the tobacco industry and medical malpractice cases. He was recognized in the 2012–2014 editions of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* as a "Local Litigation Star" in the Rhode Island rankings in environmental, medical malpractice and toxic tort. Martindale-Hubbell® recognizes Vin as a BV® rated attorney.

Named a Motley Rice member in 2008, Vin is a member of the American Association for Justice and American Civil Liberties Union. He additionally serves on the Board of Directors for the Rhode Island Association for Justice.

### John E. Herrick

LICENSED IN: MD, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Central District of Illinois, District of Maryland, District of South Carolina, Eastern and Western Districts of Wisconsin
EDUCATION:
J.D., University of South Carolina School of Law, 1988
B.A., University of South Carolina, 1983

John Herrick has spent more than 20 years representing victims of asbestos exposure suffering from mesothelioma and other asbestos-related diseases. As a leader of the firm's occupational disease practice, John continues to fight for the rights of those harmed by asbestos and other occupational diseases and assists in managing the firm's asbestos litigation teams. A senior trial lawyer with years of courtroom experience, John represents individuals and families against defendants which manufactured and sold defective and unreasonably dangerous asbestos-containing products and equipment, as well as premise owners and contractors who specified and installed those products.

John has litigated asbestos cases resulting from occupational, environmental and household exposure, receiving verdicts in hundreds of matters. Most recently, John was lead trial counsel in a welding fume verdict for the plaintiff on behalf of a welder who developed manganism from exposure to welding fumes. He won the first affirmed jury verdict in the United States for a domestic, asbestos- exposed mesothelioma victim in the Marie Granski case and achieved the first verdict in the United States against SCAPA US, the former manufacturer of asbestos-containing dryer felts. John also worked as lead trial counsel in the Harlow trial group, cited as a top 100 case of the year by *The National Law Journal*, and litigated a personal injury case against a tobacco company for a plaintiff harmed by the use of asbestos in cigarette filters.

John was highlighted in the 2009, 2011 and 2012 Litigation editions of *The Legal 500 United States* (mass tort and class action: plaintiff representation- toxic tort) and was given an AV® rating by Martindale-Hubbell®. He is a member of the American Association for Justice, American Bar Association and South Carolina Association for Justice. He also serves as a frequent guest speaker at asbestos litigation-related seminars.

### James M. Hughes, Ph.D.

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the First and Fourth Circuits, U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 1993
Ph.D., University of Illinois, Chicago, 1983
M.A., University of Illinois, Chicago, 1976
B.A., University of Minnesota, 1975

Jim Hughes practices securities fraud and shareholder litigation on behalf of institutional investors, public pension funds and unions. A former professor of philosophy, Jim's practice



includes developing strategic legal arguments and drafting legal complaints and lead plaintiff motions. He plays a key role in cases involving corporate governance issues, shareholder derivative lawsuits and consumer and securities fraud.

Jim previously concentrated his practice on occupational disease and toxic torts, representing individuals such as steel and chemical workers injured by the exposure to silica and asbestos in the workplace. His efforts on behalf of occupational disease victims led to his arguing before appellate courts in Illinois and Minnesota. He shared his experience with silica litigation and product identification at several national conferences, addressing the plaintiff's perspective and other pertinent issues.

A published author on several legal and academic themes, Jim's law review article, "Informing South Carolina Capital Juries About Parole" (44 S.C. Law Review 383, 1993) was cited in 2000 by U.S. Supreme Court Justice John Paul Stevens in his dissenting opinion in Ramdass v. Angelone. His reported opinions include Ison *v. E.I. DuPont de Nemours & Co.* (Del. 1999), *In re Minnesota Asbestos Litigation* (Minn., 1996), *W.R. Grace & Co. v. CSR Ltd.,* (Ill. App. Ct. 1996) and *In re Tutu Wells Contamination Litigation* (D.V.I. 1995).

Jim began his legal career with the plaintiffs' bar after clerkships with the South Carolina Office of Appellate Defense and a business, employment and intellectual property defense firm. He is recognized as an AV® rated attorney by Martindale-Hubbell® and is a member of the American Association for Justice and the South Carolina Association for Justice.

### Rebecca M. Katz

LICENSED IN: NY
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second Circuit
U.S. District Court for the District of Colorado, and Southern, Eastern and Western Districts of New York
EDUCATION:
J.D., Hofstra University School of Law, 1990
B.S., Hofstra University, 1987

Rebecca Katz brings to Motley Rice's Securities and Consumer Fraud team more than 20 years of complex litigation experience, including experience as a former senior counsel for the SEC's Enforcement Division and an extensive background in both *qui tam* and SEC whistleblower cases. Rebecca currently represents individuals in SEC whistleblower litigation, as well as institutional investors in securities fraud class and individual actions. She is the managing director of the firm's New York office and leads its SEC whistleblower practice.

Prior to joining Motley Rice, Rebecca was a partner at a large New York firm, where she played a central management role in a number of major cases. She represented the Republic of Iraq and the Iraqi people in *Republic of Iraq v. ABB AG, et al.,* No. 08-CV-5951 (S.D.N.Y.), a case alleging corruption of the Oil-for-Food Programme that was established by the United Nations in 1995 to help provide basic necessities to Iraqi citizens. As a member of the Plaintiffs' Executive Committee for *In re Initial Public Offering Securities Litigation,* No. 21-MC-92 (S.D.N.Y.), which ultimately settled for $586 million, she oversaw the hundreds

of coordinated actions involved in the litigation. In addition, Rebecca has represented the Public Employees Retirement Association of New Mexico and the New Mexico Educational Retirement Board in individual securities cases against numerous defendants, including Wells Fargo & Company, for their alleged breach of contract and fiduciary duty in connection with certain investments in a securities lending program.

Rebecca is a regular guest speaker at legal conferences throughout the country, including public pension and Taft-Hartley fund conferences, and has presented on issues that include emerging developments in securities litigation and the SEC whistleblower provisions of the Dodd-Frank Act, as well as complex and class action litigation. As a former faculty member at the Practising Law Institute's Securities Litigation & Enforcement Institute, she explored a variety of issues impacting securities law and lectured at the Fordham University School of Law's Eugene P. and Delia S. Murphy Conference on Corporate Law— Corporations, Investors and the Securities Markets. Rebecca has published numerous articles, including "Plaintiffs' Perspective: The SEC's Final Rules for Whistleblowers Offer a Balanced Approach to an Important New Program," *Securities Litigation Report* (with James M. Weir), July/August 2011; and "The Dodd-Frank Act: New Life for Whistleblowers and the SEC," *Securities Litigation Report* (with David B. Harrison), September 2010.

