# Exhibit L

1

```
       1bgr911c
1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    In Re:  TERRORIST ATTACKS ON
3            SEPTEMBER 11, 2001              03 MDL 1570 (GBD)
4
4    ------------------------------x
5                                        New York, N.Y.
5                                        November 16, 2011
6                                        2:30 p.m.
6
7    Before:
7
8            HON. FRANK MAAS
8
9                                        Magistrate Judge
9
10
10
11           APPEARANCES
11
12
12   KREINDLER & KREINDLER LLP
13        Attorneys for Ashton Plaintiffs
13   BY:  JAMES KREINDLER
14        ANDREW J. MALONEY, III
14
15
15   COZEN O'CONNOR
16        Attorneys for Plaintiff Federal Insurance
16   BY:  SEAN CARTER
17        J. SCOTT TARBUTTON
17
18
18   MOTLEY RICE LLC
19        Attorneys for Burnett Plaintiffs
19   BY:  ROBERT T. HAEFELE
20
20
21   ANDERSON KILL & OLICK, P.C.
21        Attorneys for O'Neill Plaintiffs
22   BY:  JERRY S. GOLDMAN
22
23
23   BERNABEI & WACHTEL PLLC
24        Attorneys for Defendants Al Haramain Islamic Foundation
24        and Perouz Seda Ghaty
25   BY:  ALAN R. KABAT
                  SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
```

                                                              2
        1bgr911c
  1               APPEARANCES
  2
  2     CLIFFORD CHANCE US LLP
  3          Attorneys for Defendant Dubai Islamic Bank
  3     BY:  RONI E. BERGOFFEN
  4
  4
  5     STEVEN K. BARENTZEN
  5          Attorney for Dr. Jamal Barzinji
  6
  6
  7     OMAR T. MOHAMMEDI
  7          Attorney for defendants WAMY International, Inc.
  8
  8
  9     MARTIN MCMAHON (telephone)
  9          Attorney for Defendant Muslim World League
 10
 10
 11     LUQUE GERAGOS MARINO LLP
 11          Attorneys for Defendant African Muslim Agency
 12     BY:  NANCY LUQUE (telephone)
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
                     SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

1bgr911c
```
 1  prohibit the banks from sharing this information.  And the
 2  record seems to establish that in that one of the banks Mr.
 3  Jalaidan says he can't get records from is Faisal Finance,
 4  which gave him records three years after his designation.
 5           What we are really looking for is some record to
 6  establish that he has undertaken those efforts.
 7           THE COURT:  He's produced records.  Does that
 8  necessarily mean that he obtained them from the bank rather
 9  than from his own files?
10           MR. CARTER:  He is producing a 2005 account statement
11  from a bank that froze his account in 2002.
12           THE COURT:  If he had that in his back pocket, then he
13  didn't need to go to the bank.
14           MR. CARTER:  What I'm saying is he is taking the
15  position that from the date of the freezing of his accounts,
16  all of his banks have uniformly refused to deal with him and to
17  provide him bank statements, yet he has a bank statement from
18  three years after that point in time.
19           THE COURT:  I see your point.  I guess, Mr. McMahon,
20  it comes down to the same thing I said with respect to your
21  other two clients, namely, that there has to be a full-court
22  press.  And, as Mr. Carter indicated and I've said before, it
23  has to be documented.  If you're not sufficiently able to
24  document a vigorous effort to obtain those documents, it may be
25  that sanctions are imposed.
```