# Exhibit M

```
                                                          1
        C2fzterc                    Conference
 1      UNITED STATES DISTRICT COURT
 1      SOUTHERN DISTRICT OF NEW YORK
 2      ------------------------------x
 2
 3      IN RE:  TERRORIST ATTACKS,
 3
 4
 4                                  03 MDL 1570 (GBD)(FM)
 5
 5      ------------------------------x
 6
 6                                  February 15, 2012
 7                                  2:15 p.m.
 7
 8      Before:
 8
 9                        HON. FRANK MAAS,
 9
10                                  Magistrate Judge
10
11                        APPEARANCES
11
12      KREINDLER & KREINDLER LLP
12           Attorneys for Ashton Plaintiffs
13      BY:  JAMES P. KREINDLER
13
14      COZEN O'CONNOR
14           Attorneys for Federal Insurance Co. Plaintiffs
15      BY:  J. SCOTT TARBUTTON
15
16      MOTLEY RICE LLC
16           Attorneys for Burnett & Eurobrokers
17      BY:  ROBERT T. HAEFELE
17
18      SPEISER, KRAUSE, NOLAN & GRANITO
18           Attorneys for Plaintiffs
19      BY:  CHRISTINA M. FRY
19
20      ANDERSON KILL & OLICK PC
20           Attorneys for Plaintiffs
21      BY:  JERRY S. GOLDMAN
22      BERNABEI & WACHTEL, PLLC
22           Attorneys for Al Haraman & Def. Exec. Comm.
23      BY:  ALAN R. KABAT
24      CLIFFORD CHANCE US LLP
24           Attorneys for Dubai Islamic Bank
25      BY:  RONI E. BERGOFFEN
                  SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
```

2

```
    C2fzterc                    Conference
1   APPEARANCES:(continued)
2   GOETZ & ECKLAND P.A.
2        Attorneys for WAMY
3   BY:  FREDERICK J. GOETZ
4   LAW FIRM OF OMAR T. MOHAMMEDI, LLC
4        Attorneys for Defendants
5   BY:  OMAR T. MOHAMMEDI
5        SARAH HASAN
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

C2fzterc                    Conference

1    concerning all of the defendants.  So I'm a little concerned
2    about a six-month period for motion practice, although I
3    recognize that the need to translate documents obviously is an
4    issue.  So I wanted to talk a little about that.
5            MR. HAEFELE:  Good afternoon, your Honor.  I don't
6    know what question you have, but I'm happy to address whatever
7    your question is.
8            THE COURT:  Well, defendants want two months, you want
9    six months.  I was thinking about a period like three months,
10   because just like you'll need time to translate documents, I'll
11   need time to resolve these issues.
12           I find that a lot of the discovery issues in this case
13   are a little like pushing on one part of a pillow, only to
14   watch it rise somewhere else.  And I'm not necessarily being
15   critical of either side in terms of saying that.  I just think
16   it's probably the nature of the enterprise we're all engaged
17   in.
18           What I'm thinking about is a three-month period
19   because, in part, that gives us something to shoot for.  If it
20   ends up being unrealistic, we'll deal with that.  But six
21   months will grow a year if this case is any, or past practice
22   in this case is any indication, so.
23           MR. HAEFELE:  Your Honor, the only thing I would say
24   is, it's hard for us to tell exactly how much time we would
25   need for interpretation of the translation of the documents