UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM) |

This document relates to:     *All actions*

## DECLARATION OF JERRY S. GOLDMAN

I, Jerry S. Goldman, Esquire, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1. My name is Jerry S. Goldman and I have been a practicing attorney in the State of New York since 1977.  I am presently a shareholder of the law firm of Anderson Kill P.C.

2. I submit this declaration in further support of Plaintiffs' Counsel's Application for Attorneys' Fees and Expenses in specific response to allegations set forth in the Memorandum of Law of Al Haramain (ECF No. 2864) pertaining to where my office is located (pp. 1, 11-12).

3. I am assigned to the New York office of Anderson Kill which is where I spend the bulk of my time.  In addition, the overwhelming majority of my matters are based in New York and have been that way since before my involvement in the 9/11 litigation.

4. Since I graduated from law school, I have always had an office to practice law in the City of New York.

5. In the past, I have had additional office space in Philadelphia and travelled back and forth between the two cities.  However, the bulk of my practice has

1

2

been and is in New York.  At present, I do not have assigned office space in Anderson Kill's Philadelphia office, though I have access to a visiting attorney's office in Philadelphia (akin to what I have in other Anderson Kill offices).

   6. The references for travel time between Philadelphia and New York in the time entries submitted in support of Plaintiffs' Fee Application represent instances where I traveled between the two locations related to the al Haramain matter.

 June 6, 2014

             /s/ *Jerry S. Goldman*
             Jerry S. Goldman, Esq.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 6, 2014, a copy of the foregoing was filed electronically via PACER.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                /s/ *Jerry S. Goldman*
                                                Jerry S. Goldman