UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In re Terrorist Attacks on September 11, 2001     :     ORDER
:
:     03 MDL 1570 (GBD)(FM)
:
:
:
:
:
:
------------------------------------- x
------------------------------------- x
:
Kathleen Ashton, et al.,     :
:     02 CV 6977 (GBD)(FM)
         -against-     :
:
:
Al Qaeda Islamic, et al.     :
:
:
------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 14 2014
```

GEORGE B. DANIELS, District Judge:

In this Court's April 23, 2014 Order, this Court adopted Magistrate Judge Maas's report and recommendation that Plaintiffs' motion for an award of attorneys' fees, due to Plaintiffs' efforts to compel the Al Haramain Defendants and Defendant Jelaidan to comply with their discovery obligations, be granted. *See* 03-MDL-1570, ECF No. 2851. The Clerk of the Court is therefore instructed to close the motion in *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(FM), at ECF No. 2829, and the motion in *Ashton et al. v. Al Qaeda Islamic, et al.*, 02-CV-6977 (GBD)(FM), at ECF No. 721.

Dated: August 14, 2014
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge