UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:    ORDER
In re Terrorist Attacks on September 11, 2001  :
:    03 MDL 1570 (GBD)(FM)
:
:
:
:
:
:
-----------------------------------------------------------x

Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before February 3, 2015.

Any opposition to Plaintiffs' Motion to Amend is due on or before February 3, 2015.

Dated: January ___, 2015
       New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge