UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:

*Kathleen Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977
*Federal Ins. Co., et al. v. al Qaida, et al.*, Case No. 03-cv-6978
*Vigilant Ins. Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 03-cv-8591
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia*, Case No. 04-cv-1922
*Continental Cas. Co., et al. v. al Qaeda, et al.*, Case No. 04-cv-5970
*Cantor Fitzgerald Assocs. v. Akida Inv. Co.*, Case No. 04-cv-7065
*Pacific Emps. Ins., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-cv-7216
*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-7279

### ORDER EXTENDING TIME AND LENGTH LIMITS FOR REPLIES IN SUPPORT OF MOTIONS TO DISMISS AND FOR LEAVE TO AMEND

This matter came before the Court pursuant to the parties' letter proposal to extend the length limits and time limits for the replies in support of the Motion To Dismiss of the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, Dkt. No. 2893, and of Plaintiffs' Motion to File a Consolidated Amended Pleading of Facts and Evidence as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, Dkt. No. 2890. After consideration of the same,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

FEB 11 2015

**IT IS HEREBY ORDERED** that the replies in support of the above motions each shall be filed no later than March 27, 2015, and shall not exceed twenty pages in length.

Signed this _____ day of _____ 20___ .

FEB 11 2015

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE