# EXHIBIT D

7/27/2015 Case 1:03-cv-05071-GBD-SN Document 342-4 Filed 08/10/15 Page 2 of 2
MainPage - Our History

University KAU Management Faculties Deanships Centers Services

27-July-2015

جامعة الملك عبدالعزيز
KING ABDULAZIZ UNIVERSITY

عربي
MainPage
ACADEMICS
ADMISSIONS
RESEARCH
E-SERVICES
Electronic Releases
KAU President
University Bulletins

KING ABDULAZIZ UNIVERSITY

# Our History

King Abdulaziz University carries the name of the establisher of Saudi Arabia- God bless him. This university was established in 1387 H / 1967 G as a national university aiming at spreading higher education in the western area of Saudi Arabia. This dream has come true through the continuous efforts of the loyal citizens of this country. The members of the initiating committee had the chance to meet King Faisal Bin Abdulaziz –God bless him- and His Majesty showed all support for this idea. The establishing committee was formed headed by King Faisal- God bless him and his highness the Minister if Education at that time Sheikh Hasan Bin Abdullah Al Al- Sheikh.

The university started its first year in (1388h- 1968g) by inaugurating the preparation study program with a few number of students( 68 male students and 30 female students,) and directly the year after, the university inaugurated its first college ( the College of Economics and Management,) then in the following year the college of Arts and Human Sciences was established.

After the honored resolution of the Council of Ministers was issued in (1394h - 1974g) by including the university in the government, the national university was changed into a government university and another decision was issued at the same time by including the College of Shareah and the College of Higher Education that were already established in 1369h-1949g in Mekka in King Abdulaziz University. These two colleges followed Omm AL-Qora University after it was established.

The adoption of the government to this young university and the continuous support was of great effect on changing King Abdulaziz University to a modern university with a number of students that now amounts to 82152 male and female students. The university also occupies a distinguished place among higher education institutions in the Kingdom.

King Abdulaziz University includes two separate campuses according to Islamic regulations one for males and another for females. Each of these campuses is provided with all cultural, recreational and athletic facilities, in addition to a big library equipped the most up to date technology to serve students and the teaching staff. Within four decades, the university becomes one of the outstanding higher education institutions on the local and international level. This university offers educational programs for preparing the graduates to do jobs that cope with the changing needs of the community.

After being established , the university included branches for other universities like Teeba University in Al-Madina Al-Monawarah which became an independent university in ( 1424h - 2003g) , the branch of Tabouk University and Jasan University which were also became independent universities, The North Borders University and Araar and Rafha colleges.

The university witnessed much development in quality and quantity since it was established until it becomes one of the distinguished universities in terms of the number of students, the number of scientific and theoretical fields of study and the exclusiveness of certain specializations such as Seas Sciences, Geology, Nuclear Engineering, Medical Engineering , Meteorology and Aviation and Mineralization.

King Abdulaziz University is Considered a pioneer in offering higher education to the Saudi girl and the female and male sections were inaugurated in the same year.

The University not only has the regular students program but it also has the external program to make it easy for all students to get higher education. It also established the Deanship of Distant Teaching to cope with the development in learning and teaching technology.

The Minister of Higher Education presides over the University Council which includes in its membership HE the Director of the university, The Deputies of the university, the deans of colleges and the independent deanships.

**Last Update** 7/18/2010 2:15:37 PM

Call Center
**800-11-MyKau**
**800-11- 69528**

King Abdulaziz University - Deanship of Information Technology
All Rights reserved - 2014 ©

Location
Site Map
Careers
FAQ
Link to us
National E-Government Portal
Web Master
تغريد

357187

http://www.kau.edu.sa/Pages-Our-History.aspx 1/1