# EXHIBIT F

P.O. 1 0 3 4 0 9 0 0 2 8 COMMISSION
PHOENIX, AZ 85006 PHOENIX, ARIZONA 85007 402 W. CONGRESS TUCSON, AZ 85701

255-3195

# ANNUAL REPORT & CERTIFICATE OF DISCLOSURE

(Pursuant to ARS 10-125, 10-1081, 10-128 and 10-1084)

DIRECTIONS: ANSWER ALL QUESTIONS IN EACH SECTION OF THIS ANNUAL REPORT AND RETURN WITH YOUR FEE TO THE ARIZONA CORPORATION COMMISSION.

A. CORPORATION INFORMATION

000787

FILE NO. -082871-0

Corporation Name ISLAMIC CENTER, TUCSON
Street Address 1627 E 1ST ST
P.O. Box (if any) BOX 40271
City, State, Zip Code TUCSON AZ 85717

TYPE OF CORPORATION NON PROFIT
FEE 10
PENALTY
TOTAL

Name of Arizona Statutory Agent: MOHAMMAD ISSA SAITI
Street Address (NOT P.O. BOX) 3401 N COLUMBUS BLVD PO BOX 40271
City, State, Zip Code TUCSON AZ 85712

ANNUAL REPORT FOR YEAR ENDING 12 MO 31 DAY 83 YR

DUE ON OR BEFORE 04 MO 15 DAY 84 YR

B. SPECIAL INSTRUCTIONS: If there has been a change in any of the preprinted information above, please list below.

Dr. M. SHAFIQULLAH
DEPT. OF GEOSCIENCES
UNIVERSITY OF ARIZONA
TUCSON, AZ 85721

C. BRIEF STATEMENT OF THE CHARACTER OF BUSINESS IN WHICH THE CORPORATION IS ACTUALLY ENGAGED IN ARIZONA.

RELIGIOUS FUNCTIONS AND ACTIVITIES.

D. *CAPITALIZATION: (Per Articles of Incorporation): *NOT REQUIRED FOR NON PROFIT CORPORATIONS.

| NUMBER AUTHORIZED | CLASS | SERIES | PAR VALUE |
| --- | --- | --- | --- |
| | | | |
| NUMBER ISSUED | CLASS | SERIES | PAR VALUE |
| | | | |

E. SHAREHOLDER DIRECTIONS: Fill in names of shareholders of record holding more than 20% of any class of shares issued by the corporation, including persons beneficially holding such shares through nominees. If additional space is needed, attach a separate sheet (IF NONE, Answer)

Shareholder Name ____________ Shareholder Name ____________
Shareholder Name ____________ Shareholder Name ____________

RECEIVED MAY 01 1984 Ariz. Corp. Commission Tucson

A.C.C. INCORPORATING DIV. RECEIVED APR 30 1984

DOCUMENTS ARE SUBJECT TO REVIEW BEFORE FILING

Lyrix

PLEASE CHANGE NAMES OF AGENT * NAME OF NEW STAT AGENT

(IN) 0046 (Rev. 11-82)

NOTE: If app 1 0 3 0 9 0 0 0 8 (to that appointment. 082871-0

I, (individual) and/or We (corporation), having been appointed to act as Statutory Agent, hereby consent to act in that capacity until removal or resignation is submitted in accordance with the Arizona Revised Statutes.

M. Shafiqullah
STATUTORY AGENT

**FOREIGN CORPORATIONS:** If not included on page 1, please submit address of place of business in Arizona, if applicable.

**NOTE: ALL CORPORATIONS MUST LIST THEIR OFFICERS AND DIRECTORS — ATTACH ADDITIONAL SHEETS IF NECESSARY.**

**DATES TAKING OFFICE MUST BE INCLUDED.**

**F. OFFICERS**

President
Name Wael, Jelaidan
Street Address 3872 N Pasatiempo
PO Box
City, State, Zip Code TUCSON, Az
Date of taking this office MO 3 DAY 12 YR 84

Vice-President
Name Gajam, Soliman
Street Address 3401 N Columbus
PO Box
City, State, Zip Code Tucson Az 85712
Date of taking this office MO 3 DAY 12 YR 84

