# EXHIBIT G

# ISLAMIC CENTER OF TUCSON (/)

- HOME (/)
- ABOUT ICT (/ABOUT/)
- SERVICES
- MASJID PROGRAMS (/MASJID-PROGRAMS/)
- EDUCATION (/EDUCATION/)
- FINANCIAL ASSISTANCE (/FINANCIALAID/)
- IMAM
- ABOUT (/IMAM-ABOUT/)
- KHUTBAHS (/IMAM-KHUTBAH/)
- MEDIA
- SOCIAL MEDIA (/SOCIAL-MEDIA/)
- RESOURCES (/RESOURCES/)
- ARCHIVES (/ARCHIVES/)
- CONTACT US (/CONTACT-US/)
- DONATE (/DONATE/)



## About the ICT

The Islamic Center of Tucson (ICT) is located in Tucson AZ, situated near the world renowned University of Arizona, and serves as both a
prayer space and a community center catering to all Muslims of Southern Arizona and the larger Southern Arizona community as a whole.

Our community is as diverse as the United States itself, with individuals from all continents and all walks of life.  Although the history of our community traces its roots back to university students that attended the University of Arizona in the 1960's, it has grown to encompass thousands of community members from converts to multi-generational families to young upstarts and more.  Our center is open every day of the year and serves as a place of worship, a place of gathering,  a hub for community events, interfaith dialogue, and a cultural resource, yet is still faithful to its roots, the students of the University of Arizona.

Our center welcomes visitors of all faiths and is open to anyone who wants to learn about our religion and our ever-growing community. Prophet Muhammad (Peace be upon Him) instructed us clearly, "Let anyone who believes in God and the Last Day be generous to his neighbor, and let anyone who believes in God and the Last Day be generous to his guest."

While we are looking for a new Religious leader, the center currently has a group of individuals and visiting guests that lead congregational prayers, deliver the Friday sermon, and lead many religious activities for the Muslim community as well as provide information to non-Muslim visitors.  Our community is also dedicated to the larger community of Tucson and Southern Arizona and we are more than willing and happy to arrange a visit  for anyone who wants to stop by the Islamic Center of Tucson and learn about us.

## A Note From The Chairman

Peace be upon you all, Asalamu Alaikum, Dear fellow Muslims, Arizonans, and visitors of our website,

Welcome to the Islamic Center of Tucson (ICT).

Let me introduce you to our small, diverse, and vibrant community. Muslims in Tucson come from all walks of life and have called Tucson home for over 50 years now. They came to the University of Arizona as early as the 1960's and they also came to partake in businesses, to contribute to this great country, and to worship peacefully and enjoy the freedom that this country provides.

Our Islamic Center has and still continues to see an evolution in our population and our Muslim Community. This began with the few students who began praying at the U of A Student Union back in the 60's and 70's to the few hundred Muslims who pulled money together to buy a small house on 1st St. and Warren Ave. in the middle of the U of A Campus and turned it into a Mosque and to the now close to 10,000 Muslims that hail from every corner of this Earth and attend our new large and modern Mosque/Center. Our center is in the middle of a great learning institution (The University of Arizona) and plays a big role in the Southern Arizona Community and beyond.

Come visit, inquire, learn, suggest or simply help us all become better citizens and better humans any day.

## Notes from ICT President

Peace be upon you all, Asalamu Alaikum,

Dear fellow Muslims, dear fellow Arizonans, and dear visitors of our website and our center, Welcome to the Islamic Center of Tucson (ICT).

Let me introduce our center, what we do, and what we stand for. We are a small, diverse, and vibrant community. Our current center opened in 1991 and serves close to 10,000 Muslims in Southern Arizona. It provides a place of refuge and a place of worship (five daily prayers, weekly Friday sermons, Weekend School, and more) and is also used to organize social, cultural, and religious events for the Muslim community. We participate in local community activities ranging from the Annual Muslim-Jewish Peace Walk to the Food Bank Drive to local interfaith programs and more.

We're open every day until about 9 PM depending on prayer time. You can call us (520) 624-3233, come to visit, inquire, learn, or provide suggestions to help us all become better citizens and better human beings.

May the peace wait for you wherever you go.

Ahmed Meiloud, ICT President

May the peace wait for you wherever you go.

Hesham Hassan, Chairman, ICT Board of Trustees

**Board of Trustees**
• **Hamdi Ahmed**
• **Hesham Hassan**
• **Hala Tyree**
• **Ismat Shafiqullah**
• **Layth al-Shami**
• **Rania Hemzawi**

Executive Committee
• **Ahmed Meiloud, President**
• **Abdullah Abagi, VP**
• **Azzam Taleb, Treasurer**
• **Bilal El-Aloosy, Maintenance Coordinator**
• **Husam Eljerdi, Social Coordinator**
• **Muhammad Alkhudair, Youth Coordinator**
• **Taha Hasan, Public Relations Coordinator/Dawah Coordinator**
• **Victora Trull, Prison Program Coordinator**

**Board of Education**
• **Shyla Dogan, Principal, Al-Huda School**
• **Ismail Zahlan, Chairman**
• **Hala Tayree, Secretary**
• **Rania Hemzawi, Treasurer**
• **Barbara Hamdan**
• **Asad Hindash**
• **Nasr Badri**

DONATE (/DONATE-1/)
CONTACT US (/CONTACT-US-1/)

ISLAMIC CENTER OF TUCSON, 901 E 1ST ST, TUCSON, AZ, 85719, UNITED STATES   5206243233   INFO@ICTUCSON.ORG (MAILTO:INFO@ICTUCSON.ORG)

Powered by Squarespace (http://www.squarespace.com)