# EXHIBIT P

Tareekh, AlMusadat 41

(Translator's note: The following page contains 3 paragraphs, 2 of which are signed)

Association of Saudi Red Crescent
Peshawar
Phone 41488 - 74264

Brother Abu Al Ridha
God Protect you
Peace be with you and God's Forgiveness and Blessings

I wish that all weapons we have in MiranShah be inventoried, and establishing Ahmad's front we want it to be a permanent base for us.

Signature unclear

Saudi Red Crescent for Afghan Refugees in Pakistan Peshawar
Tele:74264/41488


Brother Abu Al Hasan we have an extreme need for weapons so I urge that you not provide them with more than 25% of the existing weapons and Peace

Signed
Osama Bin Laden
7/22/08 H (Hijri calendar)

BOS000153

ASH001006

Tareekh, AlMusadat 41a

1- Brother Abu Osama God Protect Him
Peace be with you
It is advised handing brother Ahmad more of the Seminovs and R.P.G., medium mortar, heavy Goryunov.

BOS000154

ASH001007



Saudi Red Crescent for Afghan Refugees, Pakistan Peshawar Tel: 7406313455