# EXHIBIT Q



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

April 26, 2005


This Letter Head Memorandum (LHM) is written in response to an MLAT prepared by the Swiss authorities dated September 13, 2004.  As a result of this request, the New York Office (NYO) of the Federal Bureau of Investigation (FBI) had to extensively interview a Cooperating Witness (CW), review a substantial amount of photographs and conduct a considerable amount of research.  Since many of the individuals and organizations that were touched upon during this interview have been discussed by the CW in previous debriefing sessions, the NYO has enclosed a second LHM providing additional information from the CW relative to the topics covered.  It should be noted that the information contained in the second LHM is not a full disclosure of all the information held by the FBI.  The second LHM is being shared to give the Swiss authorities a better overview of the CW's knowledge regarding the subject matter.

On 11/3/2004, a CW known to the Swiss authorities, was interviewed at an undisclosed location.  The interview was predicated on a request from the Swiss Federal Criminal Police who provided the FBI a list of 359 questions.

The first paragraph of the Swiss document refers to the source's testimony in the spring of 2001 in the United States of America v. Osama Bin Laden, et al.  The source responded by stating that all of his previous testimony was truthful.

<u>General questions concerning Yassin Al-Kadi</u>

1.   Upon presentations of photographs/Who is the man on the photographs number 13 and number 20?

With regards to photograph number 13, the source had previously identified this individual as Yassin Al-Kadi (refer to enclosed LHM of CW interview on 7/14/2004 whereby slide 8 is the same photograph as Swiss photograph number 13).

The source identified the individual depicted in photograph number 20 as that of Sheikh Abdul Magid Al-Zindani.

2.   Where does Yassin Al-Kadi come from?

This document contains neither recommendations nor conclusions of the FBI.  It is the property FBI and is loaned to your agency; it and its contents are not to be distributed outside your a

The source advised that Al-Kadi is from Saudi Arabia. (refer to source interview on 7/14/2004)

3.  Have you (source) personally seen Yassin Al-Kadi?

The source advised that he saw Al-Kadi in 1992 at the Al-Haramain office in Zagreb, Croatia.  The source further advised that he saw Al-Kadi twice in Khartoum, Sudan at an Osama Bin Laden guesthouse located in the area known as Riyadh City Square 9.

4.  Is Yassin Al-Kadi a member of Al-Qaida?

(Refer to CW interview dated 1/13/2004)

5.  Which alias did Yassin Al-Kadi use?

The source believes that Al-Kadi may have used the alias Abu Khalid. (refer to CW interview dated 1/13/2004)

6.  Is the alias of this man "Abu Khalid"?

The source believes this to be true. (refer to CW interview dated 1/13/2004)

7.  Who gave him this alias?

The source is not aware of how Al-Kadi obtained this alias.

8.  Where do you (source) know Yassin Al-Kadi from?

The source advised that Al-Kadi was a very well known jihad supporter in mujahideen circles well before the formation of Al-Qaida.

9.  On which occasions did you (source) see Yassin Al-Kadi? (Indicate exact date and time)

Refer to question number 3 above.

2

KADI0007272

10.  Have you (source) ever seen Yassin Al-Kadi in a mosque
     accompanied by members of the organization Al-Qaida?

          The source does not recall seeing Al-Kadi in a mosque
     accompanied by members of Al-Qaida.


11.  Have you (source) ever seen Yassin Al-Kadi in a training
     camp of Al-Qaida?

          The source does not remember seeing Al-Kadi in an Al-
     Qaida training camp.


12.  Have you ever seen Yassin Al-Kadi in a Maktab Al Khidmat lil
     Mujahidin al-Arab (Afghan Service Bureau)?

          The source advised that in 1989 he saw Al-Kadi at the
     Maktab Al-Khidmat and the Bayt Al-Ansar House located on Arbab
     Road in Peshawar, Pakistan which was used by the mujahideen
     entering and leaving Afghanistan.  The source further advised
     that he saw Al-Kadi at the Jamil Al-Rahman Guesthouse which was
     also located in Peshawar and used by the mujahideen as a rest and
     relaxation area when taking breaks from the fighting in
     Afghanistan.


13.  Have you (source) ever seen Yassin Al-Kadi in the house or
     in the office of Osama Bin Laden?

          The source advised that he only saw Al-Kadi at the Bin
     Laden/Al-Qaida guesthouses.


14.  In which countries have you seen Yassin Al-Kadi?

          As stated in the previous questions, the source has
     seen Al-Kadi in Croatia, Pakistan and Sudan.


15.  Which task or role did Yassin Al-Kadi have in association
     with the organization Al-Qaida?

          The source has answered this question in previous
     debriefings. (refer to CW interviews on 1/13/2004, 6/4/2004 and
     7/14/2004)


                              3

16.  Did Yassin Al-Kadi have personal contact with Osama Bin
     Laden?

        The source advised that Al-Kadi had personal contacts
with Osama Bin Laden at the guesthouses described above.  The
source is personally not aware of any additional contacts between
the two.  The source further advised that Abu Amjed was also with
Al-Kadi in Sudan at the Bin Laden/Al-Qaida guesthouse.  Finally,
the source was not sure if Al-Kadi and Abu Amjed traveled
together to Sudan.  (refer to supplemental LHM for additional
information regarding Abu Amjed)

17.  Did Yassin Al-Kadi have contacts with Ayman Al-Zawahiri?

        The source is personally not aware of any contact
between Al-Kadi and Al-Zawahiri.

18.  Did Yassin Al-Kadi have contacts with Abu Ubadiah al-
     Banshiri or Muhammed Atif?

        The source advised that he is not familiar with anyone
named Muhammed Atif.  However, writer and source assumed that
Atif was actually a typo for Mohammed Atef, aka Abu Hafs-Al-
Masri.  With that said, the source advised that he is personally
not aware of any contacts between Al-Kadi and al-Banshiri or Abu
Hafs.

19.  With whom of the persons linked to Al-Qaida did Yassin Al-
     Kadi have contacts?

        The source advised that Al-Kadi had contacts with the
following individuals linked to Al-Qaida: Abu Fadl Al-Makki, Abu
Amjéd, Abu Unaith Al-Saudi, Abu Hammam Al-Saudi, Said Al-Sharif,
aka Abu Mohamed Al-Madani and Mamdouh Mahmud Salim, aka Abu Hajer
Al-Iraqi.

20.  Was Yassin Al-Kadi a member of the Muslim Brotherhood?

        The source advised that Al-Kadi and Mamdouh Mahmud
Salim were members of the Muslim Brotherhood and followers of Ibn
Tamiya.  The source further advised that Al-Kadi fought in
Afghanistan against the Soviets.

4

<u>Questions concerning Abdelmagid Al-Zindani</u>

21.   Upon presentation of photographs/Who is the man on the
      photographs number 21 and number 22?

          The source advised that individual depicted in
photographs number 21 and 22 are also that of Sheikh Abdul Magid
Al-Zindani.

22.   Where does Abdelmagid al Zindani come from?

          The source advised Al-Zindani comes from Yemen.

23.   Have you personally seen Adbelmagid al Zindani?

          The source advised that he has seen Al-Zindani many
times during the late 1980's and early 1990's.  The source
advised that during the 1989-1990 time frame while fighting in
Afghanistan, he (source) often saw Al-Zindani in Peshawar,
Pakistan.  Furthermore, the source advised that he attended many
lectures about jihad given by Al-Zindani at a Yemeni guesthouse
located in Hyatabad.  He also saw Al-Zindani at the Dawa
Organization's guesthouse located in the Riyadh section of
Khartoum in 1992 and at a Bin Laden guesthouse which was also
located in the Riyadh section of Khartoum.  Finally, the source
advised that the Dawa Organization (supra) was run by the
National Islamic Front.

24.   Did Abdelmagid al Zindani have contacts with persons
      associated with Al-Qaida?

          The source advised that Al-Zindani was highly respected
by members of Al-Qaida and gave lectures and provided tapes about
jihad to the group.  The source recalls a lecture he attended
where Al-Zindani spoke about the need for Muslims to support the
fighting in southern Yemen against the communist backed
government.  The source advised that Al-Zindani had personal
contacts with many individuals associated with Al-Qaida including
Bin Laden himself and Abu Gazwan Al-Yemeni.  The source advised
that Abu Gazwan was an early Al-Qaida member who was shot during
an assassination attempt against Bin Laden circa 1994-95 which
occurred at Bin Laden's residence in Sudan.  Abu Gazwan
intervened in the attack and was wounded.  According to the
source, Abu Gazwan was then sent to Germany for medical
treatment. Furthermore, the source advised that Bin Laden and Al

5

Zindani are both from the Hadarma Tribe from the Hadramat area of South Yemen.

25.  Is Abdelmagid al Zidani a member of Al-Qaida?

     As far as the source knows, Al-Zindani is not a member of Al-Qaida.

26.  Did Abdelmagid al Zindani have contacts with persons who are important on a regional and national or international level and who are not members of the organization Al-Qaida?

     Yes.  The source advised that Al-Zindani had a very close relationship with the National Islamic Front (NIF) of Sudan mainly through his relationship with Hassan Al-Turabi, Ali Osman Mohamed Taha and the NIF's religious leader, Esam Ahmed Bashir. Aside from the NIF, Al-Zindani was also associated with Abu Farag Al-Yemeni, an Al-Qaida Shura Council member, and Dr. Fadl Al-Masri.  The source described Dr. Fadl as an Egyptian national who was the "Emir" of the Egyptian Islamic Jihad up until 1995. According to the source, Ayman Al-Zawahiri was under Dr. Fadl at this time.  The source further advised that Dr. Fadl spent time in Yemen and was a teacher at the Jamat El-Eman University which was established and run by Al-Zindani.

27.  Did Abdelmagid al Zindani have an alias?

     The source advised that he is not aware of any alias used by Al-Zindani.

28.  Where do you (source) know Abdelmagid al Zindani from?

     The source advised that he knows Al-Zindani from his days with the mujahideen before the formation of Al-Qaida and from his days while a member of Al-Qaida.

29.  On which occasions did you (source) see Abdelmagid al Zindani?
     (Indicate exact date and time)

        Refer to question 23.

6

30. In which countries did you (source) see Abdelmagid al Zindani?

     Refer to question 23.

31. Did he have personal contacts with Osama Bin Laden?

     Yes.  According to the source, Bin Laden and Al-Zindani were very close.

32. Was he a member of Al-Qaida?

     Refer to question 25.

33. What were the duties of Abdelmagid al Zindani?

     According to the source, Al-Zindani is an Islamic Scholar who believes in and supports militant Islam through jihad.  The source advised that Al-Zindani was an influential jihad supporter for Sudan, Kashmir, Afghanistan, etc and issued "fatwas" in furtherance of militant Islam and jihad. Furthermore, the source advised that Al-Zindani established and ran the Jamat El-Eman University in Yemen.

34. Did Abdelmagid al Zindani recruit, in Yemen, Mudjahiddin for the jihad wars?

     The source advised that Al-Zindani did recruit for the jihad in Afghanistan and other places.  The source further advised that the Yemeni guesthouse (refer to question 23) belonged to Al-Zindani.

35. Was Abdelmagid al Zindani instructed to provide religious and other training for people associated with the organization Al-Qaida?

     The source was not aware of Al-Zindani being instructed to provide religious or other training for individuals associated with Al-Qaida.  However, the source advised that Al-Zindani is an Islamic Scholar and one of the major jihad organizers along with Abdullah Azzam and Bin Laden.  The source advised that all three were members of the Muslim Brotherhood.  According to the source,

KADI000370-

Al-Qaida members were sent to Al-Zindani's Jamat El-Eman University to study Islam and jihad.

36. Have you (source) ever seen Abdelmajid al Zindani together with Yassin Al-Kadi?

The source advised that he has never seen Al-Zindani and Al-Kadi together.

37. Did Abdelmagid al Zindani and Yassin Al-Kadi have common interests?

The source advised that jihad was their common interest.

38. Did Abdelmagid al Zindani and Yassin Al-Kadi have joint accounts at financial institutions?

The source does not know of any joint accounts between Al-Kadi and Al-Zindani.

39. Did Abdelmagid al Zindani finance accommodations for jihad fighters?

The source advised that Al-Zindani financed the Yemeni guesthouse in Haytabad (refer to question 23) and ran the Jamat El-Eman Univerisity in Yemen.

