# EXHIBIT T

**AUDI RED CRESCENT**

FOR AFGHAN REFUGEES

IN PAKISTAN

P.O.Box 347

PESHAWAR

Tele: 42207 / 41488



جمعية الهلال الاحمر السعودي
للمهاجرين الافغان
المركز الرئيسي
ص ب رقم ٣٤٧
بشاور
تلفون ٤١٤٨٨ ـ ٤٢٢٠٧

D.O.No __3374__.
Dated __2-10-1988__.

My dear Khattak Sahib!

Assalamoalaikum Wa Rehmatullah Wa Barakatuhu!

I am enclosing herewith a formal request of Lajnat Al Bir Al Islamiah of the World Assembly of Muslim Youth ( WAMY ) to be registered as Voluntery Agency by SAFRAN for Afghan Refugees in N.W.F.P. Peshawar.

Being well aware of its goals and extra ordinary achievements which WAMY has been performing for Muslim Ummah since 1972. I strongly recommend and request to kindly use your good offices to help this society in getting Registeration from Govt of Pakistan at earliest in the interest of Muslim Ummah as well as Afghan Refugees.

With best regards!

Sincerely yours

( ET H. a. far )

g ( Rtd) Fahimullah Khattak.
Commissioner,
for Refugees, N.W.F.P.
Peshawar.

A - Above

CONFIDENTIAL

WAMYSA063930

Office of the
Commissioner Afghan Refugees,
NWFP, Peshawar.

No.CAR/Dev:-189/ 180 74

Dated Peshawar the 25/5/1989.

To,

The President
Saudi Red Cresent
P.O. Box 347,
Peshawar.

Subject:- REGISTRATION OF LAJNAT AL-BIRR AL-ISLAMIAH.

Memo:-

Reference your letter No.3274 dated the 2-10-1989.

It is to inform you that the Government of Pakistan
in States and Frontier Regions, Islamabad have regretted its
in-ability to accord it approval to the proposal of Lajnat-
Al-Birr Al-Islamiah.

( SAEED AHMAD AKHTAR )
Additional Commissioner (R)
Afghan Refugees, NWFP; Pesh:

No.CAR/Dev:-189/_____  Dated _____/5/1989.

Copy forwarded for information to :-

1. Deputy Commissioner (R) Afghan Refugees Peshawar.

2. Project Director (Health) Afghan Refugees Peshawar.

Sd/-
( SAEED AHMAD AKHTAR )
Additional Commissioner (R)
Afghan Refugees, NWFP; Pesh:

CONFIDENTIAL

WAMYSA063931