# EXHIBIT Z



Nov. 12, 2002

Mr. Martin:

Ayadi Chafiq bin Muhammad is considered by the U.S. to be a significant Al
Qaeda figure. He was listed as a Specially Designated Global Terrorist on Oct.
12, 2001. He is a former employee of Muwaffaq in Munich. His relationship to
Mr. Qadi, and the payment I asked about, are discussed in the article below
from Al-Sharq al-Awsat. Glenn R. Simpson


Article Id: GMP20011023000085
Document Id: 0glrji100kkabi
Insert Date: 10/25/2001
Purge Date: 11/08/2003
Publish Date: 10/23/2001
Publish Region: Near East & South Asia
Lines: 170

Title: Saudi Businessman Al-Qadi Rules Out Suspect Ayadi's Link to al-Qa'ida

Document Number: FBIS-NES-2001-1023
Document Type: Daily Report
Document Title: FBIS Translated Text
Document Region: Near East/South Asia, East Europe, The Americas
Document Date: 23 Oct 2001
Division: South Asia, Balkan States, Arabian Peninsula, North America
Subdivision: Afghanistan, Bosnia-Herzegovina, Croatia, Pakistan, Saudi Arabia,
United States
Sourceline: GMP20011023000085 London Al-Sharq al-Awsat in Arabic 23 Oct 01 p 6
AFS Number: GMP20011023000085
Citysource: London Al-Sharq al-Awsat
Language: Arabic
N/A
Subslug: Report by Muwaffaq al-Nuwaysir

[FBIS Translated Text]     The name of Saudi businessman Yasin al-Qadi was
on a list of 39 personalities and establishments, which US authorities
say have links to the financing of al-Qa'ida organization. Al-Qadi has
said it is unlikely that Chafik Ayadi, director of Muwaffaq Charity
Foundation in Bosnia, has any suspicious relationship with any terrorist
party. US reports had linked Al-Qadi, in his capacity as chairman of
Muwaffaq Charity Foundation, with al-Qa'ida organization, led by Usama
Bin Ladin, through Ayadi, a Tunisian national, who was director of the
Foundation's Bosnia office, which was closed a few years ago.

    Sources have told Al-Sharq al-Awsat that before joining Muwaffaq
Charity Foundation, Ayadi had worked at the Muslim World League's
engineering office in Pakistan, specifically after his return form Saudi
Arabia, where he received treatment for wounds he sustained in the Afghan
war against the Soviets.

    Al-Sharq al-Awsat interviewed Al-Qadi at his office in Jedda
yesterday. He said his relationship with Ayadi began in 1993,
specifically after the opening of Muwaffaq Charity Foundation's office in
Bosnia. He added that the idea of Muwaffaq Charity Foundation was
conceived by a group of Saudi businessmen, who felt that they could play
an important role in providing material and moral support to their
disaster-stricken Muslim brothers in several areas of conflict. The

KADI0089820

Foundation set up special offices in Bosnia affiliated with the Croatian
Islamic Center. Al-Qadi noted that in view of the sound position of the
Foundation and other organizations, which were operating in Bosnia at the
time, they won the appreciation and support of the United Nations, which
provided them with financial assistance worth around $2 million in 1997
to finance their humanitarian activities. He denied that his charity
foundation was established for investment purposes, or became an
investment firm, during the period of its work in Bosnia, which actually
began in 1992 or 1993, specifically after the conflict broke out in
Bosnia-Herzegovina, and until it was no longer needed after the incidents
ended.

The Saudi businessman said he first met Ayadi in 1993, specifically
when he was nominated [as the new director of Muwaffaq Charity
Foundation's office in Bosnia] by Wa'il Julaydan, former director general
of the Muslim World League's office in Pakistan, after Muwaffaq Charity
Foundation terminated the employment of its former director--a Bosnian
resident.

Moreover, in a telephone contact [Al-Sharq al-Awsat made] with Wa'il
Julaydan, he said he first met Ayadi after the latter arrived in Pakistan
from Saudi Arabia, where he received treatment for wounds he sustained in
Afghanistan, and joined voluntary work for the Muslim World League's
engineering section, which is responsible for constructing mosques and
digging water wells. Julaydan added that he nominated Ayadi [as director
of Muwaffaq Charity Foundation's office in Bosnia] after the latter
requested his mediation to find him a job in any European charity party
away from Afghanistan, which had just emerged from its war with the
Russians to engage in another ethnic war. Meanwhile, Julaydan said, he
learned about the opening of an office for Muwaffaq Charity Foundation in
Bosnia and that its chairman, Yasin al-Qadi, a friend of the family, was
looking for a new director for the Bosnia office after its director was
relieved of his post. Therefore, Chafik Ayadi was immediately nominated
for this post in view of his long experience and practice in voluntary
work.

