# EXHIBIT FF

CARAVAN LTD ISTANBUL                     PAGE 01

وائـــل حمــزة جليـــدان
Wael Hamzah Jelaidan

للخدمات التجارية
Trading Services

Date 19-5-98

To:

Faisal Fainance

Mr. Syed Hassan

Please, transfare The amount of ($50,000/-) fifty thousands U.S. dollars from my account at your bank to the account # (█0377) at Faisal finance Istanbul, Turky.

Thanks --

Wael H. Jelaidan

Faisal Finance (Switzerland) S.A.
SIGNATURE CONFORME

جدة - شارع الاندلس - مقر شركة المدينة - ص.ب ١٤٣٦ جدة ٢١٤٣١ - هاتف ٦٦٠٨٨٧١ / ٦٦٥٤٤٣٧ تحويلة ١٥٣ - فاكس ١٦٦٧١٩٦٤(٢-٩٦٦)
Jeddah - Alandalos St. - M. C. C. Bldg - P.O.Box 1436 Jeddah 21431 - Tel. 6608871 / 6654437 Ext. 153 Fax (966-2)6671964

20

00010689                                                                                        DOJ AR - 002263

KADI0004402