# EXHIBIT JJ

# UNITED STATES DEPARTMENT OF THE TREASURY

HOME | CONTACT TREASURY | SITE INDEX | FOIA | ESPAÑOL | ACCESSIBILITY | PRIVACY & LEGAL

**TERRORISM AND FINANCIAL INTELLIGENCE**

- News
- Direct Links
- Key Topics
- Press Room
- Organization
- Offices
  - Domestic Finance
  - Economic Policy
  - General Counsel
  - Information and Technology Management
  - International Affairs Management
  - Public Affairs
  - Tax Policy
  - Terrorism and Financial Intelligence
    - Office of Foreign Assets Control
    - Designation Lists & Financial Advisories
    - Publications and Legislation
    - Programs and Initiatives
  - Treasurer
- Bureaus
- Education

## Key Issues

Protecting Charitable organizations

< BACK

*To view or print the PDF content on this page, download the free Adobe® Acrobat® Reader®.*

**Additional Background Information on Charities Designated Under Executive Order 13224**

*To view or print the PDF content on this page, download the free Adobe® Acrobat® Reader®.*

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**P**

**The Palestinian Association in Austria (PVOE)**

**U.S. Designation Date:** August 22, 2003

**Background:** The Palestinian Association in Austria (PVOE) is controlled by the leader of HAMAS in Austria. Like other HAMAS-affiliated charities, the money is targeted to support members of HAMAS and is funneled through other charities in Lebanon, the West Bank and Gaza or other areas of the Middle East in order to obscure the transfer of funds while ensuring they reach intended HAMAS recipients.

**AKAs:** Palestinian Union in Austria
Palestinian League in Austria
Palaestinaenser Verein
Palaestinaenserverein Oesterreich
Palaestinensisch Verband Oesterreich
Palaestinensische Vereinigung
Palaestininiensische Bereinigung
Palestine League
Palestine Union
Palestinensische Ver In Sterreich
PALESTINIAN ASSOCIATION
Palestinian Association
Palestinian League in Austria
Palestinian Organization
Palestinian Union
Palestinian Union in Austria
Palestinische Vereinigung
PVOE

For Additional Information: http://www.treas.gov/press/releases/js672.htm

**R**

**Rabita Trust**

**U.S. Designation Date:** October 12, 2001

**UN Designation Date:** October 17, 2001

**Background:** Rabita Trust is a Pakistani non-governmental organization (NGO) designated for its close ties to senior al Qaida leadership and for providing logistical and financial support to al Qaida. In February 2000, Wa'el Hamza Julaidan was appointed to the Board of Trustees of the Rabita Trust and served as its Director General. Julaidan was jointly designated on September 6th, 2002 by Saudi Arabia and by the United States under Executive Order 13224. Julaidan is a Saudi citizen and a close associate of Usama bin Laden, having fought with bin Laden in Afghanistan in the 1980s. Bin Laden himself acknowledged his close ties to Julaidan during a 1999 interview with al-Jazeera TV. Julaidan is also linked to Makhtab al-Khidamat as well as al Qaida lieutenants Ayman al-Zawahiri, Abu Zubaida, and Mohammed Atef.

For Additional Information: http://www.treas.gov/press/releases/po3397.htm

### Revival of Islamic Heritage Society - Pakistan and Afghanistan Branches

**U.S. Designation Date:** January 9, 2002

**UN Designation Date:** January 11, 2002

**Background:** The Revival of Islamic Heritage Society (RIHS) is a Kuwaiti-based non-governmental organization (NGO). Its operations in Pakistan and Afghanistan have been affiliated with the Afghan Support Committee (ASC), an organization that has funded bin Laden and al Qaida. As a result, the RIHS Pakistan and Afghanistan branches were designated under Executive Order 13224 on January 9th, 2002. The Peshawar, Pakistan office director for RIHS is Abd al-Muhsin Al-Libi, who also serves as the ASC manager in Peshawar and was also designated under EO 13224 on January 9th, 2002. Al-Libi has provided Usama bin Laden and his associates with facilities in Peshawar, and has carried money and messages on behalf of UBL. The Pakistan office defrauded RIHS donors to fund terrorism. In order to obtain additional funds from the Kuwait RIHS headquarters, the RIHS office in Pakistan padded the number of orphans it claimed to care for by providing names of orphans that did not exist or who had died. Funds then sent for the purpose of caring for the non-existent or dead orphans were instead diverted to al Qaida terrorists. There is no evidence at this point that this financing was done with the knowledge of RIHS in Kuwait.

