# EXHIBIT MM

**BBC** HOMEPAGE | **WORLD SERVICE** | **EDUCATION**                    low graphics version | feedback | help

**BBC** NEWS

You are in: World: **Europe**

**Front Page**
**World**

Monday, 3 April, 2000, 20:08 GMT 21:08 UK

# US fears terrorist attack in Kosovo





K-For has stepped up security measures in Kosovo

**By Nick Wood in Kosovo**

US officials have come under criticism over a raid by K-For military police on an Islamic relief organisation in Kosovo last weekend.

The police, who were acting on a tip-off from US officials, raided a house rented by the Saudi Joint Relief Committee (SJRC).

The operation followed fears of a possible terrorist attack on the US office in the province.

US security officials say they believe members of the SJRC are linked with Osama bin Laden, the man suspected of being behind the attacks on the US embassies in Kenya and Tanzania.

In a separate incident British soldiers blew up a suspect car belonging to an employee of the charity.

The owner had stuck an SJRC sticker to his windscreen.

Neither incident revealed any evidence that could link the group with any terrorist activity.

**Suspicious photos**

K-For officials say the operations were part of increased security measures introduced after two members of the group were supposedly seen taking photos near the US office and

**Search BBC News Online**

[            ] [GO]

Advanced search options

*Launch console for latest audio/video*

■ **BBC RADIO NEWS**
■ **BBC ONE TV NEWS**
■ **WORLD NEWS SUMMARY**
■ **BBC NEWS 24 BULLETIN**
▶ **PROGRAMMES GUIDE**

**Europe Contents**

▶◀ **Country profiles**

**See also:**

02 Apr 00 | Europe
Kosovo gripped by racketeers
31 Mar 00 | Europe
Kosovars pay ransoms for relatives
16 Mar 00 | Europe
Kosovo one year on
22 Mar 00 | Special Report
A Kosovo homecoming: A long road still to travel
28 Mar 00 | Europe
'Plot' to kill Nato chiefs
24 Apr 99 | Middle East
Gulf Arabs aid Kosovo refugees

**Internet links:**

Nato - Kosovo one year on
Kosovo Information Centre
UN in Kosovo
US State Department
Red Cross and Red Crescent

The BBC is not responsible for the content of external internet sites

**Links to other Europe stories are at the foot of the page.**

K-For headquarters in Pristina.

New vehicle checkpoints have been introduced in the area, and visitors to both compounds are obliged to enter on foot.



It is not the first time the US officials here have raised concern about the charity.

Osama bin Laden: Allegedly linked to the charity

Before Christmas a warning was given of a possible threat to US citizens in Kosovo.

**Secret document**

In a document seen by the BBC in Pristina, US officials called on the UN police force in the province to undertake open surveillance of the group.

Marked "Secret: US office only - Release to UNMIK" the report names two former members of the charity.

It claims Adel Muhammad Sadiq Bin Kazem, and Wa'el Hamza Jalaidan, the Committee's former Director, are "associates of Osama bin Laden" and that Mr Jalaidan helped Mr bin Laden "move money and men to and from the Balkans".

The claims are being strongly denied by the group.

A spokesman for the group says they were "stunned" by the raids, and are awaiting an explanation from K-For.

They have also offered to open up all their files for K-For or police officials to look at.

**Bad publicity**

The Relief Committee works as an umbrella body for several Saudi NGO's including the Saudi Red Crescent, and has a multi million-dollar budget partly financed by the Saudi government.



Case 1:03-cv-05071-GBD-SN    Document 342-39    Filed 08/10/15    Page 4 of 4

It works with the
UNHCR and the World
Food Programme, and
has worked with K-For
on the rebuilding of
several schools in the
province.

**Some K-For and UN officials say the US is concerned with avoiding American casualties in the run-up to the presidential elections**



The group's Assistant
Director, Faisal Alshami, said he was
disappointed at what he saw was an attempt
to paint his organisation in a bad light.

"We have spent a lot of money here, trying to
help people, we really hope this is not an
attempt to curtail our work" he said.

Privately some K-For and UN police officials
say the US is highly concerned about "force
protection", or avoiding US casualties, in the
run-up to presidential elections later this
autumn, and is reacting to even the slightest
threats.

---

 **E-mail this story to a friend**

---

## Links to more Europe stories

| In This Section ⌄ |   GO   |

---

© **BBC**  ^^ **Back to top**

**News Front Page | World | UK | UK Politics | Business | Sci/Tech | Health |
Education | Entertainment | Talking Point | In Depth | AudioVideo**

--------------------------------------------------------------------------------
**To BBC Sport>> | To BBC Weather>>**
--------------------------------------------------------------------------------
**© MMIII | News Sources | Privacy**