# EXHIBIT OO

[ doc 16 ]

C O P Y

1 August 1997

STAMP
( Republic of Turkey
ISTANBUL NO: ...[ Illegible ]... NOTARY PUBLIC
Nefer Zekeriya Karli
Hamidiye Street No: 4 Vakif Office Buildings
Ground Floor No. 8 Bahcekapi – ISTANBUL

Tel : 512 27 77

0 1 1 5 6 1

DECISION NO           : 1
DATE OF DECISION      : 14.07.1997
SUBJECT OF DECISION   : TRANSFER OF SHARES

Further to a meeting held at the Company's Central Office, the company shareholders took the following decisions:

1. Company's shareholder MAMDOUH MAHMOUD SALEEM AHMED has transferred all of his company shares worth 7.150.000.000. – TL to Sudanese national MOHAMMED LUAY BAYAZEID of Akatlar Zeytinoglu Street, Celebi Close, No: 11/8 Etiler / Istanbul who is not a company shareholder through a Limited Company Share Transfer Contract No 34110 made in the presence of Istanbul No: 25 Notary Public on 14.07.1997.

2. Company's shareholder THIKRA MOH. GAWHAR MUBARAK has transferred all of his company shares worth 7.150.000.000. – TL to Saudi Arabian national WAEL H.A. JELAIDAN of Akatlar Zeytinoglu Street, Celebi Close, No: 11/8 Etiler / Istanbul who is not a company shareholder through a Limited Company Share Transfer Contract No 34109 made in the presence of Istanbul No: 25 Notary Public on 14.07.1997.

3. The above mentioned transfers have been agreed on and the matter has been agreed to be recorded on the company share book.

4. Following the above mentioned transfers
286 shares worth 7.150.000.000 of the company shares has been paid by WAEL H.A. JELAIDAN
¼ of 286 shares worth 7.150.000.000 of the company shares has been paid by MOHAMMED LUAY BAYAZED

5. Due to Circular No 19/6/1 issued by the Ministry of Industry and Commerce General Directorate of Domestic Trade, it has been agreed unanimously that no amendments shall be made in the main contract.

Yavuz Subasi                                Yavuz Subasi
Representative of WAEL H.A. JELAIDAN   Representative of MOHAMMED LUAY BAYAZED

SIGNATURE                                   SIGNATURE

SEAL ...[ Illegible ]...
Signature

90

00010572

DOJ AR - 002146

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

KADI0073784