# EXHIBIT PP

# Notification of suspicious act in accordance with Art. 9 Law on Money-Laundering

To send by fax or by A-mail to:

**Money-laundering Notification Office**
Federal Office for Police Matters
Financial Intelligence Unit
Bundesrain 20
3003 Bern
**Telefax 031-323 39 39**
Telephone 031-3213 40 40

## Checklist for banks and fund managers

### Sender (Data on financial intermediary)

| | |
|---|---|
| Company | : Citibank (Switzerland) |
| Street | : Bahnhofstrasse 63, PO Box 3760 |
| Zip code/city | : CH-8021 Zurich |
| Name of person talked to | : Walter Glanzmann / David Adcock |
| Telephone | : 01 205 7923 / 7206 |
| Fax | : 01 205 7222 |
| Date of notification | : 05/09/02 |
| Sender's reference no. | : AML 2002 – 04 |
| Number of pages (incl.encl.) | : 4 Pages plus attachments |

### Data on business dealings

| | |
|---|---|
| Place of business dealings (e.g., the place where the account is managed or place of spot transactions) | : Citibank (Switzerland) – Geneva |
| In case of divergence, place where the actions prompting notification took place | : |
| Account or Security deposit account number(s) or "spot transactions" | ▬0406 |

Statement of assets and liabilities to be provided in annex

**Notification of Suspicious act in accordance with Art. 9 Law on Money Laundering**
**Banks and fund-managers**
- 2 -

## Data on party to the contract

### For natural persons

| | |
|---|---|
| Surname, First Name | : Wael Hamzah A. Jelaidan |
| Address of Residence | : PO Box 1436, Jeddah, Saudi Arabia |
| Date of birth | : 22 January 1958 |
| Nationality | : Saudi |
| Home town (if known) | : |
| Telephone (if known) | : |
| Fax (if known) | : |
| Profession (if known) | : |

### For legal persons

| | |
|---|---|
| Company | : |
| Domicile | : |
| Telephone (if known) | : |
| Fax (if known) | : |
| Branch membership (if known) | : |

### For all cases

| | |
|---|---|
| Identification document and its number<br>**Please attach copy to annex** | : Passport #■■4672 |
| Agency issuing document | :Ministry Of Interior, Jeddah |
| Date | :14th September 1992 |
| Way correspondence was delivered to party to contract | : By post |
| as post restante at bank to third parties, namely (name and address) | : |
| Data on third parties involved In suspicious act<br>e.g., payee, payer, deliverer of checks, stocks, guarantee beneficiary, guarantee, surety, third-party security creditors | : |
| Type of account<br>e.g. Individual/Joint account<br>(Number/Personal Account, collective account) | : |
| Are there any other types of Business in connection with the activity?<br>e.g. additional accounts/deposits | : None |

**Notification of Suspicious act in accordance with Art. 9 Law on Money Laundering**
**Banks and fund-managers**
- 3 -

### Data on persons with power of attorney/authorized signatory

| | |
|---|---|
| Surname, First name | : None |
| Address of Residence (if known) | : |
| Date of birth (if known) | : |
| Nationality / Home town (if known) | : |
| Power of attorney or authorized Signatory | : |

Please list further persons having power of attorney or authorized signatories in the annex in the same manner as above.

### Data on financially authorized person

| | |
|---|---|
| Is the financially authorized person identical to the party to contract? | : Yes |
| In case not, provide data according to form A | : |

### Please describe how the action which prompted the notification took place:

**"Bush List 18" – as circulated by the Swiss Banking Commission, 6th September 2002.**

On 6th September 2002 the Swiss Banking Commission forwarded to all Swiss Banks the "Bush List 18" naming a "Wa'el Hamza JUlaidan" as a person under suspicion of terrorism.

At the time that list was released to Citibank (Switzerland), a search of the Bank's records did not show any account for the person described in the list. The list gave several alternative spellings of the surname – Julaidan, Jaladin, Jalaidan, and Julaydan, all of which produced a negative search result.

**The media articles:**

In mid-September 2002, the Bank became aware that "Wael Hamza Julaidan" had appeared extensively in the media. One of the Bank's staff contacted Compliance to inform them of this media information because they had heard of a client relationship in the Bank under the name "Julaidan".

Subsequent searches of the Bank's records showed that "Wael Hamzah A. JElaidan" had an account with Citibank (Switzerland) from August 1993 to June

**Notification of Suspicious act in accordance with Art. 9 Law on Money Laundering**
**Banks and fund-managers**
- 4 -

2001. This client was not detected in the initial search due to the different spelling of his surname in the Bank's records. The Bank's records match the client's passport which spells "Jelaidan" with an "e".

The Bank's client's date of birth is 22 January 1958 which matches to the date of birth shown on "Bush List 18". Accordingly the Bank considers the client is the same person as named in the list.

An examination of the transactions on the account does not indicate unusual activity. The account received 500,000.00 US$ in August 1993 when it opened. There were no other incoming funds. The account was closed in 2001.

### Why is this action suspicious?

The instructions from the Swiss Banking Commission released with "Bush List 18" require the Bank to report this account.

### Which steps have you already taken (e.g. own clarification)

At this stage, further clarification with the client is not possible. The account is already closed and the client may currently be under arrest.

### Enclosures

- Bush List 18
- Media Articles
- Documents on opening of account including Identification Documents