# EXHIBIT QQ

# FAISAL FINANCE (Switzerland) S.A.
A Member of the Dar Al-Maal Al-Islami Group

APPLICATION FORM  N°  2766

## ISLAMIC FIDUCIARY ACCOUNT (IFA)

Full name (s): **WAEL HAMZAH JELAIDAN**

Address: **P.O. BOX 1436 Jeddah 21431**

Nationality: _____

Identity: **A992535**

Date of Birth: _____

Telephone: Private _____  Office: _____

Currency: _____

be operated : individually/jointly/under following number or pseudonym _____

FOR INSTITUTIONS :
Date and place of incorporation : **Sep 1997**
(attach Memorandum & Articles of Association, Extract from Commercial Registry and Board Resolution)

CORRESPONDENCE :
☐ to be kept
☒ to be forwarded to **SAME AS ABOVE**

## DECLARATION

The undersigned hereby declares :

☒ that he is the beneficial owner of the assets to be deposited with Faisal Finance (Switzerland) S.A.

☐ that the beneficial owner of the assets to be deposited with Faisal Finance (Switzerland) S.A. is

Full name: **WAEL HAMZAH JELAIDAN**
Address: **SAME AS ABOVE**

Signature(s) of account holder _____
Place and Date **20-9-97 JEDDAH, SAUDI ARABIA**

FOR USE BY FFS
Completed in the presence of **AHMED A. LAGHAN**
Authorized by _____
Date **15/10/97**

84, Av. LOUIS-CASAI • P.O.BOX 161 • 1216 COINTRIN/GENEVA, SWITZERLAND • PHONE (022) 791 71 11 • TELEX 415 354 FFS-CH • FAX (022) 791 75 62

KADI0039955