# Exhibit D

# BERNABEI & WACHTEL, PLLC

ATTORNEYS AT LAW

1775 T STREET, N.W.

WASHINGTON, D.C. 20009

| | | |
|---|---|---|
| LYNNE BERNABEI | 202.745.1942 | PETER M. WHELAN |
| DAVID WACHTEL | FAX: 202.745.2627 | LAUREN R. S. MENDONSA |
| ALAN R. KABAT | WWW.BERNABEIPLLC.COM | NADIA E. SAID ■ |
| | | MATTHEW E. RADLER ▲ |
| | | ■ ADMITTED IN IL ONLY |
| | | ▲ ADMITTED IN VA ONLY |

<u>By Email and First Class Mail</u>
November 11, 2013

Robert T. Haefele, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, S.C. 29464

Re:  <u>In re</u> Terrorist Attacks on September 11, 2001, No. 1:03-MD-1570 (GBD/FM).

Dear Bob:

Enclosed please find paper and electronic copies of the responses to the jurisdictional discovery requests served on Dr. Al-Turki, Dr. Al-Swailem, Dr. Al-Obaid, Dr. Naseef, Dr. Basha, and Mr. Al-Buthe, with the document production on the CD.

Please note that Dr. Naseef is in critical condition, recovering from surgery, and we have been unable to determine what documents he may have.  Hence, his responses are in the nature of a placeholder, and we intend to supplement the responses upon his return to good health, and when he is able to review his documents.

We also anticipate producing one or more tranches of documents for Mr. Al-Buthe over the next week or two.

Sincerely,

*/s/ Alan R. Kabat*

Alan R. Kabat

Enc.

cc:  MDL-1570 counsel