# Exhibit E

# BERNABEI & WACHTEL, PLLC

**ATTORNEYS AT LAW**

**1775 T STREET, N.W.**
**WASHINGTON, D.C. 20009**

202.745.1942
FAX: 202.745.2627
WWW.BERNABEIPLLC.COM

| | |
|---|---|
| **LYNNE BERNABEI** | **PETER M. WHELAN** |
| **DAVID WACHTEL** | **ELIZA BRINK DERMODY** |
| **ALAN R. KABAT** | **LAUREN R. S. MENDONSA** ▲ |
| | **NADIA E. SAID** ■ |
| | |
| | ▲ ADMITTED IN VA ONLY |
| | ■ ADMITTED IN IL ONLY |

By Electronic Mail and First Class Mail
February 28, 2013

Robert T. Haefele, Esquire
Michael Elsner, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, S.C. 29464

Re: *In re* Terrorist Attacks on September 11, 2001, No. 1:03-MD-1570 (GBD/FM).

Dear Counsel:

I write on behalf of Perouz Sedaghaty, and in response to the Order (ECF No. 2692) (Feb. 22, 2013). Mr. Sedaghaty, at the direction of his criminal defense counsel, continues to assert the Fifth Amendment privilege in response to plaintiffs' document requests, and hence will not be submitting a privilege log at this time.

Sincerely,

*/s/ Alan R. Kabat*

Alan R. Kabat

cc: MDL-1570 Counsel of Record
Steven Wax, Esquire