UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-CV-1076 (GBD)

### The *O'Neill* Plaintiffs' Motion for Entry of Default Judgment as to Liability Against Iran Defendants Pursuant to 28 U.S.C. § 1605A

PLEASE TAKE NOTICE that upon the affidavit of Jerry S. Goldman, Esq., and the exhibits attached thereto, the *O'Neill* Plaintiffs, by and through their counsel, Anderson Kill, P.C., will move the Court before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting the *O'Neill* Plaintiffs' motion for entry of default judgment as to liability against the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, the Iranian Minister of Intelligence and Security Ali Fallahian, the Iranian Revolutionary Guard Corps, the Iranian Revolutionary Guard Corps – Qods Force, Ayatollah Ali Hoseini-Khamenei, and Deputy Commander Brigadier General of the Iranian Revolutionary Guard Corp. Mohammed Baqr Zalqadr, pursuant to 28 U.S.C. § 1605A.

Dated: August \_\_\_, 2015
       New York, New York

                                                       /s/ Jerry S. Goldman
                                                       Jerry S. Goldman, Esquire
                                                       ANDERSON KILL P.C.
                                                       1251 Avenue of the Americas
                                                       42nd Floor
                                                       New York, NY 10020
                                                       *Attorneys for the O'Neill Plaintiffs*