# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM) |

This document relates to:    Estate of John P. O'Neill, Sr., *et al.* v. Republic of Iraq, *et al.*, 04-CV-1076 (GBD)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                      ) ss:.
COUNTY OF NEW YORK    )

Jerry S. Goldman, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the above captioned matter, and a member of the law firm Anderson Kill P.C. I am familiar with the facts and circumstances in this action.

2. The O'Neill Plaintiffs' Summons(es), Complaint(s) and Notice(s) of Suit, and translations of each, filed in the above-captioned matter were served upon Defendants the Islamic Republic of Iran; Ali Fallahian, Iranian Minister of Intelligence and Security; Iranian Revolutionary Guard Corp.; Ayatollah Ali Hoseini-Khamenei; Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp.; Iranian Revolutionary Guard Corp-Quds Force; and Iranian Ministry of Intelligence and Security (collectively, the "Iran Defendants").

3. Service on the Iran Defendants was effectuated pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 *et seq.* by sending Complaints, Summonses and Notices of Suit to J. Michael McMahon, Clerk of Court for the

Southern District of New York, who forwarded said documents to Mr. Edward

Betancourt, Director of Special Consular Services for the United States

Department of State (the "State Department"), by registered mail, return receipt

requested.  **Exhibit A** is a June 13, 2005 letter from Joshua M. Ambush, Esq. to

J. Michael McMahon transmitting the relevant documents to the Clerk of the

Court for submission to the State Department.  **Exhibit B** contains true and

correct copies of seven Clerk's Certificates of Mailing, showing delivery to the

State Department in relation to each of the seven Iran Defendants.

4.   The State Department served Iran Defendants  with the assistance of the Foreign

Interests Section of the Embassy of Switzerland in Tehran, Iran.  The Foreign

Interests Section delivered the relevant documents to the Iranian Ministry of

Foreign Affairs under cover of diplomatic note.  The documents were received on

June 24, 2005.  **Exhibit C** contains an excerpt from the 03-MD-1570 docket

which indicates when the documents were received and which Certificate of

Mailing corresponds with each Iran Defendant served.

Dated:  October 31, 2014
        New York, NY

_____

Jerry S. Goldman, Esquire
ANDERSON KILL P.C.
1251 Avenue of the Americas
42nd Floor
New York, NY 10020

Sworn to before me this 31st
Day of October , 2014.

MAXWELL NICHOLAS ROBERT
NOTARY PUBLIC, State of New York
No. 02MA6260669
Qualified in King County
Commission Expires April 30, 2016

# EXHIBIT A

LAW OFFICES
**JOSHUA M. AMBUSH, LLC**
600 REISTERSTOWN ROAD
SUITE 200-A
BALTIMORE, MARYLAND 21208
TEL:  410-484-2070
FAX:  410-484-9330

June 13, 2005

J. Michael McMahon
Clerk of Court
Daniel Patrick Moynihan United states Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:   *In Re Terrorist Attacks of September 11, 2001*
      *03 MDL 1570 (RCC)*
      *Estate of John P. O'Neill et al. v. Republic of Iraq et al.*
      *04-CV-1076-(RCC) MDL 1570*

Dear Mr. McMahon:

This is to request that you serve Foreign Sovereign Defendants pursuant to the Foreign Sovereign Immunities Act, 28 USC § 1608 (a) (4).  I have been advised by the State Department, Division of Consular Affairs that service under (a) (1)-(3) would be futile in this case as the government of Iran will not accept service from a U.S. citizen and the government of Iraq has not established a Foreign Ministry to accept service from U.S. citizens.  Therefore, I am requesting that you proceed by serving the State Department with the enclosed documents so that they may perfect service under (a) (4).

The defendants to be served are as follows:

1. Ali Fallahian, Iranian Minister of Intelligence and Security;
2. Ayatollah Ali Hoseini-Khamenei, aka Ayatollah Ali Khamenei, Iranian Supreme Leader;
3. Iranian Ministry of Intelligence and Security (MOIS);
4. Iranian Revolutionary Guard Corp-Quds Force aka Qoods Division aka Jerusalem Force;
5. Iranian Revolutionary Guard Corp (IRGC);
6. Islamic Republic of Iran

7.   Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp.
     Deputy Commander Brig. Gen.


