# McDermott Will & Emery

**MEMO ENDORSED**

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Thomas P. Steindler
Attorney at Law
tsteindler@mwe.com
+1 202 756 8254

November 4, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/15

VIA REGULAR MAIL

Honorable Frank Maas
United States Magistrate Judge
Chief U.S. Magistrate Judge
Southern District Court of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Case 1:03-md-01570-GBD-FM In Re: Terrorist Attacks on September 11, 2001

Dear Honorable Maas:

I respectfully request that I be removed from the docket list for the above matter, as my firm no longer represents Mr. Yassin Kadi.

Thank you for your attention to this matter.

Sincerely,

Thomas P. Steindler

APPLICATION GRANTED
SO ORDERED

Frank Maas, USMJ  11/6/15

U.S. practice conducted through McDermott Will & Emery LLP.
500 North Capitol Street N.W.  Washington, D.C.  20001-1531  Telephone: +1 202 756 8000  Facsimile: +1 202 756 8087  www.mwe.com
DM_US 67135257-1.T02913.0010