UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

:  ORDER

:

:  1:03 MDL 1570 (GBD) (FM)

:
-----------------------------------------------------------------x

This Document Relates to
*Hoglan, et al. v. Islamic Republic of Iran, et al.*
1:11 Civ. 7550 (GBD) (FM)

AND NOW, upon consideration of Plaintiffs' Motion to Admit into Evidence Certain Materials Supporting Damages from *Havlish, et al. v. bin Laden, et al.*, which is unopposed, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED.

The expert report and *curriculum vitae* of Alberto Diaz, Jr., M.D., RADM MC USN (*Ret*.), as well as the Declarations as listed in ¶10 of Plaintiffs' Motion, are hereby entered into evidence for the damages portion of *Hoglan, et al. v. Islamic Republic of Iran, et al.*

SO ORDERED.

Date: _____          _____
   New York, New York                      United States District Judge