**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
:
: ORDER
:
In re Terrorist Attacks on September 11, 2001   :   03 MDL 1570 (GBD) (FM)
:
:
:
------------------------------------ x

GEORGE B. DANIELS, District Judge:

The conference scheduled for January 28, 2016 is adjourned until July 14, 2016 at 10:30 AM.

Dated: January 25, 2016
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE