USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2017

FLORIDA
Bank of America Plaza
101 East Kennedy Boulevard
Suite 3100
Tampa, Florida 33602
P: 813.222.8990
F: 813.222.8991

NEW YORK
747 Third Avenue
32nd Floor
New York, New York 10017
P: 646.746.8659
F: 212.938.0858

www.laurolawfirm.com

VIA ECF

August 4, 2017

The Honorable Sarah Netburn
United States Magistrate Judge –
 Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

RE: In Re: Terrorist Attacks on September 11, 2001, Case No.: 1:03-MD-01570-GBD-SN (and Consolidated Cases).

Dear Judge Netburn:

My law firm previously represented Faisal Islamic Bank-Sudan in connection with this matter. Our client has been dismissed and is no longer a party to this case. On April 19, 2016, we filed a letter in the lead case seeking removal from the electronic service list, see Doc. 3256, which the Court granted, see Doc. 3258. Nevertheless, we did not file our letter request in the underlying cases, and therefore, we remain on the electronic service list for those matters.

Therefore, I respectfully request that I, John Lauro (lauro@laurolawfirm.com), along with our Senior Counsel Michael Califano (mcalifano@laurolawfirm.com), our former associate Hugh Higgins (hhiggins@laurolawfirm.com), and our firm administrator (admin@laurolawfirm.com) be removed from the electronic service list in the underlying cases.

Respectfully submitted,

---

Application GRANTED. The Clerk of Court is respectfully directed to remove John Lauro, Michael Califano, and Hugh Higgins from the electronic service list in all cases included in this multidistrict litigation.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

August 7, 2017
New York, New York