```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    As discussed at the conference held on October 5, 2017, the following deadlines have been modified.

    Defendant World Assembly of Muslim Youth's ("WAMY's") document production shall be completed by November 30, 2017. Because WAMY has been given substantial time to produce documents, no further extensions of this deadline will be granted. The Plaintiffs' Executive Committees ("PECs") shall file a status letter discussing WAMY's document production and whether it intends to file any discovery motions by January 5, 2018.

    The PECs shall file any discovery motion against Defendant Yassin Abdullah Al Kadi no later than December 1, 2017, by motion not to exceed 20 double-spaced pages. Defendant Kadi shall oppose such motion no later than January 5, 2018, by memorandum of law not to exceed 20 double-spaced pages. The PECs may file a reply no later than January 26, 2018, by memorandum of law not to exceed 10 double-spaced pages.

    The PECs shall file any discovery motion against Defendants Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO") no later than December 1, 2017, by motion not to exceed 20 double-spaced pages. Defendants MWL and IIRO shall oppose such discovery motion no later than January 5, 2018, by memorandum of law not to exceed 20

double-spaced pages. The PECs may file a reply no later than January 26, 2018, by memorandum of law not to exceed 10 double-spaced pages.

All other deadlines remain in effect. In addition, in light of Defendant Perouz Sedaghaty's ongoing bankruptcy proceedings, Plaintiffs' application for attorney fees and expenses, ECF No. 3486, is DENIED without prejudice.

The Clerk of Court is directed to terminate the motions at ECF Nos. 3486 and 3727.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 12, 2017
         New York, New York