UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
:
IN RE: : AMENDED ORDER OF REFERENCE
: TO A MAGISTRATE JUDGE
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 : 03-MDL-1570 (GBD) (SN)
:
:
----------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The cases identified in Schedule A (attached to this Order) are referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:

*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Settlement

___ Habeas Corpus

___ Inquest After Default/Damages Hearing

___ Social Security

__X__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions:__X__

Dated: June 6, 2018

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JUN 0 6 2018]

**SCHEDULE A**

*Beyer, et al. v. Al Qaeda Islamic Army*, No. 02-cv-06978

*Schneider, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-07209

*Mayore Estates, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-07214

*Burlingame, et al. v. Laden, et al.*, No. 02-cv-07230

*Salvo, et al. v. Al Qaeda Islamic Army, et al.*, No. 03-cv-05071

*Burnett, et al. v. Al Baraka Inv. and Dev. Corp., et al.*, No. 03-cv-05738

*Barrera, et al. v. Al Qaeda Islamic Army, et al.*, No. 03-cv-07036

*Vigilant Ins. Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 03-cv-08591

*Havlish, et al. v. Bin-Laden, et al.*, No. 03-cv-09848

*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-09849

*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-01922

*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. and Dev. Corp. et al.*, No. 04-cv-01923

*N.Y. Marine and Gen. Ins. Co., et al. v. Al Qaida, et al.*, No. 04-cv-06105

*Cantor Fitzgerald Assocs. L.P., et al. v. Akida Inv. Co., et al.*, No. 04-cv-07065

*Pac. Emp'rs Ins. Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-07216

*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 04-cv-07279

*World Trade Ctr. Properties, L.L.C., et al. v. Al Baraka Inv. and Dev. Corp., et al.*, No. 04-cv-07280

*Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-07853

*Abtello, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-05174

*Aasheim, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-05471

*Abedhajajreh, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123

*Allianz Versicherungs-Aktiengesellschaft, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-06519

*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-07914

*Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617

*Behette, et al. v. Kingdom of Saudi Arabia, et al.*, No. 18-cv-00538

*Abarca, et al. v. Kingdom of Saudi Arabia, et al.*, No. 18-cv-00947

*Dillaber, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-03162

*Leftt, et al. v. Kingdom of Saudi Arabia, et al.*, No. 18-cv-03353