UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2018

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On July 20, 2018, Defendants Abdullah Bin Saleh Al-Obaid, Abdullah Mahsen Al-Turki, Adnan Basha, and Abdullah Omar Naseef moved the Court to reconsider a portion of its July 6, 2018 Opinion and Order. The Plaintiffs' Executive Committees may file a response to the motion by August 3, 2018. The defendants may file a reply by August 10, 2018.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 23, 2018
               New York, New York