*HAVLISH* **PLAINTIFFS' RENEWED MOTION
FOR AN ORDER CREATING A COMMON BENEFIT FUND AND
AUTHORIZING CERTAIN DISBURSEMENTS THEREFROM**

# EXHIBIT 6



# U.S. VICTIMS OF STATE SPONSORED TERRORISM FUND
## www.usvsst.com

## WELCOME TO THE U.S. VICTIMS OF STATE SPONSORED TERRORISM FUND WEBSITE

### Important Announcement

The USVSST Fund has allocated $1.095 billion for second-round payments. The Special Master will authorize second-round payments on a pro rata basis to claimants with eligible claims by January 1, 2019.

The Attorney General appointed Mr. Kenneth R. Feinberg as the Special Master to administer the USVSST Fund. The Justice for United States Victims of State Sponsored Terrorism Act (the "Act"), **34 U.S.C. § 20144 (docs/statute_20144.pdf)** (formerly codified as 42 U.S.C. § 10609), provides for the establishment and administration of the USVSST Fund to provide compensation to certain U.S. persons who were injured in acts of international state sponsored terrorism.

The USVSST Fund may compensate eligible United States persons who (1) hold a final judgment issued by a United States district court awarding the applicant compensatory damages arising from acts of international terrorism for which a foreign state sponsor of terrorism was found not immune from the jurisdiction of the courts of the United States under the Foreign Sovereign Immunities Act; (2) were taken and held hostage from the United States Embassy in Tehran, Iran, during the period beginning November 4, 1979, and ending January 20, 1981, or are spouses and children of these hostages, if identified as a member of the proposed class in case number 1:00-CV-03110 (EGS) of the United States District Court for the District of Columbia; or (3) are the personal representative of a deceased individual in either of those two categories.

Mr. Feinberg has significant experience in designing and administering compensation funds. He was appointed by the Attorney General in November 2001 as the first special master for the September 11th Victim Compensation Fund. In addition, Mr. Feinberg has served as a special master or claims administrator in a variety of contexts, including for the multi-billion dollar claims process arising from the BP oil spill in the Gulf of Mexico.

Victims and their family members can be assured that their claims will be processed promptly, fairly, and transparently. This website is updated as further information becomes available about the USVSST Fund.

### Important Reminder from the Special Master

All eligible claimants and any applicants whose claims are pending have an ongoing obligation to submit updated information as it arises, such as new compensation from sources other than the Fund, significant developments involving the final judgment, or changes in beneficiaries. See **Notice to Update Claim Information (docs/Notice_to_Update_Claim_Information.pdf)**.

| Claim Statistics | Total |
|---|---|
| Number of eligible claimants from the initial round of distributions eligible for future distributions | 2,116* |
| Number of new claims submitted between December 2, 2016 and September 14, 2018 for consideration for the Special Master's authorization of second-round payments | 3,742 |

*See **Supplemental Congressional Report (docs/USVSST Fund Supplemental Congressional Report 8-2-2017.pdf)**.

**Last Updated on November 20, 2018**

📞 1-855-720-6966  ✉ info@usvsst.com     

Privacy Notice | © 2018 GCG All Rights Reserved