EXHIBIT A

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2                       - - -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                           - - -
 8                   APRIL 27, 2021
                 THIS TRANSCRIPT CONTAINS
 9                CONFIDENTIAL MATERIAL
                           - - -
10
11
12              Remote Videotaped
13   Deposition, taken via Zoom, of JOHN
14   SIDEL, commencing at 7:02a.m., on the
15   above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                       - - -
21         GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672 fax
22              deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES:
 2
 3        KREINDLER & KREINDLER LLP
          BY: ANDREW J. MALONEY III, ESQUIRE
 4        750 Third Avenue
          New York, New York 10017
 5        (212) 687-8181
          amaloney@kreindler.com
 6        Representing the Ashton, et al.,
          Plaintiffs
 7
 8
 9
          COZEN O'CONNOR P.C.
10        BY: SEAN P. CARTER, ESQUIRE
          BY: J. SCOTT TARBUTTON, ESQUIRE
11        One Liberty Place
          1650 Market Street
12        Suite 2800
          Philadelphia, Pennsylvania 19103
13        (215) 665-2000
          scarter1@cozen.com
14        starbutton@cozen.com
          Representing the Plaintiffs
15
16
17
          ANDERSON KILL P.C.
18        BY: BRUCE STRONG, ESQUIRE
          1251 Avenue of the Americas
19        New York, New York 10020
          (212) 278-1000
20        bstrong@andersonkill.com
          Representing the Plaintiffs'
21        Steering Committee
22
23
24
```

```
 1   APPEARANCES:  (Continued)
 2
 3
 4         MOTLEY RICE LLC
           BY: ROBERT T. HAEFELE, ESQUIRE
 5         BY: JADE A. HAILESELASSIE, ESQUIRE
           BY: JODI WESTBROOK FLOWERS, ESQUIRE
 6         28 Bridgeside Boulevard
           Mount Pleasant, South Carolina 29464
 7         (843) 216-9000
           rhaefele@motleyrice.com
 8         jhaileselassie@motleyrice.com
           jflowers@motleyrice.com
 9         Representing the Plaintiffs' Steering
           Committee and the Burnett Plaintiffs
10
11
12
13         JONES DAY
           BY: ERIC SNYDER, ESQUIRE
14         BY: STEVEN COTTREAU, ESQUIRE
           BY: ABIGAEL BOSCH, ESQUIRE
15         51 Louisiana Avenue, N.W.
           Washington, D.C. 20001
16         (202) 879-3939
           esnyder@jonesday.com
17         scottreau@jonesday.com
           abosch@jonesday.com
18         Representing the Defendant,
           Dubai Islamic Bank
19
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3        LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
          BY: WALEED NASSAR, ESQUIRE
 4        BY: AISHA E.R. BEMBRY, ESQUIRE
          BY: SUMAYYA KHATIB, ESQUIRE
 5        1101 New York Avenue, N.W.
          Suite 1000
 6        Washington, DC 20005
          (202) 833-8900
 7        waleed.nassar@lbkmlaw.com
          aisha.bembry@lbkmlaw.com
 8        sumayya.khatib@lbkmlaw.com
          Representing the Defendants,
 9        Muslim World League, the
          International Islamic Relief
10        Organization, and
          Drs. Turki, Al-Obaid, Naseef and Basha
11
12
          LAW FIRM OF OMAR T. MOHAMMEDI, LLC
13        BY: JOSHUA MORRISON, ESQUIRE
          BY: STEVE SEIGLER, ESQUIRE
14        233 Broadway
          Suite 820
15        New York, New York 10279
          (212) 725-3846
16        jmorrison@otmlaw.com
          sseigler@otmlaw.com
17        Representing the Defendant,
          WAMY and WAMY International
18
19   ALSO PRESENT:
20   David Lane, Videographer
     Zac Hone, Trial Technician
21
     Raymond Rivera, IT, Cozen O'Connor
22
     Nour Subani, Paralegal, Lewis Baach Kaufman
23   Middlemiss PLLC
24
```

This Transcript Contains Confidential Material

```
 1                      - - -
 2                     I N D E X
 3                      - - -
 4
    Testimony of:  JOHN SIDEL
 5
 6      By Mr. Carter                              9
 7
                        - - -
 8
                     E X H I B I T S
 9
                        - - -
10
11  NO.            DESCRIPTION                   PAGE
12  Sidel-597      No Bates
                   Notice of Oral Deposition
13                 of John Sidel                   12
14  Sidel-598      No Bates
                   Expert Report of Professor
15                 John Sidel                      15
16  Sidel-599      No Bates
                   Parliament Motion, Saudi
17                 Arabia and The School of
                   Oriental and African
18                 Studies                         36
19  Sidel-600      No Bates
                   Excerpts, 9/11 Commission
20                 Report                          53
21  Sidel-601      FED-PEC0237854-7873
                   RAND Corporation Testimony    64
22
    Sidel-602      FED-PEC0202113-2132
23                 Department of the Treasury
                   Memorandum                     84
24
```

This Transcript Contains Confidential Material

```
 1                    -  -  -
 2              E X H I B I T S
 3                    -  -  -
 4
    NO.          DESCRIPTION                PAGE
 5
    Sidel-603    FED-PEC0173851-3854
 6               State Department Diplomatic
                 Cable                        85
 7
    Sidel-604    No Bates
 8               Seeds of Terror,
                 Maria Ressa                  92
 9
    Sidel-605    No Bates
10               Excerpts, 9/11 Commission
                 Report                      109
11
    Sidel-606    No Bates
12               Michael Scheuer, Osama bin
                 Laden, Excerpts             111
13
    Sidel-607    No Bates
14               9/11 Commission Report      156
15  Sidel-608    No Bates
                 Sidel Invoices              187
16
17
18
19
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1                    -  -  -

