EXHIBIT B

```
 1           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2                     - - -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                          - - -
 8                   APRIL 20, 2021
              THIS TRANSCRIPT CONTAINS
 9              CONFIDENTIAL MATERIAL
                          - - -
10
11
12           Remote Videotaped
13   Deposition, taken via Zoom, of OLIVIER
14   ROY, commencing at 7:04 a.m., on the
15   above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                     - - -
21         GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
22             deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

1  APPEARANCES:
2
3          KREINDLER & KREINDLER LLP
           BY: ANDREW J. MALONEY III, ESQUIRE
4          BY: MEGAN WOLFE BENETT, ESQUIRE
           750 Third Avenue
5          New York, New York 10017
           (212) 687-8181
6          amaloney@kreindler.com
           mbenett@kreindler.com
7          Representing the Ashton, et al.,
           Plaintiffs
8
9
10
           COZEN O'CONNOR P.C.
11         BY: J. SCOTT TARBUTTON, ESQUIRE
           One Liberty Place
12         1650 Market Street
           Suite 2800
13         Philadelphia, Pennsylvania 19103
           (215) 665-2000
14         starbutton@cozen.com
           Representing the Plaintiffs
15
16
17
           ANDERSON KILL P.C.
18         BY: BRUCE STRONG, ESQUIRE
           1251 Avenue of the Americas
19         New York, New York 10020
           (212) 278-1000
20         bstrong@andersonkill.com
           Representing the Plaintiffs'
21         Steering Committee
22
23
24

This Transcript Contains Confidential Material

```
 1   APPEARANCES:  (Continued)
 2
 3        MOTLEY RICE LLC
          BY: JOHN M. EUBANKS, ESQUIRE
 4        BY: ROBERT T. HAEFELE, ESQUIRE
          BY: JADE A. HAILESELASSIE, ESQUIRE
 5        BY: JODI WESTBROOK FLOWERS, ESQUIRE
          28 Bridgeside Boulevard
 6        Mount Pleasant, South Carolina 29464
          (843) 216-9000
 7        jeubanks@motleyrice.com
          rhaefele@motleyrice.com
 8        jhaileselassie@motleyrice.com
          jflowers@motleyrice.com
 9        Representing the Plaintiffs' Steering
          Committee and the Burnett Plaintiffs
10
11
12        BAUMEISTER & SAMUELS, PC
          BY: DOROTHEA M. CAPONE, ESQUIRE
13        140 Broadway
          46th Floor
14        New York, New York 10005
          (212) 363-1200
15        tcapone@baumeisterlaw.com
          Representing the Plaintiff,
16        Ashton, et al., Plaintiffs
17
18
19        JONES DAY
          BY: ERIC SNYDER, ESQUIRE
20        BY: GABRIELLE E. PRITSKER, ESQUIRE
          51 Louisiana Avenue, N.W.
21        Washington, D.C. 20001
          (202) 879-3939
22        esnyder@jonesday.com
          gpritsker@jonesday.com
23        Representing the Defendant,
          Dubai Islamic Bank
24
```

This Transcript Contains Confidential Material

1  APPEARANCES: (Continued)
2
3         LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
          BY: WALEED NASSAR, ESQUIRE
4         BY: SUMAYYA KHATIB, ESQUIRE
          BY: AISHA E.R. BEMBRY, ESQUIRE
5         1101 New York Avenue, N.W.
          Suite 1000
6         Washington, DC 20005
          (202) 833-8900
7         waleed.nassar@lbkmlaw.com
          sumayya.khatib@lbkmlaw.com
8         aisha.bembry@lbkmlaw.com
          Representing the Defendants,
9         Muslim World League, the
          International Islamic Relief
10        Organization, and
          Drs. Turki, Al-Obaid, Naseef and Basha
11
12
          LAW FIRM OF OMAR T. MOHAMMEDI, LLC
13        BY: STEVE SIEGLER, ESQUIRE
          233 Broadway
14        Suite 820
          New York, New York 10279
15        (212) 725-3846
          ssiegler@otmlaw.com
16        Representing the Defendant,
          WAMY and WAMY International
17
18
          SALERNO & ROTHSTEIN
19        BY: PETER C. SALERNO, ESQUIRE
          BY: AMY ROTHSTEIN, ESQUIRE
20        P.O. Box 456
          Pine Plains, New York 12567
21        (518) 771-3050
          peter.salerno.law@gmail.com
22        amyrothsteinlaw@gmail.com
          Representing the Defendant,
23        Yassin Kadi
24

This Transcript Contains Confidential Material

1  in Afghanistan since the -- until the
2  departure of bin Laden from Peshawar.
3        Q.   And let me make sure that
4  you understood the question.
5             That you're not expressing
6  any expertise on the Muslim World
7  League's alleged activities in support of
8  al-Qaeda?
9        A.   To the extent that if we
10 take into consideration what I am writing
11 in my reports, yes.
12       Q.   Yes, you are expressing
13 expertise; or, no, you're not expressing
14 expertise?
15       A.   No, I am not an expert on
16 the Muslim World League.
17       Q.   Okay.  All right.  And
18 you're not expressing any expertise or
19 advanced knowledge on bin Laden's
20 activities once he left to go to the
21 Sudan?
22       A.   It's out of the scope of my
23 testimony.
24       Q.   And you're not an expert on

1   al-Qaeda in the time period post the 1989
2   Battle of Jalalabad?
3        A.    I would say, yes, until the
4   departure of bin Laden from Afghanistan
5   and Pakistan.
6        Q.    And that would have taken
7   place in 1989 following the battle,
8   correct?
9        A.    Yes.
10       Q.    And that would be when
11  your -- when your expertise on that area
12  concludes; is that correct?
13       A.    Yeah, that's the scope of my
14  report.
15       Q.    Okay.  And you're not
16  opining about whether or not al-Qaeda --
17  well, sorry, let me try that again.
18             You have no specialized
19  experience or expertise regarding the
20  activities of Islamic fighters in
21  Chechnya, correct?
22       A.    The Islamic?
23       Q.    Fighters in Chechnya?
24       A.    No, no.  That's not in the

This Transcript Contains Confidential Material

1  scope of my expertise.
2       Q.   And you don't have any
3  expert information or expert knowledge
4  regarding the preparation for the 9/11
5  attacks?
6       A.   No, not -- I worked on the
7  categorization of the terrorists, but not
8  on the preparation of the attacks.
9       Q.   And you have no expert
10 knowledge regarding the activities of
11 Wa'el Julaidan in Peshawar, correct?
12      A.   Correct.
13      Q.   And you have no expert
14 knowledge or expertise regarding the
15 activities of Mohamed Jamal Khalifa on
16 behalf of IIRO?
17      A.   Correct.
18      Q.   And I know we asked this
19 before the break, but you have not
20 professed to be an expert regarding money
21 laundering for terrorist organizations,
22 correct?
23      A.   I'm not an expert of money
24 laundering.

