EXHIBIT I

Page 1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 03-MDL-1570 (GBD) (SN)

5    -----------------------------------x.

6    IN RE: TERRORIST ATTACKS ON

7    SEPTEMBER 11, 2001

8    -----------------------------------x

9                     April 12, 2021

10                    10:30 a.m.

11

                      Videotaped Deposition via Zoom

12   of BRIAN M. JENKINS, pursuant to Notice,

13   before Jineen Pavesi, a Registered

14   Professional Reporter, Registered Merit

15   Reporter, Certified Realtime Reporter and

16   Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25

Page 2

1
2    A P P E A R A N C E S :
3    COZEN O'CONNOR PC
     1650 Market Street, Suite 2800
4    One Liberty Place
     Philadelphia, Pennsylvania 19103
5         Attorneys for Plaintiffs
     BY:  J. SCOTT TARBUTTON, ESQ.
6         scarter@cozen.com
7    COZEN O'CONNOR PC
     1055 Franklin Avenue
8    Garden City, New York 11530-2903
          Attorneys for Plaintiffs
9    BY:  SEAN CARTER, ESQ.
          scarter1@cozen.com
10
     ANDERSON KILL P.C.
11   1251 Avenue of the Americas
     New York, New York 10020
12        Attorneys for Plaintiff O'Neill and
          Plaintiffs' Executive Committee
13   BY:  JERRY S. GOLDMAN, ESQ.
          jgoldman@andersonkill.com
14        BRUCE STRONG, ESQ.
          bstrong@andersonkill.com
15
     MOTLEY RICE, LLC
16   28 Bridgeside Boulevard
     Mount Pleasant, South Carolina 29465
17        Attorneys for Plaintiffs in Burnett
          Case and Plaintiffs' Executive
18        Committee for Personal Injury and
          Death Claims and Witness
19   BY:  ROBERT T. HAEFELE, ESQ.
          rhaefele@motleyrice.com
20        C. ROSS HEYL, ESQ.
          rheyl@motleyrice.com
21        JODI FLOWERS, ESQ.
          jflowers@motleyrice.com
22        JOHN EUBANKS, ESQ.
23
24
25

```
 1                    JENKINS
 2      Q.        And do you agree with footnote
 3  1 to Chapter 5 of the 9/11 Commission
 4  Report as published on FED PEC 0076072 of
 5  Exhibit 2026?
 6      A.        They begin working with --
 7  begin working with, I am going to talk
 8  about that phrase there.
 9            KSM we know, and this is also
10  from the 9/11 Report, spoke with bin Ladin
11  in 1996 and pitched the idea of some type
12  of operation involving airplanes.
13            Bin Ladin did not  -- bin Ladin
14  invited Khalid Sheikh Mohammed to join Al
15  Qaeda at that time, but Khalid Sheikh
16  Mohammed did not and so this would be
17  referred to, you know, really in a sense a
18  more formalization of a relationship.
19            But Khalid Sheikh Mohammed
20  remained committed to this operation and
21  was anxious for bin Ladin's support for
22  it, but at the same time Khalid Sheikh
23  Mohammed really valued his independent
24  status and did not want to formally join
25  Al Qaeda and so this represents more of a
```

1                    JENKINS

2   formalization of the relationship.

3        Q.        When you say this represents

4   more of a formalization of the

5   relationship, you mean when KSM began

6   working more closely with Osama bin Ladin

7   in 1998 or 1999?

8        A.        Yes.

9                  MR. COTTREAU: If I could have

10   the assistant please turn to the next page

11   and highlight for me footnote 10 on the

12   next page.

13        Q.        Mr. Jenkins, I am going to have

14   you take a look at footnote 10 to Chapter

15   5 of the 9/11 Commission Report, which is

16   at FED PEC 0076073 of Exhibit 2026, and if

17   you could please read that aloud for me.

18        A.        "Intelligence report,

19   interrogation of KSM, January 9, 2004.  In

20   another interrogation report, however, KSM

21   downplays the significance of his

22   relationship to Yousef in enabling him to

23   meet with bin Ladin.  Specifically, KSM

24   notes that Yousef was not a member of Al

25   Qaeda and that Yousef never met bin Ladin.

Page 94

```
 1                    JENKINS
 2    airliners flying across the Pacific"?
 3        A.        Yes, but I would add to that
 4    again, we've had this discussion before,
 5    you know, as I say, it was not  -- Bojinka
 6    was not an Al Qaeda operation, it was
 7    carried out by individuals who were part
 8    of this broader constellation and who had
 9    previously, in some case, had previously
10    had connections with Al Qaeda or
11    subsequently had connections with Al
12    Qaeda.
13                But the specific operation was
14    not an Al Qaeda operation.
15                So, yes, I agree with this
16    statement, but with that additional
17    statement.
18        Q.        Thank you.
19                MR. COTTREAU:  Michael, you can
20    take the exhibit down.
21        Q.        Mr. Jenkins, do you believe
22    that Islam is a religion of peace?
23                MR. EUBANKS:  Object to form,
24    outside the scope.
25        A.        You know, do I believe --
```

