EXHIBIT K

This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2                      -   -   -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                         -   -   -
 8                  JULY 22, 2021
             THIS TRANSCRIPT CONTAINS
 9            CONFIDENTIAL MATERIAL
                         -   -   -
10
11
12            Remote Videotaped
13   Deposition, taken via Zoom, of JONATHAN
14   MARKS, commencing at 9:00 a.m., on the
15   above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                      -   -   -
21        GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672 fax
22            deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES:
 2

         KREINDLER & KREINDLER LLP
 3       BY: ANDREW J. MALONEY III, ESQUIRE
         485 Lexington Avenue, 28th Floor
 4       New York, New York 10017
         (212) 687-8181
 5       amaloney@kreindler.com
         Representing the Ashton, et al.,
 6       Plaintiffs
 7
 8
 9       COZEN O'CONNOR P.C.
         BY: SEAN P. CARTER, ESQUIRE
10       BY: J. SCOTT TARBUTTON, ESQUIRE
         One Liberty Place
11       1650 Market Street
         Suite 2800
12       Philadelphia, Pennsylvania 19103
         (215) 665-2000
13       scarter1@cozen.com
         starbutton@cozen.com
14       Representing the Plaintiffs
15
16
17       ANDERSON KILL P.C.
         BY: JERRY S. GOLDMAN, ESQUIRE
18       1251 Avenue of the Americas
         New York, New York 10020
19       (212) 278-1000
         jgoldman@andersonkill.com
20       Representing the Plaintiffs'
         Steering Committee
21
22
23
24
```

```
 1   APPEARANCES:  (Continued)
 2

 3          MOTLEY RICE LLC
            BY: ROBERT T. HAEFELE, ESQUIRE
 4          BY: JODI WESTBROOK FLOWERS, ESQUIRE
            BY: C. ROSS HEYL, ESQUIRE
 5          28 Bridgeside Boulevard
            Mount Pleasant, South Carolina 29464
 6          (843) 216-9000
            rhaefele@motleyrice.com
 7          jflowers@motleyrice.com
            rheyl@motleyrice.com
 8          Representing the Plaintiffs' Steering
            Committee and the Burnett Plaintiffs
 9

10

11
            JONES DAY
12          BY: ERIC SNYDER, ESQUIRE
            BY: GABRIELLE PRITSKER, ESQUIRE
13          51 Louisiana Avenue, N.W.
            Washington, D.C. 20001
14          (202) 879-3939
            esnyder@jonesday.com
15          gpritsker@jonesday.com
            Representing the Defendant,
16          Dubai Islamic Bank

17

18          LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
            BY: SUMAYYA KHATIB, ESQUIRE
19          1101 New York Avenue, N.W.
            Suite 1000
20          Washington, DC 20005
            (202) 833-8900
21          sumayya.khatib@lbkmlaw.com
            Representing the Defendants,
22          Muslim World League, the
            International Islamic Relief
23          Organization, and
            Drs. Turki, Al-Obaid, Naseef and Basha
24
```

