EXHIBIT N

F.No.2/15/92-Rep.

ISLAMABAD, THE
29TH OCTOBER, 1992.

Mr. Wa'el H. Jelaidan,
Project Director,
Rabita Trust,
Muslim World League,
A/8/1, ISLAMABAD

SUBJECT:- REPATRIATION OF 3000 FAMILIES FROM BANGLADESH TO PAKISTAN BY THE END OF DECEMBER, 1992.

In a Summary on the abovenoted subject the Chairman, Rabita Trust Board (Prime Minister of Pakistan) was pleased to approve the proposal that Mr. Wa'el H. Jelaidan, representative of Rabita Al-Alam Al-Islami in Islamabad having since been nominated a member on the Rabita Trust Board and appointed also as Project Director would have to set up his office at Lahore immediately to discharge his responsibilities.

2. It was also agreed that a co-Project Director in BPS-20, alongwith the following additional staff obtained on deputation from Federal and Provincial Departments will be required to assist the Project Director:-

| | | |
|---|---|---|
| 1) | Deputy Director BPS-18 | 1 |
| 2) | Accounts Officer BPS-17 | 1 |
| 3) | Accounts Assistant | 2 |
| 4) | Assistant (female) | 1 |
| 5) | Stenotypist | 2 |
| 6) | Cashier | 1 |
| 7) | Naib Quasid | 2 |
| 8) | Driver | 1 |

3. It is expected that the above officers and staff would be required for a period of 4 to 6 months with effect from 1-12-1992. You are therefore requested to advise the workability of the above proposal and state also from where they are to be paid for the period they remain engaged, in this project. The expenditure involved has roughly been estimated at Rs.500,000/-.

(M. ASLAM TARIQ)
DEPUTY SECRETARY

MWL 008691

# List of members of the Rabita Trust Board
Subject to confirmation from the Government of Pakistan

| | | |
|---|---|---|
| 1. | General Pervez Musharraf<br>*Chief Executive, Islamic Republic of Pakistan* | Chairman |
| 2. | H.R.H. Prince Talal Bin Abdul Aziz Al-Saud | Co-Chairman |
| 3. | H.E .Dr. Abdullah Bin Saleh Al-Obaid<br>*Secretary-General Rabita Al-Alam Al-Islami, Makkah, KSA* | Vice Chairman |
| 4. | Mr. Shaukat Aziz<br>*Minister of Finance, Revenue, Economic Affairs, Planning & Development and Statistics* | Vice Chairman |
| 5. | Lt. Gen.® Moin-ud-Din Yaider,<br>*Minister of Interior, Narcotics and Control and Capital Administration & Development* | Member |
| 6. | Lt. Gen. Muhammad Safdar, HI (M), S.Bt(Retd)<br>**Governor of Punjab** | Member |
| 7. | Air Marshal Azim Daood Pota, HI(M), SJ (Retd)<br>*Governor of Sindh* | Member |
| 8. | Mr. Majid Nizami<br>*Chairman Pak Citi zens' National Committee* | Member |
| 9. | Secretary Foreign Affairs | Member |
| 10. | Dr. Abdullah Bin Abdullah Naseef<br>*Vice Chairman Majlis-e-Shoora, Govt of Saudi Arabia* | Member |
| 11. | H.E. Yousaf Jasim Al-Hiji<br>*President, International Islamic Charity Organization, Kuwait* | Member |
| 12. | H.E. Dr. Abdul Malik Al-Hamar,<br>**Advisor, to the President of UAE, Abu Dhabi** | Member |
| 13.. | H.R.H. Prince Turky Bin Fahd Bin Jalawy Al-Saud<br>*Supervisor General, IIRO Offices, Eastern Province, Saudi Arabia* | Member |
| 14. | H.E. Dr. Adnan Khalil Basha<br>*Secretary-General IIRO, Jeddah* | Member |
| 15. | Mr. Mohammed Bin Abdallah Al-Dubaiban<br>*Rabita Al-Alam Al-Islami, Riyadh Office, Saudi Arabia* | Member |
| 16. | Mr. Wael Hamzah Jelaidan, | Director General- cum-Secretary General |
| 17. | Secretary Cabinet Division | Deputy Director General-cum-Deputy Secretary General |

