EXHIBIT T

This Transcript Contains Confidential Material

```
1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
2                       - - -
3
4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
    ON SEPTEMBER 11, 2001       : (GBD)(SN)
5
6
7
                            - - -
8                      APRIL 6, 2021
               THIS TRANSCRIPT CONTAINS
9                 CONFIDENTIAL MATERIAL
                            - - -
10
11
12              Remote Videotaped
13   Deposition, taken via Zoom, of CHAS W.
14   FREEMAN, JR., commencing at 9:08 a.m., on
15   the above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                       - - -
21          GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
22              deps@golkow.com
23
24
```

```
 1   immunity.
 2        Q.   In preparation for your
 3   testimony for this deposition, did you
 4   review any documents to refresh your
 5   memory?
 6             MR. GOETZ:  Objection.
 7        Form.
 8             MR. HAEFELE:  You may
 9        answer.
10             THE WITNESS:  Well, I
11        reviewed the documents provided by
12        plaintiffs' counsel.  I reread the
13        9/11 report, which I had been
14        interviewed for but had not read
15        in its entirely previously.
16             I read -- I read the
17        documents that plaintiffs
18        submitted, intelligence documents,
19        diplomatic documents.
20   BY MR. HAEFELE:
21        Q.   Anything else?
22        A.   Pardon me?
23        Q.   Anything else?
24        A.   I don't think so.
```

This Transcript Contains Confidential Material

1      Q.    So, I'm sorry, it was the
2  9/11 Commission report, the intelligence
3  documents that you say plaintiffs
4  produced.
5            Is that what you're saying?
6      A.    And one diplomatic cable
7  to -- of instruction to a post in the
8  Gulf.  Yeah, there may have been one or
9  two other things.  But that's essentially
10 it.
11           Let's just put it this way,
12 whatever defendants' counsel submitted to
13 me, I read.
14     Q.    Did you review your report?
15     A.    I reread it last night.
16     Q.    All right.  And when you
17 just gave me that list, the 9/11
18 Commission report, the intelligence
19 documents that the plaintiffs produced
20 and the diplomatic cable to the post in
21 the Gulf, are those documents that you
22 are saying that you read to prepare for
23 your deposition, or are you saying those
24 are documents that you read generally?

This Transcript Contains Confidential Material

1  Q. And the methodology you used
2 here to render your expert report was
3 based primarily on your personal
4 experience and knowledge having been an
5 Ambassador in the Kingdom?
6  A. My professional experience
7 dealing with this and related issues,
8 both in Saudi Arabia and in prior
9 incarnations, one of which I mentioned.
10  Q. And to the extent that you
11 relied on any documents for your opinion,
12 they are listed in your report, I take
13 it; is that fair?
14  A. I did not rely on documents.
15  Q. Okay. We talked about the
16 time when you were an Ambassador and some
17 issues came up with regard to the Muslim
18 World League, a Saudi charity.
19  And I think you met with Mr.
20 Naseef in Jeddah to discuss with him some
21 issues regarding the diversion of funds
22 to support a terror group that came out
23 of a mosque in Birmingham, something to
24 that effect.

This Transcript Contains Confidential Material

1         concluded at 8:42 p.m.)
2                - - -
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2

 3
     I, Amanda Maslynsky-Miller, Certified Realtime
 4   Reporter, do hereby certify that prior to the
     commencement of the examination, CHAS W.
 5   FREEMAN, JR., was remotely sworn by me to
     testify to the truth, the whole truth and
 6   nothing but the truth.
 7
     I DO FURTHER CERTIFY that the foregoing is a
 8   verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
 9   on the date hereinbefore set forth, to the best
     of my ability.
10

11   I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor counsel
12   of any of the parties to this action, and that
     I am neither a relative nor employee of such
13   attorney or counsel, and that I am not
     financially interested in the action.
14

15

16   _____
     Amanda Miller
17   Certified Realtime Reporter
     Dated: April 18, 2021
18

19
     (The foregoing certification of this transcript
20   does not apply to any reproduction of the same
     by any means, unless under the direct control
21   and/or supervision of the certifying reporter.)
22

23

24
```

1                INSTRUCTIONS TO WITNESS

2

3                Please read your deposition
4   over carefully and make any necessary
5   corrections.  You should state the reason
6   in the appropriate space on the errata
7   sheet for any corrections that are made.
8                After doing so, please sign
9   the errata sheet and date it.
10               You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14               It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within sixty (60) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

This Transcript Contains Confidential Material

```
 1                  - - - - - -

                    E R R A T A
 2                  - - - - - -

 3   PAGE   LINE   CHANGE / REASON

 4   ____   ____   _____

 5   ____   ____   _____

 6   ____   ____   _____

 7   ____   ____   _____

 8   ____   ____   _____

 9   ____   ____   _____

10   ____   ____   _____

11   ____   ____   _____

12   ____   ____   _____

13   ____   ____   _____

14   ____   ____   _____

15   ____   ____   _____

16   ____   ____   _____

17   ____   ____   _____

18   ____   ____   _____

19   ____   ____   _____

20   ____   ____   _____

21   ____   ____   _____

22   ____   ____   _____

23   ____   ____   _____

24   ____   ____   _____
```

This Transcript contains Confidential Material

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2
                I,_____, do
 3   hereby certify that I have read the
     foregoing pages,  1 - 511, and that the
 4   same is a correct transcription of the
     answers given by me to the questions
 5   therein propounded, except for the
     corrections or changes in form or
 6   substance, if any, noted in the attached
     Errata Sheet.
 7
 8   _____
       CHAS W. FREEMAN, JR.              DATE
 9
10
     Subscribed and sworn
11   to before me this
     _____ day of _____, 20____.
12
     My commission expires:_____
13
14   _____
     Notary Public
15
16
17
18
19
20
21
22
23
24
```

This Transcript contains Confidential Material

|   | PAGE | LINE | LAWYER'S NOTES |
|---|------|------|----------------|
| 1 |      |      |                |
| 2 |      |      |                |
| 3 | ____ | ____ | _____ |
| 4 | ____ | ____ | _____ |
| 5 | ____ | ____ | _____ |
| 6 | ____ | ____ | _____ |
| 7 | ____ | ____ | _____ |
| 8 | ____ | ____ | _____ |
| 9 | ____ | ____ | _____ |
| 10 | ____ | ____ | _____ |
| 11 | ____ | ____ | _____ |
| 12 | ____ | ____ | _____ |
| 13 | ____ | ____ | _____ |
| 14 | ____ | ____ | _____ |
| 15 | ____ | ____ | _____ |
| 16 | ____ | ____ | _____ |
| 17 | ____ | ____ | _____ |
| 18 | ____ | ____ | _____ |
| 19 | ____ | ____ | _____ |
| 20 | ____ | ____ | _____ |
| 21 | ____ | ____ | _____ |
| 22 | ____ | ____ | _____ |
| 23 | ____ | ____ | _____ |
| 24 | ____ | ____ | _____ |