IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN<br><br>Hon. George B. Daniels<br>Hon. Sarah Netburn |
| This document relates to: *All Actions* | |

**DECLARATION OF MATTHEW S. LEDDICOTTE**
**IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, Matthew S. Leddicotte, pursuant to 28 U.S.C. § 1746, declare as follows:

1. The facts herein are based upon my personal knowledge.

2. I will cease to be associated with White & Case LLP after April 13, 2023.

3. White & Case LLP will continue to serve as counsel for The Republic of the Sudan.

4. My withdrawal will not occasion a request for an extension of deadlines in the case.

5. I am not asserting a retaining or charging lien in connection with my departure.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April 2023, in Washington, D.C.

/s/ *Matthew S. Leddicotte*
Matthew S. Leddicotte
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:    + 1 202 626 3600
Facsimile:    + 1 202 639 9355
mleddicotte@whitecase.com