UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03-MDL-1570 (GBD) (SN)<br><br>**RULE 54(b) JUDGMENT** |

This document relates to:

*Federal Insurance Co. v. Al Qaida*, No. 1:03-cv-6978
*Ashton v. Al Qaeda*, No. 1:02-cv-6977
*Salvo v. Al Qaeda*, No. 1:03-cv-5071
*Barrera v. Al Qaeda*, No. 1:03-cv-7036
*Continental Casualty Co. v. Al Qaeda*, No. 1:04-cv-5970
*Estate of Maher v. Al Rajhi Bank*, No. 1:23-cv-2845

It is hereby **ORDERED, ADJUDGED, AND DECREED**: That for the reasons stated in the Court's Memorandum Decision and Order dated August 28, 2025, dismissing all claims against Defendant Dallah Avco Trans Arabia Company for lack of personal jurisdiction (Dkt. 11181), and the Court finding no just reason for delay, judgment pursuant to Federal Rule of Civil Procedure 54(b) is hereby entered in favor of Defendant Dallah Avco Trans Arabia Company and against all plaintiffs in the above-captioned actions dismissing all claims for lack of personal jurisdiction.

Dated: 10/01/2025  OCT 0 1 2025
New York, New York

*George B. Daniels*