Rebecca's securities litigation experience earned her recognition in the 2013 and 2014 editions of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys,* which honored her as a "Local Litigation Star" in the New York rankings in securities. She was selected by her peers for inclusion in the 2008, 2009, 2010 and 2013 editions of *New York Metro Super Lawyers®* and in the 2011 *Super Lawyers®* Business Edition in the litigation practice area. She was also recommended in the 2012 Litigation edition of The *Legal 500 United States* for her work in mass tort and class action: plaintiff representation – securities.

Rebecca earned a law degree from Hofstra University School of Law, where she was a member of the *Hofstra Law Review*. She is a member of the New York City Bar Association Securities Litigation Committee.

### Anne McGinness Kearse

LICENSED IN: DC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Eastern District of New York, Eastern and Western Districts of Pennsylvania and District of South Carolina
EDUCATION:
J.D. cum laude, University of South Carolina School of Law, 1998
B.S., Syracuse University, 1983

Anne McGinness Kearse focuses her practice on severe personal injury, representing children and adults in cases involving workplace injuries, toxic exposure, catastrophic burns, brain damage, loss of limb and paralysis, as well as wrongful death resulting from negligence and defective

products. Through litigation, she has spent more than a decade seeking to hold accountable numerous corporations that put profits before safety, from the asbestos and tobacco companies to various consumer product manufacturers. Anne's work has been instrumental in causing the implementation of better safety practices and corporate governance measures and holding companies accountable for consumers' health and safety. She serves in a managing role for the firm's occupational health and catastrophic injury practice groups.

Anne works closely with families suffering from extreme and life-altering injuries caused by negligent manufacturing or management. She represents people severely burned by the ethanol-based fuel gel used in decorative firepots and is a member of the Motley Rice team litigating dozens of claims against manufacturers Napa Home and Garden, Inc., and Fuel Barons, Inc., and their insurers. Additionally, she represents a West Virginia resident seriously injured by carbon monoxide poisoning while a hotel guest and recently resolved a suit filed by a family whose young daughter suffered brain damage after a near drowning.

During law school, Anne supported the legal team representing the State Attorneys General in the historic lawsuit against Big Tobacco, which resulted in the largest civil settlement in U.S. history. After graduation, she helped litigate *Falise v. American Tobacco Company* and began representing asbestos victims. Today, she continues to represent people diagnosed with the devastating, deadly occupational disease mesothelioma caused by asbestos exposure in the chemical, electric power generation, steel or construction industries. She also litigates asbestos claims for household exposure victims, including children and housewives who developed mesothelioma or other asbestos-related diseases because they were exposed to asbestos a family member brought home on clothes or belongings.

Anne has tried several noteworthy cases, including *Cox vs. A&I Company*, West Virginia's first domestic asbestos exposure case, and the 2002 West Virginia Consolidated Asbestos Trial against Union Carbide in which unsafe working conditions were found at its plants throughout the state. In addition to maintaining an active trial schedule, Anne represents Canadian Workers' Compensation Boards in U.S. courts to recoup benefits they paid Canadian asbestos victims.

Anne has written several articles of interest to the plaintiffs' bar and frequently speaks on asbestos litigation, general product liability and tort reform at seminars across the country. She has been published on major legal issues, including *forum non conveniens* and defective products abroad, corporate misconduct, medicolegal aspects of asbestos litigation and mass tort litigation. Anne contributed to the 12th chapter of the book, "Pathology of Asbestos-Associated Diseases" (*Medicolegal Aspects of Asbestos-Related Diseases: A Plaintiff's Attorney's Perspective*, 2nd ed., 2004). Edited by Victor L. Roggli, MD; Tim D. Oury, MD, PhD; and Thomas A. Sporn, MD, this publication is a comprehensive asbestos reference book used by both physicians and attorneys.

Anne's peers selected her for inclusion in the 2011–2014 editions of *The Best Lawyers in America®* for her work in mass tort litigation/class actions- plaintiffs, and both the 2012 and 2013 editions of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* recognized her as a "Litigation Star" in both its national and South Carolina rankings for mass tort/product liability. The National Trial Lawyers named her in 2010 as one of its Top 100 Trial Lawyers™ in South Carolina. She was also highlighted in the 2009, 2011 and 2012 Litigation editions of *The Legal 500 United States* (mass tort and class action: plaintiff representation- toxic tort). Anne was selected by her peers for inclusion in the 2013 *South Carolina Super Lawyers®* list and is recognized as a BV® rated attorney by Martindale-Hubbell®.

In 2012, Anne was elected to the Board of Governors for the South Carolina Association for Justice and asked to serve on its Legislative Policy Working Group. She was also elected in 2012 to be the South Carolina state delegate to the Board of Governors of the American Association for Justice. She serves as a chair of the AAJ Committee on Asbestos Education for the Asbestos Litigation Group and Vice-Chair for STEP (Section of Toxic, Environmental and Pharmaceutical Torts). In 2011, Anne was re-elected to the Public Justice Foundation's Board of Directors and, in 2012, was elected to serve on the Foundation's Executive Committee. She also serves as Treasurer for the Public Justice Foundation. In 2011, Anne served on the Executive Board for a local chapter of Safe Kids USA, advocating for childhood injury prevention.

Anne is a member of the American Association for Justice, American Bar Association, South Carolina Association for Justice and Litigation Counsel of America Trial Lawyer Honorary Society. A University of South Carolina School of Law bronze Compleat Award recipient, she is also a member of the Order of the Coif, Order of the Wig and Robe, John Belton O'Neal Inn of Court and the James L. Petigru Chapter of the American Inns of Court.

### Marlon E. Kimpson

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 1999
B.A., Morehouse College, 1991

Marlon Kimpson represents victims of corporate malfeasance, from investors in securities and consumer fraud cases to people injured or killed in aviation disasters and other catastrophic incidents. Building upon the firm's relationships with unions and governmental entities, Marlon represents individuals, state and municipality pension funds, multi-employer plans, unions and other institutional investors in securities fraud class actions and mergers and acquisition cases to help recover assets and improve corporate governance. Marlon



has worked on shareholder derivative litigation and on mergers and acquisitions cases that include: *In re Atheros Communications, Inc., Shareholder Litigation, In re Celera Corporation Shareholder Litigation, In re RehabCare Group, Inc., Shareholders Litigation* and *In re Coventry Healthcare, Inc., Shareholder Litigation*. Marlon currently serves as South Carolina State Senator of District 42, representing citizens of Charleston and Dorchester Counties.