Secretary
Name M. SHAFIQULLAH, M
Street Address 1421 E Elm St
PO Box
City, State, Zip Code Tucson, Az 85719
Date of taking this office MO 3 DAY 12 YR 84

Treasurer
Name Mir, RAHMATULLAH
Street Address 2752 W Bilby Rd
PO Box
City, State, Zip Code Tucson Az
Date of taking this office MO 3 DAY 12 YR 84

Other Executive Officer (title)
Name ABDULLA Ismail
Street Address
PO Box 20792
City, State, Zip Code Tucson Az 85721
Date of taking this office MO 3 DAY 12 YR 84

**G. DIRECTORS**

Director
Name same as President
Street Address
PO Box
City, State, Zip Code
Date of taking this office MO DAY YR

Director
Name Same as Vice President
Street Address
PO Box
City, State, Zip Code
Date of taking this office MO DAY YR

Director
Name Same as Secretary
Street Address
PO Box
City, State, Zip Code
Date of taking this office MO DAY YR

Director
Name Same as Treasurer
Street Address
PO Box
City, State, Zip Code
Date of taking this office MO DAY YR

Director
Name
Street Address
PO Box
City, State, Zip Code
Date of taking this office MO DAY YR

1 0 3 4 0 9 0 0 4 8 ... IAL CONDITION ... HEET 082897 0

THE FOLLOWING ... IF NO BUSINESS WAS CONDUCTED THIS FISCAL YEAR, THEN SO STATE IN PLACE OF THIS FORM YOU MAY SUBSTITUTE AN EXACT COPY OF THE FINANCIAL REPORT TO SHAREHOLDERS AS PROVIDED IN A.R.S. §10-127, A COPY OF SCHEDULE L, FILED WITH THE INTERNAL REVENUE SERVICE, OR A COPY OF SCHEDULE L, FORM 120 FILED WITH THE ARIZONA DEPARTMENT OF REVENUE FOR THE PURPOSES OF TAXATION OF INCOME PURSUANT TO TITLE 43, ARIZONA REVISED STATUTES.

| ASSETS | AMOUNT | TOTAL |
|---|---|---|
| Cash | | 31957 |
| Trade notes and accounts receivable | 0 | |
| (a) Less allowance for bad debts | 0 | 0 |
| Inventories | | 0 |
| Gov't obligations (a) U.S. and instrumentalities | 0 | |
| (b) State, subdivisions thereof, etc | 0 | 0 |
| Other current assets | | 0 |
| Loans to shareholders | | 0 |
| Mortgage and Real Estate loans | | 0 |
| Other investments | | 0 |
| Buildings and other fixed depreciable assets | 25458 | |
| (a) Less accumulated depreciation | 0 | 0 |
| Depletable assets | 0 | |
| (a) Less accumulated depletion | 0 | 0 |
| Land (net of any amortization) | | 0 |
| Intangible assets (amortizable only) | 0 | |
| (a) Less accumulated amortization | 0 | 0 |
| Other assets | | |
| Total assets | | 56715 |

| LIABILITIES AND CAPITAL | AMOUNT | TOTAL |
|---|---|---|
| Accounts payable | | 0 |
| Mtges., notes, bonds payable in less than 1 yr | | 0 |
| Other current liabilities | | 0 |
| Loans from shareholders | | 0 |
| Mtges., notes, bonds payable in 1 yr or more | | 0 |
| Other liabilities | | 0 |
| Total Liabilities | | 0 |
| Capital stock (a) Preferred stock | 0 | |
| (b) Common stock | 0 | 0 |
| Paid-in-or capital surplus | | 0 |
| Retained earnings - Appropriated | | 0 |
| Retained earnings - Unappropriated | | 0 |
| Less cost of treasury stock | | 0 |
| Total Capital | | |
| Total Liabilities and Capital | | 0 |

CHECK SEAL № 1 0 3 J 0 9 0 0 0 5 — Islamic Center at Tucson — 082391

EXACT CORPORATE NAME

THE UNDERSIGNED CERTIFY THAT:

A. ☒ No person serving either by election or appointment as officers, directors, trustees, incorporators and persons controlling, or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation:

1. Have been convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate.
2. Have been convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses, or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate.
3. Have been or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding the execution of this certificate where such injunction, judgment, decree or permanent order:
   (a) involved the violation of fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) involved the violation of the consumer fraud laws of that jurisdiction, or
   (c) involved the violation of the antitrust or restraint of trade laws of that jurisdiction.