40. Did Abdelmagid al Zindani finance other buildings for the organization Al-Qaida?

The source is not aware of Al-Zindani financing other buildings for Al-Qaida.

41. What can you (source) tell us about the Al Eman University in Yemen?

The source advised that the University was established to teach Islam, jihad, fatwas and to educate student scholars in order to promote militant Islam. The University was attended by Yemeni and foreign Muslims.

KADI0027996

42.  Did students or former students of the El Eman University in
     Yemen join the organization Al-Qaida?

        The source is not sure if any students of the
University joined Al-Qaida.

43.  Did persons associated with Al-Qaida visit the El Eman
     University?

        Yes. (refer to question 35)

44.  Did Al-Qaida have training camps in Yemen?

        The source is not aware of Al-Qaida having training
camps in Yemen.  However, the source advised that circa 1994
while in Sudan, Al-Qaida sent weapons including AK-47's, RPG's,
explosives, etc. to Yemen to support the fight against the
communist run government in Southern Yemen.

45.  What else can you tell us about the relationships between
     Abdelmagid al Zindani and Yassin Al-Kadi on the one hand and
     the organization Al-Qaida on the other hand?

        According to the source, the relationship between Al-
Zindani and Al-Kadi and Al-Qaida is all about militant Islam and
jihad.

Questions concerning Mamdouh Mahmoud Salim

46.  Upon presentation of a photograph/Who is the man on the
     photograph number 16?

        The source advised that the individual depicted in
photograph number 16 is that of Mamdouh Salim.

47.  Where does Mamdouh Mahmoud Salim come from?

        The source advised that Salim is originally from Iraq.

48.  Have you ever seen Mamdouh Mahmoud Salim personally?

        The source has seen Salim numerous times.

9

KADI0027000

49.  Did Mamdouh Mahmoud Salim have contacts with persons
     associated with Al-Qaida?

     The source advised that Salim was one of the founding
members of Al-Qaida, and therefore, had contacts with most of the
individuals associated with Al-Qaida.  Furthermore, the source
advised that Salim had great influence over Bin Laden.
(refer to CW interview on 9/5/1998, etc.)

50.  Is Mamdouh Mahmoud Salim a member of Al-Qaida?

          (refer to previous CW interviews)

51.  Among the persons associated with Al-Qaida, with whom did
     Mamdouh Mahmoud Salim have the best or closest contacts?

     As one of the founding members, Salim's closest
contacts were with Al-Qaida's hierarchy including, but not
limited to, the following: Bin Laden; Abu Ubaidah Al-Banshiri;
Madani Al-Tayyib, aka Abu Fadl Al-Makki (refer to CW interview on
1/8/98, etc.); Loay Bayazid, aka Abu Rida Al-Suri; Abu Farag Al-
Yemeni; Ayman Al-Zawahiri; Abu Hafs Al-Masri; etc.

52.  Which alias did Mamdouh Mahmoud Salim use?

          Salim's alias in Al-Qaida was Abu Hajer Al-Iraqi.

53.  Did he also have contacts with persons who are important on
     a regional, national or international level?

          (refer to previous CW interviews)

54.  Where do you know Mamdouh Mahmoud Salim from?

     The source advised that he knows Salim from their days
in Afghanistan, Pakistan and Sudan when they were both with the
mujahideen and Al-Qaida.

55.  On which occasions did you see Mamdouh Mahmoud Salim?
     (Indicate exact date and time)

                              10

The source advised that he saw Salim on numerous occasions.

56.   In which countries have you seen Mamdouh Mahmoud Salim?

The source advised that he saw Salim in Afghanistan, Pakistan and Sudan.

57.   Did Mamdouh Mahmoud Salim have personal contacts with Osama Bin Laden?

The source advised that Salim and Bin Laden were very close associates.

58.   Did Mamdouh Mahmoud Salim receive a salary from the organization Al-Qaida?

The source advised that Salim did in fact receive a salary from Al-Qaida.  The source advised that as a member of the Shura Council, Salim was one of the higher paid Al-Qaida members as were all the Shura Council members.

59.   What were the duties of Mamdouh Mahmoud Salim?

(refer to previous CW interviews)

60.   Have you seen Mamdouh Mahmoud Salim together with Yassin Al-Kadi?

The source believes that he saw Salim and Al-Kadi together in Khartoum along with Abu Hammam Al-Saudi.

61.   Did Mamdouh Mahmoud Salim and Yassin Al-Kadi have common interests?

The source advised that Salim's and Al-Kadi's common interest was jihad.

62.   What were the financial resources of Mamdouh Mahmoud Salim?

KAD000700

The source advised that Salim received all of his financial resources from Bin Laden and Al-Qaida.

63.   Would Mamdouh Mahmoud Salim have been able to found a company with his own financial resources?

No. The source advised that Salim would have only been able to found a company with Bin Laden and Al-Qaida money.

64.   Did Mamdouh Mahmoud Salim ever mention that he was founding a company in Turkey?

The source advised that he is not sure if Salim ever mentioned founding a company in Turkey. However, the source did recall that Salim mentioning a business venture in Cyprus.

65.   Has Mamdouh Mahmoud Salim ever talked about a company called Maram?

The source advised that Salim never discussed a company called Maram with him.

66.   Did Mamdouh Mahmoud Salim have contacts with the Al Taqwa Bank?

The source advised that he is not sure if Salim ever had contacts with the Al-Taqwa Bank.

67.   What else can you tell us about the relationships between Mamdouh Mahmoud Salim and Yassin Al-Kadi on the one hand and the organization Al-Qaida on the other hand?

The source advised that the relationship between Salim, Al-Kadi and Al-Qaida is the similar interest of conducting and promoting jihad.

Questions concerning the wife of Mamdouh Mahmoud Salim, Thikra Grawhar Mubarak

68.   Was Mamdouh Mahmoud Salim married?

The source advised that Salim was married.

12

69.  How many wives did he have?

        The source advised that Salim had one wife whose name he does not know.

70.  Who was Thikra Grawhar Mubarak?

        The source advised that he does not know this individual.

71.  Where did Thikra Grawhar Mubarak come from?

        Not applicable.

72.  Have you (source) ever seen Thikra Grawhar Mubarak personally?

        Not applicable.

73.  In which countries did you (source) see Thikra Grawhar Mubarak?

        Not applicable.

74.  What were the duties of Thikra Grawhar Mubarak?

        Not applicable.

75.  Did Thikra Grawhar Mubarak have business duties in Al-Qaida companies or in companies owned by her husband Mamdouh Mahmoud Salim?

        Not applicable.

76.  Did Thikra Grawhar Mubarak have religious duties towards the wives of Al-Qaida members?

        Not applicable.

13

KADI0037000

77.   Were there influential female members of Al-Qaida?

       The source advised that there were no influential
female members in Al-Qaida during his time.  However, there were
female supporters who provided money.  Furthermore, the source
advised that Bin Laden's wife Ibtasam (phonetic) gave lectures to
the group about jihad and gave examples of how women could be
good Muslims and follow the Prophet Muhammad.

78.   Was Thikra Grawhar Mubarak a member of Al-Qaida?

       Not applicable.

79.   Did Thikra Grawhar Mubarak receive money from the
organization Al-Qaida?

       Not applicable.

80.   Did Thikra Grawhar Mubarak have an alias?

       Not applicable.

81.   Did Thikra Grawhar Mubarak have personal contacts with male
      members of Al-Qaida?

       Not applicable.

82.   Did Thikra Grawhar Mubarak have personal contacts with wives
      of the influential Al-Qaida members?

       Not applicable.

83.   Did Thikra Grawhar Mubarak have contacts with the family of
      Yassin Al-Kadi?

       Not applicable.

84.   Did Thikra Grawhar Mubarak have contacts with the Al Taqwa
      Bank?

       Not applicable.

KADI0027001

85.  Where is Thikra Grawhar Mubarak today?

        Not applicable.

86.  What else can you tell us about the relationships between
     Thikra Grawhar Mubarak and Yassin Al-Kadi on the one hand
     and the organization Al-Qaida on the other hand?

        Not applicable.

## Questions concerning Osama Bin Laden

87.  Did Osama Bin Laden personally know Saudi financier Yassin
     Al-Kadi?

        Yes.  The source advised that Al-Kadi helped finance
Bin Laden.

88.  Have you ever seen Osama Bin Laden and Yassin Al-Kadi
     together?        (indicate exact date and time and place)

        The source advised that circa 1992, he saw Bin Laden
and Al-Kadi together at the Dawa Organization guesthouse (supra)
which was located in the Riyadh section of Khartoum.  The source
is not sure if he saw the two together in Pakistan or
Afghanistan.

89.  Has Osama Bin Laden ever mentioned Yassin Al-Kadi?

        The source does not recall Bin Laden ever mentioning
Al-Kadi.

90.  Has Osama Bin Laden ever mentioned the Muwafaq Foundation?

        The source advised that Bin Laden had mentioned the
Muwafaq Foundation many times, particularly when discussing the
"Dafa Al-Shabi" (the Sudanese militia known as the "Popular
Defense Forces") and the war in the south of Sudan which was
supported by Al-Qaida.

15

91.  What were the common interests of Osama Bin Laden and Yassin
     Al-Kadi?

        The source advised that spreading militant Islam and
jihad were common interests to Bin Laden and Al-Kadi.

92.  Did Osama Bin Laden and Yassin Al-Kadi own jointly companies
     or charity organizations?

        The source advised that he is not aware of Bin Laden
and Al-Kadi having any jointly owned companies or charities.
However, the source advised that Al-Qaida often used the Al-
Haramain charity organization in both Pakistan and Zagreb,
Croatia.  According to the source, Sheikh Aqil was the Emir of
the Al-Haramain office in Zagreb and Al-Kadi was the Director.
Furthermore, the source advised that Saudi Prince Turki Al-Faisal
was the individual who established this charity organization.

93.  Did Osama Bin Laden also visit Yassin Al-Kadi in Saudi
     Arabia?

        The source advised that he is not aware of Bin Laden
visiting Al-Kadi in Saudi Arabia.

94.  Did Osama Bin Laden have contacts with the Al Taqwa Bank?

        The source advised that he is not aware of Bin Laden
having contacts with the Al Taqwa Bank.

95.  What else could you tell us about the relationships betwee
     Osama Bin Laden and Yassin Al-Kadi?

        The source advised that Bin Laden and Al-Kadi shared
the same militant Islam and jihad agenda.  Al-Qaida used Al-
Kadi's Al-Haramain organization to provide a legitimate
appearance to transfer money and to obtain travel documents for
its' members.  The source advised that when Bin Laden was
forbidden to travel to Saudi Arabia, circa 1991, Al-Kadi and
others would travel to Khartoum, Sudan to meet him.  During these
visits, a procedure was worked out with the Sudanese Intelligence
Service whereby the visiting individuals would not get an entry
stamp placed in their passports.  Furthermore, the source advised
that part of the Saudi Royal family, mainly Prince Turki Al-
Faisal, supported jihad and would funnel support to Al-Qaida

16

KADI0027003

through Al-Haramain in Pakistan/Afghanistan through Sheikh Jamil Al-Rahman, the Emir of Gamat Salafia.  The source advised that Al-Rahman was an Afghani from Konar, Afghanistan who fought against the Soviets and was close to Bin Laden and Al-Qaida.

## Questions concerning Wael Hamza Julaidan

96.  Do you know the man on the photographs number 12 and number 17?

        The source advised that he does not recognize the individuals depicted in the photographs marked 12 and 17. (refer to CW interview on 7/14/2004 whereby slide 7 is the same as Swiss photograph number 17 and slide 261 was used to obtain Swiss photograph 12)

97.  Was Wael Hamza Julaidan a member of Al-Qaida?

        The source advised that Julaidan was not a member of Al-Qaida but was an individual who certainly supported the group.

98.  What was his alias in the Al-Qaida circles?

        The source advised that Julaidan used the alias Abu Hassan Al-Madani.