Al-Qadi confirmed this, saying: "Julaydan's nomination of Ayadi was
not wrong, since he demonstrated great efficiency in this kind of work. I
can say that he is one of the best people I have worked with in
charitable activities. During his work, he managed to provide great
services to Bosnian Muslims. In addition, he won the confidence of
government officials, led by the then Bosnian President Alija Izetbegovic
and members of his government. On many occasions, Ayadi was the main link
between the Saudi Standing Committee for the Collection of Donations for
Bosnia-Herzegovina and needy people there."

Al-Qadi pointed out that neither he nor any of the workers in Bosnia
noticed any signs of religious fanaticism on Ayadi, or that he was one of
those who accuse others of infidelity and who emerged at the time, since
he was very quiet, honest, and devoted to his work. He said the
Foundation's activities included giving free courses in computer and
languages to Bosnian men and women to rehabilitate them to engage in
civilian work, and also teaching them sewing and knitting. In addition,
the Foundation bore the expenses of dozens of young men and women in
Malaysia to complete their studies there. Several charitable projects
were also launched, like setting up farms for growing mushrooms and
raising fish for needy people.

Al-Qadi went on: "Ayadi was kidnapped by the Serbian forces while
performing his relief work. Everybody in Saudi Arabia and Bosnia thought
that he died. But, a few months later, I received a telephone call from

KADI0089821

Chafik, in which he said that he was alive and that the Serbian forces demanded a ransom of 50,000 deutsche marks to release him; otherwise, he would be killed. Therefore, I immediately authorized the secretary at the office in Bosnia, a Sudanese national named Ubayd, to pay the required sum from the account of the Foundation's office and to deliver it to the Serbian forces to release him."

Al-Qadi said it is unlikely that any European forces had intervened to secure the release of Ayadi. He added that during the period of the office's work in Bosnia, he--personally, without any connection with the charity foundation--bought the bank (Depozita Banka) for only 100,000 deutsche marks for the purpose of investing in this sector after the end of the Bosnia war. He said his hunch proved to be right. This bank is now one of the banks operating under the umbrella of the Bosnian regime and is governed by the laws of the Central Bank of Bosnia. The bank's financial statements are examined by a specialized US auditing firm. A group of Saudi and Bosnian businessmen now owns the bank.

On the method of registering the bank, Al-Qadi said out of the desire to expedite the process of registration, the bank was first registered in the name of a Bosnian person. The shares were registered under several names, including Chafik Ayadi, "since he was the only person we had contacts with in Bosnia, and we trusted him. However, some time after the end of the incidents and the return of stability to the region, all the shares were reregistered in my own name."

Al-Qadi attributes the termination of Ayadi's employment to the end of the Bosnia incidents and the fact that there was no need to keep relief organizations, all of which were closed. Ayadi then engaged in banking work, in which he did not excel or succeed at all.

Pakistani national Soheyl Siddiqi, general manager of Depozita Banka confirmed this. In a telephone contact Al-Sharq al-Awsat made with him at his place of work in Zagreb, Siddiqi said he worked with Ayadi for almost two years. He added: "Due to the fact that he had a high-school diploma, and because his previous experience was confined to charitable work, we could not benefit from him as required. Therefore, his employment was terminated at the request of Yasin al-Qadi."

Siddiqi said: "There was a minor dispute over the rights [severance pay] of Ayadi, who was expecting a larger sum than the one he received." He noted that the dispute was over a sum of 100,000-150,000 deutsche marks. When the matter was not settled according to Ayadi's desire, he decided to move to London. Therefore, we lost contact with him. I held another contact with Al-Qadi to reach a settlement on this sum with him. Al-Qadi told me that Ayadi demanded a larger sum than the one he deserved in line with the effective law at the time in return for his work in the charity foundation, his abduction, and the fact that he faced the risk of death.

[Description of Source: London Al-Sharq al-Awsat in Arabic -- Influential Saudi-owned London daily providing independent coverage of Arab and international issues; editorials reflect official Saudi views on foreign policy.]

THIS REPORT MAY CONTAIN COPYRIGHTED MATERIAL.   COPYING AND DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS.
Inquiries may be directed to NTIS, US Dept. of Commerce.

KADI0089822