**AKAs:** Jamia Ihya ul Turath
Jamiat Ihia Al- Turath Al-Islamiya
Revival of Islamic Society Heritage on the African Continent

For Additional Information: http://www.treas.gov/press/releases/po909.htm

**S**

### The Sanabil Association for Relief and Development

**U.S. Designation Date:** August 22, 2003

**Background:** The Sanabil Association for Relief and Development (Sanabil), based in Sidon, Lebanon, receives large quantities of funds raised by major HAMAS-affiliated charities in Europe and the Middle East and, in turn, provides funding to HAMAS. For example, Sanabil has received funding from the Al Aqsa Foundation; the Holy Land Foundation for Relief and Development, and Interpal. Like other HAMAS-affiliated charities, Sanabil is used by HAMAS to recruit permanent members from the religious and the poor through the extension of charity. At the request of a HAMAS political leader,

BUR-PEC-010852

Sanabil began opening offices in all of the Palestinian refugee camps in Lebanon in August of 2001 in order to increase the foundation's role inside the camps.

For Additional Information: http://www.treas.gov/press/releases/js672.htm

**Stichting Benevolence International Nederland (BIF a/k/a)**

U.S. Designation Date: January 23, 2003

Background: See Benevolence International Foundation.

T

**Taibah International (Bosnia)**

U.S. Designation Date: May 6, 2004

UN Designation Date: May 11, 2004

Background: Taibah International in Bosnia has significant ties to the Global Relief Foundation (GRF), which initially operated in Bosnia under the auspices of Taibah. Up until 1996, Muhamed El Nagmy, the registered leader of GRF, was also working with Ahmed Abdul Kerim as joint leaders of Taibah International. By December 2001, El Nagmy, still listed as the leader of GRF, was working in the Taibah office in Travnik. Additionally, the acting director of Taibah in Bosnia, Ali Hamid El Tayeb, again in December 2001, confirmed that El Nagmy was responsible for bringing financial support to Taibah International while holding the position as the Bosnia representative of GRF. A former employee of Taibah International was a member of Ayadi Chafiq Bin Muhammad's network, who was designated by the Treasury Department on October 12, 2001.

AKAs: Taibah International Aid Agency
Taibah International Aid Association
Al Taibah, Intl.
Taibah International Aide Association

For Additional Information: http://www.treas.gov/press/releases/js1527.htm

U

**Ummah Tameer E-Nau (UTN)**

U.S. Designation Date: December 20, 2001

UN Designation Date: December 24, 2001

Background: Ummah Tameer-e-Nau (UTN) has provided material support and otherwise facilitated the activities of terrorists and terrorist-related organizations. UTN is a non-governmental organization (NGO) that was founded by Bashir-ud-Din Mahmood. Mahmood established UTN after leaving Pakistan's Atomic Energy Commission (PAEC) in 1998, where he most recently served as Director for Nuclear Power and was the chief designer and director of Pakistan's Khushab Atomic Reactor. Mahmood was also a pioneer in setting up Pakistan's uranium enrichment program. Mahmood is a supporter of the Taliban – once describing the Taliban as the "ideal Islamic state". He purportedly established UTN to rebuild Afghanistan's infrastructure and raise money to develop the Taliban-held areas of Afghanistan. UTN reportedly had the personal support of Mullah Omar and close ties to his Taliban regime.

BUR-PEC-010853

U.S. Treasury - Office of Terrorism and Financial Intelligence (TFI)

UTN's real objective was to assist the Taliban and UBL and his al Qaida terrorist network in developing high-tech weapons. Mahmood is reported to have showed a willingness to help produce weapons grade plutonium and enriched uranium for the Taliban. During UTN visits to Afghanistan, Mahmood met with bin Laden and al Qaida leaders and discussed nuclear, chemical and biological weapons. Other prominent Pakistani scientists, retired military officers, and industrialists joined UTN: Abdul Majeed, a former high ranking official at PAEC and an expert in nuclear fuels; Mirza Yousaf Baig, a senior scientist and the owner of a construction company; Humayan Niaz, a retired navy officer in the electrical engineering division; S.M. Tufail, an industrialist; retired navy commander Arshad Chaudhry; and Mohammed Hanif. UTN funding has also been linked to Al Rashid Trust, a charity with ties to al Qaida. In November 2001, the Taliban left Kabul and the workers at UTN's Kabul offices fled the area with them. Searches of UTN locations in Kabul have yielded documents setting out a plan to kidnap a U.S. attaché and outlining basic nuclear physics related to nuclear weapons. Several UTN members are known to have direct connections to the Taliban, UBL, and al Qaida.

**AKAs:** Ummat Tamir-I-Pau
Ummat Tamir I-Nau

For Additional Information: http://www.treas.gov/press/releases/po885.htm

**W**

**WAFA Humanitarian Organization**

**U.S. Designation Date:** September 24, 2001

**UN Designation Date:** October 6, 2001

**Background:** The WAFA Humanitarian Organization is a key Saudi charity and Pakistan-based organization financing al Qaida. WAFA was a militant supporter of the Taliban. Documents found in WAFA's offices in Afghanistan revealed that the charity was intimately involved in assassination plots against U.S. citizens as well as the distribution of "how to" manuals on chemical and biological warfare. U.S. officials have described WAFA as a key component of bin Laden's organization.

For Additional Information: http://www.whitehouse.gov/news/releases/2001/09/20010924-1.html