Each of these defendants are to be served at the Iranian Ministry of
Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S.
Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each
defendant, one for service and one for the court's file.  The documents include a
complaint in English, and a translated complaint with verification in Farsi for the
Iranian defendants and Arabic for the Iraqi defendant; Notice of Suit in English
the respective official language, and a summons in English and the respective
official language.

Also, please find enclosed two checks in the amount of $735.00 each to
cover the service fee to the respective U.S. Embassies.

Your assistance in expediting this request is greatly appreciated.  If you
have any questions or if additional materials or information are needed, please
call either Jerry Goldman at 917-273-7658 or Fred Salek at 914-241-5579.

Sincerely,

Joshua M. Ambush

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill, et al | |
| Plaintiff. | **CERTIFICATE OF MAILING** |
| -V- | |
| The Republic of Iraq., et al | |
| Defendants. | |
| | 04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

### June 17, 2005

I served the

### SUMMONS
#### COMPLAINT
#### NOTICE OF SUIT
#### CERTIFICATE OF AUTHENTICITY

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 7001 2510 0005 6700 4361                    #

_J. Michael McMahon_
CLERK

Dated. New York, NY

7.  Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp.
Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of
Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S.
Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each
defendant, one for service and one for the court's file. The documents include a
complaint in English, and a translated complaint with verification in Farsi for the
Iranian defendants and Arabic for the Iraqi defendant; Notice of Suit in English

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WASHINGTON, DC  20520

| | | UNIT ID: 0004 |
|---|---|---|
| Postage | $ | 5.30 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 9.35 |

Postmark Here

Clerk: KSJJJP
06/17/05

Sent To
Edward Betancourt, Director of special
Consular Services
Dept. of State, 2100 Pennsylvania
Wash, D.C. 20520

7001 2510 0005 6700 4361

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

W Court,
ainsi Circular
ATE
Inn Ave, NW
Na 20520

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of John P. O'Neill., et al
                                    Plaintiff,

                    -V-

The Republic of Iraq., et al

                                    Defendants..

**CERTIFICATE OF MAILING**

FILED
DISTRICT COURT
2005 JUN 17 A 9 47
S.D. OF N.Y.

04 C. 1076 (RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

### June 17, 2005

I served the

### SUMMONS
### COMPLAINT
### NOTICE OF SUIT
### CERTIFICATE OF AUTHENTICITY

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New
York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR#7on1 0360 0003 1064 1457        #

                                        J. Michael McMahon
                                                CLERK

Dated: New York, NY

Case 1:03-cv-05071-GBD-SN   Document 348-1   Filed 08/11/15   Page 11 of 25
Case 1:03-md-01570-GBD-FM   Document 2906-2   Filed 10/31/14   Page 5 of 15

Case 1:03-md-01570-GBD-FM   Document 1128   Filed 06/17/05   Page 2 of 2

7.  Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp,
     Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of
Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S.
Embassy in Baghdad at the place and in the manner of their choosing.

Case 1:03-cv-05071-GBD-SN   Document 348-1   Filed 08/11/15   Page 12 of 25
Case 1:03-md-01570-GBD-FM   Document 2906-2   Filed 10/31/14   Page 6 of 15

Case 1:03-md-01570-GBD-FM   Document 1129   Filed 06/17/05   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al | |
| Plaintiff, | **CERTIFICATE OF MAILING** |
| -V- | |
| The Republic of Iraq., et al | |
| Defendants., | |
| | 04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
**Dec. 20, 2004**

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to.

See attached for listing of Defendants

RR# 7001 0360 0003 1064 14 71          #_____

*J. Michael McMahon*
                                    **CLERK**

Dated. New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp.
Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of
Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iran is to be served by the State Department via the U.S.
Embassy in the country of its choosing.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill, et al | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| The Republic of Iraq, et al | |
| Defendants.. | |
| | 04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 7001 0360 0003 1064 1488 _____ # _____

_J. Michael McMahon_
                                                    CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each defendant, one for service and one for the court's file. The documents include a complaint in ...

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance ...)*

WASHINGTON, DC 20520

| | |
|---|---|
| Postage | $ 5.30 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.35 |

Sent To  Edward Betancourt, Dir.
Street, Apt. No.; Services U S D
or PO Box No.  Pennsylvania A...
City, State, ZIP+4  Wash. D.C. 205...