 2            DEPOSITION SUPPORT INDEX

 3                    -  -  -

 4

 5   Direction to Witness Not to Answer

 6   Page Line     Page Line     Page Line

 7   None

 8

 9

10   Request for Production of Documents

11   Page Line     Page Line     Page Line

12   None

13

14

15   Stipulations

16   Page Line     Page Line     Page Line

17   8      1

18

19

20   Question Marked

21   Page Line     Page Line     Page Line

22   None

23

24
```

This Transcript Contains Confidential Material

1  much in the press and in certain
2  kinds of more specialized
3  reportage on Southeast Asia and on
4  these organizations.  It was
5  there.
6            So in terms of al-Qaeda,
7  yes.
8  BY MR. CARTER:
9       Q.   And did you conduct any
10 independent research, prior to serving as
11 an expert in this case, concerning those
12 allegations?
13      A.   No.  No, I'm not sure how I
14 would have done so.
15      Q.   Professor Sidel, as I
16 understand the description of your
17 qualifications, you are an expert on
18 Southeast Asia and political conditions
19 and violence in the Philippines and
20 Indonesia; is that correct?
21      A.   Yes.
22      Q.   Do you consider yourself an
23 expert on al-Qaeda?
24      A.   No.

This Transcript Contains Confidential Material

```
 1                      CERTIFICATE
 2
 3
       I, Amanda Maslynsky-Miller, Certified
 4   Realtime Reporter, do hereby certify that
     prior to the commencement of the examination,
 5   JOHN SIDEL, was remotely sworn by me to
     testify to the truth, the whole truth and
 6   nothing but the truth.
 7
       I DO FURTHER CERTIFY that the foregoing is a
 8   verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
 9   on the date hereinbefore set forth, to the
     best of my ability.
10
11     I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor
12   counsel of any of the parties to this action,
     and that I am neither a relative nor employee
13   of such attorney or counsel, and that I am
     not financially interested in the action.
14
15       [signature: Amanda Miller]
16     _____
     Amanda Miller
17   Certified Realtime Reporter
     Dated: May 12, 2021
18
19
     (The foregoing certification of this
20   transcript does not apply to any reproduction
     of the same by any means, unless under the
21   direct control and/or supervision of the
     certifying reporter.)
22
23
24
```

This Transcript Contains Confidential Material

```
 1                INSTRUCTIONS TO WITNESS
 2
 3              Please read your deposition
 4    over carefully and make any necessary
 5    corrections.  You should state the reason
 6    in the appropriate space on the errata
 7    sheet for any corrections that are made.
 8              After doing so, please sign
 9    the errata sheet and date it.
10              You are signing same subject
11    to the changes you have noted on the
12    errata sheet, which will be attached to
13    your deposition.
14              It is imperative that you
15    return the original errata sheet to the
16    deposing attorney within sixty (60) days
17    of receipt of the deposition transcript
18    by you.  If you fail to do so, the
19    deposition transcript may be deemed to be
20    accurate and may be used in court.
21
22
23
24
```

This Transcript Contains Confidencial Material

```
 1                     - - - - - -

                       E R R A T A
 2                     - - - - - -

 3    PAGE   LINE   CHANGE - REASON

 4    ____   ____   _____

 5    ____   ____   _____

 6    ____   ____   _____

 7    ____   ____   _____

 8    ____   ____   _____

 9    ____   ____   _____

10    ____   ____   _____

11    ____   ____   _____

12    ____   ____   _____

13    ____   ____   _____

14    ____   ____   _____

15    ____   ____   _____

16    ____   ____   _____

17    ____   ____   _____

18    ____   ____   _____

19    ____   ____   _____

20    ____   ____   _____

21    ____   ____   _____

22    ____   ____   _____

23    ____   ____   _____

24    ____   ____   _____
```

This Transcript Contains Confidential Material

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2
                I,_____, do
 3    hereby certify that I have read the
      foregoing pages, 1 - 189, and that the
 4    same is a correct transcription of the
      answers given by me to the questions
 5    therein propounded, except for the
      corrections or changes in form or
 6    substance, if any, noted in the attached
      Errata Sheet.
 7
 8    _____
       JOHN SIDEL                      DATE
 9
10
      Subscribed and sworn
11    to before me this
      _____ day of _____, 20____.
12
      My commission expires:_____
13
14    _____
      Notary Public
15
16
17
18
19
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1                    LAWYER'S NOTES
 2   PAGE   LINE
 3   ____   ____   _____
 4   ____   ____   _____
 5   ____   ____   _____
 6   ____   ____   _____
 7   ____   ____   _____
 8   ____   ____   _____
 9   ____   ____   _____
10   ____   ____   _____
11   ____   ____   _____
12   ____   ____   _____
13   ____   ____   _____
14   ____   ____   _____
15   ____   ____   _____
16   ____   ____   _____
17   ____   ____   _____
18   ____   ____   _____
19   ____   ____   _____
20   ____   ____   _____
21   ____   ____   _____
22   ____   ____   _____
23   ____   ____   _____
24   ____   ____   _____
```