```
 1                    CERTIFICATE
 2
 3
       I, Amanda Maslynsky-Miller, Certified
 4  Realtime Reporter, do hereby certify that
    prior to the commencement of the examination,
 5  OLIVIER ROY, was remotely sworn by me to
    testify to the truth, the whole truth and
 6  nothing but the truth.
 7
       I DO FURTHER CERTIFY that the foregoing is a
 8  verbatim transcript of the testimony as taken
    stenographically by me at the time, place and
 9  on the date hereinbefore set forth, to the
    best of my ability.
10
11     I DO FURTHER CERTIFY that I am neither a
    relative nor employee nor attorney nor
12  counsel of any of the parties to this action,
    and that I am neither a relative nor employee
13  of such attorney or counsel, and that I am
    not financially interested in the action.
14
15       [signature: Amanda Miller]
16  _____
    Amanda Miller
17  Certified Realtime Reporter
    Dated: April 30, 3021
18
19
    (The foregoing certification of this
20  transcript does not apply to any reproduction
    of the same by any means, unless under the
21  direct control and/or supervision of the
    certifying reporter.)
22
23
24
```

This Transcript Contains Confidential Material

1               INSTRUCTIONS TO WITNESS

2

3              Please read your deposition

4  over carefully and make any necessary

5  corrections.  You should state the reason

6  in the appropriate space on the errata

7  sheet for any corrections that are made.

8              After doing so, please sign

9  the errata sheet and date it.

10             You are signing same subject

11 to the changes you have noted on the

12 errata sheet, which will be attached to

13 your deposition.

14             It is imperative that you

15 return the original errata sheet to the

16 deposing attorney within sixty (60) days

17 of receipt of the deposition transcript

18 by you.  If you fail to do so, the

19 deposition transcript may be deemed to be

20 accurate and may be used in court.

21

22

23

24

This Transcript Contains Confidencial Material

```
 1                       - - - - - -

                         E R R A T A

 2                       - - - - - -

 3     PAGE    LINE    CHANGE

 4     ____    ____    _____

 5     ____    ____    _____

 6     ____    ____    _____

 7     ____    ____    _____

 8     ____    ____    _____

 9     ____    ____    _____

10     ____    ____    _____

11     ____    ____    _____

12     ____    ____    _____

13     ____    ____    _____

14     ____    ____    _____

15     ____    ____    _____

16     ____    ____    _____

17     ____    ____    _____

18     ____    ____    _____

19     ____    ____    _____

20     ____    ____    _____

21     ____    ____    _____

22     ____    ____    _____

23     ____    ____    _____

24     ____    ____    _____
```

This Transcript Contains Confidential Material

ACKNOWLEDGMENT OF DEPONENT

I,_____, do hereby certify that I have read the foregoing pages, 1 - 223, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
 OLIVIER ROY                    DATE

Subscribed and sworn to before me this _____ day of _____, 20____.

My commission expires:_____

_____
Notary Public

This Transcript Contains Confidential Material

```
 1                    LAWYER'S NOTES
 2    PAGE   LINE
 3    ____   ____   _____
 4    ____   ____   _____
 5    ____   ____   _____
 6    ____   ____   _____
 7    ____   ____   _____
 8    ____   ____   _____
 9    ____   ____   _____
10    ____   ____   _____
11    ____   ____   _____
12    ____   ____   _____
13    ____   ____   _____
14    ____   ____   _____
15    ____   ____   _____
16    ____   ____   _____
17    ____   ____   _____
18    ____   ____   _____
19    ____   ____   _____
20    ____   ____   _____
21    ____   ____   _____
22    ____   ____   _____
23    ____   ____   _____
24    ____   ____   _____
```