Page 127

```
 1                    JENKINS
 2              But, No. 1, what do they say;
 3    now, when bin Ladin was alive, he
 4    regularly communicated at length in terms
 5    of various speeches and communications, so
 6    did Zawahiri, so did some of the others in
 7    the group, so that's No. 1.
 8              No. 2, this goes back primarily
 9    before, but in some cases immediately
10    after 9/11, bin Ladin and Zawahiri gave
11    interviews to the press and so you have
12    what they said in those.
13              There is also material that Al
14    Qaeda strategists, et cetera, have written
15    about their view, so you have what they
16    said, what they wrote, what they said in
17    interviews, and moreover, then you have
18    their actions, what were their, you know,
19    what they did as evidence of how they
20    viewed things and how they did things and
21    intentions.
22              Does that reflect the entire
23    membership of Al Qaeda, no, because you
24    have individuals, and this is especially
25    in the post 9/11 environment, who claim to
```

```
 1                    JENKINS
 2   material and to just portray that in a
 3   clear, succinct fashion.
 4              There's not a paragraph that is
 5   labeled methodology, but I do say that,
 6   you know, look, what was I going for.
 7              It looked at the operation
 8   primarily from Al Qaeda's point of view
 9   that would discard a lot of the
10   literature, it looks at it, for example,
11   post 9/11, how did this happen, how did we
12   screw up intelligence, what were the
13   vulnerabilities at airports, why was the
14   investigation flawed, things of this sort.
15              Not relevant to my purpose,
16   which was to look at it from Al Qaeda's
17   point of view, what were they trying to
18   do, what kind of problems in terms of
19   planning or mobilization resources did
20   they run into along the way, you know, how
21   did they manage to overcome these
22   obstacles.
23              It was pretty straightforward,
24   what was the available evidence.
25              Clearly the 9/11 Report was --
```

Page 163

                    JENKINS

1

2    in which I say "see discussion of these

3    issues in Chapter 1, Chapter 5 and Chapter

4    7," and I cite those, those would cover a

5    number of them, that doesn't get into this

6    area.

7                    Now, look, again, and I realize

8    --  I don't mean to be chubbing back and

9    forth and I don't see this as an

10   adversarial proceeding, or it is, but the

11   fact is that, yes, there are a lot of

12   things in my head and they refer to a

13   lifetime of previous research and in some

14   cases, as to men are willing to die and

15   common supply, but never before had a

16   terrorist organization mobilized so many

17   suicide operatives to work together in a

18   single operation.

19                   I can actually demonstrate that

20   historically, but it is one of those

21   things that quite frankly is inside my

22   head.

23                   In fact, one of the -- I am not

24   going to get into, this was another

25   analytical debate, we can see one or two

Page 167

1                    JENKINS

2    use U.S. telephone books and the Internet,

3    rent an apartment, read airline

4    timetables, and make travel reservations."

5                If I wanted to understand what

6    the basis was for that sentence in your

7    report, how would I do that as a person

8    reviewing the historical work?

9        A.        Source of the 9/11 Commission

10   and again a lot of this is based upon the

11   chapters that I identified from the 9/11

12   Commission and back to footnote 30, but I

13   thought there was one other one here.

14                (Witness perusing document.)