```
 1   APPEARANCES: (Continued)
 2
 3         LAW FIRM OF OMAR T. MOHAMMEDI, LLC
           BY: OMAR T. MOHAMMEDI
 4         BY: JILL L. MANDELL, ESQUIRE
           233 Broadway
 5         Suite 820
           New York, New York 10279
 6         (212) 725-3846
           omohammedi@otmlaw.com
 7         jmandell@otmlaw.com
           Representing the Defendant,
 8         WAMY and WAMY International
 9
10
11         GOETZ & ECKLAND P.A.
           BY: FREDERICK J. GOETZ, ESQUIRE
12         615 1st Avenue NE
           Suite 425
13         Minneapolis, Minnesota 55413
           (612) 874-1552
14         fgoetz@goetzeckland.com
           Representing the Defendant,
15         WAMY and WAMY International
16
17   ALSO PRESENT:
18   David Lane, Videographer
     Dianne Int-Hout, Trial Technician
19
20   Linde Hoffman, Legal Assistant, Jones Day
21
22
23
24
```

This Transcript Contains Confidential Material

1    in the invoices for you reviewing

2    documents was 14 hours, correct?

3              MR. GOETZ:  Objection.

4         Form.

5              THE WITNESS:  We went

6         through this.  Yes, that's what it

7         says on the time sheets.  Yes.

8    BY MR. CARTER:

9         Q.    Do you know how many

10   documents you personally actually

11   reviewed --

12        A.    I don't.

13        Q.    -- prior to the issuance of

14   your report?

15        A.    I don't.

16        Q.    Well, did you review tens of

17   thousands of documents or fewer?

18        A.    We reviewed -- we reviewed a

19   lot of documents.  I don't know the exact

20   amount.

21        Q.    I'm not asking whether we,

22   "we" meaning Baker Tilly, reviewed.

23              I'm asking whether you

24   reviewed tens of thousands of documents?

This Transcript Contains Confidential Material

1    A.    I wouldn't say I reviewed

2    tens of thousands of documents, no.  Like

3    I said, that's not the process that we

4    went through -- go ahead.

5    Q.    So you review -- you relied

6    on other people to review documents and

7    they provided their analysis to you; is

8    that correct?

9    A.    Yes.

10   Q.    And how did they provide

11   that analysis to you?

12   A.    We would have regular and

13   ongoing discussions.

14   Q.    And did they provide any

15   summaries to you relating to their

16   review, analysis or findings?

17   A.    I'm sure they summarized it

18   to me, otherwise -- yes.  Absolutely,

19   yes.  They summarized information for me.

20   Q.    And so you relied on those

21   summaries for purposes of developing your

22   opinions and writing your report,

23   correct?

24   A.    I relied on those summaries

This Transcript Contains Confidential Material

1   to evaluate whether I believed that those

2   were complete and accurate.  And if I

3   thought that we needed more information,

4   I would -- I asked my staff to go back

5   and get me more details.

6             So placing reliance on them,

7   it all depended on many different

8   factors.

9        Q.   Well, you considered them in

10  the context of developing your opinions

11  and report in the case, correct?

12       A.   Yes.

13       Q.   And do you list any of those

14  summaries or any analyses provided by

15  your staff in the documents considered

16  section of your report?

17            MR. GOETZ:  Objection.

18       Form.

19            THE WITNESS:  I don't have

20       any written summaries.  So the

21       answer to that is no.

22  BY MR. CARTER:

23       Q.   Well, they didn't provide

24  you any information in writing relating

1    to their review of the documents?

2         A.    No.  It was all done through

3    meetings and discussions.

4         Q.    And you were able to assess

5    the competence and quality of the review,

6    by a dozen employees, of tens of

7    thousands of documents based on verbal

8    communications at meetings?

9         A.    Yes.

10        Q.    And you didn't feel the need

11   to have anyone put any of their analysis

12   down in writing so you could study it and

13   make sure you thought it was accurate?

14        A.    I'm just telling you how it

15   worked.  We had conversations about the

16   documents.  If I thought that they

17   were -- if I thought -- if I understood

18   what it was that they were trying to say,

19   that was fine.

20             If not, if I needed more

21   information or required more information,

22   or there was something that I wanted to

23   be looked into further, then that's what

24   we did.

This Transcript Contains Confidential Material

1                    But I do not have anything

2    written in the form of any analysis, no.

3         Q.    And individuals on your

4    staff also billed time for participating

5    in the drafting of the report, correct?

6         A.    They helped, yes, when I had

7    questions.  And that's why it says

8    drafting of the report.

9                    I drafted the report.

10        Q.    Well, there are significant

11   time entries, Mr. Marks, for other

12   individuals described as related to the

13   drafting of the report.  They are not

14   incidental entries.

15                   Can you explain that?

16              MR. GOETZ:  Objection.

17         Form.

18              THE WITNESS:  I can explain

19         the process, sure.

20              Would you like me to explain

21         the process?

22   BY MR. CARTER:

23        Q.    Well, no.

24                   I'd like you to explain why,

This Transcript Contains Confidential Material

1                      CERTIFICATE
2
3

I, Amanda Maslynsky-Miller, Certified
4   Realtime Reporter, do hereby certify that
prior to the commencement of the examination,
5   JONATHAN MARKS, was remotely sworn by me to
testify to the truth, the whole truth and
6   nothing but the truth.
7

I DO FURTHER CERTIFY that the foregoing is a
8   verbatim transcript of the testimony as taken
stenographically by me at the time, place and
9   on the date hereinbefore set forth, to the
best of my ability.
10
11  I DO FURTHER CERTIFY that I am neither a
relative nor employee nor attorney nor
12  counsel of any of the parties to this action,
and that I am neither a relative nor employee
13  of such attorney or counsel, and that I am
not financially interested in the action.
14
15      _Amanda Miller_
16  _____
Amanda Miller
17  Certified Realtime Reporter
Dated: August 2, 2021
18
19
(The foregoing certification of this
20  transcript does not apply to any reproduction
of the same by any means, unless under the
21  direct control and/or supervision of the
certifying reporter.)
22
23
24

This Transcript Contains Confidential Material

1                    INSTRUCTIONS TO WITNESS

2

3                    Please read your deposition

4    over carefully and make any necessary

5    corrections.  You should state the reason

6    in the appropriate space on the errata

7    sheet for any corrections that are made.

8                    After doing so, please sign

9    the errata sheet and date it.

10                   You are signing same subject

11   to the changes you have noted on the

12   errata sheet, which will be attached to

13   your deposition.

14                   It is imperative that you

15   return the original errata sheet to the

16   deposing attorney within sixty (60) days

17   of receipt of the deposition transcript

18   by you.  If you fail to do so, the

19   deposition transcript may be deemed to be

20   accurate and may be used in court.

21

22

23

24

This Transcript Contains Confidential Material