MWL 030817

Case 1:03-cv-05071-GBD-SN   Document 434-14   Filed 01/14/22   Page 4 of 8

# THE RABITA TRUST
For Repatriation of Stranded Pakistanis
## Secretariat General



وقف الرابطة
لإعادة توطين الباكستانيين المقطوعين
الأمانة العامة

Ref: RTJ/034

الرقم :

Date: 14 October 2000

التاريخ :

Dr. Masooma Hasan,
Secretary Cabinet Division,
Islamabad.
Tel: 92 51 9213562
Fax: 92 51 9201357

Subject :- **The Rabita Trust Board**

Dear Madam,

The Rabita Trust for the Repatriation and Rehabilitation of the Stranded plans to convene its Board's meeting very soon. For this, we will need the names of all the members from Pakistan and Rabita Al-Alam Al-Islami's sides. We have come to know that some members of the Board on Pakistan's side have either retired or been transferred. I shall be obliged if you could please get their substitutes nominated/notified and send us their names at your earliest. As for the members on our side, we have made some new nominations and the names of the new nominees are given below for notification.

1. H.R.H. Prince Talal Bin Abdul Aziz Al-Saud — Co-Chairman
2. H.E. Dr. Abdullah Bin Saleh Al-Obaid — Vice Chairman
   Secretary-General Rabita Al-Alam Al-Islami, Makkah, KSA
3. Mr. Wael Hamzah Jelaidan, — Director General- cum-Secretary General
4. H.E. Yousaf Jasim Al-Hiji — Member
   President, International Islamic Charity Organization, Kuwait
5. H.E. Dr. Adnan Khalil Basha — Member
   Secretary-General IIRO, Jeddah
6. H.E. Dr. Abdul Malik Al-Hamar, — Member
   Advisor to the President of UAE, Abu-Dhabi
7. Dr. Abdullah Bin Abdullah Naseef — Member
   Vice Chairman Majlis-e-Shoora, Govt of Saudi Arabia
8. H.R.H. Prince Turky Bin Fahd Bin Jalawy Al-Saud — Member
   Supervisor General, IIRO Offices, Eastern Province, Saudi Arabia
9. Mr. Mohammed Bin Abdallah Al-Dubaiban — Member
   Rabita Al-Alam Al-Islami, Riyadh Office, Saudi Arabia

May Allah bless you.

With regards,
Yours sincerely,

**Wael Hamzah Jelaidan**
Director General-cum-Secretary General

Rabita_Trust@yahoo.com بريد الكتروني – جدة 21431 ص.ب 1436 – فاكس 00 966 2 6824007 – هاتف : 00 966 2 6823605
P.O.Box 1436, Jeddah 21431, KSA - Email: Rabita_Trust@yahoo.com - Phone 00966 2 6823605, Fax: 00966 2 6824007

MWL 030818

GOVERNMENT OF PAKISTAN
CABINET SECRETARIAT
(CABINET DIVISION)