Marlon joined Motley Rice attorneys in 2000 and has played an integral role in developing the firm's catastrophic injury, aviation, asbestos and securities fraud practice groups. He has worked as a member of the aviation team on commercial and charter aviation cases with clients, defendants and accidents involving multiple countries. He has also worked with the Environmental team to represent people and businesses that need help filing their claims under the new claims programs established by the two Deepwater Horizon BP oil spill settlements.

A frequent speaker, Marlon has presented at seminars and conferences across the country, including the Public Funds Summit, the National Association of State Treasurers, the South Carolina Black Lawyers' Association, the National Conference on Public Employee Retirement Systems (NCPERS) and the National Association of Securities Professionals (NASP).

After five years in commercial banking, Marlon earned a law degree before serving as a law clerk to Judge Matthew J. Perry of the U.S. District Court of South Carolina. His work in the legal field was recognized by *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys*, which named Marlon in 2012 as a "Litigation Star" in its national rankings for mass tort/product liability and, in the 2012–2014 editions, as a "Local Litigation Star" in its South Carolina rankings in environmental, mass tort and securities. His legal work and volunteer service also earned him the University of South Carolina School of Law bronze Compleat Award. Martindale-Hubbell® recognizes Marlon as a BV® rated attorney.

Marlon is active in his community and formerly served on the Board of Directors for the Peggy Browning Fund. He has also held leadership roles with the University of South Carolina Board of Visitors, the Charleston Black Lawyers Association and the South Carolina Election Commission. He is a lifetime member of the NAACP and a member of the American Association for Justice, American Bar Association, National Bar Association, South Carolina Association for Justice, Sigma Pi Phi Boulé and Omega Psi Phi fraternity.

### Gregg S. Levin

LICENSED IN: DC, MA, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Second, Third, Fifth, Ninth and Eleventh Circuits
U.S. District Court for the District of Colorado
EDUCATION:
J.D., Vanderbilt University School of Law, 1987
B.A., University of Rochester, 1984

With more than two decades of legal experience, Gregg Levin represents domestic and foreign institutional investors and union pension funds in corporate governance, directorial misconduct and securities fraud matters. His investigative, research and writing skills have supported Motley Rice as lead or co-lead counsel in numerous securities and shareholder derivative cases against Dell, Inc., UBS AG and Cintas Corporation. Gregg manages complaint and brief writing for class action deal cases, shareholder derivative suits and securities fraud class actions.

Prior to joining Motley Rice, Gregg was an associate with Grant & Eisenhofer in Delaware, where he represented institutional investors in securities fraud actions and shareholder derivative actions in federal and state courts across the country, including the WorldCom, Telxon and Global Crossing cases. He also served as corporate counsel to a Delaware Valley-based retail corporation from 1996-2003, where he handled corporate compliance matters and internal investigations.

Gregg is a published author on corporate governance and accountability issues, having written significant portions of the treatise *Shareholder Activism Handbook* (Aspen Publishers, November 2005), as well as several other articles of interest to institutional investors, including:

"*In re Cox Communications*: A Suggested Step in the Wrong Direction" (*Bank and Corporate Governance Law Reporter,* September 2005)

"Does Corporate Governance Matter to Investment Returns?" (*Corporate Accountability Report,* September 23, 2005)

"*In re Walt Disney Co. Deriv. Litig.* and the Duty of Good Faith under Delaware Corporate Law" (*Bank and Corporate Governance Law Reporter,* September 2006)

"Proxy Access Takes Center Stage: The Second Circuit's Decision in American Federation of State County and Municipal Employees, Employees Pension Plan v. American International Group, Inc." (*Bloomberg Law Reports,* February 5, 2007)

"Investor Litigation in the U.S. -- The System is Working" (*Securities Reform Act Litigation Reporter,* February 2007)

Appearing in the media to discuss a variety of securities matters, Gregg has also presented in more educational forums, including at the Ethics and Transparency in Corporate America Webinar held by the National Association of State Treasurers.

## Robert J. McConnell

LICENSED IN: MA, RI
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Massachusetts, District of Rhode Island
EDUCATION:
J.D., Suffolk University School of Law, 1987
A.B., Brown University, 1979

Bob McConnell's practice concentrates on lead pigment litigation, childhood lead poisoning cases and other toxic environmental litigation with Motley Rice's Environmental practice group. For several years, Bob prepared for and served on the trial team in the landmark trial on behalf of the state of Rhode Island against corporate defendants from the lead paint industry. In 2005, he successfully argued the precedent-setting case *Thomas v. Mallett* 285 Wis 2d 236 as part of the Motley Rice trial team applying risk contribution theory to the lead paint industry before the Wisconsin Supreme Court.

Bob currently represents children injured by childhood lead poisoning against property owners, governmental agencies and lead pigment companies. In Rhode Island, Bob secured the largest lead paint poisoning settlement on behalf of a child injured by lead poisoning. He also played a leading role in a statewide lobbying effort to defeat legislation that would have denied lead-poisoned children and their families the right to seek justice. Through testimony, analysis and grassroots outreach, he helped the Rhode Island legislature pass a bill helping to prevent childhood lead poisoning without infringing on victims' rights.

Additionally, Bob litigates cases involving environmental hazards such as groundwater or soil contamination. He represents victims seeking corporate accountability as a result of personal injury, property damage and economic loss as a result of negligent environmental practices. Recently, Bob represented more than 100 residents of Tiverton, Rhode Island, in an environmental contamination lawsuit against a major New England utility company.

With over two decades of experience in asbestos litigation, Bob also works on the firm's occupational disease and toxic tort litigation. He continues to represent victims of asbestos exposure suffering from mesothelioma and other asbestos-related diseases. He has managed large consolidation trials in several states including Maryland, Mississippi and West Virginia.

After beginning his career as a teacher, Bob earned a law degree and clerked for the Honorable Donald F. Shea of the Rhode Island Supreme Court. He joined Motley Rice attorneys on the tobacco litigation team representing multiple state attorneys general, which resulted in the historic Master Settlement Agreement between the states and the tobacco industry.

Recognized as an AV® rated attorney by Martindale-Hubbell®, Bob was named a "Local Litigation Star" in the 2012–2014 editions of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* in its Rhode Island rankings in environmental and toxic tort. He has been selected by his peers for inclusion in every edition of *The Best Lawyers in America®* since 2009 for his work in mass tort litigation/class actions- plaintiffs. In addition, Bob has been selected by his peers for inclusion in the *New England Super Lawyers®* and *Rhode Island Super Lawyers®* lists each year since 2008.