B. ☐ For any person or persons who have been or are subject to one or more of the statements in items A.1 through A.3 above, the following information MUST be attached:

1. Full name and other names used
2. Full birth name
3. Present home address
4. Prior addresses (for immediate preceding 7 year period)
5. Date and location of birth
6. Social Security number
7. The nature and description of each conviction or judicial action, the date and location, the court and public agency involved, and the file or cause number of the case

J. ALL CORPORATE TAX RETURNS REQUIRED BY TITLE 43 HAVE BEEN FILED WITH THE ARIZONA DEPARTMENT OF REVENUE

Under penalties of law, I declare that I have examined this report and the certificate, including any attachments, and to the best of my knowledge and belief it is true, correct and complete. (NON PROFIT CORPORATIONS MUST HAVE THIS REPORT NOTARIZED (A.R.S. 10-1081).

M. Shafiqullah — Wael Jelaidan (President)

BY: M. Shafiqullah DATE April 8 84 — BY: [signature] DATE 4.8.84

TITLE Secretary — TITLE President

REMINDER: FORM MUST BE SIGNED, ALL FEES INCLUDED AND THE FINANCIAL STATEMENT COMPLETED.

STATE OF ARIZONA)
COUNTY OF PIMA )

This instrument was acknowledged before me this 30th day of April, 1984 by M. Shafiqullah, Secretary and Wael Jelaidan, President, of ISLAMIC CENTER, TUCSON

[signature]

OFFICIAL SEAL — KATHY DEIR — NOTARY PUBLIC - ARIZONA — PRESCOTT COUNTY — My Comm. Expires [illegible]

ARIZONA CORPORATION COMMISSION
1200 W. WASHINGTON
PHOENIX, ARIZONA 85007

PHOENIX AZ
Permit No. 821

ISLAMIC CENTER, TUCSON
1627 E 1ST ST
BOX 40271
TUCSON AZ 85717

14201 4 0 3 3

MAIL OR DELIVER TO:

**ARIZONA CORPORATION COMMISSION**

P.O. BOX 6019
PHOENIX, AZ 85005

1200 WEST WASHINGTON
PHOENIX, ARIZONA 85007

402 W. CONGRESS
TUCSON, AZ 85701

# ANNUAL REPORT & CERTIFICATE OF DISCLOSURE

(Pursuant to ARS 10-125, 10-1081, 10-128 and 10-1084)

DIRECTIONS: ANSWER ALL QUESTIONS IN EACH SECTION OF THIS ANNUAL REPORT AND RETURN WITH YOUR FEE TO THE ARIZONA CORPORATION COMMISSION.

**A. CORPORATION INFORMATION**

FILE NO. -082871-9

Corporation Name: ISLAMIC CENTER, TUCSON
Street Address: % DR M SHAFIQULLAH
DEPT OF GEOSCIENCES
P.O. Box (if any): UNIVERSITY OF ARIZONA
City, State, Zip Code: TUCSON AZ 85721

TYPE OF CORPORATION: NON PROFIT
FEE: 10
PENALTY: ________
TOTAL

Name of Arizona Statutory Agent: DR M SHAFIQULLAH
DEPT OF GEOSCIENCES
Street Address (NOT P.O. BOX): UNIVERSITY OF ARIZONA
City, State, Zip Code: TUCSON AZ 85721

ANNUAL REPORT FOR YEAR ENDING: 12 (MO) 31 (DAY) 84 (YR)

DUE ON OR BEFORE: 04 (MO) 15 (DAY) 85 (YR)