99.  What were the tasks or the role of Wael Hamza Julaidan in the organization Al-Qaida?

        The source advised that Julaidan worked for the Saudi Red Crescent and some of the monetary donations were funneled by Julaidan to Al-Qaida in Afghanistan.  Furthermore, the source advised that monies were sent to Bin Laden prior to the establishment of Al-Qaida.  Finally, the source advised that Julaidan supplied Bin Laden and Al-Qaida with authentic identification cards and medical supplies from the Saudi Red Cross Crescent.

100. Until when did Wael Hamza Julaidan play an active role within the organization Al-Qaida?

17

The source advised that Julaidan started playing an active role with Bin Laden and jihad in the mid-1980's and doesn't know if he ever stopped supporting militant Islam. The source advised that he last saw Julaidan at the Sheraton Hotel in Abu Dhabi circa 1993 and does not know the reason for Julaidan being in the UAE.

101. Was Wael Hamza Julaidan personally present in Sudan?

The source advised that he recalls seeing Julaidan in Sudan.

102. Was Wael Hamza Julaidan personally present in the Balkan wars (Croatia/Bosnia)?

The source advised that he does not recall if Julaidan was present in the Balkan wars.

103. Was Wael Hamza Julaidan personally present in other conflict areas (Chechnya, Somalia etc.) on behalf of Al-Qaida?

The source advised that he does not know if Julaidan was personally present in conflict areas on behalf of Al-Qaida. However, the source advised that Julaidan was always a financial supporter of jihad.

104. Did Wael Hamza Julaidan personally know the leader of Al-Qaida, Osama Bin Laden?

The source advised that they did personally know each other.

105. Did Wael Hamza Julaidan have contacts with other leaders of the organization Al-Qaida?

Yes. The source advised that Julaidan worked with Abu Unaith Al-Saudi, Abu Hammam Al-Saudi, Abu Fadl Al-Makki, and Sheikh Said. The source advised that Julaidan was always at Sheikh Said's office in Peshawar, Pakistan. The source advised that Sheikh Said was responsible for providing Al-Qaida members with letters for identification cards and requests for members t receive medical assistance. According to the source, these

18

KADI0027095

letters and requests would be given to, and handled by, Julaidan.

106. How were the contacts between Wael Hamza Julaidan and the
     Egyptian community within the leading circles of the
     organization Al-Qaida (Ayman Al-Zawahiri, Abu Ubadaih al-
     Banshiri etc.)?

        The source advised that he never saw Julaidan in the
company of Al-Zawahiri or Abu Ubadaih.  However, the source
advised that since the Egyptian groups were under the Al-Qaida
umbrella, Julaidan would have easy access to the Egyptians in the
leadership positions of Al-Qaida.

107. Until when was Wael Hamza Julaidan active in or on behalf of
     the organization Al-Qaida?

        The source advised that he does not know if Julaidan
ever stopped supporting Al-Qaida.

108. Have you ever seen Wael Hamza Julaidan and Abdelmagid al
     Zindani together?

        The source does recall ever seeing them together.

109. What were the common interests of Wael Hamza Julaidan and
     Abdelmagid al Zindani?

        The source advised that their common interests are
militant Islam and jihad.  According to the source, Julaidan
supports the cause financially while al-Zindani is a jihad
scholar.

110. Did Wael Hamza Julaidan and Abdelmagid al Zindani own
     jointly companies or charity organizations?

        The source advised that he does not know if they
jointly owned any companies or charities.

111. Did Wael Hamza Julaidan have contacts with Yassin Al-Kadi?

19

The source advised that he believes Julaidan and Al-Kadi had contact with each other because they worked together at the Islamic Relief Organization along with Abu Unaith Al-Saudi and Abu Hammam Al-Saudi.

112. Where there financial connections between Yassin Al-Kadi and Wael Hamza Julaidan?

The source advised that the only financial connection he is aware of comes from the late 1980's and early 1990's with regards to the Islamic Relief Organization in Peshawar, Pakistan.

113. Did Wael Hamza Julaidan support the organization Al-Qaida financially?

The source advised that Julaidan did financially support Al-Qaida.

114. How were the supporting funds transferred from Wael Hamza Julaidan to Al-Qaida?

The source advised that the transfer of money from Julaidan to Al-Qaida was mostly through the Hawala Banking system. The source advised that a large Hawala office was located in the Karcula Kyber Bazar in Peshawar where Al-Qaida would receive money from Saudi Arabia. The source further advised that the Hawala office in Saudi Arabia was located in the Bab Sharif area of Jeddah.

115. Did Wael Hamza Julaidan also use companies, charity organizations, handing over of cash or Hawala systems in order to transfer the funds to the organization Al-Qaida?

The source advised that cash from the Islamic Relief Organization's head office in Jeddah, Saudi Arabia was hand carried to the Peshawar office and given to Al-Qaida. The source advised that money also came to Al-Qaida through the Habib Bank branch in Peshawar. Furthermore, the source advised that money came to the Mekhtab Al-Khidemat office in Peshawar by courier, the Habib Bank and by the Hawala banking system.

20

KADI0037000

116. Were the funds which Wael Hamza Julaidan transferred to the
     organization Al-Qaida earmarked for specific purposes?

          The source advised that all the funds transferred by
Julaidan to Al-Qaida were earmarked specifically for jihad.

117. Did Wael Hamza Julaidan contribute financially to the set-up
     of training camps for Al-Qaida?

          The source advised that Julaidan's financial
contributions were not directly used to setup training camps for
Al-Qaida.  However, the source advised that the financial
contributions were used for all purposes to support jihad.

118. Did Wael Hamza Julaidan mandate the construction of houses
     or buy houses for Al-Qaida?

          The source advised that he does not remember any
housing mandates made by Julaidan for Al-Qaida.

119. Where did the money at the disposal of Wael Hamza Julaidan
     come from?

          The source advised that some of the money at Julaidan's
disposal came from a large Gulf area non-governmental
organization (NGO) located in Mecca, Saudi Arabia called Rabitat
Al-Alim Al-Islami (Islamic United World).  The source believes
that approximately 30% of the donations to this NGO came from the
Saudi government.  Furthermore, the source advised that Julaidan
received personal donations as well as money collected in
Mosques.

120. Did Wael Hamza Julaidan have connections in Switzerland?

          The source advised that he does not know of any
connections between Julaidan and Switzerland.

121. What else can you tell us about the relationships between
     Wael Hamza Julaidan and Yassin Al-Kadi on the one hand and
     the organization Al-Qaida on the other hand?

          The source advised that both Julaidan and Al-Kadi
support Bin Laden/Al-Qaida and jihad.  The source advised that

21

KADI0027000

all three (Bin Laden, Julaidan and Al-Kadi) came to Afghanistan in the mid-1980's to perform jihad and were under the Abdallah Azzam and Mekhtab Al-Khidemat school of thought.

Questions concerning Mohammed Luay Bayazed

122. Upon presentation of a photograph/Who is the person on the photograph number 14?

        The source advised that the individual depicted in the photograph marked number 14 is that Abu Rida Al-Suri.

123. Where does Mohammed Luay Bayazed come from?

        The source advised that Bayazed is originally from Syria.

124. Have you ever seen Mohammed Luay Bayazed personally?

        Yes.  The source advised that he has personally seen Bayazed on many occasions.

125. Did Mohammed Luay Bayazed have contacts with persons associated to Al-Qaida?

        Yes.  The source advised that Bayazed had many contacts with individuals associated with Al-Qaida.

126. Is Mohammed Luay Bayazed a member of Al-Qaida?

        Yes.  The source advised that Bayazed was one of the founding members of Al-Qaida.

127. Which alias did Mohammed Luay Bayazed have?

        The source advised that Bayazed's alias is Abu Rida Al-Suri.

128. Where do you (source) know Mohammed Luay Bayazed from?

22

KADI0007--

The source advised that he knows Bayazed from Afghanistan, Pakistan and Sudan when they were both involved in the jihad against the Soviet Union and when they were members of Al-Qaida.

129. On what occasions did you see Mohammed Luay Bayazed? (indicate exact date and time)

The source advised that he has seen Bayazed on numerous occasions starting in 1988 while in Afghanistan and Pakistan through 1995 in Khartoum, Sudan.

130. In which counties did you see Mohammed Luay Bayazed?

The source advised that he saw Bayazed in Afghanistan, Pakistan and Sudan.

131. Did Mohammed Luay Bayazed have personal contacts with Osama Bin Laden?

The source advised that Bayazed had very frequent contact with Bin Laden. The source advised that Bayazed is a very funny person who always made Bin Laden laugh. The source further stated that Bin Laden would always say "Shufi Shumafi", a Syrian phrase used by Bayazed which is the equivalent of "What's up".

132. Was Mohammed Luay Bayazed a member of the organization Al-Qaida?

Same as question 126.

133. Did he receive a salary from the organization Al-Qaida?

According to the source, Bayazed was one of the highest paid members in Al-Qaida. Bayazed received a large amount of commission money from purchasing large amounts of equipment and weapons for both Al-Qaida and the Dafa Al-Shabi (Popular Defense Forces). Furthermore, one of the Bin Laden/Al-Qaida companies called Al-Ikhlas International Company was listed in Bayazed's name.

23

KADI0037···

134. What were the duties of Mohammed Luay Bayazed?

The source advised that aside from being an advisor to Bin Laden, Bayazed's main duties were to own and run Bin Laden companies. Furthermore, Bayazed was a purchasing agent for Al-Qaida whereby he was responsible for buying various needed equipment and weapons.

135. Was Mohammed Luay Bayazed managing companies on behalf of Al-Qaida?

Aside from the Al-Ikhlas International Company (supra), the source heard that Bayazed, along with Abu Hajer Al-Iraqi, ran Al-Qaida companies in Malaysia, Hong Kong and Jakarta.

136. Did he manage money accounts for the organization Al-Qaida?

The source advised that Bayazed managed bank accounts for Al-Qaida at the following banks in Khartoum: Shamal Islamic Bank, French/Sudanese Bank and at Citibank before the Khartoum office was closed.

137. Have you ever seen Mohammed Luay Bayazed together with Yassin Al-Kadi?

Yes. The source advised that he saw Bayazed with Al-Kadi at the Bin Laden guesthouse located in Riyadh Section number 9 in Khartoum when he (Al-Kadi) visited Sudan.

138. Did Mohammed Luay Bayazed and Yassin Al-Kadi have common interests?

The source advised that jihad and money were common interests held by both Bayazed and Al-Kadi. The source advised that both individuals were supporters of militant Islam and each played a role in carrying out that agenda.

139. What kind of relationships, personal or business, did Mohammed Luay Bayazed have with Mamdouh Mahmoud Salim?

The source advised that Bayazed and Salim were very close. During 1987 while fighting the Soviets in the Al-Masada (phonetic) area of the Paktia State of Afghanistan, Bayazed and

KADI0027...

Salim, along with Abu Obaidah Al-Banshiri, were the military commanders of all the Arab mujahideen under Bin Laden and Abdallah Azzam.

140. Was there a direct or indirect relationship between Thikra Grawhar Mubarak (Salim's wife) and Mohammed Luay Bayazed?

Not applicable.

141. What kind of relationships did Mohammed Luay Bayazed have with Wael Hamza Julaidan?

The source advised that Bayazed and Julaidan were very close because they were part of the original group of Arabs that went to Afghanistan in the mid-1980's to fight the Soviet Union.

142. Did Mohammed Luay Bayazed and Wael Hamza Julaidan found and manage jointly companies or did they open and manage jointly accounts on behalf of Al-Qaida?

The source advised that he is not aware of Bayazed and Julaidan opening or managing any companies or accounts.

143. What were the financial resources of Mohammed Luay Bayazed?

The source advised that all of Bayazed's financial resources came from Bin Laden.

144. Would Mohammed Luay Bayazed have been able to found a company with his own financial resources?

The source advised that Bayazed would probably not have been able to found companies with his own financial resources.

145. Where is Mohammed Luay Bayazed today?

The source advised that he last saw Bayazed in Khartoum in 1995 and does not know where he is today.

146. What else can you tell us about the relationships between Mohammed Luay Bayazed and Yassin Al-Kadi on the one hand and the organization Al-Qaida on the other hand?

    The source advised that Bayazed and Al-Kadi supported Bin Laden's/Al-Qaida's agenda and jihad.

Questions concerning Mohammed Omar Zubayr

147. Upon presentation of a photograph/Do you (source) know the person on the photograph number 18?

    The source advised that this individual looks familiar but does not recall from where.