PS Form 3800, January 2001

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward A. Betancourt
Director of Special
Consular Services
U.S. Dept of State
2100 Pennsylvania Ave
4 FL (SA-29)    N.W.
Washington, DC 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
6-8-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001 0360 0003 1064 1488

PS Form 3811, February 2004   Domestic Return Receipt   102595-...

Case 1:03-cv-05071-GBD-SN   Document 348-1   Filed 08/11/15   Page 16 of 25
Case 1:03-md-01570-GBD-FM   Document 2906-2   Filed 10/31/14   Page 10 of 15

Case 1:03-md-01570-GBD-FM   Document 1131   Filed 06/17/05   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of John P. O'Neill., et al

                          Plaintiff,

                -V-

The Republic of Iraq., et al

                          Defendants..

**CERTIFICATE OF MAILING**

04 C. 1076 (RCO)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS**
**COMPLAINT**
**NOTICE OF SUIT**
**CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
**Dec. 20, 2004**

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 7001 2510 0005 6700 4385                    #_____

                                                 J. Michael McMahon
                                                      CLERK

Dated: New York, NY

7.  Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp.
Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of
Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S.
Embassy in Baghdad at the place and in the manner of their choosing.

By _____ complete sets of documents for each
defendant _____
complaint _____
Iranian de _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery   6/9/05

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Betancourt
Special
rvices
= State
lvania Ave
N.w
D.C. 20520

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7003 C510 UUU5 6700 4385

Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

| | | UNIT ID: 0004 |
|---|---|---|
| Postage | $ 5.30 | |
| Cert Fee +++ | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KSJJJP |
| Total Postage & Fees | $ 9.35 | 06/17/05 |

Sent To   Edward Betancourt Director of
Street, Apt. No. Special Consular Services
or PO Box No. Dept. of State, 2100 Penn. Sy. NW4 Aud
City, State, ZIP+4   Wash. D.C. 20520

7003 C510 UUU5 6700 4385

Case 1:03-cv-05071-GBD-SN   Document 348-1   Filed 08/11/15   Page 18 of 25
Case 1:03-md-01570-GBD-FM   Document 2906-2   Filed 10/31/14   Page 12 of 15

Case 1:03-md-01570-GBD-FM   Document 1132   Filed 06/17/05   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br>Plaintiff. | **CERTIFICATE OF MAILING** |
| -V.- | |
| The Republic of Iraq., et al<br>Defendants.. | |
| | 04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

### June 17, 2005

I served the

**SUMMONS**
**COMPLAINT**
**NOTICE OF SUIT**
CERTIFICATE OF AUTHENTICITY

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New
York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR 7021 2510 0005 62 00 4408                    #

J. Michael McMahon
CLERK

DATED: New York, NY

Case 1:03-cv-05071-GBD-SN   Document 348-1   Filed 08/11/15   Page 19 of 25
Case 1:03-md-01570-GBD-FM   Document 2906-2   Filed 10/31/14   Page 13 of 15

Case 1:03-md-01570-GBD-FM   Document 1132   Filed 06/17/05   Page 2 of 2

7.  Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp.
    Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of
Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S.
Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each
defendant, (

complaint t

| U.S. Postal Service | | |
|---|---|---|
| **CERTIFIED MAIL RECEIPT** | | |
| *Domestic Mail Only; No Insurance Coverage Provided* | | |
| WASHINGTON, DC 20520 | UNIT ID: 0004 | |
| Postage | $ 5.30 | |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KSJJJP |
| Total Postage & Fees | $ 9.35 | 06/17/05 |

Sent To
THOMAS BETANCOURT, Dir. of
Street, Apt. No. STATE — U.S. Dept. of
or PO Box No. 2100 PENNSYLVANIA AVE NW
City, State, ZIP+4 WASH., D.C. 20520

PS Form

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

Betancourt
of Special
Services
of State
Isylvania Ave
-99)   New
ton, DC 20520

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                   □ Agent
                                    □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                    6-04-05

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   7001 2510 0005 6700 4408

PS Form 3811, February 2004   Domestic Return Receipt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of John P. O'Neill., et al