15       A.        In this final sequence of

16   events, and perhaps I was remiss in this,

17   but in the final sequence of events, this

18   comes primarily out of, apart from those

19   that I have already pointed out as my own

20   surmise, the 9/11 Commission and I was

21   saying now we're into the final, in a

22   sense, live past, and these things have

23   been well-covered in the press, been

24   covered in the 9/11 Commission, that these

25   are statements of fact based upon

Page 172

```
 1                    JENKINS
 2              Why I am familiar with his
 3    statement, I did not know, I misunderstood
 4    you, Steve, actually, when you said did I
 5    read any of the defendants' reports.
 6              And I did not include in my
 7    head a rebuttal, I thought there was an
 8    original set of reports as were prepared
 9    by the plaintiffs' counsel, a set of
10    reports that one could look at, and I did
11    not look at those.
12              I did absolutely look at Mark
13    Sageman's rebuttal, it was sent to me, I
14    looked at it, and I looked at it very
15    carefully to see if there was something
16    where there would be a fundamental
17    disagreement with something that I said.
18              As I say, there is no
19    disagreement on our characterization of
20    the 9/11 Report, other than an issue of
21    whether the Bojinka plot was a predecessor
22    or a precedent or a precursor for the 9/11
23    attacks.
24              Mr. Sageman said it was not, I
25    believe that it was.
```

```
 1                    JENKINS
 2   and I will reask my question.
 3        A.      Got it, got it, got it.
 4        Q.      The last sentence of the second
 5   full paragraph on page 11 of your report
 6   reads, "The operation was reportedly
 7   financed in part by bin Ladin and other
 8   Islamist extremists."
 9                What does "the operation" mean?
10        A.      It would refer to Bojinka.
11        Q.      Can you make a list for me of
12   each and every piece of evidence that
13   supports the conclusion that the Bojinka
14   plot was reportedly financed in part by
15   bin Ladin.
16        A.      Again, that would take time to
17   do, but I could.
18                I don't want to have us spend
19   time and if you want me to submit
20   something or my lawyers agree for me to
21   submit something following to do that, but
22   I don't have all of my material here.
23                I have deliberately not had
24   anything on my desk here to refer to and
25   so it will take some time to do it.
```

Page 293

1

2          C E R T I F I C A T I O N

3

4

5

6     I, Jineen Pavesi, a Registered

7   Professional Reporter, Registered Merit

8   Reporter, Certified Realtime Reporter and

9   a Notary Public, do hereby certify that

10   the foregoing witness, BRIAN M. JENKINS,

11   was duly sworn on the date indicated, and

12   that the foregoing is a true and accurate

13   transcription of my stenographic notes.

14     I further certify that I am not employed

15   by nor related to any party to this

16   action.

17

18

19

20

21

22

23

24      JINEEN PAVESI, RPR, RMR, CRR

25

Page 294

1

2            E X H I B I T S

3

4   Defendants'

5   EXHIBIT          DESCRIPTION              PAGE

6

7   Exhibit 2025   Jenkins Expert            20

8                  Report

9   Exhibit 2026   Bates stamped FED         71

10                 PEC 75569, 75729

11                 through 75757, and

12                 76072 through 76083

13  Exhibit 2027   FED PEC 75754             86

14  Exhibit 2028   transcript of             91

15                 witness's testimony

16                 presented before

17                 the House Armed

18                 Services Committee,

19                 Subcommittee on

20                 Emerging Threats

21                 and Capabilities,

22                 on or about June

23                 22, 2011

24  Exhibit 2029   expert report of          113

25                 witness in

Page 295

1
2                    connection with the
3                    Weiss v.  National
4                    Westminster case on
5                    or about March 4,
6                    2011
7    Exhibit 2030   copy of an expert        116
8                    report by witness
9                    in connection with
10                   Strauss versus
11                   Credit Lyonnnais
12                   case dated July 15,
13                   2010
14
15   EXAMINATION BY:
16   MR. COTTREAU:   PAGE 9
17   MR. NASSAR: PAGE 239
18   MR. MOHAMEDDI:   PAGE 283
19
20
21
22
23
24
25

Page 296

```
 1
 2                    ERRATA SHEET
 3          Veritext/New York Reporting, LLC
                    1-800-727-6396
 4   330 Old Country Road    1250 Broadway
     Mineola, New York 11501 New York, New York
 5
     Name of Case: Terrorist Attacks of 9/11
 6   Date of Deposition: 4/12/21
     Name of Deponent: Brian M. Jenkins
 7

     Page     Line     Change                    Reason
 8   _____   ____     _____  _____
     _____   ____     _____  _____
 9   _____   ____     _____  _____
     _____   ____     _____  _____
10   _____   ____     _____  _____
     _____   ____     _____  _____
11   _____   ____     _____  _____
     _____   ____     _____  _____
12   _____   ____     _____  _____
     _____   ____     _____  _____
13   _____   ____     _____  _____
     _____   ____     _____  _____
14   _____   ____     _____  _____
     _____   ____     _____  _____
15   _____   ____     _____  _____
     _____   ____     _____  _____
16   _____   ____     _____  _____
     _____   ____     _____  _____
17   _____   ____     _____  _____
     _____   ____     _____  _____
18   _____   ____     _____  _____
19
20                     _____
                       Brian M. Jenkins
21
     SUBSCRIBED AND SWORN TO BEFORE ME
22   THIS _____DAY OF _____, 20__.
23

24   _____   _____
     NOTARY PUBLIC     COMMISSION EXPIRES
25
```