```
1                  - - - - - -

                 E R R A T A

2                  - - - - - -

3    PAGE   LINE   CHANGE

4    _____  _____  _____

5    _____  _____  _____

6    _____  _____  _____

7    _____  _____  _____

8    _____  _____  _____

9    _____  _____  _____

10   _____  _____  _____

11   _____  _____  _____

12   _____  _____  _____

13   _____  _____  _____

14   _____  _____  _____

15   _____  _____  _____

16   _____  _____  _____

17   _____  _____  _____

18   _____  _____  _____

19   _____  _____  _____

20   _____  _____  _____

21   _____  _____  _____

22   _____  _____  _____

23   _____  _____  _____

24   _____  _____  _____
```

This Transcript Contains Confidential Material

1          ACKNOWLEDGMENT OF DEPONENT

2

         I,_____, do

3  hereby certify that I have read the
   foregoing pages,  1 - 316, and that the

4  same is a correct transcription of the
   answers given by me to the questions

5  therein propounded, except for the
   corrections or changes in form or

6  substance, if any, noted in the attached
   Errata Sheet.

7

8  _____

    JONATHAN MARKS                DATE

9

10

   Subscribed and sworn

11 to before me this
   _____ day of _____, 20_____.

12

   My commission expires:_____

13

14 _____

   Notary Public

15

16

17

18

19

20

21

22

23

24

This Transcript Contains Confidential Material

1                          LAWYER'S NOTES

2        PAGE   LINE

3        _____  _____    _____

4        _____  _____    _____

5        _____  _____    _____

6        _____  _____    _____

7        _____  _____    _____

8        _____  _____    _____

9        _____  _____    _____

10       _____  _____    _____

11       _____  _____    _____

12       _____  _____    _____

13       _____  _____    _____

14       _____  _____    _____

15       _____  _____    _____

16       _____  _____    _____

17       _____  _____    _____

18       _____  _____    _____

19       _____  _____    _____

20       _____  _____    _____

21       _____  _____    _____

22       _____  _____    _____

23       _____  _____    _____

24       _____  _____    _____