## COMPOSITION OF RABITA TRUST BOARD

| S.NO. | NAME & PORTFOLIO/DESIGNATION | POSITION IN THE BOARD |
|---|---|---|
| 1. | General Parvez Musharraf, Chief Executive, Islamic Republic of Pakistan | Chairman |
| 2. | H.R.H. Prince Talal Bin Abdul Aziz Al-Saud | Co-Chairman |
| 3. | H.E. Dr. Abdullah bin Saleh Al-Obaid, Secretary General, Rabita al-Alam al Islami | Vice-Chairman |
| 4. | Mr. Shaukat Aziz, Minister for Finance, Revenue, Economic Affairs, Planning & Development and Statistics | Vice Chairman |
| 5. | Lt. Gen. (R). Moin-ud-Din Haider, Minister for Interior, Narcotics Control and Capital Administration & Development | Member |
| 6. | Lt. Gen. Muhammad Safdar, HI (M), S Bt (Retd), Governor Punjab | Member |
| 7. | Air Marshal Azim Daud Pota, HI(M), SJ (Retd), Governor Sindh | Member |
| 8. | Mr. Wael Hamzah Jalaidan | Director General-cum-Secretary General |
| 9. | H.E. Yousaf Jasim Al-Hiji, President, International Islamic Charity Organization, Kuwait | Member |
| 10. | H.E. Dr. Adnan Khalil Basha, Secretary General International Islamic Relief Organization, Jeddah | Member |
| 11. | H.E. Dr. Abdul Malik Al-Hamar, Advisor to the President of UAE, Abu Dubi | Member |
| 12. | H.E. Al-Sheikh Hamad Al-Zamil, President, Chamber of Commerce and Industries, Saudi Arabia | Member |
| 13. | Engineer Abdul Mohsin Al-Idris, Member, Chamber of Commerce and Industries, Riyadh, Saudi Arabia | Member |
| 14. | Mr. Majid Nizami, Chairman, Pak. Citizens' National Committee. | Member |
| 15. | Secretary Foreign Affairs | Member |
| 16. | Secretary Cabinet Division | Deputy Director General-cum-Deputy Secretary General |

MWL 030819

*Pak. Rs. A/c.*

**HABIB BANK LIMITED, SECRETARIAT 'A' BLOCK BRANCH, ISLAMABAD.**
Telephone: 2827248 & 2829746, E-mail: sufis@hblpk.com

MKS/79
October 22, 2001

The Secretary General,
Rabita Trust for Stranded Pakistanis,
World Muslim League,
P.O. Box.1030,
Makkah Al Mukarmah,
Saudi Arabia.

Dear Sir,

### BALANCES OF YOUR ACCOUNTS

Kindly find hereunder balances of your accounts as on 22.10.01 for information and record.

9536-3

1. Term Deposits.      Rs.   558,272,000/-

2. P.L.S. 9536-2       Rs.       793,721/46

3. P.L.S.10206-4       Rs.     1,773,676/71

TOTAL.                 Rs.   560,839,398/17

With regards and best wishes.

Yours faithfully,

Mahmood A. Sufi.
VP / Manager.

TOTAL P.01

MWL 030890

**HABIB BANK LIMITED, SECRETARIAT 'A' BLOCK BRANCH, ISLAMABAD.**
Telephone: 2827248 & 2829746, E-mail: sufis@hblpk.com

MKS/79
October 22, 2001

The Secretary General,
Rabita Trust for Stranded Pakistanis,
World Muslim League,
P.O. Box.1030,
Makkah Al Mukarmah,
Saudi Arabia.

Dear Sir,

**BALANCES OF YOUR ACCOUNTS**

Kindly find hereunder balances of your accounts as on 22.10.01 for information and record.

1. Term Deposits.      Rs.   558,272,000/-

2. PLS. 9536-2         Rs.       793,721/46

3. PLS.10206-4         Rs.     1,773,676/71

TOTAL.                 Rs.   560,839,398/17

With regards and best wishes.

Yours faithfully,

Mahmood K. Sufi.
VP / Manager.

MWL 030891

**HABIB BANK LIMITED, SECRETARIAT 'A' BLOCK BRANCH, ISLAMABAD.**
Telephone: 2827248 & 2829746, E-mail: sufis@hblpk.com

MKS/79
October 22, 2001

The Secretary General,
Rabita Trust for Stranded Pakistanis,
World Muslim League,
P.O. Box.1030,
Makkah Al Mukarmah,
Saudi Arabia.

Dear Sir,

### BALANCES OF YOUR ACCOUNTS

Kindly find hereunder balances of your accounts as on 22.10.01 for information and record.

1. Term Deposits.    Rs.   558,272,000/-

2. P.L.S. 9536-2     Rs.       793,721/46

3. P.L.S.10206-4     Rs.     1,773,676/71

TOTAL.               Rs.   560,839,398/17

With regards and best wishes.

Yours faithfully,

Mahmood K. Sufi.
V.P./Manager.

TOTAL P.01

MWL 030892