Highly active in the Rhode Island community, Bob serves as board vice chairman of The Institute for the Study and Practice of Nonviolence, an organization that seeks to promote nonviolence among young people in Rhode Island's inner cities. He is also a board member for the George Wiley Center, which advocates for the rights of low income Rhode Island citizens, and the Fund for Community Progress, an organization that supports 26 grassroots organizations working for long-term community change.

Bob frequently speaks about lead paint litigation to local and regional groups such as the Rhode Island Bar Association and the Northeast Conference of Attorneys General. He is a member of the American Association for Justice and the American Bar Association.

## Donald A. Migliori

LICENSED IN: MA, MN, NY, RI
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First and Fourth Circuits, U.S. District Court for the District of Rhode Island, District of Massachusetts and Northern, Southern and Eastern Districts of New York
EDUCATION:
M.A./J.D., Syracuse University, 1993
A.B., Brown University, 1988

Building upon his experience in complex asbestos cases, the historic tobacco lawsuits and 9/11 litigation, Don Migliori is a multifaceted litigator. He represents victims of terrorism, aviation disasters, environmental contamination, defective medical devices and drugs, occupational diseases and securities and consumer fraud in cutting-edge litigation that spans the country.

Don played a central role in the extensive discovery, mediations and settlements of more than 50 cases of 9/11 aviation liability and damages against numerous defendants. In this role, Don represented families of the victims of the September 11, 2001, attacks who opted-out of the Victim Compensation Fund to seek greater answers, accountability and recourse, and served as liaison counsel for all wrongful death and personal injury cases in the 9/11 aviation security litigation. Additionally, he manages anti-terrorism litigation associated with the 9/11 terrorist attacks as a lead attorney of the 9/11 Families United to Bankrupt Terrorism groundbreaking litigation designed to bankrupt the financiers of al Qaeda.

Don serves as co-lead plaintiffs' counsel and liaison counsel for the Composix® Kugel® Mesh multidistrict litigation, *In re Kugel Mesh Hernia Patch Products Liability Litigation,* the first MDL in



federal Rhode Island Court, on behalf of thousands of individuals alleging injury by the hernia repair patch. In *Christopher Thorpe and Laure Thorpe v. Davol, Inc. and C.R. Bard, Inc.*, the second case to go to trial out of thousands of cases filed in the MDL, the U.S. District Court for the District of Rhode Island found hernia patch manufacturer Davol and parent company C.R. Bard liable for negligent design of the patch and failure to warn of the dangers associated with the patch. The jury awarded $1.5 million to the plaintiffs for personal injury damages and loss of consortium. He serves as liaison counsel for the Composix® Kugel® Mesh lawsuits consolidated in Rhode Island state court.

Don serves as co-liaison counsel in the N.J. Bard pelvic mesh litigation in Atlantic County and plays a central role in the thousands of cases involving women allegedly harmed by pelvic mesh/sling products. Hundreds of cases have been filed in federal and states courts against defendants that include American Medical Systems, Inc. (AMS), Boston Scientific, C.R. Bard, Inc., and Johnson & Johnson. He is a member of the Plaintiffs' Steering Committee in the Levaquin® litigation, as well as the Depuy® Orthopaedics, Inc. ASR™ and Pinnacle® Hip Implant MDLs.

Motley Rice's Securities and Consumer Fraud team relied upon Don's experience in connection with the commencement of and strategy for shareholder derivative litigation brought on behalf Chiquita Brands International, Inc., alleging the defendants breached their fiduciary duties by paying bribes to terrorist organizations in violation of U.S. and Columbian law. He also served as trial counsel for PACE Industry Union-Management Pension Fund in a securities case against Forest Laboratories, Inc., and was involved in the initial liability discovery and trial strategy in an ongoing securities fraud class action involving Household International, Inc.

Don began working with Motley Rice attorneys in 1997 on behalf of the State Attorneys General in the historic lawsuit against Big Tobacco, resulting in the largest civil settlement in U.S. history. He has more than a decade of interdisciplinary experience with asbestos, medical and securities litigation. He tried several noteworthy asbestos cases on behalf of mesothelioma victims, including the state of Indiana's first contractor liability verdict and first premises liability verdict for wrongful exposure to asbestos. He continues to manage asbestos cases and actively litigates mesothelioma lawsuits in the courtroom.

Don is a frequent speaker at legal seminars across the country and has appeared on numerous television and radio broadcast programs, as well as in print media to address legal issues related to terrorist financing, aviation security, class action litigation, premises liability, asbestos and defective medical devices cases. A "Distinguished Practitioner in Residence" at Roger Williams University School of Law for the 2010-2011 academic year, he currently teaches mass torts as an adjunct professor.

*Rhode Island Lawyers Weekly* and *Massachusetts Lawyers Weekly* each selected Don as being among their 2011 Lawyers of the Year. The 2012–2014 editions of *Benchmark Plaintiff,*

*The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* honored him as a "Local Litigation Star" in the Rhode Island rankings in human rights and product liability. An AV® rated attorney in Martindale-Hubbell®, Don was selected by his peers for inclusion in the 2009–2013 editions of *New England Super Lawyers®* and *Rhode Island Super Lawyers®* and was named among the "Best of the Best" on the *Top 10 Rhode Island Super Lawyers* 2012 list. He was also selected by his peers for inclusion in the 2011–2014 editions of *The Best Lawyers in America®* for his work in mass tort litigation/class actions-plaintiffs. In 2010, The National Trial Lawyers named him one of its *Top 100 Trial Lawyers™* in Rhode Island, and he was named in the 2010 edition of the *Lawdragon™ 3,000*. Don was honored in 2005 as one of *Providence Business News'* Forty Under 40.

Don is the former President of the Rhode Island Association for Justice. He serves on the Board of Governors for the American Association for Justice and the Board of Directors for the National Center for Victims of Crime. He is also a member of the American Bar Association.

### Ingrid L. Moll

LICENSED IN: CT, DC, NY, SC
ADMITTED TO PRACTIC BEFORE:
U.S. Court of Appeals for the Second, Fourth and Tenth Circuits, U.S. District Court for the District of Colorado, District of Connecticut, Eastern and Southern Districts of New York
EDUCATION:
J.D., University of Connecticut School of Law, 1999
B.A., Wheaton College, 1995

Ingrid Moll is a trial and appellate attorney who represents consumers, businesses and governmental entities in complex consumer protection, unfair trade practices, commercial and environmental litigation.

Prior to joining Motley Rice, Ingrid was an associate attorney at two large defense firms. She also served as a law clerk to Justice David M. Borden of the Connecticut Supreme Court from 1999-2001. As a law student, Ingrid was editor-in-chief of the *Connecticut Law Review*.