12/83

000974

**B. SPECIAL INSTRUCTIONS:** If there has been a change in any of the preprinted information above, please list below.

**C. BRIEF STATEMENT OF THE CHARACTER OF BUSINESS IN WHICH THE CORPORATION IS ACTUALLY ENGAGED IN ARIZONA.**

Religious functions and activities

**D. *CAPITALIZATION: (Per Articles of Incorporation): *NOT REQUIRED FOR NON PROFIT CORPORATIONS.**

| NUMBER AUTHORIZED | CLASS | SERIES | PAR VALUE |
|---|---|---|---|
| | | | |

| NUMBER ISSUED | CLASS | SERIES | PAR VALUE |
|---|---|---|---|
| | | | |

RECEIVED FEB 1985 Arizona Corp. Commission Tucson

**E. SHAREHOLDERS DIRECTIONS:** Fill in names of shareholders of record holding more than 20% of any class of shares issued by the corporation, including persons beneficially holding such shares through nominees. If additional space is needed, attach a separate sheet. (IF NONE, SO STATE.)

Shareholder Name: ____________ Shareholder Name: ____________

Shareholder Name: ____________ Shareholder Name: ____________

082871-0

NOTE: If appointing new statutory agent, the new agent must consent to that appointment.

I, (individual) and/or We, (corporation), having been appointed to act as Statutory Agent, hereby consent to act in that capacity until removal or resignation is submitted in accordance with the Arizona Revised Statutes.

STATUTORY AGENT

FOREIGN CORPORATIONS: If not included on page 1, please submit address of place of business in Arizona, if applicable.

NOTE: ALL CORPORATIONS MUST LIST THEIR OFFICERS AND DIRECTORS — ATTACH ADDITIONAL SHEETS IF NECESSARY.

DATES TAKING OFFICE MUST BE INCLUDED.

**OFFICERS**

President
Name: Wael Jelaidan
Street Address: 1901 N Wilmot
P.O. Box: #1093
City, State, Zip Code: Tucson AZ 85712
Date of taking this office: MO 3 DAY 12 YR 84

Vice President
Name: Salaiman Gajam
Street Address: 3401 N Columbus
P.O. Box:
City, State, Zip Code: Tucson, AZ 85712
Date of taking this office: MO 3 DAY 12 YR 84

Secretary
Name: M. Shafiqullah
Street Address: 1921 E Elm St
P.O. Box:
City, State, Zip Code: Tucson AZ 85719
Date of taking this office: MO 3 DAY 12 YR 84

Treasurer
Name: Mr. Rahmatullah
Street Address: 1275 E [illegible]
P.O. Box:
City, State, Zip Code: Tucson [illegible]
Date of taking this office: MO 3 DAY 12 YR 84

Chief Executive Officer (title)
Name: Abdullah Ismail
Street Address:
P.O. Box: 20792
City, State, Zip Code: Tucson AZ 85721
Date of taking this office: MO 3 DAY 12 YR 84

**DIRECTORS**

Director
Name: Same as President
Street Address:
P.O. Box:
City, State, Zip Code:
Date of taking this office: MO ____ DAY ____ YR ____

Director
Name: Same as V. P.
Street Address:
P.O. Box:
City, State, Zip Code:
Date of taking this office: MO ____ DAY ____ YR ____

Director
Name: Same as Secretary
Street Address:
P.O. Box:
City, State, Zip Code:
Date of taking this office: MO ____ DAY ____ YR ____

Director
Name: Same as Treasurer
Street Address:
P.O. Box:
City, State, Zip Code:
Date of taking this office: MO ____ DAY ____ YR ____

Director
Name:
Street Address:
P.O. Box:
City, State, Zip Code:
Date of taking this office: MO ____ DAY ____ YR ____

1420 | 40033

082871-0

## H. STATEMENT OF FINANCIAL CONDITION
### BALANCE SHEET

THE FOLLOWING FORM MUST BE COMPLETED. IF NO BUSINESS WAS CONDUCTED THIS FISCAL YEAR, THEN SO STATE. IN PLACE OF THIS FORM YOU MAY SUBSTITUTE AN EXACT COPY OF THE FINANCIAL REPORT TO SHAREHOLDERS AS PROVIDED IN A.R.S. §10-127, A COPY OF SCHEDULE L, FILED WITH THE INTERNAL REVENUE SERVICE, OR A COPY OF SCHEDULE L, FORM 120 FILED WITH THE ARIZONA DEPARTMENT OF REVENUE FOR THE PURPOSES OF TAXATION OF INCOME PURSUANT TO TITLE 43, ARIZONA REVISED STATUTES.