148. Under which name do you (source) know this person?

    The source advised that he does not know this persons name.

149. Is Mohammed Omar Zubayr a member of the Muslim Brotherhood?

    The source advised that he never heard of this individual.

150. Have you ever seen Mohammed Omar Zubayr together with members of the organization Al-Qaida?

    Not applicable.

151. What are the duties of Mohammed Omar Zubayr in the circles associated with the organization Al-Qaida?

    Not applicable.

152. Did Mohammed Omar Zubayr act as economic consultant for the organization Al-Qaida?

    Not applicable.

26

KAD/0002100

153. How many persons associated with the organization Al-Qaida have studied at the King Abdelaziz University in Jeddah/Saudi Arabia?

    The source advised that he is not familiar with any Al-Qaida members who studied at the Abdelaziz University.

154. Did the organization Al-Qaida have a closer relationship with the King Abdelaziz University?

    The source advised that he is not aware of any relationship between Al-Qaida and the King Abdelaziz University.

155. Have you ever seen Mohammed Omar Zubayr together with Osama Bin Laden?

        Not applicable.

156. Have you ever seen Mohammed Omar Zubayr together with Mamdouh Mahmoud Salim?

        Not applicable.

157. Have you ever seen Mohammed Omar Zubayr together with Mohammed Luay Bayazed?

        Not applicable.

158. Have you ever seen Mohammed Omar Zubayr together with Wael Hamza Julaidan?

        Not applicable.

159. Have you ever seen Mohammed Omar Zubayr together with Yassin Al-Kadi?

        Not applicable.

160. Did Yassin Al-Kadi and Mohammed Omar Zubayr have common interests?

27

KADI0003

Not applicable.

161. What else can you tell us about the relationships between
     Mohammed Omar Zubayr and Yassin Al-Kadi on the one hand and
     the organization Al-Qaida on the other hand?

          Not applicable.

Questions concerning Abu Fadl Al-Makki

162. What role did Abu Fadl Al-Makki play within the organization
     Al-Qaida?

          (refer to CW interviews on 1/8/98, 1/14/98, 1/23/98 and
2/20/98)

163. Did Abu Fadl Al-Makki receive a salary from the organization
     Al-Qaida?

          The source advised that as a Shura Council member, Al-
Makki received a higher salary than most Al-Qaida members.

164. Where did Abu Fadl Al-Makki come from and which names did he
     use?

          The source advised that Abu Fadl Al-Makki is originally
from Mecca, Saudi Arabia and his real name is Saidi Madani Al-
Tayyib.  The source is not aware of any other aliases used by Abu
Fadl Al-Makki.

165. What was your (source) relationship with Abu Fadl Al-Makki?

          The source advised that he and Abu Fadl Al-Makki had a
very close relationship which started in Afghanistan/Pakistan and
carried over to Sudan when he (source) worked under Abu Fadl AL-
Makki.

166. Did Yassin Al-Kadi and Abu Fadl Al-Makki know each other
     personally?

          The source advised that Al-Kadi and Abu Fadl Al-Makki
knew each other very well.

28

167. What common interests did abu Fadl Al-Makki and Yassin Al-Kadi have?

The source advised that the common interest shared by Abu Fadl Al-Makki and Al-Kadi was spreading militant Islam through jihad and money.

168. Has Abu Fadl Al-Makki ever mentioned the money flow from Yassin Al-Kadi to the organization Al-Qaida?

The source advised that he does not recall if Abu Fadl Al-Makki ever mentioned the money flow from Al-Kadi to Al-Qaida.

169. Were such funds also used to purchase weapons?

Not applicable.

170. In your opinion, how reliable are statements (such as money from Al-Kadi for Al-Qaida to buy weapons) made by Abu Fadl Al-Makki ein?

The source advised that such a statement is reliable because money provided to Al-Qaida by Al-Haramain was used for all purposes to support the group and jihad.

171. How exactly was the money transferred from the Gulf States via Yassin Al-Kadi to the organization Al-Qaida?

The source advised that the money transferred from the Gulf States via Al-Kadi to Al-Qaida was mostly done by the Hawala Banking system. Furthermore, the source advised that money was also moved via courier and the Habib Bank.

172. What else can you tell us about the relationships between Abu Fadl Al-Makki and Yassin Al-Kadi on the one hand and the organization Al-Qaida on the other hand?

The source advised Abu Fadl Al-Makki and Al-Kadi were strong supporters of jihad and the Bin Laden/Al-Qaida agenda.

Questions concerning Abu Unaith Al-Saudi

29

173. Who is Abu Unaith Al-Saudi?

The source advised that Abu Unaith Al-Saudi is a member
of Al-Qaida who was one of the first non-Afghani fighters to
answer the call to jihad in Afghanistan. The source advised that
Abu Unaith was involved in Al-Qaida finances. According to the
source, Abu Unaith is of Moroccan roots and married to a Moroccan
woman.

174. What is the real name of Abu Unaith Al-Saudi?

The source advised that he does not know Abu Unaith's
true name.

175. From which country does Abu Unaith Al-Saudi come from
     originally?

The source advised that Abu Unaith was born in Saudi
Arabia, but his family roots are from Morocco.

176. Is Abu Unaith Al-Saudi a member of Al-Qaida?

The source advised that Abu Unaith is a member of Al-
Qaida.

177. For how long had Abu Unaith Al-Saudi been a member of Al-
     Qaida?

The source advised that Abu Unaith has been a member of
Al-Qaida since 1989. However, Abu Unaith knew and fought with
Bin Laden against the Soviets before the formation of Al-Qaida.

178. In which countries was Abu Unaith Al-Saudi active on behalf
     of Al-Qaida?

The source advised that Abu Unaith was active in
Afghanistan, Pakistan and Sudan.

179. Did Abu Unaith Al-Saudi have personal contacts with Osama
     Bin Laden?

30

The source advised that Abu Unaith was in frequent contact with Bin Laden and was one of the first Al-Qaida members to relocate from Afghanistan to Sudan.

180. Was Abu Unaith Al-Saudi a member of an important Al-Qaida council?

The source advised that he is not sure if Abu Unaith was ever a member of any Al-Qaida committees. However, the source advised that Abu Unaith and Abu Hammam Al-Saudi were both in-charge of Al-Qaida finances before Abu Fadl Al-Makki took over this position.

181. Which duties did Abu Unaith Al-Saudi have within the organization Al-Qaida?

The source advised that aside from being involved in financial duties for Al-Qaida, Abu Unaith often traveled at Bin Laden's request to deliver messages and meet people outside of Sudan.

182. Did Abu Unaith Al-Saudi also buy weapons for the organization Al-Qaida?

The source advised that Abu Unaith, Abu Hammam Al-Saudi and Abu Rida Al-Suri were involved in purchasing weapons for both the Dafa Al-Shabi (PDF) and Al-Qaida.

183. Where did the money for the purchase of weapons come from?

The source advised that the money to purchase these weapons came from Bin Laden and Al-Qaida.

184. Did Abu Unaith Al-Saudi manage an office, a company or a charity organization on behalf of Al-Qaida?

The source advised that Abu Unaith, along with Abu Hammam Al-Saudi and Abu Rida Al-Suri, were the three individuals who started Bin Laden's Wadi Al-Aqiq Company.

185. Did Abu Unaith Al-Saudi hold accounts for the organization Al-Qaida?

31

KADI0003400

The source advised that he does not recall if Abu Unaith held any accounts for Al-Qaida.

186. Where and in which buildings did Abu Unaith Al-Saudi have his offices?

The source advised that in the early 1990's, Abu Unaith maintained an office at the Wadi Al-Aqiq offices located on MacNimer Street in Khartoum. Furthermore, the source advised that Abu Unaith, Abu Hammam Al-Saudi and Abu Rida Al-Suri also rented two suites at the Hilton Hotel in Khartoum.

187. Were also charity organizations present in the buildings where Abu Unaith Al-Saudi had his offices?

The source advised that no charity organizations were present where Abu Unaith had his offices.

188. Who was responsible for these charity organizations?

Not applicable.

189. Did Abu Unaith Al-Saudi receive directly money from these charity organizations?

Not applicable.

190. Was Abu Unaith Al-Saudi a friend of Yassin Al-Kadi?

The source advised that he strongly believes that Abu Unaith and Al-Kadi knew each other.

191. Did Abu Unaith Al-Saudi have business relations with Yassin Al-Kadi?

The source advised that he is not aware of any business relationship between the two.

192. Did Yassin Al-Kadi bring money to Abu Unaith Al-Saudi?

32

KADI0003...

The source advised that he does not recall Al-Kadi bringing money to Abu Unaith.

193. Did Yassin Al-Kadi and Abu Unaith Al-Saudi have joint accounts?

The source advised that he does not know if Al-Kadi and Abu Unaith had any joint accounts.

194. Where is Abu Unaith Al-Saudi today?

The source advised that he does not know the current whereabouts of Abu Unaith.

195. What else can you tell us about the relationships between Abu Unaith Al-Saudi and Yassin Al-Kadi on the one hand and the organization Al-Qaida on the other hand?

The source advised that Abu Unaith and Al-Kadi support jihad and the Bin Laden/Al-Qaida agenda.

Questions concerning Abu Hammam Al-Saudi

196. Who is Abu Hammam Al-Saudi?

The source advised that Abu Hammam is a Saudi national from the Dosari tribe.

197. Is Abu Hammam Al-Saudi a member of Al-Qaida?

The source advised that Abu Hammam is a member of Al-Qaida.

198. Did Abu Hammam Al-Saudi have personal contacts with Osama Bin Laden?

The source advised that Abu Hammam was in frequent contact with Bin Laden and fought with him (Bin Laden) against the Soviets before Al-Qaida was formed. Furthermore, the source advised that Abu Hammam worked with Yousif Hamdan and Wael Julaidan at the Islamic Relief Organization in Peshawar, Pakistan.

33

KADI0007110

199. Was Abu Hammam Al-Saudi a member of an important Al-Qaida council?

The source advised that Abu Hammam was a very important figure in Al-Qaida. Like Abu Baraa, Abu Fadl Al-Makki and Abu Unaith, Abu Hammam was involved in finances for Al-Qaida. The source advised that he and Yasin Al-Iraqi received money from Abu Hammam to purchase weapons near Torham on the Afghan/Pakistan border from an individual named Haj Ayoub circa 1989 through 1991. According to the source, Ayoub is from the Haqani tribe and was also involved in selling drugs.

200. Which function did Abu Hammam Al-Saudi have within the organization Al-Qaida?

The source advised that Abu Hammam's function within Al-Qaida was handling the group's finances.

201. For how long had Abu Hammam Al-Saudi been a member of Al-Qaida?

The source advised that Abu Hammam fought with the mujahideen and Bin Laden in Afghanistan since the mid-1980's, before the creation of Al-Qaida. The source further advised that he is not sure when Abu Hammam gave "Bayat" to Bin Laden. The source last saw Abu Hammam in Sudan in late 1994 or early 1995. According to the source, Abu Hammam was still with Al-Qaida at this time.

202. In which countries was Abu Hammam al Saudi active for Al-Qaida?

The source advised that Abu Hammam was active in Afghanistan, Pakistan, Sudan, Saudi Arabia and the Gulf area, particularly with Ahmed Lootah from the United Arab Emirates.

203. Did he receive a salary from the organization Al-Qaida?

The source advised that as an individual who was involved with Al-Qaida finances, he (Abu Hammam) did receive a salary from Al-Qaida.

34

KADIooo7...

204. What is the real name of Abu Hammam al Saudi?

The source advised that he does not know Abu Hammam's true name.

205. Is the real name of Abu Hammam al Saudi "Saleh Hussein Ali al-Zenu?"

The source advised that he does not know this individual.

206. Did Abu Hammam al Saudi buy weapons for Al-Qaida?

Yes. (refer to CW interview dated 1/13/2004)

207. Where did the money come from?

The source advised that the money came from Al-Qaida.

208. Did Yassin Al-Kadi have contacts with Abu Hammam al Saudi?

The source advised that Al-Kadi was in frequent contact with Abu Hammam.

209. Was Yassin Al-Kadi a friend of Abu Hammam al Saudi's?

The source advised that he (source) is not sure if they were friends, but did state that they worked together.