                                    Plaintiff,

                    -V-

The Republic of Iraq., et al

                                    Defendants.,

CERTIFICATE OF MAILING

04 C. 1076 (RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS**
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR XO1 0360 0003 1064 1464                    #_____

J. Michael McMahon
CLERK

Dated: New York, NY

Case 1:03-cv-05071-GBD-SN   Document 348-1   Filed 08/11/15   Page 21 of 25
Case 1:03-md-01570-GBD-FM   Document 2906-2   Filed 10/31/14   Page 15 of 15

Case 1:03-md-01570-GBD-FM   Document 1133   Filed 06/17/05   Page 2 of 2

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp.
   Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of
Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S.
Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each
defendant, one for service and one for the court's file. The documents include a
complaint in English, and a translated complaint with verification in Farsi for the
Iranian defendants and Arabic for the Iraqi defendant; Notice of Suit in English
the respective official language, and a summons in English and the respective
official language.

# EXHIBIT C

| | | |
|---|---|---|
| 06/17/2005 | 1127 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Islamic Republic of Iran at the following address: Islamic Republic of Iran c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4361. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Islamic Republic of Iran on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4361, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) Because the US does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section fo the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs on 9/7/05 under cover of diplomatic note numbered 1049 IE dated 9/6/05. While 28 U.S.C. 1608(c)(1) provides that service via the diplomatic channel is effective as of the date of delivery of the diplomatic notes, the documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran. The US State Department sees no reason for this to invalidate the effectiveness of service. Modified on 10/20/2005 (ps, ). (Entered: 08/17/2005) |
| 06/17/2005 | 1128 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Ali Fallahian at the following address: Ali Fallahian Iranian Minister of Intelligence and Security, c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1457. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) Modified on 8/17/2005 (ps, ). (Entered: 08/17/2005) |
| 06/17/2005 | | *CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Party Complaint mailed to Ali Fallahian on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1457, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005)* |
| 06/17/2005 | 1129 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Iranian Revolutionary Guard Corp. at the following address: Iranian Revolutionary Guard Corp. Ministry of Foreign Affiars, c/o Edward Betancourt, Director of Special Consular Service, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1471. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) |

| | | Modified on 8/17/2005 (ps, ). (Entered: 08/17/2005) |
|---|---|---|
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Third Amended Complaint mailed to Iranian Revolutionary Guard Corp. on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1471, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) Because the US does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section fo the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs on 9/7/05 under cover of diplomatic note numbered 1051 IE dated 9/6/05. While 28 U.S.C. 1608(c)(1) provides that service via the diplomatic channel is effective as of the date of delivery of the diplomatic notes, the documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran. The US State Department sees no reason for this to invalidate the effectiveness of service. Modified on 10/20/2005 (ps, ). (Entered: 08/17/2005) |
| 06/17/2005 | 1130 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Ayatollah Ali Hoseini-Khamenei at the following address: Ayatollah Ali Hoseini-Khamenei c/o Edward Betancourt, Director of Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1488. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Ayatollah Ali Hoseini-Khamenei on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1488, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | 1131 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Mohammed Bager at the following address: Mohammed Bager Zolgadr, Iranian Revolutionary Guards Corp, c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Avenue NW Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4385. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Mohammed Bager on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4385, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |

| 06/17/2005 | 1132 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Iranian Revolutionary Guard Corp-Quds Force, aka Jerusalem Force at the following address: Iranian Revolutionary Guard Corp-Quds Force, aka Jerusalem Force c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4408. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| --- | --- | --- |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Iranian Revolutionary Guard Corp-Quds Force, aka Jerusalem Force on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4408, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | 1133 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Iranian Ministry of Intelligence and Security at the following address: Iranian Ministry of Intelligence and Security c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1464. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Iranian Ministry of Intelligence and Security on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1464, RECEIVED ON: 6/26/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) Because the US does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section fo the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs on 9/7/05 under cover of diplomatic note numbered 1050 IE dated 9/6/05. While 28 U.S.C. 1608(c)(1) provides that service via the diplomatic channel is effective as of the date of delivery of the diplomatic notes, the documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran. The US State Department sees no reason for this to invalidate the effectiveness of service. Modified on 10/20/2005 (ps, ). (Entered: 08/17/2005) |