In recognition of her professional achievements and commitment to the community, Ingrid was honored with the 2005 *Hartford Business Journal*'s Forty Under 40 award and the 2005 *Connecticut Law Tribune*'s New Leaders of Law Impact Award.

Active in the Connecticut community, Ingrid serves as an executive member of the Board of Directors of the Connecticut Bar Foundation and is a co-chair of the Bar Foundation's grantmaking committee. Ingrid also serves as President-Elect of the Board of Directors of the Alumni Association of the University of Connecticut School of Law, where she previously taught moot court as an adjunct professor. Ingrid is President of the Oliver Ellsworth Inn of Court, and is a member of Swift's Inn, the Connecticut State Advisory Committee of the U.S. Civil Rights Commission and the Connecticut Client Security Fund Committee.

## William H. Narwold

*LICENSED IN: CT, DC, NY, SC*
*ADMITTED TO PRACTICE BEFORE:*
*U.S. Supreme Court, U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Ninth, Tenth, Eleventh and Federal Circuits, U.S. District Court for the District of Colorado, District of Connecticut, Eastern and Southern Districts of New York, District of South Carolina*
*EDUCATION:*
*J.D. cum laude*, University of Connecticut School of Law, 1979
B.A., Colby College, 1974

Bill Narwold has advocated for corporate accountability and fiduciary responsibility for nearly 35 years, representing consumers, governmental entities, unions and institutional investors. He litigates complex securities fraud, shareholder rights and consumer fraud lawsuits, as well as matters involving unfair trade practices, antitrust violations, whistleblower/*qui tam* claims and intellectual property matters. Bill is the practice group leader of Motley Rice's Securities and Consumer Fraud practice group.

Additionally, Bill manages the firm's appellate group. His experience includes being involved in more than 200 appeals before the U.S. Supreme Court, U.S. Courts of Appeal and multiple state courts.

Bill joined Motley Rice in 2004, after directing corporate, financial, real estate, trust and estate litigation on behalf of private and commercial clients for 25 years at Cummings & Lockwood in Hartford, Connecticut, including 10 years as managing partner. Prior to his work in private practice, he served as a law clerk for the Honorable Warren W. Eginton of the U.S. District Court, District of Connecticut from 1979-1981.

Bill often acts as an arbitrator and mediator both privately and through the American Arbitration Association. He is a frequent speaker on legal matters, including class actions.

Named one of 11 lawyers "who made a difference" by *The Connecticut Law Tribune*, Bill serves the Hartford professional community as the past President of the Connecticut Bar Foundation and past member of the Board of Trustees of the University of Connecticut Law School Foundation. He was named in the 2008 *The Best of the U.S.* list and was selected by his peers for inclusion in the 2009–2013 editions of *Connecticut Super Lawyers®* and *New England Super Lawyers®*. He was named the *Best Lawyers'®* 2013 Hartford Litigation- Banking & Finance "Lawyer of the Year" and has also been selected by his peers for inclusion in every edition of *The Best Lawyers in America®* since 2005 for his work in litigation- banking and finance; litigation- mergers and acquisitions; and litigation-securities. Bill is recognized as an AV® rated attorney by Martindale-Hubbell®.

He has also been involved with the Greater Hartford Legal Assistance Foundation and Lawyers for Children America. He is a member of the American Bar Association and the National Association of Consumer Advocates. For more than twenty years, Bill served as a Director and Chairman of

Protein Sciences Corporation, a biopharmaceutical company in Meriden, Connecticut. In 2008, Bill received the Connecticut Bar Foundation's Legal Services Leadership Award.

*\* For full Super Lawyers selection methodology visit: www.superlawyers.com/about/selection_process.html*
*For 2013 data visit: www.superlawyers.com/connecticut/selection_details.html*

## Vincent I. Parrett

LICENSED IN: CA, NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the First, Second and Ninth Circuits, U.S. District Court for the Central, Northern and Southern Districts of California, Eastern and Southern Districts of New York and District of South Carolina, U.S. Navy - Marine Court of Criminal Appeals, U.S. Courts – Martial
EDUCATION:
LT, JAG Corps, Naval Justice School, 1999
J.D., New York University School of Law, 1998
Goethe Institute, Mannheim, Germany, 1995
B.A., Yale University, 1994

Motley Rice member Vince Parrett represents individual and institutional clients in a variety of complex litigation, including securities and consumer fraud, tobacco, lead paint, aviation, maritime, asbestos, terrorist financing and human rights cases.

Vince was a member of the trial team in a billion dollar lead paint case, *The People of California v. Atlantic Richfield Company et al.,* in which Motley Rice represented multiple cities and counties, including San Francisco, Santa Clara, Los Angeles and San Diego, in litigation against national lead paint manufacturers. In December 2013, the court ruled that three lead paint companies had created a public nuisance by concealing the dangers of lead, by pursuing a campaign against regulation of lead, and by actively promoting lead for use in homes, despite knowing that lead paint was highly toxic. This $1.1 billion\* verdict will be paid to the State of California's abatement fund and will be used to remove lead paint from homes throughout California, particularly those occupied by lower-income families in inner-city, community housing, and thereby protect the health and safety of thousands of California's most vulnerable children.

In 2013, in *National Association of Manufacturers, Chamber of Commerce, and Business Roundtable v. SEC,* Vince wrote an amicus brief on behalf of international humanitarian organization Global Witness to the U.S. District Court for the District of Columbia in support of the SEC's Final Rule enforcing Dodd-Frank Section 1502 that requires corporations to disclose publicly their use of conflict minerals from the Democratic Republic of the Congo (DRC). The sale and trade of conflict minerals by armed militias has fueled violence and horrific human rights violations in the DRC, particularly against women and children.



Also in 2013, in *National Association of Tobacco Outlets v. City of Providence,* Vince wrote an amicus brief to the First Circuit Court of Appeals against federal preemption of two ordinances of Providence, R.I., banning coupons and multi-pack discounts on flavored tobacco products that are marketed to children.

Working with the firm's Securities and Consumer Fraud team, Vince litigates securities fraud class actions, including the *Sprint* and *Hospira* Rule 10(b) cases where Motley Rice is co-lead class counsel. Vince also litigates deal cases to protect shareholders' financial interests against under-priced and coercive corporate mergers and acquisitions.

Vince is also part of the litigation team fighting ship owners and manufacturers of asbestos-containing products on behalf of crew members exposed for decades to asbestos aboard ships.