| ASSETS | AMOUNT | TOTAL |
|---|---|---|
| Cash | | 10,341 |
| Trade notes and accounts receivable | | |
| (a) Less allowance for bad debts | | |
| Inventories | | |
| Gov't obligations: (a) U.S. and instrumentalities | | |
| (b) State, subdivisions thereof, etc. | | |
| Other current assets | | |
| Loans to shareholders | | |
| Mortgage and Real Estate loans | | |
| Other investments | | |
| Buildings and other fixed depreciable assets | 25,458 | |
| (a) Less accumulated depreciation | | |
| Depletable assets | | |
| (a) Less accumulated depletion | | |
| Land (net of any amortization) | | 23,000 |
| Intangible assets (amortizable only) | | |
| (a) Less accumulated amortization | | |
| Other assets | | |
| Total assets | | 59,799 |

| LIABILITIES AND CAPITAL | | |
|---|---|---|
| Accounts payable | | |
| Mtges., notes, bonds payable in less than 1 yr | | |
| Other current liabilities | | |
| Loans from shareholders | | |
| Mtges., notes, bonds payable in 1 yr. or more | | |
| Other liabilities | | |
| Total Liabilities | | |
| Capital stock (a) Preferred stock | | |
| (b) Common stock | | |
| Paid-in or capital surplus | | |
| Retained earnings - Appropriated | | |
| Retained earnings - Unappropriated | | |
| Less cost of treasury stock | | |
| Total Capital | | |
| Total Liabilities and Capital | | |

082871-0

# I. CERTIFICATE OF DISCLOSURE

A.R.S. Sections 10-128, 10-1084

Islamic Center Tucson

EXACT CORPORATE NAME

CHECK ONE BOX — "A" or "B"

THE UNDERSIGNED CERTIFY THAT:

A. No persons serving either by election or appointment as officers, directors, trustees, incorporators and persons controlling, or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation:

1. Have been convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate.
2. Have been convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses, or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate.
3. Have been or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding the execution of this certificate where such injunction, judgment, decree or permanent order:
   - (a) Involved the violation of fraud or registration provisions of the securities laws of that jurisdiction; or
   - (b) Involved the violation of the consumer fraud laws of that jurisdiction; or
   - (c) Involved the violation of the antitrust or restraint of trade laws of that jurisdiction.

B. For any person or persons who have been or are subject to one or more of the statements in Items A. 1 through A. 3 above, the following information MUST be attached:

1. Full name and prior names used.
2. Full birth name.
3. Present home address.
4. Prior addresses (for immediate preceding 7 year period).
5. Date and location of birth.
6. Social Security number.
7. The nature and description of each conviction or judicial action, the date and location, the court and public agency involved, and the file or cause number of the case.

II. ALL CORPORATE TAX RETURNS REQUIRED BY TITLE 43 HAVE BEEN FILED WITH THE ARIZONA DEPARTMENT OF REVENUE.

Under penalties of law, I declare that I have examined this report and the certificate, including any attachments, and to the best of my knowledge and belief it is true, correct and complete. (NON PROFIT CORPORATIONS MUST HAVE THIS REPORT NOTARIZED (A.R.S. 10-1081)).

BY [signature] DATE Feb 7, 85 TREASURER

TITLE PRESIDENT

BY M. Shafiqullah DATE Feb 7, 85

TITLE Secretary

REMINDER: FORM MUST BE SIGNED, ALL FEES INCLUDED AND THE FINANCIAL STATEMENT COMPLETED.

Subscribed and sworn to before me

this 7th day of February 85

[signature]

Notary Public

My Commission Expires July 4, 1987

My Commission Expires

ARIZONA CORPORATION COMMISSION
1200 W. WASHINGTON
PHOENIX, ARIZONA 85007

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
PHOENIX, AZ
Permit No. 621

ISLAMIC CENTER, TUCSON
% DR M SHAFIQULLAH
DEPT OF GEOSCIENCES
UNIVERSITY OF ARIZONA
TUCSON AZ 85721