210. Did Abu Hammam al Saudi have business relations with Yassin Al-Kadi?

Other than militant Islam and Jihad, the source advised that he is not aware of any specific business relationship between Abu Hammam and Al-Kadi.

211. Did Yassin Al-Kadi bring money to Abu Hammam al Saudi?

The source advised that he does not know if Al-Kadi ever brought money to Abu Hammam.

35

KADI0027112

212. Did Abu Hammam al Saudi own bank accounts?

        The source advised that Abu Hammam maintained a bank
account at the Al-Shimal Islamic Bank and another bank/exchange
called Al-Rajah Al-Sarafa, whereby Al-Sarafa translates into
"exchange".

213. Did Al-Kadi and Abu Hammam al Saudi have joint accounts?

        The source advised that he does not know if Al-Kadi and
Abu Hammam maintained any joint bank accounts.

214. Did Abu Hammam al Saudi manage an office, a business or a
     charity organization on behalf of Al-Qaida?

        The source advised that Abu Hammam and Abu Unaith were
involved in establishing Bin Laden's Wadi Al-Aqiq company in
Khartoum, Sudan.  (refer to CW interview dated 1/13/2004)

215. Where were these offices, businesses or charity
organizations, for which Abu Hammam al Saudi was working?

        Refer to question 214.

216. Were there other important facilities in the buildings where
     these offices, businesses or charity organizations of Abu
     Hammam al Saudi were located?

        The source advised that the Wadi Al-Aqiq company was
the "mother company" or holding company for all the Bin Laden/
Qaida businesses that were set up in the Sudan.  Its' offices
were located on MacNimer Street in Khartoum and maintained
offices for other Bin Laden businesses such as Laden
International, Al-Hijra for Construction, Taba Investments,
Qudarat Transport Company and the Blessed Fruits Company.

217. What else can you tell us about the relationships between
     Abu Hammam al Saudi and Yassin Al-Kadi on the one hand and
     the organization Al-Qaida on the other hand?

        The source advised that Abu Hammam and Al-Kadi support
jihad and the Bin Laden/Al-Qaida agenda.

36

KADI0027112

Questions concerning Abu Ayman Al Sudani

218. Who is Abu Ayman Al Sudani from Zagreb/Croatia?

        The source advised that Abu Ayman was a jihadist who
supported Al-Qaida.  The source advised that he is not sure if
Abu Ayman ever gave Bayat to Bin Laden.  (refer to CW interview
dated 1/13/2004)

219. Do you (Source) know the real name of Abu Ayman Al Sudani?

        The source advised that he does not know Abu Ayman's
real name.

220. Did Abu Ayman Al Sudani have personal relationships with
     members of Al-Qaida?

        The source advised that Abu Ayman did have personal
relationships with members of Al-Qaida.  According to the source,
Abu Ayman was in Afghanistan in late 1990 at one of Bin Laden's
training camps called the Masada Camp.  The source does not
remember seeing Abu Ayman in Sudan.

221. Was Abu Ayman Al Sudani a member of Al-Qaida?

        Refer to question 218.

222. Did Abu Ayman Al Sudani work for the Al Haramain Islamic
     Foundation?

        (Refer to CW interview dated 1/13/2004)

223. In which places did Abu Ayman Al Sudani work for the Al
     Haramain Islamic Foundation?

        The source advised that Zagreb, Croatia and Peshawar,
Pakistan were two places where Abu Ayman worked on behalf of Al-
Haramain Islamic Foundation.

224. What were Abu Ayman Al Sudani's duties?

KADI0027...

The source advised that Abu Ayman was one of the Emirs for the mujahideen in Zagreb.  Abu Ayman was responsible for housing the mujahideen and Al-Qaida members in Croatia who were on their way to Bosnia.  The source further advised that Abu Ayman was responsible for taking these individuals to Mostar, Bosnia, a drop-off point for mujahideen going to fight and/or receive training inside Bosnia.

225. Did Abu Ayman also work for the organization Al Haramain was Al Masjed Al Aqsa?

The source advised that he is not familiar with the Al Masjed Aqsa.

226. Did Ayman Al Sudani know the financier Yassin Al-Kadi?

The source advised that Abu Ayman knew Al-Kadi very well since Al-Kadi was the individual who brought money to Al-Haramain in Bosnia.

227. Did Ayman Al Sudani mention the financier Yassin Al-Kadi?

Yes.  The source believes that Abu Ayman told him that Al-Kadi used the name Abu Abdelaziz Al-Saudi or Abu Khalid.  The source was unable to recall which alias Abu Ayman told him Al-Kadi used.

228. What were the common interests of Ayman Al Sudani and Yassin Al-Kadi?

The source advised that jihad, training people for jihad and fighting in Bosnia were the common interests of Abu Ayman and Al-Kadi.

229. What else can you tell us about the relationships between Ayman Al Sudani and Yassin Al-Kadi on the one hand and the organization Al-Qaida on the other hand?

The source advised that Abu Ayman and Al-Kadi support militant Islam, jihad and the Al-Qaida/Bin Laden agenda.

Questions concerning other persons

38

KADI0027445

230. Have you even seen  Yassin Al-Kadi and Ramzi Yousef
     together?

         The source advised that he never saw Al-Kadi with Ramzi
Yousef.

231. Did  Yassin Al-Kadi and the leader of the NIF in Sudan,
     Hasan Tourabi, have personal contacts?

         The source advised that he does not know if Al-Kadi
ever had any personal contacts with Hasan Tourabi.

232.  Yassin Al-Kadi personally supported the "Albanian Sports
      Club."  This club was managed by Sulejman Cerkezi (Sulaiman
      Charchizi) and Admir Banaj.  Do you know these persons and
      the club?

         The source advised that he never heard the club or any
of the individuals listed in the question.

233. Have you ever seen Mohammed Qutb, who is living in Saudi
     Arabia and who is of Egyptian descent, in the company of
     persons associated with the organization Al-Qaida?

         The source advised that he never saw Mohammed Qutb with
anyone associated with Al-Qaida; however, he heard that Al-Qaida
members did visit him in Saudi Arabia.  The source advised that
one particular Al-Qaida associate named Abu Huzafa Al-Sudani was
a very close friend of Qutb.  According to the source, Abu
Huzafa's first name is Husham and is missing a leg from fighting
the Soviets in Jaji area of Afghanistan.

234. Did Yahya Bin Ladin, Bakr Bin Ladin and Omar Bin Ladin visit
     their half-brother Osama Bin Ladin?

         The source advised that he is not sure if Yahya and
Omar ever visited Osama Bin Laden; however, he advised that Bakr
used to visit Osama in Afghanistan circa 1990 just before Al-
Qaida's move from Afghanistan to Sudan.  Furthermore, the source
recalled two of Osama's brothers (not sure which ones) visiting
Osama in Sudan on behalf of Saudi King Fahad in the attempt to
persuade Osama to forget about jihad and his aggressive stand
towards Saudi Arabia.

39

KADI0027110

235. Do you (Source) know Haythem Al Sa'ida, who was active in Albania?

The source advised that he does not know Haythem Al Sa'ida or anyone who was in Albania. However, the source advised that the Egyptian Islamic Jihad (EIJ) did maintain a guesthouse in Albania.

236. Did Mr. Kadi have contacts with Mr. Haythem Al Sa'ida in Albania?

Not applicable.

237. Did Yassin Al-Kadi have contacts with other persons who have ties with extremist organizations?

Aside from individuals described in the previous questions (ie. Abu Hammam, Abu Unaith, Abu Fadl), the source advised that Al-Kadi may have been in contact with an individual in Budapest, Hungary named Dr. Abdallah Izzadin. The source advised that Al-Haramain dealt with Izzadin and since Al-Kadi was a leading figure in Al-Haramain, it only made sense to the source that Al-Kadi was in contact with Izzadin. (refer to CW interviews for additional information regarding Izzadin and CW's trip to Zagreb, Croatia)

238. Do you (Source) know Dr. Zaheer Ahmed, who was responsible for the Shifa Hospital in Pakistan?

The source advised that he is not familiar with Dr. Zaheer Ahmed, but did state that the Shifa Hospital in Pakistan was one of the hospitals used by the mujahideen.

239. Have you ever seen Yusuf Al Qaradawi together with Al-Qaida members?

The source advised that Al-Qaradawi is an Egyptian Islamic scholar living in Qatar who he saw several times in Khartoum between 1991 and 1994. The source advised that Al-Qaradawi is not a member of Al-Qaida, but is strong supporter of jihad who has issued jihad related fatwas. The source advised that Al Qaradawi spoke about jihad at the Al-Qaida guesthouse located in the Riyadh Section of Khartoum. According to the source, many Al-Qaida members, including Bin Laden, Abu Obaidah

KADI0027117

Al-Banshiri and Saad Al-Sharif, attended this meeting.  The
source further advised that he (source) attended a meeting at a
hotel in Zagreb, Croatia which was attended by Al-Qaradawi, Dr.
Abdullah Al-Izzadin (Budapest), El-Fatih Abu Hassianan (TWRA) Dr.
Hafiz Ibrahim (Sudanese) and Bosnian Islamic Scholars.

        Furthermore, the source advised that Al Qaradawi and
Abdelmagid al Zindani were involved in keeping the NIF together
when Hassan Al-Turabi and Ali Osman Mohamed Taha were fighting
over different opinions about the future of the NIF and the NIF's
relationship with various jihad groups.

240. Did the Al Taqwa bank have business relations with the
     organization Al-Qaida?

        The source advised that he does not recall the Al Taqwa
Bank having a business relations with Al-Qaida.

241. Have you (Source) ever seen the manager of Al Taqwa bank,
     Ali Ghaleb Himmat, together with members of the organization
     Al-Qaida?

        The source advised that he does not know Ali Ghaleb
Himmat.

242. Have you (Source) ever seen the manager of the Al Taqwa
     bank, Yousef Nada, together with members of the organization
     Al-Qaida?

        The source advised that the name Yousef Nada sounds
familiar but does not recall from where.

243. Did Ahmed Idris Nasreddin have contacts with members of the
     organization Al-Qaida?

        The source advised that he does not know Ahmed Idris
Nasreddin.

244. Do you know Soliman Biheiri, from the US company BMI, who
     used to live in Switzerland for a long time?

        The source advised that he does not know Soliman
Biheiri and never heard of the company BMI.

41

KADIOO073...

245. Did the organization Al-Qaida or members of Al-Qaida have
     contacts with persons in Switzerland?

        The source believes that Abu Musab Al-Suri may have
lived in Switzerland.  According to the source, Abu Musab Al-Suri
was a trainer at Bin Laden's Jawhar, Jihad Wal and Abu Bakr Al-
Siddiq Camps specializing in security and urban fighting.


Questions concerning the Muwafaq Foundation

246. Have you (Source) ever heard of the Muwafaq Foundation?

        (Refer to CW interview on 6/4/2004)


247. Yassin Al-Kadi had shares in or founded various companies in
     conflict areas where the Muwafaq Foundation was active.
     Kadi's companies supported financially the Muwafaq
     Foundation in the respective country.  Do you (Source) have
     any knowledge about this course of action?

        (Refer to CW interview on 6/4/2004)


248. What was the purpose of the Muwafaq Foundation?

        (Refer to CW interview on 6/4/2004)


249. Did the Muwafaq Foundation also support the organization Al-
     Qaida?

        (Refer to CW interview on 6/4/2004)


250. What kind of services did the Muwafaq Foundation provide for
     the organization Al-Qaida?

        (Refer to CW interview on 6/4/2004)


251. Did the Muwafaq Foundation carry out transports for the
     organization Al-Qaida?

        The source advised that he does not know if Muwafaq
carried out transports solely for Al-Qaida but did refer to

                                42

tanker trucks used by the Dafa Al-Shabi in the south of Sudan. (refer to CW interview on 6/4/2004)

252. How were funds and goods of the Muwafaq Foundation transferred to the organization Al-Qaida?

(Refer to CW interview on 6/4/2004)

253. Have you ever seen Khalid Bin Mahfouz with Osama Bin Ladin or other representatives of the organization Al-Qaida?

The source advised that he never saw Mahfouz and Bin Laden together. However, the source heard that Bin Laden had a relationship with Mahfouz who he (source) described as a wealthy Saudi and financial supporter of jihad and the Al-Qaida agenda.