Working with Motley Rice's Anti-Terrorism and Human Rights practice group, Vince represents American and Israeli terrorism victims in international litigation seeking to hold accountable terrorist financiers who allegedly supported dozens of terror attacks in Israel during the Second Intifada. Vince also represents more than 6,500 family members, survivors and those who lost their lives in the 9/11 terrorist attacks in groundbreaking litigation against the alleged financial and material sponsors of al Qaeda.

Before joining Motley Rice, Vince represented victims of the 9/11 attacks as an associate with a New York firm, where he handled multidistrict litigation and litigated aviation wrongful-death cases involving crashes of commercial and general aviation aircraft and helicopters internationally.

Upon graduating from NYU Law School, Vince worked as an associate in the Litigation Department of Hale and Dorr in Boston, focusing on securities fraud litigation and SEC investigations. Vince next joined the U.S. Navy Judge Advocate General's Corps, where, after graduating with honors from the Naval Justice School in Newport, R.I., he served as a Naval Officer trying scores of courts-martial trials before juries at Naval Station Norfolk, Va. In 2002, LT Parrett was appointed as Officer-In-Charge of Naval Legal Service Office at Naval Air Station Oceana, where he led a team of JAG Officers providing legal counsel to the large Naval Aviation community in Virginia Beach, Va., until March 2003.

Vince was recognized in the inaugural 2012 edition of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys,* which named him as a "Litigation Star" in its national rankings for civil rights/human rights, as well as its South Carolina rankings in human rights, personal injury and securities. Vince was recognized by *Benchmark Plaintiff* again in 2013 and 2014 as a "Local Litigation Star" in the South Carolina rankings for human rights, product liability, securities and toxic tort.

He is also a member of the American Association for Justice, American Bar Association and Federal Bar Council Inn of Court.

*Please remember that every case is different. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

## Mary F. Schiavo

LICENSED IN: DC, FL, MD, MO, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court
EDUCATION:
J.D., New York University School of Law, 1980 (Root-Tilden Scholar)
M.A., The Ohio State University, 1977 (University Fellow)
B.A., cum laude, Harvard University, 1976

Throughout her career in law and public service, Mary Schiavo has sought accountability and industry change from corporations, institutions and the government so that they may meet their obligation to protect the safety and security of the traveling public. With experience in transportation litigation, Mary represents victims and their families suffering from negligence of airline, automotive, commercial trucking, motorcoach and rail companies.

A leader of the firm's aviation team, Mary has represented passengers and crew of most major U.S. air crashes, as well as pilots and passengers on private or charter planes. She represents passengers, pilots, flight attendants and select owners and operators. Her experience with major, complex aviation litigation includes more than 50 cases on behalf of the family members of the passengers and crew of all the planes hijacked on Sept. 11, 2001.

Mary has held numerous government appointments under three U.S. Presidents, including that of Inspector General of the U.S. Department of Transportation from 1990 to 1996. Under Mary's direction, the agency investigated air safety, crimes and disasters; secured more than 1,000 criminal convictions; and exposed billions of dollars of fraud, waste and abuse of taxpayer money. She testified before Congress multiple times on transportation safety, security, budgeting and infrastructure. In recognition of her work combating the use of bogus aircraft parts worldwide, Mary was honored by *Aviation Week* with its Aviation Laurel Award in 1992 and 1995 and was inducted to the Aviation Laurel Hall of Fame in 1997.

As an Assistant U.S. Attorney early in her career, Mary litigated civil cases and prosecuted federal white-collar crimes, bank and securities fraud, mail and wire fraud, drug trafficking and counterfeiting. During her appointment, she also served on the U.S. Department of Justice's Organized Crime and Racketeering Strike Force, prosecuting high-profile criminal cases of bank and securities fraud and related mail and wire fraud, including a large investigation of a bank and securities fraud scheme that resulted in the federal takeover of banks, savings and loans throughout the Midwest.

In 1987, Mary was selected as a White House Fellow and assigned to the U.S. Attorney General, where she worked as the Special Assistant for Criminal Affairs. In this role, she reviewed high security prosecutions, prepared Foreign Intelligence Surveillance Act Requests, attended foreign legal summits with the Attorney General and worked on international prisoner and evidence exchanges. During this time, she also taught trial technique at the U.S. Attorney General's Advocacy Institute and

the Federal Bureau of Investigation Academy. Her work earned her an appointment as the Assistant U.S. Secretary of Labor in 1989, where she led the Office of Labor Management Standards, supervising union elections and investigations on election and financial irregularities.

A frequent on-air contributor or consultant for several networks, Mary has appeared on ABC, CNN, CBS, Fox News, NBC, BBC, the History Channel and Discovery Channel. Named by *Glamour* magazine as a 1997 Woman of the Year, 1987 Working Woman of the Year and a Top Ten College Student in 1975, she has spoken about aviation safety on *20/20*, *60 Minutes*, *Good Morning America*, *Larry King Live*, *Nancy Grace*, *Nightline*, *Oprah*, *The O'Reilly Factor*, *Today*, and *Your World with Neil Cavuto*, among others. Mary is the author of *Flying Blind, Flying Safe*, a *New York Times* bestseller, featured in *Time* magazine for exposing the poor safety and security practices of the airlines and the failures of the federal government to properly regulate the aviation industry. She contributed to *Aviation Security Management* (Volume One, 2008) and *Supply Chain Security* (Volumes One and Two, 2010).

The 2012 and 2013 editions of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* recognized Mary as a "Litigation Star" in its national rankings for mass tort/product liability, as well as its South Carolina rankings in mass tort and securities. She was also selected by her peers for inclusion in the 2010–2014 editions of *The Best Lawyers in America®* for her work in mass tort litigation/class actions- plaintiffs.

Mary received her pilot's license soon after her driver's license, and later completed private and commercial flight training at The Ohio State University. She returned to The Ohio State University as the McConnell Aviation Chair and professor from 1998-2002 and as the Enarson Professor of Public Policy from 1997-1998. She has also served as a practitioner in residence at the New York University School of Law. Mary is an affiliate member of the International Society of Air Safety Investigators, as well as a member of the American Association for Justice and the American Bar Association, where she served in the House of Delegates and as the First Female Assembly Delegate from 1986-1989.

## Carmen S. Scott

LICENSED IN: SC
EDUCATION:
J.D., University of South Carolina School of Law, 1999
B.A., College of Charleston, 1996

Carmen Scott helps lead Motley Rice's mass tort pharmaceutical litigation by managing complex personal injury and economic recovery damages cases on behalf of victims of harmful medical drugs and devices, medical negligence, and corporate misconduct.