254. Have you ever seen both Khalid Bin Mahfouz and Yassin Al-Kadi together with representatives of the organization Al-Qaida?

The source advised that he never saw Mahfouz and Al-Kadi together.

255. Did the Muwafaq Foundation support the Maktab al Khidmat lil Mujahidin al-Arab (Afghan Service Bureau)?

The source advised that he does not recall the Muwafaq Foundation supporting the Maktab al Khidmat lil Mujahidin al-Arab.

256. Have you ever seen the owner of the Bin Ja'ad Establishment, Khamir Amer Ballayth, together with representatives of Al-Qaida or with Yassin Al-Kadi?

The source advised that he never heard of Khamir Amer Ballayth. Furthermore, the source advised that he heard of the Bin Ja'ad Establishment but could not recall if it was in the context of Bin Laden/Al-Qaida or the NIF.

257. Upon presentation of a photograph/Do you know the man on the photograph number 11?

43

KADI0027120

The source believes that the individual depicted in this photograph is Mohamed Yasir.  (refer to CW interview on 7/14/2004 whereby slide 227 is the same as Swiss photograph number 11)

258. What can you (Source) tell us about Amir Mehdi, manager of the Muwafaq Foundation in Pakistan and Afghanistan?

The source advised that he never heard of Amir Mehdi.

259. What can you (Source) tell use about the successor of Amir Mehdi at the Muwafaq Foundation, Nabih Hussein?

Not applicable.  Furthermore, the source advised that he never heard of Nabih Hussein.

260. What can you (Source) tell us about the local manager of the Muwafaq Foundation in Jalalabad, Sher Akbar?

The source advised that he does not remember the local manager of the Muwafaq Foundation in Jalabad.  Furthermore, the source advised that he never heard of Sher Akbar.

261. In whose names, legal or natural persons, were the vehicles of the organization Al-Qaida registered?

The source advised that while Al-Qaida was headquartered in Sudan, most of the organizations vehicles were registered to the Sudanese Army.  Aside from the Army, some of the vehicles were registered to Abu Rida Al-Suri, Abu Fadl Al-Makki and Bin Laden's son Abdullah.

262. Did the organization Al-Qaida use also vehicles of the Muwafaq Foundation?

The source advised that he does not recall if Al-Qaida used any vehicles belonging to the Muwafaq Foundation.

263. What can you (Source) tell us about Muhammad Jamal Khalifa?

44

KADI0037...

The source advised that Muhammad Jamal Khalifa may be identical to Abu Baraa Al-Madani, an individual who is Bin Laden's cousin, or is married to one of Bin Laden cousin's.

264. Did Al-Qaida use vehicles that were registered in the name of Muhammad Jamal Khalifa?

The source advised that he does not know if Al-Qaida used any vehicles registered in Khalifa's name.

265. Have you ever seen Muhammad Jamal Khalifa in the company of Yassin Al-Kadi, Khalid Bin Mahfouz or a member of Al-Qaida?

The source advised that he never saw Khalifa in the company of Al-Kadi or Mahfouz. However, the source advised that he has seen Khalifa in the presence of many Al-Qaida members including Bin Laden, Abu Obaidah Al-Banshiri, Abu Fadl Al-Maki Abu Hammam Al-Saudi, etc.

266. What can you (Source) tell us about the manager of the Muwafaq Foundation in Sudan, Siraj el ein Abdul Bari?

The source advised that name sounds familiar and that he may have been a Director or Emir of the Muwafaq Foundation.

267. Did the Sub-Saharan International Development Organization (SIDO) in Sudan have connections with members of the organization Al-Qaida?

The source advised that he never heard of the Sub-Saharan International Development Organization.

268. What can you (Source) tell us about the head of the well development project "Al Raian" of the Muwafaq Foundation in Sudan, Ali Hassan Mohammed Al Tayyab?

The source advised that he never heard of "Al Raian" or Ali Hassan Mohammed Al Tayyab.

269. Did the Muwafaq Foundation in Sudan support farms or other companies of the organization Al-Qaida?

KADI0002...

The source advised that he is not aware of the Muwafaq Foundation ever supporting any farms in Sudan, but did advise that the Muwafaq Foundation supported Al-Qaida. (refer to CW interview on 6/4/2004)

270. Have you ever seen the manager of the Muwafaq Foundation Europe, Chafik Ayadi, in Pakistan or Afghanistan?

The source advised that he does not know who the Muwafaq foundation managers were in Pakistan or Afghanistan. Furthermore, the source advised that he never heard of Chafik Ayadi.

271. Did Chafik Ayadi have contacts with persons from the organization Al-Qaida?

Not applicable.

272. What else can you (Source) tell us about the individual Chafik Ayadi?

Not applicable.

273. Do you know Mohamed Ali Harrath, who is the brother-in-law of Chafik Ayadi and who is living in England?

The source advised that he never heard of Mohamed Ali Harrath.

274. What can you (Source) tell use about the managers of the Muwafaq Foundation in Albania, Derwaish Abu Sukaar, Dr. Yusuf Ismail from Jordan and Adham Sarhan?

The source advised that he never heard of these individuals.

275. What can you (Source) tell use about Husam Tayeh, who used to work for the Muwafaq Foundation in Kukes (Albania) and Bajaram Curri (Albania)?

46

KADIO0027400

The source advised that he never heard of these
individuals nor did he hear that the Muwafaq Foundation had an
office in Albania.

276. Do you know one Husam Tayeh, who fought as a mujahidin in
     Afghanistan?

        The source advised that he never heard of Husam Tayeh.

277. What can you (Source) tell use about the managers of the
     Muwafaq Foundation in Zenica/Bosnia-Herzegovina, Enes
     Ibrahimagic, Bashir Mekni and Alzain Ahmad (Abu Wail)?

        The source advised that he never heard of the three
true names listed in the question.  However, the source advised
that he did know a Sudanese NIF member who used that alias Abu
Wail.  The source advised that Abu Wail worked for the IARA in
Pakistan and later for the Muwafaq Foundation in Zagreb, Croatia.
According to the source, Abu Wail also helped a non-governmental
organization called the Al-Bir Al-Dawalia which assisted the
mujahideen in Bosnia.  Finally, the source advised that he saw
Abu Wail in Afghanistan, Pakistan and Bosnia.

278. What can you (Source) tell use about the project manager of
     a chicken farming project of the Muwafaq Foundation in
     Sarajevo/Croatia (CORRECTION: BOSNIA), Tarik Swadi?

        The source advised that he never heard of any chicken
farming projects run by the Muwafaq Foundation nor did he ever
hear of an individual named Tarik Swadi

279. What can you (Source) tell us about the manager of the
     Muwafaq Foundation in Zagreb/Croatia, El Obaid El Obaid?

        The source advised that he never heard of El Obaid El
Obaid.

280. Did the organization Al-Qaida have contacts with the
     organization Islamska Zajednica in Zagreb?

        The source advised that he never heard of the
organization Islamska Zajednica.

47

KADI0027424

281. What can you (Source) tell us about Ahmed Ibrahim Al-Naggar and Omar Al-Faruq, who may have been active in the Balkans on behalf of the Muwafaq Foundation?

        The source advised that he never heard of Ahmed Ibrahim Al-Naggar or Omar Al-Faruq.

282. Did Mahmoud Mehdi, brother of Amir Mehdi (head of the Muwafaq Foundation Pakistan/Afghanistan), have relations with the organization Al-Qaida?

        The source advised that he never heard of these individuals.

283. Did you see Mahmoud Mehdi in Afghanistan?

        Not applicable.


Questions concerning other charity organizations

284. Did Al-Qaida receive funds from charity organizations?

        The source advised that Al-Qaida received money from many charity organizations including, but not limited to, the following: Al-Haramain Islamic Relief Organization; Al-Bir Al-Dawalia (located in Bosnia);  Jamia Qatar Al-Kharia (Qatar Charity Organization); Muwafaq; Al-Ouwn Al-Islamia (located in Peshawar); and the Third World Relief Organization (TWRA) which was run by El-Fatih Abu Hassanian.  According to the source, the TWRA had offices in Bosnia, Croatia, Vienna and Budapest.

285. To what end were these funds used?

        The source advised that these funds were used for all purposes to run Al-Qaida and support Bin Laden's agenda.  For example, the source advised that the funds were used to purchase weapons, clothing, food, supplies, identification cards, cover travel expenses, etc.

286. Were these funds also used to buy weapons or for other military purposes?

48

Yes.

287. Is there a difference between the two charity organizations Al-Haramain Islamic Foundation and Al-Haramain wa Al Masjed Al Aqsa Charity?

The source advised that he never heard of Al-Haramain wa Al Masjed Al Aqsa Charity.

288. Did Yassin Al-Kadi support the charity organization Al-Haramain Islamic Foundation?

The source advised that Al-Kadi did support the Al-Haramain Islamic Foundation.

289. Who is Mansour Al-Kadi, who used to work for the charity organization Al-Haramain Islamic Foundation and who, most likely, is not related to Yassin Al-Kadi?

The source advised that he never heard of Mansour Al-Kadi.

290. Do you (Source) know Ahmed Ibrahim Al-Naggar of the Al Haramain Islamic Foundation?

The source advised that he never heard of Ahmed Ibrahim Al-Naggar. (refer to question 281)

291. Do you know Mr. Omal Al-Faruq?

The source advised that he never heard of Omar Al-Faruq. (refer to question 281)

292. The charity organization Al Haramain wa Al Masjed Al Aqsa Charity supported the Risala schools in Sarajevo. Are you familiar with these schools?

The source advised that he is not familiar with the Risala schools in Sarajevo.

49

KADI0027126

293. Two of the responsible representatives of the Al Haramain wa
     Al Masjed Al Aqsa Charity were Mahmood Taiba and Mohamed
     Ibrahim Saeed.  Do you know these two individuals?

        The source advised that he does not know Mahmood Taiba
or Mohamed Ibrahim Saeed.

294. Did the Rahma Charitable Foundation have ties with the
     organization Al-Qaida?

        The source advised that he does not believe so because
he never heard of the Rahma Charitable Foundation.

## Questions concerning business dealings in Sudan

295. In 1991, the Sudanese finance minister, Abdul Rahim Hamdi,
     organized a business conference in Khartoum, to which Yassin
     Al-Kadi and other important persons from Saudi Arabia were
     also invited.  Was the organization Al-Qaida also present at
     this conference?

        The source advised that he remembers such a conference
and knows that Al-Qaida did attend - although he does not recall
who.  The source advised that the conference was sponsored by the
NIF whereby the Sudanese government was trying to bring business
into Sudan to help support the economy.  According to the source,
it was during this time frame in which the World Bank, European
Banks, and even some Arab governments stopped providing financial
support to Sudan.  As a result of the conference, the source
believes that Bin Laden and Al-Qaida purchased many shares and
became a part owner of the Al-Shamal Islamic Bank, which
according to the source, supported the Dafa Al-Shabi.
Furthermore, Bin Laden and Al-Qaida opened numerous accounts at
the bank to help Al-Qaida and the NIF obtain Letters of Credit to
purchase supplies and conduct business in an effort to support
themselves.  The source recalls accounts being opened by Bin
Laden, Abu Fadl Al-Makki, Abu Hajer, Saad Sharif and the source
himself.  Furthermore, the source advised that Bin Laden and NIF
created their own bank, circa 1991, called Bank Al-Muzare which
translates into "Farmers Bank".

        Finally, the source advised that Abdul Rahim Hamdi was
a member of the NIF.

296. Was the Al Hijra Company in Sudan a business of Al-Qaida?

50

KADI0027127

The source advised that the Al Hijra Comapny was an Al-Qaida business.

297. Who managed the Al Hijra Company in Sudan?

The source advised that circa 1991-92, the Al Hijra Company was managed by Abu Ibrahim Al-Iraqi who the source believes is related to Abu Hajer Al-Iraqi.

298. Was the Wadi Al-Aqiq a business of the organization Al-Qaida?

The source advised that Wadi Al-Aqiq was also an Al-Qaida business and was known as the "Mother Company" since it was the holding company for other Al-Qaida businesses.