With a focus on women's products, Carmen has been on the forefront of national contraceptive litigation involving products such as Mirena®IUD, Nuvaring®, Yaz® and Yasmin®. She serves on the Plaintiffs' Steering Committee in the *In re*

*NuvaRing Products Liability Litigation, as co-lead counsel in the In re Mirena Product Liability* state court consolidation in New Jersey, and as Co-Chair of the AAJ Mirena® IUD Litigation Group. Carmen currently represents clients in a variety of drug product matters, including femur fracture cases related to the osteoporosis drug Fosamax®.

Prior to joining Motley Rice in 2005 and concentrating her efforts on the medical practice area, Carmen represented numerous clients in jury trials, working on products liability, personal injury and business cases for both plaintiffs and defendants.

Carmen is a frequent speaker on medical litigation and topics involving women's products, regularly lecturing at both legal seminars and public advocacy events on such issues as plaintiffs' rights in medical negligence and dangerous drug cases. She has been quoted in numerous national media outlets and publications, including The Associated Press, NBC News New York, *Marie Claire*, *MotherJones* and *The Safety Report*. Carmen was selected by her peers for inclusion in the 2013 *South Carolina Super Lawyers® Rising Stars* list.

Active in her community, Carmen proudly serves as Vice Chair on the Board for the Make-A-Wish Foundation of South Carolina, fundraising and promoting the Foundation's mission, as well as serving as a "wish-granter" that have been selected by the organization. She has also served as a board member for the nonprofit organization Charleston County Friends of the Library. Carmen is a member of the American Association for Justice (AAJ), serving on its Exchange Advisory Committee, the American Bar Association (ABA), the South Carolina Association for Justice (SCAJ) and the South Carolina Women Lawyers Association. A South Carolina native, Carmen was honored with the *Charleston Regional Business Journal's* Forty Under 40 award in 2013 in recognition of her professional achievements and contributions to the community.

## Fred Thompson III

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the Fourth Circuit, U.S. District Court for the District of South Carolina
EDUCATION:
J.D., with distinction, Duke University School of Law, 1979
B.A., *cum laude,* Yale University, 1973

Fred Thompson leads Motley Rice's medical practice group, managing the firm's litigation related to defective medical devices, harmful pharmaceutical drugs, and medical malpractice, as well as overseeing the firm's nursing home abuse litigation team. In this role, Fred litigates personal injury and economic damage recovery cases on behalf of individuals harmed by negligence, product defects or misconduct.

His work has led to his appointment to numerous leadership positions, including co-lead coordinating counsel for the pelvic mesh lawsuits consolidated in the U.S. District Court for the Southern District of West Virginia and plaintiffs' co-lead counsel for both the Mirena® IUD multidistrict litigation in the U.S. District Court for the Southern District of New York and the



federal Digitek® consolidation. Fred also holds membership on the Plaintiffs' Steering Committees for the Medtronic Sprint Fidelis® defibrillator lead, Avandia® and Trasylol® federal multidistrict litigations and serves as chairman of the American Association for Justice's Digitek® Litigation Group and co-chairman of the Kugel® Mesh Litigation Group. He co-authored "Composix® Kugel® Mesh: A Primer" for the Spring 2008 AAJ Section on Toxic, Environmental & Pharmaceutical Torts newsletter.

With more than two decades of diverse experience in personal injury, commercial and toxic tort law, Fred is also active with the firm's consumer fraud, commercial and economic damage litigation. He has represented clients in litigation involving bond issues and securities fraud in federal, state and bankruptcy forums as well as through alternative dispute resolution. Additionally, Fred has practiced commercial transaction work, including contracting, corporate, partnership and limited liability company formation, and capital acquisitions.

Recognized as an AV® rated attorney by Martindale-Hubbell®, Fred is a member of the American Association for Justice and frequently speaks on medical litigation topics at legal seminars throughout the country. He serves his local community as a Board Member for the East Cooper Community Outreach organization.

## ASSOCIATE ATTORNEYS

### John M. Eubanks

LICENSED IN: MD, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth, Fifth and Eleventh Circuits
EDUCATION:
J.D., Georgetown University Law Center, 2003
B.S., Georgetown University, 1996

With more than 10 years researching, investigating terrorism foundations and financing in the Middle East region, John Eubanks is an integral part of Motley Rice's Anti-Terrorism and Human Rights practice group. He represents victims, survivors and family members of terrorism and human rights violations in litigation against international and domestic defendants, including the September 11, 2001, attacks as part of the 9/11 Families United to Bankrupt Terrorism multidistrict litigation designed to end terrorist financing.

John's legal efforts include pursuing litigation against Libya allegedly providing material resources to the Provisional Irish Republican Army, resulting in the death and injury of citizens of the United States and United Kingdom. John has completed extensive litigation work on the Arab Bank lawsuit on behalf of victims of terrorist attacks in Israel as well as in *Mother Doe I, et al. v. Maktoum* on behalf of young boys kidnapped for enslavement as camel jockeys in the United Arab Emirates.

A former independent terrorism consultant for the Washington, D.C.-based think tank, The Investigative Project, John served as a liaison and researcher working with the FBI, INS, and U.S. Customs on terrorism financing investigations related to Hamas, the Palestinian Islamic Jihad organization. Prior to joining Motley Rice in 2004, John served as counsel in civil litigation against various groups in the U.S. for supplying Hamas with material support and financial resources in the groundbreaking *Boim v. Quranic Literacy Institute*.

John is a published author on counterterrorism and security and was a central contributor to the non-fiction work *American Jihad: The Terrorists Live Among Us* (Free Press 2002), which details the activities of organizations and individuals within the U.S. who provide material support and/or resources to Middle Eastern and Islamic terrorist organizations abroad. He is a member of the American Association for Justice.

### Brian Frutig

LICENSED IN: NY, SC
EDUCATION:
J.D., William & Mary School of Law, 2008
M.A., King's College London, University of London, 2005
B.A., Georgetown University, 2000

Brian Frutig represents victims of international terrorism and human rights violations as part of Motley Rice's Anti-Terrorism and Human Rights practice group. He assists with the firm's groundbreaking litigation against the financiers of al Qaeda on behalf of 6,500 family members and survivors of the September 11, 2001, attacks. Brian also litigates cases involving the Anti-Terrorism Act, the Alien Tort Claims Act, the Foreign Sovereign Immunities Act and international humanitarian law in U.S. courts.

As a law student, Brian gained international law experience as a legal assistant at the Association of Defense Counsel practicing at the International Criminal Tribunal for the Former Yugoslavia. In this role, he conducted legal research on international law, compiled witness summaries, and prepared exhibits on sensitive materials, including military and tactical information of the Yugoslav/Serbian military, the Kosovo Liberation Army and the North Atlantic Treaty Organization (NATO). Brian combines his legal experience with his graduate degree in international conflict analysis, where he studied international criminal law and the impact of international criminal tribunals on post-conflict redevelopment, particularly in Sierra Leone.