299. Who founded the Wadi Al-Aqiq Company?

The source advised that the company was founded circa 1990-91 by the following individuals: Abu Hammam Al-Saudi; Abu Unaith Al-Saudi; Ali Harun, aka Hassan Al-Sudani - who was both NIF and Al-Qaida; and Dr. Abdul Salam Suliman Saad, an NIF member who also managed an NIF Dawa Organization.

300. Where did the funds for the founding of this company come from?

The source advised that all the funds came from Bin Laden.

301. Was Mr. Yassin Al-Kadi a well-known personality in the business world in Sudan?

The source believes that Al-Kadi was a well known personality in the Sudanese business world.

302. Where did Yassin Al-Kadi invest his money in Sudan?

The source advised that he believes Al-Kadi did invest money in Sudan. Although the source is not aware of any specific details involving Al-Kadi, he did advise that in 1995, an individual associated with Al-Kadi named Salah Idriss, purchased

51

KADI0027100

land in Sudan and opened a shipping business that sent livestock
to Saudi Arabia.  According to the source, Idriss, who is either
Sudanese or a Saudi from the Dosari Tribe, was helped by Ali
Harun from Bin Laden's Wadi Al-Aqiq Company to set up the
shipping company.  The source believes that Al-Kadi may have been
involved in this business.

303. Did Yassin Al-Kadi have shares in businesses linked to the
organization Al-Qaida?

The source advised that he is not aware of Al-Kadi
having shares in businesses linked to Al-Qaida.

304. What kind of businesses associated with Al-Qaida was Mamdouh
Mahmoud Salim managing in Sudan?

The source advised that circa 1992-93, Salim helped Abu
Rida Al-Suri with the Al-Ikhlas International Company.

305. What kind of businesses associated with Al-Qaida was Mohamed
Luay Bayazed managing in Sudan?

The source advised that Bayazed was the owner and
manager of Bin Laden's Al-Ikhlas International Company.

306. What kind of businesses associated with Al-Qaida was Abu
Hamman al-Saudi managing in Sudan?

The source advised that Abu Hammam was one of the
founders of the Wadi Al-Aqiq Company which was involved in the
construction of the road which linked Karmuk to Demazine.  (refer
to questions 298 and 299)

307. What kind of business associated with Al-Qaida was Abu
Unaith Al-Saudi managing in Sudan?

The source advised that Abu Unaith was also one of the
founders of the Wadi Al-Aqiq Company.  Furthermore, the source
advised that Abu Unaith worked with Abu Rida Al-Suri, Liwa
(Sudanese military rank of Major General) Ibrahim Suliman and Dr.
Omar Abd Al-Maruf, to create the Dafa Al-Shabi.  According to the
source, these individuals helped fund, purchase weapons and
establish training camps for the Dafa Al-Shabi.

52

308. Did the organization Al-Qaida in Sudan have business dealings with Mr. Yassin Ahmed?

    The source advised that he never heard of Yassin Ahmed.


## Questions concerning businesses in the Balkans

309. In 1993, the Muslim Albanian International Investment Conference was held in Tirana:  Was the organization Al-Qaida also present there?

    The source does not know if Al-Qaida was present at the Muslim Albanian International Investment Conference.


310. The Caravan Development Group (Karavan) of Yassin Al-Kadi supported various charity organizations in the Balkans.  Do you know this company?

    The source advised that he never heard of the Caravan Development Group.


311. One of the important business partners of Yassin Al-Kadi in the Balkans was Dr. Abdul Latif Salah (Saleh).  Do you know this person?

    The source advised that he never heard of Dr. Abdul Latif Salah.


312. Tarek Nasser, Said O.Y. Hourani, Waleed Abu Sheika, Hamza Abu Rayyan used to work for various companies (Alinted, Cavallo, Lojall, Albanian Snacks, Euroinvest) owned by Yassin Al-Kadi in the Balkans.  Do you know these persons and companies?

    The source advised that he is not familiar with these individuals and/or companies.


313. Yassin Al-Kadi's company Lojall in Tirana/Albania was sold. Do you know the new owner, Medhat El-Mazalwy and his company Markata?

KADI0027130

The source advised that he never heard of EI-Mazawy, Lojall or Markata.

314. Yassin Al-Kadi had a project, the Boulevard Towers (Twin Towers) in Albania/Tirana.  Are you familiar with this project?

The source advised that he is not familiar with the Boulevard Towers (Twin Towers) project.

315. The International Islamic Relief Organization (IIRO) allegedly had offices in these Twin Towers.  Mr. Walid S.A. Hamed is alleged to have worked for this organization.  Do you (Source) know this person?

The source advised that he does not know Walid S. A. Hamed.

Questions concerning businesses in Saudi Arabia

316. The first business partner of Yassin Al-Kadi in Saudi Arabia was Kamal Jamjoon.  Do you know Kamal Jamjoon or his family and are there connections with the organization Al-Qaida?

The source advised that the name Kamal Jamjoon sounds very familiar to him but could not recall from where.

317. Qays Julaidan was a business partner of Yassin Al-Kadi in the company Abrar.  Do you know Mr. Qays Julaidan and are there any connections with the organization Al-Qaida?

The source advised that he never heard of Qays Julaidan or the company Abrar.

318. Do you know Mr. Abdullah Alireza and the Yenel Group?

The source advised that he does not know Abdullah Alireza or the Yenel Group.

Questions concerning Istanbul/Turkey

54

319. Did the city of Istanbul play a special strategic role for the organization Al-Qaida?

The source advised that Al-Qaida maintained a guesthouse in Turkey whose Emir was Abu Ahmed Al-Urdani. The source does not know of any other role in which Al-Qaida used Turkey.

320. Did the organization Al-Qaida have representatives in the city of Istanbul?

As stated in question 319, the only Al-Qaida individual the source is aware of in Istanbul was Abu Ahmed Al-Urdani.

321. Did the organization Al-Qaida hold bank accounts in Istanbul?

The source advised that he does not recall Al-Qaida having bank accounts in Istanbul.

322. Did the organization Al-Qaida order goods in Istanbul?

The source advised that he does not recall Al-Qaida ordering goods in Istanbul.

323. Do you (Source) know the company Saglam Construction Limited in Istanbul?

The source advised that he never heard of Saglam Construction Limited in Istanbul.

324. Do you (Source) know Mr. Yavuz Subasi from Istanbul?

The source advised that he never heard of Yavuz Subasi.

325. Do you (Source) know Mr. Mehmet Fatih from Istanbul?

The source advised that he never heard of Mehmet Fatih.

Questions concerning businesses in other countries

55

KADI0027132

326. Did Yassin Al-Kadi have relationships, private or business,
     in Malaysia?

        The source advised that he does not know if Al-Kadi had
business or private relationships in Malaysia.

327. Have you ever heard of the Abrar Group of Yassin Al-Kadi?

        The source advised that he never heard of the Abrar
Group.

328. Did Yassin Al-Kadi have businesses in Pakistan or
     Afghanistan?

        Other than supporting jihad, the source advised that he
is not aware of Al-Kadi having any businesses in Pakistan and
Afghanistan.

Finance Questions

329. Was Yassin Al-Kadi directly involved in the financing of Al-
     Qaida?

        The source advised that he believes that Al-Kadi was
directly involved in financing Al-Qaida based on his (Al-Kadi's)
visit and stay at Bin Laden's guesthouse in Khartoum and because
of the ties between Al-Qaida and Al-Haramain.  (refer to
previously answered questions concerning Al-Kadi)

330. Did Yassin Al-Kadi support the purchase of weapons, jihad
     wars or attacks of the organization Al-Qaida?

        The source believes that Al-Kadi supported the purchase
of weapons, jihad wars and attacks of Al-Qaida because of Al-
Kadi's direct involvement in supporting jihad.  (refer to
previously answered questions concerning Al-Kadi)

331. Did you personally manage or receive, directly or
     indirectly, funds from Yassin Al-Kadi?

        The source advised that he never received funds
directly from Al-Kadi.  However, the source advised that he did
receive money and train tickets from Al-Haramain to directly

56

KADI0027133

support and pay for his trip to Europe, mainly Zagreb, Croatia, in 1992.  The source reiterated that this tasking came directly from Bin Laden, Abu Fadl Al-Makki and Abu Hajer Al-Iraqi.

332. Did the organization Al-Qaida have business dealings with companies of Yassin Al-Kadi?

        The source advised that he does not recall Al-Qaida having any business dealings with companies belonging to Al-Kadi.

333. Who managed the funds of Yassin Al-Kadi in Afghanistan, Pakistan, Sudan, Bosnia, Croatia, Albania and other countries?

        The source advised that in Afghanistan and Pakistan, Al-Kadi and Prince Turki Al-Faisal financially supported the Jamil Al-Rahman Group (supra question 95).  The source advised that Jamil Rahman is an Afghani national who was originally under Gulbadin Hekmatyar.  The group maintained one guesthouse in Islamabad and one guesthouse in Peshawar which were run by Abu Abdallah Al-Damami and Abu Amran, both from Saudi Arabia. Furthermore, the source advised that the Jamil Al-Rahman Group also maintained a training camp in the Konar State of Afghanistan.  The time frame referred to by the source is 1988 through 1992 whereby he stated that this was common knowledge among the mujahideen and Al-Qaida members such as Abu Amran Al-Saudi, Abu Osama Al-Sudani, Abu Abdallah Al-Damami, Abu Hadiya Al-Sudani and Abu Yahya Al-Sudani who was a weapons trainer at the Konar Camp.  In regards to the guesthouses, the source advised that circa 1990, he and other Al-Qaida members stayed at the Islamabad guesthouse for three days while renewing his Sudanese passport in Islamabad.

        As discussed previously, the source advised that the funds in Sudan were managed by the Muwafaq Organization and the Dafa Al-Shabi.  With regards to Bosnia and Croatia, the source believes that the funds went through Al-Haramain.  Finally, the source advised that he is not aware of any ties to Albania.

334. Where did the funds at the disposal of Yassin Al-Kadi come from?

        As answered previously, the source advised that the money at Al-Kadi's disposal came from donations from Saudi Arabia as well as other Gulf countries.

57

335. What kind of relations did the organization Al-Qaida have with the Shamal Islamic Bank in Khartoum?

Refer to question 295.

336. In the early 1990s, Yassin Al-Kadi transferred several million US$ to the Shamal Islamic Bank in Khartoum. Do you know what happened to this money?

The source advised that he is not aware of this transaction.

337. Did the organization Al-Qaida have accounts at or shares in the Al-Barakah Bank in London and elsewhere?

The source advised that the he does not know if Al-Qaida maintained accounts or owned shares of the Al-Barakah Bank in London. However, the source remembered hearing that the owner of the bank, Sheikh Saleh Camil, was a supporter of Bin Laden and Al-Qaida. Furthermore, the source believes that the building used by Bin Laden's Al-Ikhlas Company was owned by the bank and leased by Al-Qaida and Abu Rida Al-Suri.

338. Did the organization Al-Qaida have accounts at or shares in the Faisal Finance Bank?

The source advised that he does not know if Al-Qaida had any accounts or owned any shares in the Faisal Finance Bank.

339. Did Al-Qaida have an account at the Faisal Finance Bank in Peshawar?

The source advised that he does not know if Al-Qaida had any accounts at the Faisal Finance Bank in Peshawar.

340. Do you know the bank employee named Sayed Hassan, who is or was working for the Faisal Finance in Geneva/Switzerland?

The source advised that he never heard of Sayed Hassan.

58

KADI0027135

341. Which methods were used for the transfer of funds to the organization Al-Qaida (hawala, courier, money transfers via charity organizations, money transfer via companies, bank transfers, etc.)?

The source advised that Al-Qaida used all the methods listed to move money.

342. Did Yassin Al-Kadi also use such methods in order to have money transferred to the organization Al-Qaida?

The source believes that Al-Kadi also used these methods to transfer money to Al-Qaida.

343. Did Yassin Al-Kadi have bank accounts in Pakistan, Afghanistan, Sudan, Bosnia or other countries?

The source advised that he does not know if Al-Kadi had bank accounts in these countries.

344. Did Yassin Al-Kadi bring money to Sudan?

Although the source never witnessed any transactions, he believes that Al-Kadi was involved in bringing money to Sudan.

345. How, where, and when, and to whom in Sudan did Yassin Al-Kadi bring the money?

Not applicable as per question 344.