Brian uses his extensive background in global sales and marketing research and consulting to support the Motley Rice Securities and Consumer Fraud practice group. During his time at MarketBridge Corporation, an international sales and marketing professional services firm, Brian conducted research in finance, hi-tech and telecommunications industries and developed corporate planning and strategy programs for Fortune 500 clients while working out of the company's Bethesda, Maryland, and London, England, offices. His work included developing complex strategic change programs, market evaluations, budgeting processes and marketing strategies.

### Robert T. Haefele

LICENSED IN: DC, NJ, NY, PA, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second, Third, Fourth and
Eleventh Circuits, U.S. District Court for the District of
Columbia, District of New Jersey and Southern District of New
York
EDUCATION:
J.D., Rutgers University School of Law – Camden, 1989
B.A., Rutgers College, 1986

Robert Haefele has spent more than twenty years practicing in complex civil litigation, including asbestos, tobacco and other mass tort and product liability litigation. His area of primary emphasis involves working with Motley Rice's anti-terrorism and human rights practice group, analyzing and litigating complex, domestic and international matters to meet clients' goals of justice and accountability while simultaneously achieving positive social change.

Robert's current focus is on aiding the more than 6,500 family members and survivors of the 9/11 terrorist attacks Motley Rice represents. He is an active member of the Personal Injury and Wrongful Death Plaintiffs' Steering Committee in In re Terrorist Attacks on September 11, 2001, U.S.D.C., S.D.N.Y., MDL 1570, lawsuits filed by Motley Rice's clients and others seeking to expose and bankrupt the alleged financiers and other supporters of al Qaeda terrorist activity.

Robert also played a central role in *In re September 11th Litigation,* Case No. 21-MC-97-AKH (S.D.N.Y.), litigation that involved more than 50 personal injury and wrongful death clients against the aviation and aviation security industries for their alleged failure to detect and prevent the 9/11 terrorist attacks. For both the 9/11 multidistrict terrorist financing litigation and 9/11 mass consolidations of the aviation security liability cases, Robert has appeared before the court for multiple hearings and oral arguments, directed and engaged in complex formal discovery, and managed informal investigative efforts involving, among other things, aviation security, designation of foreign terrorist individuals and entities, and elaborate webs of financial transactions.

In addition to traditional litigation efforts, Robert has provided substantial *pro bono* and other support to the survivors and families of those killed in the 9/11 attacks. From 2001-2004, he provided *pro bono* representation for more than 30 individuals, preparing and presenting their claims to the September 11th Victim Compensation Fund. Working with Motley Rice clients, legislators and leading experts in various industries, Robert also works to encourage legislative changes to help meet clients' goals of justice, accountability and positive social change.  He has represented victims of other terrorist attacks and human rights violations in litigation including *Oran Almog v. Arab Bank,* a landmark lawsuit filed by victims of terrorist bombings in Israel against Arab Bank for its alleged role in financing Hamas and other Israeli terrorist organizations and *Krishanti v. Rajaratnum et al.,* 09-cv-5395 (D. N.J.), litigation against alleged financiers of the Tamil Tigers terrorist organization in Sri Lanka.

Representing Motley Rice clients in an array of other complex litigation matters, Robert worked on *World Holdings LLC, v. The Federal Republic of Germany,* a suit filed to collect unpaid pre-WWII German bonds. He has collaborated with members of the firm's Securities and Consumer Fraud practice group, litigating such cases as *In re MBNA Corp. Sec. Litig.,* No. 05-272 (D. Del.), and with the Motley Rice Environmental team to litigate cases brought by individuals and businesses suffering as a result of the BP oil spill in *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

Prior to joining Motley Rice in 2003, Robert developed a strong co-counsel relationship with Motley Rice attorneys through complex litigation involving corporate wrongdoing, including the State of New Jersey's tobacco lawsuit and other tobacco, asbestos and occupational disease and injury cases. Practicing product liability, toxic and mass tort, and occupational injury law, he represented individuals and union members injured by defective products or toxic substances and authored "The Hidden Truth About Asbestos Disease" in the *New Jersey Law Journal* (December 2002). He clerked with Judge Neil F. Deighan of the Appellate Division of the Superior Court of New Jersey in 1990.

Robert is a member of the American Association for Justice, American Bar Association, New Jersey Association for Justice and Public Justice. He is a past chairman of the Product Liability and Toxic Tort Section of the New Jersey State Bar Association.

### Elizabeth Smith

LICENSED IN: DC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the District of Columbia Circuit
U.S. District Court for the District of South Carolina
EDUCATION:
J.D. cum laude, University of South Carolina School of Law,
2000
B.A., Furman University, 1995

Elizabeth represents clients injured by corporate wrongdoing, with an emphasis on anti-terrorism and human rights litigation. Her current practice includes aviation liability cases on behalf of victims and families of the September 11, 2001, airline disasters, as well as the 9/11 Families United to Bankrupt Terrorism multidistrict litigation aiming to bankrupt alleged financiers of al Qaeda and other terrorist groups. As a member of the aviation and anti-terrorism practice groups, Elizabeth manages client relations, research and discovery, and trial preparation.

Elizabeth's role in the 9/11-related litigation led to her representing numerous victims' families at hearings before the September 11th Victim Compensation Fund with Special Master Kenneth Feinberg. She has also litigated personal injury and consumer protection cases, including vehicle defect cases, asbestos litigation and lead paint poisoning lawsuits.



As an undergraduate student, Elizabeth completed a Middle East and Africa Foreign Study Program, and traveled from Kenya to Israel. While in law school, she served on the editorial board of the *ABA Real Property, Probate & Trust Journal*. After graduation, Elizabeth was a law clerk for the Honorable Diane S. Goodstein, Circuit Court Judge of the First Judicial Circuit for South Carolina.

Recognized as a BV® rated attorney by Martindale-Hubbell®, Elizabeth is a member of the American Association for Justice, Federal Bar Association and the South Carolina Association for Justice.



**www.motleyrice.com**
**1 800.768.4026**

28 Bridgeside Blvd. | Mt. Pleasant, SC 29464

**SC | RI | CT | NY | WV | DC | CA | LA**

Jodi Westbrook Flowers (SC) is the attorney responsible for this communication. Our lawyers must make a case-by-case assessment of any claims. Prior results do not guarantee a similar outcome. Motley Rice LLP operates the California office.

*PD: 01.24.2014*



www.motleyrice.com
1 800.768.4026