346. Did Yassin Al-Kadi bring money to Pakistan?

The source advised that he does not recall but reiterated the fact that Al-Kadi and Prince Turki Al-Faisal supported the Jamil Al-Rahman Group in Pakistan and Afghanistan.

347. How, where and when, and to whom in Pakistan did Yassin Al-Kadi bring the money?

Not applicable as per question 346.

KADI0027136

348. Did Yassin Al-Kadi bring money to Afghanistan?

　　　　Refer to the answer of question 346.　The source advised that Pakistan was the logistical center for the work being done in Afghanistan.

349. How, where and when, and to whom in Afghanistan did Yassin Al-Kadi bring the money?

　　　　Refer to the answer of question 346.

350. Did Yassin Al-Kadi bring money to the Balkans?

　　　　The source believes that Al-Kadi brought money to the Balkans through the Al-Haramain Organization.

351. How, where and when, and to whom in the Balkans did Yassin Al-Kadi bring the money?

　　　　Refer to the answer of question 350.

352. In approximately 1998, Yassin Al-Kadi sent large sums by bank transfer to Wael Hamza Julaidan.  Had Yassin Al-Kadi financially supported Wael Hamza Julaidan even before then?

　　　　The source advised that he is not aware of Al-Kadi personally supporting Julaidan.

353. Who kept the books of the organization Al-Qaida?

　　　　The source advised that many individuals kept the books for Al-Qaida including Abu Fadl Al-Makki, Abu Hammam Al-Saudi, Abu Unaith Al-Saudi, Abu Hajer Al-Iraqi, Dr. Sharif El-Din Ali Muhktar, Khalid Ali Walid and Ali Harun in Pakistan.

354. Who decided to what end the money was to be used within the organization Al-Qaida?

　　　　The source advised that Al-Qaida's Financial Committee always made the decisions as to how Al-Qaida's money was to be used with Bin Laden having the final say in all the major

KADI0027137

decisions. The source advised that the Financial Committee consisted of the following individuals: Bin Laden; Abu Fadl Al-Makki; Abu Mohammed Al-Saudi (true name Saad Al-Sharif); Abu Hajer Al-Iraqi; Abu Ibrahim Al-Iraqi; Abu Ayoub Al-Iraqi; Abu Hafs Al-Masri; Abu Obaidah Al-Banshiri; Wadih El-Hage; Abu Abdallah Al-Yemeni; Abu Amjed; Abu Baraa; and Abu Hammam Al-Saudi.

355. Did the organization Al-Qaida have outside consultants for financial matters?

The source advised that Bin Laden liked to discuss financial matters with others before making decisions involving large amounts of money, however, he does not know if Bin Laden ever went outside of Al-Qaida for consultation.

356. Did the organization Al-Qaida have outside consultants for other matters?

The source advised that Al-Qaida used outside consultants for legitimate business transactions and to obtain road building expertise .

357. Were the profits of the individual companies associated with Al-Qaida earmarked for specific purposes or were the profits also used for the purchasing of weapons, the financing or wars or attacks?

The source advised that all the money associated with the Al-Qaida companies was used to support Bin Laden and the Al-Qaida agenda in every way.

358. Did the organization Al-Qaida or any of its members have connections or contacts to the Swiss financial center?

The source advised that he does not recall if Al-Qaida had any contacts or connections to the Swiss financial center.

Presentation of photographs

359. Which persons are on the photographs number 1 to 19?

61

KADI0027138

The referred to photographs were shown to the source during a previous debriefing which occurred on 7/14/2004. Enclosed is a CD containing all the slides shown to the source during this debriefing.   The following is the Swiss numbered photograph with the corresponding slide in order to locate source remarks during the 7/14/04 debriefing:

a) Swiss photograph number 1 corresponds to CD slide 259;

b) Swiss photograph number 2 corresponds to CD slide 251;

c) Swiss photograph number 3 corresponds to CD slide 238;

d) Swiss photograph number 4 corresponds to CD slide 261;

e) Swiss photograph number 5 corresponds to CD slide 235;

f) Swiss photograph number 6 corresponds to CD slide 252;

g) Swiss photograph number 7 corresponds to CD slide 211;

h) Swiss photograph number 8 corresponds to CD slide 265;

i) Swiss photograph number 9 corresponds to CD slide 228;

j) Swiss photograph number 10 corresponds to CD slide 203;

k) Swiss photograph number 15 corresponds to CD slide 270;

l) Swiss photograph number 19 corresponds to CD slide 299 - the source advised that the second person from the left (sitting next to the podium) is El-Fatih Abu Hassanian (supra) and not Asam Al-Bashir as written in Arabic above his photograph.   The source advised that Al-Bashir's full name is Esam Ahmed Al-Bashir and that he is actually Sudan's Secretary of Religion and religious adviser to Sudanese President Omar Al-Bashir.   Furthermore, the source advised that Esam Al-Bashir is his (source's) cousin and that he does, in fact, look like Hassanian.

m) The Swiss also provided photographs numbered 23, 24 and 25 (not part of the CD) which the source advised all looked familiar but could not recall.

In addition to the photographs labeled 1 through 25, the Swiss authorities forwarded 156 photographs relative to the "Muslim Brotherhood 1993".  All the photographs were shown to the source with the following results:

62

Photograph marked 1 - The source advised that the person on the far right wearing glasses is Kadi Hussain Ahmed, leader or Emir of Gama Al-Islamiya of Pakistan (Islamic Group of Pakistan). The source advised that he is close to Sukh Sharif (phonetic), the brother of Nawaz Sharif, the former President of Pakistan. Furthermore, the source advised that Ahmed is also close to Bin Laden and Hamid Gul, the former head of the Pakistani ISI.

The source advised that circa 1991, a white American, (FNU)(LNU), who source believes was a member of Al-Qaida, was arrested in Peshawar for throwing a flash-bang grenade into a bank in retaliation resulting from a confrontation between a bank teller and (FNU)(LNU's) wife who was wearing a veil and trying to cash a check. Subsequent to the arrest, Abu Hafs Al-Masri told the source, Abu Khatada Al-Libi and Abu Abdurrahman Al-Masri to see Kadi Hussain Ahmed in Lahore about (FNU)(LNU). Approximately 10 days after seeing Ahmed in Lahore, (FNU)(LNU) was released from jail. Finally, the source advised that (FNU)(LNU) was a trainer at Bin Laden's Jawher Camp. The source advised that (FNU)(LNU) was also good with computers and helped produce an Al-Qaida newspaper called Nashrat Al-Khabar.

Photograph marked 2 - the source advised that the older bald individual with the white beard is Mustafa Mashur (phonetic), head of the Muslim Brotherhood of Egypt. Circa 1991-92, Mashur attended an NIF sponsored meeting in Khartoum called Al-Muhktamir Al-Shabi Al-Arabi Al-Islami. According to the source, this meeting was attended by Bin Laden, George Habbash - leader of Christian Palestinian Group, Hamas leaders, Hezbollah leaders and Iraqi Ba'ath Party members. According to the source, the Hezbollah members were some of the same individuals who set up the training for the eight or nine Al-Qaida members who received explosives training in Lebanon from Hezbollah.

Photograph marked 4 - the source advised that the individual depicted in this photograph is Kadi Hussain Ahmed.

Photograph marked 5 - the source advised that the individual on the right is a Sudanese individual named Yasin Omar Al-Imam who was one of the founders of the NIF. The source further advised that Al-Imam held most of the NIF money and helped facilitate Al-Qaida's purchase of the Khartoum Tannery in 1991.

Photograph marked 27 - the source advised that the individual on the far right is Kadi Hussain Ahmed.

Photograph marked 28, 29 and 30 - same as 27.

63

KADI0027140

Photograph marked 32 - the source advised that the individual wearing the brown cold weather kufi with glasses in Kadi Hussain Ahmed.

Photograph marked 33 - same as 32.

Photograph marked 34 - the source advised that the individual on the far right, profile view, is that of Mustafa Mashur.

Photograph marked 36 - the source advised that this photograph depicts both Mustafa Mashur and Kadi Hussain Ahmed.

Photograph marked 48 - the source advised that the bald individual with the beard is Mustafa Mashur.

Photograph marked 51 - the source advised that this is another photograph of Mustafa Mashur.

Photographs marked 54 and 55 - the source advised the that tall individual standing to the left of Mustafa Mashur is an individual who looks familiar to source.

Photograph marked 60 - the source advised that the individual walking towards the camera wearing a whits jacket looks like Gulbadin Hekmatyar.

Photograph marked 65 - the source advised that the individual on the right wearing the white shirt looks like Yasin Al-Kadi.

Photograph marked 66 - the source advised that the individual on the right is Kadi Hussain Ahmed and the individual on the left (profile view) may be Yasin Al-Kadi.

Photograph marked 67 - the source advised that the individual depicted in this photograph is Ahmed Ali Al-Imam, an NIF member who may have finished college in the United Kingdom and ran a mosque in London.

Photograph marked 68 - the source advised that this is a photograph of Kadi Hussain Ahmed and Mustafa Mashur.

Photograph marked 69 - the source advised that the this is also a photograph of Kadi Hussain Ahmed, Mustafa Mashur and the individual on the far right looks familiar to the source although he could not recall from where.

Photograph marked 70 - the source advised that the individual on the far left is Yasin Omar Al-Imam.

64

Photograph marked 71 - the source advised that this photograph depicts Mustafa Mashur and Kadi Hussain Ahmed.

Photograph marked 77 - the source advised that the individual depicted in this photograph is possibly Abu Shanid Al-Falastini, a Palestinian who was the Emir of the Khalid Ibn Walid Camp.

Photograph marked 83 - the source advised that the individual depicted in the photograph looks familiar and may be that of Zaydan (LNU), a former Al-Qaida member who left the group in 1995 and is currently a reporter for Al-Jazera. The source further advised that Zaydan was one of the early mujahiden fighters to come to Afghanistan and that he was approximately 16 years old. Finally, the source advised that Zaydan was personally close to Bin Laden and friendly with Azmari, Abu Zubair and a Bin Laden cousin named Shafiq.

Photograph marked 88 - the source advised that the taller individual on the left may possibly be an Algerian who went by the name Abu Yasir Al-Gizari (the Algerian) or Abu Yasir Al-Sagir (the younger).

Photograph marked 89 - same as 88.

Photograph marked 90 - same as 88 with Abu Yasir on the left.

Photograph marked 94 - the source advised that this individual looks familiar to him as someone from Yemen whose name and background he could not recall.

Photograph marked 98 - the source advised that the individual in the middle with the beard and his hands stretched out may be the former Prime Minister of Afghanistan Burhan Aldin Rabani.

Photograph marked 104 - the source advised that the second person from the right (individual looking towards the photographer) looks familiar but he could not recall from where.

Photograph marked 106 - the source advised that the individual in this photograph looks familiar although he could recall from where.

Photograph marked 123 - the source advised that this is another photograph of Kadi Hussain Ahmed.

Photographs marked 127, 128 and 129 - the source advised that the individual depicted in these photographs look like Mustafa Mashur.

65

Photograph marked 141 - the source advised that the second individual from the right wearing the black kufi is Burhan Aldin Rabani.

Photograph marked 146 - the source advised that the individual on the far left Kadi Hussain Ahmed and next to him is Burhan Aldin Rabani followed by Alif Adin Al-Turabi, the head of the Kashmiri Islamic Group. Next to Al-Turabi, wearing white, is Yasin Omar Al-Imam. The source advised that all three individuals have a strong relationship with Bin Laden.

Photograph marked 147 - The source advised that is another photograph of Mustafa Mashur.

Photograph marked 148 - as photograph 146, the source advised that this photograph is of Kadi Hussain Ahmed, Burhan Aldin Rabani and Alif Adin Al-Turabi.

Photograph marked 149 - the source advised that this individual looks very familiar but could not recall from where.

Photographs marked 150 and 151 - the source advised that these are photographs of Yasin Omar Al-Imam.

Photograph marked 152 - the source advised that this is another photograph of Mustafa Mashur.

Photograph marked 153 - the source advised that this is another photograph of Burhan Aldin Rabani.

Photograph marked 155 - the source advised that this individual may be Kadi Hussain Ahmed's secretary who is from Pakistan and speaks very good Arabic. The source could not recall his name.

66